# My HealtheVet

## *Personal Information Report*



---

**\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\***

Produced by the VA Blue Button (v18.3)

09 Dec 2020 @ 1505

This summary is a copy of information from your My Health*e*Vet Personal Health Record. Your summary may include:

- information that you entered (self reported)
- information from your VA health record
- your military service information from the department of defense (DoD)

\*\*\*Note: Your health care team may not have all of the information from your Personal Health Record unless you share it with them. Contact your health care team if you have questions about your health information.\*\*\*

Key:  Double dashes (--) mean there is no information to display.

---

Name: JORDAN, CHADWICK HEATH          Date of Birth: 05 Jun 1982

## *Download Request Summary*

| | |
|---|---|
| System Request Date/Time: | 09 Dec 2020 @ 1505 |
| File Name: | mhv_JORDAN_20201209_1505.pdf |
| Date Range Selected: | 09 Jun 2017 to 09 Dec 2020 |
| Data Types Selected: | My HealtheVet Account Summary |
| | Self Reported Health Care Providers |
| | Self Reported Treatment Facilities |
| | VA Wellness Reminders |
| | VA Problem List |
| | VA Admissions and Discharges |
| | VA Notes |
| | Self Reported Medical Events |
| | Self Reported Family Health History |
| | Self Reported Military Health History |
| | Self Reported My Goals Current |
| | Self Reported My Goals Completed |



# *My HealtheVet Account Summary*

| | |
|---|---|
| Source: | VA |
| Authentication Status: | Authenticated |
| Authentication Date: | 13 Jun 2013 |
| Authentication Facility Name: | Rocky Mountain Regional VA Medical Center |
| Authentication Facility ID: | 554 |

| VA Treatment Facility and Systems | Type |
|---|---|
| Durham NC VAMC (558) | VAMC |
| Rocky Mountain Regional VA Medical Center (554) | VAMC |
| Salisbury NC VAMC (659) | VAMC |
| Sheridan VA Healthcare System (666) | VAMC |
| AUSTIN (200) | OTHER |
| AUSTIN MHV (200MH) | OTHER |
| Colorado RHIO (200NCO) | OTHER |
| DEPARTMENT OF DEFENSE DEERS (200DOD) | OTHER |
| Denver Health (200NDN) | OTHER |
| ENROLLMENT SYSTEM REENGINEERING (200ESR) | OTHER |
| NHIN EXC KAISER PERMANENTE (200NKP) | OTHER |
| SCL Health (200NSB) | OTHER |
| VA CABS (200CABS) | OTHER |
| VA IDENTIFY PROOFING (200IP) | OTHER |
| VA Provisioning System (200PROV) | OTHER |
| VA SalesForce (200DSLF) | OTHER |
| VA Vets360 (200VETS) | OTHER |
| VBA BRLS (200BRLS) | OTHER |
| VBA CORP (200CORP) | OTHER |
| VETERANS ID CARD SYSTEM (742V1) | OTHER |
| Note: The X represents your self-selected VA Medical Center preference. | |

# *Self Reported Healthcare Providers*

| Source: Self-Entered |
|---|
| No information was available that matched your selection. |



## *Self Reported Treatment Facilities*

| Source: Self-Entered |
| --- |
| No information was available that matched your selection. |



**CONFIDENTIAL**

## *VA Wellness Reminders*

| | |
|---|---|
| Source: | VA |
| Last Updated: | |
| Sorted By: | Name (Ascending) |

Wellness Reminders are no longer updated. Your historical Wellness Reminders are listed in the report.

| Wellness Reminder | Last Completed | Location |
|---|---|---|
| Lipid Measurement (Cholesterol) | 05 Jan 2015 | Rocky Mountain Regional VA Medical Center |



# *VA Problem List*

| | |
|---|---|
| Source: | VA |
| Last Updated: | 09 Dec 2020 @ 1503 |
| Sorted By: | Date/Time Entered (Descending) then alphabetically by Problem |

Your VA Problem List contains active health problems your VA providers are helping you to manage. This information is available thirty-six (36) hours after it has been entered. It may not contain active problems managed by non-VA health care providers. If you have any questions about your information, visit the FAQs or contact your VA health care team.

| | | |
|---|---|---|
| Problem: | Chronic post-traumatic stress disorder following military combat (SCT 699241002) | Date/Time Entered: 28 May 2020 @ 1200 |
| Provider: | VALDIVIEZO,SONIA | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Psychosis (SCT 69322001) | Date/Time Entered: 19 Dec 2019 @ 1200 |
| Provider: | HEERMANN,CHANEL M | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Migraine (SCT 37796009) | Date/Time Entered: 20 Nov 2019 @ 1200 |
| Provider: | SCHNELL,BENJAMIN | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Legal problem (SCT 22268004) | Date/Time Entered: 22 Jul 2019 @ 1200 |
| Provider: | DEUTSCH,PAUL A | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Osteoarthritis of knee (SCT 239873007) | Date/Time Entered: 26 Apr 2019 @ 1200 |
| Provider: | SCHNELL,BENJAMIN | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Depressive disorder (SCT 35489007) | Date/Time Entered: 20 Mar 2017 @ 1200 |
| Provider: | PEASE,JAMES L | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Alcohol abuse (SCT 15167005) | Date/Time Entered: 27 Apr 2016 @ 1200 |
| Provider: | REYNOLDS,DAVID N | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Anxiety disorder (SCT 197480006) | Date/Time Entered: 27 Apr 2016 @ 1200 |
| Provider: | REYNOLDS,DAVID N | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Major depressive disorder (SCT 370143000) | Date/Time Entered: 27 Apr 2016 @ 1200 |
| Provider: | REYNOLDS,DAVID N | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Mood disorder (SCT 46206005) | Date/Time Entered: 27 Apr 2016 @ 1200 |
| Provider: | STALNAKER,MARK ALAN | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Cannabis abuse (SCT 37344009) | Date/Time Entered: 30 Mar 2016 @ 1200 |
| Provider: | REYNOLDS,DAVID N | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Low back pain (SCT 279039007) | Date/Time Entered: 16 Mar 2016 @ 1200 |

| | |
|---|---|
| Provider: | RICHLIE,DANIEL G |
| Location: | Rocky Mountain Regional VA Medical Center |
| Status: | ACTIVE |
| Comments: | -- |

| | | |
|---|---|---|
| Problem: | Homeless single person (SCT 160700001) | Date/Time Entered: 05 Feb 2016 @ 1200 |
| Provider: | HINTON,JILLIAN B | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Pseudofolliculitis barbae (SCT 399205006) | Date/Time Entered: 10 Nov 2014 @ 1200 |
| Provider: | HARLEY,ISAAC T | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | SUBJECTIVE TINNITUS (ICD-9-CM 388.31) | Date/Time Entered: 27 Oct 2014 @ 1200 |
| Provider: | SAMMETH,CAROL A | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Foot Pain (ICD-9-CM 719.47) | Date/Time Entered: 19 Mar 2007 @ 1200 |
| Provider: | HARTMAN,DIANE M | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | POLYSUBSTANCE DEP (ICD-9-CM 304.80) | Date/Time Entered: 08 Feb 2007 @ 1200 |
| Provider: | POKRACKI,FRANCINE J | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

| | | |
|---|---|---|
| Problem: | Health Maintenance (ICD-9-CM V65.9) | Date/Time Entered: 13 Dec 2006 @ 1200 |
| Provider: | HARTMAN,DIANE M | |
| Location: | Rocky Mountain Regional VA Medical Center | |
| Status: | ACTIVE | |
| Comments: | -- | |

**CONFIDENTIAL**



# *VA Admissions and Discharges*

| | |
|---|---|
| Source: | VA |
| Last Updated: | 09 Dec 2020 @ 1503 |

No information was available that matched your selection. However, if you were recently discharged, your summary may be available thirty-six (36) hours after it is completed.



MEDICAL CONFIDENTIAL

**CONFIDENTIAL**

# *VA Notes*

| | |
|---|---|
| Source: | VA |
| Last Updated: | 09 Dec 2020 @ 1503 |
| Sorted By: | Date/Time (Descending) |

VA Notes from January 1, 2013 forward are available thirty-six (36) hours after they have been completed and signed by all required members of your VA health care team. If you have any questions about your information please visit the FAQs or contact your VA health care team.

| | |
|---|---|
| Date/Time: | 03 Dec 2020 @ 1256 |
| Note Title: | MH PCT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 03 Dec 2020 @ 1354 |

**Note**

 LOCAL TITLE: MH PCT TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 03, 2020@12:56    ENTRY DATE: DEC 03, 2020@12:56:16
   AUTHOR: RADOMSKI,SHARON A    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

CONTACT TYPE: Telephone Contact
DATE & TIME OF CALL: Dec 3,2020@12:45
DURATION: 10 min.
CONTACT SEQUENCE: Veteran called this writer

CHEIF COMPLAINT/PURPOSE OF CALL: Cancellation of appt

CONTENT: Veteran called this writer requesting to reschedule today's session, as
he reported feeling overwhelmed with an upcoming court date and meeting next week for his lawsuit. He expressed the importance of this lawsuit to him. This writer was supportive and validating, and also revisited concerns about time management and treatment engagement. Veteran assured this writer that he has been doing his homework and requested to reschedule for early next week, which was done so accordingly.

Plan/Appointment Time: 12/8/2020 at 7:30am

RISK ASSESSMENT: Veteran did not report any suicidal and/or homicidal ideations, plan, or intent.  No information discussed suggested imminent or acute risk for self-harm or harm of others.

**CONFIDENTIAL**

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 12/03/2020 13:54

| | |
|---|---|
| Date/Time: | 02 Dec 2020 @ 1106 |
| Note Title: | CHRONIC PAIN & WELLNESS CENTER - PHARMACY |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 02 Dec 2020 @ 1156 |

**Note**

 LOCAL TITLE: CHRONIC PAIN & WELLNESS CENTER - PHARMACY
STANDARD TITLE: PAIN NOTE
DATE OF NOTE: DEC 02, 2020@11:06    ENTRY DATE: DEC 02, 2020@11:06:32
    AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

JORDAN,CHADWICK HEATH answers for follow up appointment to discuss future mgmt.
of lumbar spondylsis, mild to moderate

Consulting PCP's medical opinion on goals for long-term
opioid therapy in this patient: Other goal (describe below).
veteran education on risks of opioids and review alternative treatments

**SEE END OF NOTE FOR SUMMARY AND COORDINATION OF CARE**

Since last appointment 11/6/2020 - gabapentin increased dose 300mg QAM + 600mg
QHS mailed out.

Today, pt states: "I just got the bigger dose [of gabapentin] in the mail so
I
haven't increased the dose yet". Overall reports that he successfully
completed
his most recent semester so can focus on some of the details with his pending
legal cases. Will be signing up for spring semester soon. Overall doesn't
want
to make more med changes d/t just recently starting the bigger dose of
gabapentin.

Pain medications were last taken: topicals this week + gabapentin last night

Functional goals include:
1) More rigorous workouts
2) Manage legal concerns

PAIN INTENSITY for the past month (0=No Pain, 10=As Bad As Pt. Can Imagine)

Date   7/16/2020
WORST   10/10
BEST   4/10
AVERAGE 4-6/10
GOAL: 4/10

Pain relief from current therapy: mild benefit

Social Hx:
Caffeine - rare coffee, avoids d/t anxiety
Tobacco - denies
Alcohol - AUD identified in 2004; multiple arrests. Has not drank in
"months"
Illicit Drugs - denies
Marijuana - denies currently

PAIN Hx and Description:
Onset: 2002
Cause: MVA
Location: low back/thoracic-lumbar strain
Radiation: into bilateral inner thighs/sciatica
Pattern: constant
Quality: numbness/tingling, "feet asleep", sharp pain

Factors that:
alleviate: PT, acupuncture, TENS, stretching
exacerbate: poor posture, lifting, "over exertion", walking too much

Active Problems:
Active problems - Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

CURRENT MEDICATIONS:
Active and Recently Expired Outpatient Medications (including Supplies):

JORDAN, CHADWICK HEATH                    **CONFIDENTIAL**                    Page 15 of 667

```
                          Issue Date
                Status        Last Fill
    Active Outpatient Medications      Refills   Expiration
=========================================================================
```

1) ARIPIPRAZOLE 10MG TAB  Qty: 45 for 90    ACTIVE      Issu:09-11-20
   days  Sig: TAKE ONE-HALF TABLET BY    Refills: 1  Last:09-14-20
   MOUTH DAILY  **NEW TABLET STRENGTH**         Expr:09-12-21

2) BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE      Issu:09-02-20
   Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 3  Last:09-02-20
   AMOUNT AFFECTED AREA TWICE A DAY FOR         Expr:09-03-21
   ACNE

3) CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE     Issu:09-02-20
   60 for 30 days  Sig: APPLY THIN FILM   Refills: 3  Last:09-02-20
   TO AFFECTED AREA DAILY FOR ACNE          Expr:09-03-21

4) DICLOFENAC NA 1% TOP GEL  Qty: 100 for    ACTIVE     Issu:03-16-20
   30 days  Sig: APPLY 2 GRAMS TO     Refills: 1  Last:05-18-20
   AFFECTED AREA EVERY 8 HOURS AS NEEDED        Expr:03-17-21
   FOR PAIN (USE DOSING CARD TO MEASURE
   DOSE) **DON'T EXCEED 16 GRAMS DAILY TO
   ANY JOINT OF THE LOWER EXTREMITIES -
   DON'T EXCEED 8 GRAMS DAILY TO ANY
   JOINT OF THE UPPER EXTREMITIES - DON'T
   EXCEED A TOTAL DOSE OF 32 GRAMS DAILY
   OVER ALL JOINTS**

5) GABAPENTIN 300MG CAP  Qty: 270 for 90    ACTIVE      Issu:11-06-20
   days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 0  Last:11-09-20
   EVERY MORNING AND TAKE TWO CAPSULES          Expr:02-04-21
   EVERY EVENING

--Just got in the mail recently; has not increased dose

6) LIDOCAINE 5% OINT  Qty: 105 for 90 days  ACTIVE      Issu:05-01-20
   Sig: APPLY THIN FILM TO AFFECTED AREA  Refills: 2  Last:07-20-20
   ONCE A DAY AS NEEDED FOR PAIN            Expr:05-02-21

7) MENTHOL/M-SALICYLATE 10-15% TOP CREAM    ACTIVE      Issu:03-16-20
   Qty: 90 for 30 days  Sig: APPLY     Refills: 1  Last:05-18-20
   MODERATE AMOUNT TO AFFECTED AREA THREE       Expr:03-17-21
   TIMES A DAY AS NEEDED FOR PAIN

8) PROPRANOLOL HCL 40MG TAB  Qty: 30 for 30  ACTIVE      Issu:07-28-20
   days  Sig: TAKE ONE TABLET BY MOUTH    Refills: 3  Last:07-28-20
   DAILY              Expr:07-29-21

9) TRETINOIN 0.05% CREAM  Qty: 20 for 30    ACTIVE      Issu:09-02-20
   days  Sig: APPLY SMALL AMOUNT TO     Refills: 3  Last:09-02-20
   AFFECTED AREA NIGHTLY FOR ACNE AS            Expr:09-03-21
   DIRECTED - START THREE TIMES WEEKLY,
   WORK UP TO USING NIGHTLY. DO NOT
   COMBINE WITH  BENZOYL PEROXIDE OR
   CLINDAMYCIN.

```
                          Issue Date
                Status        Last Fill
    Inactive Outpatient Medications      Refills   Expiration
```

**CONFIDENTIAL**

```
======================================================================
```

1) ARIPIPRAZOLE 5MG TAB  Qty: 30 for 30     DISCONTINUED Issu:08-13-20
   days  Sig: TAKE ONE TABLET BY MOUTH   (EDIT)     Last:08-17-20
   DAILY                        Refills: 1  Expr:07-25-21
2) ARIPIPRAZOLE 5MG TAB  Qty: 30 for 30     DISCONTINUED Issu:07-24-20
   days  Sig: TAKE ONE-HALF TABLET BY    Refills: 2  Last:07-28-20
   MOUTH DAILY FOR 3 DAYS, THEN TAKE ONE          Expr:07-25-21
   TABLET DAILY
3) BENZOYL PEROXIDE 5% (WATER BASED) GEL     DISCONTINUED Issu:03-16-20
   Qty: 60 for 30 days  Sig: APPLY SMALL   (EDIT)     Last:05-18-20
   AMOUNT AFFECTED AREA TWICE A DAY FOR   Refills: 1  Expr:03-17-21
   ACNE
4) BENZOYL PEROXIDE 5% (WATER BASED) GEL     DISCONTINUED Issu:12-20-19
   Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 0  Last:02-14-20
   AMOUNT AFFECTED AREA TWICE A DAY FOR          Expr:12-20-20
   ACNE
5) CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   DISCONTINUED Issu:03-16-20
   60 for 30 days  Sig: APPLY THIN FILM    (EDIT)     Last:05-18-20
   TO AFFECTED AREA DAILY FOR ACNE       Refills: 1  Expr:03-17-21
6) CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   DISCONTINUED Issu:12-20-19
   60 for 30 days  Sig: APPLY THIN FILM   Refills: 0  Last:02-14-20
   TO AFFECTED AREA DAILY               Expr:12-20-20
7) GABAPENTIN 300MG CAP  Qty: 60 for 30     DISCONTINUED Issu:09-15-20
   days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 5  Last:09-15-20
   TWICE A DAY                Expr:09-16-21
8) GABAPENTIN 300MG CAP  Qty: 30 for 30     DISCONTINUED Issu:07-16-20
   days  Sig: TAKE
   ONE CAPSULE BY MOUTH   Refills: 2  Last:08-12-20
   AT BEDTIME FOR PAIN AND SCIATICA          Expr:07-17-21
9) LIDOCAINE 5% OINT  Qty: 35 for 30 days   DISCONTINUED Issu:03-16-20
   Sig: APPLY THIN FILM TO AFFECTED AREA  Refills: 2  Last:03-18-20
   ONCE A DAY AS NEEDED FOR PAIN          Expr:03-17-21
10) QUETIAPINE FUMARATE 100MG TAB  Qty: 60   DISCONTINUED Issu:01-10-20
   for 30 days  Sig: TAKE TWO TABLETS BY  (EDIT)     Last:01-13-20
   MOUTH AT BEDTIME            Refills: 0  Expr:12-19-20
11) QUETIAPINE FUMARATE 100MG TAB  Qty: 51   DISCONTINUED Issu:12-19-19
   for 30 days  Sig: TAKE ONE-HALF TABLET  Refills: 1  Last:12-20-19
   BY MOUTH AT BEDTIME FOR 3 DAYS, THEN          Expr:12-19-20
   TAKE ONE TABLET AT BEDTIME FOR 3 DAYS,
   THEN TAKE ONE AND ONE-HALF TABLETS AT
   BEDTIME FOR 3 DAYS, THEN TAKE TWO
   TABLETS AT BEDTIME
12) QUETIAPINE FUMARATE 300MG TAB  Qty: 90   DISCONTINUED Issu:03-02-20
   for 90 days  Sig: TAKE ONE TABLET BY   (EDIT)     Last:05-22-20
   MOUTH AT BEDTIME            Refills: 0  Expr:03-03-21
13) QUETIAPINE FUMARATE 400MG TAB  Qty: 90   DISCONTINUED Issu:06-02-20
   for 90 days  Sig: TAKE ONE TABLET BY   Refills: 1  Last:06-02-20
   MOUTH AT BEDTIME            Expr:06-03-21
14) SUMATRIPTAN SUCCINATE 50MG TAB  Qty: 9   EXPIRED     Issu:11-20-19
   for 30 days  Sig: TAKE ONE TABLET BY   Refills: 0  Last:01-10-20
   MOUTH ONCE A DAY AS NEEDED FOR          Expr:11-20-20
   MIGRAINE, MAY REPEAT DOSE IN 2 HOURS,

IF NO RELIEF. NO MORE THAN 200MG PER
DAY.
15)  TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   DISCONTINUED Issu:03-16-20
     days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 1  Last:05-18-20
     AREA DAILY AS DIRECTED FOR ACNE              Expr:03-17-21
16)  TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   DISCONTINUED Issu:12-20-19
     days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 0  Last:02-14-20
     AREA DAILY FOR ACNE                      Expr:12-20-20

25 Total Medications

OTC/VITAMINS/HERBALS:

( )The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, and what happens if medication is not taken
 as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.


PAST MEDICATIONS:
Long-Acting Opioids: Deferred

Short-Acting Opioids:
     -codeine, ASA with codeine, codeine/APAP -- past trial, helpful
     -oxycodone, oxycodone/APAP -- past trial, helpful
     -tramadol -- past trial

ACETAMINOPHEN -- past trial, ineffective

NSAID:
ibuprofen - past trial, ineffective for back pain
naproxen - past trial
meloxicam - past trial, helpful

MUSCLE RELAXANTS:
cyclobenzaprine - past trial, ineffective
methocarbamol - past trial, mild benefit

ANTIDEPRESSANTS:
TCAs: Deferred

SNRI: Deferred

ANTICONVULSANTS:

gabapentin - on currently
pregabalin - denies

TOPICALS -
capsaicin - denies
lidocaine topicals - on currently
menthol m-salicylate -- on currently
diclofenac gel -- on currently

PAST PAIN TREATMENTS:
Physical Therapy -- past trial, on hold d/t COVID, helpful
Heat/Cold -- heat is helpful, does not have heating pad, will send
TENS unit -- uses regularly, helpful
Behavioral pain mgmt./CBT -- completed care classes 2020
Surgery - Helpful/Not Helpful
Acupuncture -- past trial, on hold d/t COVID, helpful
Chiropractic -- deferred

VITAL SIGNS
Blood Pressure:  123/75 (11/17/2020 13:51)
  Respiration:  18 (11/17/2020 13:51)
      Pulse:  71 (11/17/2020 13:51)
      Height:  70 in [177.8 cm] (11/17/2020 13:51)
      Weight:  221 lb [100.5 kg] (11/17/2020 13:51)
    Pulse Ox:  95 (11/17/2020 13:51)
BODY MASS INDEX - 31.8 (NOV 17, 2020@13:51:46)

PERTINENT LABS:
  CREATININE SERUM       11/17/20 @ 1436  1.1
  SGPT             11/17/20 @ 1436   33
  SGOT             11/17/20 @ 1436   21
No TSH in the last 2Y
11/17/2020 A1CHGB        5.40
No TESTOSTERONE (DVAMC) in the last 6M
  No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

Most recent ECG:
                              12/02/2020 11:06

SPN - Selected Prog Notes
  No data available for EKG NOTE

11/17/2020 AMPHETAMINES QUAL.   Negative
11/17/2020 BARBITURATES     Negative
11/17/2020 BENZODIAZEPINES     Negative
11/17/2020 COCAINE       Negative
11/17/2020 METHADONE       Negative
11/17/2020 OPIATES       Negative
11/17/2020 CANNABINOIDS     Negative
Collection DT   Specimen  Test Name     Result   Units    Ref Range
11/17/2020 14:36 URINE     Oxycodone (RMR) NEGATIVE ng/mL    Ref:

<=24.9
11/17/2020 14:36  URINE      Oxymorphone (RMR)NEGATIVE    ng/mL      Ref:
<=24.9

Future Appointments:
12/03/2020 15:00  RMR VVC MH PCT PSO 06 AM
03/05/2021 14:15  RMR DERM FOLLOW UP MD

ASSESSMENT:
Patient reporting chronic low back pain. Pt reports mild pain relief from
medications. Pt is also followed by MH + PTSD program, homeless program, and
VJO.

OPIOIDS:
--CURRENT MEDD: 0mg
    --CPCC starting MEDD: 0mg
--LAST UDS: None since 2007
--LAST PDMP: 8/12/2020 --> no controlled substance fills since 2018
--Opioid Consent: N/A

--Pt has SUD hx of AUD + marijuana but is in sustained remission. Currently
participating in VJO treatment as well related to complex history
--Would not recommend PRN opioids at this time d/t non-optimized non-opioid and
non-medication management

APAP:
--Pt declines, not effective

NSAIDs:
--Pt declines, not effective

MUSCLE RELAXANTS:
--Pt declines today but may be interested in the future

TCAs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend TCA start for pain d/t pt's complex MH comorbidities
and currently following w/MH for medication adjustments

SNRIs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend SNRI start for pain d/t pt's complex MH comorbidities

and currently following w/MH for medication adjustments

ANTICONVULSANTS:

--Pt reports substantial sciatica & numbness/tingling/pins-needles component to
his pain and is tolerating gabapentin titration to 300mg BID
--Pt is tolerating gabapentin 300mg BID well and has noticed some mild
improvement. Wants to increase the dose today now that new supply has arrived in

the mail; will increase night time dose to 600mg and continue 300mg QAM per pt
preference.

TOPICALS:
--On lidocaine 5%, menthol m-salicylate, and diclofenac gel 1%; uses
interchangeably depending on symptoms. Uses a few times per week. Recommend
continue

MISC:
--Pt got replacement TENS unit and is working well
--Pt received heating pad and is working well

Discussed COT w/ pt including both the goal of partial pain relief and improved


activity/function, along w/ risks of side effects, including overdose which is
proportional to the dose.

Aberrant Behavior(S):
Requesting specific drugs (codeine/Percocet)

Concerns to pt. and community associated w/ COT include pt's comorbid
conditions:
-concomitant MH conditions (PTSD, psychosis DO, anxiety DO, MDD)
-non-compliance (appts. - intermittent NS)
-h/o polysubstance abuse (cannabinoids and alcohol)

Patients Risk for Opioid Oversedation and Respiratory Depression:
-obesity w/ high risk for sleep apnea

The pain condition this veteran suffers from is best treated with a
multidisciplinary approach.  This involves an increase in physical activity to
prevent de-conditioning and worsening of the pain cycle, psychological
counseling to address the co-morbid psychological effects of pain, as well as
the  judicious use of pain medications and interventional strategies to lower
the person's pain so that they may participate in the physical activities
that
will produce long lasting pain reductions.  The goal of the multidisciplinary
approach to pain medicine is to return the patient to a higher level of overall
function and restore activities of daily living.

PLAN:
-RTC: PHONE 12/17/2020 @1000

OPIOIDS:
--Avoid

APAP:
--Pt declines

NSAIDs:
--Pt declines

MUSCLE RELAXANTS:
--Deferred

TCAs:
--Defer to MH

SNRIs:
--Defer to MH

ANTICONVULSANTS:
--INCREASE gabapentin to 300mg QAM + 600mg QHS

TOPICALS:
--Continue menthol m-salicylate daily PRN to low back
--Continue lidocaine 5% ointment daily PRN to low back
--Continue diclofenac gel 1% daily PRN to low back

MISC:
--CONTINUE heating pad PRN
--CONTINUE TENS unit PRN

This patient was referred to the CPCC by the patient's PCP. PCP will be alerted
to this note for continuity of care.

Education: Pt was informed of the indication, directions and SE of their pain medications.  Pt expressed understanding of the instructions provided, agrees w/ our plan of care and will call in the event of any medication related problem.

Contact time for this visit was 30 minutes.
_____


/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 12/02/2020 11:56

| | |
|---|---|
| Date/Time: | 01 Dec 2020 @ 1227 |
| Note Title: | ATTEMPTED CALL |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEUK,ELIZABETH M |

JORDAN, CHADWICK HEATH                    **CONFIDENTIAL**

| Co-signed By: | CHEUK,ELIZABETH M |
| --- | --- |
| Date/Time Signed: | 01 Dec 2020 @ 1228 |

**Note**

 LOCAL TITLE: ATTEMPTED CALL
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: DEC 01, 2020@12:27   ENTRY DATE: DEC 01, 2020@12:27:19
   AUTHOR: CHEUK,ELIZABETH M   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Writer called veteran and left a voicemail requesting a call back to check in on overall welfare. Writer communicated that she sent notice to Division of Housing

(DOH) Erik Frazier to follow up on missing Housing Assistance Payment (HAP) payments to landlord (LL). Writer will relay any updates provided from DOH to veteran. Writer encouraged veteran to provide the LL with her phone number should LL have any further questions or concerns about the HAP payment process.

Writer will make a follow up call to veteran at the end of the week if no response.

/es/ ELIZABETH M CHEUK
Social Worker
Signed: 12/01/2020 12:28

Receipt Acknowledged By:
12/01/2020 14:15    /es/ GINA BARTOLOMEO, LCSW, LAC
         Substance Use Disorder Specialist

| Date/Time: | 01 Dec 2020 @ 0933 |
| --- | --- |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BARTOLOMEO,GINA |
| Co-signed By: | BARTOLOMEO,GINA |
| Date/Time Signed: | 01 Dec 2020 @ 1023 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: DEC 01, 2020@09:33   ENTRY DATE: DEC 01, 2020@09:33:08
   AUTHOR: BARTOLOMEO,GINA   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Diagnosis: Alcohol Use Disorder Moderate; homelessness
Duration of call:  37 min

Treatment Provided: Telephone Contact/ Therapeutic support

D: Call with veteran following VM from prior day -- regardless writer had
veteran scheduled for telephone call for today. Veteran said his leasing office
didn't get payment from housing authority. Writer redirected veteran to CM.

Veteran said he had lost her number. Writer reiterated role being SUD specialist

not housing case manager. Writer said she'd text him CM's number.

Veteran discussed Thanksgiving holiday and disclosed relations with family
members and some stressors including taking care of mother and father who are
aging. Writer discussed with veteran taking care of himself and putting himself
first and how stressors of helping others in detriment of himself could trigger
him to drink. Veteran said that he copes by 'not thinking of drinking'
and
writer discussed how this is a debatable relapse prevention plan.

Veteran discussed being in a lot of legal matters including civil case against
the state. Veteran said this case involved psychologist he had who breached
confidentiality which derailed life and career. Veteran indicated he was going
to CU Business School at this time and was working at accounting firm and this
was all impacted by the disclosure of the clinician. Veteran indicated he told
psychologist he bought a firearm and she had called authorities about welfare
and he was under surveillance of police. Veteran said this was CU psychologist
from the school. Veteran then discussed how he has a hard time relating to some
people and how he feels this particular person was a 'struggling single
mother'
and was envious and infatuated. Veteran discussed how he has a hard time looking

outside himself for help. Veteran discussed the 'politics' around
having his
fire arms taken away; writer asked if he still had them but he denied and said
they were legal but that Denver police still have them. Veteran said how this is

a 'prime example of how I really don't need people in my life."

Veteran discussed 'positions of trust' including 'substance abuse
counselors'
and said how some people can abuse their titles. Writer asked if veteran still
wants to work with writer and discussed first meeting 11/9 and veteran said he
still would want to meet and talk. Veteran then discussed being on probation and

other court cases including a criminal one he felt is self-defense.  Veteran
then went on tangent about views of the law and discussed how he doesn't
want to
be distracted with substances.  Veteran discussed how working with writer has
been helpful despite not wanting to be around other people.

A: Thought process was at times tangential and potentially delusional. No
clinical indication of SI/HI.

P: Writer will outreach veteran in 3 weeks' time.

/es/ GINA BARTOLOMEO, LCSW, LAC
Substance Use Disorder Specialist
Signed: 12/01/2020 10:23

Receipt Acknowledged By:
12/01/2020 11:46        /es/ ELIZABETH M CHEUK
                Social Worker

| | |
|---|---|
| Date/Time: | 25 Nov 2020 @ 1030 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 25 Nov 2020 @ 1142 |

**Note**

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 25, 2020@10:30   ENTRY DATE: NOV 25, 2020@10:32:20
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
 URGENCY:               STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :
New appt location
98 South Emerson St Apt 101
Denver, CO 80209

Emergency numbers for that address:

Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377
 Enter telephone number below if above numbers are not correct
 (Leave blank if numbers above are correct):
 (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
     Primary NOK: JORDAN,GWEN          Relation: MOTHER
             8853 COLORADO BLVD        Phone: 303 286 1997
             THORNTON, COLORADO  80229
     Secondary NOK: NONE,          Relation: <not given>
             <street address not available>   Phone:
Emergency Contact
     Name:     JORDAN,GWEN
     Phone:     303 286 1997
     Relationship: MOTHER


Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
    RMR: 720-723-7350 (Internal Extension 17350)
    COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
 Provider used private office: Yes
 Veteran connected from private home. Yes
 Veteran connected from another private location. (If yes, please specify)
N/A

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.) : None

**CONFIDENTIAL**

========================================================================

Cognitive Processing Therapy: A-B-C Worksheet Session
Date and time: 11/25/2020 at 10:30am
Time in session (in minutes): 64


SESSION NUMBER:
 3


SESSION FORMAT
 Video Telehealth Session
SESSION LOCATION
 PTSD clinical team


DIAGNOSIS:
 Primary (focus of treatment): PSTD
Secondary: MDD, Anxiety, Alcohol Use Disorder


ASSESSMENT:
 PCL-5
  A PCL-5 was performed and was positive.  The score was 64.
 PHQ-9
  A PHQ-9 screen was performed. The score was 19 which is suggestive of
  moderately severe depression.


 CHANGE IN SCORE (PCL or PHQ9)
  CHANGES IN ASSESSMENT SCORES FROM EARLIER ADMINISTRATIONS:
  Session 1        PCL-5=67      PHQ-9=19
  Session 2        PCL-5=64      PHQ-9=19

Veteran stated that he forgot to complete self-report measures. He planned to
change this behavior moving forward.

 RISK INFORMATION
   He denied current SI/HI, plan, and intent. Veteran is aware of crisis
resources including the Veteran's crisis line. He has a history of help-
seeking when feeling down or depressed. Veteran was future-oriented and reported

feeling motivated for PTSD treatment.

 MENTAL STATUS/BEHAVIORAL OBSERVATIONS
  Veteran arrived on-time to the scheduled appointment, dressed and
groomed appropriately. He was alert and oriented throughout the session;
behavior was appropriate. Mood was euthymic, with matching affect. Veteran
demonstrated good insight and judgment. Speech was unremarkable. No evidence of
psychosis. Veteran's thinking was goal-oriented and linear, though
circumstantial and tangential at times. He responded well to redirection. Memory

grossly intact.

OTHER RELEVANT ASSESSMENT OBSERVATIONS
   Reported cravings 5/10 cravings to drink on two days. Denied alcohol or
   drug use.


SESSION CONTENT:
   The Veteran completed the Thoughts and Feelings Session of the Cognitive
   Processing Therapy (CPT) for PTSD. The following therapy components were
   addressed:
   -Therapist reviewed homework (A-B-C Worksheets) with Veteran, and helped
   further differentiate between thoughts and feelings.
   -Therapist helped Veteran identify stuck points and add them to the Stuck
   Point Log.
   -Therapist helped the Veteran to begin to challenge problematic thoughts
   using Socratic Questioning. Veteran identified that he tends to place
inappropriate blame on his childhood and himself. This writer implemented CPT
skills to help Veteran to make sense of his childhood experiences in a more
accurate way.


PRACTICE ASSIGNMENT
-Therapist asked Veteran to continue using the A-B-C Worksheets, completing one
each day.

MOTIVATIONAL ENHANCEMENT
   --Identified short-term goals in several areas of functioning.
   --Identified the consequences or impact of the target diagnosis/problem (or
   other symptoms).
   --Identified the benefits of reducing the severity of the target
   diagnosis/problem.
   --Assessed attitude toward therapy. Veteran described feeling more at peace
with the accident at the end of the session today.


ADDITIONAL SESSION INFORMATION: Veteran reported that he completed all homework
today. Discussed rationale for completing homework daily and identified
strategies to promote this.


PLAN: 12/3/2020 at 3:00pm

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 11/25/2020 11:42

| Date/Time: | 19 Nov 2020 @ 1500 |
|---|---|
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 19 Nov 2020 @ 1625 |

Note

LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 19, 2020@15:00   ENTRY DATE: NOV 19, 2020@15:04:40
    AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
     CHADWICK HEATH JORDAN
     1135 N BROADWAY STE 312
     DENVER, COLORADO  80203

If above address is not correct, please enter it here :
New appt location
98 South Emerson St Apt 101
Denver, CO 80209

Emergency numbers for that address:
Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377
 Enter telephone number below if above numbers are not correct
 (Leave blank if numbers above are correct):
 (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
     Primary NOK: JORDAN,GWEN          Relation: MOTHER

**CONFIDENTIAL**

          8853 COLORADO BLVD          Phone: 303 286 1997
          THORNTON, COLORADO  80229
     Secondary NOK: NONE,              Relation: <not given>
          <street address not available>   Phone:
Emergency Contact
     Name:     JORDAN,GWEN
     Phone:     303 286 1997
     Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
    RMR: 720-723-7350 (Internal Extension 17350)
    COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
 Provider used private office: Yes
 Veteran connected from private home. Yes
 Veteran connected from another private location. (If yes, please specify)
N/A

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.) : None
===========================================================================

Cognitive Processing Therapy: Meaning Session
Date and time: 11/19/2020 at 13:00
Time in session (in minutes): 65

SESSION NUMBER:
 2

SESSION FORMAT
 Video Telehealth Session

SESSION LOCATION
 PTSD clinical team


DIAGNOSIS:
 Primary (focus of treatment): PTSD
Secondary: MDD, Anxiety, Alcohol Use Disorder

ASSESSMENT:

 CHANGE IN SCORE (PCL or PHQ9)
  CHANGES IN ASSESSMENT SCORES FROM EARLIER ADMINISTRATIONS:
  Session 1        PCL-5=67       PHQ-9=19

Veteran stated that he forgot to complete self-report measures. He planned to
change this behavior moving forward.

 RISK INFORMATION
   He denied current SI/HI, plan, and intent. Veteran is aware of crisis
resources including the Veteran's crisis line. He has a history of help-
seeking when feeling down or depressed. Veteran was future-oriented and reported

feeling motivated for PTSD treatment.

 MENTAL STATUS/BEHAVIORAL OBSERVATIONS
  Veteran arrived a few minutes late to the scheduled appointment dressed and
groomed appropriately. He was alert and oriented throughout the session;
behavior was appropriate. Mood was "stressed", with matching affect.
Veteran
demonstrated good insight and judgment. Speech was unremarkable. No evidence of
psychosis. Veteran's thinking was goal-oriented and linear, though
circumstantial and tangential at times. He responded well to redirection. Memory

grossly intact.

SESSION CONTENT:
 The Veteran completed the Meaning of the Event session of Cognitive
 Processing Therapy (CPT) for PTSD. The following therapy components were
 addressed:
 -The Veteran and therapist reviewed the Stuck Point Help Sheet and started
 the Stuck Point Log.
 -Discussed the meaning of the Impact Statement with the Veteran with a focus
 on identifying "stuck points".
 -Therapist introduced relationships between thoughts, feelings, and behaviors.
 -Therapist and Veteran reviewed the Identifying Emotions Handout.
 -Therapist introduced the A-B-C Worksheets and demonstrated how to complete
 them in session.

PRACTICE ASSIGNMENT:
 -Therapist assigned practice assignment to complete at least one A-B-C
 Worksheet each day.
 -Therapist asked the Veteran to continue to add to the Stuck Point Log.

MOTIVATIONAL ENHANCEMENT
  --Identified short-term goals in several areas of functioning.
  --Identified the consequences or impact of the target diagnosis/problem (or
  other symptoms).
  --Identified the benefits of reducing the severity of the target
  diagnosis/problem.

  --Assessed attitude toward therapy.


ADDITIONAL SESSION INFORMATION:
  Veteran described difficulty with procrastination and managing stressors. He
  noted that he feels that he needs to rely solely on himself and is feeling
overwhelmed with representing himself in a court case, going to school, etc.
Identified stuck points around this and engaged in strategies to enhance
motivation for treatment engagement.

PLAN
  Next session planned for agreed upon date/time of: 11/25/2020 at 10:30am


/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 11/19/2020 16:25

| | |
|---|---|
| Date/Time: | 17 Nov 2020 @ 1500 |
| Note Title: | IMMUNIZATIONS (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEWETT,REBECCA D |
| Co-signed By: | HEWETT,REBECCA D |
| Date/Time Signed: | 17 Nov 2020 @ 1501 |

**Note**

 LOCAL TITLE: IMMUNIZATIONS (D)
STANDARD TITLE: IMMUNIZATION NOTE
DATE OF NOTE: NOV 17, 2020@15:00    ENTRY DATE: NOV 17, 2020@15:00:19
    AUTHOR: HEWETT,REBECCA D    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED


 The patient received seasonal influenza vaccine today - Influenza,
 Quadrivalent preservative free (Fluarix) 0.5 ml IM today in Left Deltoid.
Manufacturer: GlaxoSmithKline
  Lot Number: 9s4k5 Exp. 06/30/2021
Administered by protocol/policy
Complications: None

Pneumococcal Vaccination:
 Pneumococcal polysaccharide vaccine PPSV23 (Pneumovax)

**CONFIDENTIAL**

The patient received pneumococcal polysaccharide vaccine PPSV23
(Pneumovax) 0.5ml IM today in Left Deltoid.
Manufacturer: Merck
Lot # and Expiration Date: T010639 EXP:08/31/2021
Administered by protocol/policy
Complications: None
The pneumococcal polysaccharide vaccine PPSV23 (Pneumovax) VIS was given
to the patient today.  VIS version date Oct 30,2019.


/es/ REBECCA D HEWETT
LPN
Signed: 11/17/2020 15:01

| | |
|---|---|
| Date/Time: | 17 Nov 2020 @ 1355 |
| Note Title: | PRIMARY CARE PROVIDER (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MYKONIATIS,GABRIELLE E |
| Co-signed By: | MYKONIATIS,GABRIELLE E |
| Date/Time Signed: | 17 Nov 2020 @ 1408 |

Note


 LOCAL TITLE: PRIMARY CARE PROVIDER (T)
STANDARD TITLE: PRIMARY CARE OUTPATIENT NOTE
DATE OF NOTE: NOV 17, 2020@13:55    ENTRY DATE: NOV 17, 2020@13:55:36
   AUTHOR: MYKONIATIS,GABRIELL EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

ASSESSMENT and PLAN:37BLACK OR AFRICAN AMERICANMALE as  a a  f/u
>.Migraine  Headaches
     - cont'd  sumatriptan
     -  cont'd   propanolol for  prevention


>. Pain
     - location:left  knee pain  d/t  : Left knee rupture of the midsubstance

anterior cruciate ligament. Knee joint effusion from  MRI  2017 .
     - controlled: no
     -   PT and  accupuncture  ref

> right  elbow   pain ice


> depression  feeling  of rage  and  wanting  to  be  away from  other s
     - MH   helps
     =- f/u  MH

>. Health  maintenance
    - prostate cancer  screening:y PSA - NONE FOUND
    - Colon cancer screening:y

    - BMI review and  counseling
    - cardiovascular disease  risk  stratification
    - advanced directive discussion/immunizations discussed
>. follow up
    - 3 months w/  PCP 30 min face to  face appt
    - encouraged MyHealtheVet for result f/u,  otherwise will mail
    follow-up letter

>. referrals: none


CHIEF COMPLAINT:
Mr. JORDAN is a 38 year old African   Americna MALE here for  as   an
established  vet f/u  appt

HPI/ROS:
 The  vet  was  concerned that  he   got a  stress  fracture in the    eft
ankle  over  this past 1  week    exacervbated  by  ewalking


 The     back still  hurts  . the   heating  pad helps

 The  vet   takes  the pain med s  form  pain and well  ness  ctr

 the  left knee  hurst  some  . he  wants  to cont'd  t he  accupuncture

Aand  PT
 The vet   does not  like  nbeing  around  others


The following problem list is considered to be the "Past Medical
History" for
the purposes of this note. It was reviewed at the time of this visit.
Active problems - Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS

13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

Allergies: Patient has answered NKA

Med Recon NoGlossary (Tool #1)

INCLUDED IN THIS LIST:  Alphabetical list of active outpatient
prescriptions dispensed from this VA (local) and dispensed from another
VA or DoD facility (remote) as well as inpatient orders (local pending and
active), local clinic medications, locally documented non-VA medications,
and local prescriptions that have expired or been discontinued in the past
90 days.

Non-VA Meds Last Documented On: ** Data not found **
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

***NOTE*** The display of VA prescriptions dispensed from another VA or
DoD facility (remote) is limited to active outpatient prescription entries
matched to National Drug File at the originating site and may not include
some items such as investigational drugs, compounds, etc.

NOT INCLUDED IN THIS LIST: Medications self-entered by the patient into
personal health records (i.e. My HealtheVet) are NOT included in this
list. Non-VA medications documented outside this VA, remote inpatient
orders (regardless of status) and remote clinic medications are NOT
included in this list. The patient and provider must always discuss
medications the patient is taking, regardless of where the medication was
dispensed or obtained.

------------------------------------------------------------------------
OUTPT ARIPIPRAZOLE 10MG TAB (Status = Active)
    TAKE ONE-HALF TABLET BY MOUTH DAILY  **NEW TABLET STRENGTH**
    Rx# 100928447 Last Released: 9/16/20   Qty/Days Supply: 45/90
    Rx Expiration Date: 9/12/21        Refills Remaining: 1

OUTPT ARIPIPRAZOLE 5MG TAB (Status = Discontinued)
    TAKE ONE TABLET BY MOUTH DAILY
    Rx# 100891801 Last Released: 8/14/20   Qty/Days Supply: 30/30
    Rx Expiration Date: 7/25/21        Refills Remaining: 1

OUTPT BENZOYL PEROXIDE 5% (WATER BASED) GEL (Status = Discontinued)
    APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
    Rx# 100329940B Last Released: 5/19/20  Qty/Days Supply: 60/30
    Rx Expiration Date: 3/17/21        Refills Remaining: 1

OUTPT BENZOYL PEROXIDE 5% (WATER BASED) GEL (Status = Active)
    APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

**CONFIDENTIAL**

Rx# 100916067 Last Released: 9/2/20   Qty/Days Supply: 60/30
Rx Expiration Date: 9/3/21       Refills Remaining: 3

OUTPT CLINDAMYCIN PHOSPHATE 1% TOP SOLN (Status = Discontinued)
APPLY THIN FILM TO AFFECTED AREA DAILY FOR ACNE
Rx# 100329945B Last Released: 5/20/20   Qty/Days Supply: 60/30
Rx Expiration Date: 3/17/21       Refills Remaining: 1

OUTPT CLINDAMYCIN PHOSPHATE 1% TOP SOLN (Status = Active)
APPLY THIN FILM TO AFFECTED AREA DAILY FOR ACNE
Rx# 100916070 Last Released: 9/2/20   Qty/Days Supply: 60/30
Rx Expiration Date: 9/3/21       Refills Remaining: 3

OUTPT DICLOFENAC NA 1% TOP GEL (Status = Active)
APPLY 2 GRAMS TO AFFECTED AREA EVERY 8 HOURS AS NEEDED FOR PAIN
(USE DOSING CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T EXCEED 8 GRAMS
DAILY TO ANY JOINT OF THE UPPER EXTREMITIES - DON'T EXCEED A
TOTAL DOSE OF 32 GRAMS DAILY OVER ALL JOINTS**
Rx# 100719858 Last Released: 5/19/20   Qty/Days Supply: 100/30
Rx Expiration Date: 3/17/21       Refills Remaining: 1

OUTPT GABAPENTIN 300MG CAP (Status = Discontinued)
TAKE ONE CAPSULE BY MOUTH AT BEDTIME FOR PAIN AND SCIATICA
Rx# 100858584 Last Released: 8/13/20   Qty/Days Supply: 30/30
Rx Expiration Date: 7/17/21       Refills Remaining: 2

OUTPT GABAPENTIN 300MG CAP (Status = Discontinued)
TAKE ONE CAPSULE BY MOUTH TWICE A DAY
Rx# 100930357 Last Released: 9/15/20   Qty/Days Supply: 60/30
Rx Expiration Date: 9/16/21       Refills Remaining: 5

OUTPT GABAPENTIN 300MG CAP (Status = Active)
TAKE ONE CAPSULE BY MOUTH EVERY MORNING AND TAKE TWO CAPSULES
EVERY EVENING
Rx# 100999879 Last Released: 11/13/20   Qty/Days Supply: 270/90
Rx Expiration Date: 2/4/21       Refills Remaining: 0

OUTPT LIDOCAINE 5% OINT (Status = Active)
APPLY THIN FILM TO AFFECTED AREA ONCE A DAY AS NEEDED FOR PAIN
Rx# 100775490 Last Released: 7/13/20   Qty/Days Supply: 105/90
Rx Expiration Date: 5/2/21       Refills Remaining: 2

OUTPT MENTHOL/M-SALICYLATE 10-15% TOP CREAM (Status = Active)
APPLY MODERATE AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS
NEEDED FOR PAIN
Rx# 100719868 Last Released: 5/19/20   Qty/Days Supply: 90/30
Rx Expiration Date: 3/17/21       Refills Remaining: 1

OUTPT PROPRANOLOL HCL 40MG TAB (Status = Active)
TAKE ONE TABLET BY MOUTH DAILY
Rx# 100870804 Last Released: 7/30/20   Qty/Days Supply: 30/30

MEDICAL CONFIDENTIAL

**CONFIDENTIAL**

Rx Expiration Date: 7/29/21
Refills Remaining: 3

OUTPT SUMATRIPTAN SUCCINATE 50MG TAB (Status = Active)
TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY
REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG PER DAY.
Rx# 100574481 Last Released: 1/13/20   Qty/Days Supply: 9/30
Rx Expiration Date: 11/20/20        Refills Remaining: 0

OUTPT TRETINOIN 0.01% TOP GEL (Status = Discontinued)
APPLY SMALL AMOUNT AFFECTED AREA DAILY AS DIRECTED FOR ACNE
Rx# 100329950B Last Released: 5/21/20   Qty/Days Supply: 15/30
Rx Expiration Date: 3/17/21        Refills Remaining: 1

OUTPT TRETINOIN 0.05% CREAM (Status = Active)
APPLY SMALL AMOUNT TO AFFECTED AREA NIGHTLY FOR ACNE AS DIRECTED
- START THREE TIMES WEEKLY, WORK UP TO USING NIGHTLY. DO NOT
COMBINE WITH  BENZOYL PEROXIDE OR CLINDAMYCIN.
Rx# 100916073 Last Released: 9/2/20   Qty/Days Supply: 20/30
Rx Expiration Date: 9/3/21         Refills Remaining: 3


------------------------------------------------------------------------
                    SUPPLIES
------------------------------------------------------------------------

Allergies/ADRs (Tool #5)

FACILITY                     ALLERGY/ADR
--------              -----------
No Remote Allergy/ADR Data available for this patient
ROCKY MOUNTAIN REGIONAL VAMC        No Known Allergies

MEDICATION RECONCILIATION:
(x)The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, potential risks and precautions, drug-drug
 interactions, potential side effects and what happens if medication is not
 taken as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.


Family/Social History: (x) Not applicable to today's visit.

EXAM:

**CONFIDENTIAL**

VS:  Temp: 98.3 F [36.8 C] (11/17/2020 13:51)
BP:  123/75 (11/17/2020 13:51)
Pulse:71 (11/17/2020 13:51)
Resp: 18 (11/17/2020 13:51)
BMI: BODY MASS INDEX - 31.8 (NOV 17, 2020@13:51:46)
Pain: 7 (11/17/2020 13:51)
Weight: 221 lb [100.5 kg] (11/17/2020 13:51)
Pulse Ox: 95 (11/17/2020 13:51)
General Appearance: NAD  a and o x 3

Cardiac: RRR; S1S2 no  murmurs
Lungs: CTAB  no  w/r/r
Abdomen: NABS; soft  NTND;  no  organomegaly noted
Musculoskeletal: ttp  left  anke   limited rom  back a nd
legs  ds/t  pain
psych:  flataffect;depressed mood
Extremities: 2+ PT/DP  pulses bilaterally  ; no BLE edema
Gait: steady unassisted


Data/Labs:

The following laboratory data was reviewed and is pertinent to
the care provided:

HgbA1c:
A1C HGB (DVAMC) - NONE FOUND

Lipids:
CHOLESTEROL - NONE FOUND
HDL - NONE FOUND
LDL CHOL (RBL) - NONE FOUND
TRIGLYCERIDE - NONE FOUND

SMA-7:
SODIUM - NONE FOUND
POTASSIUM - NONE FOUND
CHLORIDE - NONE FOUND
CO2 - NONE FOUND
CREATININE SERUM - NONE FOUND
GLUCOSE - NONE FOUND

CBC:
WBC - NONE FOUND
HGB - NONE FOUND
HCT - NONE FOUND
MCV - NONE FOUND
PLT - NONE FOUND

LFTs:
SGOT - NONE FOUND
SGPT - NONE FOUND

Other:
TSH - NONE FOUND

PSA - NONE FOUND

25-OH VIT D2 - NONE FOUND
25-OH VIT D3 - NONE FOUND
TOTAL 25-OH VIT D - NONE FOUND
1,25-DIHYDROXYVIT D3 - NONE FOUND
No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

OCCULT BLOOD FIT X1 SCREEN - NONE FOUND

(Please see top of note for assessment and plan.)

(x) Patient/Caregiver indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan. Patient/Caregiver
doesn't
have any further questions today.

() Approximately   min of this 30 min appt was spent counseling/coordinating
care for the medical problems outlined above.


PHQ9 Depression Evaluation:
A PHQ-9 screen was performed. The score was 10 which is suggestive of
moderate depression.

1. Little interest or pleasure in doing things
Several days

2. Feeling down, depressed, or hopeless
Nearly every day

3. Trouble falling or staying asleep, or sleeping too much
Nearly every day

4. Feeling tired or having little energy
Several days

5. Poor appetite or overeating
Not at all

6. Feeling bad about yourself or that you are a failure or have let
yourself or your family down
Several days

7. Trouble concentrating on things, such as reading the newspaper or
watching television

Several days

8. Moving or speaking so slowly that other people could have noticed.
Or the opposite being so fidgety or restless that you have been
moving around a lot more than usual
Not at all

9. Thoughts that you would be better off dead or of hurting yourself
in some way
Not at all

10. If you checked off any problems, how DIFFICULT have these
problems made it for you to do your work, take care of things at home
or get along with other people?
Very difficult

ECH Atypical Antipsychotics:
  Patient is receiving an atypical antipsychotic. Order for hemoglobin A1c
  placed.
ECH Pain Assessment:
  Pain issues discussed with patient. We have agreed upon a plan of
  management as outlined in my notes today.
Pneumococcal PPSV23 (Pneumovax):
  ** See orders.
Influenza Immunization:
  ** See orders.
    Fluarix, Quadrivalent preservative free, syringe


/es/ GABRIELLE E MYKONIATIS, MD
Staff Primary Care Physician
Signed: 11/17/2020 14:08

| | |
|---|---|
| Date/Time: | 17 Nov 2020 @ 1109 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEUK,ELIZABETH M |
| Co-signed By: | CHEUK,ELIZABETH M |
| Date/Time Signed: | 17 Nov 2020 @ 1115 |

Note

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: NOV 17, 2020@11:09   ENTRY DATE: NOV 17, 2020@11:09:53
    AUTHOR: CHEUK,ELIZABETH M   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Length of visit: 30 mins
Location of Visit: Phone call and home visit - Outside Veteran's Apartment
Diagnosis: Housing/Economic Circumstance Problems z59.8

Transportation time: 50 mins

Follow-up Appointment: 12/14/20 @ 1030 phone check in

Data: Writer spoke with veteran on the phone for schedule monthly phone check in

and then dropped off a winter coat and laptop at his apartment.

Writer provided veteran with legal resources at his request to assist with
navigating his legal affairs.

Veteran shared that his landlord (LL) had not received the HAP payment from the
Division of Housing (DOH) as of yet (veteran has been in his home for appr. 1.5
months). Writer relayed that there is a delay in HAP payments arriving due to
COVID and housing disruptions. Writer encouraged that the LL could call Erik
Frazier at DOH to follow up if needed. Writer provided Erik's number for
reference.

Veteran reiterated his high level of independence and requested monthly check
ins with writer for the time being.

Veteran denied having any other urgent case management needs at this time.

Assessment: Veteran appeared dressed appropriately for weather and time of day
when writer saw him. Veteran remained a&ox4 and engaged in brief case
management
conversation. Veteran's thought process and content sounded congruent.
Veteran's
tone of voice and rate of speech sounded regulated.


No clinical indications of any danger to self or others were observed or
reported during this visit.

Plan: Writer will assess for case management needs with veteran as needed via
phone check ins as part of compliance with COVID-19 precautions.



/es/ ELIZABETH M CHEUK
Social Worker
Signed: 11/17/2020 11:15

| Date/Time: | 16 Nov 2020 @ 1546 |
|---|---|
| Note Title: | PACT PRE-VISIT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEWETT,REBECCA D |
| Co-signed By: | HEWETT,REBECCA D |
| Date/Time Signed: | 16 Nov 2020 @ 1551 |

**Note**

 LOCAL TITLE: PACT PRE-VISIT TELEPHONE CONTACT
STANDARD TITLE: PACT NOTE
DATE OF NOTE: NOV 16, 2020@15:46    ENTRY DATE: NOV 16, 2020@15:46:04
    AUTHOR: HEWETT,REBECCA D    EXP COSIGNER:
 URGENCY:                    STATUS: COMPLETED

Patient able to make scheduled appointment

Visit Type:Face-to-Face

Date/Time of appointment: 17 Nov 2020 @ 1330

Provided directions to clinic: Yes

Patient's top priority for appointment: Stress Fracture on L foot, referrals

for accupuncture

Does patient have labs ordered? No
    If yes, please remind veteran to not fast on day of appointment
    or day of lab unless provider instructed

Do you see a Non-VA Provider? No
    If yes, please encourage veteran to bring any relevent reports.

Please bring your medications as well as any questions or concerns.
Please take any prescribed blood pressure or diabetic medications as you
normally would on the day of your appointment.

HTN: reminded to bring in home BP log

DM:  reminded to bring in BG logs and glucometer

Reminded to bring in paperwork to be addressed

Asked to arrive 15 minutes prior to appointment and provided contact
information

Clinical reminders:

 Pressure Ulcer Risk Screening:
  1. Patient is bed or wheelchair bound or requires assistance to change
  positions?
   No.
  2. Does the patient currently have or have a history of pressure ulcers?
   No.
  3. Is the patient experiencing bowel or bladder incontinence to include
  dribbling, or does the patient need to wear a continence containment

**CONFIDENTIAL**

garment?
  No.
  4. Does the patient currently have a wound or a skin related problem?
  No.
Tobacco Use Screening:
  The patient has never used tobacco.

/es/ REBECCA D HEWETT
LPN
Signed: 11/16/2020 15:51

| | |
|---|---|
| Date/Time: | 13 Nov 2020 @ 1300 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 13 Nov 2020 @ 1821 |

Note

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 13, 2020@13:00   ENTRY DATE: NOV 13, 2020@14:00:06
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
    CHADWICK HEATH JORDAN
    1135 N BROADWAY STE 312
    DENVER, COLORADO  80203

If above address is not correct, please enter it here :
New appt location
98 South Emerson St Apt 101
Denver, CO 80209

**CONFIDENTIAL**

Emergency numbers for that address:
Veteran Contact Numbers:
  Listed cell phone: UNKNOWN
  Listed regular telephone number: 720-276-5377
  Enter telephone number below if above numbers are not correct
  (Leave blank if numbers above are correct):
  (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
      Primary NOK: JORDAN,GWEN              Relation: MOTHER
              8853 COLORADO BLVD          Phone: 303 286 1997
              THORNTON, COLORADO  80229
      Secondary NOK: NONE,                Relation: <not given>
              <street address not available>   Phone:
Emergency Contact
      Name:        JORDAN,GWEN
      Phone:        303 286 1997
      Relationship: MOTHER


Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
  1) e911: 267-908-6605
  2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
  3) Suicide Prevention Team/ Coordinators
    RMR: 720-723-7350 (Internal Extension 17350)
    COS: 719-553-1093
  4) National Telehealth Help Desk: 866-651-3180
  5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
  Provider used private office: Yes
  Veteran connected from private home. Yes
  Veteran connected from another private location. (If yes, please specify) N/A

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.) : Connection was lost briefly, but re-established

=========================================================================

Cognitive Processing Therapy: Initial Session
Date and time: 11/13/2020 at 1:00pm
Time in session (in minutes): 55

SESSION NUMBER:
 1

SESSION FORMAT
 Video Telehealth Session

SESSION LOCATION
 PTSD clinical team

DIAGNOSIS:
 Primary (focus of treatment): PTSD
Secondary: MDD, Anxiety, Alcohol Use Disorder

ASSESSMENT:
 PCL-5
  A PCL-5 was performed and was positive.  The score was 67.
 PHQ-9
  A PHQ-9 screen was performed. The score was 19 which is suggestive of
  moderately severe depression.


 CHANGE IN SCORE (PCL or PHQ9)
  CHANGES IN ASSESSMENT SCORES FROM EARLIER ADMINISTRATIONS:
  Session 1        PCL-5=67      PHQ-9=19


 RISK INFORMATION
   He endorsed a 2 on PHQ-9 #9 and qualified that these are thoughts of being
better off dead. He denied current SI/HI, plan, and intent. Veteran is aware of
crisis resources including the Veteran's crisis line. He has a history of
help-
seeking when feeling down or depressed. Veteran was future-oriented and reported

feeling motivated for PTSD treatment.

 MENTAL STATUS/BEHAVIORAL OBSERVATIONS
  Veteran arrived on time to the scheduled appointment dressed and groomed
appropriately. He was alert and oriented throughout the session; behavior was
appropriate. Mood was euthymic, with matching, though somewhat flat affect, and
range appeared somewhat restricted. Veteran demonstrated good insight and
judgment. Speech was unremarkable. No evidence of psychosis. Veteran's
thinking
was goal-oriented and linear, though circumstantial and tangential at times.
Memory grossly intact.

 OTHER RELEVANT ASSESSMENT OBSERVATIONS

Reported 2/10 craving to drink alcohol triggered by feeling stressed. Denied

substance use. He acknowledged that drinking will not help his stress.

SESSION CONTENT:
  The Veteran completed the first session of Cognitive Processing Therapy (CPT)
  for PTSD. The following therapeutic components were addressed:
  -Facilitated a good therapeutic relationship.
  -Provided an overview of PTSD symptoms, a cognitive explanation of the
  development and maintenance of PTSD, and a rationale of CPT.
  -Presented the Veteran with an overview of the 12-session treatment.
  -Discussed Veteran's readiness to engage in treatment. Discussed
Veteran's
hesitations to begin treatment prior to today. At today's session, he
described
feeling motivated, after completing self-report measures and relating to the
content. Veteran reported that he already completed the writing assignment for
session 1, which he read aloud to this writer.
  -Discussed and addressed Veteran's questions or concerns about treatment.
  Veteran expressed the following questions and/or concerns: Denied
questions/concerns at this time.
  -Introduced the concept of stuck points.

PRACTICE ASSIGNMENT:
  -Asked Veteran to write a one page "Impact Statement". He was given
additional
instruction for this, as he had already began this writing assignment in
preparation of today's appointment.
  -Asked Veteran to review Stuck Point Handout and Stuck Point Help Sheet.

MOTIVATIONAL ENHANCEMENT
  --Identified short-term goals in several areas of functioning.
  --Identified the consequences or impact of the target diagnosis/problem (or
  other symptoms).
  --Identified the benefits of reducing the severity of the target
  diagnosis/problem.
  --Assessed attitude toward therapy.

ADDITIONAL SESSION INFORMATION:
  Veteran updated this writer that he has moved his belongings from storage to
his new residence.

PLAN
  Next session planned for agreed upon date/time of: 11/19/2020 at 3:00pm

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 11/13/2020 18:21

| Date/Time: | 10 Nov 2020 @ 1429 |
|---|---|
| Note Title: | MH INFORMATIONAL NOTE |

| | |
|---:|:---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 11 Nov 2020 @ 0801 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 10, 2020@14:29   ENTRY DATE: NOV 10, 2020@14:29:56
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Per Veteran's request, the following letter was mailed to the Veteran.

November 5, 2020


To Whom It May Concern:


This letter is being provided to Mr. Chadwick Jordan for distribution as he
sees fit. Mr. Jordan is currently my patient and has been under my care since
August 2020. I am familiar with his history and have diagnosed him with
Posttraumatic Stress Disorder.


Respectfully,


Sharon Radomski, Ph.D.
Psychologist
PTSD Clinical Team
VA Eastern Colorado Health Care System
1700 N Wheeling St (116)
Aurora, CO 80045

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 11/11/2020 08:01

| | |
|---:|:---|
| Date/Time: | 09 Nov 2020 @ 1526 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BARTOLOMEO,GINA |
| Co-signed By: | BARTOLOMEO,GINA |
| Date/Time Signed: | 09 Nov 2020 @ 1545 |

**CONFIDENTIAL**

Note

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: NOV 09, 2020@15:26     ENTRY DATE: NOV 09, 2020@15:26:11
    AUTHOR: BARTOLOMEO,GINA      EXP COSIGNER:
  URGENCY:                   STATUS: COMPLETED

Diagnosis: Alcohol Use Disorder Moderate; homelessness
Duration of call:  14
Treatment Provided: Telephone Contact


D: Writer outreached veteran to discuss HUD VASH SUD program and explain her
role following referral from veteran's CM. Writer introduced herself and
veteran
discussed his desire to attend groups. Veteran stated he is interested in
relapse prevention which writer said unfortunately she cannot provide and that
at this time writer and SUD program in HUD VASH is not doing groups.
Veteran endorsed having a drink 'a few weeks ago' and that it was the
first
drink in months.  Writer discussed steps veteran would need to take to engage in

relapse prevention groups to which veteran said he would probably be better if
he just speaks with writer and engage with her prior to engaging in virtual
groups. Veteran asked writer about her experience in working with SUD population

to which she shared. Writer reiterated role of harm reduction and veteran said
he was interested in discussing triggers and coping mechanisms for drinking.
Veteran went on to say he would like to talk every 3 weeks for the next 6 or so
months to which writer said she can do.

P: Writer will outreach veteran 12/1 @ 9am

/es/ GINA BARTOLOMEO, LCSW, LAC
Substance Use Disorder Specialist
Signed: 11/09/2020 15:45


Receipt Acknowledged By:
11/12/2020 12:51     /es/ ELIZABETH M CHEUK
              Social Worker

| | |
|---|---|
| Date/Time: | 06 Nov 2020 @ 0829 |
| Note Title: | CHRONIC PAIN & WELLNESS CENTER - PHARMACY |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 06 Nov 2020 @ 1352 |

**CONFIDENTIAL**

Note

LOCAL TITLE: CHRONIC PAIN & WELLNESS CENTER - PHARMACY
STANDARD TITLE: PAIN NOTE
DATE OF NOTE: NOV 06, 2020@08:29    ENTRY DATE: NOV 06, 2020@08:29:58
    AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
  URGENCY:                   STATUS: COMPLETED

JORDAN,CHADWICK HEATH answers for follow up appointment to discuss future mgmt.
of lumbar spondylsis, mild to moderate

Consulting PCP's medical opinion on goals for long-term
opioid therapy in this patient: Other goal (describe below).
veteran education on risks of opioids and review alternative treatments

**SEE END OF NOTE FOR SUMMARY AND COORDINATION OF CARE**

Since last appointment 10/7/2020 - pt continues w/MH treatment + homeless
clinic.

Today, pt states: "Things are going OK I suppose". Reports that
he's still
settling in to his new place and is trying to get caught up with schoolwork
right now. States that he's feeling wound up and is trying to take one thing
at
a time.

States he's been focused on his civil law suit currently; he feels he's
meeting
some hurdles but also has 3 other cases hanging over his head. For the civil
side he is defending himself so he's putting lots of his spare time into
preparing for hearings, filings, and court dates. He feels like he's not
able to
make plans d/t the uncertainty of court and what will happen next which has made

it hard because he likes to have stuff on his calendar to look forward to.
Overall though he feels that he's managing stress OK by exercise and
distraction
techniques.

Pain medications were last taken: topicals this week + gabapentin last night

Functional goals include:
1) More rigorous workouts
2) Manage legal concerns

PAIN INTENSITY for the past month (0=No Pain, 10=As Bad As Pt. Can Imagine)
Date   7/16/2020
WORST   10/10
BEST   4/10
AVERAGE 4-6/10

**CONFIDENTIAL**

GOAL: 4/10

Pain relief from current therapy: mild benefit

Social Hx:
Caffeine - rare coffee, avoids d/t anxiety
Tobacco - denies
Alcohol - AUD identified in 2004; multiple arrests. Has not drank in
"months"
Illicit Drugs - denies
Marijuana - denies currently

PAIN Hx and Description:
Onset: 2002
Cause: MVA
Location: low back/thoracic-lumbar strain
Radiation: into bilateral inner thighs/sciatica
Pattern: constant
Quality: numbness/tingling, "feet asleep", sharp pain

Factors that:
alleviate: PT, acupuncture, TENS, stretching
exacerbate: poor posture, lifting, "over exertion", walking too much

Active Problems:
Active problems - Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

CURRENT MEDICATIONS:
Active and Recently Expired Outpatient Medications (including Supplies):

|  | | Issue Date | | |
|  | Status | Last Fill | | |
| Active Outpatient Medications | | | Refills | Expiration |

===============================================================

1) ARIPIPRAZOLE 10MG TAB  Qty: 45 for 90    ACTIVE      Issu:09-11-20
   days  Sig: TAKE ONE-HALF TABLET BY    Refills: 1  Last:09-14-20
   MOUTH DAILY  **NEW TABLET STRENGTH**          Expr:09-12-21

2) BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE     Issu:09-02-20
   Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 3  Last:09-02-20
   AMOUNT AFFECTED AREA TWICE A DAY FOR          Expr:09-03-21
   ACNE

3) CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE      Issu:09-02-20
   60 for 30 days  Sig: APPLY THIN FILM   Refills: 3  Last:09-02-20
   TO AFFECTED AREA DAILY FOR ACNE          Expr:09-03-21

4) DICLOFENAC NA 1% TOP GEL  Qty: 100 for    ACTIVE     Issu:03-16-20
   30 days  Sig: APPLY 2 GRAMS TO      Refills: 1  Last:05-18-20
   AFFECTED AREA EVERY 8 HOURS AS NEEDED          Expr:03-17-21
   FOR PAIN (USE DOSING CARD TO MEASURE
   DOSE) **DON'T EXCEED 16 GRAMS DAILY TO
   ANY JOINT OF THE LOWER EXTREMITIES -
   DON'T EXCEED 8 GRAMS DAILY TO ANY
   JOINT OF THE UPPER EXTREMITIES - DON'T
   EXCEED A TOTAL DOSE OF 32 GRAMS DAILY
   OVER ALL JOINTS**

5) GABAPENTIN 300MG CAP  Qty: 60 for 30     ACTIVE      Issu:09-15-20
   days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 5  Last:09-15-20
   TWICE A DAY          Expr:09-16-21

6) LIDOCAINE 5% OINT  Qty: 105 for 90 days  ACTIVE      Issu:05-01-20
   Sig: APPLY THIN FILM TO AFFECTED AREA  Refills: 2  Last:07-20-20
   ONCE A DAY AS NEEDED FOR PAIN          Expr:05-02-21

7) MENTHOL/M-SALICYLATE 10-15% TOP CREAM    ACTIVE     Issu:03-16-20
   Qty: 90 for 30 days  Sig: APPLY       Refills: 1  Last:05-18-20
   MODERATE AMOUNT TO AFFECTED AREA THREE          Expr:03-17-21
   TIMES A DAY AS NEEDED FOR PAIN

8) PROPRANOLOL HCL 40MG TAB  Qty: 30 for 30  ACTIVE     Issu:07-28-20
   days  Sig: TAKE ONE TABLET BY MOUTH    Refills: 3  Last:07-28-20
   DAILY          Expr:07-29-21

9) SUMATRIPTAN SUCCINATE 50MG TAB  Qty: 9    ACTIVE      Issu:11-20-19
   for 30 days  Sig: TAKE ONE TABLET BY   Refills: 0  Last:01-10-20
   MOUTH ONCE A DAY AS NEEDED FOR          Expr:11-20-20
   MIGRAINE, MAY REPEAT DOSE IN 2 HOURS,
   IF NO RELIEF. NO MORE THAN 200MG PER
   DAY.

10) TRETINOIN 0.05% CREAM  Qty: 20 for 30     ACTIVE      Issu:09-02-20
    days  Sig: APPLY SMALL AMOUNT TO       Refills: 3  Last:09-02-20
    AFFECTED AREA NIGHTLY FOR ACNE AS          Expr:09-03-21
    DIRECTED - START THREE TIMES WEEKLY,
    WORK UP TO USING NIGHTLY. DO NOT
    COMBINE WITH  BENZOYL PEROXIDE OR
    CLINDAMYCIN.

                          Issue Date
              Status    Last Fill
   Inactive Outpatient Medications    Refills    Expiration
===============================================================

**CONFIDENTIAL**

1) ARIPIPRAZOLE 5MG TAB  Qty: 30 for 30     DISCONTINUED Issu:08-13-20
   days  Sig: TAKE ONE TABLET BY MOUTH     (EDIT)     Last:08-17-20
   DAILY                                Refills: 1  Expr:07-25-21

2) ARIPIPRAZOLE 5MG TAB  Qty: 30 for 30     DISCONTINUED Issu:07-24-20
   days  Sig: TAKE ONE-HALF TABLET BY     Refills: 2  Last:07-28-20
   MOUTH DAILY FOR 3 DAYS, THEN TAKE ONE          Expr:07-25-21
   TABLET DAILY

3) BENZOYL PEROXIDE 5% (WATER BASED) GEL     DISCONTINUED Issu:03-16-20
   Qty: 60 for 30 days  Sig: APPLY SMALL   (EDIT)     Last:05-18-20
   AMOUNT AFFECTED AREA TWICE A DAY FOR   Refills: 1  Expr:03-17-21
   ACNE

4) BENZOYL PEROXIDE 5% (WATER BASED) GEL     DISCONTINUED Issu:12-20-19
   Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 0  Last:02-14-20
   AMOUNT AFFECTED AREA TWICE A DAY FOR          Expr:12-20-20
   ACNE

5) CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   DISCONTINUED Issu:03-16-20
   60 for 30 days  Sig
   : APPLY THIN FILM   (EDIT)     Last:05-18-20
   TO AFFECTED AREA DAILY FOR ACNE       Refills: 1  Expr:03-17-21

6) CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   DISCONTINUED Issu:12-20-19
   60 for 30 days  Sig: APPLY THIN FILM   Refills: 0  Last:02-14-20
   TO AFFECTED AREA DAILY                Expr:12-20-20

7) GABAPENTIN 300MG CAP  Qty: 30 for 30     DISCONTINUED Issu:07-16-20
   days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 2  Last:08-12-20
   AT BEDTIME FOR PAIN AND SCIATICA       Expr:07-17-21

8) LIDOCAINE 5% OINT  Qty: 35 for 30 days   DISCONTINUED Issu:03-16-20
   Sig: APPLY THIN FILM TO AFFECTED AREA   Refills: 2  Last:03-18-20
   ONCE A DAY AS NEEDED FOR PAIN          Expr:03-17-21

9) QUETIAPINE FUMARATE 100MG TAB  Qty: 60    DISCONTINUED Issu:01-10-20
   for 30 days  Sig: TAKE TWO TABLETS BY   (EDIT)     Last:01-13-20
   MOUTH AT BEDTIME                Refills: 0  Expr:12-19-20

10) QUETIAPINE FUMARATE 100MG TAB  Qty: 51   DISCONTINUED Issu:12-19-19
    for 30 days  Sig: TAKE ONE-HALF TABLET  Refills: 1  Last:12-20-19
    BY MOUTH AT BEDTIME FOR 3 DAYS, THEN          Expr:12-19-20
    TAKE ONE TABLET AT BEDTIME FOR 3 DAYS,
    THEN TAKE ONE AND ONE-HALF TABLETS AT
    BEDTIME FOR 3 DAYS, THEN TAKE TWO
    TABLETS AT BEDTIME

11) QUETIAPINE FUMARATE 300MG TAB  Qty: 90    DISCONTINUED Issu:03-02-20
    for 90 days  Sig: TAKE ONE TABLET BY    (EDIT)     Last:05-22-20
    MOUTH AT BEDTIME                Refills: 0  Expr:03-03-21

12) QUETIAPINE FUMARATE 400MG TAB  Qty: 90    DISCONTINUED Issu:06-02-20
    for 90 days  Sig: TAKE ONE TABLET BY    Refills: 1  Last:06-02-20
    MOUTH AT BEDTIME                Expr:06-03-21

13) TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   DISCONTINUED Issu:03-16-20
    days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 1  Last:05-18-20
    AREA DAILY AS DIRECTED FOR ACNE          Expr:03-17-21

14) TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   DISCONTINUED Issu:12-20-19
    days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 0  Last:02-14-20
    AREA DAILY FOR ACNE              Expr:12-20-20

24 Total Medications

**CONFIDENTIAL**

OTC/VITAMINS/HERBALS:

( )The medication list above was reviewed with the patient at today's
visit.  I have indicated discrepancies under each medication that is
not being taken as prescribed.  Medication orders, including any
additions or discontinuations, have been updated as appropriate,
and the patient now has an accurate medication list.

Medication education and counseling for new medications added today
was provided to the Patient/Caregiver. This included why the
medication was prescribed, how they should take it and for how long,
what to expect from it, and what happens if medication is not taken
as prescribed.  Patient/Caregiver indicates readiness to learn,
verbalizes understanding and agreement.


PAST MEDICATIONS:
Long-Acting Opioids: Deferred

Short-Acting Opioids:
    -codeine, ASA with codeine, codeine/APAP -- past trial, helpful
    -oxycodone, oxycodone/APAP -- past trial, helpful
    -tramadol -- past trial

ACETAMINOPHEN -- past trial, ineffective

NSAID:
ibuprofen - past trial, ineffective for back pain
naproxen - past trial
meloxicam - past trial, helpful

MUSCLE RELAXANTS:
cyclobenzaprine - past trial, ineffective
methocarbamol - past trial, mild benefit

ANTIDEPRESSANTS:
TCAs: Deferred

SNRI: Deferred

ANTICONVULSANTS:
gabapentin - on currently
pregabalin - denies

TOPICALS -
capsaicin - denies
lidocaine topicals - on currently
menthol m-salicylate -- on currently
diclofenac gel -- on currently

PAST PAIN TREATMENTS:

Physical Therapy -- past trial, on hold d/t COVID, helpful
Heat/Cold -- heat is helpful, does not have heating pad, will send
TENS unit -- uses regularly, helpful
Behavioral pain mgmt./CBT -- completed care classes 2020
Surgery - Helpful/Not Helpful
Acupuncture -- past trial, on hold d/t COVID, helpful
Chiropractic -- deferred

VITAL SIGNS
Blood Pressure:  126/88 (07/28/2020 13:41)
  Respiration:  14 (07/28/2020 13:41)
      Pulse:  60 (07/28/2020 13:41)
     Height:  70 in [177.8 cm] (11/20/2019 08:57)
     Weight:  210 lb [95.5 kg] (07/28/2020 13:41)
    Pulse Ox:  97 (07/28/2020 13:41)
BODY MASS INDEX - 30.2 (JUL 28, 2020@13:41:33)

PERTINENT LABS:
  CREATININE SERUM - NONE FOUND
  SGPT - NONE FOUND
  SGOT - NONE FOUND
No TSH in the last 2Y
No A1C HEMOGLOBIN (DVAMC) in the last 1Y
No TESTOSTERONE (DVAMC) in the last 6M
  No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

Most recent ECG:
                         11/06/2020 08:29
SPN - Selected Prog Notes
  No data available for EKG NOTE

No AMPHETAMINES QUAL. in the last 3Y
No BARBITURATES in the last 3Y
No BENZODIAZEPINES in the last 3Y
No COCAINE in the last 3Y
No METHADONE in the last 3Y
No OPIATES in the last 3Y
No CANNABINOIDS in the last 3Y
  No data available for Oxycodone (RMR); Oxymorphone (RMR)

Future Appointments:
11/06/2020 11:00  RMR PHONE CPWC PHARM 02
11/13/2020 13:00  RMR VVC MH PCT PSO 06 PM
11/17/2020 13:30  DEN PACT MD 07
03/05/2021 14:15  RMR DERM FOLLOW UP MD

ASSESSMENT:
Patient reporting chronic low back pain. Pt reports mild pain relief from
medications. Pt is also followed by MH + PTSD program, homeless program, and
VJO.

OPIOIDS:
--CURRENT MEDD: 0mg
    --CPCC starting MEDD: 0mg
--LAST UDS: None since 2007
--LAST PDMP: 8/12/2020 --> no controlled substance fills since 2018
--Opioid Consent: N/A

--Pt has SUD hx of AUD + marijuana but is in sustained remission. Currently
participating in VJO treatment as well related to complex history
--Would not recommend PRN opioids at this time d/t non-optimized non-opioid and
non-medication management

APAP:
--Pt declines, not effective

NSAIDs:
--Pt declines, not effective

MUSCLE RELAXANTS:
--Pt declines today but may be interested in the future

TCAs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend TCA start for pain d/t pt's complex MH comorbidities
and currently following w/MH for medication adjustments

SNRIs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend SNRI start for pain d/t pt's complex MH comorbidities

and currently following w/MH for medication adjustments

ANTICONVULSANTS:
--Pt reports substantial sciatica & numbness/tingling/pins-needles component
to
his pain and is tolerating gabapentin titration to 300mg BID
--Pt is tolerating gabapentin 300mg BID well and has noticed some mild
improvement. Wants to increase the dose today; will increase night time dose to
600mg and continue 300mg QAM per pt preference.

TOPICALS:
--On lidocaine 5%, menthol m-salicylate, and diclofenac gel 1%; uses
interchangeably depending on symptoms. Uses a few times per week. Recommend
continue

MISC:
--Pt got replacement TENS unit and is working well
--Pt received heating pad and is working well

Discussed COT w/ pt including both the goal of partial pain relief and improved
activity/function, along w/ risks of side effects, including overdose which is
proportional to the dose.

Aberrant Behavior(S):
Requesting specific drugs (codeine/Percocet)

Concerns to pt. and community associated w/ COT include pt's comorbid
conditions:
-concomitant MH conditions (PTSD, psychosis DO, anxiety DO, MDD)
-non-compliance (appts. - intermittent NS)
-h/o polysubstance abuse (cannabinoids and alcohol)

Patients Risk for Opioid Oversedation and Respiratory Depression:
-obesity w/ high risk for sleep apnea

The pain condition this veteran suffers from is best treated with a
multidisciplinary approach.  This involves an increase in physical activity to
prevent de-conditioning and worsening of the pain cycle, psychological
counseling to address the co-morbid psychological effects of pain, as well as
the  judicious use of pain medications and interventional strategies to lower
the person's pain so that they may participate in the physical activities
that
will produce long lasting pain reductions.  The goal of the multidisciplinary
approach to pain medicine is to return the patient to a higher level of overall
function and restore activities of daily living.

PLAN:
-RTC: PHONE 12/2/2020 @1100

OPIOIDS:
--Avoid

APAP:
--Pt declines

NSAIDs:
--Pt declines

MUSCLE RELAXANTS:
--Deferred

TCAs:
--Defer to MH

SNRIs:

--Defer to MH

ANTICONVULSANTS:
--INCREASE gabapentin to 300mg QAM + 600mg QHS

TOPICALS:
--Continue menthol m-salicylate daily PRN to low back
--Continue lidocaine 5% ointment daily PRN to low back
--Continue diclofenac gel 1% daily PRN to low back

MISC:
--CONTINUE heating pad PRN
--CONTINUE TENS unit PRN

This patient was referred to the CPCC by the patient's PCP. PCP will be alerted
to this note for continuity of care.

Education: Pt was informed of the indication, directions and SE of their pain
medications.  Pt expressed understanding of the instructions provided, agrees w/
our plan of care and will call in the event of any medication related problem.

Contact time for this visit was 30 minutes.
_____


/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 11/06/2020 13:52

| | |
|---|---|
| Date/Time: | 28 Oct 2020 @ 2100 |
| Note Title: | V10/11 TELE-NURSE PROGRAM |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | FOX,GARRY G |
| Co-signed By: | FOX,GARRY G |
| Date/Time Signed: | 28 Oct 2020 @ 2106 |

Note

 LOCAL TITLE: V10/11 TELE-NURSE PROGRAM
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 28, 2020@21:00:08  ENTRY DATE: OCT 28, 2020@21:06:29
   AUTHOR: FOX,GARRY G      EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

  *** V10/11 TELE-NURSE PROGRAM Has ADDENDA ***

Type of call: DTN SYMPTOM.

PCMM Provider Info:
LOCAL - ROCKY MOUNTAIN REGIONAL VAMC (554)
 PACT: No Local PACT Assigned.
 MH: RMR MENTAL HEALTH HUD-VASH
 (mhtc) Social Worker || Cheuk,Elizabeth M

LOCAL - DENVER VA DOMICILLIARY (554A5) || DENVER VA CLINIC (9TH AVE) (554GJ)
 PACT: DEN PACT MD 07 *WH* (Focus: Womens Health)
 Designated Wh Pcp:       Mykoniatis,Gabrielle E || PHONE:2839
 Care Manager:       Petersen,Daniel J || PHONE:3194
 Clinical Associate:      Hewett,Rebecca D || PHONE:(720) 857-5395
 Administrative Associate:  Wilson,Lodon Kasem || PHONE:(303) 399-8020
 PACT Clinical Pharmacist:  Navy,Hilary || PHONE:719-227-4078
 Clinical POC:       Care Manager || Petersen,Daniel J || PHONE:3194
 Administrative POC:       Administrative Associate || Wilson,Lodon Kasem ||
PHONE:(303) 399-8020

The following identifiers were used to verify this patient:  DOB. SSN.

The patient, JORDAN,CHADWICK HEATH (243399084) Phone: 720-276-5377 called the
call center.

Contact Phone Number: 720-276-5377

Caller Area: 19-*DENVER CBOC

Caller Response: *OTHER

Comments:
Veteran calling stating that today he thinks he slept in a strange position and
he has left lower rib pain. He stated he is having some SOB as a result. He was
advised ER. He declined . He would like a call from his PCP in the am to
discuss. Please follow up. Thank you.

Chief Complaint: Rib Pain After Injury

    Triage Note
Phone Triage
Wed Oct 28 2020 23:01:07 GMT-0400 (Eastern Daylight Time)

Demographics
   38 y/o Male

Results
   CC: Rib Pain After Injury
   Nurse Recommendation: Now
   TEDP Suggestion: Now
   Nurse Recommended Follow-up Location: Emergency department, VA
   TEDP Suggested Follow-up Location: Emergency department, VA

Values and Measures
    Pain scale: 7
    Duration of CC: 5 Hours

Positive Responses
    HPI: dyspnea, onset since the injury

Negative Responses
    Denies: HPI: abdominal pain, onset since the injury
    Denies: HPI: chest pain, severe
    Denies: HPI: hematemesis
    Denies: HPI: hemoptysis
    Denies: HPI: trunk wound, skin penetration

Class Code: Other specified counseling.

Veteran Verbalizes Understanding

Patient/Caller agrees with plan.

Imported Information:
declined covid screen

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 10/28/2020 @ 9:00:08 PM
Ending at: 10/28/2020 @ 9:05:52 PM
Length: 5 minutes.

Author: FOX,GARRY G

Patient's Email Address: PRINCEOFWADESBORO@GMAIL.COM


/es/ GARRY FOX, RN
RN
Signed: 10/28/2020 21:06

Receipt Acknowledged By:
10/30/2020 06:14      /es/ GABRIELLE E MYKONIATIS, MD
                      Staff Primary Care Physician

10/29/2020 ADDENDUM              STATUS: COMPLETED
PACT RN included.

/es/ Agnes M. Callwood, RN, BSN
MSN/MHA
Signed: 10/29/2020 07:15

Receipt Acknowledged By:
10/29/2020 07:43      /es/ DANIEL J PETERSEN
                      RN

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 27 Oct 2020 @ 0830 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 27 Oct 2020 @ 1503 |

**Note**

LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 27, 2020@08:30     ENTRY DATE: OCT 27, 2020@09:39:41
     AUTHOR: RADOMSKI,SHARON A     EXP COSIGNER:
   URGENCY:                      STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
  Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct)
  Address of patient during this session:
  Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :
New appt location
98 South Emerson St Apt 101
Denver, CO 80209

Emergency numbers for that address:
Veteran Contact Numbers:
  Listed cell phone: UNKNOWN
  Listed regular telephone number: 720-276-5377
  Enter telephone number below if above numbers are not correct
  (Leave blank if numbers above are correct):
  (Type NA if the telephone numbers above are correct.)

Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
    Primary NOK: JORDAN,GWEN      Relation: MOTHER
        8853 COLORADO BLVD    Phone: 303 286 1997
        THORNTON, COLORADO  80229
   Secondary NOK: NONE,     Relation: <not given>
      <street address not available>   Phone:
Emergency Contact
    Name:    JORDAN,GWEN
    Phone:    303 286 1997
    Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
   RMR: 720-723-7350 (Internal Extension 17350)
   COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
 Provider used private office: Yes
 Veteran connected from private home. No
 Veteran connected from another private location. (If yes, please specify)
Yes, Private hotel room at The Radisson hotel, 4849 Bannock St, Denver, CO
80216

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.) : None
========================================================================
TREATMENT PROVIDED: Individual Psychotherapy
DATE AND TIME OF SESSION: Oct 27,2020@8:30am
DURATION OF VISIT: 64 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Symptoms of PTSD

CONTENT OF SESSION:
Session began with brief check-in. He informed this writer that he has completed

his motion and is waiting for his hearing next month. Discussed management of difficult emotions related to this in terms of things in and out of his control.

He reported being more settled into his new apartment, as he now has a mattress,

desk, chair, and cooking supplies.

He reported that he received the treatment packet in the mail, but had forgotten

to complete self-report measures. This writer reviewed instructions and rationale for this, of which, Veteran expressed understanding. This writer assessed recent alcohol use, given Veteran's recent request for SUDS support

documented in note dated 10/23/2020. Veteran reported approximately monthly urges to use alcohol to relax and "take my mind off things. Every few weeks I
want to have a drink, but every time I do realize I don't like to drink."
Veteran
described an imbalance of productivity and relaxation and urges to drink being related to feeling the need to "blow off some steam." He reported last drinking
about a month ago, in which he drank a 6 pack and a 5th of liquor. He reported that he does not like drinking, and does not want to drink, and identified a deficit in other relaxation strategies. This writer validated his experience and

provided some psychoeducation about the need for balance. Discussed pros/cons of

too little or too much relaxation. Discussed techniques for creating structure and balance in his daily routine. Veteran spent time identifying enjoyable activities (e.g., playing video games, walking, getting exercise, reading), and learning of new ways to relax (e.g., come back yoga, connected warrior, strategies in the Vet Change app). He was introduced to the Vet Change app and website in order to improve coping with cravings. He planned to use it to remind

himself of why he does not to drink, when he experiences a craving. He expressed

his desire to also spend time relaxing by connecting with others. This writer provided some examples (e.g., Veteran groups, AA, group in SUDS clinic) of how to develop more relationships, as he continues to identify one person with whom he spends time.

Though Veteran's urges to use alcohol, did not appear to be triggered by trauma-
related symptoms, this writer reviewed the role of avoidance in PTSD, and the potential interference of alcohol use in PTSD treatment. Veteran expressed understanding of this. Agreed to begin CPT at next session. Next session was scheduled according to Veteran's preference, and he was informed that he may

contact this writer for additional support as needed around the upcoming

**CONFIDENTIAL**

election.

HOMEWORK:
-Practice balance of productivity and relaxation and other time-management skills
-Complete self-report measures

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Joined the appt 5 min late, sitting in an office chair,

dressed and groomed appropriately. Behavior was appropriate.
SPEECH: RR&V WNL
MOOD: Mostly euthymic
AFFECT: Congruent with Mood
PSYCHOMOTOR ACTIVITY: None
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Mostly linear, goal-directed. Circumstantial at times
THOUGHT CONTENT: Mostly appropriate.
SUICIDAL OR VIOLENT IDEATION: Denied current SI/HI, plan, and intent. Veteran is

aware of crisis resources including the Veteran's crisis line. He has a history
of help-seeking when feeling down or depressed. Veteran was future-oriented and reported feeling motivated for PTSD treatment
INSIGHT: Good
JUDGMENT: Good
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic
MDD, per EMR
Anxiety disorder, per EMR
Alcohol Use Disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Facilitated therapeutic rapport. Veteran learned of strategies for improving relaxation and effective time-management, and managing urges to binge drink. Planned to begin CPT and collaboratively problem-solved around anticipated barriers to treatment engagement.

TREATMENT PLAN:

1) Begin CPT

PLAN/NEXT APPOINTMENT: 11/13/2020 at 1:00pm

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 10/27/2020 15:03

| | |
|---|---|
| **Date/Time:** | 27 Oct 2020 @ 0811 |
| **Note Title:** | MH INFORMATIONAL NOTE |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | RICHARDS,NICOLE M |
| **Co-signed By:** | RICHARDS,NICOLE M |
| **Date/Time Signed:** | 27 Oct 2020 @ 0812 |

**Note**

LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 27, 2020@08:11    ENTRY DATE: OCT 27, 2020@08:11:45
   AUTHOR: RICHARDS,NICOLE M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Veteran called on behalf of Dr. Heermann's request from previous note
sent regarding "Patient is due for urine tox screen and other labs.
Ordered.
NCM please inform patient to have this done in next 30d.

Veteran contacted, introduced myself, identified by full name, last four SSN,
birthdate...informed of reason for call, verbalized understanding, appreciative
of call.

Information will be passed on to mh provider.

/es/ NICOLE M RICHARDS

Signed: 10/27/2020 08:12

Receipt Acknowledged By:
10/28/2020 09:02    /es/ CHANEL M HEERMANN, MD
              Staff Psychiatric Physician

| | |
|---|---|
| **Date/Time:** | 26 Oct 2020 @ 1815 |
| **Note Title:** | MH ADMINISTRATIVE NOTE |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | HEERMANN,CHANEL M |
| **Co-signed By:** | HEERMANN,CHANEL M |
| **Date/Time Signed:** | 26 Oct 2020 @ 1815 |

**Note**

LOCAL TITLE: MH ADMINISTRATIVE NOTE
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE

DATE OF NOTE: OCT 26, 2020@18:15    ENTRY DATE: OCT 26, 2020@18:15:26
    AUTHOR: HEERMANN,CHANEL M    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Patient is due for urine tox screen and other labs.
Ordered.
NCM please inform patient to have this done in next 30d.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 10/26/2020 18:15

Receipt Acknowledged By:
10/27/2020 08:11      /es/ NICOLE M RICHARDS

| Date/Time: | 23 Oct 2020 @ 1315 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEUK,ELIZABETH M |
| Co-signed By: | CHEUK,ELIZABETH M |
| Date/Time Signed: | 23 Oct 2020 @ 1319 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 23, 2020@13:15    ENTRY DATE: OCT 23, 2020@13:15:03
    AUTHOR: CHEUK,ELIZABETH M    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Housing/Economic Circumstance Problems z59.8
Duration of call:  3 mins.
Treatment Provided: Telephone Contact
Plan: Continue with case management related to housing needs.
RTC: 11/16/20 @ 1030 phone appt

Data: Writer called veteran to confirm submission of American Red Cross (ARC)
laptop request to ARC for next month ordering. Writer will coordinate a delivery

of laptop to veteran once received.

Veteran denied having any other urgent case management needs since initial phone

transfer call.

Assessment: No clinical indications of any danger to self or others were
reported during phone call.

P: Writer will continue to assess for case management needs with veteran via phone check ins as part of compliance with COVID-19 precautions.

/es/ ELIZABETH M CHEUK
Social Worker
Signed: 10/23/2020 13:19

| | |
|---|---|
| Date/Time: | 23 Oct 2020 @ 1243 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEUK,ELIZABETH M |
| Co-signed By: | CHEUK,ELIZABETH M |
| Date/Time Signed: | 23 Oct 2020 @ 1245 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 23, 2020@12:43    ENTRY DATE: OCT 23, 2020@12:43:10
    AUTHOR: CHEUK,ELIZABETH M    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: Housing/Economic Circumstance Problems z59.8
Treatment Provided: Case Management
Time Spent: 5 mins
Plan: Continue case management (see below)


Writer submit a SUD referral for request to provide additional support to veteran around his drinking. Veteran expressed interest in engaging in SUD services to begin working towards harm reduction/sobriety.

/es/ ELIZABETH M CHEUK
Social Worker
Signed: 10/23/2020 12:45

Receipt Acknowledged By:
10/23/2020 12:52     /es/ Andrew C. Alsip, LCSW
                Licensed Clinical Social Worker
11/04/2020 14:07     /es/ GINA BARTOLOMEO, LCSW, LAC
                Substance Use Disorder Specialist
10/26/2020 06:21     /es/ EMILY K BLASI, LCSW, LAC
                Substance Use Disorder Specialist

| | |
|---|---|
| Date/Time: | 22 Oct 2020 @ 1152 |
| Note Title: | MH INFORMATIONAL NOTE |

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEUK,ELIZABETH M |
| Co-signed By: | CHEUK,ELIZABETH M |
| Date/Time Signed: | 22 Oct 2020 @ 1153 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 22, 2020@11:52   ENTRY DATE: OCT 22, 2020@11:52:56
    AUTHOR: CHEUK,ELIZABETH M    EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

Diagnosis: Housing/Economic Circumstance Problems z59.8
Treatment Provided: Case Management
Time Spent: 5 mins
Plan: Continue case management (see below)


Writer sent veteran's request for a laptop to American Red Cross contact for

ordering in November.

/es/ ELIZABETH M CHEUK
Social Worker
Signed: 10/22/2020 11:53

| | |
|---|---|
| Date/Time: | 22 Oct 2020 @ 1146 |
| Note Title: | MH TREATMENT COORDINATOR ASSIGNMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEUK,ELIZABETH M |
| Co-signed By: | CHEUK,ELIZABETH M |
| Date/Time Signed: | 22 Oct 2020 @ 1147 |

Note

 LOCAL TITLE: MH TREATMENT COORDINATOR ASSIGNMENT
STANDARD TITLE: MENTAL HEALTH COMMUNICATION NOTE
DATE OF NOTE: OCT 22, 2020@11:46    ENTRY DATE: OCT 22, 2020@11:46:54
    AUTHOR: CHEUK,ELIZABETH M    EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

Diagnosis: Housing/Economic Circumstance Problems z59.8
Treatment Provided: Case Management
Time Spent: 5 mins
Plan: Continue case management (see below)

This note documents the Reassignment of the Veterans' Mental Health Treatment
Coordinator (MHTC) on Oct 22,2020.
The Veteran's new Mental Health Treatment Coordinator is:
  MHTC NAME: Liz Cheuk, LCSW

  MHTC Contact Information:
   720.768.9737
   elizabeth.cheuk@va.gov

This Veteran's existing MHTC was reassigned due to: rehousing in VASH

The assignment of the MHTC and education on the note of the MHTC in the
Veteran's mental health care was discussed with the Veteran who verbally
concurred with the .  The MHTC's contact information was provided to the in
writing.

If the undersigned of this note is not the veteran's new MHTC, please list the
dates that the Veteran and/or the Veteran's Family has had and/or is scheduled
to have contact with the newly assigned MHTC: Date(s) of contact:

The Veteran's CPRS chart (i.e. PCMM) and MH Treatment Plan have been updated to
reflect the new MHTC Assignment.  The Veteran's new MHTC along with the
previous MHTC if applicable, are included as additional signers on this note.




/es/ ELIZABETH M CHEUK
Social Worker
Signed: 10/22/2020 11:47

Receipt Acknowledged By:
10/23/2020 08:35      /es/ Joy Weyna-King
              MH PCMM COORDINATOR

| | |
|---|---|
| Date/Time: | 21 Oct 2020 @ 1519 |
| Note Title: | MH TREATMENT PLAN |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 21 Oct 2020 @ 1526 |

Note

**CONFIDENTIAL**

LOCAL TITLE: MH TREATMENT PLAN
STANDARD TITLE: MENTAL HEALTH TREATMENT PLAN NOTE
DATE OF NOTE: OCT 21, 2020@15:19    ENTRY DATE: OCT 21, 2020@15:26:59
   AUTHOR: RADOMSKI,SHARON A    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

DATE/TIME PATIENT ENTERED TREATMENT: 07/10/2020 1:05:00 PM
MH TREATMENT PLAN (T) - 21 Oct, 2020 @ 03:19 PM
Visit Date:  16 Oct, 2020 @ 08:30 - RMR VVC MH PCT PSO 06

TREATMENT PLAN TYPE: Update

PRIMARY CLINIC OR PROGRAM: PCT

CLINICS OR PROGRAMS:
PCT
HUD-VASH

MH TREATMENT COORDINATOR: TUKA,JAMES C / RMR MENTAL HEALTH HUD-VASH

TEAM MEMBERS:
TUKA,JAMES C: SOCIAL WORKER
RADOMSKI,SHARON A: PSYCHOLOGIST

RISK ASSESSMENT (DANGER TO SELF AND OTHERS):
See risk assessment completed at PCT intake 8/4/2020

PATIENT'S PERCEPTION OF NEEDS AND PREFERENCES:
I need to learn about my illness
Need help coping with traumatic events

PATIENT'S STRENGTHS/ABILITIES:
Insightful
Social support
Sense of purpose
Interested in vocational development
Employed or has income/benefits
Has supportive family and/or friends
Education
Intelligence
Secure Housing
Resiliency
Knowledge

PATIENT'S BARRIERS TO CARE:
Substance abuse/dependence
Chronic psychiatric symptoms
Legal issues
Unemployed
Unstable Housing
History of eviction

INTERDISCIPLINARY INTEGRATED SUMMARY:
Different treatment options, including evidence-based interventions, were considered. Date discussed::
10/6/2020 and 10/16/2020

Date and Duration (in min.) of current visit::
7/10/20
11 min

Procedure code::
98967 (tel. call)

HUD-VASH Ongoing Recovery Acuity Scale:
HUD-VASH ONGOING RECOVERY ACUITY SCALE

Medical 1: SCORE 0

Medical 2: SCORE 0

Medical 3: SCORE 0

Substance Abuse: SCORE 3

Mental Health 1: SCORE 1

Mental Health 2: SCORE 0

Mental Health 3: SCORE 3

Life Management 1: SCORE 0

Life Management 2: SCORE 0

Life Management 3: SCORE 5

Life Management 4: SCORE 2

Life Management 5: SCORE 1

Life Management 6: SCORE 0

Life Management 7: SCORE 0

Life Management 8: SCORE 0

Life Management 9: SCORE 2

Life Management 10: SCORE 0

Life Management 11: SCORE 0

Life Management 12: SCORE 0

Life Management 13: SCORE 1

Life Management 14: SCORE 0

Households Dependent Children: SCORE 0

Case Management/Service Agreement: SCORE 0

TOTAL CLIENT ACUITY SCORE = 18

**Clinical discretion for override to lower or higher
intensity of case management** Please state reasoning:

PHQ-9 Score (last 12 months only) =


PATIENT PARTICIPATION IN TREATMENT PLANNING:
MET WITH PROVIDER.
PATIENT AGREED TO PLAN (draft) DISCUSSED.

FAMILY PARTICIPATION IN TREATMENT PLANNING:
PATIENT'S FAMILY NOT AVAILABLE.

MENTAL HEALTH DIAGNOSES AND RELEVANT MEDICAL CONDITIONS:
Alcohol abuse (SCT 15167005)

Cannabis abuse (SCT 37344009)

Depressive disorder (SCT 35489007)

Mood disorder (SCT 46206005)

Major depressive disorder (SCT 370143000)

Anxiety disorder (SCT 197480006)

MEDICATIONS:
BENZOYL PEROXIDE 5% (WATER BASED) GEL -  Sig: APPLY SMALL AMOUNT
AFFECTED AREA TWICE A DAY FOR ACNE - Outpatient - Status: ACTIVE -
Refills: 0 - Issued: 04/26/2019 - Last filled: 10/30/2019 - Expires:
04/26/2020

CLINDAMYCIN PHOSPHATE 1% TOP SOLN -  Sig: APPLY THIN FILM TO AFFECTED
AREA DAILY - Outpatient - Status: ACTIVE - Refills: 0 - Issued:
04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

LIDOCAINE 5% OINT -  Sig: APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 6
HOURS AS NEEDED FOR BACK  - Outpatient - Status: ACTIVE - Refills: 0 -
 Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires: 12/28/2019

METHOCARBAMOL 500MG TAB -  Sig: TAKE ONE TABLET BY MOUTH THREE TIMES

A DAY AS NEEDED FOR BACK MUSCLE  - Outpatient - Status: ACTIVE -
Refills: 0 - Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires:
12/28/2019

SUMATRIPTAN SUCCINATE 50MG TAB -  Sig: TAKE ONE TABLET BY MOUTH ONCE
A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT  - Outpatient - Status:
ACTIVE - Refills: 2 - Issued: 11/20/2019 - Last filled: 11/21/2019 -
Expires: 11/20/2020

TRETINOIN 0.01% TOP GEL -  Sig: APPLY SMALL AMOUNT AFFECTED AREA
DAILY FOR ACNE - Outpatient - Status: ACTIVE - Refills: 0 - Issued:
04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

TREATMENT PLAN:

PROBLEM: Problem #1: Veteran stated, " I am impatient in
     relationships with others."
  GOAL: Goal #1: Veteran stated, " "I need to learn how to be
      more patient with others in relationship with me.""
  OBJECTIVE: Objective #1: "I will build a better relationship with
        god and have more faith in people and in myself." .
        Progress will be measured through veteran self report
     INTERVENTION: [CASE MANAGEMENT] Case management services will be
             provided by HUD-VASH to support veteran in making
             progress towards this goal and objective. Provider
             Type: Social Worker Name: TUKA,JAMES C One time(s) per
             Month for 6 months

PROBLEM: "I want help with my PTSD."
  GOAL: "I want to be able to draw boundaries with people,
      separate myself from people. Maybe that's not good. I
      want to learn more about myself and see if I can build
      upon my strengths and develop better thinking habits.
      Be more aware of my cognitive process so that I can be
      more in control of myself."
  OBJECTIVE: Reduction in PTSD symptoms as evidenced by a 10 point
        decrease in PCL-5 score. Projected Completion Date:
        11/11/2020
     INTERVENTION: Individual weekly Cognitive Processing Therapy Provider
             Type: Psychologist Name: RADOMSKI,SHARON A One time(s)
             per Week for 3 months

UPDATED/RESOLVED/INACTIVATED PROBLEMS & COMMENTS:

ACTIVE PROBLEM: Problem #1: Veteran stated, " I am impatient in
        relationships with others."
        Comments: Veteran continues to see this as a problem but sees
             some progress in that he reports being in a new
             relationship.
             07/10/2020
             (by TUKA,JAMES C)
  ACTIVE GOAL: Goal #1: Veteran stated, " "I need to learn how to be

more patient with others in relationship with me.""
Comments: Veteran continues to have this as a
goal and sees room for improvement.
07/10/2020
(by TUKA,JAMES C)
   ACTIVE OBJECTIVE: Objective #1: "I will build a better relationship
with
god and have more faith in people and in myself." .
Progress will be measured through veteran self report
Comments: Veteran sees this as an ongoing objective
and notes that he has a new relationship
which may be a sign of some progress.
07/10/2020
(by TUKA,JAMES C)


PLAN RENEWAL DATE: 10/21/2021

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 10/21/2020 15:26


Receipt Acknowledged By:
10/22/2020 10:59    /es/ JAMES C TUKA
                MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| Date/Time: | 16 Oct 2020 @ 0830 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 16 Oct 2020 @ 1623 |

**Note**

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 16, 2020@08:30    ENTRY DATE: OCT 16, 2020@09:08:03
   AUTHOR: RADOMSKI,SHARON A    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :
New appt location
98 South Emerson St Apt 101
Denver, CO 80209

Emergency numbers for that address:
Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377
 Enter telephone number below if above numbers are not correct
 (Leave blank if numbers above are correct):
 (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
      Primary NOK: JORDAN,GWEN            Relation: MOTHER
            8853 COLORADO BLVD         Phone: 303 286 1997
            THORNTON, COLORADO  80229
      Secondary NOK: NONE,             Relation: <not given>
            <street address not available>   Phone:
Emergency Contact
      Name:       JORDAN,GWEN
      Phone:      303 286 1997
      Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
    RMR: 720-723-7350 (Internal Extension 17350)
    COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
  Provider used private office: Yes
  Veteran connected from private home. No
  Veteran connected from another private location. (If yes, please specify)
Yes, Private hotel room at The Radisson hotel, 4849 Bannock St, Denver, CO 80216

Veteran attempted to connect with provider via their preferred device, and was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues, phone usage for audio, etc.) : None
===========================================================================
TREATMENT PROVIDED: Individual Psychotherapy
DATE AND TIME OF SESSION: Oct 16,2020@8:30am
DURATION OF VISIT: 60 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Treatment planning related to Evidence-based care in the PCT.

CONTENT OF SESSION:
Session began with brief check-in. He reported that he has access to his room at

the hotel through the end of October. He joined the appointment from his new apartment and reported sleeping on the floor last night. Discussed pros and cons for prioritizing basic needs such as a bed to sleep on. He briefly discussed plans for moving his belongings to the new apartment.

Veteran reported looking into information about trauma-focused treatments and was given an opportunity to ask questions. He expressed his preference for CPT. Revisited CBT model, discussing the connection between thoughts, feelings, and behaviors. Discussed how traumatic experiences tend to influence thoughts. Veteran identified his goals for treatment and reasons for choosing to engage in

CPT at this time. This writer reviewed structure and expectations of treatment, of which Veteran expressed understanding. Considered potential barriers to treatment engagement, given Veteran's involvement in lawsuits and school. Veteran reported wanting to improve on time management and considered some strategies for this. He noticed a tendency to avoid. This writer normalized this, and discussed the role of avoidance in PTSD. He considered establishing a routine and scheduling certain activities. This writer planned to mail Veteran a

CPT workbook and self-report measures. Introduced and provided instructions for measurement-based care, of which Veteran expressed understanding.

Veteran spent time discussing more about his ongoing legal case and his perception of others. This writer used Socratic Dialogue to promote a more

balanced perspective.

HOMEWORK:
-Write about his motivations to engage in CPT
-Complete self-report measures when treatment packet arrives.

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Joined the appt on-time, sitting on the floor, as he
does not yet have furniture in his apt. He appeared to be dressed and groomed
appropriately. Behavior was appropriate.
SPEECH: RR&V WNL
MOOD: Mostly euthymic
AFFECT: Congruent with Mood
PSYCHOMOTOR ACTIVITY: somewhat restless, appeared distracted at times.
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Mostly linear, goal-directed. Circumstantial at times
THOUGHT CONTENT: Mostly appropriate. Veteran reported being untrusting of
others, consistent with a PTSD presentation.
SUICIDAL OR VIOLENT IDEATION: Denied current SI/HI, plan, and intent. Veteran is

aware of crisis resources including the Veteran's crisis line. He has a
history
of help-seeking when feeling down or depressed. Veteran was future-oriented and
reported feeling motivated for PTSD treatment
INSIGHT: Good
JUDGMENT: Good
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic
MDD, per EMR
Anxiety disorder, per EMR
Alcohol Use Disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Facilitated therapeutic rapport. Engaged in collaborative treatment planning. He

planned to begin CPT and collaboratively problem-solved around anticipated
barriers to treatment engagement.

TREATMENT PLAN:

1) Begin CPT

PLAN/NEXT APPOINTMENT: 10/27/2020 at 8:30am

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 10/16/2020 16:23

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 15 Oct 2020 @ 1213 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEUK,ELIZABETH M |
| Co-signed By: | CHEUK,ELIZABETH M |
| Date/Time Signed: | 15 Oct 2020 @ 1307 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 15, 2020@12:13    ENTRY DATE: OCT 15, 2020@12:13:55
    AUTHOR: CHEUK,ELIZABETH M    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: Housing/Economic Circumstance Problems z59.8
Duration of call:  45 mins.
Treatment Provided: Telephone Contact
Plan: Continue with case management related to housing needs.
RTC: 11/16/20 @ 10am phone call check in

Data: Writer received a call back from veteran to complete transfer intro
call.
Writer and veteran spent the call discussing case management needs, his
goals,
and overview of HUD-VASH to refresh program participation expectations.

Writer confirmed basic needs information:
- contact info in CPRS is up-to-date
- veteran has LL contact info and will sign ROI for LL to speak with writer
if not already in file
- 90% SC
- Medicaid
- connected with all medical/MH services in the VA desired at this time (Rx
mailed to veteran)
- veteran has a vehicle (however transmission needs to be repaired before
able to drive safely)
- veteran confirmed understanding of his rent portion and how to pay (will
inquire about setting up autopay with LL and Xcel account put in his name)
- veteran has Comcast internet essentials plan for 9/99/mo.

Case Management needs discussed:
- writer emailed veteran legal aid resources, American Red Cross (ARC) form
to request laptop for educational purposes
- writer will send RTD discount card app to PCP for upcoming appt in November
(veteran will submit application for a new discount card if PCP signs off)
- veteran expressed interest in SUD referral (interested in SUD and PTSD

groups) - writer will submit referral for SUD SWer and inquire about
resources for PTSD groups

Goals:
1) veteran is in school at CSU working on his Bachelor's degree - end goal
is
to get degree in CPA and open his own accounting business
(veteran has used his GI bill with assistance from Voc Rehab). Veteran
mentioned needing financial assistance paying for books next semester -
writer encouraged veteran to consult with Voc. Rehab and notify writer before
the semester starts to advocate on his behalf for funds from VA resources

2) address all legal affairs (several court cases open at this time)

Writer and veteran agreed to 1x/mo. phone check ins and calls PRN.

Veteran denied having any other urgent case management needs at this time.

Assessment: Veteran sounded euthymic and labile on the call. Veteran remained
a&ox4 and engaged in polite, appropriate conversation with writer about his
needs. Veteran's thought process and content sounded linear and logical.
Veteran's tone of voice and rate of speech sounded regulated. Veteran
expressed appreciation for the resources VASH is able to provide.

No clinical indications of any danger to self or others were
reported during phone call.

P: Writer will continue to assess for case management needs with veteran via
phone check ins.

/es/ ELIZABETH M CHEUK
Social Worker
Signed: 10/15/2020 13:07

Receipt Acknowledged By:
10/15/2020 14:49      /es/ LAUREN LOUISE JOHNSON
                 SOCIAL WORKER

| | |
|---|---|
| Date/Time: | 15 Oct 2020 @ 1010 |
| Note Title: | ATTEMPTED CALL |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | JOHNSON,LAUREN LOUISE |
| Co-signed By: | JOHNSON,LAUREN LOUISE |
| Date/Time Signed: | 15 Oct 2020 @ 1016 |

Note

LOCAL TITLE: ATTEMPTED CALL
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 15, 2020@10:10   ENTRY DATE: OCT 15, 2020@10:10:14
   AUTHOR: JOHNSON,LAUREN LOUI  EXP COSIGNER: VALLEJO,JENNIFER L
   URGENCY:                    STATUS: COMPLETED

D: SWs attempted contact w/ Veteran to conduct xfer meeting.

Unable to reach by telephone

(  ) wrong or disconnected phone number

( X ) No answer, Left vm requesting call back.

P: Veteran directed to contact Housing or Stabilization SW in the next ten
minutes to conduct warm contact xfer meeting. If Veteran does not reach out by
COB, Stabilization will reach out to make individual contact.

***Please add Elizabeth Cheuk as an add'l co-signer***


*Jennifer Vallejo, LCSW is the primary clinical social worker for this
encounter. Documentation was reviewed and the Clinical Social Worker agrees with
the preliminary documentation, diagnosis, intervention, and tx plan/disposition
of the care provided. I certify supervision meets the requirements of VHA
Directive 1027 and local policy, 122-8.




/es/ LAUREN LOUISE JOHNSON
SOCIAL WORKER
Signed: 10/15/2020 10:16

/es/ Jennifer Vallejo, LCSW
SOCIAL WORKER MENTAL HEALTH
Cosigned: 10/15/2020 15:36


Receipt Acknowledged By:
10/16/2020 14:13   /es/ ELIZABETH M CHEUK
             Social Worker

| | |
|---|---|
| Date/Time: | 08 Oct 2020 @ 1236 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | JOHNSON,LAUREN LOUISE |
| Co-signed By: | JOHNSON,LAUREN LOUISE |
| Date/Time Signed: | 08 Oct 2020 @ 1427 |

Note

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 08, 2020@12:36    ENTRY DATE: OCT 08, 2020@12:36:22
   AUTHOR: JOHNSON,LAUREN LOUI  EXP COSIGNER: VALLEJO,JENNIFER L
   URGENCY:                STATUS: COMPLETED

Diagnosis: Homelessness
Duration of Call: 60 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Veteran returned call. SW p/u. SW inquired about Veteran's wellbeing.
Veteran reported he had completed court case and hearing was extended for a
month out. SW inquired about Veteran's thoughts, feeelings, beliefs
surrounding this action. Veteran reported he does not believe he will get
"justice" but is keeping his faith. Veteran relies heavily on spiritual

faith. Veteran stated he would like to minimize interactions w/ the
"system"
to include HUDVASH programming. Veteran stated this is not a one size fits
all situation. SW relayed HUDVASH programming is designed to meet an
individuals needs/goals/tx and that HUDVASH providers are available to help
him navigate, advocate, and provide resources as well. Veteran acknowledged.
Veteran reported that he would like to get into drug and alcohol classes.
Veteran acknowledges that even thought he does not frequently drink alcohol,
when he does, events transpire that get him into trouble. Veteran reported 3
pending court cases and lawsuits. SW inquired about Veteran's interest
engaging w/ outpatient SUD providers and RMR groups. Veteran requested
referral.

SW and Veteran spoke at length regarding discrimination Veteran has
experienced. Veteran discussed passed hx, internal/external factors, and
systemic racism. SW actively listened and provided empathetic responses,
reflections, affirmations, and made strength based statements. No SI/HI
indicators present.

SW and Veteran discussed xfer visit scheduled 10/15 at 10A, next steps.

P: xfer visit 10/15 at 10A via phone.

Veteran is aware he may contact this clinician with any needs.

***Please add Elizabeth Cheuk as an add'l co-signer***


*Jennifer Vallejo, LCSW is the primary clinical social worker for this
encounter. Documentation was reviewed and the Clinical Social Worker agrees
with the preliminary documentation, diagnosis, intervention, and tx
plan/disposition of the care provided. I certify supervision meets the
requirements of VHA Directive 1027 and local policy, 122-8.

/es/ LAUREN LOUISE JOHNSON
SOCIAL WORKER
Signed: 10/08/2020 14:27

/es/ Jennifer Vallejo, LCSW
SOCIAL WORKER MENTAL HEALTH
Cosigned: 10/08/2020 16:49

Receipt Acknowledged By:
10/09/2020 15:36    /es/ ELIZABETH M CHEUK
              Social Worker

| | |
|---|---|
| Date/Time: | 08 Oct 2020 @ 0856 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | JOHNSON,LAUREN LOUISE |
| Co-signed By: | JOHNSON,LAUREN LOUISE |
| Date/Time Signed: | 08 Oct 2020 @ 0900 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 08, 2020@08:56    ENTRY DATE: OCT 08, 2020@08:56:27
   AUTHOR: JOHNSON,LAUREN LOUI  EXP COSIGNER: VALLEJO,JENNIFER L
   URGENCY:                STATUS: COMPLETED

Diagnosis: Homelessness
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: SW contacted Veteran to check-in, discuss next steps, and xfer meeting.
Veteran did p/u. SW inquired about wellbeing. Veteran reported he's oka and
that
he was heading to court today. SW attempted to conduct check-in, however,
Veteran was short and disengaged. SW discussed xfer meeting scheduled 10/15 at
10A via phone. Veteran acknowledged and hung up. SW sent f/u text w/ appt date
and time no add'l PII, privacy protected. No further actions.

P:  xfer meeting 10/15 at 10A via phone.

Veteran is aware he may contact this clinician with any needs.

***Please add Elizabeth Cheuk as an add'l co-signer***

**CONFIDENTIAL**

*Jennifer Vallejo, LCSW is the primary clinical social worker for this
encounter. Documentation was reviewed and the Clinical Social Worker agrees with
the preliminary documentation, diagnosis, intervention, and tx plan/disposition
of the care provided. I certify supervision meets the requirements of VHA
Directive 1027 and local policy, 122-8.

/es/ LAUREN LOUISE JOHNSON
SOCIAL WORKER
Signed: 10/08/2020 09:00

/es/ Jennifer Vallejo, LCSW
SOCIAL WORKER MENTAL HEALTH
Cosigned: 10/08/2020 16:48

Receipt Acknowledged By:
10/09/2020 15:35      /es/ ELIZABETH M CHEUK
                Social Worker

| | |
|---|---|
| Date/Time: | 07 Oct 2020 @ 1514 |
| Note Title: | MH TREATMENT PLAN |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 07 Oct 2020 @ 1517 |

**Note**

 LOCAL TITLE: MH TREATMENT PLAN
STANDARD TITLE: MENTAL HEALTH TREATMENT PLAN NOTE
DATE OF NOTE: OCT 07, 2020@15:14    ENTRY DATE: OCT 07, 2020@15:17:04
   AUTHOR: TUKA,JAMES C      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

DATE/TIME PATIENT ENTERED TREATMENT: 07/10/2020 1:05:00 PM
MH TREATMENT PLAN (T) - 7 Oct, 2020 @ 03:14 PM
Visit Date:  7 Oct, 2020 @ 15:14 - DEN HUD-VASH IND

TREATMENT PLAN TYPE: Update

PRIMARY CLINIC OR PROGRAM: HUD-VASH

CLINICS OR PROGRAMS:
HUD-VASH

MH TREATMENT COORDINATOR: TUKA,JAMES C / RMR MENTAL HEALTH HUD-VASH

TEAM MEMBERS:
TUKA,JAMES C: SOCIAL WORKER

PATIENT'S STRENGTHS/ABILITIES:
Insightful
Social support
Sense of purpose
Interested in vocational development
Employed or has income/benefits
Has supportive family and/or friends
Education
Intelligence
Secure Housing
Resiliency
Knowledge

PATIENT'S BARRIERS TO CARE:
Substance abuse/dependence
Chronic psychiatric symptoms

INTERDISCIPLINARY INTEGRATED SUMMARY:
Different treatment options, including evidence-based interventions,
were considered. Date discussed::
7/10/20
motivational interviewing
housing first

Date and Duration (in min.) of current visit::
7/10/20
11 min

Procedure code::
98967 (tel. call)

HUD-VASH Ongoing Recovery Acuity Scale:
HUD-VASH ONGOING RECOVERY ACUITY SCALE

Medical 1: SCORE 0

Medical 2: SCORE 0

Medical 3: SCORE 0

Substance Abuse: SCORE 3

Mental Health 1: SCORE 1

Mental Health 2: SCORE 0

Mental Health 3: SCORE 3

Life Management 1: SCORE 0

Life Management 2: SCORE 0

**CONFIDENTIAL**

Life Management 3: SCORE 5

Life Management 4: SCORE 2

Life Management 5: SCORE 1

Life Management 6: SCORE 0

Life Management 7: SCORE 0

Life Management 8: SCORE 0

Life Management 9: SCORE 2

Life Management 10: SCORE 0

Life Management 11: SCORE 0

Life Management 12: SCORE 0

Life Management 13: SCORE 1

Life Management 14: SCORE 0

Households Dependent Children: SCORE 0

Case Management/Service Agreement: SCORE 0

TOTAL CLIENT ACUITY SCORE = 18

**Clinical discretion for override to lower or higher
intensity of case management** Please state reasoning:

PHQ-9 Score (last 12 months only) =


PATIENT PARTICIPATION IN TREATMENT PLANNING:
MET WITH PROVIDER.
PATIENT AGREED TO PLAN (draft) DISCUSSED.

FAMILY PARTICIPATION IN TREATMENT PLANNING:
PATIENT'S FAMILY NOT AVAILABLE.

MENTAL HEALTH DIAGNOSES AND RELEVANT MEDICAL CONDITIONS:
Alcohol abuse (SCT 15167005)

Cannabis abuse (SCT 37344009)

Depressive disorder (SCT 35489007)

Mood disorder (SCT 46206005)

**CONFIDENTIAL**

Major depressive disorder (SCT 370143000)

Anxiety disorder (SCT 197480006)

MEDICATIONS:
BENZOYL PEROXIDE 5% (WATER BASED) GEL -  Sig: APPLY SMALL AMOUNT
AFFECTED AREA TWICE A DAY FOR ACNE - Outpatient - Status: ACTIVE -
Refills: 0 - Issued: 04/26/2019 - Last filled: 10/30/2019 - Expires:
04/26/2020

CLINDAMYCIN PHOSPHATE 1% TOP SOLN -  Sig: APPLY THIN FILM TO AFFECTED
AREA DAILY - Outpatient - Status: ACTIVE - Refills: 0 - Issued:
04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

LIDOCAINE 5% OINT -  Sig: APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 6
HOURS AS NEEDED FOR BACK  - Outpatient - Status: ACTIVE - Refills: 0 -
 Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires: 12/28/2019

METHOCARBAMOL 500MG TAB - Sig: TAKE ONE TABLET BY MOUTH THREE TIMES
A DAY AS NEEDED FOR BACK MUSCLE  - Outpatient - Status: ACTIVE -
Refills: 0 - Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires:
12/28/2019

SUMATRIPTAN SUCCINATE 50MG TAB - Sig: TAKE ONE TABLET BY MOUTH ONCE
A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT  - Outpatient - Status:
ACTIVE - Refills: 2 - Issued: 11/20/2019 - Last filled: 11/21/2019 -
Expires: 11/20/2020

TRETINOIN 0.01% TOP GEL -  Sig: APPLY SMALL AMOUNT AFFECTED AREA
DAILY FOR ACNE - Outpatient - Status: ACTIVE - Refills: 0 - Issued:
04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

TREATMENT PLAN:

PROBLEM: Problem #1: Veteran stated, " I am impatient in
     relationships with others."
  GOAL: Goal #1: Veteran stated, " "I need to learn how to be
     more patient with others in relationship with me.""
  OBJECTIVE: Objective #1: "I will build a better relationship with
       god and have more faith in people and in myself." .
       Progress will be measured through veteran self report
     INTERVENTION: [CASE MANAGEMENT] Case management services will be
         provided by HUD-VASH to support veteran in making
         progress towards this goal and objective. Provider
         Type: Social Worker Name: TUKA,JAMES C One time(s) per
         Month for 6 months

UPDATED/RESOLVED/INACTIVATED PROBLEMS & COMMENTS:

ACTIVE PROBLEM: Problem #1: Veteran stated, " I am impatient in
         relationships with others."
           Comments: Veteran continues to see this as a problem but sees

some progress in that he reports being in a new
relationship.
07/10/2020
(by TUKA,JAMES C)
ACTIVE GOAL: Goal #1: Veteran stated, " "I need to learn how to be
more patient with others in relationship with me.""
Comments: Veteran continues to have this as a
goal and sees room for improvement.
07/10/2020
(by TUKA,JAMES C)
ACTIVE OBJECTIVE: Objective #1: "I will build a better relationship
with
god and have more faith in people and in myself." .
Progress will be measured through veteran self report
Comments: Veteran sees this as an ongoing objective
and notes that he has a new relationship
which may be a sign of some progress.
07/10/2020
(by TUKA,JAMES C)


PLAN RENEWAL DATE: 01/10/2021

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 10/07/2020 15:17

| Date/Time: | 07 Oct 2020 @ 1033 |
|---|---|
| Note Title: | CHRONIC PAIN & WELLNESS CENTER - PHARMACY |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 07 Oct 2020 @ 1058 |

**Note**


 LOCAL TITLE: CHRONIC PAIN & WELLNESS CENTER - PHARMACY
STANDARD TITLE: PAIN NOTE
DATE OF NOTE: OCT 07, 2020@10:33    ENTRY DATE: OCT 07, 2020@10:33:25
   AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

JORDAN,CHADWICK HEATH answers for follow up appointment to discuss future mgmt.
of lumbar spondylsis, mild to moderate

Consulting PCP's medical opinion on goals for long-term
opioid therapy in this patient: Other goal (describe below).
veteran education on risks of opioids and review alternative treatments

\*\*SEE END OF NOTE FOR SUMMARY AND COORDINATION OF CARE\*\*

Since last appointment 9/15/2020 - gabapentin increased to 300mg BID, pt followed up w/VJO, and continues w/MH appointments.

Today, pt states: "I wanna get my sleep under control - it's been a bit

erratic". Finals finished last week and now is restarted with his new semester.
Reports that gabapentin 300mg BID is working well; he reports that things are going well overall. Reports that he moved into his new apartment; has some items

still in storage and will need to move those but is settling in. Likes his landlord which is a big improvement from his prior place.

Discusses the connection between PTSD and pain; reports he has been paying attention to the fact that when he feels flared up with PTSD then his pain is worse and vice versa. He talks about when he feels well mentally then he feels well physically. He talks about wanting to do more physically because it helps his mood/PTSD. His next goal is to get back into the gym more regularly.

Pain medications were last taken: topicals this week + gabapentin last night

Functional goals include:
1) More rigorous workouts
2) Manage legal concerns

PAIN INTENSITY for the past month (0=No Pain, 10=As Bad As Pt. Can Imagine)
Date   7/16/2020
WORST   10/10
BEST   4/10
AVERAGE 4-6/10
GOAL: 4/10

Pain relief from current therapy: mild benefit

Social Hx:
Caffeine - rare coffee, avoids d/t anxiety
Tobacco - denies
Alcohol - AUD identified in 2004; multiple arrests. Has not drank in "months"
Illicit Drugs - denies
Marijuana - denies currently

PAIN Hx and Description:
Onset: 2002
Cause: MVA
Location: low back/thoracic-lumbar strain
Radiation: into bilateral inner thighs/sciatica
Pattern: constant
Quality: numbness/tingling, "feet asleep", sharp pain

**CONFIDENTIAL**

Factors that:
alleviate: PT, acupuncture, TENS, stretching
exacerbate: poor posture, lifting, "over exertion", walking too much

Active Problems:
Active problems - Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

CURRENT MEDICATIONS:
                                   10/07/2020 10:33
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications              Status
============================================================
1)   ARIPIPRAZOLE 10MG TAB TAKE ONE-HALF TABLET BY MOUTH    ACTIVE
     DAILY  **NEW TABLET STRENGTH**
2)   BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
     AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
3)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
     AFFECTED AREA DAILY FOR ACNE
4)   DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED    ACTIVE
     AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
     CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
     TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
     EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
     EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
     DAILY OVER ALL JOINTS**
5)   GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH TWICE   ACTIVE
     A DAY

--Tolerating and is seeing some benefit

6)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA     ACTIVE
     ONCE A DAY AS NEEDED FOR PAIN
7)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
     AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
     FOR PAIN
8)  PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
     DAILY
9)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
     DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
     PER DAY.
10)  TRETINOIN 0.05% CREAM APPLY SMALL AMOUNT TO AFFECTED   ACTIVE
     AREA NIGHTLY FOR ACNE AS DIRECTED - START THREE
     TIMES WEEKLY, WORK UP TO USING NIGHTLY. DO NOT
     COMBINE WITH  BENZOYL PEROXIDE OR CLINDAMYCIN.

     Inactive Outpatient Medications             Status
=====================================================================
1)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE     EXPIRED
     TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR
     PAIN/INFLAMMATION

11 Total Medications

Remote Active Medications

No Active Remote Medications for this patient

OTC/VITAMINS/HERBALS:

(X)The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, and what happens if medication is not taken
 as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.


PAST MEDICATIONS:
Long-Acting Opioids: Deferred

Short-Acting Opioids:
     -codeine, ASA with codeine, codeine/APAP -- past trial, helpful
     -oxycodone, oxycodone/APAP -- past trial, helpful

-tramadol -- past trial

ACETAMINOPHEN -- past trial, ineffective

NSAID:
ibuprofen - past trial, ineffective for back pain
naproxen - past trial
meloxicam - past trial, helpful

MUSCLE RELAXANTS:
cyclobenzaprine - past trial, ineffective
methocarbamol - past trial, mild benefit

ANTIDEPRESSANTS:
TCAs: Deferred

SNRI: Deferred

ANTICONVULSANTS:
gabapentin - on currently
pregabalin - denies

TOPICALS -
capsaicin - denies
lidocaine topicals - on currently
menthol m-salicylate -- on currently
diclofenac gel -- on currently

PAST PAIN TREATMENTS:
Physical Therapy -- past trial, on hold d/t COVID, helpful
Heat/Cold -- heat is helpful, does not have heating pad, will send
TENS unit -- uses regularly, helpful
Behavioral pain mgmt./CBT -- completed care classes 2020
Surgery - Helpful/Not Helpful
Acupuncture -- past trial, on hold d/t COVID, helpful
Chiropractic -- deferred

VITAL SIGNS
Blood Pressure:  126/88 (07/28/2020 13:41)
   Respiration:  14 (07/28/2020 13:41)
      Pulse:  60 (07/28/2020 13:41)
      Height:  70 in [177.8 cm] (11/20/2019 08:57)

 Weight:  210 lb [95.5 kg] (07/28/2020 13:41)
    Pulse Ox:  97 (07/28/2020 13:41)
BODY MASS INDEX - 30.2 (JUL 28, 2020@13:41:33)

PERTINENT LABS:
 CREATININE SERUM - NONE FOUND
 SGPT - NONE FOUND
 SGOT - NONE FOUND
No TSH in the last 2Y

No A1C HEMOGLOBIN (DVAMC) in the last 1Y
No TESTOSTERONE (DVAMC) in the last 6M
  No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

Most recent ECG:
                              10/07/2020 10:33
SPN - Selected Prog Notes
  No data available for EKG NOTE

No AMPHETAMINES QUAL. in the last 3Y
No BARBITURATES in the last 3Y
No BENZODIAZEPINES in the last 3Y
No COCAINE in the last 3Y
No METHADONE in the last 3Y
No OPIATES in the last 3Y
No CANNABINOIDS in the last 3Y
  No data available for Oxycodone (RMR); Oxymorphone (RMR)

Future Appointments:
10/16/2020 08:30  RMR VVC MH PCT PSO 06
11/13/2020 09:30  RMR VVC MH PSI 11
11/17/2020 13:30  DEN PACT MD 07
03/05/2021 14:15  RMR DERM FOLLOW UP MD

ASSESSMENT:
Patient reporting chronic low back pain. Pt reports mild pain relief from
medications. Pt is also followed by MH + PTSD program, homeless program, and
VJO.

OPIOIDS:
--CURRENT MEDD: 0mg
     --CPCC starting MEDD: 0mg
--LAST UDS: None since 2007
--LAST PDMP: 8/12/2020 --> no controlled substance fills since 2018
--Opioid Consent: N/A

--Pt has SUD hx of AUD + marijuana but is in sustained remission. Currently
participating in VJO treatment as well related to complex history
--Would not recommend PRN opioids at this time d/t non-optimized non-opioid and
non-medication management

APAP:
--Pt declines, not effective

NSAIDs:
--Pt declines, not effective

MUSCLE RELAXANTS:
--Pt declines today but may be interested in the future

TCAs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend TCA start for pain d/t pt's complex MH comorbidities
and currently following w/MH for medication adjustments

SNRIs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend SNRI start for pain d/t pt's complex MH comorbidities

and currently following w/MH for medication adjustments

ANTICONVULSANTS:
--Pt reports substantial sciatica & numbness/tingling/pins-needles component
to
his pain and is tolerating first step of gabapentin titration well (300mg QHS).
--Pt is tolerating gabapentin 300mg BID well and has noticed some mild
improvement. Wants to hold off on dose increases at this time

TOPICALS:
--On lidocaine 5%, menthol m-salicylate, and diclofenac gel 1%; uses
interchangeably depending on symptoms. Uses a few times per week. Recommend
continue

MISC:
--Pt got replacement TENS unit and is working well
--Pt received heating pad and is working well

Discussed COT w/ pt including both the goal of partial pain relief and improved
activity/function, along w/ risks of side effects, including overdose which is
proportional to the dose.

Aberrant Behavior(S):
Requesting specific drugs (codeine/Percocet)

Concerns to pt. and community associated w/ COT include pt's comorbid
conditions:
-concomitant MH conditions (PTSD, psychosis DO, anxiety DO, MDD)
-non-compliance (appts. - intermittent NS)
-h/o polysubstance abuse (cannabinoids and alcohol)

Patients Risk for Opioid Oversedation and Respiratory Depression:
-obesity w/ high risk for sleep apnea

The pain condition this veteran suffers from is best treated with a
multidisciplinary approach.  This involves an increase in physical activity to
prevent de-conditioning and worsening of the pain cycle, psychological

counseling to address the co-morbid psychological effects of pain, as well as the  judicious use of pain medications and interventional strategies to lower the person's pain so that they may participate in the physical activities that
will produce long lasting pain reductions.  The goal of the multidisciplinary approach to pain medicine is to return the patient to a higher level of overall function and restore activities of daily living.

PLAN:
-RTC: PHONE 11/6/2020 @1100

OPIOIDS:
--Avoid

APAP:
--Pt declines

NSAIDs:
--Pt declines

MUSCLE RELAXANTS:
--Deferred

TCAs:
--Defer to MH

SNRIs:
--Defer to MH

ANTICONVULSANTS:
--CONTINUE gabapentin 300mg BID

TOPICALS:
--Continue menthol m-salicylate daily PRN to low back
--Continue lidocaine 5% ointment daily PRN to low back
--Continue diclofenac gel 1% daily PRN to low back

MISC:
--CONTINUE heating pad PRN
--CONTINUE TENS unit PRN

This patient was referred to the CPCC by the patient's PCP. PCP will be alerted
to this note for continuity of care.

Education: Pt was informed of the indication, directions and SE of their pain medications.  Pt expressed understanding of the instructions provided, agrees w/ our plan of care and will call in the event of any medication related problem.

Contact time for this visit was 30 minutes.

**CONFIDENTIAL**

/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 10/07/2020 10:58

Receipt Acknowledged By:
10/07/2020 11:23      /es/ GABRIELLE E MYKONIATIS, MD
                    Staff Primary Care Physician

| | |
|---|---|
| Date/Time: | 06 Oct 2020 @ 0900 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 06 Oct 2020 @ 1830 |

Note

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 06, 2020@09:00   ENTRY DATE: OCT 06, 2020@09:08:14
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :
New appt location
98 South Emerson St
Denver, CO 80209

**CONFIDENTIAL**

Emergency numbers for that address:
Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377
 Enter telephone number below if above numbers are not correct
 (Leave blank if numbers above are correct):
 (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
     Primary NOK: JORDAN,GWEN          Relation: MOTHER
          8853 COLORADO BLVD       Phone: 303 286 1997
          THORNTON, COLORADO  80229
     Secondary NOK: NONE,            Relation: <not given>
          <street address not available>   Phone:
Emergency Contact
     Name:      JORDAN,GWEN
     Phone:     303 286 1997
     Relationship: MOTHER


Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
   RMR: 720-723-7350 (Internal Extension 17350)
   COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
 Provider used private office: Yes
 Veteran connected from private home. No
 Veteran connected from another private location. (If yes, please specify)
Yes, Private hotel room at The Radisson hotel, 4849 Bannock St, Denver, CO 80216

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,

phone usage for audio, etc.) : None
========================================================================
TREATMENT PROVIDED: Individual Psychotherapy, PCT initial assessment
DATE AND TIME OF SESSION: Oct 6,2020@9:00am
DURATION OF VISIT: 50 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Treatment planning related to Evidence-based
care in the PCT.

CONTENT OF SESSION:
Session began with brief check-in. Veteran reported that he has keys to his
new apartment, though he joined the appt from the hotel he has been staying at.
He planned to move there this week, upon renting a moving truck. He reported
having finals this week and working on a motion for his court case against the
university of Colorado. He explained that he does not have a lawyer. This writer

offered Veteran both VA and non-VA resources related to addressing legal issues.

Veteran stated that he has had motivational issues and could benefit form
improved time management, as productivity is important to him. He noted that
lack of productivity can sometimes contribute to suicidal thoughts.
Collaboratively reviewed some strategies for improving this. Veteran reported
feeling productive as a result of finishing finals and work on court case and
denied current SI.

This writer offered to inform Veteran more about PTSD and recommended treatment
today, to which Veteran agreed. As such, this writer introduced both CPT and PE,

including rationale, logistics, structure, treatment components, and
expectations. This writer helped Veteran to explore pros and cons of each
treatment and how each would address his symptoms. Veteran was given the
opportunity to inquire about this and questions were addressed accordingly.
Veteran was encouraged to read more about these treatments on National Center
for PTSD and watch recommended whiteboard videos. Planned to further discuss
these treatment options and engage in collaborative treatment planning at next
session.

HOMEWORK:
-Review resource information provided about PTSD and related treatments
-Outreach Peer Support Specialist regarding Whole Health Skill Building Group

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: As Veteran had not joined the appt 5 min after
scheduled start time, this writer called the Veteran. He reported that he did
not have it in his calendar and joined the session about 10 minutes after
scheduled start time. He appeared to be dressed and groomed appropriately. He
was appropriate.
SPEECH: RR&V WNL
MOOD: Somewhat anxious
AFFECT: Congruent with Mood

PSYCHOMOTOR ACTIVITY: somewhat restless
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Mostly linear, goal-directed
THOUGHT CONTENT: Mostly appropriate. Veteran reported being untrusting of
others, consistent with
a PTSD presentation.
SUICIDAL OR VIOLENT IDEATION: Veteran endorsed recent thoughts of not wanting to

be alive. Denied current SI/HI, plan, and intent. Veteran is aware of crisis
resources including the Veteran's crisis line. He has a history of
help-seeking
when feeling down or depressed. Veteran was future-oriented and reported feeling

optimistic and PTSD treatment
INSIGHT: Good
JUDGMENT: Good
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic
MDD, per EMR
Anxiety disorder, per EMR
Alcohol Use Disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Facilitated therapeutic rapport. Veteran received support and informational
resources around current stressors. He learned of specific trauma-focused
treatments (i.e., PE and CPT) and engaged in collaborative treatment planning.

TREATMENT PLAN:

1) Identification of treatment goals and engage in further collaborative
treatment planning around EBP for PTSD.

PLAN/NEXT APPOINTMENT: 10/16/2020 at 8:30am

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 10/06/2020 18:30

| | |
|---|---|
| Date/Time: | 01 Oct 2020 @ 1008 |
| Note Title: | MH PCT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 01 Oct 2020 @ 1010 |

Note

LOCAL TITLE: MH PCT TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 01, 2020@10:08    ENTRY DATE: OCT 01, 2020@10:08:34
    AUTHOR: RADOMSKI,SHARON A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

CONTACT TYPE: Telephone Contact
DATE & TIME OF CALL: Oct 1,2020@10:05
DURATION: 2 min.
CONTACT SEQUENCE: Outreached Veteran

CHEIF COMPLAINT/PURPOSE OF CALL: Veteran had not joined scheduled VVC
appointment

CONTENT: The writer called the veteran.  The veteran was reached. Veteran was
apologetic, as he thought the appointment was at 11am. He reported that he was
not home at this time and requested to reschedule, which was done so
accordingly. He updated this writer that he moved into his new apartment and
planned to get internet service today.

Plan/Appointment Time: 10/6/2020 at 9:00am

RISK ASSESSMENT: Veteran did not report any suicidal and/or homicidal ideations,
plan, or intent.  No information discussed suggested imminent or acute risk for
self-harm or harm of others.


/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 10/01/2020 10:10

| Date/Time: | 28 Sep 2020 @ 1246 |
|---|---|
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VITON,NATHAN L |
| Co-signed By: | VITON,NATHAN L |
| Date/Time Signed: | 29 Sep 2020 @ 1419 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: SEP 28, 2020@12:46    ENTRY DATE: SEP 28, 2020@12:46:35
    AUTHOR: VITON,NATHAN L    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 15 minutes
Treatment Provided: Denver Vet Court

Plan: Continue Veterans Treatment Court
Phase: III of IV on hold due to pending case

Veteran case was reviewed on this date and he appears both in virtual
setting. Veteran has singed and interagency ROI.

Veteran has been reporting to probation as scheduled He reports to the PO that he

is doing fine, staying at a Radisson through assistance from VOA and working with

HUD-VASH on housing. he has been attending gave therapy as well and is hoping to

find a PTSD group, he plans to explore options at the Denver Vet Center for this

as well. Veteran continues to have pending cases in another county, he had no news
on this topic to share.

He mainly dropped UA's which were clean but did miss one (last time he had missed
almost all) so his sanction was only to do an alumni group.

Veterans mood and affect stably, hygiene looked good on video. He was pleased
to have a much better court appearance than last time and intends to continue to

do well, in school, in therapy and in the court. Veteran did not report any unmet

needs, no crisis issues, no SI, HI or self-harm thoughts. Veteran is due back in

court next month, court date pending from probation. Staff will continue to offer

VJO assistance to the Veteran as able.

/es/ NATHAN L VITON
Social Worker
Signed: 09/29/2020 14:19

| | |
|---|---|
| Date/Time: | 24 Sep 2020 @ 1035 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | JOHNSON,LAUREN LOUISE |
| Co-signed By: | JOHNSON,LAUREN LOUISE |
| Date/Time Signed: | 24 Sep 2020 @ 1039 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: SEP 24, 2020@10:35    ENTRY DATE: SEP 24, 2020@10:36:08

AUTHOR: JOHNSON,LAUREN LOUI  EXP COSIGNER: VALLEJO,JENNIFER L
URGENCY:                STATUS: COMPLETED

Diagnosis: Homelessness
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: SW contacted Veteran for check-in and to discuss next steps regarding recent
submission of RFTA. Veteran p/u and SW inquired about well being. Veteran
reported he was doing ok, but was in a meeting. SW acknowledged and requested
that Veteran call back when available to discuss next steps. Veteran
acknowledged and agreed.

P:  Pending call back from Veteran. If no response by COB, SW will attempt to
contact again 9/25.

Veteran is aware he may contact this clinician with any needs.

***Please add Gregory Miller as an add'l co-signer***

*Jennifer Vallejo, LCSW is the primary clinical social worker for this
encounter. Documentation was reviewed and the Clinical Social Worker agrees with
the preliminary documentation, diagnosis, intervention, and tx plan/disposition
of the care provided. I certify supervision meets the requirements of VHA
Directive 1027 and local policy, 122-8.

/es/ LAUREN LOUISE JOHNSON
SOCIAL WORKER
Signed: 09/24/2020 10:39

/es/ Jennifer Vallejo, LCSW
SOCIAL WORKER MENTAL HEALTH
Cosigned: 09/27/2020 22:37

Receipt Acknowledged By:
* AWAITING SIGNATURE *      MILLER,GREGORY J

| | |
|---|---|
| Date/Time: | 24 Sep 2020 @ 1000 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 24 Sep 2020 @ 1416 |

Note

LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)

STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 24, 2020@10:00    ENTRY DATE: SEP 24, 2020@10:03:11
    AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
  URGENCY:                 STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct)
  Address of patient during this session:
  Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :
The Radisson hotel
4849 Bannock St
Denver, CO 80216

Emergency numbers for that address:
Veteran Contact Numbers:
  Listed cell phone: UNKNOWN
  Listed regular telephone number: 720-276-5377
  Enter telephone number below if above numbers are not correct
  (Leave blank if numbers above are correct)
  (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
        Primary NOK: JORDAN,GWEN              Relation: MOTHER
                8853 COLORADO BLVD        Phone: 303 286 1997
                THORNTON, COLORADO  80229
     Secondary NOK: NONE,              Relation: <not given>
                <street address not available>   Phone:
Emergency Contact
        Name:      JORDAN,GWEN
        Phone:     303 286 1997
        Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):

**CONFIDENTIAL**

VA Emergency Numbers
1) e911: 267-908-6605
2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
3) Suicide Prevention Team/ Coordinators
   RMR: 720-723-7350 (Internal Extension 17350)
   COS: 719-553-1093
4) National Telehealth Help Desk: 866-651-3180
5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
  Provider used private office: Yes
  Veteran connected from private home. No
  Veteran connected from another private location. (If yes, please specify)
Yes, Private hotel room

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.) : None
==========================================================================
TREATMENT PROVIDED: Individual Psychotherapy, PCT initial assessment
DATE AND TIME OF SESSION: Sept 24,2020@10:00am
DURATION OF VISIT: 65 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Follow-up from completion of PCT initial
assessment. Treatment planning related to Evidence-based care in the PCT.

CONTENT OF SESSION:
Session began with brief check-in. He reported that he has not yet moved into
his new housing, due to needing the internet to be connected. As such, he is
currently residing at the hotel listed above. This writer inquired about
Veteran's use of recommended resources from the previous session. He stated
that
he did not contact the peer for the whole health group, but hoped to call this
week. He stated that he did not have time to visit National Center for PTSD
website and described being busy with several pressing stressors (e.g., legal
case, school, moving). This writer offered to inform Veteran more about PTSD and

recommended treatment today, to which Veteran agreed.

Provided Veteran with psychoeducation about PTSD. Normalized the effects of
trauma and Veteran spent time relating to this information. Discussed the role

of avoidance in PTSD, and differentiated between helpful (e.g., avoiding alcohol) and unhelpful avoidance (pushing away trauma-related thoughts and feelings). Introduced the concept of trauma-focused treatment and rationale for this. Veteran expressed understanding of this information.

Noted that trauma-focused treatment can help to correct extreme changes in thinking due to traumatic events. Veteran related to this concept and some time was spent discussing examples. He discussed his approach to coping with unhelpful thoughts, (i.e., "don't feed them") and discussed his use of
mindfulness, which was reinforced by this writer. Also collaboratively considered useful versus "irrational" emotions as related to problematic
thinking. Collaboratively noted the ways in which thinking can be problematic, such as black and white thinking, overgeneralizing, stereotyping.

Discussed goals for trauma-focused treatment. Also discussed the concept of posttraumatic growth, as Veteran reflected on the ways in which he has grown from traumatic events. Veteran expressed his continued interest in trauma-focused treatment.

HOMEWORK:
-Review resource information provided about PTSD and related treatments
-Outreach Peer Support Specialist regarding Whole Health Skill Building Group

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Veteran arrived on-time to today's session. He appeared
to be dressed and groomed appropriately. He was appropriate, though appeared a little distracted at times.
SPEECH: RR&V WNL
MOOD: Somewhat anxious
AFFECT: Congruent with Mood
PSYCHOMOTOR ACTIVITY: Veteran was rocking in his chair at various points in the session
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Mostly linear, goal-directed
THOUGHT CONTENT: Veteran reported being untrusting of others, consistent with a PTSD presentation.
SUICIDAL OR VIOLENT IDEATION: Veteran endorsed recent thoughts of not wanting to

be alive. Denied current SI/HI, plan, and intent. Veteran was reminded of crisis resources including the Veteran's crisis line. He has a history of help-
seeking when feeling down or depressed. Veteran was future-oriented and reported

feeling optimistic.
INSIGHT: Good
JUDGMENT: Good
MEMORY: Grossly intact

**CONFIDENTIAL**

DIAGNOSIS:
PTSD, chronic
MDD, per EMR
Anxiety disorder, per EMR
Alcohol Use Disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Facilitated therapeutic rapport. Veteran received psychoeducation about PTSD and

learned of trauma-focused treatment. He was reminded of PTSD-related resources
and the Whole Health Skill Building Group. Agreed to discuss specific treatments

at the next session.

TREATMENT PLAN:

1) Identification of treatment goals and engage in further collaborative
treatment planning around EBP for PTSD.

PLAN/NEXT APPOINTMENT: 10/1/2020 at 10:00am


/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 09/24/2020 14:16

| | |
|---|---|
| Date/Time: | 23 Sep 2020 @ 1521 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MILLER,GREGORY J |
| Co-signed By: | MILLER,GREGORY J |
| Date/Time Signed: | 23 Sep 2020 @ 1554 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 23, 2020@15:21   ENTRY DATE: SEP 23, 2020@15:21:39
   AUTHOR: MILLER,GREGORY J   EXP COSIGNER: DALY,JENNIFER
   URGENCY:                STATUS: COMPLETED

Type of Contact: Telephone
Length of Contact: 5 Min


Data: Landlord called writer to inform that Chadwick Jordan apartment has passed

inspection. Landlord could not get a hold of veteran. Writer called Erik at DOH

**CONFIDENTIAL**

to find out prorate amount. Erik told writer 158.00 for veteran to move in.
Landlord told writer that Mr. Jordan does not have to pay his prorate. Mr.
Jordan signed his lease today. 9/23/2020

Plan: Awaiting lease from veteran. Will send to housing and MHDI. Writer will
work on getting veteran deposit. Veteran will need housing boxes from storage.

/es/ GREGORY J MILLER
SOCIAL WORK INTERN
Signed: 09/23/2020 15:54

/es/ JENNIFER DALY
Social Worker
Cosigned: 09/25/2020 12:04

Receipt Acknowledged By:
09/28/2020 09:10     /es/ LAUREN LOUISE JOHNSON
              SOCIAL WORKER

| | |
|---|---|
| Date/Time: | 17 Sep 2020 @ 1600 |
| Note Title: | MH PEER SUPPORT SERVICES |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DUNSTON,CARL A |
| Co-signed By: | DUNSTON,CARL A |
| Date/Time Signed: | 22 Sep 2020 @ 1422 |

Note

 LOCAL TITLE: MH PEER SUPPORT SERVICES
STANDARD TITLE: SOCIAL WORK COUNSELING NOTE
DATE OF NOTE: SEP 17, 2020@16:00   ENTRY DATE: SEP 22, 2020@14:20:40
   AUTHOR: DUNSTON,CARL A   EXP COSIGNER: DALY,JENNIFER
   URGENCY:              STATUS: COMPLETED

Location: Community Resource and Referral Center (CRRC)
Time spent: 0
Diagnosis: Lack of Housing

Informed Consent:  Veteran was provided information about writer's role in
at
the Housing Team, receipt of clinical supervision and the fact that
peer support sessions are documented in CPRS.

This writer dropped off paperwork to Erik Frazier at DOH. The paperwork was
Request for Tenancy Approval. Writer will inform the case manager it was turned
in.

Supervision statement:  Peer writer of this note receives individual recurring supervision from Jen Daly, LCSW during which time his peer support direct services work is discussed and reviewed.

Additional Signer(s): Lauren Johnson

/es/ CARL A DUNSTON
Peer Support Specialist
Signed: 09/22/2020 14:22

/es/ JENNIFER DALY
Social Worker
Cosigned: 09/23/2020 14:32

Receipt Acknowledged By:
09/24/2020 09:08      /es/ LAUREN LOUISE JOHNSON
                SOCIAL WORKER

| | |
|---|---|
| Date/Time: | 17 Sep 2020 @ 1514 |
| Note Title: | MH PCT CONSULT REPORT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 22 Sep 2020 @ 1820 |

Note

 LOCAL TITLE: MH PCT CONSULT REPORT
STANDARD TITLE: MENTAL HEALTH CONSULT
DATE OF NOTE: SEP 17, 2020@15:14    ENTRY DATE: SEP 17, 2020@15:14:43
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED


*********************************************************************
        PTSD Clinical Team (PCT) Intake Report
        Mental Health Service
        VA Eastern Colorado Health Care System
*********************************************************************


Prior to the session beginning, the writer explained clinic policies and procedures, writer's credentials, and Veteran was informed of crisis resources.
The veteran was given an opportunity to ask questions regarding limits of confidentiality, which were addressed accordingly.  The veteran voiced an understanding and agreement with information presented.
-Completed: Yes

**CONFIDENTIAL**

PATIENT INFORMATION:

Name: CHADWICK HEATH JORDAN
Age: 38
Race: BLACK OR AFRICAN AMERICAN
Ethnicity: NOT HISPANIC OR LATINO
Service Connected: SERVICE CONNECTED % - 90
Service Connected Conditions:
MIGRAINE HEADACHES  50%
TRAUMATIC BRAIN DISEASE  40%
LUMBOSACRAL OR CERVICAL STRAIN  20%
LIMITED MOTION OF ANKLE  10%
LOWER LEG CONDITION  10%
TINNITUS  10%
LOWER LEG CONDITION  10%
ECZEMA  10%
KNEE CONDITION  10%
LUMBOSACRAL OR CERVICAL STRAIN  10%
KNEE CONDITION  10%
LIMITATION ON MOTION, RING OR LITTLE FINGER  0%
LIMITATION OF MOTION, INDEX OR LONG FINGER  0%
_____

CURRENT VA EASTERN COLORADO HCS CARE:

Mental Health Treatment Coordinator (MHTC):
     MH Treatment Team:  RMR MENTAL HEALTH HUD-VASH
 MH Treatment Coordinator:  TUKA,JAMES C
          Office Phone:  (303) 294-5600
          Analog Pager:
          Digital Pager:
Primary Care Team Assigned: ATTENDING PHYSICIAN - G.E. Mykoniatis

REFERRAL SOURCES & REASON FOR REFERRAL:

Provider who referred Veteran: Sonia Valdiviezo, LCSW

Reason for Referral: Assessment of current PTSD symptoms and potential treatment

planning related to Evidence-based care in the PCT.
_____
Assessment occurred over the course of multiple appointment: 100 min on 08/04/20

at 10:00am, 83 min on Aug 14,2020@2:30pm, 75 min on Aug 20,2020@4:00pm, 40 min
on Aug 27,2020@10:00am, and 68 min on 9/17/2020 at 10:00am


CHIEF COMPLAINT: "I want help with my PTSD. It's just nice to have
someone to
talk to, or maybe not. I'm always worried about self-incrimination because I

have a lawsuit pending right now. It damaged my trust issues. I told a

psychologist that I had a legal MR15 and that has me... It's in a district
court
right now and so that's why I worry about. I know not all psychologists
aren't
bad. I want everybody to be safe and I want to be safe as well. I'm also in
a
medical lawsuit. It might be in my best interest to not say anything to
anybody. I thought about checking into a hospital yesterday because I'm not

going to concede that I'm suicidal but I definitely don't feel enthused
about
the world. I don't believe that the world deserves me. I'm trying to
find
reasons to help people. I have grim outlook of the world and the people in it. I

have a difficult time with relationships. I tend to do well business wise, which

is basically organized war. It's very difficult. I'm a unique
individual so I
prefer to keep to myself. I have a lot to offer, so I wouldn't want to harm

myself. I have enough reasons to keep giving back but I'm still thinking. I
want
to give people the research that I do. What I'm trying to build my career
around. Take large amounts of information and make sense of it. I get migraines.

I think that everyone's racist. People are looking for reasons to say
I'm not
entitled. Being a combat Veteran, I feel safe in that area. I think I want to
leave the country. I feel victimized....I don't want to project my stress on

other people. I got depressed after the accident. I felt like if I couldn't
be a
Marine, I see the world ending. My dad being a Marine. The type of career now.
Why I enlisted. Getting hit by the medic. Just an accident. It's so big for
me
because of the long-term implications. I wasn't able to do what I wanted to
do.
The kind of value."

SELF-REPORT MEASURES: Veteran reported that he lost the PCT intake packet in a
fire. A new packet was not mailed, as Veteran reported residing in a hotel
briefly while looking for more stable housing.

_____

MILITARY HISTORY:

Service Branch(s) & Years of Services:
        Service Branch: Marine Corps
        Start of Service: DEC 29,2000
        End of Service: JUN 5,2002

Notes: Fully separated

MOS/Duty: Communications
Is this what they did in service/while on deployment?
    -if no, please explain:

Highest Rank: Corporal
Article 15 Charges: Denied

Combat Deployment(s): Iraq Jan-March 2001

Reason for Discharge: Medical discharge
Rank at Discharge: Corporal
Type of Discharge: Honorable

TRAUMA HISTORY:

Reported Military Trauma (& Year or Age Trauma Occurred):

-"Hit by a medic. On deployment, everyone was getting ready to roll, we
had our gear, and she hit me I was in a car at a stop sign. She was going
about 50-60 mph. I was stopped. I was unconscious when the medic came. Broke my
wrist, foot, tore some ligaments in my back. It is what it is. It's always
with
me because I have arthritis now." He reported that this event took place in

2002, when he was around 19 years-old.

-"I've seen helicopters go down and the only one survived was the
pilot. It
just sticks with me. I was about 2 miles away. They were over a lake. I went
back to the unit and told them what happened. I remember no one really
caring."
Veteran reported that this occurred while he was deployed to Iraq.

-"IEDs were the big thing. I knew a lot of friends that lost limbs, or were

hurt." Denied witnessing first hand. "I remember worrying about IEDs. I
usually
stayed on base, I was pretty protected."

-Denied MST

Reported Childhood Trauma(& Year or Age Trauma Occurred):

-"I was a ward of the state. My dad used to beat up on my mom. He lost use
of
his leg in Vietnam, it was a violent home. We don't' talk to this day.
My family
split up and I went to the ward, of Colorado. Dad beat up on everyone but me.
One time I went in there with a bat and chased my dad around and I slept outside

that night in my underwear. I was about 7 years old."

-Denied childhood sexual abuse.

Other Trauma History(& Year or Age Trauma Occurred):

-Denied

Index Trauma Identified for PTSD Assessment: Experienced MVA while in the military in 2002

PTSD SYMPTOM ASSESSMENT:

PTSD SYMPTOM SCALE-INTERVIEW-5 (PSS-I-5)

Questions should be about the most currently distressing trauma. Each item below should be asked in reference to the past month (if < 1 month since trauma, ask "Since the event?"). Probe all positive responses (e.g., "How often has this been happening?") following the instructions provided in the PSS-I-5 manual.

Scoring Range:
Symptom not present:
(0) Not at all

Symptom present:
(1) Once a week/a little
(2) 2 to 3 times a week/somewhat
(3) 4 to 5 times a week/very much
(4) 6 or more times a week/severe

RE-EXPERIENCING (need one): [probe, then quantify]

Item & Score:

1. Have you had unwanted distressing memories about the trauma?
Veteran Reports: "Laying down, it'll just be a thought. I start grinding just thinking about trauma. It's just thoughts, I don't like thinking about them.
Whenever my neck or back hurts. 3x this past month. Thinking about long-term implications of being hurt and how things affect your life."
Score: 1

2. Have you been having bad dreams or nightmares related to the trauma?
Veteran Reports: Denied
Score: 0

3. Have you had the experience of feeling as if the trauma were actually happening again?

Veteran Reports: Denied
Score: 0

4. Have you been very EMOTIONALLY upset when reminded of the trauma?
Veteran Reports: "When I'm in traffic. I'm always looking behind my review
mirror. I drive aggressive, I think it keeps me more safe. I cringe, because I think about pain in my back. I still have arthritis, so it's a constant reminder. I don't feel safe with people behind me. People are reckless. It makes me want to be more aggressive to protect myself. I get angry, and anxious, like my adrenaline starts pumping. Lasts all day, until I can get some sleep or find an activity to take my mind off it. It happens like every day or every other day almost."
Score: 4

5. Have you had PHYSICAL reactions when reminded of the trauma (e.g., sweating, heart racing)?
Veteran Reports: "My heart starts racing and my adrenaline is pumping. Feel like
I need to escape or protect myself. I really have a problem dealing with. Hard time calming down. I'm always in an anxious state. At any given moment, something could go wrong. Loud bangs remind me, like a crash, a bang. Any time I see something as a threat. I don't like people behind me, driving, walking.
When people drive carelessly, I'm reminded of the accident. 4-5 times this past
month." Severity score increased due to greater intensity.
Score: 3

Does the Veteran report 1 or more Intrusion Symptoms? Yes

AVOIDANCE (Need one): [probe, then qualify]

Item & Score:

6. Have you been making efforts to avoid thoughts or feelings related to the trauma?
Veteran Reports: "I try to avoid things that make me think of trauma. I avoid
being around people, so I'm not thinking about any of this. I feel vulnerable.
I feel depressed about it. It feels tragic. Makes me take the underdog attitude. Daily."
Score: 4

7. Have you been making efforts to avoid activities, situations, or places that remind you of the trauma or that feel more dangerous since the trauma?
Veteran Reports: "I drive a truck now so that if I got hit again, it wouldn't be
as bad. I try to avoid people I see driving carelessly. I'll slow down, get off

**CONFIDENTIAL**

the exit, stop driving, or get more aggressive and drive faster until I
can't
see them anymore. I've studied statutes of driving. Helps me to feel in
control.
I don't like driving on small streets where I'm stopped. I don't
like slowing
down, or waiting at red lights. I'm always in the right lane because I
don't
like waiting at red lights. I avoid public areas with stop signs. I like being
on the highway where I keep moving and try to stay in front of people. Everyday
I'm thinking about accidents. I drive a truck so I'm higher off the
ground. I
keep spare tires in my truck. I avoid other people."
Score: 3

Does the Veteran report 1 or more Avoidance Symptoms? Yes

CHANGES IN COGNITION AND MOOD (Need two): [probe, then qualify]

Item & Score:

8. Are there any important parts of the trauma that you cannot remember?
Veteran Reports: Veteran reported loss of consciousness for about 45 min due to
impact.
Score: 0

9. Have you been viewing yourself, others, or the world in a more negative way
(e.g. "I can't trust people," "I'm a weak
person")?
Veteran Reports: "I don't trust people. It really changed the way I
view the
world because I always feel behind now. I feel like I lost time, and like I
need to catch up. I don't ever want to be in a situation like that again so
I
need to do more." Endorsed thinking that the world is a dangerous place.
Score: 3

10. Have you blamed yourself for the trauma or for what happened afterwards?
Have you blamed others that did not directly cause the event for the trauma or
what happened afterwards?
Veteran Reports: "I blame myself for what happened afterwards. After the
accident, my life started getting worse and I wasn't able to understand why.
I
think it's how I dealt with it. After the accident I wasn't sure about
anything, my whole life changed. I couldn't get my mind off it, I was
depressed. I blame the driver for the accident."
Score: 2

11. Have you had intense negative feelings such as fear, horror, anger,
guilt or shame?
Veteran Reports: "I felt anger, maybe shame, 40% of the past month."
Score: 2

**CONFIDENTIAL**

12. Have you lost interest in activities you used to do?
Veteran Reports: "I used to like cruising, I don't think that's
fun anymore. I
used to like doing activities by myself, hanging out with people. I enjoy
relaxing, working on my truck. I used to enjoy a lot more things, like going to
the driving range, riding horses."
Score: 1

13. Have you felt detached or cut off from others?
Veteran Reports: Denied being close to anyone. "I don't have any
relationships.
I'm aggressive and um I don't trust a lot of people, and I don't
want to be
around people who don't have my best interest at heart. I quit talking to
my
friends. I'm not good at friendships. I'm anxious a lot of the
time."
Score: 3

14. Have you had difficulty experiencing positive feelings?
Veteran Reports: Denied
Score: 0

Does the Veteran report 2 or more Changes to Cognition or Mood
Symptoms? Yes

INCREASED AROUSAL AND REACTIVITY (need two): [probe then quantify]

Item & Score:

15. Have you been acting more irritable or aggressive?
Veteran Reports: "I have a passive aggressiveness. A defensive stance.
I'm
looking for an opportunity where I can be aggressive. It's more like
testing,
wanting people to bother me. I don't get into a lot of fights, but I would
like
to. Every day, I'm always irritated, just different levels or irritation.
Anger,
rage, to passive-aggressive. I want the law on my side."  Denied access to
firearms.
Score: 2

16. Have you been taking more risks or doing things that might cause you or
others harm (e.g., driving recklessly, taking drugs, having unprotected sex)?
Veteran Reports: "I don't take risks because I couldn't live with
the
consequences. I value my health."
Score: 0

17. Have you been overly alert or on-guard (e.g., checking to see who is around

you, etc.)?
Veteran Reports: "I'm definitely always on alert. I'm
hypersensitive to people's
micro expressions. Now I realize that you always need to be on-guard. I'm
looking at everyone. I'm prepared to defend myself, less trusting."
Score: 2

18. Have you been jumpier or more easily startled?
Veteran Reports: Denied
Score: 0

19. Have you had difficulty concentrating?
Veteran Reports: "I'm getting better at it. It's just taking
longer than normal.
Reading. I like to read. I don't know where to start. When I started feeling

anxious about not getting things done." Difficulty concentrating since
leaving
the military. Veteran suspected his difficulty concentrating being influenced by

stress and noted a worsening of this in the past 5 years. Unable to rule out
this symptom due to time course. 40% of the past month
Score: 2

20. Have you had difficulty falling or staying asleep?


Veteran Reports: Estimated getting 4-5 hours of sleep per night and taking 3-4
hours to fall asleep, Denied waking up earlier than wanted. 60% of the nights
this past month.
Score: 3

Does the Veteran report 2 or more Increased Arousal and Reactivity? Yes

DISTRESS AND INTERFERENCE

21. How much have these difficulties been bothering you?
Veteran Reports: "50-60% of the time. It's always in the back of my
mind."
Score: 2

22. How much have these difficulties been interfering with your everyday life
(e.g. relationships, work, or other important activities)?
Veteran Reports: "100% of the time. I'm always anxious and I do got to
know that
there's a future. Not thinking I'm running out of time. It affects how
I deal
with stress. I'm easily agitated. Worried about things that I shouldn't
be
worried about. Makes no sense, I have no need to worry, comes across as having
worries. I don't work with people well. It's hard to get comfortable
around

people."
Score: 3

SYMPTOM ONSET AND DURATION

23. How long after the trauma did these difficulties begin?
    [X]Less than 6 months
    [ ]More than 6 months

24. How long have you had these trauma-related difficulties?
    [ ]Less than 1 month
    [X]More than 1 month


HISTORY OF HEAD TRAUMA & TBI:
Veteran estimated LOC at the time of the MVA for 30-45min. Reported getting
migraines beginning around 2002. Reported improvements in this since using
medication.

EDUCATION & OCCUPATIONAL HISTORY:

EDUCATION LEVEL:
[ ]Less than High School Graduation
[ ]High School Graduate/GED
[X]Some College
[ ]College Graduate
[ ]Graduate School
Notes: "Associates degree in Accounting from Community College of Denver. I'm
going to school right now. Working on Bachelor's Degree in Accounting from CSU
Global. I always focused on my school. I always enjoyed education. I've always
been in institutions and Juvenile prisons. My GPA when I left high school was a
2.7. When I was going to business school it was 3.5. Then it went down when I
was having some issues. Now maybe a 2.7. I want to bring it back up." Denied

learning disability. Denied ADHD or learning disability diagnosis. Veteran
reported getting expelled from elementary, middle, and a couple of high schools.

He reported spending time in the legal system and being a ward of the state.

VOCATIONAL HISTORY/CURRENT EMPLOYMENT:

CPRS Employment Status: Full Time Student

    If Different, please update:
    [ ]Full-time Employment
    [X]Full-time Student
    [ ]Part-time Employment
    [ ]Retired
    [ ]Unemployed

Type or Employment/Profession:
CPRS Listed Occupation: HR
    If Different, please update: "I haven't had a real job since I left the
military. I did a lot of time and never really finished up my degrees. Never had

time. I had a company since 2014. I don't want to take on business right now

because I have this legal stuff jumping off, legal cases, civil cases, and I
have a personal goal to finish my degree. I put that stuff on hold because I
don't think I could give the client the best of my ability. I want to get a

website up and running so I'm going to wait. It's an accounting business
generally but I do specialize."

SPIRITUAL & CULTURAL FACTORS:

Religion (listed in CPRS): RELIGION - BAPTIST
Notes: "Christianity, I support the religion." When asked if he was active in
the community, he stated "it's better I stay away from people."
Endorsed having
a relationship with God.

HOUSING & FINANCIAL HISTORY:

Housing Situation:
[ ]Currently without housing
[ ]Living in shelter or domiciliary
[ ]Living with family/friends
[ ]Own
[ ]Rent
Notes: Veteran was evicted from previous housing and was residing at a hotel
during several of the initial sessions. On 9/17/2020, he reported securing
housing as of 9/18/2020. Veteran reported that he has been working with HUDVASH
program as needed.

Financial Status/Means of Income:
[ ]Good/Stable
[ ]Strained
[X]Current Financial Hardship

Means of Income:
[ ]Employment
[ ]No Income Currently
[X]Service Connection &/or Other VA Programs
[ ]SSI/SSDI
[ ]Other
Notes: using GI bill

SELF CARE & ACTIVITIES OF DAILY LIVING: Denied difficulties with ADLs

SOCIAL & FAMILY CIRCUMSTANCES:

Marriage and Family Relationships:
CPRS Marital Status: Marital Status: MARITAL STATUS - NEVER MARRIED
If Different, please explain: "We were dating, now we're just friends. Were
dating for a few weeks." Described the relationship as "healthy." Denied
physical violence in the relationship. Veteran reported that this female is his
main source of social support.

Family Relationships/Children: Denied having children. Reported growing up in
North Carolina and having an older sister (half) and brother (full). He reported

that his parents were married and separated when he was in middle school.
Denied having a relationship with parents, who both live in Colorado. Described
not wanting to have a relationship with them due to them being elderly and not
getting along with them. "I never really had much of a relationship with them.
When I was growing up, I spent most of the time outside, on the streets and at
people's houses. Never really talked much." Denied having a relationship with
siblings. "Don't get along well. We ain't got nothing in common." He reported
that his father "beat up on brother and sister. I was the youngest." He reported
witnessing violence in the home and becoming a ward of the state. "When my
parents split up I went to state custody for at least 9 moths, and my mom had to

get custody back. I've always been kind of a loner. I grew up in an all-white
neighborhood. It's hard to go through like that because you don't know who you
are. Kids would call me a N*gger and I didn't know why, I hit them then I was
getting okay to hit people when they called me a name." At one point, Veteran
stated, "I look forward to a family. I want to take a vacation."

Friendships and Community Inclusion:
"Just that one girl." Reported knowing her since Oct 2019. Denied community
involvement. Denied social support. "I don't think people understand me. I gave
up on it. I have trust issues."

CURRENT LEGAL MATTERS:
Regarding current legal issues, he stated, "some dude said I did something to

him in an elevator. Some dude made up some stuff on me and called the cops."

He reported being accused of physical assault in an ongoing case. "Another guy
was hitting me with a stick in my truck and I got out of the car and hit him.
Charged with assault. There's video though."

Veteran reported an experience in which a Psychologist reported to the police
that he had a firearm. "They dismissed all the charges, I got a year of
probation. My lawyer tried to get them to give it back to me but they
didn't."
Reported that he was expelled from school as a result of this and that
he is suing the school for breach of confidentiality.

Vet has been in contact with Paul A. Deutsch, LCSW Veterans Justice Outreach
Social Worker.

Veteran also stated, "I got in trouble a lot. I got expelled from elementary

school because I hit my teacher in the 6th grade. Expelled in middle school, I
pulled a knife on somebody. Expelled for not showing up, attendance. That's when
I was in the ward, got out about 9th grade. Expelled in high school for weed in

my locker. I got expelled from 2 high schools. A lot of the violence at home
transferred over to when I went to school. I was the only black kid at the
school, so when people called me a N*gger, I would lash out. I got into the
habit of lashing out. That follows you throughout life. You're aggressive. It's
not always wise to be beating up on people."

He reported being in Juvenile prison for lighting his brother's clothes on fire
(he was not wearing them at the time), estimated this happening in elementary
school. Reported being there for about 9 months. "I assaulted a kid after a

party when I was drunk, was in Juvey for 3-4 years for that." Estimated he was
13 at the time.

"When I got out of the military I got possession and assaulting an officer, was
in prison for 6 years, 2 more years on parole."

SELF HARM, SUICIDAL, ASSAULT, AND HOMICIDAL IDEATIONS:

RISK SCREENINGS:

Current Suicidal Ideations: Veteran reported some thoughts the day before the
initial appointment of the impact of committing suicide. He denied actual
thoughts of ending his life and denied plan, and intent. See comprehensive risk

assessment and Columbia screen dated 8/4/2020 for further details. Denied current SI/HI, plan, and intent.  Veteran was future-oriented and appeared motivated for treatment. Veteran denied having access to firearms on three occasions, though he appeared to contradict this information at one point.

 DANGEROUSNESS TO OTHERS SCREEN:
   1) In the past 90 days, have you had thoughts of harming others? Denied.
Though Veteran denied any thoughts or desires to harm others, he often described

himself as "aggressive."
   2) In the past 90 days, have you acted on thoughts of harming others
      (including developing a plan or actually harming others)? Denied
   3) If Yes to 1 or 2, are you having those thoughts today?
      a. If Yes, Do you have intent to act on these thoughts?
      b. Do you have a specific target?
      c. Do you have access to weapons or other lethal means to carry
         out this plan?
   4) In your lifetime, have you had a history of physically harming
      others? Yes

History of Significant Violence Towards Others: Veteran described a history of violence towards others (see legal matters section), including insight into the development of his aggression towards others. He described learning that violence was okay from an early age. He often spoke about not wanting to harm others, and violence not being okay, and also described himself as "aggressive."

----------------------------------------------------------------------
SUD-RELATED TREATMENT INTERFERENCE

CLINICIAN PROMPT:
"I'd like to ask a few questions about your history of substance use. People
often feel like they need to hide or minimize their use of alcohol or other drugs because of how they might be viewed. I want you to know that you can talk openly here."

"When was the last time you used the following substances in any amount?"

  Alcohol: <12 mos:[X] Last use: Veteran had difficulty identifying the last

time he drank. He estimated having a "beer with a meal a couple months ago."
Veteran appeared hesitant to discuss history of alcohol use and stated "when I
think about alcohol it's stressful."
  Cannabis: <12 mos:[ ] Last use:
  Opioids: <12 mos:[ ] Last use:
 Stimulants: <12 mos:[ ] Last use:
Sed/Anx/Hyp: <12 mos:[ ] Last use:
     Other: <12 mos:[ ] Last use:

**CONFIDENTIAL**

***If NO sub. use w/in last 12 mos, proceed to VETERAN SELF-ASSESSMENT
***If any sub. use w/in last 12 mos, assess Veterans readiness for PTSD EBP:

TOLERANCE/DEPENDENCE:
[ ]LOW  [X]MODERATE  [ ]HIGH  [ ]SEVERE
As evidenced by: Denied withdrawal symptoms. "I binge drunk when I drink. I

never
drink on a consistent basis. I quit drinking a couple months ago because I told
myself I can't drink. It's good if I keep them out of my mind. Alcohol
never
helped me with anything. I have bad experiences on alcohol. I put my guard down.

I didn't really drink a lot, but when I drank I drank too much. Difficult
to moderate myself. I can't drink." Reported abstinence going well.
"It's healthy not to drink. I keep in mind that I can't drink, it
works for
me." Denied blacking out.

FUNCTIONAL IMPAIREMENT:
[ ]LOW  [X]MODERATE  [ ]HIGH  [ ]SEVERE
As evidenced by: "I might get angry, I don't use my guard, so I'm
more
vulnerable."

LOSS OF CONTROL:
[ ]LOW  [ ]MODERATE  [X]HIGH  [ ]SEVERE
As evidenced by: Veteran reported difficulty moderating his alcohol use,
resulting in problematic drinking. "I always drink too much. I'm not a
good
drinker. Reported difficulty moderating alcohol use. I always drink more than I
want to. I drank a lot when I was a kid in middle school."

INCREASED RISK:*
[ ]LOW  [ ]MODERATE  [X]HIGH  [ ]SEVERE
As evidenced by:
(Include writer's judgment of objective risks associated w/ DECREASED use)
"I get aggressive sometimes. Maybe I do get a little depressed sometimes. I
use
alcohol to deal with depression. Self-medication, but it's best not to be
thinking about alcohol."

*Did Veteran report new overdose/severe adverse drug event w/in past 12 mos?
(If YES) Writer will complete "SUICIDE BEHAVIOR AND OVERDOSE REPORT"
CPRS note

POOR COPING SKILLS:
[ ]LOW  [ ]MODERATE  [X]HIGH  [ ]SEVERE
As evidenced by: "I isolate. I do good when I'm not around
people." Denied other

coping skills. "Go to sleep. I get angry with myself."

POOR PROTECTIVE FACTORS:
[ ]LOW [ ]MODERATE  [X]HIGH  [ ]SEVERE
As evidenced by: "I got positive people around me that don't drink. My
girlfriend, she doesn't drink. I'm not too sure exactly if we're
back together.
When I'm by myself is when it's tempting to drink." Veteran
reported a limited
social support network and spending most of his time alone. Veteran denied
engagement in substance use treatment and declined interest in AA meeting. EMR
indicates consideration of residential treatment in 2013.

VETERAN SELF-ASSESSMENT:
"Are you at all concerned about substances being a problem while you work
on
PTSD?"
(If YES) "What concerns you?"  (If NO) "What gives you
confidence?"
"I see it as more of a symptom than a problem. Because when I get depressed
I do
want to drink. Sometimes I want to celebrate. Either way it's hard. Usually
this occurs when I'm by myself. If I'm busy, it's better. I
don't like thinking
about it because I don't think it's good for anything."

ESTIMATION OF OVERALL SUD-RELATED INTERFERENCE:
[ ]MINIMAL (i.e., No use in last 12mos and Veteran denies concerns)
[ ]LOW
[ ]MODERATE
[X]HIGH
[ ]SEVERE

CLINICAL ACTIONS:
As appropriate, the following options will be explored with client via shared
decision-making and incorporated into treatment if clinically indicated
(See Summary and Formulation Section below for details)

- Gather further info via BAM, chart review, and/or clinical interview
- Ongoing monitoring (BAM-C)
- Set clear limits (no use before/during/after sessions or practice exercises)

- Provide info on possible harms/risks related to substance use & potential
    impact of usage on PTSD EBP outcomes
- Use harm reduction strategies (tracking use, delaying use, taking breaks from
    sub., adding  new coping skills)
- Safely reduce sub. use prior to continuing with PTSD EBP
- Peer support or community-based SUD resources (mutual help groups, church,
    family)
- Recommend concurrent SUD clinic treatment (SUD groups, medications,

ORT/Naloxone)

- Providing integrated SUD/PTSD EBP (e.g., COPE)
- Discuss higher level of care with Veteran (e.g., SUD/PTSD RRTP)
- Medical evaluation for acute withdrawal or intoxication
- Defer PTSD EBP until substance-related risks can be stabilized/reduced

[X]The veteran was asked about willingness to reduce use during treatment;
including no use before and immediately after sessions, as well as during
homework assignments.  The veteran was in WAS IN AGREEMENT with
this information.
------------------------------------------------------------------

MENTAL HEALTH TREATMENT HISTORY:

History of Psychotherapy:
[ ] Denied history of psychotherapy
[X] All treatment in VA (notes available in CPRS)
[X] Treatment in community
[ ] Engagement in EBP in the past
     -if so, please explain: "I think therapy hurts me more than it helps
me.
I don't think I should be talking to anyone. I've had bad experiences
talking to
people. My life would be a lot better if I hadn't talked to a therapist.
It's
probably best if I handle my problems myself. The way to hell is paved with good

intentions. I know people want to do well, but that may not be well for me. I
just know what I need." Reported attending group therapy for PTSD in Denver,
and
finding it helpful.  Reported that he sought treatment 2017-2018 university at
Colorado, which ended in a breach of confidentiality and a lawsuit (see above
for further details). Expressed interest in group therapy. Current individual
provider in MHC is Sonia Valdiviezo, LCSW. EMR indicates minimal engagement in
SUDS treatment. "My biggest problem is others, not myself."

History of Medications for Mental Health:
[ ] Denied history of Medications for Mental Health
[X] All treatment in VA (notes available in CPRS)
[ ] Treatment in community
     -if so, please explain: Dr. Heerman

History of Inpatient Hospitalizations & Residential Treatment:
[X] Denied history of Inpatient Hospitalizations. Previously reported being
hospitalized as an adolescent, but clarified that he may have only been assessed

and released.
[ ] All treatment in VA (notes available in CPRS)
     Number of hospitalizations:
     Year of last hospitalization:

**CONFIDENTIAL**

[ ] Treatment in community
    -if so, please explain:

MEDICATIONS LISTED IN CPRS:
                    09/17/2020 09:26
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

  Active Outpatient Medications                Status
================================================================
1)  ARIPIPRAZOLE 10MG TAB TAKE ONE-HALF TABLET BY MOUTH    ACTIVE
     DAILY  **NEW TABLET STRENGTH**
2)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
     AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
3)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
     AFFECTED AREA DAILY FOR ACNE
4)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED    ACTIVE
     AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
     CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
     TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
     EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
     EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
     DAILY OVER ALL JOINTS**
5)  GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH TWICE   ACTIVE
     A DAY
6)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA    ACTIVE
     ONCE A DAY AS NEEDED FOR PAIN
7)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
     AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
     FOR PAIN
8)  PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
     DAILY
9)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
     DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
     PER DAY.
10) TRETINOIN 0.05% CREAM APPLY SMALL AMOUNT TO AFFECTED   ACTIVE
     AREA NIGHTLY FOR ACNE AS DIRECTED - START THREE
     TIMES WEEKLY, WORK UP TO USING NIGHTLY. DO NOT
     COMBINE WITH  BENZOYL PEROXIDE OR CLINDAMYCIN.

  Inactive Outpatient Medications              Status
================================================================
1)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE    EXPIRED
     TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR

**CONFIDENTIAL**

PAIN/INFLAMMATION

11 Total Medications

Remote Active Medications

WARNING: Connection to Remote Data Currently Down

MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR:  Good grooming and hygiene.  Cooperative. Sometimes
arrived late to session, and also made a clear effort to contact this writer and

join sessions as scheduled.
SPEECH: RR&V WNL
MOOD(Trait): Somewhat depressed and anxious
AFFECT: Congruent with Mood, somewhat restricted range
PSYCHOMOTOR ACTIVITY: None observed or reported
PERCEPTUAL DISTURBANCE: None evidenced or reported
FORM OF THOUGHT: Difficult to follow at times. Mostly circumstantial and
tangential.
THOUGHT CONTENT: As Veteran was difficult to follow at times, it is unclear if
Veteran holds delusional beliefs. No obvious delusional content.
SUICIDAL OR VIOLENT IDEATION: Veteran had reported some thoughts the day before
the initial appointment of the impact of committing suicide. He denied actual
thoughts of ending his life and denied plan, and intent. He explained, "I
definitely don't feel enthused about the world. I don't believe that
the world
deserves me. I'm trying to find reasons to help people. I have grim outlook
of
the world and the people in it." He clarified "I have a lot to offer,
so I
wouldn't want to harm myself. I have enough reasons to keep giving back but
I'm
still thinking." Denied current SI/HI, plan, and intent. Veteran was
provided
with crisis resources including the Veteran's crisis line. Veteran has a
history
of help-seeking when feeling down or depressed. See comprehensive risk
assessment and Columbia screen for further details. Veteran was future-oriented
and appeared motivated for treatment. Veteran denied having access to firearms
on three occasions, though he appeared to contradict this information at one
point.
INSIGHT: Fair
JUDGMENT: Fair
MEMORY: Veteran was a poor historian at times.

ASSESSMENT & FORMULATION:
Mr. Jordan is a 38 year-old African American male Veteran of the Marine Corps
(Dec 2000- June 2002) with one combat deployment to Iraq (Jan-March 2001). He is

90% service connected (medical) and is fully separated with an Honorable medical

discharge at highest rank of E-4, MOS was communications. He recently secured housing beginning 9/18/2020, but is currently residing at a hotel. He is unemployed, engaged as a full-time student. He reported that his only social support his relationship with a recent girlfriend.

Veteran presented to the PCT for symptoms of PTSD related to MVA experienced while in the military. Clinical interview suggests that Veteran meets criteria for PTSD and thus, would likely benefit from an EBP for PTSD.

Of note, Veteran reported a long history of exposure to violence, and learned aggressive behavior as a child, and into adulthood. He explained that he was often expelled from school, and involved in the legal system from a young age due to such behavioral patterns. He noted that he became a ward of the state once his parents separated. He reported current legal involvement with alleged violent accusations. Veteran appeared to have insight into problematic violence,

and also often described his feeling of needing to be aggressive at times.

Throughout the course of assessment, Veteran expressed his hesitations about engaging in therapy due to prior experiences in therapy, and feeling as though he has been discriminated against because of his race. He explained that a therapist at the university contacted the police due to his report of having a MR15. Veteran reported that he is currently suing the university about this breach in confidentiality. This writer spent time addressing Veteran's concerns and reviewing confidentiality and the limits of confidentiality, of which, he expressed understanding. Time has been spent fostering a positive and collaborative therapeutic relationship.

Veteran has also reported a history of problematic alcohol use and recent progress towards maintaining abstinence. He has described a tendency to binge drink and "self-medicate." This writer will further address readiness for engagement in EBP for PTSD as indicated, to improve Veteran's ability to cope with difficult emotions without engaging in problematic drinking.

DIAGNOSIS:
From Assessment in Session:
PTSD

Current Diagnoses Listed on Problem List:
Active problems - Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat (SNOMED CT

5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

Treatment Planning: The following treatment options were discussed with the veteran.  Pros and cons of treatment were discussed as part of informed consent.

As appropriate, veteran was sent with literature for their review.


[X]PCT
    [ ]Prolonged Exposure (PE)
    [ ]Cognitive Processing Therapy (CPT):Individual
    [ ]Cognitive Processing Therapy (CPT):Group Format
    [ ]Peer Support Services
    [ ]Medication Management with Clinical Pharmacist
[ ]MHC
    [ ]Medication Management
    [ ]Individual Therapy
    [ ]Group Therapy Options
[ ]Substance Abuse Treatment Program (SATP)
[ ]Family Program
[ ]PTSD Residential Rehabilitation Treatment Program (PTSD RRTP)
[ ]Primary Care/Primary Care-Mental Health Integration Program (PC-MHI)
[ ]Mental Health Intensive Case Management (MHICM)
[ ]Life Skills Program
[ ]Suicide Prevention Program
[ ]Homeless Program Walk-in Clinic
[ ]Dementia Care Team
[ ]EBP Telehealth via SLC HUB
[ ]Vet Center
[ ]Local CBOCs (Aurora & Golden locations)
[X]Other: Peer Support Specialist run Whole Health Skill Building Group

INITIAL TREATMENT PLAN:

1) Identification of treatment goals and engage in collaborative treatment planning.

2) Veteran to engage in Peer Support Specialist run Whole Health Skill Building

Group

PLAN/NEXT APPOINTMENT: 9/24/2020 at 10:00am


/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 09/22/2020 18:20

| | |
|---|---|
| Date/Time: | 17 Sep 2020 @ 1000 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 18 Sep 2020 @ 1918 |

**Note**

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 17, 2020@10:00   ENTRY DATE: SEP 17, 2020@11:29:01
    AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:PRINCEOFWADESBORO@GMAIL.COM
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :
The Radisson hotel
4849 Bannock St
Denver, CO 80216

Emergency numbers for that address:
Veteran Contact Numbers:

**CONFIDENTIAL**

Listed cell phone: UNKNOWN
Listed regular telephone number: 720-276-5377
Enter telephone number below if above numbers are not correct
(Leave blank if numbers above are correct)
(Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
    Primary NOK: JORDAN,GWEN        Relation: MOTHER
           8853 COLORADO BLVD     Phone: 303 286 1997
           THORNTON, COLORADO  80229
    Secondary NOK: NONE,        Relation: <not given>
          <street address not available>   Phone:
Emergency Contact
     Name:     JORDAN,GWEN
     Phone:    303 286 1997
     Relationship: MOTHER


Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
   RMR: 720-723-7350 (Internal Extension 17350)
   COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
 Provider used private office: Yes
 Veteran connected from private home. No
 Veteran connected from another private location. (If yes, please specify)
Yes, Private hotel room

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.) : None
========================================================================

**CONFIDENTIAL**

TREATMENT PROVIDED: Individual Psychotherapy, PCT initial assessment
DATE AND TIME OF SESSION: Sept 17,2020@10:00am
DURATION OF VISIT: 68 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Completion of PCT initial assessment,
feedback, psychoeducation, and potential treatment planning related to
Evidence-based care in the PCT.

CONTENT OF SESSION:
During collaborative agenda setting, Veteran was re-oriented to completion of
PCT initial assessment. Proceeded with gathering current information about
Veteran's housing situation. He reported that he has secured housing and
that he
will have access to it beginning tomorrow. Veteran is currently residing at the
The Radisson Hotel.

This writer completed PCT initial assessment by gathering information on current

and past substance use, and history of mental health treatment. For full report,

see note titled MH PCT CONSULT REPORT dated 9/17/2020.

When the Veteran was asked whether he had any questions, he began to inquire
about this writer's motivations as a psychologist and his concerns about
implicit biases. This writer addressed Veteran's questions and acknowledged
the
reality of implicit biases. Discussed the consequences of assuming things about
an individual based on a diversity characteristic, rather than seeing the person

as an individual. Also discussed the uniqueness of each person's
experiences.
This writer and the Veteran identified possible implicit biases each other may
hold based on our own intersectionality and experiences, and agreed that it
would be beneficial to have open communication if either party is feeling
disrespected or treated unfairly. This writer reviewed intentions to help the
Veteran, despite that the Veteran may not like what this writer may say or agree

with this writer at times, which is okay. Explained the use of science and
research in this writer's approach to helping people recover from PTSD.
Veteran
expressed his view of science and research as important, and potentially
contributing to reducing implicit biases. Veteran was informed of the National
Center of PTSD, their website, and PTSD-related whiteboard videos. Veteran
expressed interest in this and planned to review these resources. He appeared
satisfied with this writer's approach to helping Veterans and was willing to

schedule another appointment.

Veteran was also informed of the Peer Support run Whole Health Skill Building
Group, and provided information on this group, as Veteran reported that he has
found group treatment to be helpful in the past. He reported thinking he may
benefit from engaging with others who have had similar experiences. He expressed

**CONFIDENTIAL**

interest in this group and planned to contact Kevin Fleener.

HOMEWORK:
-Review resource information provided
-Engage in Whole Health Skill Building Group

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Veteran arrived on-time to today's session. He appeared
to be dressed and groomed appropriately. He was appropriate, though appeared
somewhat distracted at times.
SPEECH: RR&V WNL
MOOD: Somewhat anxious/depressed
AFFECT: Congruent with Mood
PSYCHOMOTOR ACTIVITY: None observed or reported
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Mostly linear, goal-directed
THOUGHT CONTENT: Veteran reported being untrusting of others, consistent with
a PTSD presentation.
SUICIDAL OR VIOLENT IDEATION: Veteran endorsed recent thoughts of not wanting to

be alive. Denied current SI/HI, plan, and intent. Veteran was reminded of
crisis resources including the Veteran's crisis line. He has a history of help-
seeking when feeling down or depressed. Veteran was future-oriented and reported

feeling optimistic.
INSIGHT: Good
JUDGMENT: Good
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic
MDD, per EMR
Anxiety disorder, per EMR
Alcohol Use Disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Completed PCT initial assessment. See MH PCT CONSULT REPORT dated 9/17/2020
Facilitated therapeutic rapport and listened to Veteran's concerns about
engaging in therapy. Veteran learned of PTSD-related resources and the Whole
Health Skill Building Group.

TREATMENT PLAN:

1) Identification of treatment goals and engage in collaborative treatment
planning.

PLAN/NEXT APPOINTMENT: 9/24/2020 at 10:00am

JORDAN, CHADWICK HEATH                   **CONFIDENTIAL**

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 09/18/2020 19:18

| | |
|---|---|
| **Date/Time:** | 15 Sep 2020 @ 0828 |
| **Note Title:** | PHARM. CHRONIC PAIN CARE CLINIC2 |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | SCHROEDER,ALLISON E |
| **Co-signed By:** | SCHROEDER,ALLISON E |
| **Date/Time Signed:** | 15 Sep 2020 @ 1349 |

**Note**

 LOCAL TITLE: PHARM. CHRONIC PAIN CARE CLINIC2
STANDARD TITLE: PHARMACY NOTE
DATE OF NOTE: SEP 15, 2020@08:28    ENTRY DATE: SEP 15, 2020@08:28:58
    AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

  *** PHARM. CHRONIC PAIN CARE CLINIC2 Has ADDENDA ***

JORDAN,CHADWICK HEATH answers for follow up appointment to discuss future mgmt.
of lumbar spondylsis, mild to moderate

Consulting PCP's medical opinion on goals for long-term
opioid therapy in this patient: Other goal (describe below).
veteran education on risks of opioids and review alternative treatments

**SEE END OF NOTE FOR SUMMARY AND COORDINATION OF CARE**

Since last appointment 8/26/2020 - no med changes were made; pt has had several
MH appointments & met w/VJO regarding upcoming charges. Pt was unable to move

into a new apartment and is staying at a hotel.

Today, pt states: "My new apartment will be ready next week". States
that he's
still in a hotel but is comfortable where he is. Is still taking classes and
coursework is doing well. Wants to increase gabapentin today d/t increased back
pain

Pain medications were last taken: topicals this week + gabapentin last night

Functional goals include:
1) More rigorous workouts
2) Manage legal concerns

PAIN INTENSITY for the past month (0=No Pain, 10=As Bad As Pt. Can Imagine)

**CONFIDENTIAL**

Date   7/16/2020
WORST   10/10
BEST   4/10
AVERAGE 4-6/10
GOAL: 4/10

Pain relief from current therapy: mild benefit

Social Hx:
Caffeine - rare coffee, avoids d/t anxiety
Tobacco - denies
Alcohol - AUD identified in 2004; multiple arrests. Has not drank in
"months"
Illicit Drugs - denies
Marijuana - denies currently

PAIN Hx and Description:
Onset: 2002
Cause: MVA
Location: low back/thoracic-lumbar strain
Radiation: into bilateral inner thighs/sciatica
Pattern: constant
Quality: numbness/tingling, "feet asleep", sharp pain

Factors that:
alleviate: PT, acupuncture, TENS, stretching
exacerbate: poor posture, lifting, "over exertion", walking too much

Active Problems:
Active problems - Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

CURRENT MEDICATIONS:

09/15/2020 08:29

Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications                    Status
=================================================================

1)  ARIPIPRAZOLE 10MG TAB TAKE ONE-HALF TABLET BY MOUTH    ACTIVE
     DAILY  **NEW TABLET STRENGTH**
--Tolerating but cannot tell much change

2)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
     AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
3)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
     AFFECTED AREA DAILY FOR ACNE
4)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED     ACTIVE
     AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
     CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
     TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
     EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
     EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
     DAILY OVER ALL JOINTS**
5)  GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH AT     ACTIVE
     BEDTIME FOR PAIN AND SCIATICA
--Working well QHS; wants to increase

6)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA     ACTIVE
     ONCE A DAY AS NEEDED FOR PAIN
7)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
     AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
     FOR PAIN
8)  PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
     DAILY
9)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
     DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
     PER DAY.
10)  TRETINOIN 0.05% CREAM APPLY SMALL AMOUNT TO AFFECTED   ACTIVE
     AREA NIGHTLY FOR ACNE AS DIRECTED - START THREE
     TIMES WEEKLY, WORK UP TO USING NIGHTLY. DO NOT
     COMBINE WITH  BENZOYL PEROXIDE OR CLINDAMYCIN.

   Inactive Outpatient Medications                 Status
=================================================================

1)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE     EXPIRED
     TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR
     PAIN/INFLAMMATION

11 Total Medications

**CONFIDENTIAL**

Remote Active Medications

No Active Remote Medications for this patient

OTC/VITAMINS/HERBALS:

(X)The medication list above was reviewed with the patient at today's
visit.  I have indicated discrepancies under each medication that is
not being taken as prescribed.  Medication orders, including any
additions or discontinuations, have been updated as appropriate,
and the patient now has an accurate medication list.

Medication education and counseling for new medications added today
was provided to the Patient/Caregiver. This included why the
medication was prescribed, how they should take it and for how long,
what to expect from it, and what happens if medication is not taken
as prescribed.  Patient/Caregiver indicates readiness to learn,
verbalizes understanding and agreement.


PAST MEDICATIONS:
Long-Acting Opioids: Deferred

Short-Acting Opioids:
        -codeine, ASA with codeine, codeine/APAP -- past trial, helpful
        -oxycodone, oxycodone/APAP -- past trial, helpful
        -tramadol -- past trial

ACETAMINOPHEN -- past trial, ineffective

NSAID:
ibuprofen - past trial, ineffective for back pain
naproxen - past trial
meloxicam - past trial, helpful

MUSCLE RELAXANTS:
cyclobenzaprine - past trial, ineffective
methocarbamol - past trial, mild benefit

ANTIDEPRESSANTS:
TCAs: Deferred

SNRI: Deferred

ANTICONVULSANTS:
gabapentin - denies
pregabalin - denies

TOPICALS -
capsaicin - denies
lidocaine topicals - on currently
menthol m-salicylate -- on currently

diclofenac gel -- on currently

PAST PAIN TREATMENTS:
Physical Therapy -- past trial, on hold d/t COVID, helpful
Heat/Cold -- heat is helpful, does not have heating pad, will send
TENS unit -- uses regularly, helpful
Behavioral pain mgmt./CBT -- completed care classes 2020
Surgery - Helpful/Not Helpful
Acupuncture -- past trial, on hold d/t COVID, helpful
Chiropractic -- deferred

VITAL SIGNS
Blood Pressure:  126/88 (07/28/2020 13:41)
  Respiration:  14 (07/28/2020 13:41)
     Pulse:  60 (07/28/2020 13:41)
     Height:  70 in [177.8 cm] (11/20/2019 08:57)
     Weight:  210 lb [95.5 kg] (07/28/2020 13:41)
   Pulse Ox:  97 (07/28/2020 13:41)
BODY MASS INDEX - JUL 28, 2020@13:41:33

PERTINENT LABS:
  CREATININE SERUM - NONE FOUND
  SGPT - NONE FOUND
  SGOT - NONE FOUND
No TSH in the last 2Y
No A1C HEMOGLOBIN (DVAMC) in the last 1Y
No TESTOSTERONE (DVAMC) in the last 6M
  No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH
vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

Most recent ECG:
                              09/15/2020 08:29
SPN - Selected Prog Notes
  No data available for EKG NOTE

No AMPHETAMINES QUAL. in the last 3Y
No BARBITURATES in the last 3Y
No BENZODIAZEPINES in the last 3Y
No COCAINE in the last 3Y
No METHADONE in the last 3Y
No OPIATES in the last 3Y
No CANNABINOIDS in the last 3Y
  No data available for Oxycodone (RMR); Oxymorphone (RMR)

Future Appointments:
09/15/2020 13:00  RMR PHONE CPCC PHARM 02
09/17/2020 10:00  RMR VVC MH PCT PSO 06
11/13/2020 09:30  RMR VVC MH PSI 11
11/17/2020 13:30  DEN PACT MD 07
03/05/2021 14:15  RMR DERM FOLLOW UP MD

**CONFIDENTIAL**

ASSESSMENT:
Patient reporting chronic low back pain. Pt reports mild pain relief from medications. Pt is also followed by MH + PTSD program, homeless program, and VJO.

OPIOIDS:
--CURRENT MEDD: 0mg
      --CPCC starting MEDD: 0mg
--LAST UDS: None since 2007
--LAST PDMP: 8/12/2020 --> no controlled substance fills since 2018
--Opioid Consent: N/A

--Pt has SUD hx of AUD + marijuana but is in sustained remission. Currently participating in VJO treatment as well related to complex history
--Would not recommend PRN opioids at this time d/t non-optimized non-opioid and non-medication management

APAP:
--Pt declines, not effective

NSAIDs:
--Pt declines, not effective

MUSCLE RELAXANTS:
--Pt declines today but may be interested in the future

TCAs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to switch to aripiprazole LAI
--Would not recommend TCA start for pain d/t pt's complex MH comorbidities and currently following w/MH for medication adjustments

SNRIs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to switch to aripiprazole LAI
--Would not recommend SNRI start for pain d/t pt's complex MH comorbidities

and currently following w/MH for medication adjustments

ANTICONVULSANTS:
--Pt reports substantial sciatica & numbness/tingling/pins-needles component to
his pain and is tolerating first step of gabapentin titration well (300mg QHS).
--Pt wanting to increase dose today; will continue slow dose increase to gabapentin 300mg BID

TOPICALS:

**CONFIDENTIAL**

--On lidocaine 5%, menthol m-salicylate, and diclofenac gel 1%; uses interchangeably depending on symptoms. Uses a few times per week. Recommend continue

MISC:
--Pt got replacement TENS unit and is working well
--Pt received heating pad and is working well

Discussed COT w/ pt including both the goal of partial pain relief and improved activity/function, along w/ risks of side effects, including overdose which is proportional to the dose.

Aberrant Behavior(S):
Requesting specific drugs (codeine/Percocet)

Concerns to pt. and community associated w/ COT include pt's comorbid conditions:
-concomitant MH conditions (PTSD, psychosis DO, anxiety DO, MDD)
-non-compliance (appts. - intermittent NS)
-h/o polysubstance abuse (cannabinoids and alcohol)

Patients Risk for Opioid Oversedation and Respiratory Depression:
-obesity w/ high risk for sleep apnea

The pain condition this veteran suffers from is best treated with a multidisciplinary approach.  This involves an increase in physical activity to prevent de-conditioning and worsening of the pain cycle, psychological counseling to address the co-morbid psychological effects of pain, as well as the  judicious use of pain medications and interventional strategies to lower the person's pain so that they may participate in the physical activities that
will produce long lasting pain reductions.  The goal of the multidisciplinary approach to pain medicine is to return the patient to a higher level of overall function and restore activities of daily living.

PLAN:
-RTC: PHONE 10/7/2020 @1015

OPIOIDS:
--Avoid

APAP:
--Pt declines

NSAIDs:
--Pt declines

MUSCLE RELAXANTS:
--Deferred

TCAs:
--Defer to MH

SNRIs:
--Defer to MH

ANTICONVULSANTS:
--INCREASE gabapentin to 300mg BID

TOPICALS:
--Continue menthol m-salicylate daily PRN to low back
--Continue lidocaine 5% ointment daily PRN to low back
--Continue diclofenac gel 1% daily PRN to low back

MISC:
--CONTINUE heating pad PRN
--CONTINUE TENS unit PRN

This patient was referred to the CPCC by the patient's PCP. PCP will be alerted
to this note for continuity of care.

Education: Pt was informed of the indication, directions and SE of their pain medications.  Pt expressed understanding of the instructions provided, agrees w/ our plan of care and will call in the event of any medication related problem.

Contact time for this visit was 30 minutes.
_____

/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 09/15/2020 13:49

Receipt Acknowledged By:
09/16/2020 11:10     /es/ GABRIELLE E MYKONIATIS, MD
                Staff Primary Care Physician

09/16/2020 ADDENDUM          STATUS: COMPLETED
I  a gree with goal to  gradually  increase  the  gabapentin  to reduce pain

/es/ GABRIELLE E MYKONIATIS, MD
Staff Primary Care Physician
Signed: 09/16/2020 11:12

Receipt Acknowledged By:
09/16/2020 11:29     /es/ Allie Schroeder, Pharm.D., BCPS
                Pharmacist - Pain Management

| Date/Time: | 11 Sep 2020 @ 1308 |
| Note Title: | MH MEDICATION MANAGEMENT NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |

**CONFIDENTIAL**

| | |
|---|---|
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 11 Sep 2020 @ 1424 |

Note

LOCAL TITLE: MH MEDICATION MANAGEMENT NOTE (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 11, 2020@13:08    ENTRY DATE: SEP 11, 2020@13:08:19
    AUTHOR: HEERMANN,CHANEL M    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

  *** MH MEDICATION MANAGEMENT NOTE (VVC) Has ADDENDA ***

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home delivered
via VA VideoConnect program, using encrypted Video-on-Demand technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
  Veteran Email Address: in CPRS
 (Leave blank if address above is correct):
  Address of patient during this session:
  Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :

Emergency numbers for that address:
Veteran Contact Numbers:
  Listed cell phone: UNKNOWN
  Listed regular telephone number: 720-276-5377
  Enter telephone number below if above numbers are not correct
  (Leave blank if numbers above are correct):
  (Type NA if the telephone numbers above are correct.)
  Landline: 720-318-3014

Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
     Primary NOK: JORDAN,GWEN          Relation: MOTHER
              8853 COLORADO BLVD       Phone: 303 286 1997
              THORNTON, COLORADO  80229

Secondary NOK: NONE,                Relation: <not given>
        <street address not available>   Phone:
Emergency Contact
        Name:        JORDAN,GWEN
        Phone:        303 286 1997
        Relationship: MOTHER


Additional emergency contact information (Leave blank if above is correct):


VA Emergency Numbers
  1) e911: 267-908-6605
  2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
  3) Suicide Prevention Team/ Coordinators
     RMR: 720-723-7350 (Internal Extension 17350)
     COS: 719-553-1093
  4) National Telehealth Help Desk: 866-651-3180
  5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]


Names of any other individuals present at veteran home/location
during this session.  None

Contact information for any other individuals present at home/location
during the session:

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):  NA
WAS PRIVACY ENSURED?
  Provider used private office: Yes
  Veteran connected from private home. Yes
  Veteran connected from another private location. (If yes, please specify)
N/A


Veteran attempted to connect with provider via their preferred device, and was
able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.):

MENTAL HEALTH PRESCRIBER NOTE

PT IDENTIFICATION: 38 BLACK OR AFRICAN AMERICAN MALE who is SERVICE CONNECTED %
- 90.


CC: " I guess I've been getting through."

HPI:  Pt interviewed and chart reviewed.

Eviction hearing was dismissed, which was good. Still hasn't found another

place
to live yet.
Going ok now.  Nobody at location giving trouble.
No issues with homeless anymore, now that out of Denver.  In a hotel now.  Left
and signed concession agreement.  Getting some help paying for it.

Still ongoing legal issues.  Lawsuit he has to respond to by 5th.  His suit
against CU.
Multiple legal cases coming up.  Assault charged moved to 10/8.  Has to get
public defender.

Going to school.  CSU Global.  Going great.  Studying to finish accounting
degree.  Technically, 2 more semesters, but not all transferred yet.

Mentally, doing his best.
No impact from switch from Seroquel to Abilify.
Dislikes being around people. Has to avoid them entirely.

Mood has been irritable.  Denies depression.  Overall hopeful and hanging on,
but does say feeling down is "an understatement".

Psychosis:
Denies paranoia.  Just PD, who have implicit bias.  Nobody looking in window.
Denies voices.  Nobody mumbling things.
Denies IOR.
From intake:
"When he went to prison was in the hole for 5 years because they said he was
a
threat to inmates and jailers. After that period, had serious issues that took
him few years to get over. Heard things.  Heard a voice he thought was a guy
talking to him in vent in county, but was still there when he left.  Denies it
happens - had to work very hard for this. Has been years.
Significant paranoia. People are surveilling him.  When he caught this case,
gang unit was following him around.  Never in a gang.  Feels they still are.
Easy to spot him.  Can't have nosy neighbors who could hear him. Very few
people
he's comfortable around. Feels the Civil War complicated everything. Feels
it's
a war that will never end."
No h/o IOR.  Had those thoughts (messages through TV) as a kid - feels he went
through a lot.
Told people 10 years ago China and communism were economic threat and they
called him crazy.  Volunteered for Trump campaign and they called him crazy
then. "People are always wrong.""

Current neurovegetative signs:
Sleeping later after going to bed late.
Energy is good.  Exercise - just homework and "exercising brain".
Wants to lift
weights but gym is closed still. Discussed resistance bands as option.
Discussed exercise improving efficiency and learning. Doesn't like to run

and
"deal with all these racists discriminatory people around me."  Sees more of the
economic racism.
Appetite is good.  Weight is stable.
No SI or HI.

Anxiety - some related to all the work he has to do.

General medical concerns:
Physically feeling good other than back stiffness. Has to stretch often.
Updated med list.
Chronic LBP and knee pain.
Ongoing foot pain s/p break.
H/o head injury: H/o hospitalization for head injury with LOC during MVA in service.
Updated med list.
Medication SE: None noted.

Seeing Sonia for therapy.

PTSD Symptoms: Trauma hx: "Dad was abusive and veteran.  Witnessed violence
between parents.  No sexual trauma.  "Operation Iraqi Freedom, I got hit by a
medic with her Humvee, we were on base, and I suffered some injuries and was in the hospital but I can't remember how long, maybe a day and then they sent me
home." Reports he tore his back up and he and command had to decide if he would
stay in military or leave.  Peers joked about it.  Wanted to get away from everybody. Had a master sergeant who said if he got in front of him he'd kill
them and knew friendly fire was greatest risk of dying."
From intake:
"Stiffness in his body reminds him of what happened. Thinks of it all the time.
Intrusive.  Helps when he focuses on somethings else.
Reports NM that vary - sees spine and tendons ripping out of back, altercations with peers.
Has had FB but not lately.
Feels very isolated.
Avoidance - dislikes people following him closely in car or in person. Will stop
and confront someone if behind him.  Will speed up in car.  Hard to be around people.
Aggressive now when he drives. Scared of being hit.
Anxiety gets triggered by people trying to get close to him.
Easy startle.
Hypervigilant - "it's real weird".  Sits by exits, never by windows.  Helps him
feel better when alone."

Current sx: Stable

SUBSTANCE:
   Nicotine: None
   Caffeine: 2 cups every other day, down from 6-8 cups coffee before.


   Alcohol: Doesn't drink.  Quit completely 4-5 mos ago.
"Was drinking daily after military.  No h/o WD.  Maximum 1 pint every other

night. No h/o detox.  2x DUI - military, also 2004."
   Marijuana: Quit completely - last was mos ago.  "Was few times
weekly in
past, sometimes every other day because GF and family all smoke.  No past
px."
Naloxone rescue kit: low risk


PAST MEDICATION TRIALS:
Risperdal - reports he "grew breasts"
Zoloft 50mg 2016 - never returned for FU
Remeron
Trazodone


MENTAL STATUS EXAMINATION:
ORIENTATION AND CONSCIOUSNESS:  A & O times 4
APPEARANCE AND BEHAVIOR:  Casually dressed. Pleasant and cooperative. Good eye
contact.
SPEECH: Fluent, spontaneous. Normal rate and volume. Unusual speech patterns.
MOOD: Mildly anxious and depressed.
AFFECT: Restricted
PSYCHOMOTOR ACTIVITY: No psychomotor retardation or agitation.
PERCEPTUAL DISTURBANCE: No auditory or visual hallucinations.
FORM OF THOUGHT: Mild derailment
THOUGHT CONTENT: Denies paranoia except reasonable racial concerns.
SUICIDAL OR VIOLENT IDEATION: No suicidal or homicidal ideation.
INSIGHT: Poor
JUDGMENT: Fair
COGNITIVE: Grossly intact per interview.
GAIT: ambulates without difficulty

Psychotropic medications reconciled.  Medication orders, including any additions
or discontinuations, have been updated as appropriate.
-------------------------------------------------------------------------------

CURRENT MEDICATIONS:


   Active Outpatient Medications              STATUS
=======================================================================

**CONFIDENTIAL**

SUMATRIPTAN SUCCINATE 50MG TAB          ACTIVE
    TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE,
    MAY REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN
    200MG PER DAY.

DICLOFENAC NA 1% TOP GEL          ACTIVE
    APPLY 2 GRAMS TO AFFECTED AREA EVERY 8 HOURS AS NEEDED FOR
    PAIN (USE DOSING CARD TO MEASURE DOSE) **DON'T EXCEED 16
    GRAMS DAILY TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
    EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER EXTREMITIES
    - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS DAILY OVER ALL
    JOINTS**

MENTHOL/M-SALICYLATE 10-15% TOP CREAM          ACTIVE
    APPLY MODERATE AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS
    NEEDED FOR PAIN

LIDOCAINE 5% OINT          ACTIVE
    APPLY THIN FILM TO AFFECTED AREA ONCE A DAY AS NEEDED FOR
    PAIN

GABAPENTIN 300MG CAP          ACTIVE
    TAKE ONE CAPSULE BY MOUTH AT BEDTIME FOR PAIN AND SCIATICA

PROPRANOLOL HCL 40MG TAB          ACTIVE
    TAKE ONE TABLET BY MOUTH DAILY

ARIPIPRAZOLE 5MG TAB          ACTIVE
    TAKE ONE TABLET BY MOUTH DAILY

BENZOYL PEROXIDE 5% (WATER BASED) GEL          ACTIVE
    APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN          ACTIVE
    APPLY THIN FILM TO AFFECTED AREA DAILY FOR ACNE

TRETINOIN 0.05% CREAM          ACTIVE
    APPLY SMALL AMOUNT TO AFFECTED AREA NIGHTLY FOR ACNE AS
    DIRECTED -  START THREE TIMES WEEKLY, WORK UP TO USING
    NIGHTLY. DO NOT COMBINE WITH  BENZOYL PEROXIDE OR
    CLINDAMYCIN.


Active Outpatient Medications (including Supplies):

  Active Outpatient Medications          Status
==========================================================================
1)  ARIPIPRAZOLE 5MG TAB TAKE ONE TABLET BY MOUTH DAILY    ACTIVE
2)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL      ACTIVE
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
3)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE

AFFECTED AREA DAILY FOR ACNE

4) DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED      ACTIVE
   AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
   CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
   TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
   EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
   EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
   DAILY OVER ALL JOINTS**

5) GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH AT      ACTIVE
   BEDTIME FOR PAIN AND SCIATICA

6) LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA      ACTIVE
   ONCE A DAY AS NEEDED FOR PAIN

7) MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
   AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
   FOR PAIN

8) PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
   DAILY

9) SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY      ACTIVE
   MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
   DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
   PER DAY.

10) TRETINOIN 0.05% CREAM APPLY SMALL AMOUNT TO AFFECTED   ACTIVE
    AREA NIGHTLY FOR ACNE AS DIRECTED - START THREE
    TIMES WEEKLY, WORK UP TO USING NIGHTLY. DO NOT
    COMBINE WITH  BENZOYL PEROXIDE OR CLINDAMYCIN.


ACTIVE REMOTE MEDS:
No Active Remote Medications for this patient


NON VA MEDS:
     No Non-VA Meds Extracted


ALLERGIES:
Patient has answered NKA


ACTIVE PROBLEMS from CPRS reviewed as part of medical history:
Active problems - Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder

15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

VITAL SIGNS:
        Temp: 97.1 F [36.2 C] (07/28/2020 13:41)
        BP:  126/88 (07/28/2020 13:41)
        Pulse:60 (07/28/2020 13:41)
        Respiration:  14 (07/28/2020 13:41)
        Weight: 210 lb [95.5 kg] (07/28/2020 13:41)
        BODY MASS INDEX - 30.2 (JUL 28, 2020@13:41:33)

LABS:
Metabolic:

        No GLUCOSE in the last 1Y
        No A1C HEMOGLOBIN (DVAMC) in the last 1Y

        No CHOLESTEROL in the last 1Y
        No TRIGLYCERIDE in the last 1Y

CBC:
        No WBC in the last 1Y
        No RBC in the last 1Y
        No HGB in the last 1Y
        No HCT in the last 1Y
        No MCV in the last 1Y
        No PLATELETS in the last 1Y

Chemistry:
        No TSH in the last 1Y
        No Creatinine Serum Result in the last 1Y

        SODIUM - NONE FOUND
        POTASSIUM - NONE FOUND
        CHLORIDE - NONE FOUND
        $CO_2$ - NONE FOUND

LFTs:
        SGOT - NONE FOUND
        SGPT - NONE FOUND

Toxicology screen:
        CANNABINOIDS - NONE FOUND
        COCAINE - NONE FOUND
        AMPHETAMINES - NONE FOUND
        No OPIATES in the last 1Y
        BENZODIAZEPINES - NONE FOUND

**CONFIDENTIAL**

Therapeutic Blood Levels:

Lithium:               No LITHIUM LEVEL in the last 6M
VPA:                   No VALPROIC ACID in the last 6M
Carbamazepine:        No CARBAMAZEPINE in the last 6

-------------------------------------------------------------------------------

CLINICAL REMINDERS: insufficient time to complete

DIAGNOSIS: (Based on DSM 5 criteria)
1.      Major Depression, recurrent, remission
2.      Psychosis NOS


3.      Other specified anxiety d/o
4.      R/O GAD
5.      R/O PTSD
6.      Cannabis use disorder - early remission
7.      Alcohol use disorder - early remission
8.      Cluster B anti-social personality traits, R/O disorder
See problem list above for medical diagnoses

ASSESSMENT:
This patient is a 37yo single African-American male who lives alone, staying in
hotel, prior homeless, no kids, unemployed from prior finance work related to
expulsions from school, facing multiple legal charges related to alleged violent

behavior, as well as near-eviction due to conflict with other residents and
staff.   Reports ongoing irritability though denying recent rage.  Endorses some

low mood but not depression and PSI has resolved.  Ongoing anxiety noted.  He
denies positive psychotic sx though has not been good historian in recent past.
Thought disorganization ongoing with baseline odd speech patterns.

From prior:
He reports recent serious bout of depression as well as recent sx consistent
with hypomania - getting very little sleep, feeling energized, with euphoric
mood.  He reports some anxiety sx consistent with possible PTSD from childhood
abuse/witnessed violence and MVA while in military.  Notably, this dx has not be

noted previously by his many years of other providers, so cannot rule out
secondary gain, especially given atypical nature of his reported symptoms (i.e.
supposed NM of seeing his own back muscles rip out, which clearly does not
represent a real aspect of his traumatic event). He also reports anxiety sx
consistent with possible GAD - will con't prior specified anxiety dx for
now,
given issues with accuracy of history. He also reports a remote h/o psychotic
sx, such as AH, though has significant paranoia currently that is difficult to
parse from a trauma-related sx.  Also, affect is somewhat restricted/odd today,

so cannot rule out that these symptoms are still an active concern that is being

minimized today. Presentation complicated by h/o heavy alcohol and cannabis use
at various points in the past, now sober, though length of sobriety is difficult

to determine based on self-report.
Significantly vague, evasive history given today that is clearly presented with
an eye to social acceptability/positive spin, repeatedly denying symptoms or
events (i.e. alcohol/drug issues, prior arrests) unless directly confronted with

information already documented in chart.  Prior concern for possible ASPD
consistent with presentation today, including childhood fire-setting,
significant violence hx (100+ fights, including serious injuries likely
requiring hospitalization such as broken bones) though has avoided assault
charges so far, alleged threats x2 against school staff resulting in expulsion
(suing school currently).

No h/o self-harm or suicide attempts.  Significant h/o violence with multiple
serious assaults and alleged threats by school, as detailed above, in addition
to an incident with a homeless person that he states hit him with a metal stick,

which he responded to with a baseball bat, with the intention to ensure the man
would not be able to get back up and harm him.  Denies any HI or aggressive
urges currently. Safe and stable for outpatient management at this time based on

his report; however, accuracy of report is in question, and may need referral to

higher level of care if these symptoms recur.


PLAN:
   PSYCHIATRIC PROBLEM LIST AND PLAN:
1.     Mood: Con't Abilify 5mg qday for psychosis, mood stability, anxiety,
and
sleep. Defer LAI for now based on fill hx at pharmacy.  Could consider SNRI in
future given chronic pain.
2.     Trauma: Strongly encourage con't psychotherapy with Ms. Valdiviezo.
3.     Anxiety:  As above.
4.     Insomnia: Variable - monitor.
5.     Substance Use: Referral to SUD services deferred - monitor.
6.     Psychosis:  Seroquel as above.
7.     Nutrition:  Will discuss further at future visits. Encourage resumed
exercise.
8.     Housing:  Will collaborate with HUD-VASH and legal teams re: maximizing
potential for appropriate placement.
9.     Legal Issues:  Veteran justice team already involved - con't.
8.     Medical Issues: Continue routine lab monitors and regular check-ups with

PCP.
9.     Supportive psychotherapy:  Discussed coping skills and stressors esp
housing and finances.

1. MEDICATIONS: as above
Discussed options including no changes.
Change current psychiatric medications: Reviewed SE, risks, and possible
benefits of tx with above-named medication(s).
Veteran has decisional capacity, verbalized an understanding of, and agreement
with this plan. A medication handout will be provided when veteran receives
the medication from the pharmacy.

Understands and agrees to the following:
o      No drugs or alcohol with medications.
o      Take medications only as directed.
o      Do not drive if sedated or impaired.
o      Follow up with appointments, call to make appointment sooner if
needed.
o      Crisis services reviewed with client, will obtain services if needed.
o      Follow up with PCP for any medical concerns.
o      Patient agrees to this disposition and verbalizes understanding of the
consequences associated with the failure to follow through on treatment
recommendation.

2. LABS/OTHER TESTS: as above

3. REFERRALS: as above

4. SAFETY:  Risk assessment:
Risk Factors: poor insight, gender, probable psychosis, h/o SI, h/o
assaults/threats, lives alone/homeless hx
Protective Factors: no active SI, no HI, intelligent, engaged in care
Given the above, veteran is felt to be at low risk for imminent danger to self
or others at this time.

5.  FOLLOW-UP: RTC in 2-3 mos, sooner PRN.

Time with patient: 20 Min

Treatment provided:  medication mngt + therapy

CONSENT/TREATMENT PLAN:  Patient and/or caregiver has decisional
capacity and indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan, including medications.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 09/11/2020 14:24

10/26/2020 ADDENDUM               STATUS: COMPLETED
Pt denies AUD - MAT not indicated.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 10/26/2020 18:18

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 10 Sep 2020 @ 1408 |
| Note Title: | MH PCT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 10 Sep 2020 @ 1411 |

Note

 LOCAL TITLE: MH PCT TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 10, 2020@14:08   ENTRY DATE: SEP 10, 2020@14:08:07
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

CONTACT TYPE: Telephone Contact
DATE & TIME OF CALL: Sep 10,2020@14:00
DURATION: 7 min.
CONTACT SEQUENCE: Veteran called this writer at the time of scheduled
appointment

CHEIF COMPLAINT/PURPOSE OF CALL: Cancelling and rescheduling appointment

CONTENT: Veteran called this writer at the time of scheduled appointment
reporting that he was out looking at an apartment for securing his housing
situation. He requested to reschedule, which was done so accordingly. This
writer spent a few moments checking in with the Veteran. He reported doing
alright and denied urgent needs at this time.

Plan/Appointment Time: 9/17/2020 at 10:00am

RISK ASSESSMENT: Veteran did not report any suicidal and/or homicidal ideations,
plan, or intent.  No information discussed suggested imminent or acute risk for
self-harm or harm of others.


/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 09/10/2020 14:11

| | |
|---|---|
| Date/Time: | 03 Sep 2020 @ 1411 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MILLER,GREGORY J |
| Co-signed By: | MILLER,GREGORY J |
| Date/Time Signed: | 03 Sep 2020 @ 1436 |

**CONFIDENTIAL**

**Note**

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: SEP 03, 2020@14:11    ENTRY DATE: SEP 03, 2020@14:13:33
   AUTHOR: MILLER,GREGORY J    EXP COSIGNER: DALY,JENNIFER
   URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of housing
Duration of call: 15  min.
Treatment Provided: Telephone Contact

Writer called veteran to check in on his housing search. Veteran told writer he
paid and application fee for another apartment. Veteran told writer he is afraid

of his past landlord remarks to his new landlord. Veteran told writer he was
going to apply for another apartment he really likes. Writer told veteran to
make sure he communicates with writer how much his deposit is going to be and
contact information of his new landlord. Please add Lauren Johnson to sign.

Plan: Assist veteran in getting deposit from MHDI.

/es/ GREGORY J MILLER
SOCIAL WORK INTERN
Signed: 09/03/2020 14:36

/es/ JENNIFER DALY
Social Worker
Cosigned: 09/04/2020 14:09

Receipt Acknowledged By:
09/04/2020 14:22    /es/ LAUREN LOUISE JOHNSON
             SOCIAL WORKER

| | |
|---|---|
| Date/Time: | 02 Sep 2020 @ 1705 |
| Note Title: | MH DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 02 Sep 2020 @ 1706 |

**Note**

 LOCAL TITLE: MH DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: SEP 02, 2020@17:05    ENTRY DATE: SEP 02, 2020@17:05:40
    AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

  *** MH DID NOT ARRIVE Has ADDENDA ***


Mr. JORDAN did not arrive for a scheduled appointment on: 09/02/20 17:05
  Date last seen in clinic: Aug 27,2020
  Medication refills (On file):   UNK
Outreach call made.
  Outcome of outreach call:
    Unable to leave message.
Action/Outreach:
  Patient on High Risk for Suicide Flag: No
  Veteran is not considered to be high or imminent risk of harm to self and/or
  others.

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 09/02/2020 17:06

09/03/2020 ADDENDUM              STATUS: COMPLETED
Received a voicemail from Veteran requesting to reschedule

CONTACT TYPE: Telephone Contact
DATE & TIME OF CALL: Sep 3,2020@10:40
DURATION: 3 min.
CONTACT SEQUENCE: Returned Veteran's call

CHEIF COMPLAINT/PURPOSE OF CALL: Rescheduling missed appt

CONTENT: The writer called the veteran.  The veteran was reached. Veteran
described some difficulties managing his schedule at this time with recent legal

and housing stressors. He reported that he thinks engaging with this writer is
helpful and expressed disappointment about missing the appt. Appointment was
rescheduled.

Plan/Appointment Time: 9/10/2020 at 2:00pm

RISK ASSESSMENT: Veteran did not report any suicidal and/or homicidal ideations,
plan, or intent.  No information discussed suggested imminent or acute risk for
self-harm or harm of others.

/es/ Sharon A Radomski, PhD

**CONFIDENTIAL**

Staff Psychologist
Signed: 09/03/2020 10:42

| | |
|---:|:---|
| Date/Time: | 02 Sep 2020 @ 1038 |
| Note Title: | DERM CLINIC PROGRESS NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BROUSSARD,LINDSEY L |
| Co-signed By: | BROUSSARD,LINDSEY L |
| Date/Time Signed: | 02 Sep 2020 @ 1055 |

Note

 LOCAL TITLE: DERM CLINIC PROGRESS NOTE (T)
STANDARD TITLE: DERMATOLOGY OUTPATIENT NOTE
DATE OF NOTE: SEP 02, 2020@10:38    ENTRY DATE: SEP 02, 2020@10:38:20
   AUTHOR: BROUSSARD,LINDSEY L  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Problem
S:    Chief Complaint: re-establish for acne

38 yo AA man w/ pmhx of alcohol use disorder (prior DUI), polysubstance use
disorder, Mood disorder NOS (bipolar vs. depression/ptsd vs. substance-induced
mood d/o), lumbago and eczema, who presents for follow-up of pseudofolliculitis
barbae and inflammatory acne.

Last seen by derm in 2014. Per patient report, previously used systemic
minocycline 100mg daily, [spot treatment of red bumps] tretinoin 0.025% cream
qHS, topical clindamycin qAM and benzoyl peroxide BID. He continues shaving (he
states periodically now) with electric razor. Currently, his symptoms are well-
managed.

                         09/02/2020 10:38
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications              Status
========================================================================
1)   ARIPIPRAZOLE 5MG TAB TAKE ONE TABLET BY MOUTH DAILY    ACTIVE
2)   DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED    ACTIVE
      AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
      CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
      TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
      EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
      EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS

DAILY OVER ALL JOINTS**
3) GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH AT     ACTIVE
   BEDTIME FOR PAIN AND SCIATICA
4) LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA     ACTIVE
   ONCE A DAY AS NEEDED FOR PAIN
5) MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
   AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
   FOR PAIN
6) PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
   DAILY
7) SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
   MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
   DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
   PER DAY.

   Pending Outpatient Medications                Status
==================================================================
1) BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     PENDING
   AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2) CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   PENDING
   AFFECTED AREA DAILY FOR ACNE
3) TRETINOIN 0.05% CREAM APPLY SMALL AMOUNT TO AFFECTED   PENDING
   AREA NIGHTLY FOR ACNE

   Inactive Outpatient Medications               Status
==================================================================
1) IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE     EXPIRED
   TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR
   PAIN/INFLAMMATION
2) MINOCYCLINE HCL 100MG CAP TAKE ONE CAPSULE BY MOUTH    EXPIRED
   DAILY

12 Total Medications

Remote Active Medications

No Active Remote Medications for this patient

   MEDICATION RECONCILIATION:
The medication list above was reviewed with
the patient at today's visit. I have indicated
discrepancies under each medication that is
not being taken as prescribed. Medication orders,
including any additions or discontinuations,
have been updated as appropriate and the patient
now has an accurate medication list.

Medication education and counseling for new
medications added today was provided to the
Patient/Caregiver. This included why the
medication was prescribed, how they should
take it and for how long, what to expect from it,

potential risks and precautions, drug-drug
interactions, potential side effects and
what happens if medication is not taken as
prescribed. Patient/Caregiver indicates readiness
to learn, verbalizes understanding and agreement.


Review of Systems:

Constitutional: denies unintentional weight changes, fevers, chills, recent
illness
Neuro: denies headaches
Lymph: denies new lumps/bumps
Musk: denies muscle pain, joint pain
Skin: as per HPI

O:
       Physical Exam
General: NAD, WD, WN
Eyes: no lesions on lids or conjunctiva
Ear/Nose/Throat: no lesions on lips
Lymp: no LAD
Ext: no clubbing, cyanosis
Skin: Full skin exam performed of face, scalp, back, chest, arms and legs
--perifollicular scaring, no fluctuance or erythema
--several closed comedones and inflammatory papules of the forehead, no nodules
or cysts
--nevoid macules on the back without concerning features under dermoscopy

A/P:

#pseudofolliculitis barbae, stable
recommended less frequent shaving.
-- renew clindamycin topical qAM, tretinoin cream 0.1% qHS, benzoyl peroxide
wash 5% BID
-- topicals to affected areas daily and tretinoin 0.05% cream at night, starting

with three times weekly
--could consider doxycycline 100mg BID if he flares again

RTC in 6 months

This patient was discussed with Dr. Hugh, attending physician, who agrees
with the medical management outlined in my note and believes it is
medically appropriate.

Patient stable - will continue with initial plan discussed with Dr. Hugh ,
attending physician in clinic.

/es/ LINDSEY L BROUSSARD, MD
RESIDENT
Signed: 09/02/2020 10:55

**CONFIDENTIAL**

Receipt Acknowledged By:
09/02/2020 18:00     /es/ GABRIELLE E MYKONIATIS, MD
                Staff Primary Care Physician

| | |
|---|---|
| Date/Time: | 31 Aug 2020 @ 1319 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VITON,NATHAN L |
| Co-signed By: | VITON,NATHAN L |
| Date/Time Signed: | 31 Aug 2020 @ 1735 |

**Note**

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: AUG 31, 2020@13:19   ENTRY DATE: AUG 31, 2020@13:19:08
    AUTHOR: VITON,NATHAN L    EXP COSIGNER:
    URGENCY:             STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 15 minutes
Treatment Provided: Denver Vet Court
Plan: Continue Veterans Treatment Court
Phase: III of IV on hold due to pending case

D: Veteran case was reviewed on this date and he appears both in virtual
setting. Veteran has singed and interagency ROI.

Veteran reported that things are very busy, his housing is a mess (he is in a
motel at the moment after his eviction) and he has 3 pending cases set for
trial in October. Veteran has a public defender representing him. Veteran is
also continuing to attend school, he reports that he is making good progress
at "CSU". Unfortunate he is struggling to be in court compliance, this
was
considered double concerning as he has pending cases for crimes similar to
the ones that through him to Vet Court in the first place. Veteran missed 4
of his 5 UA's since his last appearance. the one he dropped was clean.
Veteran was also asked in court what hi treatment plan is. He reported group
attendance at the VA. I asked for clarification for fear I missed something
in the chart as I didn't see that and he reported it was actually induvial
groups. I asked if it could be individual sessions and he reported that he
needed a site that was more comfortable for him. This was not a great form
for the conversation (in a virtual courtroom with many other people) so we
agreed to talk later in the week, the Veteran his PO and myself, to make sure
we are in line with probation requirements. Veteran agreed.

A: Veterans mood and affect was stable in court until he found he was not
doing a good job per the courts feelings. He accepted feedback but became

over all stoic. Veteran did not report and SI, HI or self-harm thoughts.
Veteran and staff and PO agreed to talk more later this week by phone about
what his treatment requirements are and if the VA can or cannot meet then and
what he would like in a treatment environment. He is otherwise housed in
emergency housing while seeking new housing. He is engaged in school and
reports that he knows how and when to drop UA's and will from now on to
prove
that he is sober. Veteran will work with his public defender on his new cases
which he believes he will be found not guilty on.

P: Veteran is to continue to attend the Veterans Treatment Court in Denver
via virtual appearance, next date is 09/28. Staff and Veteran and Veterans PO
plan to talk by phone later this week (PO is to contact staff with dates and
times) to confirm a treatment plan. Staff will continue to offer VJO
assistance to the Veteran as able.

/es/ NATHAN L VITON
Social Worker
Signed: 08/31/2020 17:35

| | |
|---|---|
| Date/Time: | 31 Aug 2020 @ 0919 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MILLER,GREGORY J |
| Co-signed By: | MILLER,GREGORY J |
| Date/Time Signed: | 31 Aug 2020 @ 0929 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 31, 2020@09:19    ENTRY DATE: AUG 31, 2020@09:19:23
   AUTHOR: MILLER,GREGORY J    EXP COSIGNER: DALY,JENNIFER
 URGENCY:                STATUS: COMPLETED

  *** MH TELEPHONE CONTACT (B) Has ADDENDA ***

Diagnosis: Lack of housing
Duration of call: 10 min.
Treatment Provided: Telephone Contact

Mr. Jordan called writer this morning asking writer to send over housing
paperwork so he can give to his new landlord. Writer told veteran he should have

a copy of his voucher from the housing orientation. Veteran told writer he put
it into storage. Mr. Jordan previous apartment search came back denied after
landlord saw to many open court cases. Mr. Jordan found another landlord and is
waiting for housing to send over new voucher. Please add Jessica Curtis to sign.

Plan: Waiting for housing to send over a new voucher. Writer will send over new voucher to veteran.

/es/ GREGORY J MILLER
SOCIAL WORK INTERN
Signed: 08/31/2020 09:29

/es/ JENNIFER DALY
Social Worker
Cosigned: 09/01/2020 15:45

Receipt Acknowledged By:
09/02/2020 08:20    /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH

09/02/2020 ADDENDUM          STATUS: COMPLETED
This writer is not working with veteran.  Writer is adding current case manager Jim Tuka.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 09/02/2020 08:21

Receipt Acknowledged By:
09/04/2020 15:14    /es/ GREGORY J MILLER
                SOCIAL WORK INTERN
09/02/2020 09:41    /es/ JAMES C TUKA
                MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| Date/Time: | 27 Aug 2020 @ 1000 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 28 Aug 2020 @ 0813 |

Note

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: AUG 27, 2020@10:00    ENTRY DATE: AUG 27, 2020@10:09:45
   AUTHOR: RADOMSKI,SHARON A  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

MEDICAL CONFIDENTIAL

**CONFIDENTIAL**

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
        CHADWICK HEATH JORDAN
        1135 N BROADWAY STE 312
        DENVER, COLORADO  80203

If above address is not correct, please enter it here :
The Radisson hotel
4849 Bannock St
Denver, CO 80216

Emergency numbers for that address:
Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377
 Enter telephone number below if above numbers are not correct
 (Leave blank if numbers above are correct):
 (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
        Primary NOK: JORDAN,GWEN            Relation: MOTHER
                8853 COLORADO BLVD          Phone: 303 286 1997
                THORNTON, COLORADO  80229
        Secondary NOK: NONE,            Relation: <not given>
                <street address not available>   Phone:
Emergency Contact
        Name:       JORDAN,GWEN
        Phone:      303 286 1997
        Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators

RMR: 720-723-7350 (Internal Extension 17350)
COS: 719-553-1093
4) National Telehealth Help Desk: 866-651-3180
5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session. None

Contact information for any other individuals present at home/location
during the session: N/A

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
  Provider used private office: Yes
  Veteran connected from private home. No
  Veteran connected from another private location. (If yes, please specify)
Yes, Private hotel room

Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.):
Veteran joined session via VVC about 15 min after scheduled start time. About 7
min later his laptop died and he reported not having his charger. Veteran
eventually reconnected to the virtual appt via cell phone.
=========================================================================
TREATMENT PROVIDED: Individual Psychotherapy, PCT initial assessment
DATE AND TIME OF SESSION: Aug 27,2020@10:00am
DURATION OF VISIT: 40 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Completion of PCT initial assessment,
feedback, psychoeducation, and potential treatment planning related to
Evidence-based care in the PCT.

CONTENT OF SESSION:
As Veteran had not joined the virtual appointment several minutes after the
scheduled start time, this writer called the Veteran. He reported being busy
this morning, and stated that he hadn't forgotten about the appointment. He
was
able to connect to the virtual appointment about 15 min after scheduled start
time. During collaborative agenda setting, Veteran was re-oriented to completion

of PCT initial assessment. Proceeded with gathering more information about
Veteran's current housing situation. He reported living in a hotel for the
past
3 days and planned to stay there until he found a new place to live. He reported

working on finding new housing, and confirmed that he is connected to the
HUDVASH program. Veteran became disconnected from the session about 7 minutes
later. When this writer was able to reach him via telephone, he reported that

his laptop died and that he did not have his charger with him. He was able to reconnect to the virtual appointment through his cell phone. Continued with gathering information on family history, social support, employment/finances, and substance use.

When this writer began to ask about prior therapy experiences, he discussed his ambivalence about therapy. "I don't think I should be talking to anyone. I've had bad experiences talking to people. My life would be a lot better if I hadn't talked to a therapist. It's probably best if I handle my problems myself. The way to hell is paved with good intentions. I know people want to do well, but that may not be well for me. I just know what I need. I do think I have PTSD and can use help with this but treatment seems to hurt instead of help." This writer provided support and validation, and facilitated a positive therapeutic alliance, stating this writer's intentions. Veteran was willing to schedule another appointment.

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Veteran arrived on-time to today's session. He appeared to be dressed and groomed appropriately. He was engaged and talkative. Veteran answered a call during the session briefly.
SPEECH: RR&V WNL
MOOD: Somewhat anxious
AFFECT: Congruent with Mood
PSYCHOMOTOR ACTIVITY: None observed or reported
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Tangential and circumstantial in response to most questions. Veteran was difficult to follow at times, though improved from previous session.

THOUGHT CONTENT: Veteran reported being untrusting of others, consistent with a PTSD presentation.
SUICIDAL OR VIOLENT IDEATION: Denied current SI/HI, plan, and intent. Denied access to firearms at today's appointment. Veteran has been provided with crisis resources including the Veteran's crisis line. He has a history of help-seeking when feeling down or depressed. Veteran was future-oriented.
INSIGHT: Good
JUDGMENT: Fair
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic
MDD, per EMR

Anxiety disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Problem-solved around technology difficulties. Gathered information on housing,
employment/finances, family history, social support, and substance use.
Facilitated therapeutic rapport and listened to Veteran's concerns about
engaging in therapy. Full report to follow upon completion of PCT initial
assessment.

TREATMENT PLAN:

1) Complete PCT initial assessment and engage in treatment planning. Full
report to follow upon completion.

PLAN/NEXT APPOINTMENT: 9/2/2020 at 4:30pm

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 08/28/2020 08:13

| | |
|---|---|
| Date/Time: | 26 Aug 2020 @ 1014 |
| Note Title: | PHARM. CHRONIC PAIN CARE CLINIC2 |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 26 Aug 2020 @ 1624 |

Note

 LOCAL TITLE: PHARM. CHRONIC PAIN CARE CLINIC2
STANDARD TITLE: PHARMACY NOTE
DATE OF NOTE: AUG 26, 2020@10:14    ENTRY DATE: AUG 26, 2020@10:15:41
   AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

JORDAN,CHADWICK HEATH answers for follow up appointment to discuss future mgmt.
of lumbar spondylsis, mild to moderate

Consulting PCP's medical opinion on goals for long-term
opioid therapy in this patient: Other goal (describe below).
veteran education on risks of opioids and review alternative treatments

**SEE END OF NOTE FOR SUMMARY AND COORDINATION OF CARE**

Since last appointment 8/12/2020 - pt has met with MH and VJO.

Today, pt states: "I'm still waiting to fully move; I have to be out of
here at
the end of the month. My new place will be ready this week". Is still taking

**CONFIDENTIAL**

online classes; has been doing well but has been hard d/t being distracted with the move and court proceedings. He talks today about his goals of having a family and finishing school. He talks about wanting to go on a vacation after he

graduates to celebrate his accomplishments. He talks about his struggles interpersonally and how he finds it hard to talk to people and that has made it hard with school. Feels that he has too much going on to make medication changes.

He states that he is interested in a "legal AR-15 at the Tanner gun show".
Discussed that he feels that it is his right to have a gun so that he can use it

for recreation and for 'protection'. Discussed his mood overall in light of
this, he reports that he does not feel depressed and that he firmly denies SI/HI. He has no plan or intent of harming himself or others today and just feels like he should have a gun. Asked about access to gun locks at home; he states he does not have a gun lock because he doesn't have firearms now but at
times eludes to having a gun but then later denies having one. Interested in getting a gun lock from the VA.

Pain medications were last taken: topicals this week + gabapentin last night

Functional goals include:
1) More rigorous workouts
2) Manage legal concerns

PAIN INTENSITY for the past month (0=No Pain, 10=As Bad As Pt. Can Imagine)
Date   7/16/2020
WORST  10/10
BEST   4/10
AVERAGE 4-6/10
GOAL: 4/10

Pain relief from current therapy: mild benefit

Social Hx:
Caffeine - rare coffee, avoids d/t anxiety
Tobacco - denies
Alcohol - AUD identified in 2004; multiple arrests. Has not drank in "months"
Illicit Drugs - denies
Marijuana - denies currently

PAIN Hx and Description:
Onset: 2002
Cause: MVA
Location: low back/thoracic-lumbar strain
Radiation: into bilateral inner thighs/sciatica

**CONFIDENTIAL**

Pattern: constant
Quality: numbness/tingling, "feet asleep", sharp pain

Factors that:
alleviate: PT, acupuncture, TENS, stretching
exacerbate: poor posture, lifting, "over exertion", walking too much

Active Problems:
Active problems - Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

CURRENT MEDICATIONS:
                           08/26/2020 10:16
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications                 Status
=====================================================================
1)   ARIPIPRAZOLE 5MG TAB TAKE ONE TABLET BY MOUTH DAILY    ACTIVE
--"working fine"

2)   BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL    ACTIVE
      AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
3)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
      AFFECTED AREA DAILY FOR ACNE
4)   DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED    ACTIVE
      AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
      CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
      TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
      EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER

    EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
    DAILY OVER ALL JOINTS**

5)  GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH AT    ACTIVE
    BEDTIME FOR PAIN AND SCIATICA

--Taking QHS most nights

6)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA    ACTIVE
    ONCE A DAY AS NEEDED FOR PAIN

7)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
    AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
    FOR PAIN

8)  PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
    DAILY

9)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY    ACTIVE
    MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
    DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
    PER DAY.

10)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED   ACTIVE
    AREA DAILY AS DIRECTED FOR ACNE

    Inactive Outpatient Medications              Status
=================================================================
1)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE    EXPIRED
    TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR
    PAIN/INFLAMMATION

2)  MINOCYCLINE HCL 100MG CAP TAKE ONE CAPSULE BY MOUTH   EXPIRED
    DAILY

12 Total Medications

Remote Active Medications

No Active Remote Medications for this patient

OTC/VITAMINS/HERBALS:

(X)The medication list above was reviewed with the patient at today's
visit.  I have indicated discrepancies under each medication that is
not being taken as prescribed.  Medication orders, including any
additions or discontinuations, have been updated as appropriate,
and the patient now has an accurate medication list.

Medication education and counseling for new medications added today
was provided to the Patient/Caregiver. This included why the
medication was prescribed, how they should take it and for how long,
what to expect from it, and what happens if medication is not taken
as prescribed.  Patient/Caregiver indicates readiness to learn,
verbalizes understanding and agreement.

PAST MEDICATIONS:
Long-Acting Opioids: Deferred

Short-Acting Opioids:
    -codeine, ASA with codeine, codeine/APAP -- past trial, helpful
    -oxycodone, oxycodone/APAP -- past trial, helpful
    -tramadol -- past trial

ACETAMINOPHEN -- past trial, ineffective

NSAID:
ibuprofen - past trial, ineffective for back pain
naproxen - past trial
meloxicam - past trial, helpful

MUSCLE RELAXANTS:
cyclobenzaprine - past trial, ineffective
methocarbamol - past trial, mild benefit

ANTIDEPRESSANTS:
TCAs: Deferred

SNRI: Deferred

ANTICONVULSANTS:
gabapentin - denies
pregabalin - denies

TOPICALS -
capsaicin - denies
lidocaine topicals - on currently
menthol m-salicylate -- on currently
diclofenac gel -- on currently

PAST PAIN TREATMENTS:
Physical Therapy -- past trial, on hold d/t COVID, helpful
Heat/Cold -- heat is helpful, does not have heating pad, will send
TENS unit -- uses regularly, helpful
B
ehavioral pain mgmt./CBT -- completed care classes 2020
Surgery - Helpful/Not Helpful
Acupuncture -- past trial, on hold d/t COVID, helpful
Chiropractic -- deferred

VITAL SIGNS
Blood Pressure:  126/88 (07/28/2020 13:41)
  Respiration:  14 (07/28/2020 13:41)
     Pulse:  60 (07/28/2020 13:41)
    Height:  70 in [177.8 cm] (11/20/2019 08:57)
    Weight:  210 lb [95.5 kg] (07/28/2020 13:41)
   Pulse Ox:  97 (07/28/2020 13:41)
BODY MASS INDEX - JUL 28, 2020@13:41:33

PERTINENT LABS:

CREATININE SERUM - NONE FOUND
 SGPT - NONE FOUND
 SGOT - NONE FOUND
No TSH in the last 2Y
No A1C HEMOGLOBIN (DVAMC) in the last 1Y
No TESTOSTERONE (DVAMC) in the last 6M
 No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

Most recent ECG:
                                08/26/2020 10:16
SPN - Selected Prog Notes
 No data available for EKG NOTE

No AMPHETAMINES QUAL. in the last 3Y
No BARBITURATES in the last 3Y
No BENZODIAZEPINES in the last 3Y
No COCAINE in the last 3Y
No METHADONE in the last 3Y
No OPIATES in the last 3Y
No CANNABINOIDS in the last 3Y
 No data available for Oxycodone (RMR); Oxymorphone (RMR)

Future Appointments:
08/27/2020 10:00  RMR VVC MH PCT PSO 06
09/02/2020 10:00  RMR DERM NEW MD
09/11/2020 13:00  RMR VVC MH PSI 11
11/17/2020 13:30  DEN PACT MD 07

ASSESSMENT:
Patient reporting chronic low back pain. Pt reports mild pain relief from
medications. Pt is also followed by MH + PTSD program, homeless program, and
VJO.

OPIOIDS:
--CURRENT MEDD: 0mg
      --CPCC starting MEDD: 0mg
--LAST UDS: None since 2007
--LAST PDMP: 8/12/2020 --> no controlled substance fills since 2018
--Opioid Consent: N/A

--Pt has SUD hx of AUD + marijuana but is in sustained remission. Currently
participating in VJO treatment as well related to complex history
--Would not recommend PRN opioids at this time d/t non-optimized non-opioid and
non-medication management

APAP:
--Pt declines, not effective

NSAIDs:
--Pt declines, not effective

MUSCLE RELAXANTS:
--Pt declines today but may be interested in the future

TCAs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to switch
to aripiprazole LAI
--Would not recommend TCA start for pain d/t pt's complex MH comorbidities
and currently following w/MH for medication adjustments

SNRIs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend SNRI start for pain d/t pt's complex MH comorbidities

and currently following w/MH for medication adjustments

ANTICONVULSANTS:
--Pt reports substantial sciatica & numbness/tingling/pins-needles component to
his pain and is tolerating first step of gabapentin titration well (300mg QHS).
--Due to several stressors (moving/court dates etc) he prefers to wait until
after his move 8/31 prior to consideration of gabapentin increase.
--Will continue current dose until then per his preference

TOPICALS:
--On lidocaine 5%, menthol m-salicylate, and diclofenac gel 1%; uses
interchangeably depending on symptoms. Uses a few times per week. Recommend
continue

MISC:
--Pt got replacement TENS unit and is working well
--Pt received heating pad and is working well
--Will coordinate w/pt's psychologist regarding pt's mention of wanting to
purchase AR-15 legally from Tanner Gun Show. Although he denies SI/HI today &

states that he does not actually have the gun, pt does have  PTSD, depressive
DO, psychosis, mood disorder, anxiety DO which may warrant further discussion
w/MH providers for continued safety planning for veteran.


Discussed COT w/ pt including both the goal of partial pain relief and improved
activity/function, along w/ risks of side effects, including overdose which is
proportional to the dose.

Aberrant Behavior(S):

Requesting specific drugs (codeine/Percocet)

Concerns to pt. and community associated w/ COT include pt's comorbid conditions:
-concomitant MH conditions (PTSD, psychosis DO, anxiety DO, MDD)
-non-compliance (appts. - intermittent NS)
-h/o polysubstance abuse (cannabinoids and alcohol)

Patients Risk for Opioid Oversedation and Respiratory Depression:
-obesity w/ high risk for sleep apnea

The pain condition this veteran suffers from is best treated with a multidisciplinary approach.  This involves an increase in physical activity to prevent de-conditioning and worsening of the pain cycle, psychological counseling to address the co-morbid psychological effects of pain, as well as the  judicious use of pain medications and interventional strategies to lower the person's pain so that they may participate in the physical activities that
will produce long lasting pain reductions.  The goal of the multidisciplinary approach to pain medicine is to return the patient to a higher level of overall function and restore activities of daily living.

PLAN:
-RTC: PHONE 9/15/2020 @1300

OPIOIDS:
--Avoid

APAP:
--Pt declines

NSAIDs:
--Pt declines

MUSCLE RELAXANTS:
--Deferred

TCAs:
--Defer to MH

SNRIs:
--Defer to MH

ANTICONVULSANTS:
--CONTINUE gabapentin 300mg QHS

TOPICALS:
--Continue menthol m-salicylate daily PRN to low back
--Continue lidocaine 5% ointment daily PRN to low back
--Continue diclofenac gel 1% daily PRN to low back

MISC:

--CONTINUE heating pad PRN
--CONTINUE TENS unit PRN
--Coordinate w/MH team for gun safety planning/discussions

This patient was referred to the CPCC by the patient's PCP. PCP will be alerted
to this note for continuity of care.

Education: Pt was informed of the indication, directions and SE of their pain medications.  Pt expressed understanding of the instructions provided, agrees w/ our plan of care and will call in the event of any medication related problem.

Contact time for this visit was 30 minutes.
_____


/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 08/26/2020 16:24


Receipt Acknowledged By:
08/26/2020 17:36        /es/ Sharon A Radomski, PhD
            Staff Psychologist

| | |
|---|---|
| Date/Time: | 21 Aug 2020 @ 1600 |
| Note Title: | MH PEER SUPPORT SERVICES |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DUNSTON,CARL A |
| Co-signed By: | DUNSTON,CARL A |
| Date/Time Signed: | 26 Aug 2020 @ 1309 |

Note


 LOCAL TITLE: MH PEER SUPPORT SERVICES
STANDARD TITLE: SOCIAL WORK COUNSELING NOTE
DATE OF NOTE: AUG 21, 2020@16:00    ENTRY DATE: AUG 26, 2020@13:08:51
   AUTHOR: DUNSTON,CARL A    EXP COSIGNER: DALY,JENNIFER
   URGENCY:                STATUS: COMPLETED

Location: Community Resource and Referral Center (CRRC)
Time spent: 0
Diagnosis: Lack of Housing

Informed Consent:  Veteran was provided information about writer's role in at

the Housing Team, receipt of clinical supervision and the fact that
peer support sessions are documented in CPRS.

This writer dropped off paperwork to Erik Frazier at DOH. The paperwork was HUD-
VASH Voucher. Writer will inform the case manager that it was turned in.

Supervision statement:  Peer writer of this note receives individual recurring
supervision from Jen Daly, LCSW during which time his peer support direct
services work is discussed and reviewed.

Additional Signer(s): Lauren Johnson

/es/ CARL A DUNSTON
Peer Support Specialist
Signed: 08/26/2020 13:09

/es/ JENNIFER DALY
Social Worker
Cosigned: 08/27/2020 15:16

Receipt Acknowledged By:
08/28/2020 09:59       /es/ LAUREN LOUISE JOHNSON
                SOCIAL WORKER

| Date/Time: | 21 Aug 2020 @ 1259 |
|---|---|
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 21 Aug 2020 @ 1303 |

**Note**

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 21, 2020@12:59    ENTRY DATE: AUG 21, 2020@12:59:16
   AUTHOR: HEERMANN,CHANEL M   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: Psychosis
Duration of call: 8 min.
Treatment Provided: Telephone Contact

Aparently logged into visit and waited but did not see doctor.
Waited 20" then noticed doctor had tried to call.
Tried to call back at 1130 but unable to connect.

No acute concerns.
No safety issues.

**CONFIDENTIAL**

Legal matters - won his case, agreed to "recession agreement",
can't say
anything bad about him, not evicted, has to be out by 8/31.
Has another place lined up.
Still has people he has to deal with so ongoing issues.

Plan: Continue treatment per plan

RTC next available - pt will call MSA.  Does not feel he needs immediate FU as
doing well.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 08/21/2020 13:03

| | |
|---|---|
| Date/Time: | 20 Aug 2020 @ 1600 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 22 Aug 2020 @ 1559 |

Note

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: AUG 20, 2020@16:00    ENTRY DATE: AUG 20, 2020@17:15:15
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
  URGENCY:               STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
      CHADWICK HEATH JORDAN
      1135 N BROADWAY STE 312
      DENVER, COLORADO  80203

If above address is not correct, please enter it here :

Emergency numbers for that address:
Veteran Contact Numbers:
  Listed cell phone: UNKNOWN
  Listed regular telephone number: 720-276-5377
  Enter telephone number below if above numbers are not correct
  (Leave blank if numbers above are correct):
  (Type NA if the telephone numbers above are correct.)

Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
     Primary NOK: JORDAN,GWEN            Relation: MOTHER
            8853 COLORADO BLVD          Phone: 303 286 1997
            THORNTON, COLORADO  80229
     Secondary NOK: NONE,               Relation: <not given>
            <street address not available>   Phone:
Emergency Contact
     Name:     JORDAN,GWEN
     Phone:    303 286 1997
     Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
  1) e911: 267-908-6605
  2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
  3) Suicide Prevention Team/ Coordinators
     RMR: 720-723-7350 (Internal Extension 17350)
     COS: 719-553-1093
  4) National Telehealth Help Desk: 866-651-3180
  5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session.

Contact information for any other individuals present at home/location
during the session:

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
  Provider used private office: Yes
  Veteran connected from private home. Yes
  Veteran connected from another private location. (If yes, please specify)
N/A

  Veteran attempted to connect with provider via their preferred device, and

**CONFIDENTIAL**

was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues, phone usage for audio, etc.): Connection quality was poor at times.

=======================================================================

TREATMENT PROVIDED: Individual Psychotherapy, PCT initial assessment
DATE AND TIME OF SESSION: Aug 20,2020@4:00pm
DURATION OF VISIT: 75 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Completion of PCT initial assessment, feedback, psychoeducation, and potential treatment planning related to Evidence-based care in the PCT.

CONTENT OF SESSION:
Session began with check-in from last session with this writer and collaborative agenda setting. Veteran did not have questions at this time. Veteran was re-oriented to purpose and structure of PCT initial assessment and agreed to proceed. Completed assessment of PTSD symptoms related to the identified index event (i.e., MVA experienced while in the military), and spent time gathering more psychosocial information, with a focus on his current and past legal issues. Gathering of psychosocial information was not completed today due to Veteran's reporting style and reported hesitations about disclosing information in the therapy relationship. As such, time was spent discussing this writer's intentions, and the inherent vulnerability that comes along with help seeking. Collaboratively discussed pros and cons of engaging in mental health care. Veteran asked several questions about confidentiality and his EMR, which this writer addressed accordingly. This writer also reviewed limits of confidentiality again. Agreed to schedule another session for completion of full

assessment and discussion of treatment goals and options. This writer provided support, validation, and encouragement. Full report to follow upon completion of

PCT initial assessment.

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Veteran arrived on-time to today's session. He appeared
to be dressed and groomed appropriately. He was engaged and talkative. Veteran answered a call during the session briefly.
SPEECH: RR&V WNL
MOOD: Somewhat anxious
AFFECT: Congruent with Mood
PSYCHOMOTOR ACTIVITY: None observed or reported
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Tangential and circumstantial in response to most questions. Veteran was difficult to follow at times, though improved from previous session.

THOUGHT CONTENT: Veteran reported being untrusting of others, consistent with
a PTSD presentation.
SUICIDAL OR VIOLENT IDEATION: Denied current SI/HI, plan, and intent.
Veteran has been provided with crisis resources including the Veteran's
crisis
line. Veteran has a history of help-seeking when feeling down or depressed.
Veteran was future-oriented and appeared motivated for treatment.
INSIGHT: Good
JUDGMENT: Fair
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic
MDD, per EMR
Anxiety disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Facilitated therapeutic rapport. Completed assessment of PTSD symptoms. Veteran
discussed his childhood and adult experiences with various systems (e.g.,
education system, being a ward of the state, being in juvenile detention, and
prison, involvement with the legal system). Veteran received support and
validation. Full report to follow upon completion of PCT initial assessment.

TREATMENT PLAN:

1) Complete PCT initial assessment and engage in treatment planning. Full
report to follow upon completion.

PLAN/NEXT APPOINTMENT: 8/27/2020 at 10:00am

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 08/22/2020 15:59

| | |
|---|---|
| Date/Time: | 20 Aug 2020 @ 1320 |
| Note Title: | MH DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 20 Aug 2020 @ 1321 |

Note

 LOCAL TITLE: MH DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: AUG 20, 2020@13:20    ENTRY DATE: AUG 20, 2020@13:20:10
   AUTHOR: HEERMANN,CHANEL M   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

**CONFIDENTIAL**

*** MH DID NOT ARRIVE Has ADDENDA ***

Mr. JORDAN did not arrive for a scheduled appointment on: 08/20/20 13:00
  Date last seen in clinic: Jul 14,2020
  Medication refills (On file):   Yes
Outreach call made.
  Outcome of outreach call:
Call #1 1310 -   Left voicemail
Call #2 1320 -   No answer - straight to VM

Action/Outreach:
  Patient on High Risk for Suicide Flag: No
  Veteran is not considered to be high or imminent risk of harm to self and/or
  others.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 08/20/2020 13:21

08/20/2020 ADDENDUM            STATUS: COMPLETED
Spoke to veteran - see note.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 08/21/2020 12:58

| | |
|---|---|
| Date/Time: | 19 Aug 2020 @ 1316 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MILLER,GREGORY J |
| Co-signed By: | MILLER,GREGORY J |
| Date/Time Signed: | 19 Aug 2020 @ 1333 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 19, 2020@13:16    ENTRY DATE: AUG 19, 2020@13:16:58
  AUTHOR: MILLER,GREGORY J    EXP COSIGNER: DALY,JENNIFER
  URGENCY:              STATUS: COMPLETED

Diagnosis: Lack of housing
Duration of call: 10  min.
Treatment Provided: Telephone Contact

Veteran contacted writer and explained his outcome of his eviction court. The
veteran told the writer that he does not need to be out of his apartment until

**CONFIDENTIAL**

the end of the month. The veteran also said there was a stipulation .Veteran
must stay away from the person he attacked. Writer asked veteran if he has heard

from RMHS for hotel. Writer recommended to get out of the apartment and avoid
the other gentleman. Writer told veteran to stay cool and concentrate on his new

housing and avoid going to jail. Veteran agreed. Writer told him to stay focused

on finish moving his items into storage. Writer asked veteran to text when he
get a call from Jette at RMHS.

Plan: Waiting for compliance from his new apartment for approval. Veteran has
temporary hotel in works to stay of the streets.

/es/ GREGORY J MILLER
SOCIAL WORK INTERN
Signed: 08/19/2020 13:33

/es/ JENNIFER DALY
Social Worker
Cosigned: 08/19/2020 14:47

Receipt Acknowledged By:
08/20/2020 09:04    /es/ LAUREN LOUISE JOHNSON
            SOCIAL WORKER

| Date/Time: | 17 Aug 2020 @ 1403 |
| --- | --- |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 17 Aug 2020 @ 1543 |

**Note**

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: AUG 17, 2020@14:03    ENTRY DATE: AUG 17, 2020@14:04:03
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 10 minutes
Treatment Provided: Case Management
Plan: Continue Veterans Treatment Court (Phase III)

D: On this date, the veteran's case was reviewed with the Denver County
Veterans Treatment Court (VTC) staff via CISCO WebEx (due to pause in normal
VTC docket, as the result of COVID-19 precautions). After receiving an update
from the veteran's probation officer (Mr. Donta McNeil), the veteran
participates in the call-in line with VTC staff.

The veteran was did not submit four required UAs which was noted by his
probation officer and other VTC staff. As a light sanction he will be
required to attend this evening's (virtual) problem solving alumni court
graduation. He verbalizes his intent to do so.

The court staff note that the veteran has more severe legal charges than the
case that brought him to VTC; he is pending a trial in October. (He also has
an eviction hearing tomorrow, 8/18.) He is in agreement that continued
compliance to the best of his ability with VTC will be favorable to his other
charges; to that end he plans to make increased efforts to submit UAs, even
though his upcoming move (he will be transitioning to a hotel) and other
affairs.

He denies any additional needs at this time.

A: No endorsed safety concerns during today's phone check-in. The veteran
is
encouraged to check-in with this VA staff and other VTC staff as needed; an
incentive system is in place to allow the veteran to accrue points toward
a gift card by fulfilling interim VTC requirement- this is intended to
promote pro-social contact pending resumption of in-person docket.

P: Continue attending VTC as required; next on 8/31. VJO staff are available
to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 08/17/2020 15:43

| | |
|---|---|
| Date/Time: | 17 Aug 2020 @ 1350 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MILLER,GREGORY J |
| Co-signed By: | MILLER,GREGORY J |
| Date/Time Signed: | 17 Aug 2020 @ 1452 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 17, 2020@13:50    ENTRY DATE: AUG 17, 2020@13:50:47
   AUTHOR: MILLER,GREGORY J   EXP COSIGNER: DALY,JENNIFER

URGENCY:                    STATUS: COMPLETED

Diagnosis: Lack of housing
Duration of call: 120  min.
Treatment Provided: Telephone Contact

Writer introduced himself has his housing coordinator and explained the steps of

the Vash/Program. Veteran explained his living situation that he has to be out
by the 18th of this month (August). He also explained that he has evictions
layers that are helping with his current housing. The writer and veteran looked
on-line at numerous places. The veteran was reluctant to share of what happen at

his apartment so writer called Jim Tuka to find out what barriers the writer has

to work with. The veteran reported to writer there was 2 assaults one in the
elevator and the other of a man poking him with a stick. The veteran told writer

because someone saw him with blood on his hands. The veteran told the writer
today that he has eviction court tomorrow (8/8/2020). The veteran told him that
his Lawyers told him to stay in his apartment has long has he can. The writer
setup for the veteran a motel Through Rocky Mountain. The writer and veteran
found an apartment and waiting for the 2 week process time for veteran to move
in. Veteran paid for the application fee and deposit. Writer found out later
that his apartment caught fire due to a broom stick next to the furnace. Case
Manager Jim Tuka also told writer of veterans hate for Muslims. Please add
Lauren Johnson to sign.


Plan: RMHS is assisting veteran in temporary hotel until veterans apartments is
ready.


/es/ GREGORY J MILLER
SOCIAL WORK INTERN
Signed: 08/17/2020 14:52

/es/ JENNIFER DALY
Social Worker
Cosigned: 08/19/2020 11:55

Receipt Acknowledged By:
08/19/2020 12:00      /es/ LAUREN LOUISE JOHNSON
                SOCIAL WORKER
08/19/2020 12:07      /es/ JAMES C TUKA
                MSW  (HUD-VASH Case Manager)

| Date/Time: | 14 Aug 2020 @ 1430 |
| --- | --- |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |

**CONFIDENTIAL**

| | |
|---|---|
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 14 Aug 2020 @ 1613 |

Note

 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: AUG 14, 2020@14:30   ENTRY DATE: AUG 14, 2020@15:42:53
   AUTHOR: RADOMSKI,SHARON A   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home
delivered via VA Video Connect program, using encrypted Video-on-Demand
technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
       CHADWICK HEATH JORDAN
       1135 N BROADWAY STE 312
       DENVER, COLORADO  80203

If above address is not correct, please enter it here :

Emergency numbers for that address:
Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377
 Enter telephone number below if above numbers are not correct
 (Leave blank if numbers above are correct):
 (Type NA if the telephone numbers above are correct.)

Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
       Primary NOK: JORDAN,GWEN            Relation: MOTHER
               8853 COLORADO BLVD        Phone: 303 286 1997
               THORNTON, COLORADO  80229
       Secondary NOK: NONE,            Relation: <not given>
               <street address not available>   Phone:
Emergency Contact

Name:        JORDAN,GWEN
Phone:       303 286 1997
Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):


VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
    RMR: 720-723-7350 (Internal Extension 17350)
    COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]


Names of any other individuals present at veteran home/location
during this session.

Contact information for any other individuals present at home/location
during the session:

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
 Provider used private office: Yes
 Veteran connected from private home. Yes
 Veteran connected from another private location. (If yes, please specify)
N/A

 Veteran attempted to connect with provider via their preferred device, and
was able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.): Session froze, and was disconnected. Unable to re-
connect via VVC. The remainder of the session was held over the telephone.
Veteran planned to use his laptop, instead of his phone, to connect to the
session next time.


=======================================================================

TREATMENT PROVIDED: Individual Psychotherapy, PCT initial assessment
DATE AND TIME OF SESSION: Aug 14,2020@2:30pm
DURATION OF VISIT: 83 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Assessment of current PTSD symptoms and
potential treatment planning related to Evidence-based care in the PCT.

CONTENT OF SESSION:
Session began with brief check-in and Veteran was reoriented to the purpose
and structure of PCT initial assessment. He agreed to proceed. The majority

of the session was spent assessing symptoms of PTSD via clinical interview related to the identified index event (i.e., MVA experienced while in the military). Assessment of PTSD symptoms was not completed at today's appointment due to technology difficulties. Engaged in some collaborative problem-solving around technology issues. Agreed to schedule a second session for completion of full assessment and discussion of treatment goals and options. This writer provided support, validation, and encouragement. Full report to follow upon completion of PCT initial assessment.

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Veteran arrived about 7 minutes late to today's session. He appeared to be dressed and groomed appropriately. He was engaged and talkative.
SPEECH: RR&V WNL
MOOD: Somewhat depressed and anxious
AFFECT: Congruent with Mood, somewhat restricted range
PSYCHOMOTOR ACTIVITY: None observed or reported
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Somewhat tangential and circumstantial. Veteran was difficult to follow at times, though improved from previous session.
THOUGHT CONTENT: Veteran reported being untrusting of others, consistent with a PTSD presentation.
SUICIDAL OR VIOLENT IDEATION:  Denied current SI/HI, plan, and intent. Veteran has been provided with crisis resources including the Veteran's crisis line.

Veteran has a history of help-seeking when feeling down or depressed. Veteran was future-oriented and appeared motivated for treatment. Veteran denied having access to firearms again at today's session.
INSIGHT: Good
JUDGMENT: Fair
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic, per EMR
MDD, per EMR
Anxiety disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Facilitated therapeutic rapport. Began assessment of PTSD symptoms. Unable to complete assessment due to technology issues. Veteran received support and validation. Full report to follow upon completion of PCT initial assessment.

TREATMENT PLAN:

1) Complete PCT initial assessment and engage in treatment planning. Full report to follow upon completion.

PLAN/NEXT APPOINTMENT: 8/20/2020 at 4:00pm

/es/ Sharon A Radomski, PhD

Staff Psychologist
Signed: 08/14/2020 16:13

| | |
|---|---|
| Date/Time: | 12 Aug 2020 @ 1300 |
| Note Title: | STATE PRESCRIPTION DRUG MONITORING PROGRAM |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 12 Aug 2020 @ 1300 |

Note

 LOCAL TITLE: STATE PRESCRIPTION DRUG MONITORING PROGRAM
STANDARD TITLE: ACCOUNTING OF DISCLOSURES NOTE
DATE OF NOTE: AUG 12, 2020@13:00    ENTRY DATE: AUG 12, 2020@13:00:45
    AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

STATE PRESCRIPTION DRUG MONITORING PROGRAM (SPDMP):

Purpose: VA and the SPDMP are exchanging information so that the VA provider
can manage your health care. The State may use this information to monitor
controlled substance prescriptions and for law enforcement purposes.

I reviewed the patient's State Prescription Drug Monitoring Program today.
 STATE: COLORADO


No fills in last year

/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 08/12/2020 13:00

| | |
|---|---|
| Date/Time: | 12 Aug 2020 @ 1017 |
| Note Title: | PHARM. CHRONIC PAIN CARE CLINIC2 |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 12 Aug 2020 @ 1300 |

Note

 LOCAL TITLE: PHARM. CHRONIC PAIN CARE CLINIC2
STANDARD TITLE: PHARMACY NOTE
DATE OF NOTE: AUG 12, 2020@10:17    ENTRY DATE: AUG 12, 2020@10:17:48

AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
URGENCY:                    STATUS: COMPLETED

JORDAN,CHADWICK HEATH answers for follow up appointment to discuss future mgmt.
of lumbar spondylsis, mild to moderate

Consulting PCP's medical opinion on goals for long-term
opioid therapy in this patient: Other goal (describe below).
veteran education on risks of opioids and review alternative treatments

**SEE END OF NOTE FOR SUMMARY AND COORDINATION OF CARE**

Since last appointment 7/16/2020 - Invega PADR disapproved d/t ADR to
risperidone. Pt started on abilify w/intent to switch to LAI. Pt working with
attorney to help with eviction arbitration. Pt will not be evicted if he vacates

current residence by 8/18. Community care PT and acupuncture consults placed and

are pending scheduling. X-ray R elbow placed but has not completed. Gabapentin
QHS started.

Today, pt states: "I got a storage unit today so I have to move stuff out
today
in preparation to move out 8/18. I'm also doing online classes at the same
time
too. It's been a lot". Reports he's feeling angry and paranoid. In
spite of all
the things he's been dealing with regarding legal charges and moving, he
reports
school is going well. Online classes started this week and "so far so
good". Has
8 weeks of school total. He describes the current political climate and the
feelings toward persons of color in relation to his elevated stress. He talks
about how it's been weighing on him and he feels he has to hide his
successes.
He feels that things are going "OK" overall but is feeling a bit
overwhelmed
regarding his upcoming move so he prefers to hold off on med changes until after

he is moved into a new place

Pain medications were last taken: topicals this week

Functional goals include:
1) More rigorous workouts
2) Manage legal concerns

PAIN INTENSITY for the past month (0=No Pain, 10=As Bad As Pt. Can Imagine)
Date   7/16/2020
WORST  10/10
BEST   4/10
AVERAGE 4-6/10

**CONFIDENTIAL**

GOAL: 4/10

Pain relief from current therapy: mild benefit

Social Hx:
Caffeine - rare coffee, avoids d/t anxiety
Tobacco - denies
Alcohol - AUD identified in 2004; multiple arrests. Has not drank in
"months"
Illicit Drugs - denies
Marijuana - denies currently

PAIN Hx and Description:
Onset: 2002
Cause: MVA
Location: low back/thoracic-lumbar strain
Radiation: into bilateral inner thighs/sciatica
Pattern: constant
Quality: numbness/tingling, "feet asleep", sharp pain

Factors that:
alleviate: PT, acupuncture, TENS, stretching
exacerbate: poor posture, lifting, "over exertion", walking too much

Active Problems:
Active problems - Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

CURRENT MEDICATIONS:
                          08/12/2020 10:17
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications                    Status
======================================================================
1)  ARIPIPRAZOLE 5MG TAB TAKE ONE-HALF TABLET BY MOUTH     ACTIVE
     DAILY FOR 3 DAYS, THEN TAKE ONE TABLET DAILY
--Is taking full tab; working OK. Needs refill

2)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
     AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
3)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
     AFFECTED AREA DAILY FOR ACNE
4)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED     ACTIVE
     AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
     CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
     TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
     EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
     EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
     DAILY OVER ALL JOINTS**
5)  GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH AT     ACTIVE
     BEDTIME FOR PAIN AND SCIATICA
--Helpful for HA and for sleep. Wants to increase but wants to wait d/t moving
next week

6)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA     ACTIVE
     ONCE A DAY AS NEEDED FOR PAIN
7)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
     AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
     FOR PAIN
8)  PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
     DAILY
9)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
     DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
     PER DAY.
10)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED   ACTIVE
     AREA DAILY AS DIRECTED FOR ACNE

   Inactive Outpatient Medications                    Status
======================================================================
1)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE     EXPIRED
     TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR
     PAIN/INFLAMMATION
2)  MINOCYCLINE HCL 100MG CAP TAKE ONE CAPSULE BY MOUTH     EXPIRED
     DAILY

12 Total Medications

Remote Active Medications

No Active Remote Medications for this patient

**CONFIDENTIAL**

OTC/VITAMINS/HERBALS:

( )The medication list above was reviewed with the patient at today's
visit.  I have indicated discrepancies under each medication that is
not being taken as prescribed.  Medication orders, including any
additions or discontinuations, have been updated as appropriate,
and the patient now has an accurate medication list.

Medication education and counseling for new medications added today
was provided to the Patient/Caregiver. This included why the
medication was prescribed, how they should take it and for how long,
what to expect from it, and what happens if medication is not taken
as prescribed.  Patient/Caregiver indicates readiness to learn,
verbalizes understanding and agreement.


PAST MEDICATIONS:
Long-Acting Opioids: Deferred

Short-Acting Opioids:
    -codeine, ASA with codeine, codeine/APAP -- past trial, helpful
    -oxycodone, oxycodone/APAP -- past trial, helpful
    -tramadol -- past trial

ACETAMINOPHEN -- past trial, ineffective

NSAID:
ibuprofen - past trial, ineffective for back pain
naproxen - past trial
meloxicam - past trial, helpful

MUSCLE RELAXANTS:
cyclobenzaprine - past trial, ineffective
methocarbamol - past trial, mild benefit

ANTIDEPRESSANTS:
TCAs: Deferred

SNRI: Deferred

ANTICONVULSANTS:
gabapentin - denies
pregabalin - denies

TOPICALS -
capsaicin - denies
lidocaine topicals - on currently
menthol m-salicylate -- on currently
diclofenac gel -- on currently

PAST PAIN TREATMENTS:

Physical Therapy -- past trial, on hold d/t COVID, helpful
Heat/Cold -- heat is helpful, does not have heating pad, will send
TENS unit -- uses regularly, hel
pful
Behavioral pain mgmt./CBT -- completed care classes 2020
Surgery - Helpful/Not Helpful
Acupuncture -- past trial, on hold d/t COVID, helpful
Chiropractic -- deferred

VITAL SIGNS
Blood Pressure:  126/88 (07/28/2020 13:41)
  Respiration:  14 (07/28/2020 13:41)
     Pulse:  60 (07/28/2020 13:41)
    Height:  70 in [177.8 cm] (11/20/2019 08:57)
    Weight:  210 lb [95.5 kg] (07/28/2020 13:41)
    Pulse Ox:  97 (07/28/2020 13:41)
BODY MASS INDEX - JUL 28, 2020@13:41:33

PERTINENT LABS:
  CREATININE SERUM - NONE FOUND
  SGPT - NONE FOUND
  SGOT - NONE FOUND
No TSH in the last 2Y
No A1C HEMOGLOBIN (DVAMC) in the last 1Y
No TESTOSTERONE (DVAMC) in the last 6M
  No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

Most recent ECG:
                                08/12/2020 10:17
SPN - Selected Prog Notes
  No data available for EKG NOTE

No AMPHETAMINES QUAL. in the last 3Y
No BARBITURATES in the last 3Y
No BENZODIAZEPINES in the last 3Y
No COCAINE in the last 3Y
No METHADONE in the last 3Y
No OPIATES in the last 3Y
No CANNABINOIDS in the last 3Y
  No data available for Oxycodone (RMR); Oxymorphone (RMR)

Future Appointments:
08/14/2020 14:30  RMR VVC MH PCT PSO 06
08/20/2020 13:00  RMR VVC MH PSI 11
11/04/2020 09:00  JWL PT OP ROUTINE 3
11/17/2020 13:30  DEN PACT MD 07

ASSESSMENT:
Patient reporting chronic low back pain.  Pain intensity 4-6/10 most of the
time, ranges from 4-10/10.  Pt reports mild pain relief from medications. Pt is

also followed by MH, homeless program, and VJO.

OPIOIDS:
--CURRENT MEDD: 0mg
       --CPCC starting MEDD: 0mg
--LAST UDS: None since 2007
--LAST PDMP: 8/12/2020 --> no controlled substance fills since 2018
--Opioid Consent: N/A

--Pt has SUD hx of AUD + marijuana but is in sustained remission. Currently
participating in VJO treatment as well related to complex history
--Would not recommend PRN opioids at this time d/t non-optimized non-opioid and
non-medication management

APAP:
--Pt declines, not effective

NSAIDs:
--Pt declines, not effective

MUSCLE RELAXANTS:
--Pt declines today but may be interested in the future

TCAs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch
to aripiprazole LAI
--Would not recommend TCA start for pain d/t pt's complex MH comorbidities
and currently following w/MH for medication adjustments

SNRIs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and has been started on aripiprazole 5mg PO with intent to
switch to aripiprazole LAI
--Would not recommend SNRI start for pain d/t pt's complex MH comorbidities

and currently following w/MH for medication adjustments

ANTICONVULSANTS:
--Pt reports substantial sciatica & numbness/tingling/pins-needles component
to
his pain and is tolerating first step of gabapentin titration well (300mg QHS).
--Due to several stressors (moving/court dates etc) he prefers to wait until
after his move 8/18 prior to consideration of gabapentin increase.
--Will continue current dose until then per his preference

TOPICALS:
--On lidocaine 5%, menthol m-salicylate, and diclofenac gel 1%; uses
interchangeably depending on symptoms. Uses a few times per week. Recommend

continue

MISC:
--Pt got replacement TENS unit and is working well
--Pt received heating pad and is working well


Discussed COT w/ pt including both the goal of partial pain relief and improved activity/function, along w/ risks of side effects, including overdose which is proportional to the dose.

Aberrant Behavior(S):
Requesting specific drugs (codeine/Percocet)

Concerns to pt. and community associated w/ COT include pt's comorbid conditions:
-concomitant MH conditions (PTSD, psychosis DO, anxiety DO, MDD)
-non-compliance (appts. - intermittent NS)
-nicotine dependence
-h/o polysubstance abuse (cannabinoids and alcohol)

Patients Risk for Opioid Oversedation and Respiratory Depression:
-sleep apnea or sleep disorder diagnosis
-obesity w/ high risk for sleep apnea
-older age
-receiving other sedating drugs
-preexisting pulmonary or cardiac dysfunction
-major organ failure
-smoker


The pain condition this veteran suffers from is best treated with a multidisciplinary approach.  This involves an increase in physical activity to prevent de-conditioning and worsening of the pain cycle, psychological counseling to address the co-morbid psychological effects of pain, as well as the  judicious use of pain medications and interventional strategies to lower the person's pain so that they may participate in the physical activities that
will produce long lasting pain reductions.  The goal of the multidisciplinary approach to pain medicine is to return the patient to a higher level of overall function and restore activities of daily living.

PLAN:
-RTC: PHONE 8/26/2020 @1015

OPIOIDS:
--Avoid

APAP:
--Pt declines

NSAIDs:
--Pt declines

MUSCLE RELAXANTS:
--Deferred

TCAs:
--Defer to MH

SNRIs:
--Defer to MH

ANTICONVULSANTS:
--CONTINUE gabapentin 300mg QHS

TOPICALS:
--Continue menthol m-salicylate daily PRN to low back
--Continue lidocaine 5% ointment daily PRN to low back
--Continue diclofenac gel 1% daily PRN to low back

MISC:
--CONTINUE heating pad PRN
--CONTINUE TENS unit PRN

This patient was referred to the CPCC by the patient's PCP. PCP will be alerted
to this note for continuity of care.

Education: Pt was informed of the indication, directions and SE of their pain medications.  Pt expressed understanding of the instructions provided, agrees w/ our plan of care and will call in the event of any medication related problem.

Contact time for this visit was 30 minutes.
_____


  PBM PharmD Pharmacotherapy Rem V11:

   PHARMACIST INTERVENTIONS:

     PAIN MANAGEMENT
       Medication Intervention(s)
       Non-opioid pain medication intervention(s)
       Medication monitoring, no dosage change required, continue to monitor and assess.
       Nonpharmacologic intervention made
       Query of the State Prescription Drug Monitoring Program (PDMP)

/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 08/12/2020 13:00

Receipt Acknowledged By:

08/12/2020 13:44     /es/ GABRIELLE E MYKONIATIS, MD
                Staff Primary Care Physician

| | |
|---|---|
| **Date/Time:** | 11 Aug 2020 @ 0952 |
| **Note Title:** | PRIMARY CARE TELEPHONE CONTACT |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | ALLEN,JAY R |
| **Co-signed By:** | ALLEN,JAY R |
| **Date/Time Signed:** | 11 Aug 2020 @ 1150 |

**Note**

 LOCAL TITLE: PRIMARY CARE TELEPHONE CONTACT
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 11, 2020@09:52    ENTRY DATE: AUG 11, 2020@09:52:43
    AUTHOR: ALLEN,JAY R        EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED


PCP: MYKONIATIS,GABRIELLE E
Home Phone: 720-276-5377
Cell Phone: UNKNOWN


Per protocol, patient was identified by full name & date of birth.

I spoke directly with JORDAN,CHADWICK HEATH over the phone on AUG 11, 2020.

Medical Decision Making:

1.  Social circumstances- Primary concern today is related to having to vacate
his current domicile by 18 Aug.  He is actively searching for an alternative and

is utilizing veteran services.  He has multiple contacts with helping agencies.

2. .Migraine  Headaches- cont'd  sumatriptan.  Propranolol for prevention
was
prescribed at last visit but has not yet been started.  Pt to start and monitor
for effectiveness.

3 Back pain- PT and acupuncture  ref. 28 Jul 2020   Both effective for him in
the past but he has not yet scheduled

4.right elbow pain- Xray  ordered 28 Jul 2020 but patient hasn't obtained

5.  MH- cont. current plan.  He denies HI/SI and verbalizes understanding of
crisis line/resources.

**CONFIDENTIAL**

>. follow up
    - 2 months w/  PCP
Social Hx:
[ ] Never/non-smoker [ ] Current use Pack-years: [ ] Quit Date:  Pack-years:
[ ] No ETOH use    [ ] Current use   Amount:    [ ] Quit Date:
[ ] No illicit substance use  [ ] Current use    [ ] IVDU Hx:

To address at next encounter:
-

Expected RTC:
months   2    [ ] F2F [x ] Telephone [ ] VVC

ITEM ORDERED              START DATE  STOP DATE  ENTERED      STATUS

--------------------------------------------------------------------------

Duration of call: [ ] 5-10 min [ ] 11-20 min [x ] 21-30 min [ ] 30-45 min
[ ] 45-60 min

CHIEF COMPLAINT:
Mr. JORDAN is a 38 year old MALE wanting f/u of multiple medical conditions.

HPI/ROS:  Vet has multiple medical issues and a complex social hx.  He currently

is actively seeking a new place to live.  He must vacate by 18 Aug.  He is
working with multiple helping agencies and feels supported by the VA system.  He

had a recent contact with PCP on 28 Aug but he has not yet implemented any of
the changes.  He has not started Propranolol.  He was not able to go for x-ray.
He has not gone for acupuncture or PT for his back.   He denies any new
complaints or worsening of his symptoms.  No HI or SI.  His headaches have
become slightly more frequent but less severe (medication not started) otherwise

no change in his baseline health status.

Clinical Data:
[x ] NA
[ ] labs reviewed during visit

Active problems - Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)

3. Homeless single person (SNOMED CT 160700001)
4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

Allergies: Patient has answered NKA

Active Outpatient Medications (including Supplies):

Active Outpatient Medications                    Status
=======================================================================
1)  ARIPIPRAZOLE 5MG TAB TAKE ONE-HALF TABLET BY MOUTH    ACTIVE
    DAILY FOR 3 DAYS, THEN TAKE ONE TABLET DAILY
2)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL    ACTIVE
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
3)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
    AFFECTED AREA DAILY FOR ACNE
4)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED    ACTIVE
    AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
    CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
    TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
    EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
    EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
    DAILY OVER ALL JOINTS**
5)  GABAPENTIN 300MG CAP TAKE ONE CAPSULE BY MOUTH AT    ACTIVE
    BEDTIME FOR PAIN AND SCIATICA
6)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA    ACTIVE
    ONCE A DAY AS NEEDED FOR PAIN
7)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
    AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
    FOR PAIN
8)  PROPRANOLOL HCL 40MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
    DAILY
9)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY    ACTIVE
    MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
    DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
    PER DAY.
10)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
    AREA DAILY AS DIRECTED FOR ACNE

MEDICATION RECONCILIATION:
(x)The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

Medication education and counseling for new medications added today
was provided to the Patient/Caregiver. This included why the
medication was prescribed, how they should take it and for how long,
what to expect from it, and what happens if medication is not taken
as prescribed.  Patient/Caregiver indicates readiness to learn,
verbalizes understanding and agreement. A copy of the updated
medication list was also given that included the new medication(s).


PE:
**Unable to perform examination due to contact modality. Interviewer not
detecting nor patient endorsing any acute distress.


Scheduled/Future VA appts:
08/12/2020 08:30  RMR DERM NEW MD
08/12/2020 10:15  RMR PHONE CPCC PHARM 02
08/14/2020 14:30  RMR VVC MH PCT PSO 06
08/20/2020 13:00  RMR VVC MH PSI 11
11/04/2020 09:00  JWL PT OP ROUTINE 3
11/17/2020 13:30  DEN PACT MD 07

/es/ Jay R Allen, MD
Staff Primary Care Physician
Signed: 08/11/2020 11:50


Receipt Acknowledged By:
08/11/2020 14:43     /es/ BETTY M MARTINEZ
                 Primary Care Staff Physician

| Date/Time: | 07 Aug 2020 @ 1512 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | JOHNSON,LAUREN LOUISE |
| Co-signed By: | JOHNSON,LAUREN LOUISE |
| Date/Time Signed: | 07 Aug 2020 @ 1538 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE

**CONFIDENTIAL**

DATE OF NOTE: AUG 07, 2020@15:12    ENTRY DATE: AUG 07, 2020@15:12:35
   AUTHOR: JOHNSON,LAUREN LOUI  EXP COSIGNER: VALLEJO,JENNIFER L
   URGENCY:                 STATUS: COMPLETED

Diagnosis: Homelessness
Duration of Call: 40 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: SW contacted Veteran to make introductions, engage in rapport building,
provide HUDVASH programming guidance, discuss next steps, and housing plan.
Veteran has been asked to leave by management before 8/18 at current residence
due to behaviorial issues. SW inquired about Veteran's wellbeing and what
steps
the Veteran would like to take. SW uncertain as to whether Veteran is eligible
for EHA/SSVF. Veteran utilized SSVF for recent housing episode; thereby most
likely does not qualify for add'l security deposit assistance. SW and
Veteran
spoke at length regarding recent issues w/ property management and tenants.
Veteran reported discrimination as catalyst for intensified encounters w/
property mgmt staff.

SW and Veteran discussed key items to include: 1. pursuit of current voucher w/
DHA or selection of new voucher w/ alternatie PHA (Veteran selected DOH), 2.
voucher availability, 3. return of security deposit, 4. criminal/credit/rental
hx (felonies related to drugs, no violent felonies reported, credit issues
reported, no prior evictions) 5. housing preferences: Denver, Adams County, 6.
income: 90% SC roughly $1800+ per month

P:  Veteran will complete DOH voucher Monday 8/10 at 830A w/ SW/SWA, submission
of packet to follow. DHA relinquishment letter will be submitted to DHA/DOH if
required. Upon submission, pending approval and scheduling of housing
orientation.

Veteran is aware he may contact this clinician with any needs.

***Please add Gregory Miller and James Tuka as an add'l co-signer***

*Jennifer Vallejo, LCSW is the primary clinical social worker for this
encounter. Documentation was reviewed and the Clinical Social Worker agrees with
the preliminary documentation, diagnosis, intervention, and tx plan/disposition
of the care provided. I certify supervision meets the requirements of VHA
Directive 1027 and local policy, 122-8.

/es/ LAUREN LOUISE JOHNSON
SOCIAL WORKER
Signed: 08/07/2020 15:38

/es/ Jennifer Vallejo, LCSW
SOCIAL WORKER MENTAL HEALTH
Cosigned: 08/07/2020 15:41

**CONFIDENTIAL**

Receipt Acknowledged By:
08/10/2020 08:12     /es/ GREGORY J MILLER
               SOCIAL WORK INTERN
08/10/2020 09:48     /es/ JAMES C TUKA
               MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| Date/Time: | 07 Aug 2020 @ 1420 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 07 Aug 2020 @ 1427 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 07, 2020@14:20   ENTRY DATE: AUG 07, 2020@14:20:47
   AUTHOR: TUKA,JAMES C     EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  1 hour (primarily driving time)

Procedure: Writer went to veteran's apartment building as planned and met very
briefly with veteran outside near vehicle.  Purpose of visit was for veteran to
sign ROIs in order for VA housing team staff to contact DHA staff and discuss
veteran's housing situation and voucher in preparation to try to rehouse veteran
after he vacates current unit.  Veteran read and signed ROIs.  Veteran states he

will move his belongings to storage.  Writer told veteran he will likely be
called by housing team case manager very soon to begin rehousing process which,
may include retaining DHA voucher or applying for a new voucher with a different

PHA.  Writer encouraged veteran to tell housing team staff of his housing
preferences and about units he has already researched on his own.  Veteran
states he is eager to move out noting he has until the 18th of Aug to vacate to
avoid eviction, per court and veteran's CO Legal Services attorney.  Veteran

thanked writer and visit ended.  Writer notes veteran was polite, alert, sober,
well groomed, focused and in a euthymic mood with baseline speech, normal and
linear thoughts with no clinical indication of HI/SI.

Plan: Veteran to be contacted by housing team staff regarding rehouse. Writer to

continue to support veteran as primary HUDVASH case manager .

**CONFIDENTIAL**

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 08/07/2020 14:27

| | |
|---|---|
| Date/Time: | 06 Aug 2020 @ 1415 |
| Note Title: | SOCIAL WORK TRIAGE ASSESSMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DINAN,KAREN R |
| Co-signed By: | DINAN,KAREN R |
| Date/Time Signed: | 06 Aug 2020 @ 1422 |

**Note**

 LOCAL TITLE: SOCIAL WORK TRIAGE ASSESSMENT
STANDARD TITLE: SOCIAL WORK RISK ASSESSMENT SCREENING NOTE
DATE OF NOTE: AUG 06, 2020@14:15    ENTRY DATE: AUG 06, 2020@14:15:43
   AUTHOR: DINAN,KAREN R    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

SOCIAL WORK TRIAGE ASSESSMENT
 Referral source:
  Other referral source:
   Jennifer at Comfort Dental
 Presenting issues:
  Other presenting issue:
   Dental Care
 Brief summary:
   Writer returned call from Jennifer at Comfort Dental. Veteran's
Medicaid
   Dental benefits have run out.  Jennifer asked about a VA dental plan.
   Writer explained that the VA offers a plan through Delta Dental but does
   not provide VA dental insurance.  Writer informed Jennifer that the veteran
   would have to pay for this plan.  If veteran chooses to pursue this avenue
   his MH Homeless case manager may be able to help him with the application.
 Is case management recommended?
   No
 Social Work Interventions and Plan:
   Refer to MH Homeless CM to provide guidance in veteran applying for Delta
   Dental.  No further PACT sw needs at this time.

/es/ Karen Dinan, LCSW
Licensed Clinical Social Worker
Signed: 08/06/2020 14:22

Receipt Acknowledged By:
08/06/2020 14:41     /es/ JAMES C TUKA
                MSW  (HUD-VASH Case Manager)

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 05 Aug 2020 @ 1047 |
| Note Title: | PACT PRE-VISIT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | URBAN,VICTORIA |
| Co-signed By: | URBAN,VICTORIA |
| Date/Time Signed: | 05 Aug 2020 @ 1049 |

**Note**

LOCAL TITLE: PACT PRE-VISIT TELEPHONE CONTACT
STANDARD TITLE: PACT NOTE
DATE OF NOTE: AUG 05, 2020@10:47    ENTRY DATE: AUG 05, 2020@10:47:22
    AUTHOR: URBAN,VICTORIA    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Patient able to make scheduled appointment, confirmed telephone appointment.

Date/Time of appointment: 08/11/20 @0930
PCP: Martinez, Betty
Phone: 720-276-5377

Patient's top priority for appointment: review and update medications

Does patient have labs ordered? no

Do you see a Non-VA Provider? no

Patient reminded to have all paperwork, questions, or medications needing to be discussed ready at the time of the appointment.

Covid Screening Questions
    Have you been diagnosed with COVID-19?: no
    Are you waiting for COVID-19 test results?: no
    Any signs or symptoms of:
        Fever? no
        New or worsening cough or shortness of breath? no
        Any cold or flu-like symptoms? no
        New onset diarrhea? no
    Have you been exposed to known positive COVID-19 patient? no
    NEGATIVE COVID SCREEN


/es/ VICTORIA URBAN
LPN
Signed: 08/05/2020 10:49

| | |
|---|---|
| Date/Time: | 04 Aug 2020 @ 1623 |
| Note Title: | MH HOMELESS INDIVIDUAL CONTACT |

**CONFIDENTIAL**

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 04 Aug 2020 @ 1635 |

Note

 LOCAL TITLE: MH HOMELESS INDIVIDUAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: AUG 04, 2020@16:23   ENTRY DATE: AUG 04, 2020@16:23:14
    AUTHOR: TUKA,JAMES C       EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  45 min (includes driving time)

Procedure:  Writer went to veteran's apartment building, parking under the
building in the garage as planned to meet briefly with veteran to present a
statement for veteran to read, consider, and sign.  Writer called veteran
upon arrival and veteran came down some minutes later.  Veteran read through
and talked about statement before agreeing to it and signing it.  Veteran
remains in his unit and plans to remain there until rehoused or until Aug 18
when he has to vacate to avoid eviction.  Veteran shared that he is not
comfortable remaining at his current building as he believes the property
management staff are often watching him.   Veteran states he "read the
discovery" for his criminal cases and believes he will "beat the
cases."
Veteran added that he had a hearing today at which the bond was just extended
but not much else happened.  Veteran has no concerns related to his current
housing other than having to vacate this month. Veteran mentioned that he has
some ideas about where he might want to move, and writer encouraged veteran
to share these with housing team staff when they contact him, as well.
Veteran has no covid 19 symptoms or major concerns at this time.  Veteran has
no other urgent case management needs or concerns.  Writer informed veteran
that writer will provide the housing team staff veteran's signed statement
and other information, and veteran will then be contacted by the housing team
staff to begin the process of rehousing veteran (which may have to begin with
seeking a voucher outside of DHA).  Veteran thanked writer for coming by and
working to rehouse him.  Visit ended normally and writer departed. Writer
notes, veteran was casually and neatly dressed for the weather, well-groomed,
polite, calm, in stable mood with normal thoughts that were mostly linear. No
clinical indication of HI/SI present.

Plan: Writer to provide housing team with veteran's statement and transfer
sheet to begin process of rehousing veteran. If veteran is not rehoused by
Aug 18, veteran is prepared to pay for lodging as needed and has income and a
vehicle.

/es/ JAMES C TUKA

**CONFIDENTIAL**

MSW  (HUD-VASH Case Manager)
Signed: 08/04/2020 16:35

| | |
|---|---|
| Date/Time: | 04 Aug 2020 @ 1000 |
| Note Title: | SUICIDE RISK SCREENING-COLUMBIA (C-SSRS) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 04 Aug 2020 @ 1711 |

Note

 LOCAL TITLE: SUICIDE RISK SCREENING-COLUMBIA (C-SSRS)
STANDARD TITLE: SUICIDE PREVENTION RISK ASSESSMENT SCREENING NOT
DATE OF NOTE: AUG 04, 2020@10:00    ENTRY DATE: AUG 04, 2020@11:21:27
   AUTHOR: RADOMSKI,SHARON A    EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Columbia Suicide Severity Rating Scale (C-SSRS) screener

 Specific method of suicide recently considered; this POSITIVE answer
requires
 same-day completion of a Suicide Risk Evaluation-Comprehensive

 1. Over the past month, have you wished you were dead or wished you could
go to sleep and not wake up?
 No

 2. Over the past month, have you had any actual thoughts of killing
yourself?
 Yes

 3. Over the past month, have you been thinking about how you might do this?
 Yes

 4. Over the past month, have you had these thoughts and had some intention
of acting on them?
 No

 5. Over the past month, have you started to work out or worked out the
 details of how to kill yourself?
 No

 6. If yes, at any time in the past month did you intend to carry out this
 plan?
 Response not required due to responses to other questions.

 7. In your lifetime, have you ever done anything, started to do anything,
or prepared to do anything to end your life (for example, collected pills,

obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.


Based on the Veteran's responses, the screen is: Positive Same-day
comprehensive suicide risk evaluation is required.

/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 08/04/2020 17:11

| | |
|---|---|
| Date/Time: | 04 Aug 2020 @ 1000 |
| Note Title: | MH PSYCHOLOGIST NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RADOMSKI,SHARON A |
| Co-signed By: | RADOMSKI,SHARON A |
| Date/Time Signed: | 04 Aug 2020 @ 1847 |

Note


 LOCAL TITLE: MH PSYCHOLOGIST NOTE  (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: AUG 04, 2020@10:00    ENTRY DATE: AUG 04, 2020@10:12:34
   AUTHOR: RADOMSKI,SHARON A    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home delivered
via VA Video Connect program, using encrypted Video-on-Demand technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address:
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
       CHADWICK HEATH JORDAN
       1135 N BROADWAY STE 312
       DENVER, COLORADO  80203

If above address is not correct, please enter it here :

Emergency numbers for that address:
Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377
 Enter telephone number below if above numbers are not correct
 (Leave blank if numbers above are correct):
 (Type NA if the telephone numbers above are correct.)


Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
     Primary NOK: JORDAN,GWEN            Relation: MOTHER
             8853 COLORADO BLVD       Phone: 303 286 1997
             THORNTON, COLORADO  80229
     Secondary NOK: NONE,             Relation: <not given>
             <street address not available>   Phone:
Emergency Contact
     Name:       JORDAN,GWEN
     Phone:      303 286 1997
     Relationship: MOTHER


Additional emergency contact information (Leave blank if above is correct):


VA Emergency Numbers
 1) e911: 267-908-6605
 2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
 3) Suicide Prevention Team/ Coordinators
   RMR: 720-723-7350 (Internal Extension 17350)
   COS: 719-553-1093
 4) National Telehealth Help Desk: 866-651-3180
 5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]


Names of any other individuals present at veteran home/location
during this session.

Contact information for any other individuals present at home/location
during the session:

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):
WAS PRIVACY ENSURED?
 Provider used private office: Yes
 Veteran connected from private home. Yes
 Veteran connected from another private location. (If yes, please specify)
N/A


Veteran attempted to connect with provider via their preferred device, and was

**CONFIDENTIAL**

able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.):

======================================================================

TREATMENT PROVIDED: Individual Psychotherapy, PCT initial assessment
DATE AND TIME OF SESSION: Aug 4,2020@8:00
DURATION OF VISIT: 100 minutes

CHEIF COMPLAINT/PURPOSE OF VISIT: Assessment of current PTSD symptoms and
potential treatment planning related to Evidence-based care in the PCT.

CONTENT OF SESSION:
Prior to the session beginning, the writer explained clinic policies and
procedures, writer's credentials, and provided information on crisis
resources.
This writer reviewed this writer's role as a mandated reporter, and reviewed

concept of confidentiality and the limits of confidentiality. Veteran was given
an opportunity to ask questions regarding this information. The veteran voiced
an understanding and agreement with information presented. Veteran expressed his

hesitation to be forthcoming in some capacity, and reported that he is in a
current lawsuit regarding an interaction with another therapist regarding the
disclosure of purchasing a MR15. He also then acknowledged that all
psychologists are different, demonstrating a balanced view and appeared to be
fairly open with this writer.

Due to Veteran's report of feeling victimized in his life, and his statement

that "I think that everyone's racist," this writer spent some time
acknowledging
the differences of this writer (e.g., white, non-Veteran, female) and provided
some space to discuss this.

Veteran was referred to PCT by MHTC and HUD-VASH case manager James Tuka, MSW.
Veteran was oriented to the purpose and structure of PCT initial assessment and
agreed to proceed. Began with gathering military and trauma histories. Veteran
identified an index trauma (i.e., MVA while deployed). Due to time constraints
and Veteran's presentation, assessment of PTSD symptoms was not completed at

today's appointment. Agreed to schedule a second session for completion of
full
assessment and discussion of treatment goals and options. Full report to follow
upon completion of PCT initial assessment.

ASSESSMENT & MENTAL STATUS:

ORIENTATION AND CONSCIOUSNESS:  Alert & Orientated x 3
APPEARANCE AND BEHAVIOR: Veteran had not arrived to the virtual appointment, but

answered the call, from this writer regarding this. He reported being ready for
the appointment and that he had forgotten to sign onto the session. He connected

to the appointment through VVC once prompted. He appeared to be dressed and
groomed appropriately. He was engaged and talkative. Veteran was contradictory
and difficult to follow at times.
SPEECH: RR&V WNL
MOOD: Somewhat depressed and anxious
AFFECT: Congruent with Mood, somewhat restricted range
PSYCHOMOTOR ACTIVITY: None observed or reported
PERCEPTUAL DISTURBANCE: None evidenced or reported at today's session
FORM OF THOUGHT: Mostly tangential and circumstantial
THOUGHT CONTENT: As Veteran was difficult to follow at times, it is unclear if
Veteran holds delusional beliefs. He was vague about his business and stated
that business is a form of war. He discussed his duty as a warrior as a Marine,
despite that he is fully separated from the military at this time. He eluded to
"gifts that he has to give to others," though this writer was uncertain
about
what he meant by this. He also indicated some strong opinions about China. This
writer discussed differences between war and business and his current role as
separated from the military at this time.
SUICIDAL OR VIOLENT IDEATION: Veteran reported some thoughts yesterday of the
impact of committing suicide. He denied actual thoughts of ending his life and
denied plan, and intent. He explained, "I definitely don't feel
enthused about
the world. I don't believe that the world deserves me. I'm trying to
find
reasons to help people. I have grim outlook of the world and the people in
it."
He clarified "I have a lot to offer, so I wouldn't want to harm myself.
I have
enough reasons to keep giving back but I'm still thinking." Denied
current
SI/HI, plan, and intent. Veteran was provided with crisis resources including
the Veteran's crisis line. Veteran has a history of help-seeking when
feeling
down or depressed. See comprehensive risk assessment and Columbia screen for
further details. Veteran was future-oriented and appeared motivated for
treatment. Veteran denied having access to firearms on two occasions, though he
appeared to contradict this information at one point.
INSIGHT: Fair
JUDGMENT: Fair
MEMORY: Grossly intact

DIAGNOSIS:
PTSD, chronic, per EMR
MDD, per EMR
Anxiety disorder, per EMR

PROGRESS TOWARD TREATMENT GOALS:
Facilitated therapeutic rapport. Gathered military and trau

ma histories. Index
trauma was identified. Risk was assessed. Will assess symptoms of PTSD and
complete gathering of psychosocial information at next session. Full report to
follow upon completion of PCT initial assessment.

TREATMENT PLAN:

1) Complete PCT initial assessment and engage in treatment planning. Full report

to follow upon completion.

PLAN/NEXT APPOINTMENT: 8/14/2020 at 2:30pm


/es/ Sharon A Radomski, PhD
Staff Psychologist
Signed: 08/04/2020 18:47

| | |
|---|---|
| Date/Time: | 03 Aug 2020 @ 1324 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 03 Aug 2020 @ 1334 |

Note


 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 03, 2020@13:24    ENTRY DATE: AUG 03, 2020@13:24:30
    AUTHOR: TUKA,JAMES C      EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  30 min

Procedure: Writer called and reached veteran after veteran texted over
weekend.  Veteran spoke at length about how he would like "due process"
in
his criminal cases and points out he has not yet "been adjudicated."
Veteran
added that he read "the discovery" and believes he will not be found
guilty
in his criminal cases.  Veteran remains in his apartment and plans to vacate
by Aug 18 to avoid eviction per court.  Veteran shared that he checked on a
possible apartment and learned that "it was a scam." Writer continued
to urge
caution and patience seeking units, as veteran still needs to apply for a new

voucher from a new PHA.  Writer informed veteran that writer will be writing
a letter for veteran to read, consider, and sign before he is assigned to
housing team to seek a new voucher and housing.  Veteran and writer discuss
the content of the letter which will include statement that veteran agrees
not to engage in any behaviors which could lead to eviction similar to what
occurred in his current housing situation and that if this occurs in the
future once housed, veteran would need to participate in a suitable and
appropriate intervention to lessen the chances of future recurrence of such
behavior in order to remain in HUDVASH Program.  Writer asked veteran what
his housing/shelter plans will be after Aug 18 given the high likelihood that
he will not yet have a new HUDVASH apartment ready to move into on Aug 18.
Veteran pointed out he has income and a vehicle and is open to paying for a
hotel as needed.  Call ended normally.  Veteran was talkative and in stable
mood with baseline speech, somewhat circumstantial and normal thoughts, and
no clinical indication of HI/SI.

Plan: Writer to write statement for veteran to consider signing tomorrow,
after which time writer will contact housing team to consider working with
veteran to seek new voucher and housing.  Veteran to continue to address
criminal court cases and be prepared to move out of current unit by Aug 18.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 08/03/2020 13:34

| Date/Time: | 30 Jul 2020 @ 1334 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 30 Jul 2020 @ 1346 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 30, 2020@13:34    ENTRY DATE: JUL 30, 2020@13:34:14
    AUTHOR: TUKA,JAMES C     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 12 min

Procedure: Writer called and reached veteran.  Veteran states that he did not
go to eviction hearing today, on advice of CO Legal lawyer, but veteran was
told by lawyer after hearing that veteran can avoid eviction if he moves out
of unit before next hearing date of 8/18. Veteran states he is basically
packed and ready to move when a voucher and new apartment are ready.  Veteran

states "I found a place" and talked about a 1 bed unit for 750$ he
found.
Writer encouraged patience and also for veteran not to sign a lease yet or
put any money down yet because he does not have a new voucher with a new PHA
yet.  Veteran expressed understanding. Veteran asked also what might occur if
he was convicted and sentenced to some time in jail, and writer informed
veteran that there is usually a period of time that veteran could be out of a
hudvash unit, possibly about 3 months, if something like that occurred.
Veteran added that he still believes he will not get jail time and is
innocent. Veteran asked if he could go month to month with a lease, and
writer said likely not if he starts with a new unit and new PHA he would have
to sign a new one year lease. Writer informed veteran that writer will inform
hudvash supervisors about situation further and possibly connect with housing
team to assist veteran with transition including applying for new voucher
from new PHA and seeking new housing.  Also, regarding the unit veteran said
he "found," writer advised veteran to contact landlord and make it
clear
about his situation regarding his voucher and be sure landlord would accept
voucher, as well.  Writer and veteran agreed to remain in contact. Call ended
normally.

Plan: Writer to check with supervisors regarding housing team involvement and
support with transition from DHA to yet to be determined PHA and housing
search. Veteran to plan to vacate any time before Aug 18, to address criminal
court cases, and to wait for further word from this writer. Also, veteran
agrees to sign a statement and abide by it which will indicate that veteran
must not engage in behaviors similar to what resulted in his facing eviction
at his current unit, and if he does, then veteran would not be able to return
to HUDVASH until additional appropriate interventions have been put in place.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 07/30/2020 13:46

| Date/Time: | 29 Jul 2020 @ 1728 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 29 Jul 2020 @ 1736 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 29, 2020@17:28   ENTRY DATE: JUL 29, 2020@17:28:45
    AUTHOR: TUKA,JAMES C      EXP COSIGNER:
    URGENCY:               STATUS: COMPLETED

**CONFIDENTIAL**

Diagnosis: lack of housing

Duration:  7 min

Procedure: Writer called back and reached veteran. Veteran reports that he got a

call back from his lawyer at CO Legal Services and veteran learned that DHA
likely won't approve request for RA for veteran to be able to retain his DHA

voucher if he leaves his current unit in under a year of lease signing due to
something regarding veteran being or having made "a direct threat" in
other
criminal cases with which veteran is dealing . Veteran added though, that he was

told that at court hearing tomorrow a continuance will be requested and lawyer
will try to help veteran avoid eviction. Veteran's next criminal court case
is
next month, per veteran, and veteran states his criminal cases "might go on
for
a long time."  Veteran states he is out on bond.  Veteran asks writer if
veteran
can seek a voucher from another PHA and then seek housing with that new non-DHA
voucher in very near future.  Writer agreed to check with supervisors about this

now that veteran reports that he cannot continue in the HUDVASH Program with a
DHA voucher after he leaves his current unit.  Call was brief.  Veteran was in
stable mood, with baseline speech, normal linear thoughts, with no clinical
indication of HI/SI present.

Plan: Veteran to attend hearing tomorrow for eviction. Veteran to continue to
address criminal court cases. Writer to ask supervisors about options related to

changing PHA, resuming HUDVASH and moving.


/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 07/29/2020 17:36

| | |
|---|---|
| Date/Time: | 29 Jul 2020 @ 1113 |
| Note Title: | TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | PETERSEN,DANIEL J |
| Co-signed By: | PETERSEN,DANIEL J |
| Date/Time Signed: | 29 Jul 2020 @ 1117 |

Note

LOCAL TITLE: TELEPHONE CONTACT

STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 29, 2020@11:13    ENTRY DATE: JUL 29, 2020@11:13:59
    AUTHOR: PETERSEN,DANIEL J    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

7-29-20 1100
Veteran is called at 720-276-5377 and Veteran answers phone and IDs self with
last four and DOB. Veteran is calm and cooperative and denies any urgent issues.
Veteran is informed of all the following information and Veteran verbalizes
understanding and agreement. Veteran is appreciative and  Veteran confirms
address and call ends naturally.
(list of low cost dental services mailed per this RN.)
_____
PER MD ORDERS/REQUESTS:
 (Attn RN  please inform  the  vet  :  Veteran is not eligible for outpatient
dental care; will send dental
clinic resource list
/es/ GABRIELLE E MYKONIATIS, MD
Staff Primary Care Physician
Signed: 07/29/2020 10:15)
_____


Duration of call: [ ] 5-10 min  [X] 11-20 min [ ] 21-30 min

All concerns and questions addressed prior to conclusion of conversation.

/es/ DANIEL J PETERSEN
RN
Signed: 07/29/2020 11:17

| Date/Time: | 28 Jul 2020 @ 1623 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 28 Jul 2020 @ 1631 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 28, 2020@16:23    ENTRY DATE: JUL 28, 2020@16:23:35
    AUTHOR: TUKA,JAMES C    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  11 min

**CONFIDENTIAL**

Procedure: Writer and veteran played "phone tag" during the day today and
finally reached one another by phone.  Veteran states "I feel pretty good"
today.  Veteran has been in contact with his lawyer from CO Legal Services and reports that his lawyer has mailed to DHA some documentation regarding veteran's RA.  Veteran believes that DHA lawyers need to look it over and that he might learn more at or after court on July 30.  Veteran remains in his current unit.  Veteran mentioned that he has been in contact with at least one landlord about possibly moving. Writer urged patience and encouraged veteran not to sign a lease or pay any money yet to a landlord given that he does not yet know if DHA will allow him to keep his DHA voucher if he vacates his current unit before renting for one year.  Veteran expressed understanding.  Writer clarified the usual process once again, and veteran states he might call his DHA technician today to ask if she has any insight into whether or not veteran could continue to use his voucher if he vacates in the very near future  (pending July 30 eviction court hearing). Veteran agreed to call writer again possibly tomorrow.  Veteran has no other case management needs or concerns at this time.  Veteran did not seem to be heavily under the influence of drugs or alcohol and had baseline speech. Veteran laughed and joked at times during call. Veteran's thoughts were normal and linear.  Veteran did not seem to be under considerable distress. No clinical indication of HI/SI present.  Veteran's mood stable.

Plan: Veteran to follow up with lawyer and possibly call DHA and keep writer posted about developments including outcome of court on July 30.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 07/28/2020 16:31

| | |
|---|---|
| Date/Time: | 28 Jul 2020 @ 1352 |
| Note Title: | PRIMARY CARE PROVIDER (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MYKONIATIS,GABRIELLE E |
| Co-signed By: | MYKONIATIS,GABRIELLE E |
| Date/Time Signed: | 28 Jul 2020 @ 1608 |

Note

 LOCAL TITLE: PRIMARY CARE PROVIDER (T)
STANDARD TITLE: PRIMARY CARE OUTPATIENT NOTE
DATE OF NOTE: JUL 28, 2020@13:52    ENTRY DATE: JUL 28, 2020@13:52:21
   AUTHOR: MYKONIATIS,GABRIELL  EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

  *** PRIMARY CARE PROVIDER (T) Has ADDENDA ***

ASSESSMENT and PLAN:37BLACK OR AFRICAN AMERICANMALE as a new pt to me as

a result of a change of provider request

>.Migraine Headaches
   - cont'd sumatriptan
   - add  propanolol for prevention


>. Pain
   - location:left knee pain d/t : Left knee rupture of the midsubstance

anterior cruciate ligament. Knee joint effusion from  MRI 2017 .
   - controlled: no
   - PT and accupuncture ref

> right elbow pain check xray


> depression feeling of rage and wanting to be away from other s
   - MH helps
   =- f/u MH
   - has had suicidal ideation but no current plan
   - crisis line # provided

>. Health maintenance
   - prostate cancer screening:y PSA - NONE FOUND
   - Colon cancer screening:y

   - BMI review and counseling
   - cardiovascular disease risk stratification
   - advanced directive discussion/immunizations discussed
>. follow up
   - 3 months w/ PCP 30 min face to face appt
   - encouraged MyHealtheVet for result f/u, otherwise will mail
   follow-up letter

>. referrals: none

CHIEF COMPLAINT:
Mr. JORDAN is a 38 year old MALE here for a f/u appt

HPI/ROS:
The migraines have been occurring QOD . The sumatriptan results
in a sensation of warmness in the body . The vet has been
increasing his water intake .

The veet desires to restart the PT and acccupuncture for the
low back pain .

The vet has been going to the dentitist which has excacerbated the heaad aches

The following problem list is considered to be the "Past Medical History" for
the purposes of this note. It was reviewed at the time of this visit.
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

```
                              Issue Date
                  Status    Last Fill
  Active Outpatient Medications        Refills    Expiration
=======================================================================
1)  ARIPIPRAZOLE 5MG TAB  Qty: 30 for 30    ACTIVE    Issu:07-24-20
    days  Sig: TAKE ONE-HALF TABLET BY    Refills: 2  Last:07-28-20
    MOUTH DAILY FOR 3 DAYS, THEN TAKE ONE        Expr:07-25-21
    TABLET DAILY
2)  BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE    Issu:03-16-20
    Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 1  Last:05-18-20
    AMOUNT AFFECTED AREA TWICE A DAY FOR        Expr:03-17-21
    ACNE
3)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:  ACTIVE    Issu:03-16-20
    60 for 30 days  Sig: APPLY THIN FILM    Refills: 1  Last:05-18-20
    TO AFFECTED AREA DAILY FOR ACNE
4)  DICLOFENAC NA 1% TOP GEL  Qty: 100 for   ACTIVE    Issu:03-16-20
    30 days  Sig: APPLY 2 GRAMS TO        Refills: 1  Last:05-18-20
    AFFECTED AREA EVERY 8 HOURS AS NEEDED        Expr:03-17-21
    FOR PAIN (USE DOSING CARD TO MEASURE
    DOSE) **DON'T EXCEED 16 GRAMS DAILY TO
    ANY JOINT OF THE LOWER EXTREMITIES -
```

MEDICAL CONFIDENTIAL

**CONFIDENTIAL**

DON'T EXCEED 8 GRAMS DAILY TO ANY
JOINT OF THE UPPER EXTREMITIES - DON'T
EXCEED A TOTAL DOSE OF 32 GRAMS DAILY
OVER ALL JOINTS**

5) GABAPENTIN 300MG CAP  Qty: 30 for 30     ACTIVE      Issu:07-16-20
   days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 3  Last:07-17-20
   AT BEDTIME FOR PAIN AND SCIATICA              Expr:07-17-21

6) LIDOCAINE 5% OINT  Qty: 105 for 90 days   ACTIVE      Issu:05-01-20
   Sig: APPLY THIN FILM TO AFFECTED AREA   Refills: 2   Last:07-20-20
   ONCE A DAY AS NEEDED FOR PAIN                Expr:05-02-21

7) MENTHOL/M-SALICYLATE 10-15% TOP CREAM    ACTIVE      Issu:03-16-20
   Qty: 90 for 30 days  Sig: APPLY      Refills: 1  Last:05-18-20
   MODERATE AMOUNT TO AFFECTED AREA THREE          Expr:03-17-21
   TIMES A DAY AS NEEDED FOR PAIN

8) SUMATRIPTAN SUCCINATE 50MG TAB  Qty: 9   ACTIVE      Issu:11-20-19
   for 30 days  Sig: TAKE ONE TABLET BY   Refills: 0  Last:01-10-20
   MOUTH ONCE A DAY AS NEEDED FOR                Expr:11-20-20
   MIGRAINE, MAY REPEAT DOSE IN 2 HOURS,
   IF NO RELIEF. NO MORE THAN 200MG PER
   DAY.

9) TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   ACTIVE      Issu:03-16-20
   days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 1  Last:05-18-20
   AREA DAILY AS DIRECTED FOR ACNE              Expr:03-17-21

No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
(x)The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, potential risks and precautions, drug-drug
 interactions, potential side effects and what happens if medication is not
 taken as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.


Family/Social History: (x) Not applicable to today's visit.

EXAM:

  VS:   Temp: 97.1 F [36.2 C] (07/28/2020 13:41)
        BP:   126/88 (07/28/2020 13:41)
        Pulse:60 (07/28/2020 13:41)
        Resp: 14 (07/28/2020 13:41)
         BMI: BODY MASS INDEX - 30.2 (JUL 28, 2020@13:41:33)
        Pain: 6 (07/28/2020 13:41)
       Weight: 210 lb [95.5 kg] (07/28/2020 13:41)

Pulse Ox: 97 (07/28/2020 13:41)

General Appearance: NAD  a and o x 3
Skin : no  lesions; +/- tattoos
Oral: clear nonerythematous OP;  fair  dentition
  HEENT:  PERRLA; bilateral  Tympanic membranes  clear;
  Neck: no thyromegaly;  no cervical  LAD
Cardiac: RRR; S1S2 no  murmurs
Lungs: CTAB  no  w/r/r
Abdomen: NABS; soft  NTND;  no  organomegaly noted
Musculoskeletal: full rom back/ bilateral shoulders; hips;
  knees and ankles mild  ttp   right  elbow
  lymphatic: no  cervical  LAD

neuro: 5/5 BLE and BUE strength; CN  II-XI grossly
  intact
psych:  full affect; normal mood
Extremities: 2+ PT/DP  pulses bilaterally  ; no BLE edema
Gait: steady unassisted

CREATININE SERUM - NONE FOUND
No TSH in the last 1Y
SPN - Selected Prog Notes
 No data available for GI ENDOSCOPY CONSULT REPORT (D)


Data/Labs:

The following laboratory data was reviewed and is pertinent to
the care provided:

HgbA1c:
    A1C HGB (DVAMC) - NONE FOUND

Lipids:
    CHOLESTEROL - NONE FOUND
    HDL - NONE FOUND
    LDL CHOL (RBL) - NONE FOUND
    TRIGLYCERIDE - NONE FOUND

SMA-7:
    SODIUM - NONE FOUND
    POTASSIUM - NONE FOUND
    CHLORIDE - NONE FOUND
    CO2 - NONE FOUND
    CREATININE SERUM - NONE FOUND
    GLUCOSE - NONE FOUND

CBC:
    WBC - NONE FOUND
    HGB - NONE FOUND
    HCT - NONE FOUND

**CONFIDENTIAL**

MCV - NONE FOUND
PLT - NONE FOUND

LFTs:
SGOT - NONE FOUND
SGPT - NONE FOUND

Other:
TSH - NONE FOUND

PSA - NONE FOUND

25-OH VIT D2 - NONE FOUND
25-OH VIT D3 - NONE FOUND
TOTAL 25-OH VIT D - NONE FOUND
1,25-DIHYDROXYVIT D3 - NONE FOUND
No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

OCCULT BLOOD FIT X1 SCREEN - NONE FOUND

(Please see top of note for assessment and plan.)

(x) Patient/Caregiver indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan. Patient/Caregiver
doesn't
have any further questions today.

() Approximately   min of this 30 min appt was spent counseling/coordinating
care for the medical problems outlined above.

PHQ9 Depression Evaluation:
A PHQ-9 screen was performed. The score was 9 which is suggestive of
mild depression.

1. Little interest or pleasure in doing things
More than half the days

2. Feeling down, depressed, or hopeless
More than half the days

3. Trouble falling or staying asleep, or sleeping too much
Several days

4. Feeling tired or having little energy
Several days

5. Poor appetite or overeating
Not at all

6. Feeling bad about yourself or that you are a failure or have let yourself or your family down
Several days

7. Trouble concentrating on things, such as reading the newspaper or watching television
Several days

8. Moving or speaking so slowly that other people could have noticed. Or the opposite being so fidgety or restless that you have been moving around a lot more than usual
Not at all

9. Thoughts that you would be better off dead or of hurting yourself in some way
Several days

10. If you checked off any problems, how DIFFICULT have these problems made it for you to do your work, take care of things at home or get along with other people?
Extremely difficult

PHQ-2 Depression Rescreening:
  This patient was screened using the PHQ-2 on the visit as noted above.  The questions and answers to those questions:
  PHQ-2 Depression Screening:
    A PHQ-2 screen was performed. The score was 2 which is a negative screen for depression.

    Over the past two weeks, how often have you been bothered by the following problems?

    1. Little interest or pleasure in doing things
    Several days

    2. Feeling down, depressed, or hopeless
    Several days

PTSD Rescreen:
  This patient was screened using the PC PTSD on the visit as noted above. The questions and answers to those questions:
  PC PTSD
    A PTSD screening test (PC-PTSD) was positive (score=3).

    Have you ever had any experience that was so frightening, horrible or upsetting that, IN THE PAST MONTH, you:

    1. Have had any nightmares about it or thought about it when you did not want to?
    Yes

    2. Tried hard not to think about it or went out of your way to avoid situations that remind you of it?
    Yes

3. Were constantly on guard, watchful, or easily startled?
Yes

4. Felt numb or detached from others, activities, or your
surroundings?
No

ECH Atypical Antipsychotics:
  Patient is receiving an atypical antipsychotic. Order for hemoglobin A1c
  placed.
MOVE! (Weight Mgmt Program):
  BODY MASS INDEX - JUL 28, 2020@13:41:33
    Patient Weight: 210 lb [95.5 kg] (07/28/2020 13:41)
    Patient Height: 70 in [177.8 cm] (11/20/2019 08:57)
  The patient was educated on the detrimental effects of obesity and the
  benefits of weight loss. Treatment was offered by the provider to attend
  the MOVE program, but the Veteran declined.
ECH Pain Assessment:
  Pain issues discussed with patient. We have agreed upon a plan of
  management as outlined in my notes today.
Pneumococcal PPSV23 (Pneumovax):
  The patient has no indication for pneumococcal polysaccharide vaccine
  PPSV23.

/es/ GABRIELLE E MYKONIATIS, MD
Staff Primary Care Physician
Signed: 07/28/2020 16:08

07/29/2020 ADDENDUM                STATUS: COMPLETED
AttnRN  please inform  the vet  :  Veteran is not eligible for outpatient
dental care; will send dental
clinic resource list

/es/ GABRIELLE E MYKONIATIS, MD
Staff Primary Care Physician
Signed: 07/29/2020 10:15

Receipt Acknowledged By:
07/29/2020 11:09      /es/ DANIEL J PETERSEN
                RN

| Date/Time: | 24 Jul 2020 @ 1551 |
|---|---|
| Note Title: | PACT PRE-VISIT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEWETT,REBECCA D |
| Co-signed By: | HEWETT,REBECCA D |
| Date/Time Signed: | 24 Jul 2020 @ 1601 |

Note

**CONFIDENTIAL**

LOCAL TITLE: PACT PRE-VISIT TELEPHONE CONTACT
STANDARD TITLE: PACT NOTE
DATE OF NOTE: JUL 24, 2020@15:51    ENTRY DATE: JUL 24, 2020@15:51:52
   AUTHOR: HEWETT,REBECCA D    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

 *** PACT PRE-VISIT TELEPHONE CONTACT Has ADDENDA ***

Patient able to make scheduled appointment

Date/Time of appointment: 28 Jul 2020 @ 1330

Provided directions to clinic:

Patient's top priority for appointment:eyeglasses, PT referral and
acupuncture, derm consult

Does patient have labs ordered?
   If yes, please remind veteran to complete labs prior to visit.

Do you see a Non-VA Provider?
   If yes, please encourage veteran to bring any relevent reports.

Please bring your medications as well as any questions or concerns.

HTN: reminded to bring in home BP log

DM:  reminded to bring in BG logs and glucometer

Reminded to bring in paperwork to be addressed

Asked to arrive 15 minutes prior to appointment and provided contact
information

Clinical reminders:

 Alcohol Use Screening:
   SCREEN FOR ALCOHOL (AUDIT-C)

      An alcohol screening test (AUDIT-C) was negative (score=0).

      1. How often did you have a drink containing alcohol in the past
      year?
      Never

      2. How many drinks containing alcohol did you have on a typical
day
      when you were drinking in the past year?
      Response not required due to responses to other questions.

      3. How often did you have six or more drinks on one occasion in

**CONFIDENTIAL**

the
        past year?
        Response not required due to responses to other questions.
    Audit C screening Negative.
 ECH PT Education/Assessment:
    Patient/Caregiver indicates readiness to learn, verbalizes
understanding,
    agreement and satisfaction with the treatment plan.  Patient/Caregiver
    doesn't have any further questions today.
 Advance Directive:
    Education provided to Veteran, will contact Social Worker for follow up
    if needed.

/es/ REBECCA D HEWETT
LPN
Signed: 07/24/2020 16:01


07/24/2020 ADDENDUM              STATUS: COMPLETED
Pt is requesting a change from sumatriptan to Rizatriptan as his sumatriptan has

unwanted side effects.

/es/ REBECCA D HEWETT
LPN
Signed: 07/24/2020 16:05

Receipt Acknowledged By:
07/24/2020 16:22     /es/ GABRIELLE E MYKONIATIS, MD
                Staff Primary Care Physician

07/24/2020 ADDENDUM              STATUS: COMPLETED
will enter  padr

/es/ GABRIELLE E MYKONIATIS, MD
Staff Primary Care Physician
Signed: 07/24/2020 16:23

| | |
|---|---|
| Date/Time: | 24 Jul 2020 @ 1520 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 24 Jul 2020 @ 1528 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 24, 2020@15:20    ENTRY DATE: JUL 24, 2020@15:20:08

AUTHOR: HEERMANN,CHANEL M    EXP COSIGNER:
URGENCY:                    STATUS: COMPLETED

Diagnosis: Psychosis NOS
Duration of call:  13 min.
Treatment Provided: Telephone Contact

Called pt to inform of PADR being denied for Invega due to prior reaction to
risperidone.
Agreeable to trying Abilify instead based on reduced risk of elevated
prolactin/gynecomastia while still being available in LAI form, if needed.  SE
profile may be less optimal per anxiety/restlessness.  Discussed R/B with pt,
who is happy for extra energy and lack of weight gain.

Court was extended to 7/29.
Trying to work out eviction in arbitration.

Needs to get out of area - not healthy for him, he thinks. Also in high-traffic
cul de sac and near busy streets and tent city.
Feels people don't respect his privacy. Still being spied on.
There was a fire in apt on 7/20 and sprinkler went off.  Never came to clean his

carpet. Also not maintaining things.
Managers have also been rude to GF.
Not hearing anyone talking, but neighbor said someone celebrated when he got
arrested and was drunk shouting "he's gone".
Feels apt staff are occupying space in his mind and "I don't want to
build a
correlation with them". Thinks they have sickness in mind fixating on him.
States they admitted to looking into his apt, and also fabricated claim of
yelling "go back to your country" from balcony, when denies ever being
on
balcony.

Plan: Start Abilify titrating to 5mg daily.

RTC 8/20 by VVC.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 07/24/2020 15:28

| | |
|---|---|
| Date/Time: | 20 Jul 2020 @ 1418 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 20 Jul 2020 @ 1447 |

Note

JORDAN, CHADWICK HEATH                    **CONFIDENTIAL**

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 20, 2020@14:18    ENTRY DATE: JUL 20, 2020@14:18:32
    AUTHOR: TUKA,JAMES C      EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  17 min

Procedure: Writer received call from veteran.  Veteran reports to writer that
there was a fire in the furnace room of his apartment unit today and the fire
department came and addressed it after the sprinklers came on to put out the
fire. Veteran is outside the building during call with writer and states the
fire department is no longer on the scene and veteran plans to continue to
clean up water in the unit.  Veteran states that he had a "mop head" in
the
furnace room that had something to do with the fire. Veteran states also that
he was told by a fire fighter that it was "an accident." Veteran states
he
can return to the unit.  Veteran wonders if he has renter's insurance and
writer encouraged veteran to check his lease and with property manager about
this. Writer states he may call insurance company to check on coverage if
needed including possibly lodging expenses if veteran has to vacate the unit
due to fire and cleanup. Veteran agreed to keep writer posted about the
aftermath of the fire and cleanup especially regarding possible cleanup work
needed and possible temporary housing needed.  Writer asked about outcome of
eviction court, and veteran shared that he had court on the 17th of July and
there was a "mediation agreement" so discussions are to begin with
veteran's
lawyer and management and veteran states he has court again on July 29.
Regarding veteran's criminal court cases, veteran states they were
"extended" but added that he has one hearing tomorrow in Denver.
Veteran
states he tried to pay July rent but it was returned likely due to pending
eviction filing.  Veteran mentioned he "found a place" and may apply to
rent
it, but writer informed veteran that it might be a bit premature to do so
with eviction hearing scheduled and with reasonable accommodation with DHA
pending (veteran still does not know if he will be able to keep his DHA
voucher and also if he might be allowed with RA to rent a two bedroom with a
new voucher at DHA or elsewhere). Veteran agreed he might wait at least until
there is some resolution to his eviction case before he seeks other housing.
Veteran added that he did turn in his DHA "renewal" recently for his
voucher
and reported increased income.

(Writer notes veteran called back some minutes after first call and veteran
was back in his unit. Veteran obtained his lease copy and read about what he
was allowed and not allowed to store in furnace room. Veteran also read that

**CONFIDENTIAL**

having renter's insurance was advised but not required and veteran concludes

he has no renter's insurance.  Veteran states he lost no personal items due

to incident.  Veteran states he spoke with "maintenance man" in building
about getting fans set up and veteran states that he said they will have
"professionals" address the water.  Veteran pushing water into drain hole of
toilet during call and veteran states power is off in unit.  Writer advised
veteran to contact management to find out what they plan to do to address the
water in unit.  Veteran states he might do that.  Veteran is contemplating if
he will stay in unit tonight or not; veteran indicates water is in hallway
area of unit.  Writer encouraged veteran to read lease further and or talk to
management about options regarding alternative lodging funding for veteran
(if needed) including possibly veteran not being charged rent for days he
might be out of unit (if any) or veteran being given funds to pay for
alternative lodging from management for days out of unit (if needed). Veteran
agreed he might check on this and consult lease further.)

Writer notes veteran was in calm and stable mood during both conversations.
Speech baseline for veteran. No clinical indication of HI/SI present.
Veteran's thoughts are normal and linear. Veteran does not sound like he is

obviously under the influence of drugs or alcohol.  Veteran did express some
concern that management might think he started the fire on purpose given
veteran's history with management and current pending eviction court case.

Plan: Veteran to contact management and consult lease further and decide if
he will stay in unit tonight or not. Veteran to attend eviction and criminal
court hearings and remain in contact with this writer and his lawyer(s).

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 07/20/2020 14:47

| | |
|---|---|
| Date/Time: | 17 Jul 2020 @ 0928 |
| Note Title: | PRIOR AUTHORIZATION DRUG REQUEST CONSULT REPORT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CLARK,JEFFREY |
| Co-signed By: | CLARK,JEFFREY |
| Date/Time Signed: | 17 Jul 2020 @ 1004 |

Note

 LOCAL TITLE: PRIOR AUTHORIZATION DRUG REQUEST CONSULT REPORT
STANDARD TITLE: PHARMACY MEDICATION MGT CONSULT
DATE OF NOTE: JUL 17, 2020@09:28   ENTRY DATE: JUL 17, 2020@09:28:37
   AUTHOR: CLARK,JEFFREY   EXP COSIGNER:

**CONFIDENTIAL**

URGENCY:                STATUS: COMPLETED

The medical record has been reviewed with regard to this restricted drug
request.

 Medication requested: PALIPERIDONE 6MG SA TAB
 Medication indication: psychosis

Medical history relevant to this request:
Risperdal - had gynecomastia, refuses re-trial

As paliperidone (9-OH-risperidone) is the primary active metabolite of
risperidone the side effect profiles are similar. Paliperidone elevates
prolactin levels, similar to that seen with risperidone, and the elevation
persists during chronic administration per the package insert.

Suggest trialing a different antipsychotic that has a LAI variant given concerns

for poor compliance with quetiapine (aripiprazole, haloperidol, fluphenazine)

The request does not meet criteria
   - Compelling evidence for the requested indication is lacking
 The patient may choose to purchase the medication at an outside pharmacy with
 a prescription from the provider.

/es/ Jeffrey K. Clark, PharmD, BCPP
Neurologic/Psychiatric Pharmacy Specialist
Signed: 07/17/2020 10:04

| | |
|---|---|
| Date/Time: | 16 Jul 2020 @ 1620 |
| Note Title: | STATE PRESCRIPTION DRUG MONITORING PROGRAM |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 16 Jul 2020 @ 1620 |

Note

 LOCAL TITLE: STATE PRESCRIPTION DRUG MONITORING PROGRAM
STANDARD TITLE: ACCOUNTING OF DISCLOSURES NOTE
DATE OF NOTE: JUL 16, 2020@16:20    ENTRY DATE: JUL 16, 2020@16:20:06
   AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

STATE PRESCRIPTION DRUG MONITORING PROGRAM (SPDMP):

Purpose: VA and the SPDMP are exchanging information so that the VA provider
can manage your health care. The State may use this information to monitor
controlled substance prescriptions and for law enforcement purposes.

**CONFIDENTIAL**

I reviewed the patient's State Prescription Drug Monitoring Program today.
 STATE: COLORADO


7/16/2020 --> no controlled substance fills since 2018

/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 07/16/2020 16:20

| | |
|---|---|
| Date/Time: | 16 Jul 2020 @ 1502 |
| Note Title: | FOLLOW UP LETTER |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 16 Jul 2020 @ 1505 |

Note

 LOCAL TITLE: FOLLOW UP LETTER
STANDARD TITLE: LETTERS
DATE OF NOTE: JUL 16, 2020@15:02    ENTRY DATE: JUL 16, 2020@15:02:49
    AUTHOR: VALDIVIEZO,SONIA    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED


Rocky Mountain Regional VA Medical Center
1700 N. Wheeling St.
Aurora, CO  80045
(303) 399-8020 and press 2.  Toll Free: (888) 336-8262 and press 2.

JUL 16, 2020

    CHADWICK HEATH JORDAN
    1135 N BROADWAY STE 312
    DENVER, COLORADO  80203


July 15, 2020

Mr. Chadwick Heath Jordan
1135 Broadway Avenue, Apt 312
Denver, CO 80203

RE: information related to your mental health treatment


Dear Mr. JORDAN:

This letter is a review of information regarding your treatment for a diagnosis of post-traumatic stress disorder.  The following is a summary, which is not all

inclusive, of your history and experience of chronic symptoms of PTSD:

A)      Having experienced exposure to actual or threatened death, serious injury or violence:

1.      Direct experience in traumatic events with exposure to combat duty as a Marine

2.      Witnessing, in person, repeated or extreme exposure to traumatic events

B)      Intrusion symptoms associated with the traumatic event(s):

1)      Recurrent, involuntary, and intrusive distressing memories of the traumatic event(s)

2)      Recurrent distressing dreams in which the content and/or affect of the dream are related to traumatic event(s)

3)      Dissociative reactions (e.g. flashbacks) in which the individual feels or acts as if the traumatic event(s) were recurring.

4)      Intense psychological distress at exposure to internal and/or external cues that symbolize or resemble an aspect of the traumatic event.

5)      Marked physiological reactions to internal and/or external cues that symbolize or resemble an aspect of the traumatic event.

C)      Persistent avoidance of stimuli associated with the traumatic event(s):

1)      Avoidance of or efforts to avoid external reminders that arouse distressing memories, thoughts or feelings about or closely associated with the traumatic event(s).

2)      Avoidance of or efforts to avoid external reminders (people, places, conversations, activities, objects, situations) that arouse distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s).

D)      Negative alterations in cognitions and mood associated with the traumatic event(s).

1)      Persistent and exaggerated negative beliefs or expectations about oneself, or the world.

2)      Persistent distorted cognitions about the cause or consequences of the traumatic event(s) that lead to blaming self or others.

3)      Persistent negative emotional state (e.g. fear, horror, anger, guilt, or

shame).

4)      Feelings of detachment or estrangement from others.

E)      Marked alterations in arousal and reactivity, as evidenced by the following:

1)      Irritable behavior and angry outbursts (with little or no provocation), typically expressed as verbal or physical aggression toward people or objects.

2)      Reckless or self-destructive behavior.

3)      Hypervigilance.

4)      Exaggerated startle response.

5)      Problems with concentration.

6)      Sleep disturbance.

These symptoms and disturbances cause clinically significant distress and impairment in social, occupational and other important areas of functioning. Continued mental health treatment is recommended.  This is to include but is not

limited to individual and group psychotherapies along with prescribed medication

management.  Compliance with these treatments may be highly beneficial in
improving overall functioning.

Sincerely,


Sonia Valdiviezo, LCSW
Licensed Clinical Social Worker
(720) 723-7407

| | |
|---|---|
| Date/Time: | 16 Jul 2020 @ 1310 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 16 Jul 2020 @ 1323 |

Note


 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 16, 2020@13:10    ENTRY DATE: JUL 16, 2020@13:10:05
   AUTHOR: HEERMANN,CHANEL M   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

  *** MH TELEPHONE CONTACT (B) Has ADDENDA ***

Diagnosis: Psychosis NOS
Duration of call:  24 min.
Treatment Provided: Telephone Contact

Returned call from Zina Badri, pt's attorney, at his request with signed
release
- 216-469-9599

Discussed overall plan for pt's meds.

Discussed possiblties for placement and support/supervision.

Discussed whether pt might be appropriate for MHICM to enable closer
supervision.

Discussed potential for accommodations, but unclear that any would be possible
within apartment living setting.

Plan: Continue treatment per plan.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 07/16/2020 13:23

07/16/2020 ADDENDUM                STATUS: COMPLETED
Letter provided re: accommodations for court.
Faxed by HAS staff to 720-306-5293 before 0945 hearing 7/17/20.

------
July 15, 2020


To Whom It May Concern:

Mr. Jordan (9084) is receiving mental health care at the Rocky Mountain
Regional VA Medical Center, and I am his treating psychiatrist.

His current diagnoses, based on DSM 5 criteria, are
1.    Major Depression, recurrent, remission
2.    Psychosis NOS
3.    PTSD
4.    Other specified anxiety d/o
5.    Cannabis use disorder - early remission
6.    Alcohol use disorder - early remission
7.    Cluster B personality traits

I am in support of reasonable accommodations as being medically necessary for
the stability of this patient.  Specifically, I concur with re-assigning the
patient to another unit where he does not have as much contact with other
residents, and away from entries and stairwells that might create noise.  I
also concur that a service animal, when available, would be helpful.

I also recommend deferring any legal action until his medication treatment has
time to work, as psychiatric medications can take up to a month, or more, for
full effect, and his treatment was just changed on July 14th, 2020, plus time
for mail delivery of medication (usually 1 week).

Please feel free to contact me if you have any questions.


Sincerely,



Chanel Heermann, MD

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 07/16/2020 13:24

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 16 Jul 2020 @ 0933 |
| Note Title: | PHARM. CHRONIC PAIN CARE CLINIC2 |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHROEDER,ALLISON E |
| Co-signed By: | SCHROEDER,ALLISON E |
| Date/Time Signed: | 16 Jul 2020 @ 1619 |

Note

LOCAL TITLE: PHARM. CHRONIC PAIN CARE CLINIC2
STANDARD TITLE: PHARMACY NOTE
DATE OF NOTE: JUL 16, 2020@09:33    ENTRY DATE: JUL 16, 2020@09:33:33
   AUTHOR: SCHROEDER,ALLISON E  EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

JORDAN,CHADWICK HEATH presents for an initial evaluation to discuss future mgmt.

of lumbar spondylsis, mild to moderate

Consulting PCP's medical opinion on goals for long-term
opioid therapy in this patient: Other goal (describe below).
veteran education on risks of opioids and review alternative treatments

**SEE END OF NOTE FOR SUMMARY AND COORDINATION OF CARE**

Today, pt states: "I have good and bad days". He reports things have
been
getting worse recently and has been experiencing more pain and stiffness. COVID
has had a negative impact d/t not being able to do PT or acupuncture & his
gym
is currently closed. Reports TENS takes the edge off but overall things are not
as good as when he can do active strategies.

He reports he's had a big lifestyle change during COVID; has changed some
friends and has made positive impact in his life. Is around more positive and
healthy people. Has been focusing more on God.

He's following w/MH closely at this time and will be starting Invega soon.
He
would prefer to be put back on opioid medications ("codeine or Percocet have

helped in the past") because of the PRN nature. He would prefer to avoid
scheduled medications but overall is open to ideas of different medications but
opioids are his preference d/t knowing that he has tolerated them in the past.

Pain medications were last taken: topicals this week

Functional goals include:

1) More rigorous workouts
2) Manage legal concerns

PAIN INTENSITY for the past month (0=No Pain, 10=As Bad As Pt. Can Imagine)
Date   7/16/2020
WORST   10/10
BEST   4/10
AVERAGE 4-6/10
GOAL: 4/10

Pain relief from current therapy: mild benefit

Social Hx:
Caffeine - rare coffee, avoids d/t anxiety
Tobacco - denies
Alcohol - AUD identified in 2004; multiple arrests. Has not drank in
"months"
Illicit Drugs - denies
Marijuana - denies currently

PAIN Hx and Description:
Onset: 2002
Cause: MVA
Location: low back/thoracic-lumbar strain
Radiation: into bilateral inner thighs/sciatica
Pattern: constant
Quality: numbness/tingling, "feet asleep", sharp pain

Factors that:
alleviate: PT, acupuncture, TENS, stretching
exacerbate: poor posture, lifting, "over exertion", walking too much

Active Problems:
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem

18. Migraine

CURRENT MEDICATIONS:

07/16/2020 09:33
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications                    Status
========================================================================
1)   BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
     AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
--Daily

2)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
     AFFECTED AREA DAILY FOR ACNE
--Daily

3)   DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED    ACTIVE
     AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
     CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
     TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
     EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
     EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
     DAILY OVER ALL JOINTS**
--Helpful but messy and smells; takes the edge off. Uses PRN "a few times
per
week"

4)   LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA    ACTIVE
     ONCE A DAY AS NEEDED FOR PAIN
--Helpful but messy and smells; takes the edge off. Uses PRN "a few times
per
week"

5)   MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
     AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
     FOR PAIN
--Helpful but messy and smells; takes the edge off. Uses PRN "a few times
per
week"

6)   SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
     DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
     PER DAY.
--PRN, varies month to month. Usually about once per week on good months and
then 2-3x/week on a bad month.

7) TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED   ACTIVE
   AREA DAILY AS DIRECTED FOR ACNE
--Daily

   Inactive Outpatient Medications                 Status
===================================================================
1) IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE    EXPIRED
   TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR
   PAIN/INFLAMMATION
--Not taking

2) LIDOCAINE 5% OINT APPLY SMALL AMOUNT TO AFFECTED AREA  EXPIRED
   EVERY 6 HOURS AS NEEDED FOR BACK PAIN
3) METHOCARBAMOL 500MG TAB TAKE ONE TABLET BY MOUTH      EXPIRED
   THREE TIMES A DAY AS NEEDED FOR MUSCLE RELAXATION
--Not taking

4) MINOCYCLINE HCL 100MG CAP TAKE ONE CAPSULE BY MOUTH   EXPIRED
   DAILY

11 Total Medications

Remote Active Medications

No Active Remote Medications for this patient

OTC/VITAMINS/HERBALS: denies

(X) The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, and what happens if medication is not taken
 as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.


PAST MEDICATIONS:
Long-Acting Opioids: Deferred

Short-Acting Opioids:
        -codeine, ASA with codeine, codeine/APAP -- past trial, helpful
        -oxycodone, oxycodone/APAP -- past trial, helpful
        -tramadol -- past trial

ACETAMINOPHEN -- past trial, ineffective

NSAID:
ibuprofen - past trial, ineffective for back pain
naproxen - past trial
meloxicam - past trial, helpful

MUSCLE RELAXANTS:
cyclobenzaprine - past trial, ineffective
methocarbamol - past trial, mild benefit

ANTIDEPRESSANTS:
TCAs: Deferred

SNRI: Deferred

ANTICONVULSANTS:
gabapentin - denies
pregabalin - denies

TOPICALS -
capsaicin - denies
lidocaine topicals - on currently
menthol m-salicylate -- on currently
diclofenac gel -- on currently

PAST PAIN TREATMENTS:
Physical Therapy -- past trial, on hold d/t COVID, helpful
Heat/Cold -- heat is helpful, does not have heating pad, will send
TENS unit -- uses regularly, helpful
Behavior
al pain mgmt./CBT -- completed care classes 2020
Surgery - Helpful/Not Helpful
Acupuncture -- past trial, on hold d/t COVID, helpful
Chiropractic -- deferred

VITAL SIGNS
Blood Pressure:  127/84 (06/22/2020 22:33)
  Respiration:  16 (06/22/2020 22:33)
      Pulse:  77 (06/22/2020 22:33)
      Height:  70 in [177.8 cm] (11/20/2019 08:57)
      Weight:  195.8 lb [89.0 kg] (11/20/2019 08:57)
    Pulse Ox:  96 (06/22/2020 22:33)
BODY MASS INDEX - No WEIGHT vitals were

PERTINENT LABS:
  CREATININE SERUM - NONE FOUND
  SGPT - NONE FOUND
  SGOT - NONE FOUND
No TSH in the last 2Y
No A1C HEMOGLOBIN (DVAMC) in the last 1Y
No TESTOSTERONE (DVAMC) in the last 6M
  No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);

ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

Most recent ECG:
                                    07/16/2020 09:33
SPN - Selected Prog Notes
  No data available for EKG NOTE

No AMPHETAMINES QUAL. in the last 3Y
No BARBITURATES in the last 3Y
No BENZODIAZEPINES in the last 3Y
No COCAINE in the last 3Y
No METHADONE in the last 3Y
No OPIATES in the last 3Y
No CANNABINOIDS in the last 3Y
  No data available for Oxycodone (RMR); Oxymorphone (RMR)

Future Appointments:
07/16/2020 11:15  RMR PHONE CPCC PHARM 02
07/28/2020 13:30  DEN PACT MD 07
08/04/2020 10:00  RMR VVC MH PCT PSO 06
08/12/2020 08:30  RMR DERM NEW MD
08/20/2020 13:00  RMR VVC MH PSI 11

ASSESSMENT:
Patient reporting chronic low back pain.  Pain intensity 4-6/10 most of the
time, ranges from 4-10/10.  Pt reports mild pain relief from medications. Pt is
also followed by MH, homeless program, and VJO.

OPIOIDS:
--CURRENT MEDD: 0mg
     --CPCC starting MEDD: 0mg
--LAST UDS: None since 2007
--LAST PDMP: 7/16/2020 --> no controlled substance fills since 2018
--Opioid Consent: N/A

--Pt has SUD hx of AUD + marijuana but is in sustained remission. Currently
participating in VJO treatment as well related to complex history
--Would not recommend PRN opioids at this time d/t non-optimized non-opioid and
non-medication management

APAP:
--Pt declines, not effective

NSAIDs:
--Pt declines, not effective

MUSCLE RELAXANTS:
--Pt declines today but may be interested in the future

TCAs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and is going to be starting Invega PO with intent to switch to
Invega LAI
--Would not recommend TCA start for pain d/t pt's complex MH comorbidities
and currently following w/MH for medication adjustments

SNRIs:
--Pt w/PTSD, depressive DO, psychosis, mood disorder, anxiety DO and is followed

by MH prescriber and is going to be starting Invega PO with intent to switch to
Invega LAI
--Would not recommend SNRI start for pain d/t pt's complex MH comorbidities

and currently following w/MH for medication adjustments

ANTICONVULSANTS:
--Pt reports substantial sciatica & numbness/tingling/pins-needles component
to
his pain. Pt has not trialed any neuropathic agents and is open to a trial of
gabapentin
--Will do slow titration since pt will be starting a new antipsychotic soon

TOPICALS:
--On lidocaine 5%, menthol m-salicylate, and diclofenac gel 1%; uses
interchangeably depending on symptoms. Uses a few times per week. Recommend
continue

MISC:
--Pt requests a new TENS unit since his unit is malfunctioning
--Pt would benefit from heating pad; will send


Discussed COT w/ pt including both the goal of partial pain relief and improved
activity/function, along w/ risks of side effects, including overdose which is
proportional to the dose.

Aberrant Behavior(S):
Requesting specific drugs (codeine/Percocet)

Concerns to pt. and community associated w/ COT include pt's comorbid
conditions:
-concomitant MH conditions (PTSD, psychosis DO, anxiety DO, MDD)
-non-compliance (appts. - intermittent NS)
-nicotine dependence
-h/o polysubstance abuse (cannabinoids and alcohol)

Patients Risk for Opioid Oversedation and Respiratory Depression:
-sleep apnea or sleep disorder diagnosis
-obesity w/ high risk for sleep apnea
-older age
-receiving other sedating drugs
-preexisting pulmonary or cardiac dysfunction
-major organ failure

-smoker

The pain condition this veteran suffers from is best treated with a multidisciplinary approach.  This involves an increase in physical activity to prevent de-conditioning and worsening of the pain cycle, psychological counseling to address the co-morbid psychological effects of pain, as well as the  judicious use of pain medications and interventional strategies to lower the person's pain so that they may participate in the physical activities that
will produce long lasting pain reductions.  The goal of the multidisciplinary approach to pain medicine is to return the patient to a higher level of overall function and restore activities of daily living.

PLAN:
-RTC: PHONE 8/12/2020

OPIOIDS:
--Avoid

APAP:
--Pt declines

NSAIDs:
--Pt declines

MUSCLE RELAXANTS:
--Deferred

TCAs:
--Defer to MH

SNRIs:
--Defer to MH

ANTICONVULSANTS:
--START gabapentin 300mg QHS

TOPICALS:
--Continue menthol m-salicylate daily PRN to low back
--Continue lidocaine 5% ointment daily PRN to low back
--Continue diclofenac gel 1% daily PRN to low back

MISC:
--Prosthetics consult for heating pad and replacement TENS

This patient was referred to the CPCC by the patient's PCP. PCP will be alerted
to this note for continuity of care.

Education: Pt was informed of the indication, directions and SE of their pain medications.  Pt expressed understanding of the instructions provided, agrees w/ our plan of care and will call in the event of any medication related problem.

Contact time for this visit was 60 minutes.

_____

/es/ Allie Schroeder, Pharm.D., BCPS
Pharmacist - Pain Management
Signed: 07/16/2020 16:19

Receipt Acknowledged By:
07/16/2020 16:38        /es/ GABRIELLE E MYKONIATIS, MD
                Staff Primary Care Physician

| | |
|---|---|
| Date/Time: | 15 Jul 2020 @ 1600 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 16 Jul 2020 @ 1502 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 15, 2020@16:00   ENTRY DATE: JUL 16, 2020@14:56:52
   AUTHOR: VALDIVIEZO,SONIA   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Diagnosis: PTSD, Psychosis, Depression
Duration of call:  27 min.
Treatment Provided: Telephone Contact

Returned call from Zina Badri (216-469-9599), Veteran's attorney, at his
request
with signed release.

Discussed veteran's eviction legal process and need for a letter to support
his
reasonable accommodation request

Discussed possibility of attaining a service animal to support his recovery.

Discussed whether option to enrol for MHICM to enable higher level of care.

Provided information regarding veteran's diagnosis and how symptoms can
impacct
his overall functioning.  I drafted a letter for veteran to pick up at the

office during normal business hours tomorrow.  Notified veteran of this via telephone, and veteran agreed.

Plan: Continue treatment per plan.


/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 07/16/2020 15:02

| | |
|---|---|
| Date/Time: | 14 Jul 2020 @ 0937 |
| Note Title: | MH MEDICATION MANAGEMENT NOTE (VVC) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 14 Jul 2020 @ 1315 |

Note

 LOCAL TITLE: MH MEDICATION MANAGEMENT NOTE (VVC)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JUL 14, 2020@09:37    ENTRY DATE: JUL 14, 2020@09:37:36
   AUTHOR: HEERMANN,CHANEL M   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

VA VIDEOCONNECT (VVC) VISIT NOTE

Location:  This writer conducted session via Videoconference-To-Home delivered via VA VideoConnect program, using encrypted Video-on-Demand technology.

Clinician located at: VA-RMR MH Clinic VA-RMR
Veteran located at address below.

LOCAL EMERGENCY NUMBER, AVAILABLE CONTACTS, OTHER INFORMATION:
 Veteran Email Address: in CPRS
 (Leave blank if address above is correct):
 Address of patient during this session:
 Current listed address in CPRS:
     CHADWICK HEATH JORDAN
     1135 N BROADWAY STE 312
     DENVER, COLORADO  80203

If above address is not correct, please enter it here :


Emergency numbers for that address:
Veteran Contact Numbers:
 Listed cell phone: UNKNOWN
 Listed regular telephone number: 720-276-5377

Enter telephone number below if above numbers are not correct
(Leave blank if numbers above are correct):
(Type NA if the telephone numbers above are correct.)
Landline: 720-318-3014

Veteran Emergency Contact Information:
(Including Name, Phone, Work Phone, Relationship to patient)

Next of Kin
      Primary NOK: JORDAN,GWEN              Relation: MOTHER
                8853 COLORADO BLVD        Phone: 303 286 1997
                THORNTON, COLORADO  80229
      Secondary NOK: NONE,                Relation: <not given>
                <street address not available>   Phone:
Emergency Contact
      Name:        JORDAN,GWEN
      Phone:       303 286 1997
      Relationship: MOTHER

Additional emergency contact information (Leave blank if above is correct):

VA Emergency Numbers
  1) e911: 267-908-6605
  2) VAMC-RMR Police: 720-723-5800 (Internal Extension 15800)
  3) Suicide Prevention Team/ Coordinators
     RMR: 720-723-7350 (Internal Extension 17350)
     COS: 719-553-1093
  4) National Telehealth Help Desk: 866-651-3180
  5) Veterans Crisis Hotline: 800-273-8255 [1-800-273-TALK]

Names of any other individuals present at veteran home/location
during this session.  None

Contact information for any other individuals present at home/location
during the session:

CONNECTIVITY AND PRIVACY:
VETERANS TABLET ID (Put NA if using veterans personal equipment):  NA
WAS PRIVACY ENSURED?
  Provider used private office: Yes
  Veteran connected from private home. Yes
  Veteran connected from another private location. (If yes, please specify)
N/A

Veteran attempted to connect with provider via their preferred device, and was
able to create an acceptable-quality audiovisual connection. Yes

Connectivity comments - Optional (including connection quality, login issues,
phone usage for audio, etc.):

MENTAL HEALTH PRESCRIBER NOTE

PT IDENTIFICATION: 38 BLACK OR AFRICAN AMERICAN MALE who is SERVICE CONNECTED % - 90.

CC: "Definitely more stressed out than I need to be."

HPI:  Pt interviewed and chart reviewed.

Sometimes thinks about everyone who would be hurt if he weren't here, but actually in good spirits about things.
Legal issues exacerbate his anxiety.
When goes through tough times, lets you know who your friends are.  Has faith that everything will work out.

Has eviction hearing Friday.  Met with lawyers yd. Talked about avenues like MH reasonable accommodations. They talked to Sonia, too.  Patient is happy team is discussing his case.  Looking for mediation vs. eviction.

Has a bunch of legal cases he needs to work out. Charged him with bias-motivated

crime and another threat and another 2nd degree assault.  Insists he didn't

assault anyone. There was a transient in an alley who attacked with metal stick,

and pt went after him in self-defense.  Dropped it the first time but then they got video.  Says the people in the tent city or approaching him to wash window he doesn't like it.  Insists the man had a weapon he hit pt in jaw, though did
not get medical care.  "I made sure he wasn't going to be able to get up and hit
me again."  This is the incident with the bloody bat.
Looking forward to telling his side of the story.

Mood is "inspired by things like this." Feels he's back to where he was before.
More guarded on who he's dealing.
Anger has been "enraged" but controlled rage and using it "as an inspiring rage
to channel the energy to do something."

Anxiety has been "pretty tense".

Current neurovegetative sx:
Sleep is poor lately.  In a relationship, which helps - has a girlfriend now, together 2-3 weeks, has known from before.
Energy has been good until 2 days ago, but was worried about court.   Has moments of good motivation.  Not exercising lately.
Appetite -  Normal.  Weight is stable.

No SI or HI.  Had some PSI when down but uses self-talk to cope.

**CONFIDENTIAL**

General medical concerns:
Physically feeling good.
Updated med list.
Was taking Seroquel every night for awhile.  Not anymore.
Discussed need to change medication. Feels people justify our racist history by
pointing fingers at him.  Feels we have to believe he's in the wrong.
Validated
trauma from racism.

Has been participating in protests and speaking at them against.  Helped him
find his peace. Realizes a lot of people going through what he is.

Psychosis: Denies voices.  Hears them mumbling "evil things" under
their breath,
or laughing when he was walking to elevator, jokes "about me being a big
deal.
Heard neighbors saying they were celebrating when he got arrested.  GF with him
at the time, and she said they were just making fun of them because they
weren't
getting on elevator with them.
Denies paranoia.  Feels management was staring in his window in mid-June -
called the police. They asked them and denied.
Denies IOR.
From intake:
"When he went to prison was in the hole for 5 years because they said he was
a
threat to inmates and jailers. After that period, had serious issues that took
him few years to get over. Heard things.  Heard a voice he thought was a guy
talking to him in vent in county, but was still there when he left.  Denies it
happens - had to work very hard for this. Has been years.
Significant paranoia. People are surveilling him.  When he caught this case,
gang unit was following him around.  Never in a gang.  Feels they still are.
Easy to spot him.  Can't have nosy neighbors who could hear him. Very few
people
he's comfortable around. Feels the Civil War complicated everything. Feels
it's
a war that will never end."
No h/o IOR.  Had those thoughts (messages through TV) as a kid - feels he went
through a lot.
Told people 10 years ago China and communism were economic threat and they
called him crazy.  Volunteered for Trump campaign and they called him crazy
then. "People are always wrong.""

Seeing Sonia for therapy.

PTSD Symptoms: Trauma hx: "Dad was abusive and veteran.  Witnessed violence

between parents.  No sexual trauma.  "Operation Iraqi Freedom, I got hit by
a
medic with her Humvee, we were on base, and I suffered some injuries and was in
the hospital but I can't remember how long, maybe a day and then they sent

me
home." Reports he tore his back up and he and command had to decide if he would
stay in military or leave.  Peers joked about it.  Wanted to get away from
everybody. Had a master sergeant who said if he got in front of him he'd kill
them and
knew friendly fire was greatest risk of dying."
Current sx: Still ongoing PTSD sx.  Working through it.  7/10 average. Feels
it's under control.

From intake:
"Stiffness in his body reminds him of what happened. Thinks of it all the time.
Intrusive.  Helps when he focuses on somethings else.
Reports NM that vary - sees spine and tendons ripping out of back, altercations
with peers.
Has had FB but not lately.
Feels very isolated.
Avoidance - dislikes people following him closely in car or in person. Will stop

and confront someone if behind him.  Will speed up in car.  Hard to be around people.
Aggressive now when he drives. Scared of being hit.
Anxiety gets triggered by people trying to get close to him.
Easy startle.
Hypervigilant - "it's real weird".  Sits by exits, never by windows.  Helps him
feel better when alone."

SUBSTANCE:
      Nicotine: None
      Caffeine: 2 cups every other day, down from 6-8 cups coffee before.
Alcohol: Doesn't drink.  Quit completely 4-5 mos ago.
"Was drinking daily after military.  No h/o WD.  Maximum 1 pint every other

night. No h/o detox.  2x DUI - military, also 2004."
      Marijuana: Quit completely - last was mos ago.  "Was few times weekly in
past, sometimes every other day because GF and family all smoke.  No past px."
Naloxone rescue kit: low risk

General Medical Concerns: LBP and knee pain. Using TENS unit.
Right foot s/p break - not in pain currently
Head injury: H/o hospitalization for head injury with LOC during MVA in service.
Updated med list.
Medication SE: None noted.

PAST MEDICATION TRIALS:
Risperdal - reports he "grew breasts"
Zoloft 50mg 2016 - never returned for FU

Remeron
Trazodone


MENTAL STATUS EXAMINATION:
ORIENTATION AND CONSCIOUSNESS:  A & O times 4
APPEARANCE AND BEHAVIOR:  Casually dressed. Pleasant and cooperative. Good eye contact.
SPEECH: Fluent, spontaneous. Normal rate and volume. Unusual speech patterns.
MOOD: Mildly anxious and depressed.
AFFECT: Restricted
PSYCHOMOTOR ACTIVITY: No psychomotor retardation or agitation.
PERCEPTUAL DISTURBANCE: No auditory or visual hallucinations.
FORM OF THOUGHT: Mild derailment
THOUGHT CONTENT: Some paranoia based on collateral reports in combination with statements today.
SUICIDAL OR VIOLENT IDEATION: No suicidal or homicidal ideation.
INSIGHT: Poor
JUDGMENT: Fair
COGNITIVE: Grossly intact per interview.
GAIT: ambulates without difficulty


Psychotropic medications reconciled.  Medication orders, including any additions or discontinuations, have been updated as appropriate.
--------------------------------------------------------------------------------

CURRENT MEDICATIONS:



  Active Outpatient Medications           STATUS
=====================================================================
SUMATRIPTAN SUCCINATE 50MG TAB           ACTIVE
    TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE,
    MAY REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN
    200MG PER DAY.

BENZOYL PEROXIDE 5% (WATER BASED) GEL       ACTIVE
    APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN          ACTIVE
    APPLY THIN FILM TO AFFECTED AREA DAILY FOR ACNE

DICLOFENAC NA 1% TOP GEL               ACTIVE
    APPLY 2 GRAMS TO AFFECTED AREA EVERY 8 HOURS AS NEEDED FOR
    PAIN (USE DOSING CARD TO MEASURE DOSE) **DON'T EXCEED 16
    GRAMS DAILY TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
    EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER EXTREMITIES
    - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS DAILY OVER ALL
    JOINTS**

MENTHOL/M-SALICYLATE 10-15% TOP CREAM       ACTIVE

APPLY MODERATE AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS
NEEDED FOR PAIN

TRETINOIN 0.01% TOP GEL                    ACTIVE
    APPLY SMALL AMOUNT AFFECTED AREA DAILY AS DIRECTED FOR ACNE

LIDOCAINE 5% OINT                    ACTIVE
    APPLY THIN FILM TO AFFECTED AREA ONCE A DAY AS NEEDED FOR
    PAIN


Active Outpatient Medications (including Supplies):

    Active Outpatient Medications                    Status
=====================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
    AFFECTED AREA DAILY FOR ACNE
3)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED     ACTIVE
    AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
    CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
    TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
    EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
    EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
    DAILY OVER ALL JOINTS**
4)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA     ACTIVE
    ONCE A DAY AS NEEDED FOR PAIN
5)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
    AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
    FOR PAIN
6)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
    MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
    DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
    PER DAY.
7)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
    AREA DAILY AS DIRECTED FOR ACNE

ACTIVE REMOTE MEDS:
No Active Remote Medications for this patient

NON VA MEDS:
    No Non-VA Meds Extracted

ALLERGIES:
Patient has answered NKA

ACTIVE PROBLEMS from CPRS reviewed as part of medical history:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)

**CONFIDENTIAL**

2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

VITAL SIGNS:
        Temp: 98.2 F [36.8 C] (06/22/2020 22:33)
        BP:   127/84 (06/22/2020 22:33)
        Pulse:77 (06/22/2020 22:33)
        Respiration:  16 (06/22/2020 22:33)
        Weight: 195.8 lb [89.0 kg] (11/20/2019 08:57)
        BODY MASS INDEX - 28.2 (NOV 20, 2019@08:57:52)

LABS:
Metabolic:

        No GLUCOSE in the last 1Y
        No A1C HEMOGLOBIN (DVAMC) in the last 1Y

        No CHOLESTEROL in the last 1Y
        No TRIGLYCERIDE in the last 1Y

CBC:
        No WBC in the last 1Y
        No RBC in the last 1Y
        No HGB in the last 1Y
        No HCT in the last 1Y
        No MCV in the last 1Y
        No PLATELETS in the last 1Y

Chemistry:
        No TSH in the last 1Y
        No Creatinine Serum Result in the last 1Y

        SODIUM - NONE FOUND
        POTASSIUM - NONE FOUND
        CHLORIDE - NONE FOUND

JORDAN, CHADWICK HEATH                   **CONFIDENTIAL**                   Page 245 of 667

CO2 - NONE FOUND

LFTs:

SGOT - NONE FOUND
SGPT - NONE FOUND

Toxicology screen:
CANNABINOIDS - NONE FOUND
COCAINE - NONE FOUND
AMPHETAMINES - NONE FOUND
No OPIATES in the last 1Y
BENZODIAZEPINES - NONE FOUND

Therapeutic Blood Levels:

Lithium:              No LITHIUM LEVEL in the last 6M
VPA:                  No VALPROIC ACID in the last 6M
Carbamazepine:       No CARBAMAZEPINE in the last 6

-------------------------------------------------------------------------------

CLINICAL REMINDERS: insufficient time to complete

DIAGNOSIS: (Based on DSM 5 criteria)
1.      Major Depression, recurrent, remission
2.      Psychosis NOS
3.      Other specified anxiety d/o
4.      R/O GAD
5.      R/O PTSD
6.      Cannabis use disorder - early remission
7.      Alcohol use disorder - early remission
8.      Cluster B anti-social personality traits, R/O disorder
See problem list above for medical diagnoses

ASSESSMENT:
This patient is a 37yo single African-American male who lives alone, prior
homeless, no kids, unemployed from prior finance work related to expulsions from

school, now facing multiple legal charges related to alleged violent behavior,
as well as facing eviction due to conflict with other residents and staff.

Admits to irritability/rage that he is trying to reframe positively, as well as
some sporadic PSI that could indicate depression, though denies.  Also reports
significant anxiety recently.  He denies positive psychotic sx, but his reports
of hearing others mumbling at him or laughing at him are not clearly reality-
based.  Denies paranoia though his report of various interpersonal interactions,

when taken with reports of collateral sources, seem to indicate at least some

**CONFIDENTIAL**

paranoia at present.  He also reports missing Seroquel for a few days, though
very likely may have been longer based on collateral data.  Feel this patient
may be a good candidate for LAI in order to maintain function in the community.
Thought disorganization ongoing with baseline odd speech patterns.

From prior:
He reports recent serious bout of depression as well as recent sx consistent
with hypomania - getting very little sleep, feeling energized, with euphoric
mood.  He reports some anxiety sx consistent with possible PTSD from childhood
abuse/witnessed violence and MVA while in military.  Notably, this dx has not be

noted previously by his many years of other providers, so cannot rule out
secondary gain, especially given atypical nature of his reported symptoms (i.e.
supposed NM of seeing his own back muscles rip out, which clearly does not
represent a real aspect of his traumatic event). He also reports anxiety sx
consistent with possible GAD - will con't prior specified anxiety dx for
now,
given issues with accuracy of history. He also reports a remote h/o psychotic
sx, such as AH, though has significant
paranoia currently that is difficult to parse from a trauma-related sx.  Also,
affect is somewhat restricted/odd today, so cannot rule out that these symptoms
are still an active concern that is being minimized today. Presentation
complicated by h/o heavy alcohol and cannabis use at various
points in the past, now sober, though length of sobriety is difficult to
determine based on self-report.
Significantly vague, evasive history given today that is clearly presented with
an eye to social acceptability/positive spin, repeatedly denying symptoms or
events (i.e. alcohol/drug issues, prior arrests) unless directly confronted with

information already documented in chart.  Prior concern for possible ASPD
consistent with presentation today, including childhood fire-setting,
significant violence hx (100+ fights, including serious injuries likely
requiring hospitalization such as broken bones) though has avoided assault
charges so far, alleged threats x2 against school staff resulting in expulsion
(suing school currently).

No h/o self-harm or suicide attempts.  Significant h/o violence with multiple
serious assaults and alleged threats by school, as detailed above, in addition
to an incident with a homeless person that he states hit him with a metal stick,

which he responded to with a baseball bat, with the intention to ensure the man
would not be able to get back up and harm him.  Safe and stable for outpatient
management at this time based on his report; however, accuracy of report is in
question, and may need referral to higher level of care if these symptoms recur
or worsen.


PLAN:
    PSYCHIATRIC PROBLEM LIST AND PLAN:
1.      Mood; DC Seroquel and switch to Invega 6mg po, with plan to switch to
LAI if tolerated, to treat psychosis, mood stability, anxiety, and sleep. Could
consider SNRI in future given chronic pain.

2.      Trauma: Strongly encourage con't psychotherapy with Ms. Valdiviezo.
3.      Anxiety:  As above.
4.      Insomnia: Variable - monitor.
5.      Substance Use: Referral to SUD services deferred - monitor.
6.      Psychosis:  Seroquel as above.
7.      Nutrition:  Will discuss further at future visits. Encourage con't exercise.
8.      Housing:  Will collaborate with HUD-VASH and legal teams re: maximizing potential for appropriate placement.
9.      Legal Issues:  Veteran justice team already involved - con't.
8.      Medical Issues: Continue routine lab monitors and regular check-ups with

PCP.
9.      Supportive psychotherapy:  Discussed coping skills and concerns expressed by various team members.

1. MEDICATIONS: as above
Discussed options including no changes.
Change current psychiatric medications: Reviewed SE, risks, and possible benefits of tx with above-named medication(s).
Veteran has decisional capacity, verbalized an understanding of, and agreement with this plan. A medication handout will be provided when veteran receives the medication from the pharmacy.

Understands and agrees to the following:
o       No drugs or alcohol with medications.
o       Take medications only as directed.
o       Do not drive if sedated or impaired.
o       Follow up with appointments, call to make appointment sooner if needed.
o       Crisis services reviewed with client, will obtain services if needed.
o       Follow up with PCP for any medical concerns.
o       Patient agrees to this disposition and verbalizes understanding of the consequences associated with the failure to follow through on treatment recommendation.

2. LABS/OTHER TESTS: as above

3. REFERRALS: as above

4. SAFETY:  Risk assessment:
Risk Factors: poor insight, gender, probable psychosis, h/o SI, h/o assaults/threats, lives alone/homeless hx
Protective Factors: no active SI, no HI, intelligent, engaged in care
Given the above, veteran is felt to be at low risk for imminent danger to self or others at this time.

5. FOLLOW-UP: RTC in 4-6 wks, sooner PRN.

Time with patient: 35 Min

Treatment provided:  medication mngt + therapy

CONSENT/TREATMENT PLAN: Patient and/or caregiver has decisional capacity and indicates readiness to learn, verbalizes understanding, agreement and satisfaction with the treatment plan, including medications.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 07/14/2020 13:15

Receipt Acknowledged By:
07/14/2020 14:13    /es/ JAMES C TUKA
           MSW (HUD-VASH Case Manager)
07/15/2020 12:00    /es/ Sonia Valdiviezo, LCSW
           LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 13 Jul 2020 @ 1422 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 13 Jul 2020 @ 1431 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JUL 13, 2020@14:22   ENTRY DATE: JUL 13, 2020@14:22:04
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
  URGENCY:           STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 10 minutes
Treatment Provided: Case Management
Plan: Continue Veterans Treatment Court (Phase III)

D: On this date, the veteran's case was reviewed with the Denver County Veterans
Treatment Court (VTC) staff via CISCO WebEx (due to pause in normal VTC docket, as the result of COVID-19 precautions). After receiving an update from the veteran's probation officer (Mr. Donta McNeil), the veteran participates in the
call-in line with VTC staff. He is appropriately participative.

In recent weeks the veteran has accrued new charges in Denver, the severity of which exceed the VTC's eligibility requirements. Thus, his current VTC case will
be transferred to district court (and heard on 7/22 and 8/13). The veteran understands that in the interim he should remain in contact with his probation

officer and plans to do so.

A: No endorsed safety concerns during today's phone check-in. Veteran presents
as calm, collected, and present and verbalizes his appreciation for his probation officer.

P: Continued VTC participation not anticipated, although the veteran may provide

an update after 8/13 for final closure. VJO staff are available to supply assistance to veteran as needed. Adding VASH CM for awareness only.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 07/13/2020 14:31

| | |
|---|---|
| Date/Time: | 10 Jul 2020 @ 1448 |
| Note Title: | MH TREATMENT PLAN |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 10 Jul 2020 @ 1456 |

Note

 LOCAL TITLE: MH TREATMENT PLAN
STANDARD TITLE: MENTAL HEALTH TREATMENT PLAN NOTE
DATE OF NOTE: JUL 10, 2020@14:48    ENTRY DATE: JUL 10, 2020@14:56:29
    AUTHOR: TUKA,JAMES C       EXP COSIGNER:
    URGENCY:                 STATUS: COMPLETED

DATE/TIME PATIENT ENTERED TREATMENT: 07/10/2020 1:05:00 PM
MH TREATMENT PLAN (T) - 10 Jul, 2020 @ 02:48 PM
Visit Date:  10 Jul, 2020 @ 13:05 - DEN PHONE HUD-VASH

TREATMENT PLAN TYPE: Update

PRIMARY CLINIC OR PROGRAM: HUD-VASH

CLINICS OR PROGRAMS:
HUD-VASH

MH TREATMENT COORDINATOR: TUKA,JAMES C / RMR MENTAL HEALTH HUD-VASH

TEAM MEMBERS:
TUKA,JAMES C: SOCIAL WORKER

PATIENT'S STRENGTHS/ABILITIES:
Insightful

Social support
Sense of purpose
Interested in vocational development
Employed or has income/benefits
Has supportive family and/or friends
Education
Intelligence
Secure Housing
Resiliency
Knowledge

PATIENT'S BARRIERS TO CARE:
Substance abuse/dependence
Chronic psychiatric symptoms

INTERDISCIPLINARY INTEGRATED SUMMARY:
Different treatment options, including evidence-based interventions,
were considered. Date discussed::
7/10/20
motivational interviewing
housing first

Date and Duration (in min.) of current visit::
7/10/20
11 min

Procedure code::
98967 (tel. call)


PATIENT PARTICIPATION IN TREATMENT PLANNING:
MET WITH PROVIDER.
PATIENT AGREED TO PLAN (draft) DISCUSSED.

FAMILY PARTICIPATION IN TREATMENT PLANNING:
PATIENT'S FAMILY NOT AVAILABLE.

MENTAL HEALTH DIAGNOSES AND RELEVANT MEDICAL CONDITIONS:
Alcohol abuse (SCT 15167005)

Cannabis abuse (SCT 37344009)

Depressive disorder (SCT 35489007)

Mood disorder (SCT 46206005)

Major depressive disorder (SCT 370143000)

Anxiety disorder (SCT 197480006)

MEDICATIONS:
BENZOYL PEROXIDE 5% (WATER BASED) GEL -  Sig: APPLY SMALL AMOUNT

**CONFIDENTIAL**

AFFECTED AREA TWICE A DAY FOR ACNE - Outpatient - Status: ACTIVE - Refills: 0 - Issued: 04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

CLINDAMYCIN PHOSPHATE 1% TOP SOLN -  Sig: APPLY THIN FILM TO AFFECTED AREA DAILY - Outpatient - Status: ACTIVE - Refills: 0 - Issued: 04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

LIDOCAINE 5% OINT -  Sig: APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 6 HOURS AS NEEDED FOR BACK  - Outpatient - Status: ACTIVE - Refills: 0 - Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires: 12/28/2019

METHOCARBAMOL 500MG TAB -  Sig: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR BACK MUSCLE  - Outpatient - Status: ACTIVE - Refills: 0 - Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires: 12/28/2019

SUMATRIPTAN SUCCINATE 50MG TAB -  Sig: TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT  - Outpatient - Status: ACTIVE - Refills: 2 - Issued: 11/20/2019 - Last filled: 11/21/2019 - Expires: 11/20/2020

TRETINOIN 0.01% TOP GEL -  Sig: APPLY SMALL AMOUNT AFFECTED AREA DAILY FOR ACNE - Outpatient - Status: ACTIVE - Refills: 0 - Issued: 04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

TREATMENT PLAN:

PROBLEM: Problem #1: Veteran stated, " I am impatient in
     relationships with others."
  GOAL: Goal #1: Veteran stated, " "I need to learn how to be
      more patient with others in relationship with me.""
  OBJECTIVE: Objective #1: "I will build a better relationship with
      god and have more faith in people and in myself." .
      Progress will be measured through veteran self report
      INTERVENTION: [CASE MANAGEMENT] Case management services will be
          provided by HUD-VASH to support veteran in making
          progress towards this goal and objective. Provider
          Type: Social Worker Name: TUKA,JAMES C One time(s) per
          Month for 6 months

UPDATED/RESOLVED/INACTIVATED PROBLEMS & COMMENTS:

ACTIVE PROBLEM: Problem #1: Veteran stated, " I am impatient in
          relationships with others."
          Comments: Veteran continues to see this as a problem but sees
              some progress in that he reports being in a new
              relationship.
              07/10/2020
              (by TUKA,JAMES C)
  ACTIVE GOAL: Goal #1: Veteran stated, " "I need to learn how to be
          more patient with others in relationship with me.""

Comments: Veteran continues to have this as a
goal and sees room for improvement.
07/10/2020
(by TUKA,JAMES C)
ACTIVE OBJECTIVE: Objective #1: "I will build a better relationship with
god and have more faith in people and in myself." .
Progress will be measured through veteran self report
Comments: Veteran sees this as an ongoing objective
and notes that he has a new relationship
which may be a sign of some progress.
07/10/2020
(by TUKA,JAMES C)


PLAN RENEWAL DATE: 01/10/2021

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 07/10/2020 14:56

| | |
|---|---|
| Date/Time: | 10 Jul 2020 @ 1419 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 10 Jul 2020 @ 1430 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 10, 2020@14:19   ENTRY DATE: JUL 10, 2020@14:19:45
   AUTHOR: TUKA,JAMES C      EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 11 min

Procedure: Writer received callback from veteran.  Veteran reports he remains
in his current apartment while court eviction hearing is scheduled for July
17.  Veteran is working with a CO Legal Services attorney in this case and
veteran states he will "fight the eviction."  Veteran also shared that
he is
submitting a Reasonable Accommodation request to DHA regarding his desire to
keep his DHA voucher even if he must leave his unit in under a year of
tenancy and also regarding possibly being allowed to rent a larger unit and
to have a service animal.  Veteran states that his criminal court cases are

all still pending and veteran is unsure what the outcome of those cases will be. Veteran states he is now in a relationship with a woman and he is considering marriage. Writer and veteran considered current treatment plan items and updated as needed. Veteran asked about the process of adding someone to his voucher, and writer went over general process with veteran for future if needed. Veteran shared that he is currently feeling healthy, has received acupuncture, is not drinking alcohol, and states that he missed a couple of VA appointments he will try to reschedule. Veteran reports he has medication for pain. Writer asked veteran to try to keep writer updated especially regarding his eviction court case so that writer can most effectively assist veteran through possible transition to another home if necessary. Veteran agreed to do so. Writer notes veteran had baseline speech, seemed sober, was polite, calm and pleasant throughout call. No clinical indication of HI/SI present. Veteran's thoughts were normal and linear and veteran's mood was euthymic.

Plan: Veteran to address eviction and criminal court cases. Writer to continue to provide veteran with ongoing supportive case management.

/es/ JAMES C TUKA
MSW (HUD-VASH Case Manager)
Signed: 07/10/2020 14:30

| | |
|---|---|
| Date/Time: | 09 Jul 2020 @ 1541 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 09 Jul 2020 @ 1543 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 09, 2020@15:41    ENTRY DATE: JUL 09, 2020@15:41:22
   AUTHOR: TUKA,JAMES C    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  1 min

Procedure: Writer called veteran to check in and update treatment plan as needed. Veteran did not answer. Writer left voicemail requesting callback from veteran.

Plan: Writer to continue to try to reach veteran.

/es/ JAMES C TUKA

**CONFIDENTIAL**

MSW  (HUD-VASH Case Manager)
Signed: 07/09/2020 15:43

| | |
|---|---|
| Date/Time: | 08 Jul 2020 @ 1356 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 08 Jul 2020 @ 1356 |

Note

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: JUL 08, 2020@13:56    ENTRY DATE: JUL 08, 2020@13:56:25
    AUTHOR: SLOAN,JESSICA H    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 07/08/20 13:00

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call. Will await contact from Mr.
JORDAN. Veteran scheduled with CPCC pharmacy on 7/16/20.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 07/08/2020 13:56

| | |
|---|---|
| Date/Time: | 01 Jul 2020 @ 1543 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HENSZ,MELISSA M |
| Co-signed By: | HENSZ,MELISSA M |
| Date/Time Signed: | 01 Jul 2020 @ 1546 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JUL 01, 2020@15:43    ENTRY DATE: JUL 01, 2020@15:43:52
    AUTHOR: HENSZ,MELISSA M    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

  *** HAS ADMINISTRATIVE NOTE (T) Has ADDENDA ***

HAS Clinic Administration Note
Telephone Note:
Legal sevices is trying to contact veterans provider with the HUD VASH program,
they faxed a ROI to MHC. Zina Badri-216-340-8155 is asking for assistance to
help veteran with housing issue. She states it is urgent. Thank you.

/es/ MELISSA M HENSZ

Signed: 07/01/2020 15:46

Receipt Acknowledged By:
07/01/2020 15:54      /es/ JAMES C TUKA
                 MSW  (HUD-VASH Case Manager)

07/01/2020 ADDENDUM          STATUS: COMPLETED
Thank you.  Ms. Badri  has contacted me.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 07/01/2020 15:55

07/02/2020 ADDENDUM          STATUS: COMPLETED
Received a call from Zina Badri-216-340-8155 asking if we had received the ROI
she faxed.  She re-faxed it and it has been forwarded on to Medical Records.

/es/ KRISTY ALLISON
CONTRACTOR
Signed: 07/02/2020 13:57

| Date/Time: | 01 Jul 2020 @ 1354 |
|---|---|
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 01 Jul 2020 @ 1354 |

Note

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: JUL 01, 2020@13:54    ENTRY DATE: JUL 01, 2020@13:54:14
   AUTHOR: SLOAN,JESSICA H    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 07/01/20 13:00

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call. Will await contact from Mr.

**CONFIDENTIAL**

JORDAN. Veteran scheduled for next CPCC psych class on 7/8/20.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 07/01/2020 13:54

| | |
|---|---|
| Date/Time: | 23 Jun 2020 @ 1156 |
| Note Title: | PSYCHOLOGY TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 23 Jun 2020 @ 1200 |

Note

 LOCAL TITLE: PSYCHOLOGY TELEPHONE CONTACT
STANDARD TITLE: PSYCHOLOGY TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 23, 2020@11:56    ENTRY DATE: JUN 23, 2020@11:56:41
   AUTHOR: SLOAN,JESSICA H     EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

PSYCHOLOGY TELEPHONE NOTE
Time spent: 5 minutes

Writer outreached Veteran because he did not attend CPCC psych classes on 6/16
&
6/23. Veteran apologized for missing groups and reported he had some legal
stressors that came up, but it has been cleared up now. Veteran reported
he'd like
to reschedule missed classes on 7/1 & 7/8. Confirmed dates and times, as well
as
VANTS line contact information. Also confirmed Veteran's upcoming pain
pharmacy
appt.

Plan:
1. Veteran to make-up modules 3 and 4 on 7/1 and 7/8 at 1300. RTC's placed.
2. Veteran scheduled with CPCC pharmacy on 7/16 at 11.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 06/23/2020 12:00

| | |
|---|---|
| Date/Time: | 22 Jun 2020 @ 2306 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | COLVIG,CAMERON H |

| Co-signed By: | COLVIG,CAMERON H |
|---|---|
| Date/Time Signed: | 23 Jun 2020 @ 0028 |

Note

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: JUN 22, 2020@23:06    ENTRY DATE: JUN 22, 2020@23:06:29
   AUTHOR: COLVIG,CAMERON H    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

CHIEF COMPLAINT: foot pain

HPI/ROS:
pt walking today feels he pulled something in his right foot.  no fall. no ankle

roll.  + prior ankle injury to same.  no warmth or skin break.  no calf pain.
pt notes no hardware in the ankle.  no coolness or parasthesias.  no mtp pain or

hx of gout. Pt asks for court note because he missed a court date this am.

All other items in the ROS otherwise negative or at baseline except for that
discussed in above HPI.


PROBLEM LIST:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat
(SNOMED CT
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

```
                              Issue Date
                    Status      Last Fill
   Active Outpatient Medications        Refills    Expiration
=====================================================================
=
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE
Issu:03-16-20
       Qty: 60 for 30 days  Sig: APPLY SMALL   Refills: 1
Last:05-18-20
       AMOUNT AFFECTED AREA TWICE A DAY FOR
Expr:03-17-21
       ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE
Issu:03-16-20
       60 for 30 days  Sig: APPLY THIN FILM   Refills: 1
Last:05-18-20
       TO AFFECTED AREA DAILY FOR ACNE
Expr:03-17-21
3)  DICLOFENAC NA 1% TOP GEL  Qty: 100 for    ACTIVE
Issu:03-16-20
       30 days  Sig: APPLY 2 GRAMS TO        Refills: 1
Last:05-18-20
       AFFECTED AREA EVERY 8 HOURS AS NEEDED
Expr:03-17-21
       FOR PAIN (USE DOSING CARD TO MEASURE
       DOSE) **DON'T EXCEED 16 GRAMS DAILY TO
       ANY JOINT OF THE LOWER EXTREMITIES -
       DON'T EXCEED 8 GRAMS DAILY TO ANY
       JOINT OF THE UPPER EXTREMITIES - DON'T
       EXCEED A TOTAL DOSE OF 32 GRAMS DAILY
       OVER ALL JOINTS**
4)  IBUPROFEN 600MG TAB  Qty: 30 for 10 days  ACTIVE
Issu:05-23-20
       Sig: TAKE ONE TABLET BY MOUTH THREE    Refills: 0
Last:05-23-20
       TIMES A DAY WITH MEALS WITH FOOD OR
Expr:06-22-20
       MILK FOR PAIN/INFLAMMATION
5)  LIDOCAINE 5% OINT  Qty: 105 for 90 days   ACTIVE (S)
Issu:05-01-20
       Sig: APPLY THIN FILM TO AFFECTED AREA  Refills: 2
Last:07-20-20
       ONCE A DAY AS NEEDED FOR PAIN
Expr:05-02-21
6)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM    ACTIVE
Issu:03-16-20
       Qty: 90 for 30 days  Sig: APPLY        Refills: 1
Last:05-18-20
       MODERATE AMOUNT TO AFFECTED AREA THREE
```

**CONFIDENTIAL**

Expr:03-17-21

    TIMES A DAY AS NEEDED FOR PAIN

7)  QUETIAPINE FUMARATE 400MG TAB  Qty: 90   ACTIVE

Issu:06-02-20

    for 90 days  Sig: TAKE ONE TABLET BY    Refills: 1

Last:06-02-20

    MOUTH AT BEDTIME

Expr:06-03-20

8)  SUMATRIPTAN SUCCINATE 50MG TAB  Qty: 9   ACTIVE

Issu:11-20-19

    for 30 days  Sig: TAKE ONE TABLET BY    Refills: 0

Last:01-10-20

    MOUTH ONCE A DAY AS NEEDED FOR

Expr:11-20-20

    MIGRAINE, MAY REPEAT DOSE IN 2 HOURS,

    IF NO RELIEF. NO MORE THAN 200MG PER

    DAY.

9)  TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   ACTIVE

Issu:03-16-20

    days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 1

Last:05-18-20

    AREA DAILY AS DIRECTED FOR ACNE

Expr:03-17-21 No Active Remote Medications for this patient

MEDICATION RECONCILIATION:

  [ ] The medication list above was reviewed with the patient at
    today's visit. I have indicated discrepancies under each
    medication that is not being taken as prescribed. Medication
    orders, including any additions or discontinuations, have been
    updated as appropriate, and the patient now has an accurate
    medication list.

  [ x ] Limited Medication Reconciliation was performed at this visit
    as short term medications were prescribed at this visit.

VITAL SIGNS:

| Measurement DT | BP | PULSE | RESP (L/MIN) | POx (%) | TEMP F(C) |
|---|---|---|---|---|---|
| 06/22/2020 22:33 | 127/84 | 77 | 16 | 96 | |

98.2(36.8) 11/20/19 @ 0857    HEIGHT: 70 WEIGHT - NONE FOUND - 2D

EXAM:

Alert, well nourished, no distress, GCS 15, moves all extremities, speech clear,

breathing comfortably, speaking in full sentences, skin warm and dry, facial
movements are grossly symmetrical, no gross neurologic deficits. No evidence of
any intoxicants on board.

( x ) Right  ( ) Left

No deformity, bruising or swelling

No redness or induration or fluctuance
Nttp 5th metatarsal
NL DP and PT pulses
Stable forefoot
No calcaneal ttp
Cap Refill < 2 seconds
No ulcers or necrosis
No redness or induration
No bony tenderness
Full painless rom
Foot warm and pink
Able to bear weight appropriately
mild medial ligament ttp below malleolus.  ankle stable, intact achilles


DATA:

Impression:

1. Hallux valgus.

2. Mild soft tissue prominence medial to the distal first
metatarsal.

3. No fracture identified.

READING PHYSICIAN: Joseph Haberman, M.D. -1740368695
6/22/2020 23:19 PDT
VHA National Teleradiology Program
877-780-5559 (For Medical Practitioner Use Only)
795 Willow Road, Bldg 334, Suite C210
Menlo Park, CA 94025

Attention Patients / Veterans: If you have questions or concerns
about these test results, please contact your ordering provider
or primary care team.

Primary Diagnostic Code: NO ALERT REQUIRED

Primary Interpreting Staff:
RADIOLOGY,OUTSIDE SERVICE, Staff Physician
/


Facility: ROCKY MOUNTAIN REGIONAL VAMC
=========================================================================

===============================================================
MDM/Clinical Course:  Triage Vitals  and RN note reviewed.
benign exam, no bony tenderness or deformity. benign NV exam.  plan for
scrrening xrays, nsaids, ice, rest.


===============================================================

ASSESSMENT/DIAGNOSIS:

1)foot strain
2)
3)


PLAN:

1)dc with nsaids, pmd fu
2)
3)
Patient was advised to return to the ER for any worsening of his/her condition
or any new concerns. I explained the discharge instructions to the Veteran and
he/she demonstrated appropriate understanding of the instructions and return
precautions.

CONDITION ON DISCHARGE: [ x ]good   [  ]fair   [  ]poor

PATIENT EDUCATION AT DISCHARGE:

 (x ) Discharge instructions discussed with patient and/or caregiver.
     Patient/Caregiver indicates readiness to learn, verbalizes understanding,
     agreemen
t and satisfaction with the treatment plan. Patient/Caregiver
     doesn't have any further questions today.

INSTRUCTIONS FOR FOLLOW UP CARE:
 [ ] See primary care provider
 [ ] No PCP assigned
 [x ] Return to ER if worse
 [ ] OBMT recheck
 [x ] Other: as above
 [ ] Follow up with Ortho
 [ ] Follow up with Neurology
 [ ] Sent straight to Eye Clinic
 [ ] Escorted to the Mental Health Clinic

 DISPOSITION FROM EMERGENCY DEPARTMENT
 [x ] Discharged
 [ ] Inpatient Admission
 [ ] Observation Admission
_____
_____
Patient was seen and evaluated during COVID pandemic. Hx, exam,

**CONFIDENTIAL**

workup and dispo were tempered by considerations of ongoing risk to patient of
in-hospital exposure
to
COVID and risk to staff from ongoing exposure to possible
non-critical COVID patients.

Likewise, all MDM was tempered by verbalized and written administrative
directives to consider PPE limitations and resource utilization as to bed
availability, radiology availability and the limited diagnostic assays for low
acuity or non-emergent patients.

/es/ CAMERON H COLVIG

Signed: 06/23/2020 00:28

| | |
|---|---|
| Date/Time: | 22 Jun 2020 @ 2252 |
| Note Title: | ER NURSE'S NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MERRILL,RONALD B JR |
| Co-signed By: | MERRILL,RONALD B JR |
| Date/Time Signed: | 23 Jun 2020 @ 0043 |

Note

 LOCAL TITLE: ER NURSE'S NOTE
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: JUN 22, 2020@22:52    ENTRY DATE: JUN 22, 2020@22:52:20
    AUTHOR: MERRILL,RONALD B JR  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

2252 - Amb to room 10 - pt request for note due to missing court. Waiting
provider.

2259 - MD at bedside.

2305 - imaging called for XR

2343 - Pt to radiology via wheelchair with tech.

0035 - Dr. Batizy to bedside for result review and DCI

0040 - Post op shoe to RLE - pt amb out of dept without difficulty.

/es/ Ronald B Merrill Jr, RN
RN
Signed: 06/23/2020 00:43

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 22 Jun 2020 @ 2234 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | NEWBERRY,DUSTIN K |
| Co-signed By: | NEWBERRY,DUSTIN K |
| Date/Time Signed: | 22 Jun 2020 @ 2235 |

Note

LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: JUN 22, 2020@22:34     ENTRY DATE: JUN 22, 2020@22:34:14
    AUTHOR: NEWBERRY,DUSTIN K    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Emergency Department Triage
Patient age:38     Sex: MALE
On arrival patient was: AMBULATORY
Patient phone number: PATIENT PHONE
Allergies: Patient has answered NKA
Subjective/Objective/Chief Complaint:
"I pulled a muscle in my right foot and I also missed a mandated court
appt  today so I need an excuse for that." CAOx4, ambulatory with steady
gait
Fall Risk Assessment-- MORSE FALL SCALE with Interventions --
 HISTORY OF FALL WITHIN LAST 3 MONTHS? 0 No Patient last had a fall on:
 Elicit Veteran's perception of the cause of this (most recent) fall(s):

 SECONDARY DIAGNOSIS(defined as 2 or more diagnoses and/or polypharmacy)?
 0 No There  been medication changes.

 AMBULATORY AID IN USE?  0 None/Bedrest/Nurse Assist

 Which ambulatory aid is used:

 IV CONTINUOUS/BOLUS?  0 No

 GAIT/TRANSFER METHOD?  0 Normal/BR/Wheelchair

 MENTAL STATUS?  0 Oriented to own ability

 Total Morse Score: 0

 Total Fall Risk is low if Morse is <45

 Total Fall Risk score is high if Morse is 45 or greater

 High Fall Risk Goal: The Veteran will remain free of injuries related to

falls.

Vital Signs:

| Measurement DT | BP | PULSE | RESP (L/MIN) | POx (%) | TEMP F(C) |
|---|---|---|---|---|---|
| 06/22/2020 22:33 | 127/84 | 77 | 16 | 96 | 98.2(36.8) |

11/20/19 @ 0857    HEIGHT: 70 WEIGHT - NONE FOUND - 2D

Current Medications:
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| ================================================================= | |
| 1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE | ACTIVE |
| 2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO AFFECTED AREA DAILY FOR ACNE | ACTIVE |
| 3)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS DAILY OVER ALL JOINTS** | ACTIVE |
| 4)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR PAIN/INFLAMMATION | ACTIVE |
| 5)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA ONCE A DAY AS NEEDED FOR PAIN | ACTIVE (S) |
| 6)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED FOR PAIN | ACTIVE |
| 7)  QUETIAPINE FUMARATE 400MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME | ACTIVE |
| 8)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG PER DAY. | ACTIVE |
| 9)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED AREA DAILY AS DIRECTED FOR ACNE | ACTIVE |

Current Problems: ACTIVE PROBLEMS

Suicide Screen:
Columbia Suicide Severity Rating Scale (C-SSRS) screener
 1. Over the past month, have you wished you were dead or wished you
 could go to sleep and not wake up?
 No

 2. Over the past month, have you had any actual thoughts of killing
 yourself?

No

3. Over the past month, have you been thinking about how you might do this?
Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.


Coronavirus Disease 2019 (COVID-19) Screen
The patient reports that they have not been diagnosed with COVID-19.
The patient reports that they are not waiting for the results of a COVID-19 lab test.
The patient reports that they do not have a fever.
The patient reports that they do not have a new or worsening cough or shortness of breath.
The patient reports they do not have any cold or flu-like symptoms.
The patient reports they do not have any new onset of diarrhea.

Result:
Screen is negative.
Emergency Severity Index (ESI) level
Level 4

/es/ DUSTIN K NEWBERRY
RN, BSN
Signed: 06/22/2020 22:35

| Date/Time: | 22 Jun 2020 @ 1718 |
| --- | --- |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |

| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 22 Jun 2020 @ 1728 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 22, 2020@17:18   ENTRY DATE: JUN 22, 2020@17:19:03
   AUTHOR: TUKA,JAMES C      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 23 min

Procedure:  Writer called veteran back and reached veteran after veteran had
called earlier.  Writer asked veteran if he had received any news regarding his
housing. Veteran states that he received a notice "from the sheriff"
today
indicating that he has court regarding eviction on June 29 in Denver. Veteran
plans to go to court.  Veteran added that he has not submitted to DHA reasonable

accommodation paperwork.  Veteran reports he has been in contact with an
attorney and plans to try to avoid eviction at court.  Writer asked about status

about possible other court dates veteran might have related to his recent arrest

and a reported altercation earlier in the spring. Veteran indicated he does have

court again for one of the cases.  Writer asked veteran to keep writer posted
regarding his upcoming eviction court case and veteran agreed to do so.  Call
ended normally. Veteran's mood was euthymic and veteran laughed at times
during
call.  Veteran's thoughts were normal and mostly linear.  Veteran's
speech
baseline.  No clinical indication of HI/SI present.

Plan: Veteran to go to court on June 29 regarding possible eviction.  Writer and

veteran to remain in contact as veteran faces probable transition regarding
housing with some uncertainties including upcoming court, possible RA,  and
possible loss of DHA voucher (if veteran vacates unit without having been in
unit a year).

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/22/2020 17:28

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 22 Jun 2020 @ 1601 |
| Note Title: | TELEPHONE CONTACT NO ENCOUNTER REQUIRED |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HERNANDEZ,MARK A |
| Co-signed By: | HERNANDEZ,MARK A |
| Date/Time Signed: | 22 Jun 2020 @ 1604 |

Note

LOCAL TITLE: TELEPHONE CONTACT NO ENCOUNTER REQUIRED
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 22, 2020@16:01:43  ENTRY DATE: JUN 22, 2020@16:04:50
    AUTHOR: HERNANDEZ,MARK A     EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

PCMM Provider Info:
LOCAL - ROCKY MOUNTAIN REGIONAL VAMC (554)
 PACT: No Local PACT Assigned.
 MH: RMR MENTAL HEALTH HUD-VASH
  (mhtc) Social Worker || Tuka,James C || PHONE:(303) 294-5600

LOCAL - DENVER VA DOMICILLIARY (554A5) || DENVER VA CLINIC (9TH AVE) (554GJ)
 PACT: DEN PACT MD 07 *WH* (Focus: Primary Care Only)
 Designated Wh Pcp:      Mykoniatis,Gabrielle E || PHONE:2839
 Care Manager:         Chan,Julanie F || PHONE:4438
 Clinical Associate:      Lee,Pamela L || PHONE:2138
 Administrative Associate:  Wilson,Lodon Kasem || PHONE:(303) 399-8020
 PACT Clinical Pharmacist:  Navy,Hilary || PHONE:719-227-4078
 Surrogate Care Manager:   Petersen,Daniel J || PHONE:3194
 Clinical POC:         Care Manager || Chan,Julanie F || PHONE:4438
 Administrative POC:      Administrative Associate || Wilson,Lodon Kasem ||
PHONE:(303) 399-8020

HEALTH CARE PROVIDER called in for JORDAN,CHADWICK HEATH (243399084) Phone: 720-276-5377.

The following identifiers were used to verify this patient:  DOB. SSN.

Contact Phone Number: 720-276-5377

Patient's Email Address: PRINCEOFWADESBORO@GMAIL.COM

Caller Area: 19-*DENVER CBOC

Type of call: ** ECHCS TRIAGE RN.

Caller Response: *OTHER

Class Code: Other specified counseling.

Chief Complaint: Not applicable to call.

Nurse Notes:
Sam with Eye vision optional ( eye glass vendor, p= 303-534-8811 and fax = 303-825-0109) calls to report veteran broke the arm of his prescription glasses and will need a whole new frame. Sam reports they have done work thru VA prosthetics, but reports they will need consult placed by PCP.

Author: HERNANDEZ,MARK A

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 06/22/2020 @ 4:01:43 PM
Ending at: 06/22/2020 @ 4:04:38 PM
Length: 2 minutes.


/es/ MARK A HERNANDEZ
RN, CALL CENTER
Signed: 06/22/2020 16:04

Receipt Acknowledged By:
06/23/2020 10:09     /es/ GABRIELLE E MYKONIATIS, MD
              Staff Primary Care Physician
06/23/2020 08:56     /es/ DANIEL J PETERSEN
              RN
              for JULANIE F CHAN

| Date/Time: | 22 Jun 2020 @ 1400 |
|---|---|
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 23 Jun 2020 @ 0954 |

Note


 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JUN 22, 2020@14:00    ENTRY DATE: JUN 23, 2020@09:45:37
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
   URGENCY:             STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 10 minutes
Treatment Provided: Case Management
Plan: Continue Veterans Treatment Court

D: On this date, the veteran's case was reviewed with the Denver County

Veterans Treatment Court (VTC) staff via CISCO WebEx (due to pause in normal VTC docket, as the result of COVID-19 precautions). After receiving an update from the veteran's probation officer (Mr. Donta McNeil), the veteran participates in the call-in line with VTC staff. He is appropriately participative.

The veteran was noted to be in relative compliance with Denver VTC requirements. UAs have have recently resumed; the veteran expresses surprise and evidently was not alerted some 3 weeks ago by his probation of this fact. He is advised that he must submit one today and states he will do so. As a light sanction, he will be required to (virtually) attend tonight's court alumni meeting.

For several recent new legal charges, the veteran expresses a willingness to go to trial over them. In the short-term he is interested in attending tomorrow's MH appt at 1030, to begin anger management groups, and to continue
bettering himself overall. He denies any additional needs at this time.

A: No endorsed safety concerns during today's video (WebEx) check-in. The veteran is encouraged to check-in with this VA staff and other VTC staff as needed; an incentive system is in place to allow the veteran to accrue points towards gift card by fulfilling interim VTC requirement- this is intended to promote pro-social contact pending resumption of in-person docket.

P: Continue attending VTC as required; next on 7/13. VJO staff are available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 06/23/2020 09:54

| | |
|---|---|
| Date/Time: | 18 Jun 2020 @ 1955 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 18 Jun 2020 @ 2013 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 18, 2020@19:55    ENTRY DATE: JUN 18, 2020@19:55:17
   AUTHOR: TUKA,JAMES C      EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 20 min

Procedure:  Writer called and reached veteran.  Veteran shared that "they dropped the charges" and veteran is not sure if any further court hearings will be required of veteran.  Veteran reports also that he went to RMR recently and spoke with a "psychologist" there and gave her a Reasonable Accommodation packet.  Veteran states he may see psychologist again on Monday.  Veteran shared

also that he recently met a woman and is pleased about that. Writer asked and veteran states he has not received any mail regarding possible eviction. Veteran asked if writer informed his property manager about veteran's plan to submit RA to DHA as he had asked, and writer stated that he did and veteran said

"oh good."  Veteran states "I have nothing against office staff."  Veteran thanked writer for support.  Veteran stated that he wants to move out of his unit.  Veteran reports he spoke to someone at CO Legal Services as well. Veteran denies that he received any notices to quit from property manager. Writer reminded veteran that the RA was an option mentioned by DHA technician that may, if approved, allow veteran to vacate his unit before he has been in the unit a full year without penalty or losing his voucher.  At the same time, the RA could take, per DHA technician, 30-45 days, which could be an issue if veteran's property manager has started the eviction process.  Writer repeated that it is important that veteran remain in contact with writer in coming days and weeks so that writer may help coordinate with veteran, property manager, DHA

and potential new landlords.  Also, there is no guarantee that RA will be approved by DHA given reported reasons that veteran was asked to vacate by property manager (though veteran denies getting notices to quit, as mentioned). Writer reminded veteran that it is best if he avoids eviction.  Writer also reminded veteran  that without an approved RA, even if veteran left his unit without getting evicted, there is a possibility, according to DHA technician, that veteran would lose his DHA voucher and, if wanting to seek further hudvash housing, veteran would have to apply for a new voucher, likely with a different housing authority.  Veteran states he understands.  Writer notes veteran sounded

sober, had baseline speech, normal and  mostly linear thoughts, somewhat anxious

mood, and no clinical indication of HI/Si present.

Plan: Veteran to follow up with RA paperwork and submit to DHA if he wishes. Veteran remains in his unit at this time but has expressed a desire to leave the

unit.  Veteran agrees to remain in contact with writer regarding current housing

situation/transition.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/18/2020 20:13

| | |
|---|---|
| Date/Time: | 17 Jun 2020 @ 1537 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 17 Jun 2020 @ 1538 |

**Note**

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 17, 2020@15:37    ENTRY DATE: JUN 17, 2020@15:38:02
    AUTHOR: VALDIVIEZO,SONIA    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis:  PTSD,
Duration of call:  6 min.
Treatment Provided: Telephone Contact

Veteran reports that "I came in because I'm having an emergency.  I
just came to
the walk-in to see someone.  While I'm here I thought I'd leave some
paperwork
that I need you to fill out for me so that it can help me with my housing
reasonable accommodation."

During the call, a provider called Veteran to her office.  He responded
"I'm
talking with Sonia right now, but when I'm done with her I'll come see
you."

I discussed the paperwork, and encouraged him to speak to the provider who is
currently on duty with RAFT-walk-in.

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 06/17/2020 15:38

| | |
|---|---|
| Date/Time: | 17 Jun 2020 @ 1501 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HOWARD,JEWEL L |
| Co-signed By: | HOWARD,JEWEL L |

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time Signed: | 17 Jun 2020 @ 1502 |

**Note**

LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JUN 17, 2020@15:01   ENTRY DATE: JUN 17, 2020@15:01:17
   AUTHOR: HOWARD,JEWEL L     EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

HAS Clinic Administration Note
General information to be passed on to PACT/BHIP:
VETERAN CAME TO CLINIC STATED THAT HE WOULD LIKE TO HAVE A CLL FROM
PROVIDER THAT IS IS AN EMERGENCY. PLEASE REACH OUT TO VETERAN.

/es/ JEWEL L HOWARD

Signed: 06/17/2020 15:02

Receipt Acknowledged By:
06/17/2020 15:13      /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 17 Jun 2020 @ 1500 |
| Note Title: | MH SAME DAY ACCESS |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SOUTH,KELSEY A |
| Co-signed By: | SOUTH,KELSEY A |
| Date/Time Signed: | 18 Jun 2020 @ 0904 |

**Note**

LOCAL TITLE: MH SAME DAY ACCESS
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE
DATE OF NOTE: JUN 17, 2020@15:00   ENTRY DATE: JUN 18, 2020@08:33
   AUTHOR: SOUTH,KELSEY A     EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

MH SAME DAY ACCESS
 Type of interaction:
  Face to Face

 Location where this appointment is being held:
  Rocky Mountain Regional Medical Center

 Have you had an appointment with an ECHCS Mental Health provider in the
 last 2 years?

** Please note: If a Veteran has NOT BEEN seen by an ECHCS provider within the past 2 years, the MH Same Day triage MUST be completed by a LIP within 24 hours of the initial request.**
Yes

Veteran's stated need for mental health treatment is Non-urgent

How can I help you today? (Veteran's stated need for mental health treatment today): veteran states he has had recent legal issues and needs to

get papers to his therapist for her signature.

C-SSRS
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
Yes

2. Over the past month, have you had any actual thoughts of killing yourself?
No

3. Over the past month, have you been thinking about how you might do this?
Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.
Based on the Veteran's responses, the screen is:
Negative

Summary of Contact, including response to Veteran's concerns and questions:

Veteran presented to MH walk in asking to see his therapist, Sonia Valdiviezo, LCSW. It appears veteran was able to speak with his therapist via phone while in the waiting area (see note by Sonia Valdiviezo, LCSW). Writer met

with veteran to assess veteran in-person following his phone conversation with his therapist. Veteran's mood initially appeared irritable though as he began
talking through his difficulties he appeared more calm. Writer provided space for veteran to discuss his frustration and anxiety around his recent arrest. He said he spent a couple of days in jail and the charges against him were dropped,

however he is concerned that the case could be re-started at any time. He said the SWAT team was brought in to arrest him, which he described as traumatic. Writer expressed understanding around veteran's concerns, especially given current sociopolitical context around police treatment of POC. He said he experienced passive SI while he was in jail and denied any active SI, intent or plan during that time. He denied current SI and HI today. He denied any thoughts

of harming property management staff or anyone else, though he expressed concern

that he could respond in self-defense if someone else was to become physical with him. Denied any access to lethal means.

He said he is completing paperwork to leave his current residence and transfer to a new residence as he is experiencing ongoing difficulties with the property management staff. He said he has called the police on the property management staff and they have called the police on him - he did not provide additional details.  He states he is getting assistance from a lawyer and VA housing program. Veteran endorsed anxiety and concern that he is being targeted by property management and said they often seem to be watching him or overly interested in what he is doing.

We discussed how veteran might take care of himself during this time, and especially how he might avoid interactions where his anxiety and frustration with property management could escalate and create additional difficulties for him. He discussed his plan to "lay low," start packing, and focus on the
business he hopes to start in the future. We discussed the idea of not giving the property management company any additional reason to call the police while also acknowledging how unfair this feels to the veteran, as he does not feel his

behavior has warranted intervention from law enfocement.

Plan (Please include recommendations for further evaluation and treatment, and action taken):

- Provided veteran with print out of upcoming appointments

- Encouraged him to visit nearest ER if he experienced increased distress including SI with intent or plan. Veteran amenable to do so.

- Veteran left paperwork for Sonia Valdiviezo, LCSW with front desk staff.

- Veteran did not report any current suicidal and/or homicidal ideations, plan, or intent. No information discussed suggested imminent or acute risk for self-harm or harm to others.

Provided Veteran with emergency contact information for local mental health services and the VA crisis hotline telephone number.
   ** 1-800-273-8255, Press 1 at the prompt

Duration of visit: 50 min

Visit Diagnosis:  Per Dr. Heermann note from 6/2/20

1.   Major Depression, recurrent, remission
2.   Psychosis NOS
3.   Other specified anxiety d/o
4.   R/O GAD
5.   R/O PTSD
6.   Cannabis use disorder - early remission
7.   Alcohol use disorder - early remission
8.   Cluster B anti-social personality traits, R/O disorder

/es/ KELSEY A SOUTH PhD
CLINICAL PSYCHOLOGIST
Signed: 06/18/2020 09:04

Receipt Acknowledged By:
06/18/2020 11:26      /es/ Sonia Valdiviezo, LCSW
              LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 16 Jun 2020 @ 1411 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 16 Jun 2020 @ 1429 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 16, 2020@14:11    ENTRY DATE: JUN 16, 2020@14:11:55
   AUTHOR: TUKA,JAMES C     EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  14 min

Procedure: Writer received call from veteran.  Veteran states he was arrested
and charged with second degree assault Friday, that "court dropped it,"
and that
veteran just was "let out of jail" today.  Veteran is not sure if he
has future
court dates, per veteran. Veteran added that "some crazy dude hit me in the
head
with a stick and I defended myself," and "I will claim self-defense at
court."
Veteran states he spoke with property manager Deena before call to writer and
that he told her he "wishes her no harm."  He states that Deena says
veteran
will be "getting papers in the mail" but veteran does not know exactly
what
papers.  Writer informed veteran that she might be referring to eviction related

court documents given that Deena reported to writer (and asked writer to inform
veteran last week, which writer did) that she was going to contact court to move

forward with eviction following first reported notice to vacate in 3 days from
early June.  Veteran denies receiving any 3 day notices to vacate either from
early June or more recently.  Veteran adds that he doesn't know what he did

wrong.  Veteran believes Deena is "not doing this by the rules."
Veteran states
he "plans to leave" the unit, adding that he wants a place where he can
have a
"big dog."  Veteran reports he spoke to lawyer at CO Legal Services
today.
Veteran states he receives unit keys from Deena and has access to unit again.
Veteran states the "detectives have my truck."  Veteran plans to
contact this
writer  and let writer know if and or when he might be vacating unit and if he
would like to seek alternative housing in HUDVASH if possible.  Writer reminded
veteran that avoiding eviction, if possible, is better than not, especially
related to rehousing veteran in a suitable unit.  Veteran states he plans to
check into Reasonable Accommodation packet he received after contacting his DHA
technician Rachel Ortega and veteran asked writer (which writer has done) to let

Deena know that veteran now plans to look into filing RA.  Also, veteran agrees
to let writer know if he receives any eviction paperwork in the mail.  Call
ended.  Veteran was calm, with linear and normal thoughts, and stable mood
during call. No clinical indication of HI/SI present.

Plan: Writer waiting to hear from veteran regarding plans and possible eviction
paperwork veteran may receive. Writer to assist with RA if pursued with DHA,
although, as writer reminded veteran, the RA could take a month or more to be
processed and acted upon and the RA's purpose may only be to allow veteran
to

end lease and vacate without placing his DHA voucher in jeopardy. Also, if eviction process is already taking place, veteran may be evicted before RA is completed.  (Writer notes veteran continues to deny having received any 3 day notices from Deena, while Deena states she has now given veteran two such notices this month.)

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/16/2020 14:29

| | |
|---|---|
| Date/Time: | 16 Jun 2020 @ 1140 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 16 Jun 2020 @ 1141 |

Note

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: JUN 16, 2020@11:40    ENTRY DATE: JUN 16, 2020@11:40:48
   AUTHOR: SLOAN,JESSICA H     EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 06/16/20 10:30

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call. Will await contact from Mr. JORDAN.

Veteran scheduled for next CPCC psych class on 6/23/20.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 06/16/2020 11:41

| | |
|---|---|
| Date/Time: | 12 Jun 2020 @ 1332 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 12 Jun 2020 @ 1337 |

Note

**CONFIDENTIAL**

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 12, 2020@13:32   ENTRY DATE: JUN 12, 2020@13:32:33
    AUTHOR: TUKA,JAMES C       EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 12 min

Procedure: Veteran called and reported to writer that he "talked to some
lawyers."  Veteran inquired with writer about possibility of continuing to
participate in the hudvash program using a PHA other than DHA, and writer
indicated this is a possibility if veteran is unable to use DHA moving forward
if he leaves or must leave his current unit.  Veteran states a lawyer told
veteran "not to sign anything" until veteran meets with CO Legal
Services.
Veteran states he is calling CO Legal Services and will set up an appointment.
Veteran repeats that he never got a 3 day notice to quit.  Veteran states he now

plans to email his property manager and inform her that he never got such a
notice and go from there.  Veteran states that he also plans to contact his
technician at DHA, Rachel Ortega directly as well.  Call ended.  Writer and
veteran agreed to remain in contact.

Plan: Veteran to contact DHA and his property manager and inform writer about
his plans regarding remaining in or vacating his unit and then possible
rehousing.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/12/2020 13:37

| | |
|---|---|
| Date/Time: | 12 Jun 2020 @ 1128 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 12 Jun 2020 @ 1139 |

Note

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 12, 2020@11:28   ENTRY DATE: JUN 12, 2020@11:28:35
    AUTHOR: TUKA,JAMES C       EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  10 min

Procedure: Writer called and reached veteran.  Veteran states he is "doing good" when asked.  Veteran added that he is working on an election campaign and
has been busy.  Also, veteran reports he had his skateboard stolen and that he has been looking for alternative housing. Writer  informed veteran that writer has had contact with Rachel Ortega, veteran's technician at DHA, to try to learn
what options veteran has regarding staying or leaving his current unit given that property manager, per p.m., posted a 3 day notice to quit around June 5 for

significant violation of lease.  Writer informed veteran that a mutual rescission is not possible through DHA under one year vacancy.  Second, a reasonable accommodation could be pursued but there is "no guarantee", per Ms.
Ortega, that it would be granted to allow veteran to move out of his unit under one year vacancy without jeopardizing his voucher status, and also, an R.A. could take over 30 days before decision is made.  Finally, writer informed veteran that D. McDonald has stated that she is "filing" with the court the
eviction today at noon if veteran does not move out or indicate he is moving out

asap.  Writer informed veteran that rehousing veteran if he has an eviction on his record, will be more difficult.  Writer also informed veteran that, whether he moves out ASAP or stays and gets evicted, if he would like to pursue further hudvash housing it would likely have to be through a PHA other than DHA.  Writer

recommended, all  things considered at this time, that veteran make plans to vacate the unit and keep this writer and property manager informed of plans and progress.   Writer mentioned to veteran that property manager reported to writer

that veteran was seen yesterday by building staff with blood on him and carrying

what looked to be a bat.  Veteran says he did not have blood on him, carried no bat, and did not have police contact yesterday.  Writer asks veteran what he would like to do/what his plans are. Veteran states he might get a lawyer and "fight the eviction." Veteran said he is not sure what he will do and will keep
writer posted.  Veteran then said he has to make a call to lawyer and maybe police and will call writer back "in a minute" and call ended.  Veteran sounded
sober and was calm, with baseline speech, linear and normal thoughts and stable mood.  No clinical indication of HI/SI.  Writer notes that veteran also stated that he wants to leave his current unit and the building given that he believes the staff there are monitoring him too much and want him to move.

Plan: Writer waiting to hear back from veteran. If writer does not hear back, writer to reach out again to veteran.

/es/ JAMES C TUKA

**CONFIDENTIAL**

MSW  (HUD-VASH Case Manager)
Signed: 06/12/2020 11:39

| | |
|---:|:---|
| Date/Time: | 12 Jun 2020 @ 1120 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 12 Jun 2020 @ 1128 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JUN 12, 2020@11:20    ENTRY DATE: JUN 12, 2020@11:21:02
    AUTHOR: TUKA,JAMES C      EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  8 min

Procedure: Writer received an earlier message from property manager D. McDonald
and writer called her back and reached her.  Ms. McDonald reports that yesterday

her staff member heard a crash that sounded like a car accident and after that
the staff member saw veteran in the hallway with blood on him and he was
carrying what looked like a baseball bat.  Ms. McDonald added that the staff
asked veteran if he was ok and he threatened her.  She then called police and
police reportedly arrived later in the evening but Ms. McDonald is not sure of
the outcome.  Writer informed her that a mutual rescission is not available
through DHA given that veteran has not been in unit a year. Also, a reasonable
accommodation, which veteran could choose to request in order to be allowed to
vacate the unit under one year without penalty/negative effect on DHA voucher is

no guarantee and could take 30 or more days.  Finally, writer informed Deena
that DHA informed writer that if veteran vacates his unit asap then he still
would place his voucher in jeopardy and have to reapply or seek another housing
authority for future voucher given that he has not been in unit a year.  Ms.
McDonald states she plans to file the eviction with court at noon today. Call
ended.


Plan: Writer to contact veteran to discuss options and provide veteran with
information provided to writer by DHA regarding voucher.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/12/2020 11:28

| Date/Time: | 10 Jun 2020 @ 1405 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 10 Jun 2020 @ 1413 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 10, 2020@14:05    ENTRY DATE: JUN 10, 2020@14:05:48
   AUTHOR: TUKA,JAMES C      EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 6 min

Procedure: Writer received callback from veteran who shared he was at the
dentist earlier. Writer informed veteran that his property manager would like
him to leave the unit and that she stated to writer that she posted a 3 day
notice to quit for veteran over 3 days ago. At the same time, per D. McDonald
property manager, she is open to signing a mutual rescission with veteran to
vacate if veteran is willing.  Writer also informed veteran that Ms. McDonald
told writer that veteran also received a "felony charge" recently
possibly
related to incident for which she issued 3 day notice to quit.  Veteran states
that he did not receive a 3 day notice and that his legal matters are none of
Ms. McDonald's business.  Veteran states he plans to "file a
lawsuit" against
Ms. McDonald for discrimination.  Veteran agrees to sign a mutual rescission and

is ok with writer telling Ms. McDonald that he is open to this.

Plan: Writer to contact property manager and DHA technician regarding possible
mutual rescission and remain in contact with veteran.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/10/2020 14:13

| Date/Time: | 10 Jun 2020 @ 1225 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |

| Co-signed By: | TUKA,JAMES C |
|---|---|
| Date/Time Signed: | 10 Jun 2020 @ 1227 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 10, 2020@12:25    ENTRY DATE: JUN 10, 2020@12:26:02
    AUTHOR: TUKA,JAMES C       EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 1 min

Procedure: Writer called veteran attempting to reach to discuss current housing
situation. Veteran did not answer, and as writer prepared to leave voicemail
veteran texted saying he is in a meeting and will call writer back.

Plan: Writer to wait for veteran callback.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/10/2020 12:27

| Date/Time: | 10 Jun 2020 @ 1208 |
|---|---|
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | JARMON,DAWN A |
| Co-signed By: | JARMON,DAWN A |
| Date/Time Signed: | 10 Jun 2020 @ 1210 |

**Note**

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JUN 10, 2020@12:08    ENTRY DATE: JUN 10, 2020@12:08:20
    AUTHOR: JARMON,DAWN A       EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

HAS Clinic Administration Note
Telephone Note:
Called pt and informed him about PHONE CPCC PHARM 02 to be scheduled he
agreed to appt. for 7/16@1100. Informed him provider Dr. Allie Schroeder
will call him he stated ok thats fine.

/es/ DAWN A JARMON

JORDAN, CHADWICK HEATH                    **CONFIDENTIAL**                    Page 283 of 667

AMSA
Signed: 06/10/2020 12:10

| | |
|---|---|
| **Date/Time:** | 09 Jun 2020 @ 1314 |
| **Note Title:** | VASH COLLATERAL CONTACT |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | TUKA,JAMES C |
| **Co-signed By:** | TUKA,JAMES C |
| **Date/Time Signed:** | 09 Jun 2020 @ 1347 |

**Note**

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JUN 09, 2020@13:14    ENTRY DATE: JUN 09, 2020@13:14:58
   AUTHOR: TUKA,JAMES C    EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  8 min

Procedure: Writer received a call then called back to veteran's property
manager
D. McDonald.  Ms. McDonald reports that veteran confronted her some weeks ago.
She also reports veteran received a protection order from victim's advocate

office indicating veteran must keep away from the residents veteran allegedly
assaulted.  Ms. McDonald states veteran assaulted some of his neighbors and was
charged with a felony.  She also gave veteran a 3 day notice to quit on June 5.
She reports she received an email from veteran yesterday requesting to talk
about renewal options.  She does not want veteran to be homeless but states he
must move out.  She will offer a mutual rescission and prefers no direct contact

with veteran as he is "kind of threatening" to her.   Writer agreed to
reach out
to veteran to let him know she is offering mutual rescission.  Veteran has DHA
voucher.  She added that if there are any  further issues she will not consider
mutual rescission and move for eviction as veteran has not moved out after three

day notice indicated he must.  Writer agreed to contact veteran and remain in
contact with Ms. McDonald.

Plan: Writer left voicemail with veteran following call with property manager
and will continue to try to reach veteran.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/09/2020 13:47

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 09 Jun 2020 @ 1240 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 09 Jun 2020 @ 1242 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 09, 2020@12:40    ENTRY DATE: JUN 09, 2020@12:40:59
    AUTHOR: TUKA,JAMES C       EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  1-2 min

Procedure: Writer called veteran to speak with veteran about housing issues
reported by property manager. Veteran did not answer. Writer left voicemail
requesting callback.

Plan: Writer to continue to try to reach veteran.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 06/09/2020 12:42

| | |
|---|---|
| Date/Time: | 09 Jun 2020 @ 1141 |
| Note Title: | PAIN GROUP THERAPY |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 09 Jun 2020 @ 1143 |

**Note**

 LOCAL TITLE: PAIN GROUP THERAPY
STANDARD TITLE: PAIN MEDICINE GROUP COUNSELING NOTE
DATE OF NOTE: JUN 09, 2020@11:41    ENTRY DATE: JUN 09, 2020@11:41:57
    AUTHOR: SLOAN,JESSICA H     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Chronic Pain Care Clinic Class

Module: #2, Relaxation
Group members: 8
Facilitator: Jessica Sloan, PhD
Time in Session: 60 min

ID: Mr. CHADWICK HEATH JORDAN is a 38 y/o, NEVER MARRIED, BLACK OR AFRICAN AMERICAN, MALE, 90%SC Veteran of the US Marine Corps (from DEC 29,2000 to JUN 5,2002).

SESSION CONTENT: Veteran was present for Module #2 of the CPCC Pain Group series

(4 week psychoeducational class). Veterans were provided information about the role of sympathetic nervous system arousal and muscle tension in chronic pain. Veterans discussed benefits of relaxation techniques and reviewed examples of relaxation techniques, such as diaphragmatic breathing, PMR, visualization, and autogenic training. Veterans participated in a relaxation exercise. Veterans were provided with educational hand-outs and invited to ask questions as-needed.

Mr. Jordan was alert and attentive. He appeared to be tracking the discussion and had several comments/questions. No urgent/emergent issues were observed or endorsed by Veteran or provider.

DX: Chronic pain

PLAN: Pt to attend module #3 in one week at the same time. RTC placed for pain pharmacy.

Care classes completed: 2

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 06/09/2020 11:43

| | |
|---|---|
| Date/Time: | 03 Jun 2020 @ 0747 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HENSZ,MELISSA M |
| Co-signed By: | HENSZ,MELISSA M |
| Date/Time Signed: | 03 Jun 2020 @ 0748 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JUN 03, 2020@07:47    ENTRY DATE: JUN 03, 2020@07:47:50
    AUTHOR: HENSZ,MELISSA M    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

**CONFIDENTIAL**

HAS Clinic Administration Note
Telephone Note:
Spoke with veteran to inform him of clinic cancellation for RMR PHONE
MHC SW 06 at 6/3/20@0930. Provider will reschedule when she returns.

/es/ MELISSA M HENSZ

Signed: 06/03/2020 07:48

Receipt Acknowledged By:
06/16/2020 17:41     /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 02 Jun 2020 @ 1144 |
| Note Title: | PAIN GROUP THERAPY |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 02 Jun 2020 @ 1146 |

Note

 LOCAL TITLE: PAIN GROUP THERAPY
STANDARD TITLE: PAIN MEDICINE GROUP COUNSELING NOTE
DATE OF NOTE: JUN 02, 2020@11:44    ENTRY DATE: JUN 02, 2020@11:44:38
    AUTHOR: SLOAN,JESSICA H     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Chronic Pain Care Clinic Class
Module: #1, Introduction
Group members: 7
Facilitator: Jessica Sloan, PhD
Time in Session: 60 min

ID: Mr. CHADWICK HEATH JORDAN is a 37 y/o, NEVER MARRIED, BLACK OR AFRICAN
AMERICAN, MALE, 90%SC Veteran of the US Marine Corps (from DEC 29,2000 to JUN
5,2002).

SESSION CONTENT: Veteran was present for module #1 of the CPCC Pain Group series

(four week psychoeducational class). Veterans were informed of the limits to
confidentiality and verbally consented to treatment. Veterans were provided
basic information about chronic pain, including the difference between chronic
and acute pain, Gate Control Theory, and basic neuroscience to help explain the
role of thoughts, emotions, and stress in the experience of chronic pain.
Veterans were provided with educational hand-outs and invited to ask questions
as-needed.

Mr. Jordan was alert and attentive. He appeared to be tracking the discussion

**CONFIDENTIAL**

and had several comments/questions. He reported that exercise and stress worsen his pain. No urgent/emergent issues were observed or endorsed by Veteran or provider.

DX: Chronic pain

PLAN: Pt to attend module #2 in one week at the same time.

Care classes completed: 1

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 06/02/2020 11:46

| | |
|---|---|
| Date/Time: | 02 Jun 2020 @ 0938 |
| Note Title: | MH MEDICATION MANAGEMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 02 Jun 2020 @ 1327 |

Note

 LOCAL TITLE: MH MEDICATION MANAGEMENT
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: JUN 02, 2020@09:38   ENTRY DATE: JUN 02, 2020@09:38:09
   AUTHOR: HEERMANN,CHANEL M   EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

CC: "I've definitely had some things to think about."

HPI:  Pt interviewed and chart reviewed.

Mostly related to PTSD and anger management.
Needs to stop paying attention to evil or adversity.

Has a place now and has everything he needs.

Current neurovegetative sx:
Sleep is still not good. Wants to get 8 hours and get on circadian rhythm.
Sometimes falls asleep when he doesn't want to - up all night, sleep 5-6am for
couple hours. Happens a lot. Doesn't need a lot of sleep. Can nap if does
strenuous activity.  This is going on daily.  Effect of Seroquel stopped about a

month ago.
Energy has been great.  Feels "wound".  Wakes up fully awake even if didn't
sleep.  Does better when exercises - hangs upside down in gravity boots, "I

get
acupuncture" and goes to park to hit trails, favorite cardio is jogging.
From
prior:  has gym membership and stretches there, has PT, some yoga classes and
kenpo classes.
Appetite.  1 good meal daily.  Weight is stable. "Slimming up" a bit.

Mood has been good. Was really depressed a week or two ago and thinking of
checking into a hospital.

No SI or HI.  Had some PSI when down - saw no point to being around anymore.
Knew it wasn't good thinking.  Called some people and got support.

Anxiety - denies.  Good mood.

Has trouble admitting things he needs help with.  Just wants to say he has no
problems.

General medical concerns:
Physically feeling good.
Updated med list.
Meds taken daily - no SE or px noted.

Has been participating in protests and speaking at them against.  Helped him
find his peace. Realizes a lot of people going through what he is.

Psychosis: Denies voices.
Denies paranoia.  From before: "Feels the Civil War complicated everything.

Feels it's a war that will never end."  Wishes implicit bias was part
of daily
conversations.
Denies IOR.
From intake:
"When he went to prison was in the hole for 5 years because they said he was
a
threat to inmates and jailers. After that period, had serious issues that took
him few years to get over. Heard things.  Heard a voice he thought was a guy
talking to him in vent in county, but was still there when he left.  Denies it
happens - had to work very hard for this. Has been years. Significant paranoia.
People are surveilling him.  When he caught this case, gang unit was following
him around.  Never in a gang.  Feels they still are. Easy to spot him.
Can't
have nosy neighbors who could hear him. Very few people he's comfortable
around.
No h/o IOR.  Had those thoughts (messages through TV) as a kid - feels he went
through a lot.
Told people 10 years ago China and communism were economic threat and they
called him crazy.  Volunteered for Trump campaign and they called him crazy
then. "People are always wrong.""

Seeing Sonia for therapy.

**CONFIDENTIAL**

PTSD Symptoms: Trauma hx: "Dad was abusive and veteran.  Witnessed violence

between parents.  No sexual trauma.  "Operation Iraqi Freedom, I got hit by a

medic with her Humvee, we were on base, and I suffered some injuries and was in the hospital but I can't remember how long, maybe a day and then they sent me

home." Reports he tore his back up and he and command had to decide if he would

stay in military or leave.  Peers joked about it.  Wanted to get away from everybody. Had a master sergeant who said if he got in front of him he'd kill

them and knew friendly fire was greatest risk of dying."

Current sx: Still ongoing PTSD sx.  Working through it.  7/10 average. Feels it's under control.

From intake:

"Stiffness in his body reminds him of what happened. Thinks of it all the time.

Intrusive.  Helps when he focuses on somethings else.

Reports NM that vary - sees spine and tendons ripping out of back, altercations with peers.

Has had FB but not lately.

Feels very isolated.

Avoidance - dislikes people following him closely in car or in person. Will stop

and confront someone if behind him.  Will speed up in car.  Hard to be around people.

Aggressive now when he drives. Scared of being hit.

Anxiety gets triggered by people trying to get close to him.

Easy startle.

Hypervigilant - "it's real weird".  Sits by exits, never by windows.  Helps him

feel better when alone."

SUBSTANCE:

    Nicotine: None

    Caffeine: 2 cups every other day, down from 6-8 cups coffee before.

Alcohol: Doesn't drink.  Quit completely 4-5 mos ago.

"Was drinking daily after military.  No h/o WD.  Maximum 1 pint every other

night. No h/o detox.  2x DUI - military, also 2004."

    Marijuana: Quit completely - last was mos ago.  "Was few times weekly in

past, sometimes every other day because GF and family all smoke.  No past px."

Naloxone rescue kit: low risk

General Medical Concerns: LBP and knee pain. Using TENS unit.

Right foot s/p break - not in pain currently

Head injury: H/o hospitalization for head injury with LOC during MVA in service.

Updated med list.
Medication SE: None noted.

PAST MEDICATION TRIALS:
Risperdal - reports he "grew breasts"
Zoloft 50mg 2016 - never returned for FU
Remeron
Trazodone


MENTAL STATUS EXAMINATION:
ORIENTATION AND CONSCIOUSNESS: A & O times 4
APPEARANCE AND BEHAVIOR: Casually dressed. Pleasant and cooperative. Good eye contact.
SPEECH: Fluent, spontaneous. Normal rate and volume. Unusual speech patterns.
MOOD: Mildly anxious and depressed.
AFFECT: Restricted
PSYCHOMOTOR ACTIVITY: No psychomotor retardation or agitation.
PERCEPTUAL DISTURBANCE: No auditory or visual hallucinations.
FORM OF THOUGHT: Mild derailment
THOUGHT CONTENT: No overt paranoia or delusions reported. No longer hyperfocused on confidentiality of visits and trust issues.
SUICIDAL OR VIOLENT IDEATION: No suicidal or homicidal ideation.
INSIGHT: Poor
JUDGMENT: Fair
COGNITIVE: Grossly intact per interview.
GAIT: ambulates without difficulty

Psychotropic medications reconciled. Medication orders, including any additions

or discontinuations, have been updated as appropriate.
--------------------------------------------------------------------------------

CURRENT MEDICATIONS:



  Active Outpatient Medications            STATUS
=======================================================================
SUMATRIPTAN SUCCINATE 50MG TAB            ACTIVE
     TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE,
     MAY REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN
     200MG PER DAY.

QUETIAPINE FUMARATE 300MG TAB            ACTIVE
     TAKE ONE TABLET BY MOUTH AT BEDTIME

BENZOYL PEROXIDE 5% (WATER BASED) GEL            ACTIVE
     APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN            ACTIVE
     APPLY THIN FILM TO AFFECTED AREA DAILY FOR ACNE

DICLOFENAC NA 1% TOP GEL                    ACTIVE
    APPLY 2 GRAMS TO AFFECTED AREA EVERY 8 HOURS AS NEEDED FOR
    PAIN (USE DOSING CARD TO MEASURE DOSE) **DON'T EXCEED 16
    GRAMS DAILY TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
    EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER EXTREMITIES
    - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS DAILY OVER ALL
    JOINTS**

MENTHOL/M-SALICYLATE 10-15% TOP CREAM          ACTIVE
    APPLY MODERATE AMOUNT T
O AFFECTED AREA THREE TIMES A DAY AS
    NEEDED FOR PAIN

TRETINOIN 0.01% TOP GEL                    ACTIVE
    APPLY SMALL AMOUNT AFFECTED AREA DAILY AS DIRECTED FOR ACNE

LIDOCAINE 5% OINT                      SUSPENDED
    APPLY THIN FILM TO AFFECTED AREA ONCE A DAY AS NEEDED FOR
    PAIN

IBUPROFEN 600MG TAB                      ACTIVE
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY WITH MEALS WITH
    FOOD OR MILK FOR PAIN/INFLAMMATION


Active Outpatient Medications (including Supplies):

  Active Outpatient Medications                    Status
=========================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
    AFFECTED AREA DAILY FOR ACNE
3)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED    ACTIVE
    AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
    CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
    TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
    EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
    EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
    DAILY OVER ALL JOINTS**
4)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE    ACTIVE
    TIMES A DAY WITH MEALS WITH FOOD OR MILK FOR
    PAIN/INFLAMMATION
5)  LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA    ACTIVE (S)
    ONCE A DAY AS NEEDED FOR PAIN
6)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
    AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
    FOR PAIN
7)  QUETIAPINE FUMARATE 300MG TAB TAKE ONE TABLET BY      ACTIVE
    MOUTH AT BEDTIME

**CONFIDENTIAL**

8)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
    MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
    DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
    PER DAY.
9)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
    AREA DAILY AS DIRECTED FOR ACNE

ACTIVE REMOTE MEDS:
No Active Remote Medications for this patient

NON VA MEDS:
    No Non-VA Meds Extracted

ALLERGIES:
Patient has answered NKA

ACTIVE PROBLEMS from CPRS reviewed as part of medical history:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. Chronic post-traumatic stress disorder following military combat (SNOMED CT
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

VITAL SIGNS:
        Temp: 96.8 F [36.0 C] (05/23/2020 05:52)
        BP:  128/88 (05/23/2020 05:52)
        Pulse:73 (05/23/2020 05:52)
        Respiration:  14 (05/23/2020 05:52)
        Weight: 195.8 lb [89.0 kg] (11/20/2019 08:57)
        BODY MASS INDEX - 28.2 (NOV 20, 2019@08:57:52)

LABS:
Metabolic:

        No GLUCOSE in the last 1Y
        No A1C HEMOGLOBIN (DVAMC) in the last 1Y

JORDAN, CHADWICK HEATH                    **CONFIDENTIAL**                    Page 293 of 667

```
No CHOLESTEROL in the last 1Y
No TRIGLYCERIDE in the last 1Y


CBC:
        No WBC in the last 1Y
        No RBC in the last 1Y
        No HGB in the last 1Y
        No HCT in the last 1Y
        No MCV in the last 1Y
        No PLATELETS in the last 1Y

Chemistry:
        No TSH in the last 1Y
        No Creatinine Serum Result in the last 1Y

        SODIUM - NONE FOUND
        POTASSIUM - NONE FOUND
        CHLORIDE - NONE FOUND
        CO2 - NONE FOUND


LFTs:
        SGOT - NONE FOUND
        SGPT - NONE FOUND

Toxicology screen:
        CANNABINOIDS - NONE FOUND
        COCAINE - NONE FOUND
        AMPHETAMINES - NONE FOUND
        No OPIATES in the last 1Y
        BENZODIAZEPINES - NONE FOUND


Therapeutic Blood Levels:

Lithium:              No LITHIUM LEVEL in the last 6M
VPA:                  No VALPROIC ACID in the last 6M
Carbamazepine:        No CARBAMAZEPINE in the last 6

-------------------------------------------------------------------------------

CLINICAL REMINDERS: completed

DIAGNOSIS: (Based on DSM 5 criteria)
1.      Major Depression, recurrent, remission
2.      Psychosis NOS
3.      Other specified anxiety d/o
4.      R/O GAD
5.      R/O PTSD
6.      Cannabis use disorder - early remission
```

**CONFIDENTIAL**

7.    Alcohol use disorder - early remission
8.    Cluster B anti-social personality traits, R/O disorder
See problem list above for medical diagnoses

ASSESSMENT:
This patient is a 37yo single African-American male who lives alone, prior homeless, no kids, unemployed from prior finance work related to expulsions from

school.  He reports recent serious bout of depression as well as recent sx consistent with hypomania - getting very little sleep, feeling energized, with euphoric mood.  He denies positive psychotic sx, and prior mild paranoia and thought disorganization are much improved from initial eval though still evidences odd speech patterns. Insomnia recurred, despite cutting coffee significantly, though denies alcohol or MJ use x months.

From intake:
He reports some anxiety sx consistent with possible PTSD from childhood abuse/witnessed violence and MVA while in military.  Notably, this dx has not be noted previously by his many years of other providers, so cannot rule out secondary gain, especially given atypical nature of his reported symptoms (i.e. supposed NM of seeing his own back muscles rip out, which clearly does not represent a real aspect of his traumatic event).
He also reports anxiety sx consistent with possible GAD - will con't prior specified anxiety dx for now, given issues with accuracy of history.
He also reports a remote h/o psychotic sx, such as AH, though has significant paranoia currently that is difficult to parse from a trauma-related sx.  Also, affect is somewhat restricted/odd today, so cannot rule out that these symptoms are still an active concern that is being minimized today.
Presentation complicated by h/o heavy alcohol and cannabis use at various points in the past, now sober, though length of sobriety is difficult to determine based on self-report.
Significantly vague, evasive history given today that is clearly presented with an eye to social acceptability/positive spin, repeatedly denying symptoms or events (i.e. alcohol/drug issues, prior arrests) unless directly confronted with information already documented in chart.  Prior concern for possible ASPD consistent with presentation today, including childhood fire-setting, significant violence hx (100+ fights, including serious injuries likely requiring hospitalization such as broken bones) though has avoided assault charges so far, alleged threats x2 against school staff resulting in expulsion (suing school currently).

No h/o self-harm or suicide attempts.  Significant h/o violence with multiple serious assaults and alleged threats by school, as detailed above.  Safe and stable for outpatient management at this time.


PLAN:
    PSYCHIATRIC PROBLEM LIST AND PLAN:
1.    Mood: Increase Seroquel to 400mg qhs for psychosis, mood stability, anxiety, and sleep. Could consider SNRI in future given chronic pain.

**CONFIDENTIAL**

2.    Trauma: Strongly encourage con't psychotherapy with Ms. Valdiviezo.
3.    Anxiety:  As above.
4.    Insomnia: Variable - monitor.
5.    Substance Use: Referral to SUD services deferred - monitor.
6.    Psychosis:  Seroquel as above.
7.    Nutrition:  Will discuss further at future visits. Encourage con't exercise.
8.    Medical Issues: Continue routine lab monitors and regular check-ups with

PCP.
9.    Supportive psychotherapy:  Discussed cooping skills and ongoing racial concerns.

1. MEDICATIONS: as above
Discussed options including no changes.
Change current psychiatric medications: Reviewed SE, risks, and possible benefits of tx with above-named medication(s).
Veteran has decisional capacity, verbalized an understanding of, and agreement with this plan. A medication handout will be provided when veteran receives the medication from the pharmacy.

Understands and agrees to the following:
o      No drugs or alcohol with medications.
o      Take medications only as directed.
o      Do not drive if sedated or impaired.
o      Follow up with appointments, call to make appointment sooner if needed.
o      Crisis services reviewed with client, will obtain services if needed.
o      Follow up with PCP for any medical concerns.
o      Patient agrees to this disposition and verbalizes understanding of the consequences associated with the failure to follow through on treatment recommendation.

2. LABS/OTHER TESTS: as above

3. REFERRALS: as above

4. SAFETY:  Risk assessment:
Risk Factors: poor insight, gender, probable psychosis, h/o SI, h/o assaults/threats, lives alone/homeless hx
Protective Factors: no active SI, no HI, intelligent, engaged in care
Given the above, veteran is felt to be at low risk for imminent danger to self or others at this time.

5.  FOLLOW-UP: RTC in 4-6 wks, sooner PRN.

Time with patient: 25 Min

Treatment provided:  medication mngt + therapy

**CONFIDENTIAL**

CONSENT/TREATMENT PLAN:  Patient and/or caregiver has decisional
capacity and indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan, including medications.


 ECH MENTAL HEALTH TREATMENT PLAN:
   Patient received treatment plan previously.
    Date: December 17, 2019
    Location: RMR

 ECH GAF SCORE:
   GAF (Mental Health Instrument)
    GAF Score: 51


/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 06/02/2020 13:27


Receipt Acknowledged By:
06/09/2020 17:02     /es/ Sonia Valdiviezo, LCSW
             LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 01 Jun 2020 @ 1408 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 01 Jun 2020 @ 1416 |

Note


 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JUN 01, 2020@14:08    ENTRY DATE: JUN 01, 2020@14:08:26
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 10 minutes
Treatment Provided: Case Management
Plan: Continue Veterans Treatment Court

D: On this date, the veteran's case was reviewed with the Denver County
Veterans
Treatment Court (VTC) staff via CISCO WebEx (due to pause in normal VTC docket,
as the result of COVID-19 precautions). After receiving an update from the
veteran's probation officer (Mr. Donta McNeil), the veteran participates in
the

call-in line with VTC staff. He is appropriately participative.

The veteran was noted to be in general compliance with Denver VTC requirements. (UAs have not been submitted to this point due to COVID-19 adjustments, but are expected to resume very shortly.)

"I am inspired now to take care of some of my chronic issues" (PTSD, anger
management). He states that a convergence of issues (societal included) have given him greater insight into what he can do to become his best person. He plans to continue engaging with the VA and states his appreciation for his providers. "I'm glad that I'm not in it alone." He explains that he is more
comfortable displaying vulnerability in order to get help and be stronger.

He denies any additional needs at this time.

A: No endorsed safety concerns during today's phone check-in. The veteran is

encouraged to check-in with this VA staff and other VTC staff as needed; an incentive system is in place to allow the veteran to accrue points toward a gift card by fulfilling interim VTC requirement- this is intended to promote pro-social contact pending resumption of in-person docket.

P: Continue attending VTC as required; next on 6/22. VJO staff are available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 06/01/2020 14:16

| | |
|---|---|
| Date/Time: | 28 May 2020 @ 1015 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 28 May 2020 @ 1505 |

**Note**

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 28, 2020@10:15   ENTRY DATE: MAY 28, 2020@10:36:08
   AUTHOR: VALDIVIEZO,SONIA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis:  MDD, PTSD, Anxiety
Duration of call: 22 min.
Treatment Provided: Telephone Contact

*****
Due to the COVID-19 pandemic, Veteran agreed to a telephone appointment in lieu of in-person session.
*****

Veteran is a 37 yr old single male, currently living alone after an extend period of homelessness.

Veteran reports that "I need some kind of PTSD and anger management classes

because I've noticed that I've been reacting as if I'm still in the military
and fighting for my life. I want to stop reacting like I'm in survival.  I mean it served me in the military.  To learn more productive and effective ways to manage my anxiety and stress, because I've learned that reacting quickly and taking risk, can be useful to survive.  I want more peace, and better ways of handling things.  It's not the people necessarily, because I

know I have to find a way to deal with the anxiety.  Life is short, so I feel pressured to accomplish things, and need to be able to relax, because directing that energy in the most efficient manner.  I have to figure out a balance."

Veteran reports that it "wasn't until the other day that you and I spoke that
I realized it's not necessary for me to put so much energy into dealing with

things are that insignificant.  I really thing that my PTSD is getting in the wya.  I want to deal with my military experience; because I still feel like I'm in that environment and I still want to operate as if I'm in that environment, and it doesn't work to be in that state of mind and reacting as

if I'm in combat."

INTERVENTIONS PROVIDED: I normalized and validated Veteran's experiences and

emotions.  I provided psycho-education regarding the PCT PTSD treatment options and I initiated a referral for PTC EBP consult. We discussed ongoing remote treatment, and I encouraged Veteran to call if he needed support prior to our next appointment.

Plan: Continue treatment per plan

RTC  June 3, 2020 at 9:30


/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 05/28/2020 15:05

Date/Time:   26 May 2020 @ 1140

**CONFIDENTIAL**

| | |
|---:|:---|
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 26 May 2020 @ 1140 |

Note

LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: MAY 26, 2020@11:40    ENTRY DATE: MAY 26, 2020@11:40:16
   AUTHOR: SLOAN,JESSICA H    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 05/26/20 10:30

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call. Will await contact from Mr. JORDAN.

Veteran scheduled for next CPCC psych group on 6/2/20.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 05/26/2020 11:40

| | |
|---:|:---|
| Date/Time: | 23 May 2020 @ 0611 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CLEARY,KELLI |
| Co-signed By: | CLEARY,KELLI |
| Date/Time Signed: | 23 May 2020 @ 0805 |

Note

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: MAY 23, 2020@06:11    ENTRY DATE: MAY 23, 2020@06:11:48
   AUTHOR: CLEARY,KELLI    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

CHIEF COMPLAINT: alleged assault

I have reviewed the RN Triage Note for this visit and have reconciled
any discrepancies.

HPI/ROS: 37 y/o male states he was riding his scooter and "some guys had

**CONFIDENTIAL**

set
up at road block" and he hit it with his scooter knocking him off and landing on
and scrapping his left elbow.  Then "like 50 guys jumped me."  Pt with swelling
and abrasions to left side of face and scalp.  No loss of consciousness.  Also
right knuckle pain, no clear if from falling off scooter or assult.  No other injuries.  Not clear when this occurred.
Pt with h/o migraines, has one now after assault

PROBLEM LIST:
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

| | Issue Date | | |
| | Status | Last Fill | |
| Active Outpatient Medications | | Refills | Expiration |
|===|===|===|===|

1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE  Issu:03-16-20
      Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 1  Last:05-18-20
      AMOUNT AFFECTED AREA TWICE A DAY FOR  Expr:03-17-21
      ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE  Issu:03-16-20
      60 for 30 days  Sig: APPLY THIN FILM    Refills: 1

Last:05-18-20
    TO AFFECTED AREA DAILY FOR ACNE
Expr:03-17-21
3)  DICLOFENAC NA 1% TOP GEL  Qty: 100 for    ACTIVE
Issu:03-16-20
    30 days  Sig: APPLY 2 GRAMS TO        Refills: 1
Last:05-18-20
    AFFECTED AREA EVERY 8 HOURS AS NEEDED
Expr:03-17-21
    FOR PAIN (USE DOSING CARD TO MEASURE
    DOSE) **DON'T EXCEED 16 GRAMS DAILY TO
    ANY JOINT OF THE LOWER EXTREMITIES -
    DON'T EXCEED 8 GRAMS DAILY TO ANY
    JOINT OF THE UPPER EXTREMITIES - DON'T
    EXCEED A TOTAL DOSE OF 32 GRAMS DAILY
    OVER ALL JOINTS**
4)  LIDOCAINE 5% OINT  Qty: 105 for 90 days   ACTIVE (S)
Issu:05-01-20
    Sig: APPLY THIN FILM TO AFFECTED AREA   Refills: 2
Last:07-20-20
    ONCE A DAY AS NEEDED FOR PAIN
Expr:05-02-21
5)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM     ACTIVE
Issu:03-16-20
    Qty: 90 for 30 days  Sig: APPLY        Refills: 1
Last:05-18-20
    MODERATE AMOUNT TO AFFECTED AREA THREE
Expr:03-17-21
    TIMES A DAY AS NEEDED FOR PAIN
6)  QUETIAPINE FUMARATE 300MG TAB  Qty: 90    ACTIVE
Issu:03-02-20
    for 90 days  Sig: TAKE ONE TABLET BY    Refills: 0
Last:05-22-20
    MOUTH AT BEDTIME
Expr:03-03-21
7)  SUMATRIPTAN SUCCINATE 50MG TAB  Qty: 9    ACTIVE
Issu:11-20-19
    for 30 days  Sig: TAKE ONE TABLET BY    Refills: 0
Last:01-10-20
    MOUTH ONCE A DAY AS NEEDED FOR
Expr:11-20-20
    MIGRAINE, MAY REPEAT DOSE IN 2 HOURS,
    IF NO RELIEF. NO MORE THAN 200MG PER
    DAY.
8)  TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   ACTIVE
Issu:03-16-20
    days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 1
Last:05-18-20
    AREA DAILY AS DIRECTED FOR ACNE
Expr:03-17-21 No Active Remote Medications for this patient

MEDICATION RECONCILIATION:

[ ] The medication list above was reviewed with the patient at today's visit. I have indicated discrepancies under each medication that is not being taken as prescribed. Medication orders, including any additions or discontinuations, have been updated as appropriate, and the patient now has an accurate medication list.

[ x ] Limited Medication Reconciliation was performed at this visit as short term medications were prescribed at this visit.

[ ] Medication Reconciliation was not performed at this visit as no medications were changed, prescribed or administered at this visit.

[ ] Medication Reconciliation was not performed at this visit as patient and/or caregiver is not able to confirm medications he/she is taking.

VITAL SIGNS:
Measurement DT   BP       PULSE RESP    POx       TEMP
                          (L/MIN)(%)  F(C)
05/23/2020 05:52  128/88    73    14        93
96.8(36.0) 11/20/19 @ 0857    HEIGHT: 70 WEIGHT - NONE FOUND - 2D


  VS:  Temp: 96.8 F [36.0 C] (05/23/2020 05:52)
       BP:  128/88 (05/23/2020 05:52)
       Pulse:73 (05/23/2020 05:52)
       Resp: 14 (05/23/2020 05:52)
        BMI: BODY MASS INDEX - 28.2 (NOV 20, 2019@08:57:52)
       Pain: 7 (05/23/2020 05:52)
       Weight: 195.8 lb [89.0 kg] (11/20/2019 08:57)

    General Appearance: nad
        Mental Status: alert, oriented
      Neuro: PERRLA< EOMI, CN II-XII intact, strength 5/5 in all four
extremities, steady gait
Head: left temple swelling and redness, left parietal swelling and redness
Face: abrasion between eye brows, swelling and redness over TMJ, able to open
and close mouth okay and teeth fit correctly
            Cardiac: rrr
           Lungs: cta-bilat
         Abdomen: soft
          Extremities: left elbow with abrasion/road rash over lateral
aspect with normal range of motion.  right hand with ring finger knuckle
tenderness but no swelling or redness and normal range of motion

Data/Labs:

head CT
Impression:

**CONFIDENTIAL**

No acute intracranial process.

elbow:
Impression:

No evidence of acute osseous injury, left elbow.

Forearm
 Impression:

Normal left forearm.

CT maxillofacial

FINDINGS:

The bones are anatomically aligned and intact. The
temporomandibular joints are normal. The orbits are intact. Scant
right ethmoid sinus mucosal thickening is present. The remainder
of the paranasal sinuses and mastoids are clear. The nasal septum
is minimally deviated, convex right. The ostiomeatal units are
widely patent. The small amount of hypodense tissue in both
external auditory canals likely represents cerumen.

 Impression:

No acute osseous abnormality.

hand:
 Impression:

No evidence of acute osseous injury or significant degenerative
change, right hand.

Medical Decision Making and Emergency Department Course:
Last tetanus 2017
No fractures noted in elbow or hand
Head and maxillofacial CT unremarkable.
Pt given toradol IM for migraine
Will discharge with ibuprofen
Pt to ice his face/scalp

**CONFIDENTIAL**

Assessment and Plan:

1. head injury

2. facial contusion

3. elbow abrasion


 CONDITION ON DISCHARGE: [ x ]good   [  ]fair   [  ]po
or

 PATIENT EDUCATION AT DISCHARGE:

  (x ) Discharge instructions discussed with patient and/or caregiver.
     Patient/Caregiver indicates readiness to learn, verbalizes
understanding,
     agreement and satisfaction with the treatment plan.
Patient/Caregiver
     doesn't have any further questions today.

  ( ) Mosby's discharge instructions and patient information was
     provided to the patient

INSTRUCTIONS FOR FOLLOW UP CARE:
  [x  ] See primary care provider
  [ ] No PCP assigned
  [ ] Return to ER if worse
  [ ] Other:
  DISPOSITION FROM EMERGENCY DEPARTMENT

/es/ Kelli Cleary, MD
Emergency Room Staff Physician
Signed: 05/23/2020 08:05

| | |
|---|---|
| Date/Time: | 23 May 2020 @ 0601 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VAUSE,WILLIAM G |
| Co-signed By: | VAUSE,WILLIAM G |
| Date/Time Signed: | 23 May 2020 @ 0603 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: MAY 23, 2020@06:01   ENTRY DATE: MAY 23, 2020@06:01:28
   AUTHOR: VAUSE,WILLIAM G   EXP COSIGNER:

**CONFIDENTIAL**

URGENCY:                    STATUS: COMPLETED

Emergency Department Triage
Patient age:37      Sex: MALE
On arrival patient was: AMBULATORY
Patient phone number: PATIENT PHONE
Allergies: Patient has answered NKA
Subjective/Objective/Chief Complaint:
Patient states he was assualted last night. he reports being assaulted by
several people. He complains of left sided jaw pain, forehead pain,
headache,  and left forearm pain. He has abrasions noted to the left
forearm. He denies  LOC. He denies other complaints.
Fall Risk Assessment-- MORSE FALL SCALE with Interventions --
 HISTORY OF FALL WITHIN LAST 3 MONTHS? 0 No Patient last had a fall on:
 Elicit Veteran's perception of the cause of this (most recent) fall(s):

 SECONDARY DIAGNOSIS(defined as 2 or more diagnoses and/or polypharmacy)?
 0 No There  been medication changes.

 AMBULATORY AID IN USE?  0 None/Bedrest/Nurse Assist

 Which ambulatory aid is used:

 IV CONTINUOUS/BOLUS?  0 No

 GAIT/TRANSFER METHOD?  0 Normal/BR/Wheelchair

 MENTAL STATUS?  0 Oriented to own ability

 Total Morse Score: 0

 Total Fall Risk is low if Morse is <45

 Total Fall Risk score is high if Morse is 45 or greater

 High Fall Risk Goal: The Veteran will remain free of injuries related to
 falls.


Vital Signs:
Measurement DT  BP      PULSE RESP   POx        TEMP
                        (L/MIN)(%)   F(C)
05/23/2020 05:52 128/88   73    14      93      96.8(36.0)
11/20/19 @ 0857    HEIGHT: 70 WEIGHT - NONE FOUND - 2D

Current Medications:
Active Outpatient Medications (including Supplies):

  Active Outpatient Medications              Status
  =================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
     AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

2) CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
   AFFECTED AREA DAILY FOR ACNE
3) DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TO AFFECTED     ACTIVE
   AREA EVERY 8 HOURS AS NEEDED FOR PAIN (USE DOSING
   CARD TO MEASURE DOSE) **DON'T EXCEED 16 GRAMS DAILY
   TO ANY JOINT OF THE LOWER EXTREMITIES - DON'T
   EXCEED 8 GRAMS DAILY TO ANY JOINT OF THE UPPER
   EXTREMITIES - DON'T EXCEED A TOTAL DOSE OF 32 GRAMS
   DAILY OVER ALL JOINTS**
4) LIDOCAINE 5% OINT APPLY THIN FILM TO AFFECTED AREA     ACTIVE (S)
   ONCE A DAY AS NEEDED FOR PAIN
5) MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY MODERATE   ACTIVE
   AMOUNT TO AFFECTED AREA THREE TIMES A DAY AS NEEDED
   FOR PAIN
6) QUETIAPINE FUMARATE 300MG TAB TAKE ONE TABLET BY       ACTIVE
   MOUTH AT BEDTIME
7) SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY      ACTIVE
   MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
   DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
   PER DAY.
8) TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
   AREA DAILY AS DIRECTED FOR ACNE

Current Problems: ACTIVE PROBLEMS

Suicide Screen:
Columbia Suicide Severity Rating Scale (C-SSRS) screener
1. Over the past month, have you wished you were dead or wished you
could go to sleep and not wake up?
No

2. Over the past month, have you had any actual thoughts of killing
yourself?
No

3. Over the past month, have you been thinking about how you might do
this?
Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some
intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the
details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out
this  plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do

**CONFIDENTIAL**

anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.

Coronavirus Disease 2019 (COVID-19) Screen
The patient reports that they have not been diagnosed with COVID-19.
 The patient reports that they are not waiting for the results of a
COVID-19 lab test.
 The patient reports that they do not have a fever.
 The patient reports that they do not have a new or worsening cough or
shortness of breath.
 The patient reports they do not have any cold or flu-like symptoms.
 The patient reports they do not have any new onset of diarrhea.

Result:
 Screen is negative.
Emergency Severity Index (ESI) level
Level 4

/es/ William Vause,BSN,RN
ED Staff RN
Signed: 05/23/2020 06:03

| | |
|---|---|
| Date/Time: | 20 May 2020 @ 0948 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 21 May 2020 @ 1514 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 20, 2020@09:48    ENTRY DATE: MAY 20, 2020@09:48:49
   AUTHOR: VALDIVIEZO,SONIA    EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

TREATMENT PROVIDED: Individual Psychotherapy
Duration of visit: 60 minutes
Diagnosis: Major Depression, Anxiety, psychosis

*****
Due to the COVID-19 pandemic, Veteran agreed to a telephone appointment in

lieu of in-person session.
*****

Veteran is a 37 yr old single male, currently living alone after an extend
period of homelessness.

Veteran reports that he wants to "create wealth and create things of value
for people, with my time and research, these are part of my natural gifts
that i have to offer."  He imagines a future that "is a prosperous,
peaceful,
and patriotic life.  I would be enjoying my family, by a beach in my office
listening to the ocean, my family would be in the other room playing having
fun telling jokes.  Wife and kids.  Patient, forgiving, non-judgemental,
judge others fairly, and persistent, passionate, ambitious.  I'm working on

being more patient with people, one thing I do know is that I want to look at
people in the most positive life.  If you're going to be wrong about people,

I'd rather be wrong about being positive about them, than being wrong about

being negative about them.  I want to be more patient with people because I
don't want to miss the blessings that they have to offer.  I need to be more

patient with things I don't understand, to get to where I want to go.  But
as
far as being ambitious, resourceful, and I have strengths, and I intend on
not being a tragedy."

Veteran reports that "I've already suffered tragedy as to no fault of
my own,
just because of the color of my skin, and so for me implicit bias it's a
reality that I have to deal with. And how I deal with it, or choose to deal
with it is to look for the good in the people, because there is stigma of all
kinds.  I think about the people who help me, because I never forget those
who have done something for me, but I don't like owing people.  A lot of
what
I've done, I have done for myself.  This is something that I have a hard
time, because no one has truly helped me through anything.  And this is how I
feel about my parents, I just think they just came from a culture of the
south.  I grew up in a very violent home, with my pops dealing with his
Vietnam injuries, and I've never been able to get anything from them other
than they bought me diapers as a baby, and food, and now they want me to pay
them back for those things."

Verteran reports that "I was in the system since childhood, I was a child of

the ward.  A lot of people go to prison and they don't come back.  They
spend
their time in there playing cards instead of reading, I had newspapers and
magazines and books and I was in college.  I was afraid of getting behind.
When i got out of the marines I wanted to do bigger and better things.  But
if you don't have anyone in your life then there's no point in doing

anything.  It's about what you're doing for people is what's
important, I
think that if I don't have anyone to share things with."

INTERVENTIONS PROVIDED: I normalized and validated Veteran's experiences and

emotions.  I provided psycho-education regarding how reframing and shifting
perspectives can lead to solutions and healing.  We discussed ongoing remote
treatment, and I encouraged Veteran to call if he needed support prior to our
next appointment.

Plan: Continue treatment per plan

RTC  June 3, 2020 at 9:30

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 05/21/2020 15:14

| | |
|---|---|
| Date/Time: | 19 May 2020 @ 1206 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 19 May 2020 @ 1213 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 19, 2020@12:06   ENTRY DATE: MAY 19, 2020@12:06:18
    AUTHOR: TUKA,JAMES C     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  9 min

Procedure: Writer called and reached veteran.  Veteran reports no changes
regarding covid 19 related questions.   Veteran states he had a good weekend.
Veteran also shared that he saw his property manager and maintenance person
looking up at his unit one day on the weekend. Veteran added that he called the
police.  Veteran states he is not sure if property manager will "do
anything" such
as give veteran any written posted notice but veteran denies yelling off balcony

as property manager accused veteran of doing.  Veteran states his immediate
neighbors have told him that he is "quiet as can be."  Veteran hopes
this is "the

end of it."  Writer encouraged veteran simply to follow rules of lease and continue to be a good neighbor and tenant.  Veteran plans to help a friend with some work tomorrow. Veteran still has his truck.  Writer inquired about CWT and veteran states he will likely not be employed through CWT.  Veteran reports overall he is "in a good place" currently.  Veteran's mood is euthymic, speech baseline, thoughts normal and linear.   Veteran did not seem to be obviously or significantly under the influence of substances during call. No clinical indication of HI/SI present.

Plan:  Writer to continue to provide veteran with ongoing case management support.
Veteran to follow rules of lease.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 05/19/2020 12:13

| | |
|---|---|
| Date/Time: | 15 May 2020 @ 1337 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 15 May 2020 @ 1345 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 15, 2020@13:37    ENTRY DATE: MAY 15, 2020@13:37:31
    AUTHOR: TUKA,JAMES C    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration:  14 min

Procedure: Writer called and reached veteran after learning of some concerns property manager has regarding some of veteran's alleged recent behavior. When
veteran answered the television volume was up rather high.  Writer informed veteran that writer had heard from property manager that she is concerned with some of veteran's recent behaviors.  Veteran then shared that two of his neighbors reported that veteran kicked one of them and punched the other. Veteran states he was charged by police on April 27 for these things, has a police report, and has a future court date. Veteran states he did not do these things, however. Veteran wants to file a false reporting report himself on them.

Veteran also denies that he was intoxicated and shouting off of his balcony.

Writer asked veteran if he received any notices from property manager or if he spoke with her, and veteran said he has not.  Veteran added that he is requesting camera footage regarding alleged incident with two neighbors and veteran wants to file a lawsuit.  Veteran reports his rent and bills are paid up.  Veteran reports he is coping relatively well during pandemic and is home often. Veteran shared that his father is doing well.  Veteran has groceries. Veteran states he has had some VA phone appointments and will have more and veteran plans to address any medication needs on phone with VA providers. Veteran answers covid 19 related questions negatively  Veteran invites writer to

contact property manager and let her know veteran denies all allegations mentioned above.  Call ended normally and writer and veteran agreed to remain in

contact.  Veteran was calm with euthymic mood on phone. Speech baseline. Veteran

did not sound intoxicated.  Veteran's thoughts were normal and linear. No clinical indication of HI/SI present.  Veteran did suggest that he might want to

move in the future given recent allegations, and veteran doesn't feel welcome as much in the building lately.

Plan: Veteran may contact his property manager. Writer informed property manager, per veteran's request, that veteran denies allegations.  Writer and

veteran to remain in contact for case management and any developments regarding alleged incidents in building involving veteran.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 05/15/2020 13:45

| | |
|---|---|
| Date/Time: | 14 May 2020 @ 1449 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 14 May 2020 @ 1454 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 14, 2020@14:49   ENTRY DATE: MAY 14, 2020@14:49:44
   AUTHOR: TUKA,JAMES C      EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

**CONFIDENTIAL**

Duration: 1 min

Procedure: Writer received report from veteran's landlord that veteran had been
arrested, had assaulted a neighbor, and had been intoxicated and yelling outside

on more than one occasion.  Landlord is concerned about veteran's behavior and
asked this writer to reach out to veteran to further assess.  Writer called and
reached veteran.  There was some device on with loud voices speaking in
background when veteran answered.  Writer began conversation and veteran stated
that he is in a meeting and asked if he could call writer back later to which
writer agreed.

Plan: Writer waiting to hear back from veteran. Writer will also try to reach
veteran again if veteran does not call back this week still.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 05/14/2020 14:54

| | |
|---|---|
| Date/Time: | 14 May 2020 @ 1016 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BURK,JOHN R |
| Co-signed By: | BURK,JOHN R |
| Date/Time Signed: | 14 May 2020 @ 1019 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAY 14, 2020@10:16    ENTRY DATE: MAY 14, 2020@10:16:32
   AUTHOR: BURK,JOHN R       EXP COSIGNER: DALY,JENNIFER
 URGENCY:                 STATUS: COMPLETED

Type of Contact: Email
Length of Contact: 5 mins

Content:

Social Work Associate (SWA) John Burk received the below message regarding
veteran from his landlord at Broadway Residences:

"I'm reaching out to you with regard to Chadwick Jordan.   There have been 3
situation where he is intoxicated and causing A disturbance.  He has been
arrested for assaulting another resident and now last night he was going berserk

screaming Off the balcony "fucking Mexicans-wetback snitches" "all you
muthafuckers".

If he is not your client will you please put me in contact with the person that
is.  This behavior must cease immediately. As of June 1, 2020 he can and may be
evicted for violence.

He is obviously in distress someone from the VA should reach out to him before
he is homeless."

SWA later notified veterans assigned VASH Stabilization SW James Tuka of the
above

Plan:
No further involvement by SWA unless requested by VASH Stabilization Team

Please add SW James Tuka as co-signer to this note

/es/ JOHN R BURK
Social Work Associate (BA)
Signed: 05/14/2020 10:19

/es/ JENNIFER DALY
Social Worker
Cosigned: 05/14/2020 15:58

Receipt Acknowledged By:
05/15/2020 10:03      /es/ JAMES C TUKA
                   MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| Date/Time: | 13 May 2020 @ 1621 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 13 May 2020 @ 1623 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 13, 2020@16:21    ENTRY DATE: MAY 13, 2020@16:21:58
   AUTHOR: VALDIVIEZO,SONIA    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Spoke to Veteran to schedule a session.

RTC  mAY 20, 2020 AT 930

**CONFIDENTIAL**

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 05/13/2020 16:23

| | |
|---|---|
| Date/Time: | 12 May 2020 @ 1243 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 12 May 2020 @ 1245 |

**Note**

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: MAY 12, 2020@12:43   ENTRY DATE: MAY 12, 2020@12:44:04
   AUTHOR: SLOAN,JESSICA H   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 05/12/20 10:30

Mr. JORDAN's chart was reviewed.

I called Mr. JORDAN: Veteran apologized for missing group and requested to be
rescheduled. RTC's placed for 6/2, 6/9, & 6/16. Veteran is already
scheduled for
next class on 5/26.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 05/12/2020 12:45

| | |
|---|---|
| Date/Time: | 11 May 2020 @ 1354 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 11 May 2020 @ 1519 |

**Note**

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: MAY 11, 2020@13:54   ENTRY DATE: MAY 11, 2020@13:54:50
   AUTHOR: DEUTSCH,PAUL A   EXP COSIGNER:

URGENCY:                    STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 10 minutes
Treatment Provided: Case Management
Plan: Continue Veterans Treatment Court

D: On this date, the veteran's case was reviewed with the Denver County Veterans
Treatment Court (VTC) staff via CISCO WebEx (due to pause in normal VTC docket,
as the result of COVID-19 precautions). After receiving an update from the
veteran's probation officer (Mr. Donta McNeil), the veteran participates in the
call-in line with VTC staff.

The veteran was placed on today's VTC docket after his probation officer had

indicated that the veteran had police contact and amassed new charges; evidently

the police report contained information that the veteran had consumed alcohol
heavily, but "didn't remember" certain information. The veteran is adamant as to
the inaccuracy of the new information and notes that they are unproven
allegations at this time.

He is agreeable to discussing further with his probation officer and
establishing a constructive way-ahead. He is also open to programming at the VA-

and MRT at the National Institute for Change- as appropriately fitting so as to
satisfy treatment requirements of the VTC.

He denies any additional needs at this time.

A: No endorsed safety concerns during today's phone check-in. The veteran is

encouraged to check-in with this VA staff and other VTC staff as needed; an
incentive system is in place to allow the veteran to accrue points toward
a gift card by fulfilling interim VTC requirement- this is intended to
promote pro-social contact pending resumption of in-person docket.

P: Continue attending VTC as required; next VTC appearance required on 6/1. VJO
staff are available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 05/11/2020 15:19

| | |
|---|---|
| Date/Time: | 07 May 2020 @ 1220 |
| Note Title: | CWT EMPLOYMENT DISCHARGE NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |

| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 07 May 2020 @ 1235 |

Note

LOCAL TITLE: CWT EMPLOYMENT DISCHARGE NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: MAY 07, 2020@12:20   ENTRY DATE: MAY 07, 2020@12:20:47
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

THERAPEUTIC SUPPORTED EMPLOYMENT SERVICES DISCHARGE PLAN

Name: JORDAN, CHADWICK HEATH
SSN:  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
DOB:  JUN 5,1982
Outpatient Team/After Care Provider:
Referring Clinician: Sonia Valdiviezo
Referral Date: Sep 26,2019
Discharge Planning Date: May 7,2020

SNAP Assessment:
Strengths/Gifts: Quick Learner, Flexible, Able to travel, Dependable

Needs: Sedentary position due to back issues. Employer that will accept background/legal
issues
Abilities: skilled tax accountant, working on bachelor's degree

Preferences: Finance and or Acccounting Employers

Summary of Supported Employment Activity:
Initially, Veteran was motivated for competitive employment. There were issues
that employers expressed withbackg round issues and Veteran shifted focused on
rebuild his tax servicesbusiness.

Veteran was affored an opportunity to mentor/train with Tax Services
business owner but that plan did develop into a successful partnership.

VRS was also able to coordinate Veteran with Goodwill's Program services
that
provided service dollars which allow Veteran to obtain membership with Denver
Chambers along with the Veterans Business Building Program (VBBP)the Veteran
feels that his has suffcent resources to connect with while working on learning

how to build his business.

VRS communicated to Veteran that he feels later that he would like to connect
with CWT to work on community employment that he is eligible to reapply for CWT

**CONFIDENTIAL**

supportive Services.

VRS and Veteran mutually reed to discharge from program.

(duration:10mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 05/07/2020 12:35

Receipt Acknowledged By:
05/13/2020 16:20    /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 05 May 2020 @ 1256 |
| Note Title: | COMMUNITY CARE-SCHEDULING |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MEEKS,TERRY A |
| Co-signed By: | MEEKS,TERRY A |
| Date/Time Signed: | 05 May 2020 @ 1259 |

Note

 LOCAL TITLE: COMMUNITY CARE-SCHEDULING
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: MAY 05, 2020@12:56   ENTRY DATE: MAY 05, 2020@12:56:19
    AUTHOR: MEEKS,TERRY A    EXP COSIGNER:
  URGENCY:            STATUS: COMPLETED

Patient Centered Community Care (PC3) Program

            Department of Veterans Affairs
        VHA Choice Approval for Medical Care
            VA-Form 10-0386

Certain protected health information (PHI) may be enclosed; specifically
information related to Drug Abuse, Alcoholism or Alcohol Abuse, Sickle
Cell Anemia, and Human Immunodeficiency Virus (HIV). This specific PHI may
NOT be re-disclosed or used by the recipient person or office for any
purpose other than that for which the disclosure was made. [Ref. 38 USC
7332(b)(2)(H)(ii)]  The information is being disclosed by VA only for the
treatment and care of the named patient in the health record. Accounting
of disclosure must be maintained when required.

Referral Urgency:
Routine
Indicate time frame for appointment:
Clinically Indicated Date (CID):

Apr 16,2020

Category of Care/Type of Specialty:  ACUPUNCTURE

Type of Specialist:  ACUPUNCTURIST

Type of Service/Procedure:  Low Back Pain(ICD-10-CM M54.5)

Number of Visits, Frequency, and Duration:  PER SEOC

Veteran or VAMC Preferred Provider Name and Contact Information:

Eligibility Verification:
As the authorized VA representative, I hereby confirm that the Veteran
is eligible for Community Care services. The Veteran's basic eligibility
was verified on .
Contact the Facility Community Care Office first to provide information to
the VA or to reach a VA ordering provider.  All contact from the
contractor will be documented in the Veteran's record by the facility VA
community Care and the VA provider will be notified for awareness.
Report all Critical Findings related to this authorization to the issuing
office below.  All other questions regarding this authorization should be
directed to:  As Listed Below

Facility Community Care Office:

Contact Number (Normal Business Hours): 720-857-5988
AOD/Emergency Contact After Hours Number: Cell Phone 303-518-5165
From Station Number: 554
Facility Name: Rocky Mountain Regional Medical Center
Street Address: 1700 N. Wheeling St.
City:  Aurora
State:  Colorado
Zip:   80045
Fax:   720-723-6016

Veteran Information:
Name: JORDAN,CHADWICK HEATH
DOB:  JUN 5,1982
SSN:  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
Address:
1135 N BROADWAY STE 312
DENVER, COLORADO  80203
Phone:  720-276-5377
Veteran's Alternate Phone:
Veteran's Alternate Address:

Alternate POC for Veteran:
Name:

**CONFIDENTIAL**

Address:   Phone:
In accordance with 38 CFR §§ 17.1500-1540, VA will pay for non-VA hospital
care and medical services that are authorized by VA for Veterans who are
determined by VA to meet the Veterans Choice Program eligibility criteria
set forth by section 101 of the Act and 38 CFR § 17.1510 and any other
eligibility standards that may apply to particular services (such as
health care for newborns of Veterans under 38 CFR § 17.38(a)(xiv) and
dental benefits under §§ 17.160-17.169).

/es/ TERRY A MEEKS
MSA
Signed: 05/05/2020 12:59

| | |
|---|---|
| Date/Time: | 05 May 2020 @ 1137 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 05 May 2020 @ 1138 |

**Note**

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: MAY 05, 2020@11:37    ENTRY DATE: MAY 05, 2020@11:37:39
    AUTHOR: SLOAN,JESSICA H    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 05/05/20 10:30

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call. Will await contact from Mr. JORDAN.

Veteran scheduled for next CPCC psych class on 5/12/20.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 05/05/2020 11:38

| | |
|---|---|
| Date/Time: | 04 May 2020 @ 1335 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 04 May 2020 @ 1424 |

MEDICAL CONFIDENTIAL

| Note |
| --- |

LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: MAY 04, 2020@13:35   ENTRY DATE: MAY 04, 2020@13:35:42
   AUTHOR: DEUTSCH,PAUL A      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 10 minutes
Treatment Provided: Case Management
Plan: Continue Veterans Treatment Court

D: On this date, the veteran's case was reviewed with the Denver County Veterans
Treatment Court (VTC) staff via CISCO WebEx (due to pause in normal VTC docket, as the result of COVID-19 precautions). After receiving an update from the veteran's probation update (Mr. Donta McNeil), the veteran participates in the
video with VTC staff. He participates appropriately throughout- "I just need a
vacation and looking forward to getting off probation."

The veteran was noted to be in compliance with Denver VTC requirements, especially in this interim period of social distancing and curtailing of many routine services. (UAs have not been submitted during this period as participants are required to stay at home.) He is recognized as a "superstar"
today and he advances to Phase III today.

He denies any additional needs at this time.

A: No endorsed safety concerns during today's phone check-in. The veteran is

encouraged to check-in with this VA staff and other VTC staff as needed; an incentive system is in place to allow the veteran to accrue points toward a gift

card by fulfilling interim VTC requirement- this is intended to promote pro-social contact pending resumption of in-person docket.

P: Continue attending VTC as required; next WebEx appearance on 6/8. VJO staff are available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 05/04/2020 14:24

| Date/Time: | 28 Apr 2020 @ 1502 |
| --- | --- |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |

JORDAN, CHADWICK HEATH   **CONFIDENTIAL**   Page 321 of 667

| Location: | Rocky Mountain Regional VA Medical Center |
| --- | --- |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 28 Apr 2020 @ 1512 |

Note

LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: APR 28, 2020@15:02     ENTRY DATE: APR 28, 2020@15:02:52
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED

VRS and Veteran were able to talk over the phone regarding the incident with
Goodwill's BankWorks Program. Veteran stated that he feels the program
discrimated against him and that he is a prime candiate for the program. Veteran

stated that he also let the coordinator know that he was motivated to obtain a
part-time position to gain cash handling experience which is a requirement of
successfully completing and job placement for the program. Veteran feels the
coordinator is not telling the truth surrounding the interview.

When VRS asked if Veteran had filed or plans to file lawsuit, Veteran stated
that he filed a complaint with Goodwill's Corporate Office and may send out

emails to banks as well.

VRS asked Veteran if he wished to continue the CWT Program and seek competitive
community employment. Veteran stated that VRS/Job Seeking program may be not
able to provide him what he wants. Veteran stated that he is working on building

his business and wants scholarships.Veteran is needing financial assistance to
pay University off to get his transcripts.

Plan: VRS and Veteran agreed to transfer case to Voc Assist, Joe Thomas Peer
Support Specialist to provide support as needed.


(call duration: 12mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/28/2020 15:12

Receipt Acknowledged By:
05/13/2020 16:20     /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH
04/28/2020 16:03     /es/ JOSEPH A THOMAS
                PEER SUPPORT TECHNICIAN

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 28 Apr 2020 @ 1425 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 28 Apr 2020 @ 1426 |

**Note**

LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: APR 28, 2020@14:25    ENTRY DATE: APR 28, 2020@14:25:23
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS received a phone message from Veteran return call and stating that he will
try to call VRS later.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/28/2020 14:26

| | |
|---|---|
| Date/Time: | 28 Apr 2020 @ 0900 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 28 Apr 2020 @ 1034 |

**Note**

LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: APR 28, 2020@09:00    ENTRY DATE: APR 28, 2020@10:28:52
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS received voice mail message from Goodwill's BankWorks Program manager -
Barb
Colwell. Barb stated that Veteran contacted the corporate office and that he
plans to sue based on racial discrimination for not being accepted into the
program. Since VRS was formerly employed with Goodwill for 5years has worked
with the BankWorks Program, Barb asked if VRS could speak to Veteran regarding
the matter.

VRS attempted to reach Veteran but his voice mail box full, therefore could not leave a voice message.

VRS left Veteran a text message to please call.


/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/28/2020 10:34

Receipt Acknowledged By:
05/13/2020 16:30     /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 27 Apr 2020 @ 0851 |
| Note Title: | ADMINISTRATIVE NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHEN,TSO |
| Co-signed By: | CHEN,TSO |
| Date/Time Signed: | 27 Apr 2020 @ 0853 |

Note

 LOCAL TITLE: ADMINISTRATIVE NOTE
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: APR 27, 2020@08:51   ENTRY DATE: APR 27, 2020@08:51:29
   AUTHOR: CHEN,TSO        EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

This note serves to close the Phone visit encounter created from the corresponding 4/16/20 F2F visit due to COVID-19 pandemic.
Please see the 4/16 note for visit details.

/es/ Tso Chen,MD
Staff Primary Care Physician
Signed: 04/27/2020 08:53

| | |
|---|---|
| Date/Time: | 24 Apr 2020 @ 0900 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 24 Apr 2020 @ 1514 |

Note

JORDAN, CHADWICK HEATH **CONFIDENTIAL** Page 324 of 667

LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: APR 24, 2020@09:00   ENTRY DATE: APR 24, 2020@15:06:30
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS was contacted by Barb, Goodwill's BankWorks Program Coordinator. Barb
reported that Veteran was not selected for the BankWorks Program based on the
following: (from virtual interview 4/21)

* Veteran is not willing to find part-time employment to gain the skills of cash

handling experience necessary to qualify for the program.

* Failed to answer the questions directly and would often talk in circles

* Could not identify why he is motivated to pursue the program/banking
employment

* Answered his phone at least 3times during the interview.

Barb stated that she would notify Veteran via email of results.

VRS left a message for Veteran to try attempt to schedule phone meeting for 4/30

if he's available for discussion.


/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/24/2020 15:14

Receipt Acknowledged By:
05/13/2020 16:30      /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| Date/Time: | 23 Apr 2020 @ 1634 |
|---|---|
| Note Title: | CHRONIC PAIN CARE CLINIC CONSULT REPORT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SLOAN,JESSICA H |
| Co-signed By: | SLOAN,JESSICA H |
| Date/Time Signed: | 23 Apr 2020 @ 1636 |

Note

 LOCAL TITLE: CHRONIC PAIN CARE CLINIC CONSULT REPORT
STANDARD TITLE: PHARMACY CONSULT
DATE OF NOTE: APR 23, 2020@16:34   ENTRY DATE: APR 23, 2020@16:34:37
   AUTHOR: SLOAN,JESSICA H   EXP COSIGNER:

URGENCY:                    STATUS: COMPLETED

Chronic Pain Care Clinic Orientation
Group members: 3
Facilitators: Jessica Sloan, PhD & Paul Rozzero, PharmD
Time in Session: 60 min

ID: Mr. CHADWICK HEATH JORDAN is a 37 y/o, NEVER MARRIED, BLACK OR AFRICAN
AMERICAN, MALE, 90%SC Veteran of the US Marine Corps (from DEC 29,2000 to JUN
5,2002).

The patient attended the RMR VA Chronic Pain Care Clinic (CPCC) Orientation
session today. The presentation was conducted by CPCC staff using a power
point presentation with ample time to discuss general questions at the end.

During this session, the following items were discussed:
-     what the CPCC offers
-     importance of multimodality approach to pain management
-     importance of improved activity and function as a goal with pain
reduction only as a secondary goal
-     importance of decreased reliance on passive treatment modalities
(particularly medications) by optimizing active treatment modalities
-     review of pain medications which may be offered, including opioids
-     rules of the CPCC, including: no walk-ins, importance of keeping all
appointments both in the CPCC as well as with other providers as recommended by
the CPCC staff, rules on how to take medications strictly as prescribed, no
early medication renewals, and importance of following the education in the
Taking Opioids Responsibly document
-     acknowledgement of attendance to Pain Clinic Orientation session

PATIENT ELECTED TO ENROLL IN THE CLINIC.

Veteran will be scheduled for the first mandatory pain care class on: Tuesdays
from 10:30-11:30am in G3 Health Psychology. Patient was provided information
regarding dates and times of the pain care classes, as well as information for
calling into the VANTS line.

/es/ Jessica H Sloan, PhD
CLINICAL PSYCHOLOGIST
Signed: 04/23/2020 16:36

Receipt Acknowledged By:
04/24/2020 09:10     /es/ PAUL ROZZERO, PHARM.D.
                CLINICAL PHARMACIST, PAIN MANAGEMENT

| | |
|---|---|
| Date/Time: | 21 Apr 2020 @ 1356 |
| Note Title: | MH CANCELLED APPT. |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |

| | |
|---|---|
| Date/Time Signed: | 30 Apr 2020 @ 1356 |

**Note**

 LOCAL TITLE: MH CANCELLED APPT.
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE
DATE OF NOTE: APR 21, 2020@13:56   ENTRY DATE: APR 30, 2020@13:56:42
   AUTHOR: VALDIVIEZO,SONIA   EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

Attempted to reach Veteran at number listed, and left voicemail requesting a
call back to reschedule.

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 04/30/2020 13:56

| | |
|---|---|
| Date/Time: | 17 Apr 2020 @ 1454 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BRITTINGHAM,WAYNETTE S |
| Co-signed By: | BRITTINGHAM,WAYNETTE S |
| Date/Time Signed: | 17 Apr 2020 @ 1455 |

**Note**

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: APR 17, 2020@14:54   ENTRY DATE: APR 17, 2020@14:54:18
   AUTHOR: BRITTINGHAM,WAYNETT  EXP COSIGNER: POWERS,HEATHER S
   URGENCY:            STATUS: COMPLETED

Diagnosis: z59.0


As Benefit Specialist, the writer reviewed veteran information for potential
benefit application. The veteran previously awarded; no further action needed.

/es/ WAYNETTE S BRITTINGHAM
Social Worker Associate
Signed: 04/17/2020 14:55

/es/ Heather Powers, MSW, LCSW
Licensed Clinical Social Worker, HUD/VASH
Cosigned: 04/17/2020 16:28

| | |
|---|---|
| Date/Time: | 16 Apr 2020 @ 0944 |

| | |
|---|---|
| Note Title: | PRIMARY CARE TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MYKONIATIS,GABRIELLE E |
| Co-signed By: | MYKONIATIS,GABRIELLE E |
| Date/Time Signed: | 16 Apr 2020 @ 1526 |

**Note**

LOCAL TITLE: PRIMARY CARE TELEPHONE CONTACT
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 16, 2020@09:44    ENTRY DATE: APR 16, 2020@09:45:02
   AUTHOR: MYKONIATIS,GABRIELL  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

PCP: SCHNELL,BENJAMIN
Home Phone: 720-276-5377
Cell Phone:UNKNOWN

Per protocol, patient was identified by full name & date of birth.

I spoke directly with JORDAN,CHADWICK HEATH over the phone on APR 16, 2020.

Subjective:
 Phone Appointment
The following identifiers were used to verify this patient:  DOB. SSN.
CC:annual  exam

S:The vet  still has migraine HA . The vet   has  had some  migraines.

 depression
he is  more compliant  with  the  seroquel
During the  phone  call  he was  very   tangential

He  is  still  working  w/ CWT

 The   knee  pain  is  stable

O:

A/P:
ASSESSMENT and PLAN:37BLACK OR AFRICAN AMERICANMALE as  a  new  pt   to  me  as
a result  of a  change  of  provider  request

>.Migraine  Headaches
     - cont'd  sumatriptan


>. Pain
     - location:left  knee pain  d/t  : Left knee rupture of the midsubstance

anterior cruciate ligament. Knee joint effusion from  MRI  2017 .
    - controlled:y


>. Depression
    - controlled?:y
    - medication changes: n seroquel  cont'd  -  add  a1c  lab
    - mental  health referral:enrolled  in  past  ; declined  warm handoff
to PCMHI

>. Health  maintenance
    - prostate cancer  screening:y PSA - NONE FOUND
    - Colon cancer screening:y

    - BMI review and  counseling
    - cardiovascular disease  risk  stratification
    - advanced directive discussion/immunizations discussed
>. follow up
    - 3 months w/  PCP 30 min face to  face appt
    - encouraged MyHealtheVet for result f/u,  otherwise will mail
    follow-up letter

>. referrals: none

MDM:

duration of  phone appointment:  30  minutes

Clinical Data:
[ ] NA

Medical Decision Making:


Duration of call: [ ] 5-10 min  [ ] 11-20 min [x ] 21-30 min

All concerns and questions addressed prior to conclusion of conversation.

Scheduled/Future VA appts:
04/16/2020 14:00  DEN PACT MD 07
04/21/2020 14:30  RMR MHC IND SW 06 PM
06/02/2020 09:30  RMR PHONE MHC PSI 11
06/02/2020 09:31  RMR MHC IND PSI 11



/es/ GABRIELLE E MYKONIATIS, MD
Staff Primary Care Physician
Signed: 04/16/2020 15:26

| Date/Time: | 15 Apr 2020 @ 1345 |
|---|---|
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | REYES-GARCIA,VICTOR O |
| Co-signed By: | REYES-GARCIA,VICTOR O |
| Date/Time Signed: | 15 Apr 2020 @ 1349 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: APR 15, 2020@13:45    ENTRY DATE: APR 15, 2020@13:45:25
   AUTHOR: REYES-GARCIA,VICTOR  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

HAS Clinic Administration Note
Change of Provider:
Service & Phone number and/or extension:    HICC: 303-399-8020 OPT:2,2
Service Name:   DENVER VA CLINIC
Current Provider Name:   Dr. Schnell,
Reason:   Due to PCP discriminatorily comment

Pt sched.
Date/Time: THURSDAY  APR 16, 2020  2:00 PM
    Clinic:  DEN PACT MD 07
   Location:  4545 E. 9th Ave, Ste 010
   Telephone:  303-372-7000
   Provider:  MYKONIATIS,GABRIELLE E

/es/ VICTOR O REYES-GARCIA
MSA
Signed: 04/15/2020 13:49

Receipt Acknowledged By:
04/16/2020 13:30       /es/ GAIL N BENNETT
                ... PCMM COORDINATOR
04/17/2020 09:16       /es/ DEMETRIUS MCCREE
                MSA
04/16/2020 08:55       /es/ Joy Weyna-King
                MH PCMM COORDINATOR

| Date/Time: | 15 Apr 2020 @ 1219 |
|---|---|
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 15 Apr 2020 @ 1223 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: APR 15, 2020@12:19    ENTRY DATE: APR 15, 2020@12:20:05
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
 URGENCY:                  STATUS: COMPLETED

  *** CWT EMPLOYMENT TELEPHONE CONTACT Has ADDENDA ***

VRS discussed with Veteran the Voc Rehab VANTS line groups and reviewed informed

consent guidelines.

Veteran shared that he completed and submitted required materials to the
BankWorks Coordinator and is awaiting next steps.

Veteran agreed to continue to update VRS as BankWorks assessement continues.

(call duration: 5mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/15/2020 12:23

04/16/2020 ADDENDUM              STATUS: COMPLETED
VRS spoke with Veteran and provided the following guidance:

Veteran was  informed that a VANTS group was available but that this modality is

not secure and privacy cannot be guaranteed.  Veteran advised not to share
sensitive information.  Informed consent to proceed was verbally obtained.
Veteran confirmed that their physical address on record in CPRS was correct and
that they would be asked to confirm their location when attending the VANTS
group.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/16/2020 12:15

| | |
|---|---|
| Date/Time: | 15 Apr 2020 @ 1038 |
| Note Title: | TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | IRVING,BROOKE M |
| Co-signed By: | IRVING,BROOKE M |
| Date/Time Signed: | 15 Apr 2020 @ 1040 |

Note

**CONFIDENTIAL**

LOCAL TITLE: TELEPHONE CONTACT
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 15, 2020@10:38    ENTRY DATE: APR 15, 2020@10:38:44
    AUTHOR: IRVING,BROOKE M    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

  *** TELEPHONE CONTACT Has ADDENDA ***

PACT: DENVER PACT MD 05 *WH* (Focus: Primary Care Only)
 Designated Wh Pcp:      Schnell,Benjamin || PHONE:3458
 Care Manager:        Wahl,Barbara || PHONE:2266
 Clinical Associate:      Mayne,Robert G || PHONE:3196
 Administrative Associate:  Davis,Crystel Joy || PHONE:(720) 857-5028
 PACT Clinical Pharmacist:  Navy,Hilary || PHONE:719-227-4078
 Surrogate Care Manager:   Irving,Brooke M || PHONE:3156
 Clinical POC:        Care Manager || Wahl,Barbara || PHONE:2266
 Administrative POC:      Administrative Associate || Davis,Crystel Joy ||
PHONE:(720) 857-5028

**PATIENT called in for JORDAN,CHADWICK HEATH (243399084) Phone: 720-276-5377.

The following identifiers were used to verify this patient:  DOB. SSN.

Contact Phone Number: 720-276-5377

Patient's Email Address: CJLLC@POST.COM

Caller Area: 19-**RMR VAMC

Type of call: ** ECHCS REFERRAL TO PACT TEAM.

Caller Response: *OTHER

Class Code: Other specified counseling.

Comments:
Patient called about the Chronic Pain  appt  Rmr Cpcc Orient Pso 01   04/14/
2020@15:30 . He said he waited for the call and no one called. He did not know
he had to call in. He thought they would call him. He did not have the vants
line #. He asked if he can be rescheduled for it or get a new consult.

Chief Complaint: Not applicable to call.

Author: BUBEN,DEBRA

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 4/14/2020 @ 4:09:23 PM
Ending at: 4/14/2020 @ 4:13:32 PM
Length: 4 minutes.

/es/ BROOKE M IRVING

**CONFIDENTIAL**

Staff Nurse
Signed: 04/15/2020 10:40

04/15/2020 ADDENDUM            STATUS: COMPLETED
Pact RN looked at referral per referral the following note was made:

Veteran called about halfway through orientation 4/14 and stated he had
not been informed of VANTS line info. Please call to reschedule
orientation appt.

Pact RN notified patient that they should contact him to reschedule appt for
CPCC.

/es/ BROOKE M IRVING
Staff Nurse
Signed: 04/15/2020 10:42

| | |
|---|---|
| Date/Time: | 10 Apr 2020 @ 1400 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 10 Apr 2020 @ 1452 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: APR 10, 2020@14:00    ENTRY DATE: APR 10, 2020@14:46:42
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** CWT EMPLOYMENT TELEPHONE CONTACT Has ADDENDA ***

VRS and Veteran completed telephone conference regarding follow up status to job

leads and/or resources sent to Veteran by VRS.

Veteran confirmed that he did received and has interest in Goodwill's
BankWorks
Program.

Veteran shared that he spoke with assistant coordinator Selma and is enrolled in

the program. Veteran expressed that he is motivation and likes that the program
will be offered online classes.

Veteran is expected to complete additional paperwork due 4/14.

Plan: Veteran agreed to update VRS once he has additional information on class start dates.

(call duration: 15mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/10/2020 14:52

Receipt Acknowledged By:
05/13/2020 10:06        /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

04/10/2020 ADDENDUM                STATUS: COMPLETED
VRS received the following follow up email from Goodwill's BankWorks Program

Coordinator:


Chadwick has not been accepted into the program.  He has passed the first step which is to take and pass the Technology Assessment.  There are several steps he

still needs to take to get to acceptance.

*I sent him an email yesterday which contained a link to a BankWork$ program overview and two documents he needs to complete by 4/14 before we move forward.

*When I receive those document, I will send him the Reading and Math Assessment link.

*If he passes that assessment, we would schedule a virtual interview on Zoom.

*If he passes the interview, we would then accept him into the class.

We are going to a virtual classroom for the first 4 weeks.  Our hope is to bring

the class together in June to finish the session.  We are not sure yet which classroom that would be so we would need participants to be flexible and able to

commute to either Iliff or Stapleton.

Hope this helps you in supporting Chadwick.  If you have additional questions, please let me know.


BJ
BJ Colwell
Barbara (BJ) Colwell
BankWork$ Instructor
Discover Goodwill of Southern and Western Colorado
Mobile: 720-660-8070
bcolwell@goodwilldenver.org

**CONFIDENTIAL**

/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/10/2020 14:55

Receipt Acknowledged By:
05/13/2020 10:05      /es/ Sonia Valdiviezo, LCSW
              LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 03 Apr 2020 @ 1400 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 03 Apr 2020 @ 1456 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: APR 03, 2020@14:00    ENTRY DATE: APR 03, 2020@14:50:15
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

VRS spoke with Veteran to discuss if Veteran had received and followed up on job

leads or resources sent by VRS.

Veteran stated that he has had issues with receving email via HealtheVet.

VRS will provide Veteran with the HealtheVet Administrator,Larry Wilson contact
information to assist with resolving any issues.

Once confirmed VRS will either review or resend the following to Veteran:

Job leads:
Addison Group - Tax Associate
Kforce Staffing - Accounting Clerk

Trainings and/or Resources:

Goodwill's BankWorks Program
New Horizon's Training funds for jobs skills/certifications
Western Region Virtual Military/Veteran Career Fair

VRS will connect with Veteran on Tuesday 4/7 to confirm.

(call duration: 15mins)

**CONFIDENTIAL**

/es/ LISA M BAILEY-WILSON
VRS
Signed: 04/03/2020 14:56

| | |
|---|---|
| Date/Time: | 27 Mar 2020 @ 1350 |
| Note Title: | CWT EMPLOYMENT VOCATIONAL PLAN |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 27 Mar 2020 @ 1503 |

Note

 LOCAL TITLE: CWT EMPLOYMENT VOCATIONAL PLAN
STANDARD TITLE: CWT NOTE
DATE OF NOTE: MAR 27, 2020@13:50   ENTRY DATE: MAR 27, 2020@15:01:24
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED


UpdatedEmployment Plan of Action
(6month review)


Plan Date:  3/27/2020

GOAL(S):  Seek and maintain permanent competitive employment in the community.

PROBLEM:   Underemployed and seeking permanent  full-time employment


STRENGTHS:

Quick learner, Dependable, Flexible and Team player


ABILITIES:
(specific work skills and aptitudes)

Accounting knowledge/skills


VOCATIONAL PREFERENCES:

WAGE GOAL: market rate for the position
HOURS GOAL/NEED: 40hrs/wk.
BENEFITS GOAL/NEEDS: None specific

**CONFIDENTIAL**

PREFERRED EMPLOYERS: Financial Industry
WORK AREAS/REGION PREFERRED: Metro Denver
Work shift desired: open
Primary job choice: Account and or Finance/Taxes

NEEDS: POTENTIAL VOCATIONAL BARRIERS:
(barriers that are keeping me from getting and keeping a job, and reasonable
accommodations I might need in order to work or participate in services)

Transportation Plan (if applicable):  has reliable transportation
Child/Elder Care Plan (if applicable): Father, but not a barrier is flexible
with check ins
Criminal History:  Yes, currently on probation (drug charge) until 10/2020
Substance Use History: none reported
Other Concerns: none at this time

Resources available to address barriers: CWT/SE program

3.  Employment Plan Action Steps:

A.      Rationale for Intervention (describe the skills, experience, and/or
personal attributes that fostered the plan of action):

B.      Close to completing BA Accounting Degree. Wants to be able to move
forward with stable employment and or growth of tax company

C.      Outcomes Desired: Obtain CPA/BA Degree via employment and/or
scholarships/internship

1.      Environment:  Finance Industry

2.      Duties:  Account/Finance and or Taxes

Action Step 1:. Obtain transcripts: University requires $4,000 to release
transcripts

        To be completed by Veteran with  VRS assisting to research
        For potential scholarships/internships to provide funds
:

Action Step 2:  Employment

To be completed by: VRS & Veteran ? seek out potential competitive employment
to

provide additional income resources to acquire transcripts

Action Step 3:  Networking/Connections Denver Chambers

To be completed: Veteran will fully utilize membership privileges

Action Step 4: Research potential opportunities with attending Goodwill's BankWorks Program

To be completed: VRS will provided Veteran with contact information

CONTACT/MEETING PREFERENCES:
Preferred Method of Contact: phone calls, text message/ HealtheVet

INTERVENTIONS(S): What types of things will you and/ or your VRS do to help you complete your objective?
Be as active as possible in the job search.
Return all calls, emails and/or texts from VRS and or employers within 12hours.
Notify VRS as soon as possible if you hear from any employers.
Show up as scheduled for all meetings and/or interviews in proper interview attire.
Maintain motivation and a positive attitude during the job search process.

(total meeting time: 30mins)

Plan:VRS and Veteran agreed to meet via phone call 4/3 @ 2p

/es/ LISA M BAILEY-WILSON
VRS
Signed: 03/27/2020 15:03

Receipt Acknowledged By:
03/27/2020 15:36    /es/ Aileen C Burrell, LCSW
                Clinical Social Worker

| | |
|---|---|
| Date/Time: | 23 Mar 2020 @ 1317 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BURRELL,AILEEN C |
| Co-signed By: | BURRELL,AILEEN C |
| Date/Time Signed: | 24 Mar 2020 @ 0813 |

Note

LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: MAR 23, 2020@13:17   ENTRY DATE: MAR 23, 2020@13:17:08
    AUTHOR: BURRELL,AILEEN C   EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

This writer returned a phone call from the veteran.  Due to the veteran's
questions being related to work he is doing with his VRS, his VRS, Bailey-Wilson

was in the room during the call.  Call lasted 12 minutes.

Veteran had initially stated he wanted some inaccurate notes retracted (per his
voicemail).  Upon talking, veteran understands that his notes do not portray
that he is actively employeed at this time.  He shared some resources and leads
he has followed up on and is feeling more encouraged about future oppotunities.

Plan:  Veteran will continue to work with VRS Bailey-Wilson about vocational
leads and resources.  No further follow up needed by this writer.

/es/ Aileen C Burrell, LCSW
Clinical Social Worker
Signed: 03/24/2020 08:13

Receipt Acknowledged By:
03/24/2020 08:58    /es/ LISA M BAILEY-WILSON
                 VRS

| | |
|---|---|
| Date/Time: | 19 Mar 2020 @ 1328 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 19 Mar 2020 @ 1330 |

**Note**

LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: MAR 19, 2020@13:28   ENTRY DATE: MAR 19, 2020@13:28:18
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

VRS and Veteran rescheduled next meeting for 3/27 @ 2pm over phone to discuss
job search options.

(call duration: 8mins)

/es/ LISA M BAILEY-WILSON

**CONFIDENTIAL**

VRS
Signed: 03/19/2020 13:30

| | |
|---|---|
| Date/Time: | 16 Mar 2020 @ 1542 |
| Note Title: | TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHNELL,BENJAMIN |
| Co-signed By: | SCHNELL,BENJAMIN |
| Date/Time Signed: | 16 Mar 2020 @ 1558 |

Note

LOCAL TITLE: TELEPHONE CONTACT
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAR 16, 2020@15:42   ENTRY DATE: MAR 16, 2020@15:42:38
   AUTHOR: SCHNELL,BENJAMIN   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

PCP: SCHNELL,BENJAMIN
Home Phone: 720-276-5377
Cell Phone:UNKNOWN

Per protocol, patient was identified by full name & date of birth.

I spoke directly with JORDAN,CHADWICK HEATH over the phone on MAR 16, 2020.

Subjective: veteran would like to see Derm about his acne, he is on 4 meds and
still has acne around the mouth and on his neck in areas that he shaves daily.
He would also like more CC PT for his LBP, his pain is improved but he would
also like codiene to help w the pain while in PT

Clinical Data: no new data, no reports available from CC PT
[ ] NA

Medical Decision Making:
1 - Derm consulted for Acne, topical meds RFed
2- LBP - instructed veteran on how CC PT is supposed to request additional
visits thru CC, if not successful he is to let me know and we will re-enter a VA

consult but I will need the CC PT MRs to review - veteran expresses his
understanding and agreement w discussing w his CC PT
3 - Entered pain consult and ordered topical pain meds

Duration of call: [ ] 5-10 min  [ ] 11-20 min [x] 21-30 min

All concerns and questions addressed prior to conclusion of conversation.

Scheduled/Future VA appts:
04/21/2020 14:30  RMR MHC IND SW 06 PM
06/02/2020 09:30  RMR MHC IND PSI 11

/es/ BENJAMIN SCHNELL DO
Staff Primary Care Physician
Signed: 03/16/2020 15:58

| | |
|---|---|
| Date/Time: | 16 Mar 2020 @ 1512 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | WILLIAMS,SILVIA |
| Co-signed By: | WILLIAMS,SILVIA |
| Date/Time Signed: | 16 Mar 2020 @ 1513 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: MAR 16, 2020@15:12   ENTRY DATE: MAR 16, 2020@15:12:32
    AUTHOR: WILLIAMS,SILVIA     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

HAS Clinic Administration Note
General information to be passed on to PACT/BHIP:
VET CALLED CALL CENTER REQUESTED PROVIDER CHANGE FORM TO BE MAILED TO
HIM. VET VERIFIED ADDRESS. MAILED HIM REQ FORM

/es/ SILVIA WILLIAMS
MSA
Signed: 03/16/2020 15:13

| | |
|---|---|
| Date/Time: | 13 Mar 2020 @ 1143 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DAVIS,CRYSTEL JOY |
| Co-signed By: | DAVIS,CRYSTEL JOY |
| Date/Time Signed: | 13 Mar 2020 @ 1147 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: MAR 13, 2020@11:43   ENTRY DATE: MAR 13, 2020@11:43:55
    AUTHOR: DAVIS,CRYSTEL JOY   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

**CONFIDENTIAL**

HAS Clinic Administration Note
Telephone Note:
SPOKE TO PT LET HIM KNOW WE ARE CONVERTING HIS APPT FROM FACE-FACE TO
PHONE APPT SAME DAY AND TIME JUST OVER THE PHONE.

/es/ CRYSTEL JOY DAVIS
MSA
Signed: 03/13/2020 11:47

| | |
|---|---|
| Date/Time: | 09 Mar 2020 @ 1434 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 09 Mar 2020 @ 1434 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: MAR 09, 2020@14:34   ENTRY DATE: MAR 09, 2020@14:34:03
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

VRS attempted to reach Veteran and left voice mail message.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 03/09/2020 14:34

| | |
|---|---|
| Date/Time: | 09 Mar 2020 @ 1332 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 09 Mar 2020 @ 1414 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: MAR 09, 2020@13:32   ENTRY DATE: MAR 09, 2020@13:32:51
   AUTHOR: DEUTSCH,PAUL A   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 15 minutes
Treatment Provided: Veterans Treatment Court
Plan: Continue Veterans Treatment Court
Phase: II of IV

D: Veteran's case was reviewed in the Denver Drug Court Veterans Docket. An

interagency ROI is on file. The veteran's case was staffed prior to court.

The veteran was present for court and noted to be fully compliant with Veterans
Treatment Court (VTC) requirements. UAs since the last VTC were as follows: all
clean. He is noted as a "superstar" today. "I feel motivated and
inspired."

The veteran did not report any additional needs this afternoon.

A: Veteran did not endorse SI/HI or thoughts of self-harm. Euthymic mood.
Behavior was appropriate and professional before the court.

P: Continue attending VTC as required; next appearance on 4/13/20. VJO staff are

available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 03/09/2020 14:14

| | |
|---|---|
| Date/Time: | 04 Mar 2020 @ 1611 |
| Note Title: | MH HOMELESS INDIVIDUAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 04 Mar 2020 @ 1621 |

Note

 LOCAL TITLE: MH HOMELESS INDIVIDUAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAR 04, 2020@16:11    ENTRY DATE: MAR 04, 2020@16:11:57
    AUTHOR: TUKA,JAMES C      EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 1 hour

Procedure: Writer met with veteran in his apartment for a scheduled home visit.

Veteran came downstairs when writer arrived to open locked building door and let writer in to building.  Writer sat in veteran's living room on newly acquired seating which veteran reports he recently acquired.  Veteran had on some  relaxing music and also showed writer a pamphlet listing various classical

songs and artists, and veteran explained that he once took a course on classical

music in college and enjoys it.  Veteran shared that since writer's last contact
with veteran, veteran has visited with his father.  Veteran added that his father has some land and a horse and plans to get additional horses.  Veteran mentioned that he recently met with a VA MH provider at RMR as well.  Veteran reports that he has achieved an "accounting certification" and has also paid and
joined as a member of the local Chamber of Commerce. Veteran is hopeful that connections and knowledge he gains at meetings with this group will help further

his career.  Veteran added that he thinks he will enjoy the socialization opportunities offered by the membership.  Veteran spoke for much of visit about his time in the military, history, and touched on politics, economics, and race relations.  Veteran states that he appreciates visits and speaking to this writer about a variety of topics during home visits.  Writer inquired about veteran's housing and related issues, and veteran reports that he continues to
enjoy his apartment including the location. Veteran requested and writer provided a copy of veteran's current lease, as well, and veteran explained that
he was charged a late fee this month for rent and wants to reread the lease so that he can avoid this in the future.  Veteran has no other case management issues or concerns. Writer notes veteran was well-groomed, casually but neatly dressed, and had baseline speech for veteran. Veteran did not appear to be under

the influence of substances. Veteran's apartment was comfortable and there seems
to be more items including new furniture since writer's last visit. No clinical
indication of HI/SI present. Veteran's thoughts are normal and mostly linear (at
times circumstantial). Veteran's mood is euthymic with matching affect. Following visit, veteran walked writer to the door and writer then departed.

Plan: Writer to continue to provide veteran with ongoing supportive case management.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 03/04/2020 16:21

| Date/Time: | 02 Mar 2020 @ 1318 |
|---|---|
| Note Title: | MH INDIVIDUAL PSYCHOTHERAPY(D) |

**CONFIDENTIAL**

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 02 Mar 2020 @ 1459 |

Note

LOCAL TITLE: MH INDIVIDUAL PSYCHOTHERAPY(D)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAR 02, 2020@13:18   ENTRY DATE: MAR 02, 2020@13:19:01
    AUTHOR: VALDIVIEZO,SONIA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

TREATMENT PROVIDED: Individual Psychotherapy
Duration of visit: 30 minutes
Diagnosis: Major Depression, Anxiety

VETERAN'S STATED RECOVERY GOALS: "figure out how to not be so
isolated"

PRESENTING CHALLENGE TODAY/SIGNIFICANT EVENT SINCE LAST VISIT: Veteran
reprots that "I've been doing better, and I just think that this year I
will
work on increasing my credibility.  I think because of my history it's
important
for me to build credibility so that I can get a prosperous job.  I mean I've

been thinking about finishing school for CPA, but also maybe taking the bar
exam, because those are things I enjoy outside of just for a career they are
things I like to do."

Veteran also reports that he has been doing well in HUD-VASH housing.

IDENTIFYING INFORMATION:
OCCUPATION - HR
MARITAL STATUS - NEVER MARRIED
37 year old Marine Corps veteran with a history of depression,
who served from DEC 29,2000 to JUN 5,2002 and is currently SERVICE CONNECTED
%- 60.

INTERVENTIONS PROVIDED TODAY:  I validated Veteran's experiences and
explored
his motivation for treatment.  I explored Veteran's distorted cognitions and

provided support in identifying what is working well for him.

- Psychotherapeutic support(rapport building, active listening, validation
 and normalization, identification and encouragement of coping skills).
- Psychoeducation(educating about diagnosis, symptoms, skills, appropriate
 treatment options).

- Strength-based approaches to care(promoting Veteran's identification and implementation of skills, talents, and abilities).

ASSESSMENT:  Based on Veteran's history of Depression and/or mood disorder,

further assessment is warranted to clarify treatment goals.  Veteran presented as more coherent and organized thinking than in previous sessions.

MENTAL STATUS: Veteran presented as cooperative, engaged, and motivated for treatment.  He presented as well groomed, dressed casually, with rate, volume, and intonation of speech within normal limits along with moderate level of eye contact.  Veteran presented with coherent and organized thought processes, and age appropriate judgement, and full range of affect consistent with content.  He presented with intact memory, orientation to date, time, and place, and with minimal insight regarding how his thinking processes affect his overall functioning.

RISK ASSESSMENT: Veteran's presentation did not endorse SI/HI, or AH/VH; during session clinician did not observe any indicators of imminent danger to self or others.
- There was not a clinical indication of imminent risk to self or others observed or reported during this visit.

PLAN:
   1. RTC has been entered; Clinically Indicated Date: April 21, 2020
   2. Continue with recovery plan.
   3. OPTIONAL Comments:

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 03/02/2020 14:59

| | |
|---|---|
| Date/Time: | 02 Mar 2020 @ 1130 |
| Note Title: | MH MEDICATION MANAGEMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 02 Mar 2020 @ 1220 |

Note

 LOCAL TITLE: MH MEDICATION MANAGEMENT
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: MAR 02, 2020@11:30   ENTRY DATE: MAR 02, 2020@11:30:59
   AUTHOR: HEERMANN,CHANEL M   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

MENTAL HEALTH PRESCRIBER NOTE

PT IDENTIFICATION: 37 BLACK OR AFRICAN AMERICAN MALE who is SERVICE CONNECTED %
- 60.

CC: "Oh man I've been better."

HPI:  Pt interviewed and chart reviewed.

Current neurovegetative sx:
Sleeping better with Seroquel.  Up to 5-6 hours now - 3 more than before.  Still

has nights of not as much as he'd like.  Knows negative long term effects of
not
sleeping.
Energy has been stable.   Not high like anxiety or super low.  Exercises when he

can - has gym membership and stretches there, has PT, some yoga classes and
kenpo classes.
Appetite.  Good.  Weight is stable.

Mood has been positive.  Was fairly depressed at last visits.  Better now.
4/10.
No SI or HI.  Still gets low and wonders about it, but more about logic.  Feels
he has a lot to offer.  Doesn't think world necessarily deserves him.  Feels

pretty dark.  No desire to be dead or planning.  Used to being by himself.

Anxiety - denies.  Much better than before.

Getting more comfortable with the people around him.  Accepting of people being
who they are. May have expected too much before.

General medical concerns:
Physically feeling good.
Updated med list.
Meds taken daily - no SE or px noted. Some frequent urination.

Spends time "like my great fathers" thinking like old frontiersmen.
Figures
things out on his own. No problem getting friends but would get violent toward
them based on their views. Now sees them as less of a threat.

Psychosis: Denies voices.
Denies paranoia.  From before: "Feels the Civil War complicated everything.

Feels it's a war that will never end."  Wishes implicit bias was part
of daily
conversations.
Denies IOR.
From intake:
"When he went to prison was in the hole for 5 years because they said he was
a
threat to inmates and jailers. After that period, had serious issues that took

him few years to get over. Heard things. Heard a voice he thought was a guy
talking to him in vent in county, but was still there when he left. Denies it
happens - had to work very hard for this. Has been years. Significant paranoia.
People are surveilling him. When he caught this case, gang unit was following
him around. Never in a gang. Feels they still are. Easy to spot him.
Can't
have nosy neighbors who could hear him. Very few people he's comfortable
around.
No h/o IOR. Had those thoughts (messages through TV) as a kid - feels he went
through a lot.
Told people 10 years ago China and communism were economic threat and they
called him crazy. Volunteered for Trump campaign and they called him crazy
then. "People are always wrong.""


Seeing Sonia for therapy - next appt today 3pm.

PTSD Symptoms: Trauma hx: "Dad was abusive and veteran. Witnessed violence

between parents. No sexual trauma. "Operation Iraqi Freedom, I got hit by
a
medic with her Humvee, we were on base, and I suffered some injuries and was in
the hospital but I can't remember how long, maybe a day and then they sent
me
home." Reports he tore his back up and he and command had to decide if he
would
stay in military or leave. Peers joked about it. Wanted to get away from
everybody.
Had a master sergeant who said if he got in front of him he'd kill them and
knew
friendly fire was greatest risk of dying."
Current sx: Still ongoing PTSD sx. Trying to control anxiety. Doing better.
From intake:
"Stiffness in his body reminds him of what happened. Thinks of it all the
time.
Intrusive. Helps when he focuses on somethings else.
Reports NM that vary - sees spine and tendons ripping out of back, altercations
with peers.
Has had FB but not lately.
Feels very isolated.
Avoidance - dislikes people following him closely in car or in person. Will stop

and confront someone if behind him. Will speed up in car. Hard to be around
people.
Aggressive now when he drives. Scared of being hit.
Anxiety gets triggered by people trying to get close to him.
Easy startle.
Hypervigilant - "it's real weird". Sits by exits, never by
windows. Helps him
feel better when alone."

SUBSTANCE:

**CONFIDENTIAL**

Nicotine: None
Caffeine: 8 cups coffee before - down to 6-7 cups.
Alcohol: Doesn't drink.  Quit completely 4-5 mos ago.
"Was drinking daily after military.  No h/o WD.  Maximum 1 pint every other

night. No h/o detox.  2x DUI - military, also 2004."
Marijuana: Quit completely - last was mos ago.  "Was few times weekly in
past, sometimes every other day because GF and family all smoke.  No past
px."
Naloxone rescue kit: low risk

General Medical Concerns: LBP - has TENS unit now.  Going to PT.
Right foot - broke awhile back.
Knee px
Head injury: H/o hospitalization for head injury with LOC during MVA in service.
Updated med list.
Medication SE: None noted.

PAST MEDICATION TRIALS:
Risperdal - reports he "grew breasts"
Zoloft 50mg 2016 - never returned for FU
Remeron
Trazodone


MENTAL STATUS EXAMINATION:
ORIENTATION AND CONSCIOUSNESS:  A & O times 4
APPEARANCE AND BEHAVIOR:  Casually dressed. Pleasant and cooperative. Good eye
contact.
SPEECH: Fluent, spontaneous. Normal rate and volume.
MOOD: Mildly anxious and depressed.
AFFECT: Restricted
PSYCHOMOTOR ACTIVITY: No psychomotor retardation or agitation.
PERCEPTUAL DISTURBANCE: No auditory or visual hallucinations.
FORM OF THOUGHT: Significant derailment
THOUGHT CONTENT: No overt paranoia or delusions reported.  No longer
hyperfocused on confidentiality of visits and trust issues.
SUICIDAL OR VIOLENT IDEATION: No suicidal or homicidal ideation.
INSIGHT: Poor
JUDGMENT: Fair
COGNITIVE: Grossly intact per interview.
GAIT: ambulates without difficulty

Psychotropic medications reconciled.  Medication orders, including any additions

or discontinuations, have been updated as appropriate.
-----------------------------------------------------------------------------

CURRENT MEDICATIONS:

Active Outpatient Medications          STATUS
====================================================================
SUMATRIPTAN SUCCINATE 50MG TAB          ACTIVE
     TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE,
     MAY REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN
     200MG PER DAY.

BENZOYL PEROXIDE 5% (WATER BASED) GEL          ACTIVE
     APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN          ACTIVE
     APPLY THIN FILM TO AFFECTED AREA DAILY

TRETINOIN 0.01% TOP GEL          ACTIVE
     APPLY SMALL AMOUNT AFFECTED AREA DAILY FOR ACNE

MINOCYCLINE HCL 100MG CAP          ACTIVE
     TAKE ONE CAPSULE BY MOUTH DAILY


Active Outpatient Medications (including Supplies):

  Active Outpatient Medications          Status
====================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
     AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
     AFFECTED AREA DAILY
3)  MINOCYCLINE HCL 100MG CAP TAKE ONE CAPSULE BY MOUTH    ACTIVE
     DAILY
4)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
     DOSE IN 2 HOU
RS, IF NO RELIEF. NO MORE THAN 200MG
     PER DAY.
5)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
     AREA DAILY FOR ACNE

  Pending Outpatient Medications          Status
====================================================================
1)  QUETIAPINE FUMARATE 300MG TAB TAKE ONE TABLET BY     PENDING
     MOUTH AT BEDTIME

6 Total Medications

ACTIVE REMOTE MEDS:
No Active Remote Medications for this patient

NON VA MEDS:
     No Non-VA Meds Extracted

ALLERGIES:
Patient has answered NKA

ACTIVE PROBLEMS from CPRS reviewed as part of medical history:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

VITAL SIGNS:
        Temp: 97.9 F [36.6 C] (12/17/2019 22:33)
        BP:   140/84 (12/17/2019 22:33)
        Pulse:77 (12/17/2019 22:33)
        Respiration:  16 (12/17/2019 22:33)
        Weight: 195.8 lb [89.0 kg] (11/20/2019 08:57)
        BODY MASS INDEX - 28.2 (NOV 20, 2019@08:57:52)

LABS:
Metabolic:

        No GLUCOSE in the last 1Y
        No A1C HEMOGLOBIN (DVAMC) in the last 1Y

        No CHOLESTEROL in the last 1Y
        No TRIGLYCERIDE in the last 1Y


CBC:
        No WBC in the last 1Y
        No RBC in the last 1Y
        No HGB in the last 1Y
        No HCT in the last 1Y
        No MCV in the last 1Y
        No PLATELETS in the last 1Y

**CONFIDENTIAL**

Chemistry:
        No TSH in the last 1Y
        No Creatinine Serum Result in the last 1Y

        SODIUM - NONE FOUND
        POTASSIUM - NONE FOUND
        CHLORIDE - NONE FOUND
        $CO_2$ - NONE FOUND

LFTs:
        SGOT - NONE FOUND
        SGPT - NONE FOUND

Toxicology screen:
        CANNABINOIDS - NONE FOUND
        COCAINE - NONE FOUND
        AMPHETAMINES - NONE FOUND
        No OPIATES in the last 1Y
        BENZODIAZEPINES - NONE FOUND

Therapeutic Blood Levels:

Lithium:        No LITHIUM LEVEL in the last 6M
VPA:        No VALPROIC ACID in the last 6M
Carbamazepine:        No CARBAMAZEPINE in the last 6

--------------------------------------------------------------------------------

CLINICAL REMINDERS:  insufficient time to complete

DIAGNOSIS: (Based on DSM 5 criteria)
1.     Major Depression, recurrent, remission
2.     Psychosis NOS
3.     Other specified anxiety d/o
4.     R/O GAD
5.     R/O PTSD
6.     Cannabis use disorder - early remission
7.     Alcohol use disorder - early remission
8.     Cluster B anti-social personality traits, R/O disorder
See problem list above for medical diagnoses

ASSESSMENT:
This patient is a 37yo single African-American male who is homeless, no kids, unemployed from prior finance work related to expulsions from school.  He reports much improved depression and mood variability as well as anxiety with increase in Seroquel.  He denies positive psychotic sx, and prior mild paranoia and thought disorganization are much improved from initial eval. Insomnia is much improved, but is also drinking 6-7 cups coffee daily, though denies alcohol

**CONFIDENTIAL**

or MJ use x months.

From intake:
He reports some anxiety sx consistent with possible PTSD from childhood abuse/witnessed violence and MVA while in military.  Notably, this dx has not be noted previously by his many years of other providers, so cannot rule out secondary gain, especially given atypical nature of his reported symptoms (i.e. supposed NM of seeing his own back muscles rip out, which clearly does not represent a real aspect of his traumatic event).
He also reports anxiety sx consistent with possible GAD - will con't prior specified anxiety dx for now, given issues with accuracy of history.
He also reports a remote h/o psychotic sx, such as AH, though has significant paranoia currently that is difficult to parse from a trauma-related sx.  Also, affect is somewhat restricted/odd today, so cannot rule out that these symptoms are still an active concern that is being minimized today.
Presentation complicated by h/o heavy alcohol and cannabis use at various points in the past, now sober, though length of sobriety is difficult to determine based on self-report.
Significantly vague, evasive history given today that is clearly presented with an eye to social acceptability/positive spin, repeatedly denying symptoms or events (i.e. alcohol/drug issues, prior arrests) unless directly confronted with information already documented in chart.  Prior concern for possible ASPD consistent with presentation today, including childhood fire-setting, significant violence hx (100+ fights, including serious injuries likely requiring hospitalization such as broken bones) though has avoided assault charges so far, alleged threats x2 against school staff resulting in expulsion (suing school currently).

No h/o self-harm or suicide attempts.  Significant h/o violence with multiple serious assaults and alleged threats by school, as detailed above.  Safe and stable for outpatient management at this time.


PLAN:
   PSYCHIATRIC PROBLEM LIST AND PLAN:
1.     Mood: Con't Seroquel 300mg qhs for psychosis, mood stability, anxiety,
and sleep. Could consider SNRI in future given chronic pain.
2.     Trauma: Strongly encourage con't psychotherapy with Ms. Valdiviezo.
3.     Anxiety:  As above.
4.     Insomnia: Variable - monitor.
5.     Substance Use: Referral to SUD services deferred - monitor.
6.     Psychosis:  Seroquel as above.
7.     Nutrition:  Will discuss further at future visits. Encourage con't exercise.
8.     Medical Issues: Continue routine lab monitors and regular check-ups with

PCP.
9.     Supportive psychotherapy:  Discussed life circumstances and racial concerns.

1. MEDICATIONS: as above

**CONFIDENTIAL**

Discussed options including no changes.
Change current psychiatric medications: Reviewed SE, risks, and possible benefits of tx with above-named medication(s).
Veteran has decisional capacity, verbalized an understanding of, and agreement with this plan. A medication handout will be provided when veteran receives the
medication from the pharmacy.

Understands and agrees to the following:
o     No drugs or alcohol with medications.
o     Take medications only as directed.
o     Do not drive if sedated or impaired.
o     Follow up with appointments, call to make appointment sooner if needed.
o     Crisis services reviewed with client, will obtain services if needed.
o     Follow up with PCP for any medical concerns.
o     Patient agrees to this disposition and verbalizes understanding of the consequences associated with the failure to follow through on treatment recommendation.

2. LABS/OTHER TESTS: as above

3. REFERRALS: as above

4. SAFETY:  Risk assessment:
Risk Factors: poor insight, gender, probable psychosis, h/o SI, h/o assaults/threats, lives alone/homeless hx
Protective Factors: no active SI, no HI, intelligent, engaged in care
Given the above, veteran is felt to be at low risk for imminent danger to self or others at this time.

5.  FOLLOW-UP: RTC in 3-4 mos, sooner PRN.


Time with patient: 20 Min

Treatment provided:  medication mngt + therapy


CONSENT/TREATMENT PLAN:  Patient and/or caregiver has decisional capacity and indicates readiness to learn, verbalizes understanding, agreement and satisfaction with the treatment plan, including medications.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 03/02/2020 12:20

| Date/Time: | 27 Feb 2020 @ 1405 |
| --- | --- |
| Note Title: | MH HOMELESS INDIVIDUAL CONTACT |

| Location: | Rocky Mountain Regional VA Medical Center |
|---|---|
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 27 Feb 2020 @ 1409 |

Note

 LOCAL TITLE: MH HOMELESS INDIVIDUAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: FEB 27, 2020@14:05  ENTRY DATE: FEB 27, 2020@14:06:02
   AUTHOR: TUKA,JAMES C     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 45 min (driving and waiting time only; veteran not reached)

Procedure: Writer went to veteran's locked apartment building (writer arrived
about 15 minutes later than planned and texted and left voicemails for veteran
before and when writer arrived).  Writer called and texted upon arrival. Veteran

did not respond.  Writer waited for a period of time then departed.

Plan: Veteran texted writer later in same afternoon and writer and veteran are
considering schedules to reschedule home visit for near future.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 02/27/2020 14:09

| Date/Time: | 24 Feb 2020 @ 1537 |
|---|---|
| Note Title: | SECURE MESSAGING |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 24 Feb 2020 @ 1337 |

Note

 LOCAL TITLE: SECURE MESSAGING
STANDARD TITLE: MHV DIALOG NOTE
DATE OF NOTE: FEB 24, 2020@15:37:05  ENTRY DATE: FEB 24, 2020@13:37:05
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

------Original Message------------------------

Sent: 02/24/2020 03:36 PM
From: BAILEY-WILSON, LISA M
To: JORDAN, CHADWICK HEATH
Subject: General Inquiry
Attachments: Wells Fargo Veterans Emergency Grant Program 2020.pdf (283.33 KB), Wells Fargo Veterans-Scholarship-Program-2020.pdf (527.32 KB)

Hi Chadwick,

Passing on some resource information.

Lisa

/es/ LISA M BAILEY-WILSON
VRS
Signed: 02/24/2020 13:37

| | |
|---|---|
| Date/Time: | 10 Feb 2020 @ 1430 |
| Note Title: | CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 11 Feb 2020 @ 0901 |

Note

 LOCAL TITLE: CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: FEB 10, 2020@14:30    ENTRY DATE: FEB 11, 2020@08:39:50
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

VRS met with Veteran at a coffee shop near his residence.

VRS and Veteran discussed and viewed website video for the Veterans Business Building Program (VBBP). Veteran stated that he was interested in connecting with the program and plans to follow up.

Veteran also shared that he received is tax licensing from the IRS and has proceeded to move forward with preparing taxes for customers.

Veteran also stated that he is working with his father on a land contract deal on leasing out some of the land on his dad's property.

Veteran also shared that he may have an opportunity to work with a friend who has his own law practice and would assist veteran with becoming and paralegal

assistant.

Veteran asked if VRS could assist with identifying incubator programs for veterans that offer grant or loans.

VRS and Veteran agreed to meet again in 2 weeks and will set date when Veteran learns more of his upcoming schedule.

(total time: 75mins)


/es/ LISA M BAILEY-WILSON
VRS
Signed: 02/11/2020 09:01

Receipt Acknowledged By:
02/27/2020 14:45      /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 05 Feb 2020 @ 1046 |
| Note Title: | PHARM. RENEWAL REQUEST - TELEPHONE CONTACT (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | PANKEY,JASON M |
| Co-signed By: | PANKEY,JASON M |
| Date/Time Signed: | 05 Feb 2020 @ 1046 |

Note


 LOCAL TITLE: PHARM. RENEWAL REQUEST - TELEPHONE CONTACT (T)
STANDARD TITLE: PHARMACY TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: FEB 05, 2020@10:46   ENTRY DATE: FEB 05, 2020@10:46:05
   AUTHOR: PANKEY,JASON M    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

S:JORDAN,CHADWICK HEATH720-276-5377 called into HICC Pharmacy Call Center to request a renewal for the following medication(s) which are either expired or without further refills:

MINOCYCLINE HCL 100MG CAP  6034502A  EXPIRED  90  02/16/2017  02/16/2016
12/19/2016  1  RICHLIE,DANIEL G  45.54   TAKE ONE CAPSULE BY MOUTH DAILY FOR SHAVING IRRIATION PREVENTION.  REPLACES DOXYCYCLINE HYCLATE. SPACE APART FROM VITAMINS, CALCIUM/MAGNESIUM/IRON PRODUCTS BY 2 HOURS. CAUTION SUN SENSITIVITY TAKE DAILY OR EVERY OTHER DAY AS NEEDED TO CONTROLS SYMPTOMS

Routing: (MAIL)

O: Future Appointments
03/02/2020 11:00  RMR MHC IND PSI 11
03/02/2020 13:00  RMR MHC IND SW 06 PM

03/16/2020 13:30 DEN PACT MD 05

A/P: Request forwarded to provider for review.

/es/ JASON M PANKEY, CPhT
HICC PHARMACY TECHNICIAN
Signed: 02/05/2020 10:46

Receipt Acknowledged By:
02/07/2020 16:53    /es/ BENJAMIN SCHNELL DO
                 Staff Primary Care Physician
02/19/2020 18:26    /es/ Barbara Wahl, RN
                 Ambulatory Care

| | |
|---|---|
| Date/Time: | 04 Feb 2020 @ 0832 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 04 Feb 2020 @ 0834 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: FEB 04, 2020@08:32    ENTRY DATE: FEB 04, 2020@08:32:12
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS spoke with Veteran and both agreed to meet on Monday, 2/10th @ 2:30p at
Amethyst Coffee for VBBP (Veterans Business Building Program) information
sharing meeting.

call duration: 2mins

/es/ LISA M BAILEY-WILSON
VRS
Signed: 02/04/2020 08:34

| | |
|---|---|
| Date/Time: | 03 Feb 2020 @ 1017 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 03 Feb 2020 @ 1018 |

**CONFIDENTIAL**

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: FEB 03, 2020@10:17    ENTRY DATE: FEB 03, 2020@10:17:18
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Veteran left message to cancel appt today with VRS. Veteran also stated that he
would like to reschedule.


/es/ LISA M BAILEY-WILSON
VRS
Signed: 02/03/2020 10:18

| | |
|---|---|
| Date/Time: | 27 Jan 2020 @ 1346 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 27 Jan 2020 @ 1348 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: JAN 27, 2020@13:46    ENTRY DATE: JAN 27, 2020@13:46:21
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS spoke to Veteran about learning and exploring the Veterans Business Building

Program.  VRS and Veteran agreed to meet 2/3 at coffee shop downtown to explore
the VBBP.

(call time: 2mins)


/es/ LISA M BAILEY-WILSON
VRS
Signed: 01/27/2020 13:48

| | |
|---|---|
| Date/Time: | 27 Jan 2020 @ 1309 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |

**CONFIDENTIAL**

| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 27 Jan 2020 @ 1346 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JAN 27, 2020@13:09    ENTRY DATE: JAN 27, 2020@13:09:37
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 15 minutes
Treatment Provided: Veterans Treatment Court
Plan: Continue Veterans Treatment Court
Phase: II of IV

D: Veteran's case was reviewed in the Denver Drug Court Veterans Docket. An

interagency ROI is on file. The veteran's case was staffed prior to court.

The veteran was present for court and noted to be fully compliant with Veterans
Treatment Court (VTC) requirements. UAs since the last VTC were as follows: 4 of

4 clean. Today he advances to Phase II, having engaged with treatment providers
(VA). He is in good standing with the court following a slightly tense previous
VTC appearance and encouraged to continue to build on his positive momentum. He
receives a gift card today for his phase progression.

The veteran did not report any additional needs this afternoon.

A: Veteran did not endorse SI/HI or thoughts of self-harm. Euthymic mood.
Behavior was appropriate and professional before the court.

P: Continue attending VTC as required; next appearance on 3/2/20. VJO staff are
available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 01/27/2020 13:46

| Date/Time: | 24 Jan 2020 @ 2000 |
| Note Title: | MH HOMELESS INDIVIDUAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 24 Jan 2020 @ 2017 |

**CONFIDENTIAL**

Note

LOCAL TITLE: MH HOMELESS INDIVIDUAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 24, 2020@20:00    ENTRY DATE: JAN 24, 2020@20:00:20
    AUTHOR: TUKA,JAMES C      EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 2 hours including driving time

Procedure: Writer met with veteran in his apartment for a scheduled home visit.
Before going to veteran's apartment, veteran showed writer a new used truck
he
purchased recently.  Veteran talked about the purchase, showed writer the truck
and the engine, and started the truck for a few minutes.  While walking back to
veteran's apartment, veteran reported that he had a relatively quiet holiday

season with not much contact with family.  Veteran added that he did go to some
kind of holiday event or celebration at a downtown location.  In veteran's
apartment, veteran cleared off a chair and invited writer to have a seat.
Veteran also had a seat.  Veteran talked about his father's home and
property
and how veteran is interested in the law and how it might affect the fact that
veteran's father's land reportedly has value due to water and minerals
or oil
underground  Veteran expressed  some interest in possibly living on his
father's
land in the future.  Veteran also mentioned his other vehicle which he may
"rent
out" to people visiting Denver.  Veteran shared that he has been reading and

studying about the law recently and finds he really enjoys it. Veteran also
mentioned that he has some active lawsuits against a university and some other
entities which are still pending.  Veteran stated that he met with a "VA
psychologist" recently.  Veteran reportedly has no housing related concerns
or
needs at this time. Regarding veteran's apartment, veteran shared that he
enjoys
the location, likes that it is relatively quiet, likes having laundry facilities

in his unit, and has had no significant issues or concerns.  Veteran had
mentioned his interest, in the past, in going back to college to try to earn a
degree, but veteran mentioned today that he is currently not working toward
getting that started yet.  Veteran mentioned some pending VBA benefit claims on
which veteran is waiting.  Writer notes that veteran's apartment was not
heavily
furnished and had only a few items such as chairs, computer, lamps, etc in
living room.  Veteran's mood was euthymic and affect matched.
Veteran's

thoughts were often disconnected and tangential at times with fairly normal content.  Veteran spoke much about his interest in human genetics and stated that "DNA matters."  Veteran expressed his belief that people are all born with
different purposes and with different abilities and propensities.  Veteran talked about religion, philosophy, history (especially related to slavery, feudalism, kingdoms, etc.)  and a variety of other topics often jumping from one

topic or thought to another.  Writer engaged with veteran in these conversations

as much as possible and appropriate. The conversation ended with veteran talking

about relationships and how he has some interest in having a steady relationship

and possibly future marriage and children.  Veteran seemed sober and was also seemingly comfortable throughout the visit.  No clinical indication of HI/SI present.  Veteran was well-groomed, casually dressed, alert, engaged in conversations, friendly, and polite with writer.  Veteran showed no signs of significant distress.  At times during conversations with veteran, writer asked clarifying questions to try to learn exactly what veteran was trying to say. Visit ended normally after veteran walked writer to his vehicle several blocks away with conversation occurring during the walk.

Plan: Writer to continue to provide veteran with ongoing supportive case management services.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 01/24/2020 20:17

| | |
|---|---|
| Date/Time: | 23 Jan 2020 @ 1049 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 23 Jan 2020 @ 1100 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: JAN 23, 2020@10:49    ENTRY DATE: JAN 23, 2020@10:49:45
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
    URGENCY:                    STATUS: COMPLETED

VRS spoke with Veteran regarding supportive needs/employment status.

Veteran shared that he has been busy preparing for tax season. He is still currently awaiting documents that he was required to file with IRS prior to

**CONFIDENTIAL**

beginning actual work with tax clients.

Veteran also requested Goodwill's Workshop class coordinator's number
to
register for class.

(call duration: 5mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 01/23/2020 11:00

| | |
|---|---|
| Date/Time: | 22 Jan 2020 @ 1624 |
| Note Title: | MH INDIVIDUAL PSYCHOTHERAPY(D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 24 Jan 2020 @ 1056 |

Note

 LOCAL TITLE: MH INDIVIDUAL PSYCHOTHERAPY(D)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 22, 2020@16:24   ENTRY DATE: JAN 22, 2020@16:24:59
    AUTHOR: VALDIVIEZO,SONIA   EXP COSIGNER:
  URGENCY:               STATUS: COMPLETED

TREATMENT PROVIDED: Individual Psychotherapy
Duration of visit: 30 minutes
Diagnosis: Major Depression, Anxiety

VETERAN'S STATED RECOVERY GOALS: "figure out how to not be so
isolated"

PRESENTING CHALLENGE TODAY/SIGNIFICANT EVENT SINCE LAST VISIT: Veteran
reprots that "I don't fit in and I keep thinking that I should just go
ahead and
have a family and get it over with so that then I can focus on the things that
really interest me.  And I think it's important for me to have children
because
we need to continue the genetic line, and I come from a rare genetic line in
North Carolina, and if I don't have children it will be a shame that the
genes
aren't passed down because there are so few of us left."

He also reports that "it's just that I like to read and others
don't seem to
like that and they don't want to talk about the things I talk about, and I
prefer to do some things that are different, but then you have to try to fit in,

**CONFIDENTIAL**

and you seem strange to others and I have to keep learning about economics and the law because I enjoy those things."

IDENTIFYING INFORMATION:
OCCUPATION - HR
MARITAL STATUS - NEVER MARRIED
37 year old Marine Corps veteran with a history of depression,
who served from DEC 29,2000 to JUN 5,2002 and is currently SERVICE CONNECTED
%- 60.

INTERVENTIONS PROVIDED TODAY:  I validated Veteran's experiences and explored
his motivation for treatment.  I provided psycho-education regarding distorted cognitions.

- Psychotherapeutic support(rapport building, active listening, validation
  and normalization, identification and encouragement of coping skills).
- Psychoeducation(educating about diagnosis, symptoms, skills, appropriate
  treatment options).
- Treatment planning(identifying Veteran's recovery goals, identifying
  and making plans to implement appropriate treatments).
- Strength-based approaches to care(promoting Veteran's identification
  and implementation of skills, talents, and abilities).

ASSESSMENT:  Based on Veteran's history of Depression and/or mood disorder,

further assessment is warranted to clarify treatment goals.

MENTAL STATUS: Veteran presented as cooperative, engaged, and motivated for treatment.  He presented as well groomed, dressed casually, with rate, volume, and intonation of speech within normal limits along with moderate level of eye contact.  Veteran presented with fragmented or disorganized thought processes, and age appropriate judgement, and full range of affect consistent with content.  He presented with intact memory, orientation to date, time, and place, and with minimal insight regarding how his thinking processes affect his overall functioning.

RISK ASSESSMENT: Veteran's presentation did not endorse SI/HI, or AH/VH; during session clinician did not observe any indicators of imminent danger to self or others.
- There was not a clinical indication of imminent risk to self or others observed or reported during this visit.

PLAN:
  1. RTC has been entered; Clinically Indicated Date: March 2, 2020
  2. Continue with recovery plan.
  3. OPTIONAL Comments:

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 01/24/2020 10:56

| Date/Time: | 22 Jan 2020 @ 1308 |
|---|---|
| Note Title: | MH MEDICATION MANAGEMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 22 Jan 2020 @ 1334 |

Note

LOCAL TITLE: MH MEDICATION MANAGEMENT
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: JAN 22, 2020@13:08    ENTRY DATE: JAN 22, 2020@13:09:01
   AUTHOR: HEERMANN,CHANEL M   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

MENTAL HEALTH PRESCRIBER NOTE

PT IDENTIFICATION: 37 BLACK OR AFRICAN AMERICAN MALE who is SERVICE CONNECTED %
- 60.

CC: "Pretty good."

HPI:  Pt interviewed and chart reviewed.

Was sitting in back waiting room and difficult to find.

Has been reading and staying up on current events, mostly about finance and
collusion.  Reading Kowasaki books and IRS documents.  Likes helping people with

taxes so stays current with markets.  In time of economic uncertainty, and feels

the bull market will continue.

Mentally, feels medication is good.  Worried about medication taking him out of
not being able to defend himself, or like a zombie.  Worries he'll have to
defend himself against Confederate ideology. Feels he is threatened all the
time.  Racism in general and bias.  No altercations.

Mood has been good. Denies depression, irritability, or euphoria. Feels focused
and comfortable with things.

Anxiety has been good.  Not too anxious.  Not overly excited.

Current neurovegetative sx:
Sleep is all right.  Not enough.  Few hours/night.
Energy has been good.  Has been working out but not as much as usual because
dealing with lawsuits against school.  Still active, though, and losing weight.
Appetite is fair last few weeks.

Safety - denies SI or HI.

Taking Seroquel pretty consistently.  Misses 3-4 doses per week.  Taking 100mg x

2 tablets nightly.

Psychosis: Denies voices.
Denies paranoia.  From before: "Feels the Civil War complicated everything.

Feels it's a war that will never end."
Denies IOR.
From intake:
"When he went to prison was in the hole for 5 years because they said he was
a
threat to inmates and jailers. After that period, had serious issues that took
him few years to get over. Heard things. Heard a voice he thought was a guy
talking to him in vent in county, but was still there when he left.  Denies it
happens - had to work very hard for this. Has been years.
Significant paranoia.  People are surveilling him.  When he caught this case,
gang unit was following him around.  Never in a gang.  Feels they still are.
Easy to spot him.  Can't have nosy neighbors who could hear him. Very few
people he's comfortable around.
No h/o IOR.  Had those thoughts (messages through TV) as a kid - feels he went
through a lot.
Told people 10 years ago China and communism were economic threat and they
called him crazy.  Volunteered for Trump campaign and they called him crazy
then. "People are always wrong.""

Mostly spends time reading.  Also helps dad out with ranch, like fixing fence.
Seeing Sonia for therapy - next appt today 3pm.

PTSD Symptoms: Trauma hx: "Dad was abusive and veteran.  Witnessed violence

between parents.  No sexual trauma.  "Operation Iraqi Freedom, I got hit by
a
medic with her Humvee, we were on base, and I suffered some injuries and was in
the hospital but I can't remember how long, maybe a day and then they sent
me
home." Reports he tore his back up and he and command had to decide if he
would
stay
in military or leave.  Peers joked about it.  Wanted to get away from everybody.

Had a master sergeant who said if he got in front of him he'd kill them and
knew
friendly fire was greatest risk of dying."
Current sx: FB every other day.  Worse because he justifies it now.  More
isolated.  Reports NM couple/week.
From intake:
"Stiffness in his body reminds him of what happened. Thinks of it all the
time.
Intrusive.  Helps when he focuses on somethings else.

Reports NM that vary - sees spine and tendons ripping out of back, altercations with peers.
Has had FB but not lately.
Feels very isolated.
Avoidance - dislikes people following him closely in car or in person. Will stop

and confront someone if behind him.  Will speed up in car.  Hard to be around people.
Aggressive now when he drives. Scared of being hit.
Anxiety gets triggered by people trying to get close to him.
Easy startle.
Hypervigilant - "it's real weird".  Sits by exits, never by windows.  Helps him
feel better when alone."

SUBSTANCE:
   Nicotine: None
   Caffeine: 8 cups coffee before - cutting down some.
   Alcohol: Doesn't drink.  Quit completely 4-5 mos ago.
"Was drinking daily after military.  No h/o WD.  Maximum 1 pint every other

night. No h/o detox.  2x DUI - military, also 2004."
   Marijuana: Quit completely - last was 3-6 mos ago.  "Was few times weekly in past, sometimes every other day because GF and family all smoke.  No past px."
Naloxone rescue kit: low risk

General Medical Concerns: LBP - has TENS unit now.  Going to PT.
Right foots - broke awhile back.
Knee px
Head injury: H/o hospitalization for head injury with LOC during MVA in service.
Updated med list.
Medication SE: None noted.

PAST MEDICATION TRIALS:
Risperdal - reports he "grew breasts"
Zoloft 50mg 2016 - never returned for FU
Remeron
Trazodone

MENTAL STATUS EXAMINATION:
ORIENTATION AND CONSCIOUSNESS:  A & O times 4
APPEARANCE AND BEHAVIOR:  Casually dressed. Pleasant and cooperative. Good eye contact.
SPEECH: Fluent, spontaneous. Normal rate and volume.  Increased spontaneous production
MOOD: Anxious.
AFFECT: Restricted
PSYCHOMOTOR ACTIVITY: No psychomotor retardation or agitation.
PERCEPTUAL DISTURBANCE: No auditory or visual hallucinations.

FORM OF THOUGHT: Significant derailment
THOUGHT CONTENT: No overt paranoia or delusions reported, but very focused on confidentiality of visits and trust issues.
SUICIDAL OR VIOLENT IDEATION: No suicidal or homicidal ideation.
INSIGHT: Poor
JUDGMENT: Fair
COGNITIVE: Grossly intact per interview.
GAIT: ambulates without difficulty

Psychotropic medications reconciled.  Medication orders, including any additions

or discontinuations, have been updated as appropriate.
-------------------------------------------------------------------------------

CURRENT MEDICATIONS:


  Active Outpatient Medications      STATUS
==========================================================================
SUMATRIPTAN SUCCINATE 50MG TAB     ACTIVE
    TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE,
    MAY REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN
    200MG PER DAY.

BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE
    APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN    ACTIVE
    APPLY THIN FILM TO AFFECTED AREA DAILY

TRETINOIN 0.01% TOP GEL    ACTIVE
    APPLY SMALL AMOUNT AFFECTED AREA DAILY FOR ACNE

QUETIAPINE FUMARATE 100MG TAB    ACTIVE
    TAKE TWO TABLETS BY MOUTH AT BEDTIME

LIDOCAINE 5% OINT    ACTIVE
    APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 6 HOURS AS NEEDED
    FOR BACK PAIN

METHOCARBAMOL 500MG TAB    ACTIVE
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
    MUSCLE RELAXATION


Active Outpatient Medications (including Supplies):

  Active Outpatient Medications     Status
==========================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL    ACTIVE

**CONFIDENTIAL**

AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2) CLINDAMYCIN PHOSPHATE 1% TOP SOLN
APPLY THIN FILM TO   ACTIVE
AFFECTED AREA DAILY
3) LIDOCAINE 5% OINT APPLY SMALL AMOUNT TO AFFECTED AREA  ACTIVE
EVERY 6 HOURS AS NEEDED FOR BACK PAIN
4) METHOCARBAMOL 500MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
THREE TIMES A DAY AS NEEDED FOR MUSCLE RELAXATION
5) QUETIAPINE FUMARATE 100MG TAB TAKE TWO TABLETS BY     ACTIVE
MOUTH AT BEDTIME
6) SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
PER DAY.
7) TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
AREA DAILY FOR ACNE

ACTIVE REMOTE MEDS:
No Active Remote Medications for this patient

NON VA MEDS:
No Non-VA Meds Extracted

ALLERGIES:
Patient has answered NKA

ACTIVE PROBLEMS from CPRS reviewed as part of medical history:
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychosis (SNOMED CT 69322001)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

VITAL SIGNS:
Temp: 97.9 F [36.6 C] (12/17/2019 22:33)
BP:  140/84 (12/17/2019 22:33)
Pulse:77 (12/17/2019 22:33)

Respiration:  16 (12/17/2019 22:33)
Weight: 195.8 lb [89.0 kg] (11/20/2019 08:57)
BODY MASS INDEX - 28.2 (NOV 20, 2019@08:57:52)

LABS:
Metabolic:

No GLUCOSE in the last 1Y
No A1C HEMOGLOBIN (DVAMC) in the last 1Y

No CHOLESTEROL in the last 1Y
No TRIGLYCERIDE in the last 1Y

CBC:
No WBC in the last 1Y
No RBC in the last 1Y
No HGB in the last 1Y
No HCT in the last 1Y
No MCV in the last 1Y
No PLATELETS in the last 1Y

Chemistry:
No TSH in the last 1Y
No Creatinine Serum Result in the last 1Y

SODIUM - NONE FOUND
POTASSIUM - NONE FOUND
CHLORIDE - NONE FOUND
CO2 - NONE FOUND

LFTs:
SGOT - NONE FOUND
SGPT - NONE FOUND

Toxicology screen:
CANNABINOIDS - NONE FOUND
COCAINE - NONE FOUND
AMPHETAMINES - NONE FOUND
No OPIATES in the last 1Y
BENZODIAZEPINES - NONE FOUND

Therapeutic Blood Levels:

Lithium:              No LITHIUM LEVEL in the last 6M
VPA:                  No VALPROIC ACID in the last 6M
Carbamazepine:        No CARBAMAZEPINE in the last 6

--------------------------------------------------------------------------------

CLINICAL REMINDERS: completed

DIAGNOSIS: (Based on DSM 5 criteria)
1.    Major Depression, recurrent, remission
2.    Psychosis NOS
3.    Other specified anxiety d/o
4.    R/O GAD
5.    R/O PTSD
6.    Cannabis use disorder - early remission
7.    Alcohol use disorder - early remission
8.    Cluster B anti-social personality traits, R/O disorder
See problem list above for medical diagnoses

ASSESSMENT:
This patient is a 37yo single African-American male who is homeless, no kids, unemployed from prior finance work related to expulsions from school.  He reports improved depression and mood variability with addition of Seroquel, and denies anxiety.  He denies positive psychotic sx, but clearly exhibits both mild

paranoia and thought disorganization consistent with primary psychotic illness. Insomnia is still problematic, but is also drinking 8 cups coffee daily, though denies alcohol use x months.

From intake:
He reports some anxiety sx consistent with possible PTSD from childhood abuse/witnessed violence and MVA while in military.  Notably, this dx has not be noted previously by his many years of other providers, so cannot rule out secondary gain, especially given atypical nature of his reported symptoms (i.e. supposed NM of seeing his own back muscles rip out, which clearly does not represent a real aspect of his traumatic event).
He also reports anxiety sx consistent with possible GAD - will con't prior specified anxiety dx for now, given issues with accuracy of history.
He also reports a remote h/o psychotic sx, such as AH, though has significant paranoia currently that is difficult to parse from a trauma-related sx.  Also, affect is somewhat restricted/odd today, so cannot rule out that these symptoms are still an active concern that is being minimized today.
Presentation complicated by h/o heavy alcohol and cannabis use at various points in the past, now sober, though length of sobriety is difficult to determine based on self-report.
Significantly vague, evasive history given today that is clearly presented with an eye to social acceptability/positive spin, repeatedly denying symptoms or events (i.e. alcohol/drug issues, prior arrests) unless directly confronted with information already documented in chart.  Prior concern for possible ASPD consistent with presentation today, including childhood fire-setting, significant violence hx (100+ fights, including serious injuries likely requiring hospitalization such as broken bones) though has avoided assault charges so far, alleged threats x2 against school staff resulting in expulsion (suing school currently).

No h/o self-harm or suicide attempts.  Significant h/o violence with multiple serious assaults and alleged threats by school, as detailed above.  Safe and

stable for outpatient management at this time.


PLAN:
   PSYCHIATRIC PROBLEM LIST AND PLAN:
1.      Mood: Increase Seroquel to 300mg qhs for psychosis, mood stability,
anxiety, and sleep. Could consider SNRI in future given chronic pain.
2.      Trauma: Strongly encourage con't psychotherapy with Ms. Valdiviezo.
3.      Anxiety:  As above.
4.      Insomnia: Variable - monitor.
5.      Substance Use: Referral to SUD services deferred - monitor.
6.      Psychosis:  Seroquel as above.  Could also consider Zyprexa if
ineffective.
7.      Nutrition:  Will discuss further at future visits. Encourage con't
exercise.
8.      Medical Issues: Continue routine lab monitors and regular check-ups with

PCP.
9.      Supportive psychotherapy:  Discussed life circumstances and stressors


1. MEDICATIONS: as above
Discussed options including no changes.
Change current psychiatric medications: Reviewed SE, risks, and possible
benefits of tx with above-named medication(s).
Veteran has decisional capacity, verbalized an understanding of, and agreement
with this plan. A medication handout will be provided when veteran receives
the
medication from the pharmacy.

Understands and agrees to the following:
o       No drugs or alcohol with medications.
o       Take medications only as directed.
o       Do not drive if sedated or impaired.
o       Follow up with appointments, call to make appointment sooner if
needed.
o       Crisis services reviewed with client, will obtain services if needed.
o       Follow up with PCP for any medical concerns.
o       Patient agrees to this disposition and verbalizes understanding of the
consequences associated with the failure to follow through on treatment
recommendation.

2. LABS/OTHER TESTS: as above

3. REFERRALS: as above

4. SAFETY:  Risk assessment:


Risk Factors: poor insight, gender, probable psychosis, h/o SI, h/o
assaults/threats, lives alone/homeless hx
Protective Factors: no active SI, no HI, intelligent, engaged in care
Given the above, veteran is felt to be at low risk for imminent danger to self

or others at this time.

5.  FOLLOW-UP: RTC in 4-6 wks, sooner PRN.

Time with patient: 20 Min

Treatment provided:  medication mngt + therapy

CONSENT/TREATMENT PLAN:  Patient and/or caregiver has decisional capacity and indicates readiness to learn, verbalizes understanding, agreement and satisfaction with the treatment plan, including medications.

 ECH GAF SCORE:
   GAF (Mental Health Instrument)
    GAF Score: 50

 ECH Atypical Antipsychotics:
   Patient is receiving an atypical antipsychotic. Order for hemoglobin
   A1c placed.
   Patient is receiving an atypical antipsychotic. An order for fasting
   blood sugar has been entered.
   Patient is receiving an atypical antipsychotic. An order for a lipid
   panel has been ordered.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 01/22/2020 13:34

| | |
|---|---|
| Date/Time: | 21 Jan 2020 @ 1528 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 21 Jan 2020 @ 1529 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: JAN 21, 2020@15:28   ENTRY DATE: JAN 21, 2020@15:29
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
    URGENCY:                 STATUS: COMPLETED

VRS attempted to call Veteran but learn that his  mailbox is full and unable to
leave messages.

/es/ LISA M BAILEY-WILSON

VRS
Signed: 01/21/2020 15:29

| | |
|---|---|
| Date/Time: | 10 Jan 2020 @ 0030 |
| Note Title: | V10/11 TELE-NURSE PROGRAM |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | KIRKSEY,STACEY J |
| Co-signed By: | KIRKSEY,STACEY J |
| Date/Time Signed: | 10 Jan 2020 @ 0032 |

Note

 LOCAL TITLE: V10/11 TELE-NURSE PROGRAM
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 10, 2020@00:30:57  ENTRY DATE: JAN 10, 2020@00:32:05
    AUTHOR: KIRKSEY,STACEY J    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** V10/11 TELE-NURSE PROGRAM Has ADDENDA ***

Type of call: DTN RX RENEWAL.

PCMM Provider Info:
LOCAL - ROCKY MOUNTAIN REGIONAL VAMC (554)
 PACT: No Local PACT Assigned.
 MH: RMR MENTAL HEALTH HUD-VASH
 (mhtc) Social Worker || Tuka,James C | PHONE:(303) 294-5600

LOCAL - DENVER VA MEDICAL CENTER (554A5) || DENVER VA CLINIC (9TH AVE) (554GJ)
 PACT: DENVER PACT MD 05 *WH* (Focus: Primary Care Only)
Designated Wh Pcp:       Schnell,Benjamin || PHONE:3458
Care Manager:        Wahl,Barbara || PHONE:2266
Clinical Associate:      Mayne,Robert G | PHONE:3196
Administrative Associate:  Noles,Lamone S || PHONE:303-399-8020
PACT Clinical Pharmacist: Navy,Hilary || PHONE:719-227-4078
Surrogate Care Manager:   Irving,Brooke M || PHONE:3156
Clinical POC:          Care Manager || Wahl,Barbara || PHONE:2266
 Administrative POC:       Administrative Associate || Noles,Lamone S ||
PHONE:303-399-8020

The following identifiers were used to verify this patient:  DOB. SSN.

The patient, JORDAN,CHADWICK HEATH (243399084) Phone: 720-276-5377 called the
call center.

Contact Phone Number: 720-276-5377

Caller Area: 19-**RMR VAMC

Caller Response: *OTHER

Chief Complaint: Not applicable to call.

Class Code: Other specified counseling.

Imported Information:
Please renew and mail the following medication(s):

Medications
  ACTIVE: LIDOCAINE 5% OINT  Prescription #:100580741A  Prescribing Physician:
SCHNELL,BENJAMIN (PHYSICIAN) on 12/20/2019 13:57  Frequency/Dosage: SMALL
AMOUNT TOPICAL Q6H PRN

  ACTIVE: METHOCARBAMOL 500MG TAB  Prescription #:100603679  Prescribing
Physician: BATIZY-MORLEY,JULIANNA (PHYSICIAN) on 12/17/2019 23:00  Frequency/
Dosage: 500MG ORAL TID PRN

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 01/10/2020 @ 12:30:57 AM
Ending at: 01/10/2020 @ 12:32:00 AM
Length: 1 minutes.

Author: KIRKSEY,STACEY J

Patient's Email Address:


/es/ STACEY J KIRKSEY
ADVANCED MEDICAL SUPPORT ASSISTANT
Signed: 01/10/2020 00:32

Receipt Acknowledged By:
01/10/2020 11:56        /es/ Gerald Roy Little, NP
                Staff Primary Care Nurse Practitioner
                for BENJAMIN SCHNELL

01/10/2020 ADDENDUM              STATUS: COMPLETED
adding the RN

/es/ Christopher A Yates, CPhT
Clinical Pharmacy Technician
Signed: 01/10/2020 09:20

Receipt Acknowledged By:
01/15/2020 17:20      /es/ Barbara Wahl, RN
              Ambulatory Care

| Date/Time: | 06 Jan 2020 @ 1257 |
|---|---|
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |

JORDAN, CHADWICK HEATH                    **CONFIDENTIAL**                    Page 375 of 667

| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 06 Jan 2020 @ 1526 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JAN 06, 2020@12:57    ENTRY DATE: JAN 06, 2020@12:58:07
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 15 minutes
Treatment Provided: Veterans Treatment Court
Plan: Continue Veterans Treatment Court
Phase: I of IV

D: Veteran's case was reviewed in the Denver Drug Court Veterans Docket. An

interagency ROI is on file. The veteran's case was staffed prior to court.

The veteran was present for Veterans Treatment Court. UAs since the last VTC
are as follows:

12/6- missed
12/7- neg
12/14- dilute
12/15- neg
12/17- missed
12/20- neg
12/28- neg
12/29- neg
1/1- missed

There is significant discussion this afternoon regarding the veteran's
interest in treatment versus VTC requirements. It is agreed that the veteran
will follow-up with his probation officer and this writer to appropriately
determine the way forward.

The veteran did not report any additional needs this afternoon.

A: Veteran did not endorse SI/HI or thoughts of self-harm. Behavior was
appropriate and professional before the court.

P: Continue attending VTC as required; next appearance on 1/27/20. VJO staff
are available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW

Veterans Justice Outreach Social Worker
Signed: 01/06/2020 15:26

| | |
|---:|:---|
| **Date/Time:** | 06 Jan 2020 @ 0948 |
| **Note Title:** | SECURE MESSAGING |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | BAILEY-WILSON,LISA M |
| **Co-signed By:** | BAILEY-WILSON,LISA M |
| **Date/Time Signed:** | 06 Jan 2020 @ 0748 |

**Note**

 LOCAL TITLE: SECURE MESSAGING
STANDARD TITLE: MHV DIALOG NOTE
DATE OF NOTE: JAN 06, 2020@09:48:17  ENTRY DATE: JAN 06, 2020@07:48:17
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

------Original Message-----------------------
Sent: 01/06/2020 09:48 AM
From: BAILEY-WILSON, LISA
To: JORDAN, CHADWICK
Subject: General Inquiry
Attachments: Winning_Workplace_Challenge_Stapleton.docx (2.90 MB)

Hi Chadwick,

Attached please find the information/flyer you requested regarding
Goodwill's
Class that provides supportive service dollars.


Lisa


/es/ LISA M BAILEY-WILSON
VRS
Signed: 01/06/2020 07:48

| | |
|---:|:---|
| **Date/Time:** | 02 Jan 2020 @ 1206 |
| **Note Title:** | CWT EMPLOYMENT TELEPHONE CONTACT |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | BAILEY-WILSON,LISA M |
| **Co-signed By:** | BAILEY-WILSON,LISA M |
| **Date/Time Signed:** | 02 Jan 2020 @ 1211 |

MEDICAL CONFIDENTIAL

### Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: JAN 02, 2020@12:06    ENTRY DATE: JAN 02, 2020@12:06:21
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

VRS followed up with Veteran regarding resoures information provided to Veteran
early December.  Veteran shared that he was able to secure a laptop which was
needed for this Tax Company and he plans to be able to move forward this tax
season with clients for his business.

Veteran did not have a chance to attend Goodwill's Workshop class which
provides
supportive service dollars. Veteran requested VRS to provided information for
any upcoming classes.

Veteran was able to get on the free suites giveaways at the RMR VA and Denver
Vet Center.

Veteran stated that he has been very busy and focused on getting everything
ready at his business for the upcoming tax season.

VRS agreed to follow back up with Veteran once she learns of the new upcoming
classes at  Goodwill.


(call duration: 12mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 01/02/2020 12:11

| | |
|---|---|
| Date/Time: | 27 Dec 2019 @ 1503 |
| Note Title: | FOLLOW UP LETTER |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHNELL,BENJAMIN |
| Co-signed By: | SCHNELL,BENJAMIN |
| Date/Time Signed: | 27 Dec 2019 @ 1508 |

### Note

 LOCAL TITLE: FOLLOW UP LETTER
STANDARD TITLE: LETTERS
DATE OF NOTE: DEC 27, 2019@15:03    ENTRY DATE: DEC 27, 2019@15:03:29
    AUTHOR: SCHNELL,BENJAMIN   EXP COSIGNER:

**CONFIDENTIAL**

URGENCY:                STATUS: COMPLETED


Denver VA Clinic
4545 E 9th Ave
Suite 010 (basement)
Denver, CO  80220
(303) 399-8020 and press 2.  Toll Free: (888) 336-8262 and press 2.

DEC 27, 2019

      CHADWICK HEATH JORDAN
      1135 N BROADWAY STE 312
      DENVER, COLORADO  80203


Dear Mr. JORDAN:

      The MRI of your low back shows mild arthritis that is the likely cause
your low back pain.  Based on this information you can expect good results from
working with Physical Therapy which has been scheduled as follows:

CCS-Community Care appt. has been scheduled.
CCD-Community Care Appointment Date: 01/02/2020 @ 12:00 PM
Servicing Group: PATTY PENNEL MSPT INC
Servicing Provider: PENNELL NOEL, PATRICIA P
616 N WASHINGTON ST
STE 100
DENVERCO 80203
P: 3038325577
F: 3039960390

| | |
|---|---|
| Date/Time: | 20 Dec 2019 @ 0837 |
| Note Title: | MH INDIVIDUAL PSYCHOTHERAPY(D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 20 Dec 2019 @ 1250 |

Note

 LOCAL TITLE: MH INDIVIDUAL PSYCHOTHERAPY(D)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 20, 2019@08:37    ENTRY DATE: DEC 20, 2019@08:37:45
   AUTHOR: VALDIVIEZO,SONIA   EXP COSIGNER:

MEDICAL CONFIDENTIAL

URGENCY:                    STATUS: COMPLETED

TREATMENT PROVIDED: Individual Psychotherapy
Duration of visit: 30 minutes
Diagnosis: Major Depression, Anxiety

VETERAN'S STATED RECOVERY GOALS: "figure out how to not be so
isolated"

PRESENTING CHALLENGE TODAY/SIGNIFICANT EVENT SINCE LAST VISIT: Veteran
reprots that "I just keep thinking about how I'm getting older and I
want a
family.  I would really like to have kids.  I mean it seems like I just got
to stay focused and get productive, becaue everything has to be seen in terms
of economics.  I mean it's the only thing that makes sense.  And I see that

if you can't measure it then it's not useful.  I just don't like
intangible
things, they don't make sense..."

Veteran also reports that "my mother has sometimes told me that I'm all

scattered, but I guess if people can follow me then great, I just don't wnat

to slow down so that people can follow me, I like to give someone I'm
talking
to my undivided attention, but not everyone because sometimes it's not worth

it, and I'm impatient I don't want to wait for them.  It seems to me
that if
there arent any common interests then there's not something, and I mostly
enjoy networking, I put all my focus on my business..."

IDENTIFYING INFORMATION:
OCCUPATION - HR
MARITAL STATUS - NEVER MARRIED
37 year old Marine Corps veteran with a history of depression,
who served from DEC 29,2000 to JUN 5,2002 and is currently SERVICE CONNECTED
%- 60.

INTERVENTIONS PROVIDED TODAY:  I validated Veteran's experiences and
explored
his view on his mental illness.  I provided psycho-education regarding
symptoms of anxiety and depression, and explored Veteran's commitment to
psychotropic medication.  He reported that he "will take the
medication."  I
contacted the pharmacy to have Veteran pick up the Quetiapine.

- Psychotherapeutic support(rapport building, active listening, validation
  and normalization, identification and encouragement of coping skills).
- Psychoeducation(educating about diagnosis, symptoms, skills, appropriate
  treatment options).

- Treatment planning(identifying Veteran's recovery goals, identifying
  and making plans to implement appropriate treatments).
- Strength-based approaches to care(promoting Veteran's identification
  and implementation of skills, talents, and abilities).

ASSESSMENT:  Based on Veteran's history of Depression and/or mood disorder,

further assessment is warranted to clarify treatment goals.

MENTAL STATUS: Veteran presented as cooperative, engaged, and motivated for
treatment.  He presented as well groomed, dressed casually, with rate,
volume, and intonation of speech within normal limits along with minimal
level of eye contact.  Veteran presented with fragmented or disorganized
thought processes, and age appropriate judgement, and full range of affect
consistent with content.  He presented with intact memory, orientation to
date, time, and place, and with minimal insight regarding how mood and
thoughts affect functioning.

RISK ASSESSMENT: Veteran's presentation did not endorse SI/HI, or AH/VH;
during session clinician did not observe any indicators of imminent danger to
self or others.
- There was not a clinical indication of imminent risk to self or others
observed or reported during this visit.

PLAN:
  1. RTC has been entered; Clinically Indicated Date: January 22, 2020
  2. Continue with recovery plan.
  3. OPTIONAL Comments:

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 12/20/2019 12:50

| | |
|---|---|
| Date/Time: | 19 Dec 2019 @ 1112 |
| Note Title: | MH MEDICATION MANAGEMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 19 Dec 2019 @ 1225 |

Note

 LOCAL TITLE: MH MEDICATION MANAGEMENT
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: DEC 19, 2019@11:12    ENTRY DATE: DEC 19, 2019@11:12:28
    AUTHOR: HEERMANN,CHANEL M    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

MENTAL HEALTH PRESCRIBER NOTE

**CONFIDENTIAL**

PT IDENTIFICATION: 37 BLACK OR AFRICAN AMERICAN MALE who is SERVICE CONNECTED % - 60.

CC: "I definitely need some medication, for my bipolar."

HPI:  Pt interviewed and chart reviewed.

Doesn't know when to be excited.
Feels he should not be so blue.  Really doesn't, though, because he knows how
and takes him a minute and misses opportunities when not fully present.

Mood: Right now "everything looks so good - I can only speak for this moment

right now."  Dad discovered he has oil under his land.  Has mineral and water
rights.  Has no reason to feel blue because irrational but feels that way all the time.  Has been always.  Feels he's a realist. Gives others too much credit.
Anxiety:  Generalized anxiety/worry sx fairly stable but finds it hard to calm and relax.

Psychosis: Denies voices.
Denies paranoia.  Feels the Civil War complicated everything.  Feels it's a

war that will never end.
Denies IOR.
From intake:
"When he went to prison was in the hole for 5 years because they said he was a
threat to inmates and jailers. After that period, had serious issues that took him few years to get over. Heard things.  Heard a voice he thought was a guy talking to him in vent in county, but was still there when he left.  Denies it happens - had to work very hard for this. Has been years.
Significant paranoia.  People are surveilling him.  When he caught this case, gang unit was following him around.  Never in a gang.  Feels they still are.
Easy to spot him.  Can't have nosy neighbors who could hear him. Very few people he's comfortable around.
No h/o IOR.  Had those thoughts (messages through TV) as a kid - feels he went through a lot.
Told people 10 years ago China and communism were economic threat and they called him crazy.  Volunteered for Trump campaign and they called him crazy then. "People are always wrong."

Current neurovegetative symptoms:
Sleep is terribly - unsure why. Has been few weeks.
Energy is good.  Works out - cardio, 20th street boxing gym.  Not as often as he'd like.
Appetite is fair - eats good meal 1/day. Goes out.
SI:  Has had some PSI but knows he has so much to offer.
Past hx: Last episode few months ago, right after expulsion and got out of

county.  Was suicidal then. Was trying to get people used to him not being around, because wanted to be sure they'd be okay without him.  Lasted few months.

PTSD Symptoms: Trauma hx: Dad was abusive and veteran.  Witnessed violence between parents.  No
sexual trauma.  "Operation Iraqi Freedom, I got hit by a medic with her Humvee, we were on base, and I suffered some injuries and was in the hospital but I can't remember how long, maybe a day and then they sent me home."

Reports he tore his back up and he and command had to decide if he would stay in military or leave.  Peers joked about it.  Wanted to get away from everybody.  Had a master sergeant who said if he got in front of him he'd kill
them and knew friendly fire was greatest risk of dying.
Current sx: Feels it keeps getting worse.
From intake:
"Stiffness in his body reminds him of what happened. Thinks of it all the time.
Intrusive.  Helps when he focuses on somethings else.
Reports NM that vary - sees spine and tendons ripping out of back, altercations
with peers.
Has had FB but not lately.
Feels very isolated.
Avoidance - dislikes people following him closely in car or in person. Will stop
and confront someone if behind him.  Will speed up in car.  Hard to be around people.
Aggressive now when he drives. Scared of being hit.
Anxiety gets triggered by people trying to get close to him.
Easy startle.
Hypervigilant - "it's real weird".  Sits by exits, never by windows.  Helps
him
feel better when alone."

SUBSTANCE:
      Nicotine: None
      Caffeine: 8 cups coffee
      Alcohol: Doesn't drink.  Quit completely 2-3 mos ago again.  Was drinking daily after military.  No h/o WD.  Maximum 1 pint every other night. No h/o detox.  2x DUI - military, also 2004.
      Marijuana: Quit completely - last was 3-6 mos ago.  Was few times weekly in past, sometimes every other day because GF and family all smoke.  No past px.
Naloxone rescue kit: low risk

General Medical Concerns: Reports migraines - taking meds for that now.
LBP - has TENS unit now.
Knee px
Head injury: H/o hospitalization for head injury with LOC during MVA in

service.
Updated med list.
Medication SE:


PAST MEDICATION TRIALS:
Risperdal - reports he "grew breasts"
Zoloft 50mg 2016 - never returned for FU
Remeron
Trazodone


MENTAL STATUS EXAMINATION:
ORIENTATION AND CONSCIOUSNESS:  A & O times 4
APPEARANCE AND BEHAVIOR:  Casually dressed. Pleasant and cooperative. Good eye
contact.
SPEECH: Fluent, spontaneous. Normal rate and volume.  Increased spontaneous
production
MOOD: Depressed and anxious.
AFFECT: Restricted
PSYCHOMOTOR ACTIVITY: No psychomotor retardation or agitation.
PERCEPTUAL DISTURBANCE: No auditory or visual hallucinations.
FORM OF THOUGHT: Significant derailment
THOUGHT CONTENT: No overt paranoia or delusions reported, but very focused on
confidentiality of visits and trust issues.
SUICIDAL OR VIOLENT IDEATION: No suicidal or homicidal ideation.
INSIGHT: Poor
JUDGMENT: Fair
COGNITIVE: Grossly intact per interview.
GAIT: ambulates without difficulty


Psychotropic medications reconciled.  Medication orders, including any
additions
or discontinuations, have been updated as appropriate.
----------------------------------------------------------------------------
--

CURRENT MEDICATIONS:



   Active Outpatient Medications              STATUS
========================================================================
BENZOYL PEROXIDE 5% (WATER BASED) GEL          ACTIVE
     APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN              ACTIVE
     APPLY THIN FILM TO AFFECTED AREA DAILY

TRETINOIN 0.01% TOP GEL                        ACTIVE
     APPLY SMALL AMOUNT AFFECTED AREA DAILY FOR ACNE

**CONFIDENTIAL**

SUMATRIPTAN SUCCINATE 50MG TAB          ACTIVE
    TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE,
    MAY REPEAT DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN
    200MG PER DAY.

LIDOCAINE 5% OINT          ACTIVE
    APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 6 HOURS AS NEEDED
    FOR BACK PAIN

METHOCARBAMOL 500MG TAB          ACTIVE
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
    MUSCLE RELAXATION


Active Outpatient Medications (including Supplies):

  Active Outpatient Medications                    Status
=====================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
    AFFECTED AREA DAILY
3)  LIDOCAINE 5% OINT APPLY SMALL AMOUNT TO AFFECTED AREA  ACTIVE
    EVERY 6 HOURS AS NEEDED FOR BACK PAIN
4)  METHOCARBAMOL 500MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
    THREE TIMES A DAY AS NEEDED FOR MUSCLE RELAXATION
5)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
    MOUTH ONCE A DAY AS
 NEEDED FOR MIGRAINE, MAY REPEAT
    DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
    PER DAY.
6)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
    AREA DAILY FOR ACNE

ACTIVE REMOTE MEDS:
No Active Remote Medications for this patient

NON VA MEDS:
   No Non-VA Meds Extracted

ALLERGIES:
Patient has answered NKA

ACTIVE PROBLEMS from CPRS reviewed as part of medical history:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)

6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

VITAL SIGNS:
      Temp: 97.9 F [36.6 C] (12/17/2019 22:33)
      BP:   140/84 (12/17/2019 22:33)
      Pulse:77 (12/17/2019 22:33)
      Respiration:  16 (12/17/2019 22:33)
      Weight: 195.8 lb [89.0 kg] (11/20/2019 08:57)
      BODY MASS INDEX - 28.2 (NOV 20, 2019@08:57:52)

LABS:
Metabolic:

      No GLUCOSE in the last 1Y
      No A1C HEMOGLOBIN (DVAMC) in the last 1Y

      No CHOLESTEROL in the last 1Y
      No TRIGLYCERIDE in the last 1Y

CBC:
      No WBC in the last 1Y
      No RBC in the last 1Y
      No HGB in the last 1Y
      No HCT in the last 1Y
      No MCV in the last 1Y
      No PLATELETS in the last 1Y

Chemistry:
      No TSH in the last 1Y
      No Creatinine Serum Result in the last 1Y

      SODIUM - NONE FOUND
      POTASSIUM - NONE FOUND
      CHLORIDE - NONE FOUND
      CO2 - NONE FOUND

LFTs:

      SGOT - NONE FOUND
      SGPT - NONE FOUND

Toxicology screen:
    CANNABINOIDS - NONE FOUND
    COCAINE - NONE FOUND
    AMPHETAMINES - NONE FOUND
    No OPIATES in the last 1Y
    BENZODIAZEPINES - NONE FOUND


Therapeutic Blood Levels:

Lithium:               No LITHIUM LEVEL in the last 6M
VPA:                 No VALPROIC ACID in the last 6M
Carbamazepine:      No CARBAMAZEPINE in the last 6

--------------------------------------------------------------------------------
--

CLINICAL REMINDERS: insufficient time to complete

DIAGNOSIS: (Based on DSM 5 criteria)
1.     Major Depression, recurrent, remission
2.     Psychosis NOS
3.     Other specified anxiety d/o
4.     R/O GAD
5.     R/O PTSD
6.     Cannabis use disorder - early remission
7.     Alcohol use disorder - early remission
8.     Cluster B anti-social personality traits, R/O disorder
See problem list above for medical diagnoses

ASSESSMENT:
This patient is a 37yo single African-American male who is homeless, no kids,
unemployed from prior finance work related to expulsions from school.  He
reports significant mood variability and high anxiety.  He denies positive
psychotic sx, but clearly exhibits both mild paranoia and thought
disorganization consistent with primary psychotic illness.

From intake:
He reports some anxiety sx consistent with possible PTSD from childhood
abuse/witnessed violence and MVA while in military.  Notably, this dx has not
be noted previously by his many years of other providers, so cannot rule out
secondary gain, especially given atypical nature of his reported symptoms
(i.e. supposed NM of seeing his own back muscles rip out, which clearly does
not represent a real aspect of his traumatic event).
He also reports anxiety sx consistent with possible GAD - will con't prior
specified anxiety dx for now, given issues with accuracy of history.
He also reports a remote h/o psychotic sx, such as AH, though has significant
paranoia currently that is difficult to parse from a trauma-related sx.  Also,
affect is somewhat restricted/odd today, so cannot rule out that these

symptoms are still an active concern that is being minimized today.
Presentation complicated by h/o heavy alcohol and cannabis use at various
points in the past, now sober, though length of sobriety is difficult to
determine based on self-report.
Significantly vague, evasive history given today that is clearly presented
with an eye to social acceptability/positive spin, repeatedly denying symptoms
or events (i.e. alcohol/drug issues, prior arrests) unless directly confronted
with information already documented in chart.  Prior concern for possible ASPD
consistent with presentation today, including childhood fire-setting,
significant violence hx (100+ fights, including serious injuries likely
requiring hospitalization such as broken bones) though has avoided assault
charges so far, alleged threats x2 against school staff resulting in expulsion
(suing school currently).


No h/o self-harm or suicide attempts.  Significant h/o violence with multiple
serious assaults and alleged threats by school, as detailed above.  Safe and
stable for outpatient management at this time.


PLAN:
   PSYCHIATRIC PROBLEM LIST AND PLAN:
1.     Mood: Add Seroquel titrating to 200mg qhs for psychosis, mood
stability, anxiety, and sleep. Could consider SNRI in future given chronic
pain.
2.     Trauma: Strongly encourage con't psychotherapy with Ms. Valdiviezo.
3.     Anxiety:  As above.
4.     Insomnia: Variable - monitor.
5.     Substance Use: Referral to SUD services deferred - monitor.
6.     Psychosis:  Seroquel as above.  Could also consider Zyprexa if
ineffective.
7.     Nutrition:  Will discuss further at future visits. Encourage con't
exercise.
8.     Medical Issues: Continue routine lab monitors and regular check-ups
with PCP.
9.     Supportive psychotherapy:  Discussed various stressors and difficult
life circumstances at length.


1. MEDICATIONS: as above
Discussed options including no changes.
Change current psychiatric medications: Reviewed SE, risks, and possible
benefits of tx with above-named medication(s).
Veteran has decisional capacity, verbalized an understanding of, and agreement
with this plan. A medication handout will be provided when veteran receives
the
medication from the pharmacy.

Understands and agrees to the following:
o      No drugs or alcohol with medications.
o      Take medications only as directed.
o      Do not drive if sedated or impaired.
o      Follow up with appointments, call to make appointment sooner if

needed.
o      Crisis services reviewed with client, will obtain services if needed.
o      Follow up with PCP for any medical concerns.
o      Patient agrees to this disposition and verbalizes understanding of the
consequences associated with the failure to follow through on treatment
recommendation.

2. LABS/OTHER TESTS: as above

3. REFERRALS: as above

4. SAFETY:  Risk assessment:
Risk Factors: poor insight, gender, probable psychosis, h/o SI, h/o
assaults/threats, lives alone/homeless hx
Protective Factors: no active SI, no HI, intelligent, engaged in care
Given the above, veteran is felt to be at low risk for imminent danger to self
or others at this time.

5.  FOLLOW-UP: RTC in 3-4 wks, sooner PRN.

Time with patient: 25 Min

Treatment provided:  medication mngt + therapy

CONSENT/TREATMENT PLAN:  Patient and/or caregiver has decisional
capacity and indicates readiness to learn, verbalizes understanding,

agreement and satisfaction with the treatment plan, including medications.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 12/19/2019 12:25

| Date/Time: | 17 Dec 2019 @ 2306 |
| --- | --- |
| Note Title: | ER NURSE'S NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | GRIFFITHS,DANIEL P |
| Co-signed By: | GRIFFITHS,DANIEL P |
| Date/Time Signed: | 17 Dec 2019 @ 2332 |

**Note**

 LOCAL TITLE: ER NURSE'S NOTE
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: DEC 17, 2019@23:06    ENTRY DATE: DEC 17, 2019@23:06:31
   AUTHOR: GRIFFITHS,DANIEL P   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

2305  seen by dr batizy.  Pt to be d/c with meds from pharmacy,

/es/ DANIEL P GRIFFITHS

Signed: 12/17/2019 23:32

| | |
|---|---|
| Date/Time: | 17 Dec 2019 @ 2233 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | NEWBERRY,DUSTIN K |
| Co-signed By: | NEWBERRY,DUSTIN K |
| Date/Time Signed: | 17 Dec 2019 @ 2234 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: DEC 17, 2019@22:33    ENTRY DATE: DEC 17, 2019@22:33:36
   AUTHOR: NEWBERRY,DUSTIN K    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Emergency Department Triage
Patient age:37     Sex: MALE
On arrival patient was: AMBULATORY
Patient phone number: PATIENT PHONE
Allergies: Patient has answered NKA
Subjective/Objective/Chief Complaint:
"I just ran out of my migraine meds."  CAOx4, nwd, resps unlabored,
supple
neck, pupils PERRLA
Fall Risk Assessment-- MORSE FALL SCALE with Interventions --
 HISTORY OF FALL WITHIN LAST 3 MONTHS? 0 No Patient last had a fall on:
 Elicit Veteran's perception of the cause of this (most recent) fall(s):

 SECONDARY DIAGNOSIS(defined as 2 or more diagnoses and/or polypharmacy)?
 0 No There  been medication changes.

 AMBULATORY AID IN USE?  0 None/Bedrest/Nurse Assist

 Which ambulatory aid is used:

 IV CONTINUOUS/BOLUS?  0 No

 GAIT/TRANSFER METHOD?  0 Normal/BR/Wheelchair

 MENTAL STATUS?  0 Oriented to own ability

 Total Morse Score: 0

Total Fall Risk is low if Morse is <45

Total Fall Risk score is high if Morse is 45 or greater

High Fall Risk Goal: The Veteran will remain free of injuries related to falls.

Vital Signs:

| Measurement DT | BP | PULSE | RESP | POx | TEMP |
|---|---|---|---|---|---|
| | | (L/MIN) | (%) | F(C) | |
| 12/17/2019 22:33 | 140/84 | 77 | 16 | 95 | 97.9(36.6) |
| 11/20/19 @ 0857 | HEIGHT: 70 WEIGHT - NONE FOUND - 2D | | | | |

Current Medications:
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| ======================================================== | |

1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
    AFFECTED AREA DAILY
3)  LIDOCAINE 5% OINT APPLY SMALL AMOUNT TO AFFECTED AREA  ACTIVE
    EVERY 6 HOURS AS NEEDED FOR BACK PAIN
4)  METHOCARBAMOL 500MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
    THREE TIMES A DAY AS NEEDED FOR BACK MUSCLE
    RELAXATION * BEWARE OF DROWSINESS *
5)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
    MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
    DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
    PER DAY.
6)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED   ACTIVE
    AREA DAILY FOR ACNE

Current Problems: ACTIVE PROBLEMS

Suicide Screen:
Columbia Suicide Severity Rating Scale (C-SSRS) screener
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
No

2. Over the past month, have you had any actual thoughts of killing yourself?
No

3. Over the past month, have you been thinking about how you might do this?
Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.

Travel Screen:
The patient indicated that they or their close contacts have not traveled outside of the United States in the past 21 days.
Emergency Severity Index (ESI) level
Level 4

/es/ DUSTIN K NEWBERRY
RN, BSN
Signed: 12/17/2019 22:34

| | |
|---|---|
| Date/Time: | 17 Dec 2019 @ 2230 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BATIZY-MORLEY,JULIANNA |
| Co-signed By: | BATIZY-MORLEY,JULIANNA |
| Date/Time Signed: | 18 Dec 2019 @ 0351 |

Note

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: DEC 17, 2019@22:30   ENTRY DATE: DEC 17, 2019@22:30:37
   AUTHOR: BATIZY-MORLEY,JULIA  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** ER WALK-IN NOTE (T) Has ADDENDA ***

CHIEF COMPLAINT: migraine

I have reviewed the RN Triage Note for this visit and have reconciled any discrepancies.

HPI/ROS:

HISTORY OF PRESENT ILLNESS:
I reviewed the RN Triage note and agree with the findings on the nurse's history. Please refer to the Triage note for details. I would add the following additional information...

37-year-old male presents to the emergency room wanting to pick up his previously ordered TENS unit and get refills on his sumatriptan and Robaxin. No new complaints.

REVIEW OF SYSTEMS:
GEN: No fever or chills, no weakness; no weight changes
eyes: no vision change, no redness, no eye pain
HEENT: No sore throat, ear pain, rhinorrhea, neck pain, difficulty swallowing or

opening the mouth, no nose bleed
PULMONARY: No cough, difficulty breathing, no hemoptysis
CARDIAC: No chest pain, no palpitations
GI: No nausea, vomiting, diarrhea, no abdominal pain
GU: no dysuria, no discharge
SKIN: No abnormal rash,bleeding or bruising
NEURO: Chronic headaches with no new exacerbation at this time, no syncope, no vertigo, no weakness, no numbness
MUSCKULOSKELETAL: No abnormal joint pain, back pain, no calf pain, no swelling--> other than chronic discomfort that he is under the care of primary

care for her.
Psych: No active issues.

All other ROS noncontributory other than as described in the HPI.

PAST MEDICAL HISTORY: I reviewed the problem list and past medical history for this patient on the electronic medical record.
      Pertinent Changes: NONE

SOCIAL HISTORY:

The following are what the patient reports today; this does not represent a review of previous social
history to cross check his/her report...

      HX OF ETOH ABUSE:        Yes [ x ]  No [  ]
      CURRENTLY DRINKS ETOH  Yes [ ]  No [ x ]
      SMOKER                  Yes [ ]  No [ x ]  Hx of [ ]
      ILLICIT DRUGS?          Yes [ ]  No [ x ]  Hx of [ x ]
      BRANCH OF MILITARY:

**CONFIDENTIAL**

FAMILY HISTORY: non-contributory

PROBLEM LIST:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem
18. Migraine

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

```
                                  Issue Date
                        Status    Last Fill
     Active Outpatient Medications        Refills    Expiration
========================================================================
=
1)   BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE
Issu:04-26-19
        Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 0
Last:10-30-19
        AMOUNT AFFECTED AREA TWICE A DAY FOR
Expr:04-26-20
        ACNE
2)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE
Issu:04-26-19
        60 for 30 days  Sig: APPLY THIN FILM    Refills: 0
Last:10-30-19
        TO AFFECTED AREA DAILY
Expr:04-26-20
3)   LIDOCAINE 5% OINT  Qty: 35 for 30 days    ACTIVE
Issu:11-28-19
        Sig: APPLY SMALL AMOUNT TO AFFECTED     Refills: 0
Last:11-28-19
```

Last:11-28-19
    AREA EVERY 6 HOURS AS NEEDED FOR BACK
Expr:12-28-19
    PAIN
4)  METHOCARBAMOL 500MG TAB  Qty: 21 for 30   ACTIVE
Issu:11-28-19
    days  Sig: TAKE ONE TABLET BY MOUTH     Refills: 0
Last:11-28-19
    THREE TIMES A DAY AS NEEDED FOR BACK
Expr:12-28-19
    MUSCLE RELAXATION * BEWARE OF
    DROWSINESS *
5)  SUMATRIPTAN SUCCINATE 50MG TAB  Qty: 9    ACTIVE
Issu:11-20-19
    for 30 days  Sig: TAKE ONE TABLET BY    Refills: 2
Last:11-21-19
    MOUTH ONCE A DAY AS NEEDED FOR
Expr:11-20-20
    MIGRAINE, MAY REPEAT DOSE IN 2 HOURS,
    IF NO RELIEF. NO MORE THAN 200MG PER
    DAY.
6)  TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   ACTIVE
Issu:04-26-19
    days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 0
Last:10-30-19
    AREA DAILY FOR ACNE
Expr:04-26-20 No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
 [ ] The medication list above was reviewed with the patient at
    today's visit. I have indicated discrepancies under each
    medication that is not being taken as prescribed. Medication
    orders, including any additions or discontinuations, have been
    updated as appropriate, and the patient now has an accurate
    medication list.

 [ x ] Limited Medication Reconciliation was performed at this visit
    as short term medications were prescribed at this visit.

 [ ] Medication Reconciliation was not performed at this visit as
    no medications were changed, prescribed or administered at
    this visit.

 [ ] Medication Reconciliation was not performed at this visit as
    patient and/or caregiver is not able to confirm medications
    he/she is taking.

VITAL SIGNS:
  No data available for BLOOD PRESSURE; PULSE; RESPIRATION; PULSE
OXIMETRY;
TEMPERATURE 11/20/19 @ 0857     HEIGHT: 70 WEIGHT - NONE FOUND - 2D

**CONFIDENTIAL**

EXAM:

GEN: awake, alert, oriented x 3, no acute distress, nontoxic
HEENT: atraumatic; no injection to conjunctiva
NECK: No lymphadenopathy, NL ROM, no meningismus, supple
LUNGS: No respiratory distress
EXT: no gross deformities, strong distal
NEURO: alert;  gait steady, moves all extremities evenly
PSYCH: Appropriate, no evidence of intoxication

Discussion: Patient with no new complaints today. States was trying to get up
pick up his TENS unit and wasn't sure where to go. Also requests refill on
his
headache medications. Has been seen previously in the ER and evaluated. Has no
new complaints today. Did explain to patient will need to come in 8 AM to get
the TENS unit. He is given a map of where to go. He is also given prescription
refills on his sumatriptan and Robaxin. He is advised to return to the ER if he
develops any new symptoms, worsening symptoms or has any new concern. Otherwise
follow-up with his doctor.

Again patient presents with request for medication refill and pick up his TENS
unit.

ASSESSMENT:

1) medication refill
2) pick up TENS unit
3)

PLAN:

1) as above
2)
3)

Patient was advised to return to the ER for any worsening of his/her condition
or any new concerns. I explained the discharge instructions to the Veteran and
he/she demonstrated appropriate understanding of the instructions and return
precautions.

CONDITION ON DISCHARGE: [ x ]good   [  ]fair   [  ]poor

PATIENT EDUCATION AT DISCHARGE:

  (x ) Discharge instructions discussed with patient and/or caregiver.
    Patient/Caregiver indicates readiness to learn, verbalizes understanding,
    agreement and satisfaction with the treatment plan. Patient/Caregiver
    doesn't have any further questions today.

**CONFIDENTIAL**

INSTRUCTIONS FOR FOLLOW UP CARE:
 [ ] See primary care provider
 [ ] No PCP assigned
 [x ] Return to ER if worse
 [ ] OBMT recheck
 [x ] Other: as above
 [ ] Follow up with Ortho
 [ ] Follow up with Neurology
 [ ] Sent straight to Eye Clinic
 [ ] Escorted to the Mental Health Clinic

 DISPOSITION FROM EMERGENCY DEPARTMENT
 [x ] Discharged
 [ ] Inpatient Admission
 [ ] Observation Admission

/es/ Julianna Batizy-Morley, DO
Emergency Department Staff Physician
Signed: 12/18/2019 03:51

12/23/2019 ADDENDUM           STATUS: COMPLETED
******results of outpatient MRI as noted. Ordered to be done nonemergently as
outpatient. Require primary care follow up. *****


 Report:
  Comparison: 1027 port US

  Findings: Transitional lumbosacral vertebra; numbering
  conventions may differ.  Vertebral body heights and alignment are
  maintained.  Marrow signal is normal.  Conus is at L1.
  Intervertebral disk height and hydration are maintained.

  T12-L4: No significant disc bulge or stenosis.  L4-5:Mild diffuse
  annular bulge with mild bilateral foraminal stenosis.  L5-S1:Mild
  broad-based disc osteophyte complex with mild canal stenosis and
  mild bilateral foraminal stenosis.

  Visualized abdominal and pelvic organs are unremarkable.

 Impression:
  Mild degenerative changes in the lower lumbar spine, without
  high-grade canal/foraminal stenosis.

 Primary Diagnostic Code: ABNORMALITY, MD ATTN NEEDED

/es/ Julianna Batizy-Morley, DO
Emergency Department Staff Physician
Signed: 12/23/2019 15:00

Receipt Acknowledged By:
12/27/2019 15:00     /es/ BENJAMIN SCHNELL DO
                Staff Primary Care Physician

| | |
|---|---|
| Date/Time: | 17 Dec 2019 @ 1735 |
| Note Title: | MH HOMELESS INDIVIDUAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 17 Dec 2019 @ 1743 |

**Note**

 LOCAL TITLE: MH HOMELESS INDIVIDUAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 17, 2019@17:35     ENTRY DATE: DEC 17, 2019@17:35:21
    AUTHOR: TUKA,JAMES C     EXP COSIGNER:
    URGENCY:                 STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 90 minutes (including driving time)

Procedure:  Writer met with veteran in his apartment for a scheduled home visit
and treatment planning. Writer called veteran upon arrival and veteran came down

to open outer door and let writer in to building some minutes later.  Writer and

veteran then met in living room of veteran's apartment. Writer noticed that

veteran had acquired a few items since first visit with veteran including golf
clubs, a scooter, some chairs.  Writer asked and veteran shared that he had
Thanksgiving dinner at his mother's home in Thornton. During conversation,
veteran also shared that he has contact with his father who lives in another
town and is separated from his mother.  Veteran showed writer a library book he
picked up and is planning to read. Veteran then talked about his plan to pay to
join a "commerce group" in Denver for networking regarding accounting
in which
veteran is interested.  Veteran and writer completed initial very basic
treatment plan which can be built upon in the future.  Veteran states that he
has no housing related issues or concerns with neighbors, property manager,
housing authority, or rent/bills, etc.  Veteran may obtain his car from his
father's property in the future. Veteran also plans to buy a computer this
week
if not today.  Much of the visit was spent by veteran speaking about history in
the United States, slavery, racism, and other related topics.  Also, veteran
and writer spoke about the potential benefits of meditation, taking time for
solitude, and quieting the mind.  Writer notes veteran's apartment was not

very
furnished but relatively clean and tidy.  Veteran was well-groomed, casually
dressed, and in a euthymic mood with matching affect. Veteran's thoughts were
normal and linear. No clinical indications of HI/SI present. Veteran was polite,

friendly, reflective, alert, articulate and seemed not to be under the influence

of drugs or alcohol.   After visit writer departed.

Plan: Writer to continue to provide veteran with ongoing supportive case
management.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 12/17/2019 17:43

| | |
|---|---|
| Date/Time: | 17 Dec 2019 @ 1130 |
| Note Title: | MH TREATMENT PLAN |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 17 Dec 2019 @ 1816 |

Note

 LOCAL TITLE: MH TREATMENT PLAN
STANDARD TITLE: MENTAL HEALTH TREATMENT PLAN NOTE
DATE OF NOTE: DEC 17, 2019@11:30     ENTRY DATE: DEC 17, 2019@18:16:09
    AUTHOR: TUKA,JAMES C       EXP COSIGNER:
  URGENCY:               STATUS: COMPLETED

DATE/TIME PATIENT ENTERED TREATMENT: 12/17/2019 11:30:00 AM
MH TREATMENT PLAN  <MH TREATMENT PLAN (T)> - 17 Dec, 2019 @ 11:30 AM
17 Dec, 2019 @ 11:30 - DEN HUD-VASH IND

TREATMENT PLAN TYPE: Initial

PRIMARY CLINIC OR PROGRAM: HUD-VASH

CLINICS OR PROGRAMS:
HUD-VASH

MH TREATMENT COORDINATOR: TUKA,JAMES C / RMR MENTAL HEALTH HUD-VASH

TEAM MEMBERS:
TUKA,JAMES C: SOCIAL WORKER

PATIENT'S STRENGTHS/ABILITIES:

Insightful
Social support
Sense of purpose
Interested in vocational development
Employed or has income/benefits
Has supportive family and/or friends
Education
Intelligence
Secure Housing
Resiliency
Knowledge

PATIENT'S BARRIERS TO CARE:
Substance abuse/dependence
Chronic psychiatric symptoms

PATIENT PARTICIPATION IN TREATMENT PLANNING:
MET WITH PROVIDER.
VETERAN AGREED TO PLAN (draft) DISCUSSED.

FAMILY PARTICIPATION IN TREATMENT PLANNING:
VETERAN'S FAMILY NOT AVAILABLE.

MENTAL HEALTH DIAGNOSES AND RELEVANT MEDICAL CONDITIONS:
Alcohol abuse (SCT 15167005)

Cannabis abuse (SCT 37344009)

Depressive disorder (SCT 35489007)

Mood disorder (SCT 46206005)

Major depressive disorder (SCT 370143000)

Anxiety disorder (SCT 197480006)

MEDICATIONS:
BENZOYL PEROXIDE 5% (WATER BASED) GEL -  Sig: APPLY SMALL AMOUNT
AFFECTED AREA TWICE A DAY FOR ACNE - Outpatient - Status: ACTIVE -
Refills: 0 - Issued: 04/26/2019 - Last filled: 10/30/2019 - Expires:
04/26/2020

CLINDAMYCIN PHOSPHATE 1% TOP SOLN -  Sig: APPLY THIN FILM TO AFFECTED
AREA DAILY - Outpatient - Status: ACTIVE - Refills: 0 - Issued:
04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

LIDOCAINE 5% OINT -  Sig: APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 6
HOURS AS NEEDED FOR BACK  - Outpatient - Status: ACTIVE - Refills: 0 -
Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires: 12/28/2019

METHOCARBAMOL 500MG TAB -  Sig: TAKE ONE TABLET BY MOUTH THREE TIMES A
DAY AS NEEDED FOR BACK MUSCLE  - Outpatient - Status: ACTIVE - Refills:

0 - Issued: 11/28/2019 - Last filled: 11/28/2019 - Expires: 12/28/2019

SUMATRIPTAN SUCCINATE 50MG TAB -  Sig: TAKE ONE TABLET BY MOUTH ONCE A
DAY AS NEEDED FOR MIGRAINE, MAY REPEAT  - Outpatient - Status: ACTIVE -
Refills: 2 - Issued: 11/20/2019 - Last filled: 11/21/2019 - Expires:
11/20/2020

TRETINOIN 0.01% TOP GEL -  Sig: APPLY SMALL AMOUNT AFFECTED AREA DAILY
FOR ACNE - Outpatient - Status: ACTIVE - Refills: 0 - Issued:
04/26/2019 - Last filled: 10/30/2019 - Expires: 04/26/2020

TREATMENT PLAN PROBLEMS/NEEDS LISTED BY PRIORITY:
Problem #1: Veteran stated, " I am impatient in relationships with
others."

TREATMENT PLAN:

Problem: Problem #1: Veteran stated, " I am impatient in relationships
with others."
   Goal: Goal #1: Veteran stated, " "I need to learn how to be more
   patient with others in relationship with me.""
   Objective: Objective #1: "I will build a better relationship with
   god and have more faith in people and in myself." . Progress will
   be measured through veteran self report
      Intervention: [CASE MANAGEMENT] Case management services will
      be provided by HUD-VASH to support veteran in making progress
      towards this goal and objective. Provider: Social Worker Name:
      TUKA,JAMES C One time(s) per Month for 6 months

Plan Renewal Date: 6/17/2020

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 12/17/2019 18:16

| | |
|---|---|
| Date/Time: | 09 Dec 2019 @ 1000 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON, LISA M |
| Co-signed By: | BAILEY-WILSON, LISA M |
| Date/Time Signed: | 10 Dec 2019 @ 1025 |

**Note**

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: DEC 09, 2019@10:00    ENTRY DATE: DEC 10, 2019@10:23:26
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                          STATUS: COMPLETED

**CONFIDENTIAL**

VRS provided Veteran with flyer on resources for Low Income Laptop computers and

also Goodwill's Winning the Workplace Challenge"(provides supportive dollars for
career enhancing purposes).


/es/ LISA M BAILEY-WILSON
VRS
Signed: 12/10/2019 10:25

Receipt Acknowledged By:
12/10/2019 18:47     /es/ Sonia Valdiviezo, LCSW
              LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 06 Dec 2019 @ 1140 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 06 Dec 2019 @ 1150 |

**Note**

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: DEC 06, 2019@11:40     ENTRY DATE: DEC 06, 2019@11:40:56
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

  *** CWT EMPLOYMENT INFORMATIONAL NOTE Has ADDENDA ***

VRS spoke with Norma of Norma's Tax Service regarding termination of
mentor/intership with Veteran.


Norma reported:

Veteran would not listen. Veteran would spend only listen and once he hears a
'key word' he would take it and run with it to begin conversations
around tax
codes/language that he believes he is more familiar with instead of allowing
Norma to complete the sentence/conversation.

Veteran would frequently tell Norma what he thought she needed to do regarding
her client files.

Norma did share that he was always on time, but consistently showed up dressed inappropriate for the work schedule which included cleaning of files and lift of

materials. Norma requested Veteran to wears jeans/work clothing, but Veteran showed up each day in a suit with dress shirt and tie.

Veteran was very helpful with assisting with heavy lifting of clearing out old files and was paid $50.

Norma offered to purchase Veteran a laptop and she thought he could use as the she taught him along the way, but the constantly over talking and not listening became too overwhelming and Norma decided to end the mentor/internship.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 12/06/2019 11:50

Receipt Acknowledged By:
12/10/2019 18:47      /es/ Sonia Valdiviezo, LCSW
              LICENSED CLINICAL SOCIAL WORKER, MH

12/06/2019 ADDENDUM            STATUS: COMPLETED
Norma also shard that Veteran told her that he has job doing janitorial.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 12/06/2019 12:05

| | |
|---|---|
| Date/Time: | 05 Dec 2019 @ 1430 |
| Note Title: | CWT EMPLOYMENT JOB PLACEMENT & FOLLOW-UP |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 06 Dec 2019 @ 1204 |

Note

 LOCAL TITLE: CWT EMPLOYMENT JOB PLACEMENT & FOLLOW-UP
STANDARD TITLE: CWT NOTE
DATE OF NOTE: DEC 05, 2019@14:30    ENTRY DATE: DEC 06, 2019@11:58:59
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Veteran called to report that he is no longer work with Norma's Tax
Service.
Veteran explained that Norma had decided to just sell her business and not
continue the mentor/internship.

Veteran shared that Norma taught him alot during the short time together and she

also provided him with valuable resources.

Veteran stated that he does not plan to seek employment but has plans to get his

license and social security card today and that he will working at his company
preparing taxes for the upcoming tax season.

VRS asked Veteran what type of assistance she could provide at this point and
Veteran stated that he is needing a laptop.

VRS agreed to seek out resources and will follow back up with Veteran.


(duration 11mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 12/06/2019 12:04


Receipt Acknowledged By:
12/10/2019 18:46      /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 02 Dec 2019 @ 1357 |
| Note Title: | COMMUNITY CARE-SCHEDULING |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DANIELS,KYRA N |
| Co-signed By: | DANIELS,KYRA N |
| Date/Time Signed: | 02 Dec 2019 @ 1358 |

**Note**


 LOCAL TITLE: COMMUNITY CARE-SCHEDULING
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: DEC 02, 2019@13:57    ENTRY DATE: DEC 02, 2019@13:57:49
   AUTHOR: DANIELS,KYRA N     EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED

Patient Centered Community Care (PC3) Program

            Department of Veterans Affairs
         VHA Choice Approval for Medical Care
            VA-Form 10-0386

Certain protected health information (PHI) may be enclosed; specifically
information related to Drug Abuse, Alcoholism or Alcohol Abuse, Sickle

Cell Anemia, and Human Immunodeficiency Virus (HIV). This specific PHI may NOT be re-disclosed or used by the recipient person or office for any purpose other than that for the disclosure was made. [Ref. 38 USC 7332(b)(2)(H)(ii)]  The information is being disclosed by VA only for the treatment and care of the named patient in the health record. Accounting of disclosure must be maintained when required.

Referral Urgency:
Routine
Indicate time frame for appointment:
Clinically Indicated Date (CID):
11/20/2019

Category of Care/Type of Specialty:  physical therapy

Type of Specialist:  physical therapist

Type of Service/Procedure:  Provisional Diagnosis: Low Back Pain(ICD-10-CM M54.5)

Number of Visits, Frequency, and Duration:  as clinically necessary nte 120 days.


Veteran or VAMC Preferred Provider Name and Contact Information:

Eligibility Verification:
As the authorized VA representative, I hereby confirm that the Veteran is eligible for Community Care services. The Veteran's basic eligibility was verified on 12/02/2019.
Contact the Facility Community Care Office first to provide information to the VA or to reach a VA ordering provider.  All contact from the contractor will be documented in the Veteran's record by the facility VA community Care and the VA provider will be notified for awareness.
Report all Critical Findings related to this authorization to the issuing office below.  All other questions regarding this authorization should be directed to:  as listed below

Facility Community Care Office:


Contact Number (Normal Business Hours): 720-857-5988
AOD/Emergency Contact After Hours Number: Cell Phone 303-518-5165
From Station Number: 554
Facility Name: Rocky Mountain Regional Medical Center
Street Address: 1700 N. Wheeling St.
City:  Aurora
State:  Colorado
Zip:   80045
Fax:   720-723-6016

Veteran Information:
Name: JORDAN,CHADWICK HEATH
DOB:  JUN 5,1982
SSN:  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
Address:
1135 BROADWAY #312
DENVER, COLORADO  80203
Phone:  720-276-5377
Veteran's Alternate Phone:
Veteran's Alternate Address:

Alternate POC for Veteran:
Name:
Address:   Phone:
In accordance with 38 CFR §§ 17.1500-1540, VA will pay for non-VA hospital
care and medical services that are authorized by VA for Veterans who are
determined by VA to meet the Veterans Choice Program eligibility criteria
set forth by section 101 of the Act and 38 CFR § 17.1510 and any other
eligibility standards that may apply to particular services (such as
health care for newborns of Veterans under 38 CFR § 17.38(a)(xiv) and
dental benefits under §§ 17.160-17.169).

/es/ KYRA N DANIELS
msa
Signed: 12/02/2019 13:58

| | |
|---|---|
| Date/Time: | 29 Nov 2019 @ 0854 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HOWARD,DUSTIN L |
| Co-signed By: | HOWARD,DUSTIN L |
| Date/Time Signed: | 29 Nov 2019 @ 0855 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: NOV 29, 2019@08:54    ENTRY DATE: NOV 29, 2019@08:54:56
    AUTHOR: HOWARD,DUSTIN L    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

HAS Radiology Administration Note
Orders: MRI L-SPINE W/O
Service & Phone number and/or extension:   720-723-4552
Unable to contact PT:
1st Attempt: Message left on Voicemail, Letter Sent

/es/ DUSTIN L HOWARD

**CONFIDENTIAL**

MSA
Signed: 11/29/2019 08:55

| | |
|---:|---|
| **Date/Time:** | 28 Nov 2019 @ 2051 |
| **Note Title:** | ER WALK-IN NOTE (T) |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | BATIZY-MORLEY,JULIANNA |
| **Co-signed By:** | BATIZY-MORLEY,JULIANNA |
| **Date/Time Signed:** | 28 Nov 2019 @ 2236 |

Note

 LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: NOV 28, 2019@20:51    ENTRY DATE: NOV 28, 2019@20:51:31
   AUTHOR: BATIZY-MORLEY,JULIA  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

CHIEF COMPLAINT: back pain

 I have reviewed the RN Triage Note for this visit and have reconciled
 any discrepancies.

 HPI/ROS:

HISTORY OF PRESENT ILLNESS:
I reviewed the RN Triage note and agree with the findings on the nurse's
history. Please refer to the Triage note for details. I would add the following
additional information...
Very pleasant 37-year-old male presents to the ER with exacerbation of left
lower lumbar back pain. Patient injured his back in 2003 in an MVA with
"torn
ligaments". He has intermittent flareups of back pain since. He does
intermittently over the years have radicular pain down his legs and tingling
down his legs. He presents today with a flareup of his pain but has no clear
inciting event that flared it up. He does also complain of tingling and numbness

in the genital area intermittently for years. Current flareup began many days
ago. The flareup feels similar to previous flareups. He complains of dysuria but

no incontinence or urinary
retention. He denies any fecal or stool symptoms. He denies testicular pain or
swelling or lesions to the penis.


REVIEW OF SYSTEMS:
GEN: No fever or chills, no weakness; no weight changes
eyes: no vision change, no redness, no eye pain
HEENT: No sore throat, ear pain, rhinorrhea, neck pain, difficulty swallowing or

**CONFIDENTIAL**

opening the mouth, no nose bleed
PULMONARY: No cough, difficulty breathing, no hemoptysis
CARDIAC: No chest pain, no palpitations
GI: No nausea, vomiting, diarrhea, no abdominal pain
GU: no genital pain , + dysuria, no discharge
SKIN: No abnormal rash,bleeding or bruising
NEURO: no headache, no syncope, no vertigo, no weakness, + numbness and tingling
MUSCKULOSKELETAL: No abnormal joint pain, + back pain, no calf pain, no swelling
Psych: No active issues.

All other ROS noncontributory other than as described in the HPI.

PAST MEDICAL HISTORY: I reviewed the problem list and past medical history for
this patient on the electronic medical record.
    Pertinent Changes: NONE

SOCIAL HISTORY:

The following are what the patient reports today; this does not represent a
review of previous social
history to cross check his/her report...

    HX OF ETOH ABUSE:        Yes [ x ]  No [  ]
    CURRENTLY DRINKS ETOH   Yes [  ]  No [ x ]
    SMOKER              Yes [  ]  No [ x ]  Hx of [  ]
    ILLICIT DRUGS?      Yes [  ]  No [ x ]  Hx of [  ]
    BRANCH OF MILITARY:

FAMILY HISTORY: non-contributory

 PROBLEM LIST:
 Computerized Problem List is the source for the following:

  1. Alcohol abuse (SNOMED CT 15167005)
  2. Cannabis abuse (SNOMED CT 37344009)
  3. Homeless single person (SNOMED CT 160700001)
  4. PTSD
  5. Depressive disorder (SNOMED CT 35489007)
  6. Low back pain (SNOMED CT 279039007)
  7. Health Maintenance (ICD-9-CM V65.9)
  8. POLYSUBSTANCE DEP
  9. Mood disorder (SNOMED CT 46206005)
  10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
  11. Foot Pain (ICD-9-CM 719.47)
  12. SUBJECTIVE TINNITUS
  13. Pseudofolliculitis barbae
  14. Major depressive disorder
  15. Anxiety disorder
  16. Osteoarthritis of knee
  17. Legal problem

18. Migraine

Allergies: Patient has answered NKA


Active and Recently Expired Outpatient Medications (including Supplies):


                              Issue Date
                    Status      Last Fill
    Active Outpatient Medications        Refills    Expiration
======================================================================
=
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE
Issu:04-26-19
     Qty: 60 for 30 days  Sig: APPLY SMALL   Refills: 0
Last:10-30-19
        AMOUNT AFFECTED AREA TWICE A DAY FOR
Expr:04-26-20
        ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE
Issu:04-26-19
        60 for 30 days  Sig: APPLY THIN FILM    Refills: 0
Last:10-30-19
        TO AFFECTED AREA DAILY
Expr:04-26-20
3)  SUMATRIPTAN SUCCINATE 50MG TAB  Qty: 9    ACTIVE
Issu:11-20-19
        for 30 days  Sig: TAKE ONE TABLET BY    Refills: 2
Last:11-21-19
        MOUTH ONCE A DAY AS NEEDED FOR
Expr:11-20-20
        MIGRAINE, MAY REPEAT DOSE IN 2 HOURS,
        IF NO RELIEF. NO MORE THAN 200MG PER
        DAY.
4)  TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   ACTIVE
Issu:04-26-19
        days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 0
Last:10-30-19
        AREA DAILY FOR ACNE
Expr:04-26-20 No Active Remote Medications for this patient


MEDICATION RECONCILIATION:
 [ ] The medication list above was reviewed with the patient at
     today's visit. I have indicated discrepancies under each
     medication that is not being taken as prescribed. Medication
     orders, including any additions or discontinuations, have been
     updated as appropriate, and the patient now has an accurate
     medication list.

 [ x ] Limited Medication Reconciliation was performed at this visit
     as short term medications were prescribed at this visit.

[ ] Medication Reconciliation was not performed at this visit as
no medications were changed, prescribed or administered at
this visit.

[ ] Medication Reconciliation was not performed at this visit as
patient and/or caregiver is not able to confirm medications
he/she is taking.

VITAL SIGNS:
Measurement DT   BP        PULSE  RESP    POx      TEMP
                              (L/MIN)(%)  F(C)
11/28/2019 20:27 132/93   72    14      96
97.2(36.2) 11/20/19 @ 0857    HEIGHT: 70 WEIGHT - NONE FOUND - 2D


EXAM:

GEN: awake, alert, oriented x 3, no acute distress, nontoxic
HEENT: atraumatic;  no injection to conjunctiva
NECK: No lymphadenopathy, NL ROM, no meningismus, supple
CV: RRR without MRG, +2 radial pulse bilaterally
LUNGS: No respiratory distress
ABD: + bs, soft, NT, ND, no palpable masses or pulsations, no peritoneal signs
EXT: non tender, no edema or erythema, no gross deformities, strong distal
pulses, soft compartments
SKIN: no rash, warm, dry
BACK: No CVA TTP; no midline pain on palpation. Patient with tenderness in the
left lower lumbar paraspinal muscles and left gluteal region.
NEURO: alert;  gait steady; muscle strength is 5 over 5 in lower extremities
bilaterally. Deep tendon reflexes are 2 over 4 patellar and Achilles. Distal
pulses are strong bilaterally. He has subjective tingling diffuse bilateral
lower extremities and genital area but no specific area of numbness.
PSYCH: Appropriate, no evidence of intoxication


 TODAY'S LABS

CREATININE EGFR: 75.2
ANCILLARY CREATININE: 1.3
SPECIFIC GRAVITY: 1.009
UR BLOOD: NEGATIVE
UR KETONES: NEGATIVE
UR GLUCOSE: NEGATIVE
UR PROTEIN: NEGATIVE
UR PH: 7.0
NITRITE, URINE: NEGATIVE
DEN URINE COLOR: COLORLESS
DEN APPEARANCE: Clear
DEN LEUK ESTERASE: NEGATIVE
DEN UR BILIRUBIN: NEGATIVE
DEN UROBILINOGEN: NEGATIVE

Discussed at length with the patient. Discussed concerns about saddle anesthesia. Discussed reasons to do an MRI to look for an emergent surgical cause to avoid permanent disability, impotence, urinary incontinence etc. Patient then states that he's actually had these symptoms for very long time and
that is not anything new and that he would like to wait. I did advise patient to
think about our discussion. We'll address his pain and send urine and GC and

chlamydia to dress dysuria and will recheck with patient. He is again aware of my recommendations for MRI.

On reassessment patient still declines MRI imaging at this time. Per discussion and will get him scheduled for outpatient MRI and he understands to return immediately if worse in any way. He is aware of my concerns and reasons to do it

and why it would need to be done at this time rather than an outpatient in order

to avoid long-term disability. Patient again does not want this done at this time. Separately we did discuss that his UA was negative and whether he would like to be called with results of GC or chlamydia or empirically treat. He requests treatment. He is given Rocephin and Zithromax.

Patient is then discharged in stable condition. His pain is improved with meds. He is given a discharge prescription for Robaxin and topical lidocaine and is already on meloxicam at home. I did put in order request for MRI to be done as soon as possible with primary care to follow up on the results. It is difficult to understand exactly what new neurologic symptoms patient is having is he was inconsistent in description. He is again advised that he must return if he is worse in any way or changes his mind.

Not suspicious for epidural abscess given chronicity of symptoms and patient denies IV drug use, diabetes. Do have concern for potential cauda equina symptoms. Patient did recant some of his historical sympyoms and then ultimately

declines MRI in the emergency department in spite of my detailed explanation as to concerns and reasons to do it. Outpatient MRI scheduled.

ASSESSMENT:

1)lumbar radiculopathy
2)dysuria
3)

PLAN:

1) meloxican, Robaxin, lidocaine; outpatient MRI. Patient refused MRI in the

emergency room. Return precautions given.
2) urine sent for culture and patient treated empirically for GC and chlamydia
3)

Patient was advised to return to the ER for any worsening of his/her condition
or any new concerns. I explained the discharge instructions to the Veteran and
he/she demonstrated appropriate understanding of the instructions and return
precautions.

CONDITION ON DISCHARGE: [ x ]good   [ ]fair   [ ]poor

PATIENT EDUCATION AT DISCHARGE:

(x ) Discharge instructions discussed with patient and/or caregiver.
    Patient/Caregiver indicates readiness to learn, verbalizes understanding,
    agreement and satisfaction with the treatment plan. Patient/Caregiver
    doesn't have any further questions today.

INSTRUCTIONS FOR FOLLOW UP CARE:
[ ] See primary care provider
[ ] No PCP assigned
[x ] Return to ER if worse
[ ] OBMT recheck
[x ] Other: as above
[ ] Follow up with Ortho
[ ] Follow up with Neurology
[ ] Sent straight to Eye Clinic
[ ] Escorted to the Mental Health Clinic

DISPOSITION FROM EMERGENCY DEPARTMENT
[x ] Discharged
[ ] Inpatient Admission
[ ] Observation Admission

/es/ Julianna Batizy-Morley, DO
Emergency Department Staff Physician
Signed: 11/28/2019 22:36

| | |
|---|---|
| Date/Time: | 28 Nov 2019 @ 2033 |
| Note Title: | ER NURSE'S NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ONYUN,ZOE-ANNE |
| Co-signed By: | ONYUN,ZOE-ANNE |
| Date/Time Signed: | 28 Nov 2019 @ 2206 |

Note

LOCAL TITLE: ER NURSE'S NOTE
STANDARD TITLE: EMERGENCY DEPT NOTE

DATE OF NOTE: NOV 28, 2019@20:33    ENTRY DATE: NOV 28, 2019@20:33:48
    AUTHOR: ONYUN,ZOE-ANNE    EXP COSIGNER:
    URGENCY:                 STATUS: COMPLETED


2030: patient ambulatory to ED RM 9 from waiting room. C/C of back pain, says
this is not acute has been seeing PMD and is waiting for a TENS unit to help
with the pain but it has not arrived yet and he has been 'practically
immobile'
today and would like some relief.  Patient has a slow, steady gait. says the
pain radiates into his legs but no inc. episodes. ED MD to bedside.
2100: Blood drawn, cr running. patient states he does not want an MRI, says he
is not having the 'groin symptoms'.
2105: Cr 1.4, PharmD notified.
2150: Meds given per MD order (rocephin & azithromycin)
2200: PharmD provided pt with medications, patient dressing self. patient
ambulatory at discharge with steady gait.

/es/ ZOE-ANNE ONYUN
DNP, RN
Signed: 11/28/2019 22:06

| Date/Time: | 28 Nov 2019 @ 2030 |
|---|---|
| Note Title: | ER NURSING ASSESSMENT (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ONYUN,ZOE-ANNE |
| Co-signed By: | ONYUN,ZOE-ANNE |
| Date/Time Signed: | 28 Nov 2019 @ 2033 |

Note

 LOCAL TITLE: ER NURSING ASSESSMENT (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: NOV 28, 2019@20:30    ENTRY DATE: NOV 28, 2019@20:30:32
    AUTHOR: ONYUN,ZOE-ANNE    EXP COSIGNER:
    URGENCY:                 STATUS: COMPLETED

Patient identification is confirmed by an accurate secured armband:
   Yes

ED NURSING ASSESSMENT:
Chief Complaint: Back pain, has been awaiting TENS unit which hasn't
arrived,
says he
couldn't wait any longer for an intervention.

Allergies:

JORDAN, CHADWICK HEATH                **CONFIDENTIAL**                Page 413 of 667

APPEARANCE: Uncomfortable
MOBILITY:
Ambulates independently without the use of supportive devices.

SYSTEMS REVIEW:
  NEUROLOGICAL
  Upper Extremity strength: equal
  Lower Extremity strength: equal
2030: patient ambulatory to ED RM 9 from waiting room. C/C of back pain, says
this is not acute has been seeing PMD and is waiting for a TENS unit to help
with the pain but it has not arrived yet and he has been 'practically
immobile'
today and would like some relief.  Patient has a slow, steady gait. says the
pain radiates into his legs but no inc. episodes. ED MD to bedside.

/es/ ZOE-ANNE ONYUN
DNP, RN
Signed: 11/28/2019 20:33

| | |
|---|---|
| Date/Time: | 28 Nov 2019 @ 2027 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | PERRY,ERIN E |
| Co-signed By: | PERRY,ERIN E |
| Date/Time Signed: | 28 Nov 2019 @ 2031 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: NOV 28, 2019@20:27    ENTRY DATE: NOV 28, 2019@20:27:32
   AUTHOR: PERRY,ERIN E     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Emergency Department Triage
Patient age:37     Sex: MALE
On arrival patient was: AMBULATORY
Patient phone number: PATIENT PHONE
Allergies: Patient has answered NKA
Subjective/Objective/Chief Complaint:
Pt presents with lower back pain that "locked up" today while laying
on
the  floor. Pt reports hx of lower back injury/nerve damage. Pt requested
a tens  unit from primary md last week but hasn't recieved it yet and is
hoping for  something in the meantime. Pt reports legs and toes tingling.
Pt denies new  injury/incontinenc. Motor appears intact but pt ambulated
slowly to room.
Fall Risk Assessment-- MORSE FALL SCALE with Interventions --

**CONFIDENTIAL**

HISTORY OF FALL WITHIN LAST 3 MONTHS? 0 No Patient last had a fall on:
Elicit Veteran's perception of the cause of this (most recent) fall(s):

SECONDARY DIAGNOSIS(defined as 2 or more diagnoses and/or polypharmacy)?
0 No There  been medication changes.

AMBULATORY AID IN USE?  0 None/Bedrest/Nurse Assist

Which ambulatory aid is used:

IV CONTINUOUS/BOLUS?  0 No

GAIT/TRANSFER METHOD? 15 Impaired

MENTAL STATUS?  0 Oriented to own ability

Total Morse Score: 15

Total Fall Risk is low if Morse is <45

Total Fall Risk score is high if Morse is 45 or greater

High Fall Risk Goal: The Veteran will remain free of injuries related to
falls.


Vital Signs:

| Measurement DT | BP | PULSE | RESP | POx (L/MIN)(%) | TEMP F(C) |
|---|---|---|---|---|---|
| 11/28/2019 20:27 | 132/93 | 72 | 14 | 96 | 97.2(36.2) |
| 11/20/19 @ 0857 | HEIGHT: 70 WEIGHT - NONE FOUND - 2D | | | | |

Current Medications:
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|

====================================================================
1)   BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE
      AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
      AFFECTED AREA DAILY
3)   SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     ACTIVE
      MOUTH ONCE A DAY AS NEEDED FOR MIGRAINE, MAY REPEAT
      DOSE IN 2 HOURS, IF NO RELIEF. NO MORE THAN 200MG
      PER DAY.
4)   TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
      AREA DAILY FOR ACNE

Current Problems: ACTIVE PROBLEMS

Suicide Screen:
Columbia Suicide Severity Rating Scale (C-SSRS) screener

1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
No

2. Over the past month, have you had any actual thoughts of killing yourself?
No

3. Over the past month, have you been thinking about how you might do this?
Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this  plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or  prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.

Travel Screen:
The patient indicated that they or their close contacts have not traveled outside of the United States in the past 21 days.
Emergency Severity Index (ESI) level
Level 3

/es/ ERIN E PERRY
RN
Signed: 11/28/2019 20:31

| | |
|---|---|
| Date/Time: | 28 Nov 2019 @ 1925 |
| Note Title: | V10/11 TELE-NURSE PROGRAM |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | NORTH,PAIGE L |
| Co-signed By: | NORTH,PAIGE L |
| Date/Time Signed: | 28 Nov 2019 @ 1929 |

**CONFIDENTIAL**

Note

LOCAL TITLE: V10/11 TELE-NURSE PROGRAM
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: NOV 28, 2019@19:25:36  ENTRY DATE: NOV 28, 2019@19:29:19
    AUTHOR: NORTH,PAIGE L     EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

  *** V10/11 TELE-NURSE PROGRAM Has ADDENDA ***

Type of call: DTN SYMPTOM.

PCMM Provider Info:
LOCAL - ROCKY MOUNTAIN REGIONAL VAMC (554)
 PACT: No Local PACT Assigned.
 MH: RMR MENTAL HEALTH HUD-VASH
 (mhtc) Social Worker || Tuka,James C || PHONE:(303) 294-5600

LOCAL - DENVER VA MEDICAL CENTER (554A5) || DENVER VA CLINIC (9TH AVE) (554GJ)
 PACT: DENVER PACT MD 05 *WH* (Focus: Primary Care Only)
 Designated Wh Pcp:      Schnell,Benjamin || PHONE:3458
 Care Manager:      Wahl,Barbara || PHONE:2266
 Clinical Associate:      Mayne,Robert G || PHONE:3196
 Administrative Associate:  Noles,Lamone S
 PACT Clinical Pharmacist:  Navy,Hilary || PHONE:719-227-4078
 Surrogate Care Manager:   Irving,Brooke M || PHONE:3156
 Clinical POC:        Care Manager || Wahl,Barbara || PHONE:2266
 Administrative POC:      Administrative Associate || Noles,Lamone S

The following identifiers were used to verify this patient:  DOB. SSN.

The patient, JORDAN,CHADWICK HEATH (243399084) Phone: 720-276-5377 called the
call center.

Contact Phone Number: 720-276-5377

Caller Area: 19-*DENVER CBOC

Caller Response: ER-VA

Comments:
Veteran calling to report he is experiencing worsening lower back pain and leg
weakness. Veteran states he has been evaluated for back pain in the past, and
was ordered a tens unit and has not recieved it yet.

Veteran states today his back pain is 10/10 on pain scale and it is difficult
to move.

Advised of recommendations, including condition may worsen, if recommendations
are not followed.

Veteran states he will report to the VA ER now for evaluation.

Veteran requests a call back from clinic to discuss status of tens unit. Please contact.

Chief Complaint: Back Pain

Triage Note
Phone Triage
Thu Nov 28 2019 21:26:00 GMT-0500 (Eastern Standard Time)

Demographics
37 y/o Male

Results
CC: Back Pain
Nurse Recommendation: 12-24 Hours
TEDP Suggestion: 12-24 Hours
Nurse Recommended Follow-up Location: Clinic, VA
TEDP Suggested Follow-up Location: Clinic, VA

Values and Measures
Pain scale: 10
Duration of CC: 1 Weeks

Positive Responses
HPI: back pain, duration longer than 1 month
HPI: back pain, lower back
HPI: leg weakness, new or worsening

Negative Responses
Denies: HPI: back injury, recent

Class Code: Other specified counseling.

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 11/28/2019 @ 7:25:36 PM
Ending at: 11/28/2019 @ 7:29:03 PM
Length: 3 minutes.

Author: NORTH,PAIGE L

Patient's Email Address:


/es/ PAIGE L NORTH
BSN, RN
Signed: 11/28/2019 19:29

Receipt Acknowledged By:
11/29/2019 06:42        /es/ Tso Chen,MD
                    Staff Primary Care Physician

for BENJAMIN SCHNELL

11/29/2019 ADDENDUM                STATUS: COMPLETED
Per Prosthetics consult on 11/20.
The TENS unit was mailed out on 11/21.
He should call back if still has not received by next week.

--------------------
 COMPLETE/UPDATE      11/21/19 12:02     CORDOVA,MARK P     CORDOVA,MARK P
MAILED TO VET.

/es/ Tso Chen,MD
Staff Primary Care Physician
Signed: 11/29/2019 06:46

Receipt Acknowledged By:
11/29/2019 08:29        /es/ Patricia Themer
                        RN

11/29/2019 ADDENDUM                STATUS: COMPLETED
pt seen in ER; pt was called. no answer; left message on identified VM with
phone number to reach prosthetics for further assistance in tracking TENS unit
that was mailed.

/es/ Patricia Themer
RN
Signed: 11/29/2019 08:31

| Date/Time: | 25 Nov 2019 @ 1512 |
| --- | --- |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HENSZ,MELISSA M |
| Co-signed By: | HENSZ,MELISSA M |
| Date/Time Signed: | 25 Nov 2019 @ 1513 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: NOV 25, 2019@15:12   ENTRY DATE: NOV 25, 2019@15:12:38
    AUTHOR: HENSZ,MELISSA M     EXP COSIGNER:
 URGENCY:              STATUS: COMPLETED

HAS Clinic Administration Note
Telephone Note:
Spoke to veteran about cancelled appt on 11/26/19 @0900 due to severe
weather, he confirmed and rescheduled.

/es/ MELISSA M HENSZ

**CONFIDENTIAL**

Signed: 11/25/2019 15:13

| Date/Time: | 25 Nov 2019 @ 0924 |
|---:|:---|
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 25 Nov 2019 @ 0928 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 25, 2019@09:24     ENTRY DATE: NOV 25, 2019@09:24:45
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS connected with Veteran regarding follow up to interview/meeting with
Norma's
Tax Service.

Veteran shared that the meeting went very well. Veteran and employer agreed on
mentor/work schedule:  Mon, Tues & Weds 10a - 6p for 24hrs/week


First day will begin Tuesday 11/26th at 10a.

call duration 5mins

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/25/2019 09:28

| Date/Time: | 22 Nov 2019 @ 1400 |
|---:|:---|
| Note Title: | CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 25 Nov 2019 @ 0914 |

Note

 LOCAL TITLE: CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 22, 2019@14:00     ENTRY DATE: NOV 25, 2019@09:07:56

AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
URGENCY:                  STATUS: COMPLETED

VRS accompanied Veteran to interview/meeting with Norma's Tax Service.

Employer was able to connect and engage with Veteran about the business and moving forward. Initially, the plan to provide mentorship to begin teaching Veteran about the business and learn his role in assisting once tax season begins next year. Once employer is engaged with actually doing clients taxes then the role can become mentorship/paid internship so that as the Veteran assist with taxes and client pay for services.


Veteran and employer continued meeting after the VRS needed to leave for the day.

Veteran agreed to update VRS on Monday of the final meeting outcome.


/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/25/2019 09:14

Receipt Acknowledged By:
12/05/2019 12:40     /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 22 Nov 2019 @ 1340 |
| Note Title: | MH INDIVIDUAL PSYCHOTHERAPY(D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 22 Nov 2019 @ 1557 |

*Note*


 LOCAL TITLE: MH INDIVIDUAL PSYCHOTHERAPY(D)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 22, 2019@13:40   ENTRY DATE: NOV 22, 2019@13:40:05
   AUTHOR: VALDIVIEZO,SONIA   EXP COSIGNER:
   URGENCY:                  STATUS: COMPLETED

TREATMENT PROVIDED: Individual Psychotherapy
Duration of visit: 30 minutes
Diagnosis: Major Depression, Anxiety

VETERAN'S STATED RECOVERY GOALS: "succesfully get this mentorship, because
it's just what I want for my long term goals."

**CONFIDENTIAL**

PRESENTING CHALLENGE TODAY/SIGNIFICANT EVENT SINCE LAST VISIT: Veteran reprots that he has a scheduled interview through the CWT for a mentorship with an accounting professional.  He reports that housing has improved and he's doing much better.

IDENTIFYING INFORMATION:
OCCUPATION - HR
MARITAL STATUS - NEVER MARRIED
37 year old Marine Corps veteran with a history of depression,
who served from DEC 29,2000 to JUN 5,2002 and is currently SERVICE CONNECTED
%- 60.

INTERVENTIONS PROVIDED TODAY:  Validated and normalized Veteran's experiences, and provided support and encouragement for his job interview scheduled for later today.

- Psychotherapeutic support(rapport building, active listening, validation
  and normalization, identification and encouragement of coping skills).
- Psychoeducation(educating about diagnosis, symptoms, skills, appropriate
  treatment options).
- Treatment planning(identifying Veteran's recovery goals, identifying
  and making plans to implement appropriate treatments).
- Strength-based approaches to care(promoting Veteran's identification
  and implementation of skills, talents, and abilities).

ASSESSMENT:  Based on Veteran's history of Depression and/or mood disorder,

further assessment is warranted to clarify treatment goals.

MENTAL STATUS: Veteran presented as cooperative, engaged, and motivated for treatment.  He presented as well groomed, dressed casually, with rate, volume, and intonation of speech within normal limits along with appropriate level of eye contact.  Veteran presented with goal directed thinking, and age appropriate judgement, and full range of affect consistent with content.  He presented with intact memory, orientation to date, time, and place, and with moderate insight regarding how mood and thoughts affect functioning.

RISK ASSESSMENT: Veteran's presentation did not endorse SI/HI, or AH/VH; during session clinician did not observe any indicators of imminent danger to self or others.
- There was not a clinical indication of imminent risk to self or others observed or reported during this visit.

PLAN:
  1. RTC has been entered; Clinically Indicated Date: December 20, 2019
  2. Continue with recovery plan.
  3. OPTIONAL Comments:

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 11/22/2019 15:57

**CONFIDENTIAL**

| | |
|---|---|
| **Date/Time:** | 20 Nov 2019 @ 0912 |
| **Note Title:** | PRIMARY CARE PROVIDER (T) |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | SCHNELL,BENJAMIN |
| **Co-signed By:** | SCHNELL,BENJAMIN |
| **Date/Time Signed:** | 20 Nov 2019 @ 0930 |

**Note**

LOCAL TITLE: PRIMARY CARE PROVIDER (T)
STANDARD TITLE: PRIMARY CARE OUTPATIENT NOTE
DATE OF NOTE: NOV 20, 2019@09:12   ENTRY DATE: NOV 20, 2019@09:12:16
   AUTHOR: SCHNELL,BENJAMIN   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

ASSESSMENT and PLAN:

1. CLBP w numbeness BLE
- TENS unit order
- PT consulted

2. Migraine
- out of Sumatriptan, has 3-4 migraines q month

RTC 4mo and prn

CHIEF COMPLAINT:
Mr. JORDAN is a 37 year old MALE here for c/o CLBP , requests a TENS unit for
back and muscle relaxant

HPI/ROS:

The following problem list is considered to be the "Past Medical
History" for
the purposes of this note. It was reviewed at the time of this visit.
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)

10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):


                                    Issue Date
                        Status      Last Fill
      Active Outpatient Medications        Refills    Expiration
=================================================================
1)   BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE    Issu:04-26-19
     Qty: 60 for 30 days  Sig: APPLY SMALL  Refills: 0  Last:10-30-19
     AMOUNT AFFECTED AREA TWICE A DAY FOR          Expr:04-26-20
     ACNE
2)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE    Issu:04-26-19
     60 for 30 days  Sig: APPLY THIN FILM   Refills: 0  Last:10-30-19
     TO AFFECTED AREA DAILY              Expr:04-26-20
3)   TRETINOIN 0.01% TOP GEL  Qty: 15 for 30  ACTIVE    Issu:04-26-19
     days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 0  Last:10-30-19
     AREA DAILY FOR ACNE                Expr:04-26-20
No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
(x)The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, and what happens if medication is not taken
 as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.


Family/Social History: () Not applicable to today's visit.

EXAM:

   VS:  Temp: 97.6 F [36.4 C] (11/20/2019 08:57)
        BP:  125/78 (11/20/2019 08:57)
        Pulse:69 (11/20/2019 08:57)
        Resp: 18 (11/20/2019 08:57)

BMI: BODY MASS INDEX - 28.2 (NOV 20, 2019@08:57:52)
Pain: 8 (11/20/2019 08:57)
Weight: 195.8 lb [89.0 kg] (11/20/2019 08:57)
Pulse Ox: 96 (11/20/2019 08:57)

General Appearance: aaox3, appears well

Extremities: no deformity, silt
Gait: steady fwb

Data/Labs:

The following laboratory data was reviewed and is pertinent to the care provided:

HgbA1c:
A1C HGB (DVAMC) - NONE FOUND

Lipids:
CHOLESTEROL - NONE FOUND
HDL - NONE FOUND
LDL CHOL (RBL) - NONE FOUND
TRIGLYCERIDE - NONE FOUND

SMA-7:
SODIUM - NONE FOUND
POTASSIUM - NONE FOUND
CHLORIDE - NONE FOUND
CO2 - NONE FOUND
CREATININE SERUM - NONE FOUND
GLUCOSE - NONE FOUND

CBC:
WBC - NONE FOUND
HGB - NONE FOUND
HCT - NONE FOUND
MCV - NONE FOUND
PLT - NONE FOUND

LFTs:
SGOT - NONE FOUND
SGPT - NONE FOUND

Other:
TSH - NONE FOUND

PSA - NONE FOUND

25-OH VIT D2 - NONE FOUND
25-OH VIT D3 - NONE FOUND
TOTAL 25-OH VIT D - NONE FOUND
1,25-DIHYDROXYVIT D3 - NONE FOUND

No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; ZZ-VIT D, 1,25-DIHYDROXY (LC081091);
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

OCCULT BLOOD FIT X1 SCREEN - NONE FOUND

(Please see top of note for assessment and plan.)

(x) Patient/Caregiver indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan. Patient/Caregiver
doesn't
have any further questions today.

() Approximately   min of this 30 min appt was spent counseling/coordinating
care for the medical problems outlined above.
====================

#HCM: Clinical Reminders addressed to the extent that appointment time allowed.
Also, see PACT PRE-VISIT TELEPHONE CONTACT & RN CLINICAL REMINDERS
REVIEW/UPDATE.

/es/ BENJAMIN SCHNELL DO
Staff Primary Care Physician
Signed: 11/20/2019 09:30

| | |
|---|---|
| Date/Time: | 20 Nov 2019 @ 0901 |
| Note Title: | CLINICAL REMINDERS REVIEW/UPDATE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MAYNE,ROBERT G |
| Co-signed By: | MAYNE,ROBERT G |
| Date/Time Signed: | 20 Nov 2019 @ 0904 |

Note

LOCAL TITLE: CLINICAL REMINDERS REVIEW/UPDATE
STANDARD TITLE: PREVENTIVE MEDICINE RISK ASSESSMENT SCREENING NO
DATE OF NOTE: NOV 20, 2019@09:01    ENTRY DATE: NOV 20, 2019@09:01:41
   AUTHOR: MAYNE,ROBERT G    EXP COSIGNER:
 URGENCY:              STATUS: COMPLETED

 Pressure Ulcer Risk Screening:
  1. Patient is bed or wheelchair bound or requires assistance to change
  positions?
   No.
  2. Does the patient currently have or have a history of pressure
  ulcers?
   No.
  3. Is the patient experiencing bowel or bladder incontinence to
  include dribbling, or does the patient need to wear a continence

containment garment?
  No.
  4. Does the patient currently have a wound or a skin related problem?
  Yes.

Flu Injection 2019-2020 Season:
  Patient indicated influenza vaccine was received previously.
    Date: November 5, 2019
    Location: Kaiser Permanente

/es/ Robert G Mayne LPN
Staff Nurse
Signed: 11/20/2019 09:04

| Date/Time: | 18 Nov 2019 @ 1309 |
| --- | --- |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 18 Nov 2019 @ 1537 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: NOV 18, 2019@13:09    ENTRY DATE: NOV 18, 2019@13:09:45
    AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 15 minutes
Treatment Provided: Veterans Treatment Court
Plan: Continue Veterans Treatment Court
Phase: I of IV

D: Veteran's case was reviewed in the Denver Drug Court Veterans Docket. An

interagency ROI is on file. The veteran's case was staffed prior to court.

The veteran was present for Veterans Treatment Court. UAs since the last VTC
are as follows:

11/1- thc, alcohol
11/2- thc
11/3- thc
11/6- missed
11/9- pending
11/14- pending

For missed UAs, the veteran is sanctioned with writing a brief autobiography.
missed UAs autobiography. UAs not good, substance use tx. "that's
fair".
There is some discussion as to the importance of him engaging in SU Tx,
particularly given the non-clean results of his completed UAs- the veteran
however feels it is not needed and his levels will drop shortly. The court is
willing to give the veteran the benefit of the doubt, but cautions that, as a
treatment court, he will be directed to engage in Tx promptly if he does not
demonstrate sobriety immediately and continuously.

The veteran did not report any additional needs this afternoon.

A: Veteran did not endorse SI/HI or thoughts of self-harm. Behavior was
appropriate and professional before the court.

P: Continue attending VTC as required; next appearance on 12/2/19. VJO staff
are available to supply assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 11/18/2019 15:37

| | |
|---|---|
| Date/Time: | 15 Nov 2019 @ 1347 |
| Note Title: | MENTAL HEALTH DIAGNOSTIC STUDY NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HIGGINS,ERIN L |
| Co-signed By: | HIGGINS,ERIN L |
| Date/Time Signed: | 15 Nov 2019 @ 1347 |

Note

 LOCAL TITLE: MENTAL HEALTH DIAGNOSTIC STUDY NOTE
STANDARD TITLE: MENTAL HEALTH DIAGNOSTIC STUDY NOTE
DATE OF NOTE: NOV 15, 2019@13:47:43  ENTRY DATE: NOV 15, 2019@13:47:43
    AUTHOR: HIGGINS,ERIN L    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

  .
    .
    Brief Addiction Monitor - Revised

    Date Given: 11/15/2019
    Clinician: Higgins,Erin L
    Location: Rmr Sud Sw 03

    Veteran: Jordan, Chadwick Heath
    SSN: xxx-xx-9084
    DOB: Jun 5,1982 (37)
    Gender: Male

Clinical Subscales

Use: 11
Items 4, 5, 6. A high score indicates more use, range is 0 to 90. If a
patient scores a 1 or greater, it calls for further assessment and clinical
attention, e.g., consider addition/change of pharmacotherapy or psychosocial
intervention.

Risk Factors: 116
Items 1, 2, 3, 8, 11, 15. A high score indicates increased risk, range is 0
to 180. For subscale scores, items with ordinal response options (0-4) were
converted to contribute proportionately consistent with items on days of use
(0-30). Clinicians are encouraged to consider scores on individual Risk items
in offering interventions as indicated during initial treatment planning and
following re-assessment.

Protective Factors: 94
Items 9, 10, 12, 13, 14, 16. A high score indicates greater protective
factors, range is 0 to 180. For subscale scores, items with ordinal response
options (0-4) were converted to contribute proportionately consistent with
items on days of use (0-30). Clinicians are encouraged to consider scores on
individual Protective items in offering interventions as indicated during
initial treatment planning and following re-assessment.


Questions and Answers

A. Date of administration:
  11/15/2019

B. Method of administration:
  Self Report

1. In the past 30 days, how would you say your physical health has been?
  Poor

2. In the past 30 days, how many nights did you have trouble falling asleep
or staying asleep?
  26

3. In the past 30 days, how many days have you felt depressed, anxious,
angry or very upset throughout most of the day?
  28

4. In the past 30 days, how many days did you drink ANY alcohol?
  5

5. In the past 30 days, how many days did you have at least 5 drinks (if you
are a man) or at least 4 drinks (if you are a woman)?
  [One drink is considered one shot of hard liquor (1.5 oz.) or 12-ounce

can/bottle of beer or 5-ounce glass of wine.]
   3

   6. In the past 30 days, how many days did you use any illegal or street
drugs or abuse any prescription medications?
   3

   7A. Marijuana (cannabis, pot, weed)?
   3

   7B. Sedatives and/or Tranquilizers (benzos, Valium, Xanax, Ativan, Ambien,
barbs, Phenobarbital, downers, etc.)?
   0

   7C. Cocaine and/or Crack?
   0

   7D. Other Stimulants (amphetamine, methamphetamine, Dexedrine, Ritalin,
Adderall, speed, crystal meth, ice, etc.)?
   0

   7E. Opiates (Heroin, Morphine, Dilaudid, Demerol, Oxycontin, oxy, codeine
(Tylenol 2,3,4), Percocet, Vicodin, Fentanyl, etc.)?
   0

   7F. Inhalants (glues, adhesives, nail polish remover, paint thinner, etc.)?
   0

   7G. Other drugs (steroids, non-prescription sleep and diet pills, Benadryl,
Ephedra, other over-the-counter or unknown medications)?
   0

   8. In the past 30 days, how much were you bothered by cravings or urges to
drink alcohol or use drugs?
   Slightly

   9. How confident are you that you will NOT use alcohol and drugs in the next
30 days?
   Considerably

   10. In the past 30 days, how many days did you attend self-help meetings like
AA or NA to support your recovery?
   0

   11. In the past 30 days, how many days were you in any situations or with any
people that might put you at an increased risk for using alcohol or drugs
(i.e., around risky "people, places or things")?
   2

   12. Does your religion or spirituality help support your recovery?
   Considerably

**CONFIDENTIAL**

13. In the past 30 days, how many days did you spend much of the time at work, school, or doing volunteer work?
    0

14. Do you have enough income (from legal sources) to pay for necessities such as housing, transportation, food and clothing for yourself and your dependents?
    Yes

15. In the past 30 days, how much have you been bothered by arguments or problems getting along with any family members or friends?
    Considerably

16. In the past 30 days, how many days did you contact or spend time with any family members or friends who are supportive of your recovery?
    20

17. How satisfied are you with your progress toward achieving your recovery goals?
    Slightly


   Information contained in this note is based on a self-report assessment and is not sufficient to use alone for diagnostic purposes.  Assessment results should be verified for accuracy and used in conjunction with other diagnostic activities and procedures.


/es/ ERIN L HIGGINS, LCSW, LAC
PROGRAM MANAGER, SATP
Signed: 11/15/2019 13:47

| | |
|---|---|
| Date/Time: | 15 Nov 2019 @ 1241 |
| Note Title: | MH SAME DAY ACCESS |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HIGGINS,ERIN L |
| Co-signed By: | HIGGINS,ERIN L |
| Date/Time Signed: | 15 Nov 2019 @ 1255 |

Note

 LOCAL TITLE: MH SAME DAY ACCESS
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE
DATE OF NOTE: NOV 15, 2019@12:41    ENTRY DATE: NOV 15, 2019@12:41:35
   AUTHOR: HIGGINS,ERIN L    EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED


MH SAME DAY ACCESS
 Type of interaction: Face to Face

Veteran's stated need for mental health treatment is Non-urgent

How can I help you today? (Veteran's stated need for mental health treatment today):
"Alcohol, Marijuana, and prevention. Sign up for classes."

Veteran is established in care and/or today's identified need is not urgent; based on clinical assessment, no SUICIDE RISK SCREEN is required at this time.

Summary of Contact, including response to Veteran's concerns and questions:

Veteran reports he is here today because his probation officer wanted him to sign up for classes before their meeting today. Writer inquired about Veteran's
use. He reports he does not believe he has a problem with substances. He reports

he hasn't drank in about 3 months, and when he does he typically has 1-2 drinks.
He reports he was on a date recently and had 4-5 drinks. He does not see use as problematic, nor report any significant consequences for use. His current charge

for which he is on probation is "posession with intent to distribute."
Veteran
did say that he has provided cocaine to friends in the past but he does not use it himself, and does not like it. Given this information, Veteran does not report current problematic use of a substance and his charges were related to possession and distribution rather than use himself. We agreed that Veteran would not follow up with care in the SUD Clinic but would continue with care in the Mental Health Clinic as previously arranged. A letter was provided to the Veteran to use at his discretion to show his probation officer he inquired about

treatment on this date.

Assessment/Clinical Formulation: Veteran was friendly and open to discussion

during our session. He made many mentions of his work, responsibilities, andexpensive car, alluding to his status/social standing. He reports he is active in politics. No SI/HI presence. No recent substance use reported.

Plan (Please include recommendations for further evaluation and treatment, and action taken):
   No need for further evaluation or treatment.

Provided Veteran with emergency contact information for local mental health services and the VA crisis hotline telephone number.
   ** 1-800-273-8255, Press 1 at the prompt

Duration of visit: 20min

Visit Diagnosis: r/o alcohol use disorder; r/o cannabis use disorder

The following letter was provided to Veteran:

November 15, 2019

To Whom It May Concern:

Chadwick Jordan (DOB: 6/5/19) presented to the RMR Substance Use Disorders Clinic today, November 15, 2019. I was unable to determine the presence of an active substance use disorder during today's visit, therefore do not recommend follow up care in this clinic at this time. Mr. Jordan is established in the Mental Health Clinic with appointments scheduled on 11/22/19 and 11/25/19. Should they determine further SUD care is needed they are able to refer back to us.

Sincerely,

Erin L. Higgins, LCSW
Mental Health Services
Eastern Colorado Health Care System

/es/ ERIN L HIGGINS, LCSW, LAC
PROGRAM MANAGER, SATP
Signed: 11/15/2019 12:55

| | |
|---|---|
| Date/Time: | 15 Nov 2019 @ 0928 |
| Note Title: | MH HOMELESS INDIVIDUAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 15 Nov 2019 @ 0936 |

Note

 LOCAL TITLE: MH HOMELESS INDIVIDUAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 15, 2019@09:28   ENTRY DATE: NOV 15, 2019@09:28:36

AUTHOR: TUKA,JAMES C      EXP COSIGNER:
URGENCY:                  STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 1 hour (includes picking up items and delivery to veteran)

Procedure: Writer picked up sheets and other bedding items from Denver Mattress
for veteran then delivered to veteran at his apartment building. Writer met
veteran in carpark area of his building and delivered items to veteran to go
with his newly delivered bedset from Denver Mattress.  Veteran expressed
gratitude for this.  Writer and veteran talked for some minutes after writer
delivered the items.  Veteran had a book with him and shared that he just walked

back to his building from the library which is only a few blocks away and very
convenient for veteran.   Veteran shared some about his interests, plans,
family, and struggles with alcohol.  Veteran was reflective and thoughtful
sharing much with writer. Veteran was friendly, polite, alert, and with euthymic

mood and matching affect. Veteran's thoughts were linear and normal. No
clinical indication of HI/SI present.  Veteran was casually dressed and well-
groomed.

Plan:   Writer to continue to provide veteran with ongoing supportive case mgmt.


/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 11/15/2019 09:36

| | |
|---|---|
| Date/Time: | 14 Nov 2019 @ 1015 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 14 Nov 2019 @ 1020 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 14, 2019@10:15    ENTRY DATE: NOV 14, 2019@10:15:40
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS spoke with Veteran regarding follow up employer site visit for opportunity
at Norma's Tax Service.

VRS explained to Veteran that the opportunity will be for mentoring/internship at the employer's home tax office. The employer is seeking individual to mentor/internship to one day take over the business. The employer plans to retire within the next 2years.

Veteran is very pleased for the opportunity and agreed to meet/interview with employer on 11/22.

VRS agreed to accompany Veteran to meeting.

call duration: 6mins

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/14/2019 10:20

Receipt Acknowledged By:
11/19/2019 11:32      /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| Date/Time: | 13 Nov 2019 @ 1345 |
|---|---|
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 14 Nov 2019 @ 0940 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 13, 2019@13:45    ENTRY DATE: NOV 14, 2019@09:37:12
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

VRS spoke to Veteran regarding a potential opportunity for mentor/internship at a private owner tax services business in Denver.

Veteran stated he was interested and permitted VRS to share resume with employer.

VRS will do face-to-face meeting with employer and follow up with Veterana 11/14

call duration: 5mins

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/14/2019 09:40

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 13 Nov 2019 @ 1000 |
| Note Title: | CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 13 Nov 2019 @ 1109 |

Note

LOCAL TITLE: CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 13, 2019@10:00   ENTRY DATE: NOV 13, 2019@10:54:05
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Veteran attended Career exploration meeting with VRS for 45mins.

Initially Veteran expressed his desire to not seek employment at this time.
Veteran stated that he only wants to purse funding and/or mentorship to help him

with professional growth and to develop his own tax business.

Veteran confirmed that he is already connected with SBA and will reconnect with
the association.

Veteran also shared that he plans to meet with Denver Chamber of Commerce.
Veteran plans to begin going to library to study for CPA exam. Veteran stated he

is permitted to take exam but cannot become CPA until he completes his degree.
Veteran stated the exam will cost $1,200.00

During the meeting VRS received an email from the HR manager at Quick Box
Fulfillment in Aurora. The email requested for Veteran to email her directly to
schedule an interview.

At this point the VRS asked the Veteran if he would like to purse or decline the

Quick box opportunity. The Veteran decided to purse the opportunity and will
update VRS once he has the interview date set.

VRS suggested to Veteran he wants to consider exploring working/internship for
private tax office to assist and have the owner to provide mentoring while
getting paid for his services. Veteran agreed that he would like for VRS to
explore.

VRS also provided Veteran with NextGen information to explore seeking out a
mentor.

**CONFIDENTIAL**

VRS also provided Veteran with information for Goodwill's: Winning the Workplace
Challenge Class.

Veteran stated he would like to speak with Kim Neary/VRE about scheduling a
meeting with VRS so that he understands what is expected for him to move forward

with VRE funding/support towards his degree.

VRS agreed to reach out to Aurora Chambers Commerce on Veterans behalf

VRS and Veteran agreed to meet Friday, Nov 22

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/13/2019 11:09

Receipt Acknowledged By:
11/13/2019 13:53      /es/ Aileen C Burrell, LCSW
                  Clinical Social Worker

| | |
|---|---|
| Date/Time: | 12 Nov 2019 @ 1718 |
| Note Title: | MH HOMELESS INDIVIDUAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 12 Nov 2019 @ 1726 |

**Note**

 LOCAL TITLE: MH HOMELESS INDIVIDUAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 12, 2019@17:18    ENTRY DATE: NOV 12, 2019@17:18:20
    AUTHOR: TUKA,JAMES C    EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

Diagnosis: lack of housing

Duration: 45 minutes (includes driving time)

Procedure: Writer and Social Work Associate Jose Ortiz met at veteran's
apartment for a scheduled transfer visit. Veteran first met writer and Mr. Ortiz

downstairs and opened locked door then all took elevator up to veteran's
apartment.  Veteran's apartment was not yet furnished. Veteran reportedly
has a
bed ordered and will need to pick up the sheets. Writer and veteran scheduled

for writer to transport veteran to Denver Mattress on Nov 15 to pick up the
sheets. Writer and veteran discussed future case management relationship and
veteran reports he is somewhat familiar with the HUDVASH Program having been in
the program in the past.  Veteran shared some information about his currently
being on probation, wanting to re-enroll in college in order to work to become
CPA, and about having family in town.  Veteran also mentioned that he has a
vehicle but the vehicle currently needs an expensive tire replacement so veteran

might keep the vehicle in storage.  Writer and veteran exchanged phone numbers.
Veteran had no questions at end of visit and writer and Mr. Ortiz departed.
Writer notes veteran was well-groomed and casually dressed.  Veteran's mood
was
euthymic with matching affect. Veteran's thoughts were normal and linear.
No
clinical indication of HI/SI present.

Plan: Writer to pick up veteran on Nov 15 and tranport veteran to Denver
Mattress to pick up some sheets for new bed set veteran will be receiving from
Denver Mattress.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 11/12/2019 17:26

Receipt Acknowledged By:
11/14/2019 12:12      /es/ JOSE L ORTIZ
                Social Work Associate

| | |
|---|---|
| Date/Time: | 12 Nov 2019 @ 1659 |
| Note Title: | MH TREATMENT COORDINATOR ASSIGNMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | TUKA,JAMES C |
| Co-signed By: | TUKA,JAMES C |
| Date/Time Signed: | 12 Nov 2019 @ 1700 |

Note

 LOCAL TITLE: MH TREATMENT COORDINATOR ASSIGNMENT
STANDARD TITLE: MENTAL HEALTH COMMUNICATION NOTE
DATE OF NOTE: NOV 12, 2019@16:59    ENTRY DATE: NOV 12, 2019@16:59:30
    AUTHOR: TUKA,JAMES C      EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

This note documents the Reassignment of the Veterans' Mental Health
Treatment Coordinator (MHTC) on Nov 12,2019.
The Veteran's new Mental Health Treatment Coordinator is:
 MHTC NAME: Jim Tuka

 MHTC Contact Information:

720-692-7954

This Veteran's existing MHTC was reassigned due to: Jim Tuka is veteran's
primary HUD-VASH case manager

The assignment of the MHTC and education on the note of the MHTC in the Veteran's mental health care was discussed with the Veteran who verbally concurred with the change in assignment.  The MHTC's contact information was provided to the Veteran in writing.

If the undersigned of this note is not the veteran's new MHTC, please list the dates that the Veteran and/or the Veteran's Family has had and/or is scheduled to have contact with the newly assigned MHTC: Date(s) of contact:

The Veteran's CPRS chart (i.e. PCMM) and MH Treatment Plan have been updated to reflect the new MHTC Assignment.  The Veteran's new MHTC along with the previous MHTC if applicable, are included as additional signers on this note.

/es/ JAMES C TUKA
MSW  (HUD-VASH Case Manager)
Signed: 11/12/2019 17:00

Receipt Acknowledged By:
11/13/2019 07:23     /es/ Joy Weyna-King
                MH PCMM COORDINATOR

| Date/Time: | 12 Nov 2019 @ 1404 |
| --- | --- |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 12 Nov 2019 @ 1406 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 12, 2019@14:04    ENTRY DATE: NOV 12, 2019@14:04:41
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Veteran called VRS to schedule meeting to continue CWT services.

VRS and Veteran agreed to meet Weds, 11/13

call duration 2mins

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/12/2019 14:06

| | |
|---|---|
| Date/Time: | 12 Nov 2019 @ 1320 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 12 Nov 2019 @ 1321 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 12, 2019@13:20   ENTRY DATE: NOV 12, 2019@13:20:43
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

VRS attempted to reach Veteran by phone. VRS left voice mail message for Veteran

to return call if he still wishes to purse CWT services.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/12/2019 13:21

| | |
|---|---|
| Date/Time: | 12 Nov 2019 @ 1200 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BURRELL,AILEEN C |
| Co-signed By: | BURRELL,AILEEN C |
| Date/Time Signed: | 12 Nov 2019 @ 1306 |

Note

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 12, 2019@12:00   ENTRY DATE: NOV 12, 2019@12:57:11
   AUTHOR: BURRELL,AILEEN C   EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

This writer received a phone call from veteran.  This writer and veteran have
been playing phone tag for weeks.

We talked for 25 minutes.  He discussed his long terms plans, which he is getting assistance from VR & E with.  Briefly, he asked about "jobs at the VA for people that can't find other work".  With more inquiry and education by this writer, veteran likely referring to training program Transitional Work, which veteran agrees he is not a good fit for due to his skill level and experience.  Veteran interested in pursuing self-employment as he has  a small tax business now.  Suggested he return VRS phone calls and redefine employment goals.  VRS can help with connected to resources for self-employment.  Veteran mentions many

barriers he possesses.  Suggested he connect with VRS and have her visit with him and therapist for best wrap around approach.  Veteran stated he sees Ms. Valdiviezo.  This writer agree to pass on information to VRS.

This writer reviewed chart more thoroughly after call.  Veteran has not seen therapist since September.  Spoke with VRS.  Veteran has some pending felony charges that will likely prevent certifications related to accounting at this time.  Veteran had not been open to discussing other alternatives in the past.  VRS agreed to reach out to veteran and then MH care team as well as Ms. Kim Narey, VRC at VR & E to discussed best way to support this veteran.


/es/ Aileen C Burrell, LCSW
Clinical Social Worker
Signed: 11/12/2019 13:06

Receipt Acknowledged By:
11/12/2019 13:25      /es/ LISA M BAILEY-WILSON
                VRS
11/12/2019 13:08      /es/ CHANEL M HEERMANN, MD
                Staff Psychiatric Physician
11/14/2019 12:14      /es/ JOSE L ORTIZ
                Social Work Associate
11/19/2019 11:32      /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 12 Nov 2019 @ 1132 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 12 Nov 2019 @ 1133 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE

DATE OF NOTE: NOV 12, 2019@11:32    ENTRY DATE: NOV 12, 2019@11:32:33
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                    STATUS: COMPLETED

   *** CWT EMPLOYMENT INFORMATIONAL NOTE Has ADDENDA ***

November 12, 2019


Chadwick Jordan
1135 Broadway #312
Denver, CO 80203


The letter below was mailed to Veteran today:


Dear Veteran,


I have tried to unsuccessfully to reach you by telephone. I hope you are doing
well. I am writing to inform you that it has been a while since we last met.

Please feel free to contact me at 720-503-4717 to update me if you've made a

decision on whether you not you plan to resume CWT services. I am available
Monday through Friday 7:30a ? 4p.

Should we not hear from you by November 19, 2019 we'll assume you have
chosen
not to resume services and we will close your case and notify your provider.

We are happy to inform you that you are welcome to reapply if and when you
change your mind. We at the VA care about you and are glad to have the
opportunity to serve you.


Thank you for your time,




Lisa Bailey-Wilson, VRS
Department of Veteran Affairs
The Compensated Work Therapy Staff

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/12/2019 11:33

Receipt Acknowledged By:

11/19/2019 11:22      /es/ Sonia Valdiviezo, LCSW
                LICENSED CLINICAL SOCIAL WORKER, MH

11/12/2019 ADDENDUM              STATUS: COMPLETED
Based on CWT Manager -Aileen Burrell phone conversation with Veteran, VRS
retrieved the  letter listed below from mail room and will attempt to contact
Veteran by phone.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/12/2019 13:23

| | |
|---|---|
| Date/Time: | 09 Nov 2019 @ 0459 |
| Note Title: | V10/11 TELE-NURSE PROGRAM |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CAROZZA,KENNA RENEE |
| Co-signed By: | CAROZZA,KENNA RENEE |
| Date/Time Signed: | 09 Nov 2019 @ 0507 |

Note

 LOCAL TITLE: V10/11 TELE-NURSE PROGRAM
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: NOV 09, 2019@04:59:48  ENTRY DATE: NOV 09, 2019@05:07:09
   AUTHOR: CAROZZA,KENNA RENEE  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Type of call: DTN SYMPTOM.

PCMM Provider Info:
LOCAL - ROCKY MOUNTAIN REGIONAL VAMC (554)
 PACT: No Local PACT Assigned.
 MH: RMR MENTAL HEALTH HUD-VASH
 (mhtc) Social Worker || Curtis,Jessica M || PHONE:5637

LOCAL - DENVER VA MEDICAL CENTER (554A5) || DENVER VA CLINIC (9TH AVE) (554GJ)
 PACT: DENVER PACT MD 05 *WH* (Focus: Primary Care Only)
 Designated Wh Pcp:      Schnell,Benjamin || PHONE:3458
 Care Manager:          Wahl,Barbara || PHONE:2266
 Clinical Associate:      Mayne,Robert G || PHONE:3196
 Administrative Associate:  Noles,Lamone S
 PACT Clinical Pharmacist:  Navy,Hilary || PHONE:719-227-4078
 Surrogate Care Manager:  Irving,Brooke M || PHONE:3156
 Clinical POC:          Care Manager || Wahl,Barbara || PHONE:2266
 Administrative POC:      Administrative Associate || Noles,Lamone S

The following identifiers were used to verify this patient:  DOB. SSN.

The patient, JORDAN,CHADWICK HEATH (243399084) Phone: 720-276-5377 called the

**CONFIDENTIAL**

call center.

Contact Phone Number: 720-276-5377

Caller Area: 19-**RMR VAMC

Caller Response: ER-VA

Comments:
The patient called in to report that he has been having left eye pain since
yesterday. He says that he felt the pain come on and he used a "wipe"
to wipe
the eye. He says that he went home and took a shower and he has not gotten any
better since and he says that his vision has become blurry.
The patient was triaged and notified that the TEDP recommends that he be seen
in the ER now. The patient is agreeable to this and says he will go to the RMR
VA ER. Please follow up with this patient and thank you.

Chief Complaint: Eye Pain

   Triage Note
Phone Triage
Sat Nov 09 2019 07:00:34 GMT-0500 (Eastern Standard Time)

Demographics
   37 y/o Male

Results
   CC: Eye Pain
   Nurse Recommendation: Now
   TEDP Suggestion: Now
   Nurse Recommended Follow-up Location: Emergency department, VA
   TEDP Suggested Follow-up Location: Emergency department, VA

Values and Measures
   Pain scale: 7
   Duration of CC: 1 Days

Positive Responses
   HPI: blurry vision
   HPI: eye pain, moderate to severe, duration longer than 1 hour

Negative Responses
   Denies: HPI: eye injury
   Denies: HPI: eye pain, severe
   Denies: HPI: periorbital erythema

Veteran Education
   Verbal Education Provided:
      Based on your responses, you need to see a doctor now or your condition
could worsen.

MEDICAL CONFIDENTIAL

**CONFIDENTIAL**

Class Code: Other specified counseling.

Veteran Verbalizes Understanding

Patient/Caller agrees with plan.

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 11/09/2019 @ 4:59:48 AM
Ending at: 11/09/2019 @ 5:06:40 AM
Length: 6 minutes.

Author: CAROZZA,KENNA R

Patient's Email Address:


/es/ KENNA R CAROZZA
RN
Signed: 11/09/2019 05:07

Receipt Acknowledged By:
11/12/2019 15:46     /es/ BENJAMIN SCHNELL DO
                Staff Primary Care Physician
11/19/2019 17:13     /es/ Barbara Wahl, RN
                Ambulatory Care

| | |
|---|---|
| Date/Time: | 06 Nov 2019 @ 1438 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 06 Nov 2019 @ 1449 |

**Note**

LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 06, 2019@14:38    ENTRY DATE: NOV 06, 2019@14:39:03
    AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
    URGENCY:                STATUS: COMPLETED

This writer stopped by RMHS in response to an email from veteran's SSVF CM. The
check to be provided to Denver Mattress is ready.  This writer picked it up and
will take it over to Denver Mattress.

Please add Jessica Curtis and Jim Tuka as additional signers.

/es/ JOSE L ORTIZ

Social Work Associate
Signed: 11/06/2019 14:49

/es/ JENNIFER A DALY
Social Worker
Cosigned: 11/08/2019 12:14

Receipt Acknowledged By:
11/13/2019 08:53      /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH
11/12/2019 16:45      /es/ JAMES C TUKA
                MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| Date/Time: | 06 Nov 2019 @ 1431 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 06 Nov 2019 @ 1437 |

Note

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: NOV 06, 2019@14:31    ENTRY DATE: NOV 06, 2019@14:31:20
    AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
    URGENCY:                  STATUS: COMPLETED

Veteran was met at 1135 Broadway where he recently leased.  Veteran was
transported to Denver Mattress Company where veteran selected a bed.  This
writer was provided with an invoice to be forwarded to RMHS.

Veteran had a transfer meeting today at noon, but transferring CM was not able
to make it.  Transfer meeting was rescheduled to 11-12-19 at 9A.  Veteran was
agreeable to rescheduling.

Veteran stated does not have any needs at present.

Please add Jessica Curtis and Jim Tuka as additonal signers.


/es/ JOSE L ORTIZ
Social Work Associate
Signed: 11/06/2019 14:37

/es/ JENNIFER A DALY
Social Worker
Cosigned: 11/08/2019 12:14

Receipt Acknowledged By:
11/13/2019 10:56   /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH
11/12/2019 16:44   /es/ JAMES C TUKA
                MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| **Date/Time:** | 05 Nov 2019 @ 0830 |
| **Note Title:** | CWT EMPLOYMENT INFORMATIONAL NOTE |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | BAILEY-WILSON,LISA M |
| **Co-signed By:** | BAILEY-WILSON,LISA M |
| **Date/Time Signed:** | 07 Nov 2019 @ 1014 |

**Note**

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 05, 2019@08:30   ENTRY DATE: NOV 07, 2019@10:14:17
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:               STATUS: COMPLETED

VRS left message asking if Veteran had followed up with setting up interview
with Quick Box.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 11/07/2019 10:14

| | |
|---|---|
| **Date/Time:** | 04 Nov 2019 @ 1056 |
| **Note Title:** | CWT EMPLOYMENT INFORMATIONAL NOTE |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | BURRELL,AILEEN C |
| **Co-signed By:** | BURRELL,AILEEN C |
| **Date/Time Signed:** | 04 Nov 2019 @ 1057 |

**Note**

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: NOV 04, 2019@10:56   ENTRY DATE: NOV 04, 2019@10:56:31
    AUTHOR: BURRELL,AILEEN C   EXP COSIGNER:
  URGENCY:               STATUS: COMPLETED

Veteran left message for this writer.  Attempted to call back but message states

"this person is not available" with no ability to leave a message.

/es/ Aileen C Burrell, LCSW
Clinical Social Worker
Signed: 11/04/2019 10:57


Receipt Acknowledged By:
11/04/2019 11:14    /es/ LISA M BAILEY-WILSON
                VRS

| | |
|---|---|
| Date/Time: | 25 Oct 2019 @ 1501 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 25 Oct 2019 @ 1504 |

Note


 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: OCT 25, 2019@15:01    ENTRY DATE: OCT 25, 2019@15:01:38
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Veteran called to report that he reached to Quick Box HR manager and was told
that she has not had a chance to review resume, and will connect with Veteran
next week.

Veteran also called Crowne Plaza HR manager and learned that she was not in the
office today, but someone will call him back next week.

VRS and Veteran confirmed next meeting scheduled for Nov 1st.


(call duration 3mins)

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/25/2019 15:04

| | |
|---|---|
| Date/Time: | 25 Oct 2019 @ 1138 |
| Note Title: | SECURE MESSAGING |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |

| | |
|---|---|
| Date/Time Signed: | 25 Oct 2019 @ 1038 |

**Note**

 LOCAL TITLE: SECURE MESSAGING
STANDARD TITLE: MHV DIALOG NOTE
DATE OF NOTE: OCT 25, 2019@11:38:35  ENTRY DATE: OCT 25, 2019@10:38:35
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

------Original Message-----------------------
Sent:  10/25/2019 12:37 PM
From:  BAILEY-WILSON, LISA
To:  JORDAN, CHADWICK
Subject:  CHADWICK JORDAN

Hi Chad,

You are welcome. And feel free to reach out to Quick Box/Savanah to follow up.

I think you will be hearing from Crowne Plaza very soon if not today.

Lisa

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/25/2019 10:38

| | |
|---|---|
| Date/Time: | 24 Oct 2019 @ 1631 |
| Note Title: | SECURE MESSAGING |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 24 Oct 2019 @ 1531 |

**Note**

 LOCAL TITLE: SECURE MESSAGING
STANDARD TITLE: MHV DIALOG NOTE
DATE OF NOTE: OCT 24, 2019@16:31:27  ENTRY DATE: OCT 24, 2019@15:31:27
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

------Original Message-----------------------
Sent:  10/24/2019 04:58 PM

From:  BAILEY-WILSON, LISA
To:  JORDAN, CHADWICK
Subject:  General Inquiry

Hi Chadwick,

Per our conversation your resume was submitted to the employers below:

Savanah Hopkins
Human Resources
QuickBoxFulfillment  -- For the Return Clerk Position
11551 E. 45th Ave, Unit C
Denver, CO 80239
303-757-6500
Savanah.hopkins@quickbox.com


Crowne Plaza Hotel/DIA - Front Desk Clerk
15500 E. 40th Ave, Denver CO 80239
* Expect a call from HR Manager: Bridgette

Good luck and please keep me posted.

Lisa


/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/24/2019 15:31

| | |
|---|---|
| Date/Time: | 24 Oct 2019 @ 1445 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 24 Oct 2019 @ 1447 |

Note

LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 24, 2019@14:45    ENTRY DATE: OCT 24, 2019@14:46:03
    AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
    URGENCY:              STATUS: COMPLETED

Phone call to veteran.  Veteran is agreeable to a transfer meeting 11-04-19 at
noon.  Also,  veteran was given contact information for Denver Inner City
Parrish and Metro Caring.  Veteran has a car and would like to get another food
basket.

Please add Jessica Curtis and Jim Tuka as additional signers.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/24/2019 14:47

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/24/2019 16:41

Receipt Acknowledged By:
10/28/2019 11:33    /es/ JESSICA M CURTIS
                 SOCIAL WORKER MENTAL HEALTH
10/28/2019 14:25    /es/ JAMES C TUKA
                 MSW  (HUD-VASH Case Manager)

| Date/Time: | 24 Oct 2019 @ 1403 |
|---|---|
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 24 Oct 2019 @ 1405 |

Note

LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 24, 2019@14:03    ENTRY DATE: OCT 24, 2019@14:03:15
    AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
    URGENCY:              STATUS: COMPLETED

Email received from RMHS (J Rolfes) that request for veteran's deposit has
been
submitted.

Please add Jessica Curtis and Jim Tuka as additional signers.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/24/2019 14:05

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/24/2019 16:42

Receipt Acknowledged By:
10/28/2019 11:20     /es/ JESSICA M CURTIS
              SOCIAL WORKER MENTAL HEALTH
10/28/2019 14:24     /es/ JAMES C TUKA
              MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| Date/Time: | 23 Oct 2019 @ 1555 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 23 Oct 2019 @ 1608 |

Note

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: OCT 23, 2019@15:55    ENTRY DATE: OCT 23, 2019@15:56:01
   AUTHOR: ORTIZ,JOSE L       EXP COSIGNER: DALY,JENNIFER
   URGENCY:                 STATUS: COMPLETED

This writer received a phone call about 10A today from Broadway Residences
stating veteran's inspection is for today at 11A and veteran can sign lease
in
the afternoon.  This writer called veteran.  Veteran stated does not have any
money to pay 1st month's rent.  This writer called the American Legion who
stated they could donate the money on the veteran's behalf.

This writer and veteran agreed to meet at Broadway Residences at 11:30A.  Would
also receive a letter from Broadway Residences reporting amount of rent.  This
writer met veteran there, retrieved letter reporting rent as $101.  Veteran was
transported to American Legion where funds were provided.

After, veteran was taken to the CRRC where veteran received a few helpful items.

Then veteran was transported to the VOA Mission and received a food basket.

This writer has a follow up appointment with veteran 11-01-19 at 1P.

A request was made to RMHS for a bed for veteran.  Veteran's lease was

forwarded
to RMHS.

Please add Jessica Curtis and Jim Tuka as additional signers.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/23/2019 16:08

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/24/2019 16:42

Receipt Acknowledged By:
10/28/2019 11:28    /es/ JESSICA M CURTIS
              SOCIAL WORKER MENTAL HEALTH
10/28/2019 14:24    /es/ JAMES C TUKA
              MSW  (HUD-VASH Case Manager)

| | |
|---|---|
| Date/Time: | 22 Oct 2019 @ 1433 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BURRELL,AILEEN C |
| Co-signed By: | BURRELL,AILEEN C |
| Date/Time Signed: | 22 Oct 2019 @ 1440 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: OCT 22, 2019@14:33    ENTRY DATE: OCT 22, 2019@14:33:05
   AUTHOR: BURRELL,AILEEN C    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Veteran left VM for this writer stating he was dissatisfied with CWT services
and is "already in Voc Rehab".  Stated, "I did not sign up for CWT
so someone
else could get credit for everything I am doing already.  Please call me back.
I am thinking of withdrawing.  I was supposed to be talking to you anyway."

This writer attempted to call veteran and had to leave VM.  Per review of notes
and consult, veteran in need of job and other services.  Appears to need
support, however, will need to talk with veteran to discuss what his
interpretation of CWT is.  Orientation completed on 9/25 which describes
supportive services, which might be different than what veteran is seeking.  Per

chart review, VRS has been active with veteran and sending job leads appropriate

to his goals via secure messaging.  Also appropriately engaged with

understanding veteran's recent legal issues which are complicating
employment
goals.

Plan:  Will await call back from veteran. This writer, or involved outpatient
providers, will discuss the role of supported employment and if veteran only
interested in job leads, veteran can be discharged and given information for
local workforce centers.

/es/ Aileen C Burrell, LCSW
Clinical Social Worker
Signed: 10/22/2019 14:40

Receipt Acknowledged By:
10/23/2019 12:36     /es/ LISA M BAILEY-WILSON
                     VRS
10/24/2019 13:25     /es/ JESSICA M CURTIS
                     SOCIAL WORKER MENTAL HEALTH
10/22/2019 14:47     /es/ CHANEL M HEERMANN, MD
                     Staff Psychiatric Physician
10/23/2019 16:26     /es/ Sonia Valdiviezo, LCSW
                     LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 22 Oct 2019 @ 0955 |
| Note Title: | CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 22 Oct 2019 @ 1034 |

Note

 LOCAL TITLE: CWT EMPLOYMENT CAREER EXPLORATION & JOB DEVELPMENT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: OCT 22, 2019@09:55    ENTRY DATE: OCT 22, 2019@10:28:42
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

VRS and Veteran JD meeting (35mins)

Veteran provided court paperwork stating that he is charge with felony drug
possession and is sentenced to probation.

VRS and Veteran discussed the importance of finding an employer for
accounting/office that is able to work around a felony conviction.

Veteran shared that he has connected with a Veterans Mentoring Group and has an
appointment next week.

**CONFIDENTIAL**

Veteran also shared that he met an employer at the Union Station and plans to follow up for an appointment later in the week.

VRS and Veteran agreed to have telephone meeting 11/1 @9:30a.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/22/2019 10:34

| | |
|---|---|
| Date/Time: | 16 Oct 2019 @ 1046 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 16 Oct 2019 @ 1049 |

Note

LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: OCT 16, 2019@10:46    ENTRY DATE: OCT 16, 2019@10:46:45
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

VRS spoke to Veteran regarding the secure  message sent and reminder for Veteran

to please review the email about a potential accounting position.

VRS and Veteran agreed to meet on 10/22 for JD and follow up meeting

time: 3mins

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/16/2019 10:49

| | |
|---|---|
| Date/Time: | 15 Oct 2019 @ 1103 |
| Note Title: | SECURE MESSAGING |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 15 Oct 2019 @ 1003 |

Note

 LOCAL TITLE: SECURE MESSAGING
STANDARD TITLE: MHV DIALOG NOTE
DATE OF NOTE: OCT 15, 2019@11:03:50  ENTRY DATE: OCT 15, 2019@10:03:51
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

------Original Message-----------------------
Sent:  10/15/2019 12:03 PM
From:  BAILEY-WILSON, LISA
To:  JORDAN, CHADWICK
Subject:  General Inquiry

Hi Chadwick,

I just came across this one and thought you may have interest. website to apply
is listed below...let me know what you think,

Lisa


Job ListingAccounting Assistant


Job Description


Organization:
Developmental Disabilities Resource Center

Organization Type:
501(c)(3))

Job Location:

Denver Metro


Type of Job:

Full-time


Job Category:

Finance


Job Description:

Accounting Assistant

Salary: $16.00 per hour                Full Time:4 day/36 hour work week

The Finance Department at the Development Disabilities Resource Center is seeking to hire a full-time Accounting Assistant. We are looking for a person who is capable of multitasking, exceptional time management skills, and ability to work in a team environment.

DDRC is an established company who provides a variety of services to individuals with intellectual and developmental disabilities within 4 counties, Jefferson County being the largest.  DDRC has been in existence for over 50 years and is a pillar in our community.  DDRC offers competitive pay, a good benefits package and flexible working hours.

Areas of Responsibility

As an Accounting Assistant you will be responsible for preparing, organizing, and data entry of financial data.  Further you will be accountable and responsible to work with other team members to reconcile and report accurate financial data.

Requirements/Qualifications

?High school diploma or equivalent.
?Experience with data entry, spreadsheets, and databases
?Proficiency with Microsoft Office, excellent Excel skills is a must
?Experience with Colorado interChange is a bonus
?If you meet the criterions noted above this position might just be the opportunity you have been looking for.

Compensation/Benefits

$16.00 - Hourly

How To Apply

For more information, or to apply now, you must go to the website below. Please DO NOT email your resume to us as we only accept applications through our website.

https://www.applicantpro.com/j/1219935-82896

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/15/2019 10:03

| | |
|---|---|
| Date/Time: | 09 Oct 2019 @ 1421 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 09 Oct 2019 @ 1422 |

**Note**

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 09, 2019@14:21    ENTRY DATE: OCT 09, 2019@14:22:04
    AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
  URGENCY:                STATUS: COMPLETED

Phone call received from veteran.  Stated had dropped off RFTA to DHA.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/09/2019 14:22

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/10/2019 12:09

Receipt Acknowledged By:
10/10/2019 16:54    /es/ JESSICA M CURTIS
            SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 09 Oct 2019 @ 1147 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 09 Oct 2019 @ 1150 |

**Note**

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE

DATE OF NOTE: OCT 09, 2019@11:47    ENTRY DATE: OCT 09, 2019@11:47:24
    AUTHOR: ORTIZ,JOSE L     EXP COSIGNER: DALY,JENNIFER
    URGENCY:                    STATUS: COMPLETED

Phone call received from Broadway Residences.  Stated had called DHA and they
did not have veteran's RFTA.  Stated RFTA had been given to veteran for him
to
turn in.  This writer called veteran.  Stated had RFTA and would be turning it
in right away.  This writer called Broadway Residences.  Property manager stated

will try to hold on to apartment for veteran, but as RFTA hasn't been
submitted
may need to make it available to public.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/09/2019 11:50

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/09/2019 12:45

Receipt Acknowledged By:
10/15/2019 09:06     /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 08 Oct 2019 @ 1000 |
| Note Title: | CWT EMPLOYMENT INTAKE & ASSESSMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 08 Oct 2019 @ 1131 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INTAKE & ASSESSMENT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: OCT 08, 2019@10:00    ENTRY DATE: OCT 08, 2019@11:26:59
    AUTHOR: BAILEY-WILSON,LISA  EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

VRS and Veteran meeting (75mins)

PROBLEM:  Unemployed  and seeking permanent  full-time or part-time employment

GOAL(S):  Seek and maintain permanent competitive employment in the community.
    WAGE GOAL:  market rate for the position

HOURS GOAL/NEED: up to 40hrs/wk
BENEFITS GOAL/NEEDS: N/A
PREFERRED EMPLOYERS: Financial
WORK AREAS/REGION PREFERRED: Denver and surrounding areas
Work shit desired: Open

POTENTIAL VOCATIONAL BARRIERS:

Transportation Plan (if applicable):  has reliable vehicle

Child/Elder Care Plan (if applicable): Elder assist father

Criminal History:  per lawyer part of plead deal ? no felony on record

Substance Use History: no

Other Concerns: None

JOB SEEKING SKILLS TRAINING NEEDS: (LIST ALL THAT APPLY)
*       Interviewing Skills/Mock interviewing

CONTACT/MEETING PREFERENCES:

Preferred Method of Contact:  text messages or email via HealtheVet

Preferred Meeting Location (s): RMR


OBJECTIVE (1):  In order to achieve my overall goal, I will need to accomplish
the following step(s):

1.      Job Seeker& VRS will seek to identify three potential employer per
week.
2.      Obtain current BCI report

INTERVENTIONS(S): What types of things will you and/ or your VRS do to help you
complete your objective?

Be as active as possible in the job search.

Return all calls, emails and/or texts from VRS and or employers within 12hours.

Notify VRS as soon as possible if you from any employers.

Show up as scheduled for all meetings and/or interviews in proper interview
attire.

Maintain motivation and a positive attitude during the job search process.

VRS also assisted Veteran with completing Hyatt employment application for Night

Auditor position.

VRS will submit application along with Veteran's resume to employer 10/8

VRS and Veteran agreed to decide later in week next scheduled appointment

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/08/2019 11:31

Receipt Acknowledged By:
10/08/2019 12:27      /es/ Aileen C Burrell, LCSW
                Clinical Social Worker

| | |
|---|---|
| Date/Time: | 08 Oct 2019 @ 0822 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 08 Oct 2019 @ 0831 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 08, 2019@08:22   ENTRY DATE: OCT 08, 2019@08:22:07
   AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Contact
Duration: 15 minutes

Writer called veteran on this day inquiring on veteran's wellbeing and to
congratulate him for his application approval at Broadway Residences.  Veteran
reported he was doing well and felt a sense of relief that he was approved for
the one bedroom unit at the above location.  Veteran went on to speak of his
several goals he would like to achieve once he is  housed and veteran stated he
has also applied for a job auditing. Veteran stated he has become closer with
his family due to this recent episode of homelessness and he looks forward to
visiting with family in the Carolinas.

In regards to housing veteran was reminded the RFTA had been submitted and we
are awaiting the housing authority to schedule an inspection.  Veteran
verbalized an understanding of this.  Writer assured veteran the undersigned
would reach out to the housing authority and follow up with the RFTA.  Veteran
thanked this writer and requested the undersigned contact him when this writer
hears from the housing authority.  Writer was agreeable to this.

**CONFIDENTIAL**

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 10/08/2019 08:31

Receipt Acknowledged By:
10/08/2019 14:47     /es/ JOSE L ORTIZ
               Social Work Associate

| | |
|---|---|
| Date/Time: | 07 Oct 2019 @ 0855 |
| Note Title: | CWT EMPLOYMENT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 07 Oct 2019 @ 0857 |

**Note**

 LOCAL TITLE: CWT EMPLOYMENT TELEPHONE CONTACT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: OCT 07, 2019@08:55   ENTRY DATE: OCT 07, 2019@08:55:56
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

VRS spoke to Veteran regarding potential employment as a night Auditor with the
Hyatt Hotel in Aurora.

Veteran agreed to bring updated resume and will complete the application during
office appt with VRS on 10/8th

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/07/2019 08:57

| | |
|---|---|
| Date/Time: | 04 Oct 2019 @ 1346 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 04 Oct 2019 @ 1347 |

**Note**

LOCAL TITLE: MH INFORMATIONAL NOTE

STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 04, 2019@13:46    ENTRY DATE: OCT 04, 2019@13:46:33
    AUTHOR: ORTIZ,JOSE L       EXP COSIGNER: DALY,JENNIFER
    URGENCY:                   STATUS: COMPLETED

Email received from Broadway Residences.  They have already submitted RFTA.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/04/2019 13:47

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/04/2019 16:21

Receipt Acknowledged By:
10/07/2019 10:56    /es/ JESSICA M CURTIS
            SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 04 Oct 2019 @ 1337 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 04 Oct 2019 @ 1340 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 04, 2019@13:37    ENTRY DATE: OCT 04, 2019@13:37:44
    AUTHOR: ORTIZ,JOSE L       EXP COSIGNER: DALY,JENNIFER
    URGENCY:                   STATUS: COMPLETED

Email received from Broadway Residences.  Veteran has been approved.  Per
request, veteran's income verification mailed to them.  Also, requested to
know
when RFTA would be available for pick up.

Please add Jessica Curtis as an additional signer

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/04/2019 13:40

/es/ JENNIFER A DALY
Social Worker

Cosigned: 10/04/2019 16:22

Receipt Acknowledged By:
10/07/2019 10:24   /es/ JESSICA M CURTIS
             SOCIAL WORKER MENTAL HEALTH

| | |
|---:|:---|
| Date/Time: | 04 Oct 2019 @ 1317 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 04 Oct 2019 @ 1323 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 04, 2019@13:17   ENTRY DATE: OCT 04, 2019@13:17:57
   AUTHOR: ORTIZ,JOSE L     EXP COSIGNER: DALY,JENNIFER
   URGENCY:           STATUS: COMPLETED

Phone call to veteran.  This writer received a call from Broadway Residences.
Ran veteran's background.  Expressed some concern about background but is
willing to consider application.  Veteran had previously passed on Broadway
Residences.  However, with information that has passed background would like to
continue with lease up process.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/04/2019 13:23

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/04/2019 16:34

Receipt Acknowledged By:
10/07/2019 10:22   /es/ JESSICA M CURTIS
             SOCIAL WORKER MENTAL HEALTH

| | |
|---:|:---|
| Date/Time: | 03 Oct 2019 @ 1514 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 03 Oct 2019 @ 1517 |

**Note**

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 03, 2019@15:14   ENTRY DATE: OCT 03, 2019@15:15:22
    AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
   URGENCY:              STATUS: COMPLETED

Recert form sent to RMHS for veteran's SSVF.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/03/2019 15:17

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/04/2019 16:25

Receipt Acknowledged By:
10/07/2019 10:13    /es/ JESSICA M CURTIS
              SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 02 Oct 2019 @ 1527 |
| Note Title: | MENTAL HEALTH DIAGNOSTIC STUDY NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 02 Oct 2019 @ 1528 |

**Note**

 LOCAL TITLE: MENTAL HEALTH DIAGNOSTIC STUDY NOTE
STANDARD TITLE: MENTAL HEALTH DIAGNOSTIC STUDY NOTE
DATE OF NOTE: OCT 02, 2019@15:27:56  ENTRY DATE: OCT 02, 2019@15:27:56
    AUTHOR: BAILEY-WILSON,LISA  EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Patient Health Questionnaire - 9 (PHQ-9)

Date Given: 10/02/2019
Clinician: Bailey-Wilson,Lisa M
Location: Rmr Tses Se Vrs 01

Veteran: Jordan, Chadwick Heath

SSN: xxx-xx-9084
DOB: Jun 5,1982 (37)
Gender: Male

PHQ-9 Depression Scale Score: 12

The total score may range from 0 to 27.
Total Score     Depression Severity
-----------     -------------------
  1-4          Minimal depression
  5-9          Mild depression
  10-14         Moderate depression
  15-19         Moderately severe depression
  20-27         Severe depression

Questions and Answers

Over the last 2 weeks, how often have you been bothered by any of the following problems?
1. Little interest or pleasure in doing things
   Nearly every day
2. Feeling down, depressed, or hopeless
   Several days
3. Trouble falling or staying asleep, or sleeping too much
   More than half the days
4. Feeling tired or having little energy
   Several days
5. Poor appetite or overeating
   Nearly every day
6. Feeling bad about yourself or that you are a failure or have let yourself or your family down
   Several days
7. Trouble concentrating on things, such as reading the newspaper or watching television
   Several days
8. Moving or speaking so slowly that other people could have noticed. Or the opposite being so fidgety or restless that you have been moving around a lot more than usual
   Not at all
9. Thoughts that you would be better off dead or of hurting yourself in some way
   Not at all
10. If you checked off any problems, how DIFFICULT have these problems made it for you to do your work, take care of things at home or get along with other people?
   Very difficult

Information contained in this note is based on a self report assessment and is not sufficient to use alone for diagnostic purposes. Assessment results should be verified for accuracy and used in conjunction with other diagnostic activities.

Copyright 2001 Pfizer Inc.
All rights reserved. Reproduced with permission of Pfizer Inc.
PRIME-MD is a trademark of Pfizer Inc$

/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/02/2019 15:28

Receipt Acknowledged By:
10/03/2019 15:04     /es/ Aileen C Burrell, LCSW
                     Clinical Social Worker

| | |
|---|---|
| Date/Time: | 02 Oct 2019 @ 1512 |
| Note Title: | MH SAME DAY ACCESS |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | AFUALO-CAREY,WANDA |
| Co-signed By: | AFUALO-CAREY,WANDA |
| Date/Time Signed: | 02 Oct 2019 @ 1701 |

Note

LOCAL TITLE: MH SAME DAY ACCESS
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE
DATE OF NOTE: OCT 02, 2019@15:12    ENTRY DATE: OCT 02, 2019@15:31:59
   AUTHOR: AFUALO-CAREY,WANDA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** MH SAME DAY ACCESS Has ADDENDA ***

MH SAME DAY ACCESS
 Type of interaction: Face to Face

  Veteran's stated need for mental health treatment is Non-urgent

  How can I help you today? (Veteran's stated need for mental health
  treatment today): Veteran stated: "I was meeting with the voc rehab
  lady Lisa & next thing I know she's sending me up here."
Veteran denied
  SI/HI/AVH.  Endorsed feeling exacerbation of PTSD, TBI & headaches.
  Veteran stated "I don't know why this happens to me, I mean at
  University everything was fine & then after talking with that mental
health
  professional & opening up about some of my thoughts, next thing they did
was
  call the police on me!  I mean seriously why call the police for?  But for
  your information, no, I am not feeling like harming myself or feeling
  suicidal.  I just feel down a lot, I feel depressed because I stil don't

**CONFIDENTIAL**

have a home or place to stay, once I get that fixed & I've got money coming
in & a steady job things will be much better for me.  So have I had some

days where I've thought yeah I don't want to be burden on anyone,
so if it
happened & I didn't wake up, oh well.  But  I would never do anything to
hurt myself or end it all like that, no way. Not gonna go out like that."
Veteran declined the need to meet with a therapist nor psychiatrist at this
time. Stated, "I came in to talk about CWT & getting myself a job,
next
thing I'm told to come up here to get evaluated, so now I feel like I
just
got my time wasted, as I'm no closer to getting a job & getting
myself in a
better place in life. Still homeless, so yeah I didn't mean to circle
yes on
that question, I already told you, not gonna go out like that."


Veteran is established in care and/or today's identified need is not
urgent; based on clinical assessment, no SUICIDE RISK SCREEN is
required at this time.


Summary of Contact, including response to Veteran's concerns and
questions: Assessed & charted veteran's VS, VSS, veteran c/o 8/10
chronic
back & left leg pain/discomfort at this time.  Veteran denied any SI/HI/AVH.

Veteran declined to meet with a therapist or prescriber this visit.  He is
already established with Hud-Vash therefore this writer will add his MH
Treatment Coordinator Jessica Curtis as an additional signer for follow up
purposes.  Will also add Lisa Bailey-Wilson as an additional signer to this note

for follow up also.


Assessment/Clinical Formulation: During this visit, veteran presented
casually dressed, appropriately groomed, was A&Ox4, calm & cooperative,
engaged
with good eye contact, speech was normal in rate, volume & rhythm, with
normal
vocabulary & usage of words. Veteran exhibited no EPS, no s/sxs of
psychomotor
agitation/retardation. No movement abnormalities noted. Veteran described his
current mood as "pretty stable, pretty low, just moving along, have some

**CONFIDENTIAL**

good
days and some not so good." Affect congruent with mood.  Veteran's thought
process was linear, non-tangential, did not exhibit any s/sxs of psychosis.
Veteran's needs were addressed as indicated.


Plan (Please include recommendations for further evaluation and treatment, and action taken):
Recommend Veteran for further evaluation and treatment in the following area/program: Veteran declined to meet with any other MH personnel at this time, did not meet any criteria for further evaluation, will follow up with his MH coordinator Jessica Curtis & also Voc Rehab

Specialist, Lisa Bailey-Wilson


Other/Comments: Veteran has the following scheduled appointments:
RMR MHC IND SW 06 PM on 10/09/19 @ 1500
RMR MHC IND PSI 11 on 11/25/19 @ 1100


Provided Veteran with emergency contact information for local mental health services and the VA crisis hotline telephone number.
  ** 1-800-273-8255, Press 1 at the prompt


Duration of visit: 35 minutes

Visit Diagnosis:  PTSD, Depression, Anxiety

/es/ WANDA AFUALO-CAREY
RN
Signed: 10/02/2019 17:01

Receipt Acknowledged By:
10/04/2019 11:48      /es/ TAMIRIA S AUGUSTIN
                SOCIAL WORKER
10/03/2019 09:49      /es/ LISA M BAILEY-WILSON
                VRS
10/03/2019 09:59      /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH

10/04/2019 ADDENDUM            STATUS: COMPLETED
Concur with RN intervention and assessment. PHQ-9 was not available during the patient's visit to MH Walk-In clinic/RAFT. However, CSSRS was completed and

appropriate interventions followed.

/es/ TAMIRIA S AUGUSTIN

SOCIAL WORKER
Signed: 10/04/2019 11:18

| | |
|---|---|
| **Date/Time:** | 02 Oct 2019 @ 1457 |
| **Note Title:** | CLINICAL REMINDERS REVIEW/UPDATE |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | AFUALO-CAREY,WANDA |
| **Co-signed By:** | AFUALO-CAREY,WANDA |
| **Date/Time Signed:** | 02 Oct 2019 @ 1531 |

**Note**

LOCAL TITLE: CLINICAL REMINDERS REVIEW/UPDATE
STANDARD TITLE: PREVENTIVE MEDICINE RISK ASSESSMENT SCREENING NO
DATE OF NOTE: OCT 02, 2019@14:57    ENTRY DATE: OCT 02, 2019@14:57:53
   AUTHOR: AFUALO-CAREY,WANDA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

 Alcohol Use Screening:
   SCREEN FOR ALCOHOL (AUDIT-C)

    An alcohol screening test (AUDIT-C) was negative (score=0).

    1. How often did you have a drink containing alcohol in the past
    year?
    Never

    2. How many drinks containing alcohol did you have on a typical
    day when you were drinking in the past year?
    Response not required due to responses to other questions.

    3. How often did you have six or more drinks on one occasion in
    the  past year?
    Response not required due to responses to other questions.
    Audit C screening Negative.

Veteran endorsed he has not had any alcoholic drinks since 2007.


 Tobacco Use Screening:
   The patient has never used tobacco.



  MOVE! (Weight Mgmt Program):
   BODY MASS INDEX - 29.2 (OCT 02, 2019@15:15:32)
    Patient Weight: 202.9 lb [92.2 kg] (10/02/2019 15:15)
    Patient Height: 70 in [177.8 cm] (10/02/2019 15:15)

The patient was educated on the detrimental effects of obesity and
the benefits of weight loss. Treatment was offered by the provider
to attend the MOVE program, but the Veteran declined.


/es/ WANDA AFUALO-CAREY
RN
Signed: 10/02/2019 15:31

| | |
|---|---|
| Date/Time: | 02 Oct 2019 @ 1320 |
| Note Title: | CWT EMPLOYMENT INTAKE & ASSESSMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 02 Oct 2019 @ 1525 |

**Note**

 LOCAL TITLE: CWT EMPLOYMENT INTAKE & ASSESSMENT
STANDARD TITLE: CWT NOTE
DATE OF NOTE: OCT 02, 2019@13:20    ENTRY DATE: OCT 02, 2019@15:23:54
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

VOCATIONAL ASSESSMENT PROFILE (VAP)

Name (that veteran prefers to be called):    Chadwick

Current email address/ phone number:  cillc@post.com  720-276-5377

Time of visit:  1:20p -2:40p

Referral Source/ Current Treatment team:  Sonia Valdivieo

Other participants present today (include family members or significant members
of veteran's life; obtain ROI if veteran wishes to include other persons
treatment):  N/A

Has the Veteran been involved in any TSES/CWT services in the past? If so, when
and where did veteran participate in TSES/CWT?  What kind of work did they do
when enrolled previously? No


SNAP (Strengths, Needs, Abilities and Preferences)

Strengths/gifts (ex. positive traits, hobbies, interest areas a person excels
in)

Strengths/ Motivations: What do you consider your strengths, what are you good at?

Quick Learner, Dependable, Flexible, Able to travel, Team Player

Employment Interests: Is there a type of employment that interests you?
Financial Arena

Hobbies: Gifts:

Assisting Dad with training horses
Camping
Hiking
Reading

Needs: (barriers/limitations)

Do you have valid driver's license or state ID?  Yes

Do you have any specific needs/ accommodations that should be addressed before employment?

Some back Issues, No lifting over 50lbs

Other obstacles/Interfering factors (circumstances or disability related factors

that get in way of attaining goals/aspirations/dreams ex., medications, legal, housing, transportation, lack of training, substance use, physical or mental health symptoms, etc.):

Legal ? currently suing University of Colorado: due to being suspended from school because his counselor reported to authorities that he attended a Gun Show

and purchased an AR-15.

Housing ? currently has HUD voucher but  was denied apartment due to felony

Abilities (ex. skills, personality, special training, certifications not specified elsewhere)

.
Endearing personality traits (personality traits that are conducive to certain environments):

Enjoys doing accounting work, therefore works best in quiet environments

Personality traits that may need improvement ( traits that may be a barrier to certain jobs.):

Cannot focus in noisy environments.

How would others describe you?  How do you describe yourself?

A good guy, great people person, reliable and good customer skills

Do you have any specific skills?

Food service, cashier,
 installation of fiber optics and networks

Preferences (vocational)/ Dreams and Aspirations:

Work History -
Last Employer: Self Employed : CJ LLC Denver

Job Title: CEO, Fiduciary Consultant

Reason for leaving: N/A

Do you want full or part time employment?  Full-time
What are your work hour preferences? Open/flexible,  but prefers day shift
What kind of employer/ environment  suits your working style? Finance/Accounting

What is your dream job and why? Gvt auditing

What are your short-term job goals?   To obtain full-time employment in the accounting/finance field while awaiting time to return to school and completing degree program

What are your long-term job goals? Own business with ability to obtain gvt accounting contracts

Primary job choice:  Auditing

Second job choice:  Bookkeeping

Third job choice:   Finance Analysis

Any further educational goals? (long-term, short term); Plan to return to complete bachelor's degree

Is there anything else I should know about you that is important to helping you achieve your goals?

Assessment/ Basic background (if not otherwise noted above):

Age:  37

Ethnicity:  AA

Cultural/ Religious Affiliations or Considerations: (include significant celebrations/ traditions, Faith-based activities, etc.  Are there any work environments that could be impacted by these cultural considerations?): None

Marital Status:  Single

Tell me about your family relationships: Parents are still married but currently

separated. Veteran remains close to both parents.  Does not have good relations with siblings 1 brother and 2 sisters but continues to have good relations with nephews and nieces.

Living situation (ex. Where, with whom, stability, etc.):
Currently lives between both parents' homes
Military Experience
Branch and dates of service:   Marines 2000 - 2005
Discharge status: Honorable
Job Title: Communications
Duties:  Switchboard Operator and Electronics
Certificates or training while in military:
Electronics

Income (in actual dollars)/ Entitlements and Assistance : (ex. Service Connected, Unemployability,
Non-service-connected pension, SSDI (Social Security Disability Insurance), SSI (Supplemental Security Income), RSDI (Social Security Retirement), Other disability (e.g. workman's compensation), HUD/ VASH voucher, employment wages,
other public support including unemployment, etc.)

Only receives Medicaid and has recently acquired a HUD/VASH voucher

Legal History:
List any current and past felony charges and dates:  2017 Felony Cocaine Possession
List any current and past misdemeanor charges (including DUI's):  None
Are you on parole or probation, and what is the end date?  Yes , 2021

Life Experiences
Tell me about your schooling experiences: favorite subjects, least favorite and why? How did you perform academically when you were in school? Vocational School/College? Major?

University of Colorado in Accounting. Performed well academically

Tell me about your favorite job. Where/What; Best/Worst part?

Military: Enjoyed friendships, liked his MOS  and enjoyed challenging/technical work

Worst part was being hit by motor vehicle


Work History  (include chronology,  what things the veteran liked and which they

did not like, etc.):

Prior to Military work at Burger King

Outside of Military has only worked at Self Employment (Personal Taxes)

Previous Vocational Resources accessed (ex. Workforce Center, school vet reps, etc.):
VA Vocational Rehab

Current routines and Community contacts:

In the community, what people do you mostly come in contact with? (ex. restaurants, banks, stores, local employers, etc.)

Public Defenders and Legal Teams



What is a typical day like for you?
Working on computer
Looking for housing
Helping dad with horses
Seeking legal counsel pertaining to lawsuit

Plan: ( include date/ time/ location of next appointment, things to bring to the

Employment planning session, assignments before next session, etc.):

VRS will reach out to employer regarding an Auditor position
VRS and Veteran agreed to meet 10/8th


/es/ LISA M BAILEY-WILSON
VRS
Signed: 10/02/2019 15:25


Receipt Acknowledged By:
10/03/2019 11:37        /es/ Aileen C Burrell, LCSW
                        Clinical Social Worker

Date/Time:   01 Oct 2019 @ 1519

**CONFIDENTIAL**

| | |
|---|---|
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 01 Oct 2019 @ 1523 |

**Note**

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 01, 2019@15:19    ENTRY DATE: OCT 01, 2019@15:20:05
    AUTHOR: ORTIZ,JOSE L       EXP COSIGNER: DALY,JENNIFER
    URGENCY:                STATUS: COMPLETED

Phone call received from veteran that application to Tamai Bldg. through
Cornerstone was denied for having a felony from 2018.  Previously had an
appointment with this writer for 10-07-19 at 12P.  However, this was to follow
up on application to Cornerstone.  Appointment rescheduled to 10-09-19 at 12P
for an apartment search.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/01/2019 15:23

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/02/2019 14:14

Receipt Acknowledged By:
10/03/2019 10:02        /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 01 Oct 2019 @ 0951 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 01 Oct 2019 @ 0953 |

**Note**

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 01, 2019@09:51    ENTRY DATE: OCT 01, 2019@09:51:07
    AUTHOR: ORTIZ,JOSE L       EXP COSIGNER: DALY,JENNIFER

URGENCY:                          STATUS: COMPLETED

A W9 and an explanation of fees for Tamai building, through Cornerstone
apartments has been forwarded to RMHS (Johnny Rolfes)along with a request for
help with the $150 holding fee for veteran.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 10/01/2019 09:53

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/02/2019 14:12

Receipt Acknowledged By:
10/03/2019 10:04      /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 30 Sep 2019 @ 1127 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 30 Sep 2019 @ 1133 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 30, 2019@11:27    ENTRY DATE: SEP 30, 2019@11:28
   AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
   URGENCY:                STATUS: COMPLETED

Veteran's letter of intent has been forwarded to Broadway Residences.  Also,

this writer received a phone call from veteran.  Stated will keep appointment
with Broadway today, however, would like to make application to Sakura bldg. the

primary goal.  This writer emailed Cornerstone Apt, the PM for Sakura and
requested a w9 and charge sheet for Sakura.  These are needed as Cornerstone
require application and holding fees to move forward on an application.

Please add Jessica Curtis as an additional signer.

/es/ JOSE L ORTIZ
Social Work Associate
Signed: 09/30/2019 11:33

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/02/2019 14:13

Receipt Acknowledged By:
10/03/2019 10:04     /es/ JESSICA M CURTIS
            SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 30 Sep 2019 @ 1115 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,JOSE L |
| Co-signed By: | ORTIZ,JOSE L |
| Date/Time Signed: | 30 Sep 2019 @ 1121 |

**Note**

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: SEP 30, 2019@11:15    ENTRY DATE: SEP 30, 2019@11:15:44
    AUTHOR: ORTIZ,JOSE L      EXP COSIGNER: DALY,JENNIFER
    URGENCY:            STATUS: COMPLETED

Veteran was met at Broadway Residences (1135 Broadway in Denver).  Veteran met
with property management and saw an available 1BR apartment.  Veteran stated was

interested and made an appointment for 2P today to return and complete an
application.  This writer will forward letter of intent to property management.
This writer has a follow up appointment with veteran 10-07-19 at 12P.

Please add Jessica Curtis as an additional signer.


/es/ JOSE L ORTIZ
Social Work Associate
Signed: 09/30/2019 11:21

/es/ JENNIFER A DALY
Social Worker
Cosigned: 10/02/2019 14:17

Receipt Acknowledged By:
10/03/2019 09:57   /es/ JESSICA M CURTIS
            SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 27 Sep 2019 @ 1440 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |
| Date/Time Signed: | 27 Sep 2019 @ 1441 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: SEP 27, 2019@14:40    ENTRY DATE: SEP 27, 2019@14:40:55
    AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

VRS attempted to reach Veteran to schedule intake. VRS left voice mail message.


/es/ LISA M BAILEY-WILSON
VRS
Signed: 09/27/2019 14:41

| | |
|---|---|
| Date/Time: | 26 Sep 2019 @ 1323 |
| Note Title: | CWT CONSULT REPORT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BURRELL,AILEEN C |
| Co-signed By: | BURRELL,AILEEN C |
| Date/Time Signed: | 26 Sep 2019 @ 1323 |

Note

 LOCAL TITLE: CWT CONSULT REPORT
STANDARD TITLE: CWT CONSULT
DATE OF NOTE: SEP 26, 2019@13:23    ENTRY DATE: SEP 26, 2019@13:23:30
    AUTHOR: BURRELL,AILEEN C   EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Veteran completed orientation. consult complete.

/es/ Aileen C Burrell, LCSW
Clinical Social Worker
Signed: 09/26/2019 13:23

| | |
|---|---|
| Date/Time: | 25 Sep 2019 @ 1400 |
| Note Title: | MH CWT EMPLOYMENT GROUP NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BAILEY-WILSON,LISA M |
| Co-signed By: | BAILEY-WILSON,LISA M |

| Date/Time Signed: | 25 Sep 2019 @ 1542 |
|---|---|

Note

LOCAL TITLE: MH CWT EMPLOYMENT GROUP NOTE
STANDARD TITLE: CWT GROUP COUNSELING NOTE
DATE OF NOTE: SEP 25, 2019@14:00   ENTRY DATE: SEP 25, 2019@15:38:34
   AUTHOR: BAILEY-WILSON,LISA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** MH CWT EMPLOYMENT GROUP NOTE Has ADDENDA ***

This veteran attended the Therapeutic Supported Employment Services/ Compensated

Work Therapy (TSES/CWT) Orientation group from 2-2:50 pm and was conducted by
this writer.

The group began with introductions of staff present and veterans.  Veterans
stated their goals for the program.  The Recovery model was explained along with

specific barriers that impact some veterans in obtaining and/or retaining work.
The goal of TSES/CWT was explained as supporting veterans in their recovery
process while ultimately obtaining competitive employment in the community.
Rapid job search was highlighted as something unique to TSES/CWT and required
for admission to the program.  The specific programs that fall under TSES/CWT
were reviewed.  The groups offered by TSES/CWT were mentioned and veterans who
agree to be part of the program were invited to attend.

The informed consent and program policies and/or expectations were reviewed.
Veterans present signed the consent along with an ROI allowing their assigned
Vocational Rehabilitation Specialist (VRS) to talk with potential employers on
the veteran's behalf.  Veterans were given an opportunity to ask questions.

Veteran shared with group that he served 4 years in the Marines. Previously
employed in the accounting field. Veteran only wishes to purse employment for
6months then he has plans to return to school for completing a Bachelors degee
in Accounting.

Plan:  Veteran will be contacted by a VRS when assigned and an appointment will
be made to complete the VAP.

/es/ LISA M BAILEY-WILSON
VRS
Signed: 09/25/2019 15:42

Receipt Acknowledged By:
09/26/2019 13:22      /es/ Aileen C Burrell, LCSW

Clinical Social Worker
09/26/2019 15:04      /es/ KARIUS CROSS
                Vocational Rehabilitation Specialist

09/26/2019 ADDENDUM              STATUS: COMPLETED
veteran assigned to VRS Bailey-Wilson.

/es/ Aileen C Burrell, LCSW
Clinical Social Worker
Signed: 09/26/2019 13:23

Receipt Acknowledged By:
09/27/2019 07:53      /es/ LISA M BAILEY-WILSON
                VRS

| | |
|---|---|
| Date/Time: | 25 Sep 2019 @ 0929 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 25 Sep 2019 @ 0936 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: SEP 25, 2019@09:29   ENTRY DATE: SEP 25, 2019@09:29:31
   AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call
Duration: 5 minutes

Writer received a call from veteran on this day to inform the undersigned he was

approved for a one bedroom unit in the Denver Metro area and was inquiring on
next steps.  Veteran stated he was approved for the apartment however he
hasn't
seen the unit yet and would be going to see the apartment on 9/26/2019. Veteran
was informed that the undersigned was unavailable at this time however encouraged

veteran to present independent of this writer.  Writer explained to veteran that

if he likes the unit to have the landlord sign the RFTA and also get a blank copy

of the lease.  Writer will then submit to the housing authority on veteran's

behalf. Veteran was agreeable to this.  Veteran was reminded not to sign a lease

until after the inspection or he would be responsible for paying the full rental

amount.  Veteran verbalized an understanding of this.

Veteran was asked to contact this writer after veteran views the apartment.
Veteran was agreeable to this.

PLAN: Veteran to contact the undersigned on 9/26 to discuss housing

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 09/25/2019 09:36

Receipt Acknowledged By:
09/25/2019 14:23    /es/ JOSE L ORTIZ
             Social Work Associate

| | |
|---|---|
| Date/Time: | 24 Sep 2019 @ 1533 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHNELL,BENJAMIN |
| Co-signed By: | SCHNELL,BENJAMIN |
| Date/Time Signed: | 24 Sep 2019 @ 1533 |

Note

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: SEP 24, 2019@15:33    ENTRY DATE: SEP 24, 2019@15:33:06
   AUTHOR: SCHNELL,BENJAMIN    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 09/24/19 11:30

Mr. JORDAN's chart was reviewed.

Medications were renewed as appropriate
Other: reschedule in next 3 months as veterans schedule allows

/es/ BENJAMIN SCHNELL DO
Staff Primary Care Physician
Signed: 09/24/2019 15:33

Receipt Acknowledged By:
09/25/2019 07:41    /es/ LaMone Noles
             MEDICAL SUPPORT ASSISTANT

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 24 Sep 2019 @ 0820 |
| Note Title: | MH MEDICATION INITIAL VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HEERMANN,CHANEL M |
| Co-signed By: | HEERMANN,CHANEL M |
| Date/Time Signed: | 24 Sep 2019 @ 1045 |

## Note

 LOCAL TITLE: MH MEDICATION INITIAL VISIT
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: SEP 24, 2019@08:20    ENTRY DATE: SEP 24, 2019@08:20:39
    AUTHOR: HEERMANN,CHANEL M    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

     MENTAL HEALTH MEDICATION INITIAL ASSESSMENT

DEMOGRAPHIC INFORMATION:
The veteran is a 37 y.o. BLACK OR AFRICAN AMERICAN MALE who was
referred for a psychiatric evaluation due to mood.

CHIEF COMPLAINT: "What is just definitely to talk about some coping
mechanisms
maybe medication would be a possible for me to cope."

HISTORY of PRESENT ILLNESS:
Pt seen for initial assessment 8/14/19 with Ms. Valdiviezo.  At that time:
"PRESENTING CONCERN: Veteran reports that "I need to be around people,
probably
be around more Veterans, because I definitely, I think I talk too much.  I do
you know, but I guess I'm a private person, and I'm a personable
person.  I have
a lot of people I get along with because I have a lot of family. I feel like I
did well by myself, but I don't feel safe anymore.  Because I think people
have
different gods, and politics and believes and motivations."
Veteran reported that he casually made a remark to a counselor at the university

he attended about his going to a gun show and purchasing a gun.  "She asked
me
if I did anything over the weekend, and I told her about the Gunner show and
next thing I know I was being searched and all of my things were investigated
and I was charged with intent to endanger or something."  He reports that
this
led to his expulsion from the university, where he was enrolled in business
school, and to serious legal consequences.  "I had suicidal thoughts because

they charged me with a 100 years, and I was thinking my life was over.  Just
facing so much time for something I didn't do, it was kinda depressing for

me.
I was trying to move forward, so I'm definitely I'm better now.  I got
so
depressed a little bit.  I'm just happy where I'm at, because
that's part of
dying.  I was satisfied with the world the way it was, I thought it hurts the
world more for me to be gone than for me to be in it."
Veteran reports that he is seeking treatment for the purpose of not being
socially isolated.  "I think I need to build more positive relationships, I
just
know that I need them and they need.  It's going good for my mom and my
brother,
and my pops I don't know the votes anyone."
Veteran reports that now he has "hope that I can be readmitted now, just to

continue doing what I was doing.  I  was in business school, before all this.  I

can't believe that a counselor would ruin your life like that."?
  ABILITIES AND/OR INTERESTS:  "I like to follow the law, and I stay on top
of
the markets, because it's part of history, because I do it like a habit,
because
I heard a long time ago that if you follow the markets you become a part of it.
I'm interested in politics, but more of the spiritual aspects of politics.
You
know because politics are spiritual in nature, building connections like three
people together can invoke God.  I learned a lot as an intern with an
accountant.  I have a business, doing people's accounting or maybe financial

law, but right now I have no clients."?
There is no coincidences, we all talk about our families, and  when i actually
go visit funerals, I know where my family is  buried at, is this was my family,

and people to say they are  talking about the
  constitution as if it were just a piece of paper?.
SUMMARY AND FORMULATION:  Veteran presented with excessive worry, inability to
focus, and inconsistent mood. Based on Veteran's presentation and history of

mental health treatment further assessment to clarify current treatment needs is

warranted.
PROVISIONAL DSM-V DIAGNOSIS:  MDD, Anxiety"

Current Sx:
Little things like him not doing well with people.  Doesn't trust them.
Feels
he has a deep stress that never goes away.
More anxiety than anger.
Has never felt so depressed than in 2 points where felt like killing himself. In

military right after his accident.  The other time was after out of military and

was drinking and using drugs to deal with depression and didn't know where
to
go. Went to prison and was depressed in there.


DIAGNOSTIC SCREENINGS/PSYCHIATRIC ROS:

   PTSD: Dad was abusive and veteran.  Witnessed violence between parents.  No
sexual trauma.  "Operation Iraqi Freedom, I got hit by a medic with her
Humvee,
we were on base, and I suffered some injuries and was in the hospital but I
can't remember how long, maybe a day and then they sent me home."
Reports he
tore his back up and he and command had to decide if he would stay in military
or leave.  Peers joked about it.  Wanted to get away from everybody.  Had a
master sergeant who said if he got in front of him he'd kill them and knew
friendly fire was greatest risk of dying.
Stiffness in his body reminds him of what happened. Thinks of it all the time.
Intrusive.  Helps when he focuses on somethings else.
Reports NM that vary - sees spine and tendons ripping out of back, altercations
with peers.
Has had FB but not lately.
Feels very isolated.
Avoidance - dislikes people following him closely in car or in person. Will stop

and confront someone if behind him.  Will speed up in car.  Hard to be around
people.
Aggressive now when he drives. Scared of being hit.
Anxiety gets triggered by people trying to get close to him.
Easy startle.
Hypervigilant - "it's real weird".  Sits by exits, never by
windows.  Helps him
feel better when alone.

   Depression:  Denies currently.  Last sx were last night.  Last episode few
months ago, right after expulsion and got out of county.  Was suicidal then.
Was trying to get people used to him not being around, because wanted to be sure

they'd be okay without him.  Lasted few months.
No SI now.
Sleep is not good.  Doesn't need a lot. Gets few hours or up to 8. Varies
but
restless.
Energy is good.  Morning person and gets up naturally.  Works out - cardio, 20th

street boxing gym.
Appetite is poor. Doesn't enjoy eating. Has to force himself and has to be
interesting food.  1-2/day.  Has shakes before workout.

   Bipolar disorder: Denies prior dx of mania or bipolar.  Denies h/o mania.
Has always been happy for no reason, but dislikes that because others don't
like

happy people.

   Psychotic disorders: When he went to prison was in the hole for 5 years
because they said he was a threat to inmates and jailers. After that period, had

serious issues that took him few years to get over. Heard things.  Heard a voice

he thought was a guy talking to him in vent in county, but was still there when
he left.  Denies it happens - had to work very hard for this. Has been years.
No h/o VH.
No TH.
Significant paranoia.  People are surveilling him.  When he caught this case,
gang unit was following him around.  Never in a gang.  Feels they still are.
Easy to spot him.  Can't have nosy neighbors who could hear him. Very few
people
he's comfortable around.
No h/o IOR.  Had those thoughts (messages through TV) as a kid - feels he went
through a lot.
Told people 10 years ago China and communism were economic threat and they
called him crazy.  Volunteered for Trump campaign and they called him crazy
then. "People are always wrong."

   Anxiety disorders:
      Generalized Anxiety: Worries a lot, more now than ever.  About economic
ladder and his financial security.  Can get worried about small things
 like
being on time.  Has had physical sx in past.  Gets headaches daily.  Keeps up at

night.
      Social Anxiety: If says something wrong or says something stupid, will
worry.  Feels "of course" people judge him. Not shy now or as child.
      Obsessions/Compulsions: None.  May have had some habits as a kid but
fine now - just develops productive habits.
      Panic attacks (r/o PTSD-restricted): None
      Agoraphobia: None.  Hard to go to store because of people looking at him

and talking.

   Attention deficit or Cognitive Disorders: No h/o LD or ADHD. Was in gifted
classes.

   Eating Disorders:  none


SUBSTANCE ABUSE HISTORY:
(including first use, heaviest use avg, current use avg, longest sobriety,
withdrawal sxs, last use, method of use):

   Nicotine: None

   Caffeine: 8 cups coffee

Alcohol: Doesn't drink.  Quit completely couple months ago.  Was drinking daily after military.  No h/o WD.  Maximum 1 pint every other night.  No h/o detox.

Marijuana: Quit completely few weeks ago.  Was few times weekly in past, sometimes every other day because GF and family all smoke.  No past px.

Synthetic Marijuana: None

Crack/Cocaine: None

Amphetamine/Methamphetamine: Tried once as kid.

Opiates (includes Heroin, Rx Opiates):  None

  Naloxone Rescue Kit offered: low risk

Benzodiazepines: None

Other: No h/o IVDU.

CAGE negative.
Had two DUI - during military, one here 2004.
No h/o rehab.
No h/o AA or 12-step.


PAST PSYCHIATRIC HISTORY:
Past outpatient care:  Last seen by Dr. Reynolds in 2016.  Was started on Zoloft

50mg at that time - never returned for FU.  At that time, diagnoses were:
Major Depression, recurrent, partial remission; other specified anxiety d/o;
Cannabis use disorder; alcohol use disorder; r/o cluster B anti-social
personality traits, disorder

One inpatient at 14-15yo for evaluation - few weeks.  Denies SI or HI then.  Lit

brother's clothes on fire and ended up in jail.  Parents were going through

divorce and violent household.

No history of suicide attempts.
No history of self-harm.
History of violence.  Has been in over 90-100 fights.  Worst injury - unknown,
"didn't stand around to see." Definitely broken jaw, orbital, sent
to hospital.
People have prevented him from killing people.  No arrests for assault.
Doesn't
fight people smaller than him so no DV.

PAST MEDICATION TRIALS:

Risperdal - reports he "grew breasts"
Zoloft 50mg 2016
Remeron
Trazodone


MEDICAL HISTORY:
Reported problems: LBP
Knee px
Surgical: None
Injuries: Humvee accident as above. Torn ACL.
Seizure: No history of epilepsy or other seizure.
Head injury: H/o hospitalization for head injury with LOC during MVA as above.
No sequelae noted other than chronic headaches.

Active Problems:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem

Allergies:
Patient has answered NKA

Medications:



   Active Outpatient Medications          STATUS
====================================================================
BENZOYL PEROXIDE 5% (WATER BASED) GEL          ACTIVE
      APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN          ACTIVE
      APPLY THIN FILM TO AFFECTED AREA DAILY

TRETINOIN 0.01% TOP GEL                    ACTIVE

APPLY SMALL AMOUNT AFFECTED AREA DAILY FOR ACNE

Active Outpatient Medications (including Supplies):

  Active Outpatient Medications           Status
============================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL    ACTIVE
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO  ACTIVE
    AFFECTED AREA DAILY
3)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
    AREA DAILY FOR ACNE

Active remote meds:
No Active Remote Medications for this patient

Vital signs:
        Temp: 97 F [36.1 C] (08/01/2019 16:17)
        BP:  133/80 (08/01/2019 16:17)
        Pulse:62 (08/01/2019 16:17)
        Respiration:  17 (08/01/2019 16:17)
        Weight: 202.3 lb [92.0 kg] (04/26/2019 09:39)
        BODY MASS INDEX - 29.1 (APR 26, 2019@09:39:23)

Labs:
Metabolic:

        No GLUCOSE in the last 1Y
        No A1C HEMOGLOBIN (DVAMC) in the last 1Y
        No CHOLESTEROL in the last 1Y
        No TRIGLYCERIDE in the last 1Y

CBC:
        No WBC in the last 1Y
        No RBC in the last 1Y
        No HGB in the last 1Y
        No HCT in the last 1Y
        No MCV in the last 1Y
        No PLATELETS in the last 1Y

Chemistry:
        No TSH in the last 1Y
        No Creatinine Serum Result in the last 1Y

        SODIUM - NONE FOUND
        POTASSIUM - NONE FOUND
        CHLORIDE - NONE FOUND
        CO2 - NONE FOUND

LFTs:

        SGOT - NONE FOUND
        SGPT - NONE FOUND

Toxicology screen:
    CANNABINOIDS - NONE FOUND
    COCAINE - NONE FOUND
    AMPHETAMINES - NONE FOUND
    No OPIATES in the last 1Y
    BENZODIAZEPINES - NONE FOUND


FAMILY HISTORY:
No mental health history known but thinks whole family is ill.
Reports mom has irrational worries.
Father is a Vietnam Veteran - probably had PTSD.
No suicides.
Substances:  Everyone smokes MJ.  No substance px.

SOCIAL HISTORY:

I.    Childhood/Developmental History:  "Who knows what's normal, and I was
ward of the state, he didn't handle Vietnam too well, he's still gone, he'll
never be normal; he would beat up everybody and that's what happened so my
parents split up when we were kids."
Grew up in Thornton.
    Childhood was hard as above.
    Raised by both parents until split in HS.

II.   Siblings: 1 full elder brother, and 1 half-sister

III.   Education History: "was going to college, I was in the business school
until that pyschologist made a big deal about my having bought a gun and I got
expelled and was charged, etc.  I hope I can go back to school."

IV.   Employment History & Financial Status: Unemployed but was working as an
intern - taken away after legal troubles.

V.    Relationships:
Never married.  Not in relationship.
VI.   Sexual Orientation, Gender Identity:
Straight, male

VII.   Children:
None

**CONFIDENTIAL**

VIII.   Living Situation:
Sleeping in car or mother's couch

IX.    Religion/Spirituality:
None.

X.    Culture/Background:
Very American - extremely.

XI.    Hobbies/Interests:
Go to dad's ranch and be with his horse.

LEGAL HISTORY:
On Probation
Was in prison for attempted assault on an officer.  Initially denies other
arrests.  When asked directly, admits to dealing with current case at school -
sentencing coming up at school.  Denies he ever made any threats.  Feels she was

"xenophobic of guns".

When asked directly about professor and prior threat, apparently professor said

he was scared of pt, but pt denies ever making threats.  Suing them now due to
discrimination and lack of due process. Doesn't' 'know who or what
he was
accused of.
When he went to prison was in the hole for 5 years because they said he was a
threat to inmates and jailers.
From prior: "past hx incarceration of assaulting police officer/past DWI,
placed
probation upon 2/29/16 alleged threat to professor at UC-Denver, returned to
school since, noted incident above with charges against pt."

MILITARY HISTORY:
    Branch: Marines
    Current military status: discharged
     Service entry date: 12-29-2000
     Service separation date: 6-5-2005
     Deployments (loc/dates): 2000-January Spain; 2002-Kuwait
     MOS:  0612
     Highest rank: E- 4
     Discharge status:
     Article 15s, demotions, disciplinary actions:
      none
     Engaged in direct combat?(combat arms, combat medic, special ops)
      no

MENTAL STATUS EXAMINATION:
ORIENTATION AND CONSCIOUSNESS:  A & O times 4
APPEARANCE AND BEHAVIOR:  Casually dressed. Pleasant and cooperative. Good eye

contact. SPEECH: Fluent, spontaneous. Normal rate and volume.
MOOD: Depressed and anxious.
AFFECT: Mood congruent and appropriate with normal range.
PSYCHOMOTOR ACTIVITY: No psychomotor retardation or agitation.
PERCEPTUAL DISTURBANCE: No auditory or visual hallucinations.
FORM OF THOUGHT: Linear and goal directed..
THOUGHT CONTENT: No overt paranoia or delusions.
SUICIDAL OR VIOLENT IDEATION: No suicidal or homicidal ideation.
INSIGHT: Poor
JUDGMENT: Fair
COGNITIVE: Grossly intact per interview.
GAIT: ambulates without difficulty

DIAGNOSIS: (Based on DSM 5 criteria)
1.     Major Depression, recurrent, remission
2.     Psychosis NOS - full remission
3.     Other specified anxiety d/o
4.     R/O GAD
5.     R/O PTSD
6.     Cannabis use disorder - early remission
7.     Alcohol use disorder - early remission
8.     Cluster B anti-social personality traits, R/O disorder
See problem list above for medical diagnoses

ASSESSMENT:
This patient is a 37yo single African-American male who is homeless, no kids,
unemployed from prior finance work related to expulsions from school.  He
reports some anxiety sx consistent with possible PTSD from childhood
abuse/witnessed violence and MVA while in military.  Notably, this dx has not be

noted previously by his many years of other providers, so cannot rule out
secondary gain, especially given atypical nature of his reported symptoms (i.e.
supposed NM of seeing his own back muscles rip out, which clearly does not
represent a real aspect of his traumatic event).  He also reports anxiety sx
consistent with possible GAD - will con't prior specified anxiety dx for
now,
given issues with accuracy of history.  He also reports a remote h/o psychotic
sx, such as AH, though has significant paranoia currently that is difficult to
parse from a trauma-related sx.  Also, affect is somewhat restricted/odd today,
so cannot rule out that these symptoms are still an active concern that is being

minimized today.

Significantly vague, evasive history given today that is clearly presented with
an eye to social acceptability/positive spin, repeatedly denying symptoms or
events (i.e. alcohol/drug issues, prior arrests) unless directly confronted with

information already documented in chart.  Prior concern for possible ASPD
consistent with presentation today, including childhood fire-setting,
significant violence hx (100+ fights, including serious injuries likely
requiring hospitalization such as broken bones) though has avoided assault
charges so far, alleged threats x2 against school staff resulting in expulsion

(suing school currently).

Presentation complicated by h/o heavy alcohol and cannabis use at various points

in the past, now sober, though length of sobriety is difficult to determine based on self-report.

No h/o self-harm or suicide attempts.  Significant h/o violence with multiple serious assaults and alleged threats by school, as detailed above.  Safe and stable for outpatient management at this time.


PLAN:
   PSYCHIATRIC PROBLEM LIST AND PLAN:
1.     Mood: Declines medication and would like to address issues in therapy for now. Will defer. Could consider SNRI given chronic pain.
2.     Trauma: Strongly encourage con't psychotherapy with Ms. Valdiviezo.
3.     Anxiety:  As above.
4.     Insomnia: Variable - monitor.
5.     Substance Use: Referral to SUD services deferred - monitor.
6.     Psychosis:  Monitor - consider medication as needed in future.
7.     Nutrition:  Will discuss further at future visits. Encourage con't exercise.
8.     Medical Issues: Continue routine lab monitors and regular check-ups with

PCP.

1. MEDICATIONS: as above
Discussed options including no changes.
Change current psychiatric medications: Reviewed SE, risks, and possible benefits of tx with above-named medication(s).
Veteran has decisional capacity, verbalized an understanding of, and agreement with this plan. A medication handout will be provided when veteran receives the medication from the pharmacy.

Understands and agrees to the following:
o      No drugs or alcohol with medications.
o      Take medications only as directed.
o      Do not drive if sedated or impaired.
o      Follow up with appointments, call to make appointment sooner if needed.
o      Crisis services reviewed with client, will obtain services if needed.
o      Follow up with PCP for any medical concerns.
o      Patient agrees to this disposition and verbalizes understanding of the consequences associated with the failure to follow through on treatment recommendation.

2. LABS/OTHER TESTS: as above

3. REFERRALS: as above

4. SAFETY:  Risk assessment:
Risk Factors:

Protective Factors:
Given the above, veteran is felt to be at low risk for imminent danger to
self or others at this time.

5.  FOLLOW-UP: RTC in 2-3 months, sooner PRN.

Time with patient: 45 Min

Treatment provided:  medication evaluation

CONSENT/TREATMENT PLAN:  Patient and/or caregiver has decisional
capacity and indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan, including medications.

/es/ CHANEL M HEERMANN, MD
Staff Psychiatric Physician
Signed: 09/24/2019 10:45

Receipt Acknowledged By:
09/30/2019 10:44    /es/ Sonia Valdiviezo, LCSW
              LICENSED CLINICAL SOCIAL WORKER, MH

| | |
|---|---|
| Date/Time: | 16 Sep 2019 @ 1347 |
| Note Title: | MH CANCELLED APPT. |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 20 Sep 2019 @ 1349 |

Note

 LOCAL TITLE: MH CANCELLED APPT.
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE
DATE OF NOTE: SEP 16, 2019@13:47    ENTRY DATE: SEP 20, 2019@13:47:30
   AUTHOR: VALDIVIEZO,SONIA    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Veteran cancelled appointment due to court hearing.  Session was rescheduled for

Wed. 10/9/19 at 3pm.

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 09/20/2019 13:49

| | |
|---|---|
| Date/Time: | 11 Sep 2019 @ 1600 |
| Note Title: | CWT EMPLOYMENT INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BURRELL,AILEEN C |
| Co-signed By: | BURRELL,AILEEN C |
| Date/Time Signed: | 11 Sep 2019 @ 1601 |

Note

 LOCAL TITLE: CWT EMPLOYMENT INFORMATIONAL NOTE
STANDARD TITLE: CWT NOTE
DATE OF NOTE: SEP 11, 2019@16:00    ENTRY DATE: SEP 11, 2019@16:00:59
   AUTHOR: BURRELL,AILEEN C    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

  *** CWT EMPLOYMENT INFORMATIONAL NOTE Has ADDENDA ***

Dear PCP or Medical Professional: Dr. Schnell

Medical Release for the Compensated Work Therapy Program (CWT) is being
requested.

Please be advised that a consult has been received for a mutual Veteran who is
interested in TSES/CWT, a therapeutic supported employment program.

The CWT Program is required to obtain a medical release from a Veteran's PCP
or
recent treating medical provider to participate in employment activities related

to the CWT Program.

By signing off on this consult, you are consenting to this Veteran's
participation in TSES/CWT.

Please indicate in comment to this consult if Veteran has any physical
limitations for employment.

Your response within 5 days is appreciated as we cannot enroll the Veteran in
CWT until
approval or disapproval has been established.

Thank you.

/es/ Aileen C Burrell, LCSW
Clinical Social Worker
Signed: 09/11/2019 16:01

Receipt Acknowledged By:

09/13/2019 16:50      /es/ BENJAMIN SCHNELL DO
                    Staff Primary Care Physician

09/13/2019 ADDENDUM            STATUS: COMPLETED
Veteran has an acute on chronic knee problem that he is working on with VA PT.

/es/ BENJAMIN SCHNELL DO
Staff Primary Care Physician
Signed: 09/13/2019 16:52

Receipt Acknowledged By:
09/17/2019 10:51      /es/ Aileen C Burrell, LCSW
                    Clinical Social Worker

| | |
|---|---|
| Date/Time: | 10 Sep 2019 @ 1716 |
| Note Title: | MH INDIVIDUAL PSYCHOTHERAPY(D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDIVIEZO,SONIA |
| Co-signed By: | VALDIVIEZO,SONIA |
| Date/Time Signed: | 16 Sep 2019 @ 0945 |

*Note*

 LOCAL TITLE: MH INDIVIDUAL PSYCHOTHERAPY(D)
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 10, 2019@17:16    ENTRY DATE: SEP 10, 2019@17:17:04
   AUTHOR: VALDIVIEZO,SONIA    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

TREATMENT PROVIDED: Individual Psychotherapy
Duration of visit: 60 minutes
Diagnosis: Major Depression Disorder

VETERAN'S STATED RECOVERY GOALS: "I want to grow and change because
that's what
life is about."

PRESENTING CHALLENGE TODAY/SIGNIFICANT EVENT SINCE LAST VISIT: Veteran reports
that his most pressing stressor is lack of housing and chronic unemployment.  He

reports that he is already working with HUD-VASH on obtaining affordable
housing.  He was also interested in a consult with the TSES/CWT for employment
support.

IDENTIFYING INFORMATION:
OCCUPATION - HR
MARITAL STATUS - NEVER MARRIED
37 year old Marine Corps veteran with a history of Depression,
who served from DEC 29,2000 to JUN 5,2002 and is currently SERVICE CONNECTED

% - 60.

INTERVENTIONS PROVIDED TODAY:  I validated and normalized Veteran's symptoms of
anxiety related to current stressors, such as homelessness, unemployment and
probationary status.  I provided support in identifying goals for treatment and
exploring Veteran's strenghts and resilience.

- Psychotherapeutic support(rapport building, active listening, validation
  and normalization, identification and encouragement of coping skills).
- Psychoeducation(educating about diagnosis, symptoms, skills, appropriate
  treatment options).
- Motivational enhancement (identifying ambivalence regarding
  engagement, eliciting and affirming desire to change).
- Strength-based approaches to care(promoting Veteran's identification
  and implementation of skills, talents, and abilities).

ASSESSMENT:  Based on Veteran's homelessness, unemployment, and pending court
sentencing, and Veteran's court, priority in treatment is to support Veteran's
efforts in stabilizing economic stressors.

MENTAL STATUS: Veteran presented as cooperative, engaged, and motivated for
treatment.  He presented as well groomed, dressed casually, with rate, volume,
and intonation of speech within normal limits along with appropriate level of
eye contact.  Veteran presented with goal directed thinking, and age appropriate
judgement, and full range of affect consistent with content.  He presented with
intact memory, orientation to date, time, and place, and with moderate insight
regarding how mood and thoughts affect functioning.

RISK ASSESSMENT:
- Veteran denied suicidal ideation and intent.

PLAN:
  1. RTC has been entered; Clinically Indicated Date: September 16, 2019
  2. Continue with recovery plan.
  3. OPTIONAL Comments:

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 09/16/2019 09:45

| | |
|---|---|
| Date/Time: | 29 Aug 2019 @ 0736 |
| Note Title: | MH CONSULT REPORT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHESTER,GALINA N |
| Co-signed By: | CHESTER,GALINA N |
| Date/Time Signed: | 29 Aug 2019 @ 0737 |

**CONFIDENTIAL**

### Note

 LOCAL TITLE: MH CONSULT REPORT
STANDARD TITLE: MENTAL HEALTH CONSULT
DATE OF NOTE: AUG 29, 2019@07:36   ENTRY DATE: AUG 29, 2019@07:36:40
   AUTHOR: CHESTER,GALINA N   EXP COSIGNER:
 URGENCY:            STATUS: COMPLETED

Per the chart, Veteran attended their scheduled MHC appointment on 8/14/19
(please see MH INITIAL ASSESSMENT note dated on 8/14/19 for further
information). CONSULT COMPLETE

/es/ GALINA N CHESTER
LCSW
Signed: 08/29/2019 07:37

| | |
|---|---|
| Date/Time: | 22 Aug 2019 @ 1437 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 22 Aug 2019 @ 1446 |

### Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 22, 2019@14:37   ENTRY DATE: AUG 22, 2019@14:38:08
   AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
 URGENCY:            STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Contact
Duration: 5 minutes

Writer called veteran on this day to inquire on wellbeing and to discuss pending

orientation with DHA.  Veteran reported he was doing well and happy that his
court case was over. Veteran reported he will be on probation and is now in Vet
Court.

Veteran was informed this writer had reached out to DHA inquiring on pending
orientation and writer is waiting to hear back from the housing authority
regarding date and time.  Writer assured veteran the undersigned would contact
veteran as soon as this writer is made aware of scheduled orientation.  Veteran
was agreeable to this.

JORDAN, CHADWICK HEATH · · · · · · · · · · · **CONFIDENTIAL** · · · · · · · · · · · · · Page 498 of 667

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 08/22/2019 14:46

| | |
|---|---|
| **Date/Time:** | 14 Aug 2019 @ 1345 |
| **Note Title:** | MH INITIAL ASSESSMENT (D) |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | VALDIVIEZO,SONIA |
| **Co-signed By:** | VALDIVIEZO,SONIA |
| **Date/Time Signed:** | 16 Aug 2019 @ 1559 |

**Note**

 LOCAL TITLE: MH INITIAL ASSESSMENT (D)
STANDARD TITLE: MENTAL HEALTH INITIAL EVALUATION NOTE
DATE OF NOTE: AUG 14, 2019@13:45    ENTRY DATE: AUG 14, 2019@13:45:59
    AUTHOR: VALDIVIEZO,SONIA    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

AGE: 37  GENDER: MALE   RACE: BLACK OR AFRICAN AMERICAN
MARITAL STATUS: MARITAL STATUS - NEVER MARRIED
SERVICE CONNECTED % - 60
CURRENT PHONE NUMBER: 720-276-5377

Prior to starting the assessment, the provider reviewed informed consent,
the purpose of the current evaluation, and limits of confidentiality.  The
veteran acknowledged and agreed to proceed with the evaluation.

PRESENTING CONCERN: Veteran reports that "I need to be around people,
probably
be around more Veterans, because I definitely, I think I talk too much.  I do
you know, but I guess I'm a private person, and I'm a personable
person.  I have
a lot of people I get along with because I have a lot of family. I feel like I
did well by myself, but I don't feel safe anymore.  Because I think people
have
different gods, and politics and believes and motivations."

Veteran reported that he casually made a remark to a counselor at the university

he attended about his going to a gun show and purchasing a gun.  "She asked
me
if I did anything over the weekend, and I told her about the Gunner show and
next thing I know I was being searched and all of my things were investigated
and I was charged with intent to endanger or something."  He reports that
this
led to his expulsion from the university, where he was enrolled in business
school, and to serious legal consequences.  "I had suicidal thoughts because

they charged me with a 100 years, and I was thinking my life is over.  Just
facing so much time for something I didn't do, it was kinda depressing for
me.
I was trying to move forward, so I'm definitely I'm better now.  I got
so
depressed a little bit.  I'm just happy where I'm at, because
that's part of
dying.  I was satisfied with the world the way it was, I thought it hurts the
world more for me to be gone than for me to be in it."
Veteran reports that he is seeking treatment for the purpose of not being
socially isolated.  "I think I need to build more positive relationships, I
just
know that I need them and they need.  It's going good for my mom and my
brother,
and my pops I don't know the votes anyone."

Veteran reports that now he has "hope that I can be readmitted now, just to

continue doing what I was doing.  I was in business school, before all this.  I

can't believe that a counselor would ruin your life like that."

DO YOU HAVE ANY URGENT NEEDS TODAY?  NONE

SNAP - Strengths, Needs, Abilities, Preferences
  PERSONAL STRENGTHS: "I'm a happy person, happy for no reason,
motivated, tough
guy, just always doing weird things, such as business type strategies, business
ideas, pretty creative, I help people a lot, because I like to pass on what I
have learned."

  INDIVIDUAL NEEDS/BARRIERS TO TREATMENT:

  ABILITIES AND/OR INTERESTS:  "I like to follow the law, and I stay on top
of
the markets, because it's part of history, because I do it like a habit,
because
I heard a long time ago that if you follow the markets you become a part of it.
I'm interested in politics, but more of the spiritual aspects of politics.
You
know because politics are spiritual in nature, building connections like three
people together can invoke God.  I learned a lot as an intern with an
accountant.  I have a business, doing people's accounting or maybe financial

law, but right now I have no clients."

  PREFERENCES: I prefer groups, I like those.

PSYCHIATRIC HISTORY
  HISTORY OF PRESENTING CONCERN:
    Operation Iraqui Freedom, I got hit by a medic with her humvee,  we
    were on base, and I suffered some injuries and was in the hospital but I

**CONFIDENTIAL**

can't remember how long, maybe a day and then they sent me home.

TRAUMA SCREENING:
1. Have you ever been exposed to combat? Yes
2. In your lifetime, have you ever been abused by a partner, physically attacked, or witnessed violence? Yes
3. As a child were you ever hit, mistreated, or had your basic needs left unmet? Yes
4. Has anyone ever made or pressured you into having some type of unwanted sexual contact? No
   If yes, when, where, and with whom did it occur?

5. Have you ever had any other experience where you encountered sudden death or the possibility of death or serious injury to yourself or others? No

PAST PSYCHIATRIC HISTORY/ PREVIOUS BEHAVIORAL HEALTH SERVICES:
There is no coincidences, we all talk about our families, and  when i actually go visit funerals, I know where my family is  buried at, is this was my family, and people to say they are  talking about the constitution as if it were just a piece of  paper.

MEDICATION MANAGEMENT SCREENING
1. Are you on psychiatric medications now?
   If so, when will you run out? NO
2. Do you have any serious issues with them right now?
   If so, what? N/A
3. Are you interested in seeing someone specifically to talk about medications to assist in your mental health recovery goals? N/A
4. Is your primary care provider recommending an evaluation for psychiatric medications? NO

RISK SCREENINGS:
Columbia Suicide Severity Rating Scale (C-SSRS) screener
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
   No

2. Over the past month, have you had any actual thoughts of killing yourself?
   No

3. Over the past month, have you been thinking about how you might do this?
   Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some intention of acting on them?
   Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?

Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this  plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or  prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.


DANGEROUSNESS TO OTHERS SCREEN:
 1) In the past 90 days, have you had thoughts of harming others? No
 2) In the past 90 days, have you acted on thoughts of harming others
    (including developing a plan or actually harming others)? No
 3) If Yes to 1 or 2, are you having those thoughts today? N/A
    a. If Yes, Do you have intent to act on these thoughts? N/A
    b. Do you have a specific target? N/A
    c. Do you have access to weapons or other lethal means to carry
       out this plan? N/A
 4) In your lifetime, have you had a history of physically harming
    others? No

 HISTORY OF OTHER RISK TAKING BEHAVIORS:
PSYCHOSOCIAL HISTORY:
 a) Military History:
   Branch: Marines
   Current military status: discharged
    Service entry date: 12-29-2000
    Service separation date: 6-5-2005
    Deployments (loc/dates): 2000-January Spain; 2002-Kuwait
    MOS:  0612
    Highest rank: E- 4
    Di
scharge status:
    Article 15s, demotions, disciplinary actions:
     none
    Engaged in direct combat?(combat arms, combat medic, special ops)
     no
 b) Childhood/Developmental History: "Who knows what's normal, and I
was ward
of the state, he didn't handle Vietnam too well, he's still gone,
he'll never be
normal; he would beat up everybody and that's what happened so my parents
split
up when we were kids."
 c) Family History: Father is a Vietnam Veteran, 1 full elder brother, and 1

half-sister
d) Cultural & Spiritual beliefs:
e) Sexual Orientation, Gender Identity:
f) Education History: was going to college, I was in the business school
until
that pyschologist made a big deal about my having bought a gun and I got
expelled and was charged, etc.  I hope I can go back to school.
g) Living Situation, Employment Status, & Financial Status: Unemployed but

working as an intern. Sleeping in car or my mother's couch
h) Legal Involvement: Probation
i) Relationships: none

Section 3 - Medical Information
MEDICAL INFORMATION

PRIMARY CARE SCREEN
1.  How long has it been since you've seen a primary care provider?
April 2019

2.  If it has been over one year since the last primary care visit,
would you like to get established/re-established with a primary care
provider? N/A

3.  Are you having any current medical concerns you would like to
discuss with a medical provider?
Yes worried about my liver; it's kinda hurts

Is this issue identified as urgent
or non-urgent? Non-urgent

PAIN SCREENING
1) Are you having pain right now?  Yes
If so, What is the location(s) of the pain?  lower back
2) How long have you had this pain (duration)? I'm going to physical
therapy

HEAD INJURY SCREEN:
Veteran has been hospitalized or treated in an emergency
room following a head or neck injury.
Veteran has been knocked out or unconscious
following an accident or injury.
Veteran has injured his/her head or neck in a car
accident or from some other moving vehicle accident.
Veteran has not ever injured his/her head or neck in a fight
or a fall.
Details:
I was admitted to the hospital but can't recall how long I was there

NUTRITION SCREENING:

1. Do you have any food allergies? No


USE OF COMPLIMENTARY HEALTH APPROACHES:
CURRENT NICOTINE AND CAFFEINE USE:
  No nicotine, I drink about 8 cups of coffee

CURRENT VA-PRESCRIBED MEDICATIONS:

  Active Outpatient Medications (including Supplies):

    Active Outpatient Medications                    Status
    ==========================================================
    =====
    1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL      ACTIVE
        AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
    2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE
        AFFECTED AREA DAILY
    3)  MELOXICAM 15MG TAB TAKE ONE TABLET BY MOUTH ONCE A     ACTIVE
        DAY AS NEEDED FOR PAIN/INFLAMMATION. TAKE WITH FOOD
        OR MILK
    4)  METHYLPREDNISOLONE 4MG TAB DOSEPAK,21 TAKE AS          ACTIVE
        DIRECTED BY MOUTH DAILY - FOLLOW DIRECTIONS ON
        DOSEPAK
    5)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE
        AREA DAILY FOR ACNE
  CURRENT NON-VA MEDICATIONS:
    None

  ALLERGIES AND ADVERSE DRUG REACTIONS:
    Patient has answered NKA


DESCRIPTIVE MENTAL STATUS EXAM:
  ORIENTATION AND CONSCIOUSNESS:   lethargic

  APPEARANCE AND BEHAVIOR:   grooming appropriate

  SPEECH:   slow at times, slurred

  LANGUAGE:   intact

  MOOD AND AFFECT:   affect labile at times, mood depressed


  PERCEPTUAL DISTURBANCE:   none

  THOUGHT PROCESS AND ASSOCIATION:   loosening of associations,
  circumstantial, disorganized

  THOUGHT CONTENT:   details: Veteran reported that he had difficulty
  trusting people, and that he did "not want to be predictable, because

it's not
safe to be predictable. That's why I switch around taking about different
Tings."

 INSIGHT:   limited

 JUDGMENT:   good

 MEMORY:  intact

 FUND OF KNOWLEDGE: average

 MENTAL STATUS COMMENTS: Veteran presented as cooperative, engaged, and
motivated for treatment.  He presented as well groomed, dressed casually, with
slow rate of speech and volume and intonation of speech within normal limits
along with appropriate level of eye contact.  Veteran presented with
disorganized and circumstantial thinking, and moderate age appropriate
judgement, and liable affect inconsistent with content on 2 ocassions during
this session.  He presented with intact memory, orientation to date, time, and
place, and with minimal insight regarding how mood and thoughts affect overall
functioning.

SUMMARY AND FORMULATION:  Veteran presented with excessive worry, inability to
focus, and inconsistent mood. Based on Veteran's presentation and history of

mental health treatment further assessment to clarify current treatment needs is

warranted.

PROVISIONAL DSM-V DIAGNOSIS:  MDD, Anxiety

PLAN:
 Initial goals for care:
  Attend groups because when I was coming here, things were going  well
  for me.
 How will I know if I am making progress towards my goals?
 Initial objectives created in collaboration with Veteran to assist them
 in moving closer to their goals:  Veteran will begin attending DROP-IN groups
as early as next week.  We will discuss treatment options further during our
next scheduled session.

Interventions/Services that are recommended to meet the Veteran's goals:
 Other:  Drop-In groups, individual psychotherapy

MHTC: Jessica M Curtis
MED MANAGEMENT REFERRAL/ASSIGNMENT: N/A
NEXT APPOINTMENTS: Sep 10, 2019
Anticipated duration of care: 9-12 months

All of the above sections are required for a full initial intake. Were all
4 sections completed during today's visit?
 Yes

/es/ Sonia Valdiviezo, LCSW
LICENSED CLINICAL SOCIAL WORKER, MH
Signed: 08/16/2019 15:59

| | |
|---|---|
| Date/Time: | 13 Aug 2019 @ 1518 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 13 Aug 2019 @ 1522 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 13, 2019@15:18   ENTRY DATE: AUG 13, 2019@15:18:56
   AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

   *** MH HOMELESS TELEPHONE CONTACT Has ADDENDA ***

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Contact
Duration: 5 minutes

Writer was notified by Kimberly Hilling HUD VASH case manager veteran had called

and left a message requesting a return call.  Writer called veteran and veteran
answered this writer's call.  Veteran stated he has been searching for
housing
and planned on signing a lease on this day.  Writer explained to veteran he has
yet to receive his voucher and if he proceeds with signing a lease he will be
solely responsible for the rent.

Veteran missed two consecutive DHA orientations due to court and writer
explained to veteran the undersigned was waiting to hear from the housing
authority when the next orientation is to be scheduled. Writer assured veteran
the undersigned would reach out to the housing authority again and inquire on
the above.  Writer will contact veteran and inform him of scheduled orientation.

Veteran was agreeable to this.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 08/13/2019 15:22

Receipt Acknowledged By:
08/14/2019 15:29      /es/ KIMBERLY HILLING

**CONFIDENTIAL**

Social Worker, LCSW

08/14/2019 ADDENDUM          STATUS: COMPLETED
This writer reviewed note. No action needed by HICC RN. Concern addressed by SW.

/es/ CANDACE NOWLIN MSN RN-BC CPEN
VISN 19 Tele nurse Program RN
Signed: 08/14/2019 09:48

| | |
|---|---|
| Date/Time: | 13 Aug 2019 @ 1140 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 13 Aug 2019 @ 1145 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 13, 2019@11:40   ENTRY DATE: AUG 13, 2019@11:40:29
   AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Z59.0 Homelessness
Procedure: Telephone Call/Failed Attempt

Writer called veteran on this day to inquire on wellbeing however veteran did
not answer this writer's call.  The undersigned was able to leave a message

requesting a return call at his earliest convenience.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 08/13/2019 11:45

| | |
|---|---|
| Date/Time: | 05 Aug 2019 @ 1958 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BONNETT,CARL J |
| Co-signed By: | BONNETT,CARL J |
| Date/Time Signed: | 05 Aug 2019 @ 2117 |

Note

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: AUG 05, 2019@19:58   ENTRY DATE: AUG 05, 2019@19:58:35
    AUTHOR: BONNETT,CARL J    EXP COSIGNER:
  URGENCY:                 STATUS: COMPLETED

Subjective/Chief Complaint:
Pt here stating "I think the arch on my right foot is falling. It feels
like  pins and needles and tingles all the time for 3 months. I think it
is because I  tore the ACL  in my left knee and it still hurts." Pt wants
left knee pain addressed as well.

CHIEF COMPLAINT: right foot pain
  I have reviewed the RN Triage Note for this visit and have reconciled
  any discrepancies.

HISTORY OF PRESENT ILLNESS:
I reviewed the RN Triage note and agree with the findings on the nurse's
history. Please refer to the Triage note for details. I would add the following
additional information...

1)Pt reports increasing left knee pain over last three months; no new trauma
2)reports he tore his ACL in 2018 and was treated with PT; not thought to be
good surgery candidate
3)also now having pain in the R foot/arch; he feels this is due to compensating
while walking
4)no new trauma

REVIEW OF SYSTEMS:
GEN: No fever or chills, no abnormal constitutional symptoms
HEENT: No sore throat, ear pain, rhinorrhea, neck pain, difficulty swallowing or

opening the mouth
PULMONARY: No cough, difficulty breathing
CARDIAC: No chest pain
GI: No nausea, vomiting, diarrhea, or abnormal symptoms
GU: no lesions, no dysuria, hematuria, or abnormal discharge
SKIN: No abnormal rash
NEURO: No focal numbness or weakness, no subjective complaints
MUSCKULOSKELETAL:see HPI
Psych: No active issues.

All other ROS noncontributory other than as described in the HPI.

PAST MEDICAL HISTORY: I reviewed the problem list and past medical history for
this patient on the electronic medical record.
      Pertinent Changes: NONE

SOCIAL HISTORY:

The following are what the patient reports today; this does not represent a review of previous social
history to cross check his/her report...

HX OF ETOH ABUSE:         Yes [ ] No [ x ]
CURRENTLY DRINKS ETOH   Yes [ ] No [ x ]
SMOKER              Yes [ ] No [  ] Hx of [ ]
Recreational Substances?     Yes [ ] No [ x ] Hx of [ ]


FAMILY HISTORY: non-contributory


PROBLEM LIST:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
 10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
 11. Foot Pain (ICD-9-CM 719.47)
 12. SUBJECTIVE TINNITUS
 13. Pseudofolliculitis barbae
 14. Major depressive disorder
 15. Anxiety disorder
 16. Osteoarthritis of knee
 17. Legal problem

Allergies: Patient has answered NKA


Active and Recently Expired Outpatient Medications (including Supplies):

|  | Issue Date | |
| | Status    Last Fill | |
| Active Outpatient Medications | Refills | Expiration |
|===================================================================|
| = | | |
| 1)   BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE | | |
| Issu:04-26-19 | | |
|    Qty: 60 for 30 days  Sig: APPLY SMALL   Refills: 1 | | |
| Last:08-01-19 | | |

**CONFIDENTIAL**

AMOUNT AFFECTED AREA TWICE A DAY FOR
Expr:04-26-20
ACNE
2) CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:  ACTIVE
Issu:04-26-19
60 for 30 days  Sig: APPLY THIN FILM    Refills: 1
Last:08-01-19
TO AFFECTED AREA DAILY
Expr:04-26-20
3) TRETINOIN 0.01% TOP GEL  Qty: 15 for 30   ACTIVE
Issu:04-26-19
days  Sig: APPLY SMALL AMOUNT AFFECTED  Refills: 1
Last:08-01-19
AREA DAILY FOR ACNE
Expr:04-26-20 No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
[ ] The medication list above was reviewed with the patient at
today's visit. I have indicated discrepancies under each
medication that is not being taken as prescribed. Medication
orders, including any additions or discontinuations, have been
updated as appropriate, and the patient now has an accurate
medication list.

[ x] Limited Medication Reconciliation was performed at this visit
as short term medications were prescribed at this visit.

[ ] Medication Reconciliation was not performed at this visit as
no medications were changed, prescribed or administered at
this visit.

[ ] Medication Reconciliation was not performed at this visit as
patient and/or caregiver is not able to confirm medications
he/she is taking.

VITAL SIGNS - See progress note titled ER NURSE TRIAGE NOTE for Pulse
Oximetry No Vitals Were Found

EXAM:
Alert, well nourished, no distress, GCS 15, moves all extremities, speech clear,

breathing comfortably, speaking in full sentences, skin warm and dry, facial
movements are grossly symmetrical, no gross neurologic deficits. No evidence of
any intoxicants on board.

Left knee diffuse TTP around the patella
ligaments stable
no redness no warmth

DATA:

LAB RESULTS TODAY - NONE FOUND

xrays of left knee and R foot unremarkable to my read


ASSESSMENT:

1)Left knee pain
2)right foot/arch pain
3)


PLAN:

1)Mobic
2)Medrol dose pack
3)RTC for PCP placed to evaluate treatment success and consider further referral

if indicated

Patient was advised to return to the ER for any worsening of their condition
or any new concerns. I explained the discharge instructions to the Veteran and
the Veteran demonstrated appropriate understanding of the instructions and
return precautions.

CONDITION ON DISCHARGE: [ x ]good   [  ]fair   [  ]poor

PATIENT EDUCATION AT DISCHARGE:

(x ) Discharge instructions discussed with patient and/or caregiver.
    Patient/Caregiver indicates readiness to learn, verbalizes understanding,
    agreement and satisfaction with the treatment plan. Patient/Caregiver
    doesn't have any further questions today.



INSTRUCTIONS FOR FOLLOW UP CARE:
[  ] See primary care provider
[  ] No PCP assigned
[x ] Return to ER if worse
[  ] OBMT recheck
[x ] Other: as above
[  ] Follow up with Ortho
[  ] Follow up with Neurology
[  ] Sent straight to Eye Clinic
[  ] Escorted to the Mental Health Clinic

DISPOSITION FROM EMERGENCY DEPARTMENT
[x ] Discharged
[  ] Inpatient Admission
[  ] Observation Admission

/es/ CARL J BONNETT
Emergency Room Staff Physician
Signed: 08/05/2019 21:17

| | |
|---|---|
| Date/Time: | 05 Aug 2019 @ 1946 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HAMILTON,M RACHELLE |
| Co-signed By: | HAMILTON,M RACHELLE |
| Date/Time Signed: | 05 Aug 2019 @ 1946 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: AUG 05, 2019@19:46   ENTRY DATE: AUG 05, 2019@19:46:46
   AUTHOR: HAMILTON,M RACHELLE  EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED


Allergies: PENICILLIN, VANCOMYCIN
Subjective/Chief Complaint:
Pt here stating "I think the arch on my right foot is falling. It feels
like  pins and needles and tingles all the time for 3 months. I think it
is because I  tore the ACL  in my left knee and it still hurts." Pt wants
left knee pain addressed as well.

Objective:
Fall Risk Assessment-- MORSE FALL SCALE with Interventions --
 HISTORY OF FALL WITHIN LAST 3 MONTHS? 0 No Patient last had a fall on:
 Elicit Veteran's perception of the cause of this (most recent) fall(s):

 SECONDARY DIAGNOSIS(defined as 2 or more diagnoses and/or polypharmacy)?
 0 No There  been medication changes.

 AMBULATORY AID IN USE?  0 None/Bedrest/Nurse Assist

 Which ambulatory aid is used:

 IV CONTINUOUS/BOLUS?  0 No

 GAIT/TRANSFER METHOD?  0 Normal/BR/Wheelchair

 MENTAL STATUS?  0 Oriented to own ability

 Total Morse Score: 0

Total Fall Risk is low if Morse is <45

Total Fall Risk score is high if Morse is 45 or greater

High Fall Risk Goal: The Veteran will remain free of injuries related to falls.

Vital Signs *
 Temperature
  98.5 F (36.9 C)
 Pulse
  99
 Respirations
  18
 Blood Pressure
  122/82
 Pain scale recorded:
  7
 Pulse Oximetry 98 Room Air

Current Medications:
Active Outpatient Medications (including Supplies):

  Active Outpatient Medications                    Status
========================================================================
1)  ACETAMINOPHEN 500MG TAB TAKE 2 TABLETS BY MOUTH EVERY  ACTIVE
     6 HOURS AS NEEDED FOR PAIN. NOT TO EXCEED 4000MG
     ACETAMINOPHEN FROM ALL SOURCES PER DAY.
2)  ALLOPURINOL 300MG TAB TAKE ONE TABLET BY MOUTH DAILY   ACTIVE
     AFTER A MEAL WITH PLENTY OF WATER TO PREVENT GOUT
     (NOTE DOSE CHANGE)
3)  DOCUSATE NA 100MG CAP TAKE ONE CAPSULE BY MOUTH TWICE  ACTIVE
     A DAY TO PREVENT CONSTIPATION
4)  IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH EVERY 8   ACTIVE
     HOURS AS NEEDED WITH FOOD OR MILK FOR
     PAIN/INFLAMMATION
5)  MULTIVITS W/MINERALS TAB/CAP (NO VIT K) TAKE 1 TABLET  ACTIVE
     BY MOUTH DAILY
6)  SILDENAFIL CITRATE 100MG TAB TAKE ONE TABLET BY MOUTH  ACTIVE
     AS DIRECTED *TAKE AS DIRECTED PRIOR TO SURGERY*
7)  SULFAMETHOXAZOLE 800/TRIMETH 160MG TAB TAKE 1 TAB      ACTIVE
     (800/160MG) BY MOUTH ONCE WITH A FULL GLASS OF
     WATER  THE MORNING OF THE UROLOGY FOLEY PULL
8)  TRAMADOL HCL 50MG TAB TAKE ONE-HALF TABLET BY MOUTH    ACTIVE
     EVERY 6 HOURS AS NEEDED FOR PAIN NOT RELIEVED BY
     ACETAMINOPHEN

Current Problems: ACTIVE PROBLEMS

The patient was asked, "Over the past two weeks, how often have you been
bothered by thoughts that you would be better off dead or of hurting
yourself in some way?"
  Not At All
Emergency Severity Index (ESI) level
  Level 4

/es/ M RACHELLE HAMILTON
Staff Nurse
Signed: 08/05/2019 19:23

/es/ M RACHELLE HAMILTON
Staff Nurse
Signed: 08/05/2019 19:46

| | |
|---|---|
| Date/Time: | 05 Aug 2019 @ 1530 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 05 Aug 2019 @ 1533 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: AUG 05, 2019@15:30    ENTRY DATE: AUG 05, 2019@15:30:47
    AUTHOR: DEUTSCH,PAUL A      EXP COSIGNER:
  URGENCY:                 STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 15 minutes
Treatment Provided: Veterans Treatment Court
Plan: Continue Veterans Treatment Court

D: Veteran's case was reviewed in the Denver Drug Court Veterans Docket. An

interagency ROI is on file. The veteran's case was staffed prior to court.

The veteran was present for court simply to observe the VTC. He speaks the judge

and asks appropriate questions. He verbalizes his interest in participating.

Writer encourages the veteran to follow-up with this clinician to ask any
additional questions he may have.

The veteran did not report any additional needs this afternoon.

A: Veteran did not endorse SI/HI or thoughts of self-harm. Euthymic mood.

**CONFIDENTIAL**

Behavior was appropriate and professional before the court.

P: Veteran is not yet sentenced to VTC but will be, if that is his choice,
during upcoming district court this week. VJO staff are available to supply
assistance to veteran as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 08/05/2019 15:33

| | |
|---|---|
| Date/Time: | 01 Aug 2019 @ 1812 |
| Note Title: | ED-PSYCH EMERGENCY VISIT WITH SW/PSY |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RESTIVO,NICHOLE L |
| Co-signed By: | RESTIVO,NICHOLE L |
| Date/Time Signed: | 01 Aug 2019 @ 1828 |

Note

 LOCAL TITLE: ED-PSYCH EMERGENCY VISIT WITH SW/PSY
STANDARD TITLE: MENTAL HEALTH EMERGENCY DEPT NOTE
DATE OF NOTE: AUG 01, 2019@18:12   ENTRY DATE: AUG 01, 2019@18:13:23
    AUTHOR: RESTIVO,NICHOLE L   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

ED Psych Emergency Visit with SW/PSY

Social Worker

PATIENT DEMOGRAPHIC AND SERVICE RELATED INFORMATION:

 8853 COLORADO BLVD APT A 101
 THORNTON, COLORADO  80229
 JUN 5,1982

 Marine Corps

 ECZEMA  10%
 KNEE CONDITION  10%
 LIMITED MOTION OF ANKLE  10%
 LOWER LEG CONDITION  10%
 KNEE CONDITION  10%
 LOWER LEG CONDITION  10%
 LUMBOSACRAL OR CERVICAL STRAIN  10%
 LUMBOSACRAL OR CERVICAL STRAIN  10%
 LIMITATION ON MOTION, RING OR LITTLE FINGER  0%
 TRAUMATIC BRAIN DISEASE  0%
 LIMITATION OF MOTION, INDEX OR LONG FINGER  0%
 MIGRAINE HEADACHES  0%

DEC 29,2000
JUN 5,2002

PRESENTING PROBLEM: x

Columbia Suicide Severity Rating Scale (C-SSRS) screener
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
No

2. Over the past month, have you had any actual thoughts of killing yourself?
No

3. Over the past month, have you been thinking about how you might do this?
Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this  plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or  prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.

PROBLEM LIST:

Computerized Problem List is the source for the following:

  1. Alcohol abuse (SNOMED CT 15167005)
  2. Cannabis abuse (SNOMED CT 37344009)
  3. Homeless single person (SNOMED CT 160700001)
  4. PTSD
  5. Depressive disorder (SNOMED CT 35489007)
  6. Low back pain (SNOMED CT 279039007)
  7. Health Maintenance (ICD-9-CM V65.9)
  8. POLYSUBSTANCE DEP
  9. Mood disorder (SNOMED CT 46206005)

10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem

MENTAL STATUS EXAMINATION:

General Appearance and Ambulation: groomed; ambulatory

Mood and Affect: talkative, cooperative, intense affect

Orientation and Consciousness: oriented x4, alert

Language/Speech: intact

Substance Use: denied

Thought Process/Organization (abnormal, associations, bizarre, psychotic, delusional, etc...): tangential

Attention and Concentration: attentive, distractible

Memory (recent and remote): intact

Suicidal or Violent Ideation(s): denied

Homicidal Ideation(s): denied

Insight and Judgment: limited

CLINICIAN'S ASSESSMENT:
Pt presented to the ER to speak with someone about feeling anxious about his court date tomorrow; he stated that he was going to go to the MH walk in clinic,

but it was closed. Pt stated that he was seeing a therapist when he was going to

UC-Denver, who he disclosed to, that he attended the Tanner gun show, he reports

that is therapist contacted the police, who searched his car and found drugs and

charged him, which has led to his current legal status. He stated that due to this issue he has a hard time trusting providers. He reports being on pre-trial bond, currently; and lives with him mom in Thornton. He stated that he got involved with VJO and expects his court hearing to go well tomorrow, expecting veteran's court and probation. He stated that he feels things are moving in the
right direction and has goals are to finish school, establish a better support system, and work on striving for balance.  He stated that it is helpful for him

**CONFIDENTIAL**

to find time for himself alone, to organize this thoughts, which is difficult to

do while living with his mom, whose house is chaotic, but sometimes sits in his car. He stated that his mood has been "better than it's ever
been", stated that
he thinks a lot, over thinks a lot, and hasn't been sleeping good with the
stress.

Pt was reminded of his upcoming appt on Aug 14th, which he stated he plans to attend. He declined to complete a treatment plan, which also, was not clinically

indicated, as pt was not actively suicidal. Pt did report passive
suicidal thoughts about 5-6 months ago after being released from county jail. He

stated that he does think about what might happen to him if he couldn't see the
big picture and feels that he would be capable of going off, in silence, and
killing himself; however pt was not actively suicidal today, did not have a plan

or intent to kill himself, was future oriented, and stated that things are
currently going good for him.

PLAN:
Outpatient MH Aug 13th; continue to engage with Homeless program.

 DIAGNOSIS: Per Chart: Mood d/o
 TIME SPENT: 60 minutes

DISPOSITION FROM EMERGENCY DEPARTMENT:
 Discharged from ED by: Peggy Miller


/es/ NICHOLE L RESTIVO
Social worker
Signed: 08/01/2019 18:28

| | |
|---|---|
| Date/Time: | 01 Aug 2019 @ 1801 |
| Note Title: | SUICIDE PREVENTION SAFETY PLAN REVIEW/DECLINE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RESTIVO,NICHOLE L |
| Co-signed By: | RESTIVO,NICHOLE L |
| Date/Time Signed: | 01 Aug 2019 @ 1802 |

Note

 LOCAL TITLE: SUICIDE PREVENTION SAFETY PLAN REVIEW/DECLINE
STANDARD TITLE: SUICIDE PREVENTION NOTE
DATE OF NOTE: AUG 01, 2019@18:01    ENTRY DATE: AUG 01, 2019@18:01:47
   AUTHOR: RESTIVO,NICHOLE L   EXP COSIGNER:

URGENCY:                    STATUS: COMPLETED


Veteran refused offer to complete a suicide prevention safety plan.
  Reason: Didn't feel this would be helpful

Veteran's emergency contact is complete and up-to-date in CPRS.

Veteran's current, physical address:
  8853 COLORADO BLVD APT 101
  THORNTON,CO 80229-8428

/es/ NICHOLE L RESTIVO
Social worker
Signed: 08/01/2019 18:02

| | |
|---|---|
| Date/Time: | 01 Aug 2019 @ 1722 |
| Note Title: | ED-PSYCH EMERGENCY VISIT WITH NP/MD |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MILLER,PEGGY A |
| Co-signed By: | MILLER,PEGGY A |
| Date/Time Signed: | 01 Aug 2019 @ 1753 |

Note

 LOCAL TITLE: ED-PSYCH EMERGENCY VISIT WITH NP/MD
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: AUG 01, 2019@17:22    ENTRY DATE: AUG 01, 2019@17:22:21
   AUTHOR: MILLER,PEGGY A     EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Psychiatric Emergency Visit with: NP

PATIENT INFORMATION:

JORDAN, CHADWICK HEATH
8853 COLORADO BLVD APT A 101
THORNTON, COLORADO  80229
Phone:  720-276-5377
Date of Birth: JUN 5,1982     Age: 37

Branch of Service: Marine Corps
Service Entry Date: DEC 29,2000
Service Separation Date: JUN 5,2002
Service Connection Rating: SERVICE CONNECTED % - 60
Service Connected Disabilities: ECZEMA  10%
KNEE CONDITION  10%
LIMITED MOTION OF ANKLE  10%
LOWER LEG CONDITION  10%

KNEE CONDITION  10%
LOWER LEG CONDITION  10%
LUMBOSACRAL OR CERVICAL STRAIN  10%
LUMBOSACRAL OR CERVICAL STRAIN  10%
LIMITATION ON MOTION, RING OR LITTLE FINGER  0%
TRAUMATIC BRAIN DISEASE  0%
LIMITATION OF MOTION, INDEX OR LONG FINGER  0%
MIGRAINE HEADACHES  0%

CHIEF COMPLAINT: Anxiety

Brief HPI: Veteran is a 60% SC USMC male with a PPH significant for Depression,
Cannabis use d/o, alcohol use d/o, Anxiety d/o, and Mood d/o presenting to the
ER today and requesting to speak with someone about his current anxiety
secondary to his legal issues. Veteran denies si/hi or psychosis, has a
scheduled appointment with the MH clinic in two weeks, denies si/hi or
manic/hypomanic sxs.  Veteran reports to PES staff, he just wants to talk.

PROBLEM LIST:

Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder
16. Osteoarthritis of knee
17. Legal problem

Allergies: Patient has answered NKA
MEDICATION RECONCILIATION:

Active and Recently Expired Outpatient Medications (including Supplies):

08/01/2019 17:22
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications                    Status
================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE (S)
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   ACTIVE (S)
    AFFECTED AREA DAILY
3)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED    ACTIVE (S)
    AREA DAILY FOR ACNE

Remote Active Medications

No Active Remote Medications for this patient
The medication list above was reviewed with the patient at today's
visit. I have indicated discrepancies under each medication that is
not being taken as prescribed. Medication orders, including any
additions or discontinuations have been updated as appropriate,
and the patient now has an accurate medication list.
LAB RESULTS TODAY:

LAB RESULTS TODAY - NONE FOUND- none needed.
MENTAL EXAM:

Mental Status Examination: seen in rm 5, ER


Orientation and Consciousness: alert and Ox4


Speech: normal rate/rhythm/vol


Thought Process: goal directed


Mood and Affect: mood - anxious and affect is congruent


Attention and Concentration: intact


Abnormal or Psychotic Thoughts: denies


Associations: none


Language: wnl

**CONFIDENTIAL**

Fund of Knowledge: full

Memory (recent and remote): intact

Suicidal or violent ideation(s): denies si/hi

Insight and Judgment: fair

Constitutional: no cp/breathing difficulties/VSS

General Appearance: ambulatory male with normal gait, casually dressed

ASSESSMENT/PLAN:
A: 37y/o 60% SC male, seen in the ER, has legal issues, denies si/hi, requesting

to just talk to PES staff today, seen by LCSW in PES for 45+mins individual
session with good relief, given a box lunch to take with him, plans to follow up

with MHC as scheduled in 2 weeks. Veteran denies si/hi or psychosis sxs. Veteran

does not meet criteria for m1hold at this time.


P:
No meds
Follow up-  08/14/2019 13:00 RMR MHC TXR SW 06
SAFETY- not currently a suicide risk- low
risks: dx mood d/o, homeless, legal issues
protective: has funds, educated, has follow up in MHC n 2 weeks,

DIAGNOSIS: MDD/Mood d/o, substance abuse by hx (alcohol and cannabis use d/o)

TIME SPENT: 30mins
CONDITION ON DISCHARGE: Good
PATIENT EDUCATION AT DISCHARGE:
Discharge instructions discussed with patient and/or caregiver.
Patient/Caregiver indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan. Patient/Caregiver
doesn't have any further questions today.
If you are having a medical or mental health emergency, please dial 911.
If you are experiencing a crisis or thoughts of suicide, please go to
Your nearest emergency department or call 1-800-273-8255, then Press 1
at the prompt to reach the Veterans Crisis Line.
INSTRUCTIONS FOR FOLLOW UP CARE: See primary care provider, Return to ER if
worse, Other: MH walk-in clinic, ER
DISPOSITION FROM EMERGENCY DEPARTMENT:

[x] Discharged- home
[] Inpatient Admission: ____Medical Admission ____Psychiatric Admission
[] Observation Admission

/es/ PEGGY A. MILLER DNP
Psychiatric Nurse Practitioner
Signed: 08/01/2019 17:53

| | |
|---|---|
| **Date/Time:** | 01 Aug 2019 @ 1640 |
| **Note Title:** | ED-PSYCH EMERGENCY VISIT WITH RN |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | ORTEGA,RICARDO |
| **Co-signed By:** | ORTEGA,RICARDO |
| **Date/Time Signed:** | 01 Aug 2019 @ 1803 |

**Note**

 LOCAL TITLE: ED-PSYCH EMERGENCY VISIT WITH RN
STANDARD TITLE: MENTAL HEALTH NURSING NOTE
DATE OF NOTE: AUG 01, 2019@16:40    ENTRY DATE: AUG 01, 2019@16:40:11
    AUTHOR: ORTEGA,RICARDO    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

ED-PSYCH EMERGENCY VISIT WITH RN

Patient Information:

JORDAN,CHADWICK HEATH
8853 COLORADO BLVD APT A 101
THORNTON, COLORADO  80229
Phone:  720-276-5377
Date of Birth: JUN 5,1982      Age: 37

Branch of Service:                Marine Corps
Service Entry Date:              DEC 29,2000
Service Separation Date:          JUN 5,2002
Service Connection Rating:          SERVICE CONNECTED % - 60
Service Connected Disabilities:      ECZEMA 10%
KNEE CONDITION  10%
LIMITED MOTION OF ANKLE  10%
LOWER LEG CONDITION  10%
KNEE CONDITION  10%
LOWER LEG CONDITION  10%
LUMBOSACRAL OR CERVICAL STRAIN  10%
LUMBOSACRAL OR CERVICAL STRAIN  10%
LIMITATION ON MOTION, RING OR LITTLE FINGER  0%
TRAUMATIC BRAIN DISEASE  0%
LIMITATION OF MOTION, INDEX OR LONG FINGER  0%
MIGRAINE HEADACHES  0%

**CONFIDENTIAL**

Data:
 Allergies: Patient has answered NKA
Subjective/Chief Complaint:
pt reports increased anxiety and thoughths of how it would be if he wasn't
around, denies plan, pt released he needs help with these thoughts


Assessment:
Pt rpts feeling anxious r/t to having a court date for illegal position of
firearm. Pt Denies SI/HI, AH,VH. Pt is A&O Xs 3 rpts wanting to speak with a

LCSW. Rpts stressors being homeless, legal probles and stats he is not taking hs

medication. Pt willing to engage in safety planning.

Vital Signs:
  Temperature:        97 F [36.1 C] (08/01/2019 16:17)
  Blood Pressure:     133/80 (08/01/2019 16:17)
  Respiration:        17 (08/01/2019 16:17)
  Pulse:              62 (08/01/2019 16:17)
  Height:             70 in [177.8 cm] (04/26/2019 09:39)
  Weight:             202.3 lb [92.0 kg] (04/26/2019 09:39)
  Pain:               10 (04/26/2019 09:39)
  Pulse Ox:           96 (04/26/2019 09:39)

Medical History:
PTSD, TBI, Psychotic Dx, MDD, Legal Problems, PSA


Sequential timeline of events and interventions:

1630: Pt ambulated to RM 5 independently

1635 Pt denies SI/HI

1640: Pt willing to enagage with safety plan

1645: Pt in speaking with LCSW

1700: Will d/c after safety plan

1730: D/C to mothers home


Plan:
 D/C to mothers home

/es/ Ricardo Ortega, RN
Staff Nurse
Signed: 08/01/2019 18:03

| Date/Time: | 01 Aug 2019 @ 1615 |
|---:|:---|
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | WILSON,MICHAELA J |
| Co-signed By: | WILSON,MICHAELA J |
| Date/Time Signed: | 01 Aug 2019 @ 1619 |

## Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: AUG 01, 2019@16:15    ENTRY DATE: AUG 01, 2019@16:16:01
    AUTHOR: WILSON,MICHAELA J    EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED

Emergency Department Triage
Patient age:37     Sex: MALE
On arrival patient was: AMBULATORY
Patient phone number: PATIENT PHONE


Allergies: Patient has answered NKA
Subjective/Chief Complaint:
pt reports increased anxiety and thougthts of how it would be if he wasn't
around, denies plan, pt released he needs help with these thoughts

Objective:
VSS

Fall Risk Assessment-- MORSE FALL SCALE with Interventions --
 HISTORY OF FALL WITHIN LAST 3 MONTHS? 0 No Patient last had a fall on:
 Elicit Veteran's perception of the cause of this (most recent) fall(s):

 SECONDARY DIAGNOSIS(defined as 2 or more diagnoses and/or polypharmacy)?
 15 Yes  There  been medication changes.

 AMBULATORY AID IN USE?  0 None/Bedrest/Nurse Assist

 Which ambulatory aid is used:

 IV CONTINUOUS/BOLUS?  0 No

 GAIT/TRANSFER METHOD?  0 Normal/BR/Wheelchair

 MENTAL STATUS?  0 Oriented to own ability

 Total Morse Score: 15

 Total Fall Risk is low if Morse is <45

Total Fall Risk score is high if Morse is 45 or greater

High Fall Risk Goal: The Veteran will remain free of injuries related to falls.

Vital Signs *
  Temperature
  97 F (36.1 C)
  Pulse
  62
  Respirations
  17
  Blood Pressure
  133/80
  Pulse Oximetry 97 Room Air

Current Medications:
Active Outpatient Medications (including Supplies):

  Active Outpatient Medications                Status
======================================================================
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL APPLY SMALL     ACTIVE (S)
    AMOUNT AFFECTED AREA TWICE A DAY FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO  ACTIVE (S)
    AFFECTED AREA DAILY
3)  TRETINOIN 0.01% TOP GEL APPLY SMALL AMOUNT AFFECTED   ACTIVE (S)
    AREA DAILY FOR ACNE

Current Problems: ACTIVE PROBLEMS

The patient was asked, "Over the past two weeks, how often have you been bothered by thoughts that you would be better off dead or of hurting yourself in some way?"
  Nearly Every Day

  The Columbia Suicide Severity Rating Scale screener was not completed.
    Warm handoff to: pt to room 5 for PES eval
Emergency Severity Index (ESI) level
  Level 2

/es/ Michaela Wilson, RN
Staff Nurse
Signed: 08/01/2019 16:19

| Date/Time: | 31 Jul 2019 @ 1544 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 31 Jul 2019 @ 1548 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 31, 2019@15:44    ENTRY DATE: JUL 31, 2019@15:45:28
   AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call
Duration: 5 minutes

Writer called veteran on this day to inform him of his scheduled orientation on
8/9/2019 at 930am at 777 Grant Street in Denver.  Veteran answered this
writer's
call and reported he would be able to attend on this day. Veteran has court the
following day and writer will reach out to veteran after court to discuss
outcome of court appearance. Veteran was agreeable to this.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 07/31/2019 15:48

| | |
|---|---|
| Date/Time: | 30 Jul 2019 @ 1516 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 30 Jul 2019 @ 1519 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 30, 2019@15:16    ENTRY DATE: JUL 30, 2019@15:16:29
   AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call
Duration: 3 minutes

Writer called veteran on this day to inform him his orientation has been scheduled for 8/2/2019 at 930am at Denver Housing Authority.  Veteran stated he would not be able to attend on this day as he has court prior to orientation. Writer assured veteran the undersigned would contact the housing authority and reschedule his orientation.  Veteran was agreeable to this.

Writer contacted the housing authority via encrypted email to inform them of the

above and is awaiting return contact with rescheduled time and date of orientation.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 07/30/2019 15:19

| | |
|---|---|
| Date/Time: | 22 Jul 2019 @ 1342 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 22 Jul 2019 @ 1350 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JUL 22, 2019@13:42    ENTRY DATE: JUL 22, 2019@13:42:12
   AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

   *** VETERAN JUSTICE OUTREACH NOTE Has ADDENDA ***

Diagnosis: z65.3 Justice Involved
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact

D: Writer receives a voicemail from the veteran indicating his interest in Veteran Treatment Court (VTC) participation. Writer discusses with the veteran and shares contact information for VTC staff so he may share his interest in receiving a screening directly with them. (His situation is a bit unusual as he has already been set for a trial to begin on 8/6/19). He state he will contact them immediately and denies any additional needs today.

A: No safety concerns noted during the course of this telephone contact. Veteran

sounds to be sober, cognition intact.

P: Continue to offer Veterans Justice Outreach services as needed.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 07/22/2019 13:50

Receipt Acknowledged By:
07/22/2019 14:35     /es/ KIMBERLY HILLING
                  Social Worker, LCSW

07/22/2019 ADDENDUM           STATUS: COMPLETED
Attaching Veteran's primary case manager, Jessica Curtis.

/es/ KIMBERLY HILLING
Social Worker, LCSW
Signed: 07/22/2019 14:37

Receipt Acknowledged By:
* AWAITING SIGNATURE *     CURTIS,CHLOE M

07/22/2019 14:43     /es/ JESSICA M CURTIS
                  SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 22 Jul 2019 @ 1258 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HILLING,KIMBERLY |
| Co-signed By: | HILLING,KIMBERLY |
| Date/Time Signed: | 22 Jul 2019 @ 1309 |

**Note**

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: JUL 22, 2019@12:58   ENTRY DATE: JUL 22, 2019@12:58:33
   AUTHOR: HILLING,KIMBERLY   EXP COSIGNER:
   URGENCY:           STATUS: COMPLETED

Diagnosis: Homeless
Duration of visit: 60
Treatment Provided: Case Management
Plan: Continue case management (see below)
Follow-up Appointment: TBD with primary case manager, Jessica Curtis

D: Veteran met with Social Worker for the purpose of continued Hud-vash case
management as this case manager is covering for Jessica Curtis during her
extended leave. Veteran indicated that he is doing well and feeling anxious
about his upcoming jury trial. Veteran indicated he will find out mid-August if
he will have to do jail time, and anticipates that he may get jail time for
possession. Veteran showed up for appointment one hour late today. Social Worker

talked to Veteran about the importance of calling Social Worker or being on time

to avoid confusion. Veteran was accepting of this information and apologized for

the delay.

Veteran was informed that his voucher with DHA had expired. Social Worker
assisted Veteran with completing a new application. Veteran had with him all
needed documentation, and Social Worker was able to get copies. Veteran
indicated his preference that his application be submitted now to avoid further
delays in housing. Veteran will however wait until his trial is over to apply or

sign a lease. Social Worker submitted Veteran's application to DHA for
processing.

A: Veteran indicated feelings of stress and anxiety related to his trial.
Veteran shared that he felt calm knowing that his housing would be taken care of

regardless of the outcome of his trial. Veteran indicated his hope to be
connected with Vet Court. Social Worker provided Paul Deutsch's phone number
for
consultation about his eligibility. Veteran indicated he is familiar with Paul
and would call sometime today. Veteran denied any other concerns. Veteran was
dressed cleanly and weather appropriately and displayed more affect in his
expressions than in past meetings. Veteran's thoughts were logical and
linear,
and denied any other needs at this time.

P: Veteran will await permanent case manager's return to schedule a follow
up
appointment.

/es/ KIMBERLY HILLING
Social Worker, LCSW
Signed: 07/22/2019 13:09

Receipt Acknowledged By:
07/22/2019 14:36      /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 02 Jul 2019 @ 1638 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HILLING,KIMBERLY |
| Co-signed By: | HILLING,KIMBERLY |
| Date/Time Signed: | 02 Jul 2019 @ 1656 |

Note

**CONFIDENTIAL**

LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: JUL 02, 2019@16:38    ENTRY DATE: JUL 02, 2019@16:38:39
   AUTHOR: HILLING,KIMBERLY    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Homeless
Duration of visit: 90
Treatment Provided: Case Management
Plan: Continue case management (see below)
Follow-up Appointment: July 17, 2019

D: Social Worker arrived at Veteran's mothers home where he is currently
residing. Veteran was not there and Veteran's mother informed her that
Veteran had to go to pre-trial today due to the fact that his ankle monitor
has a dying battery and if it dies it could result in difficulties for him to
include denial of bail, etc. Shortly after speaking with Veteran's mother,
Veteran called and indicated he was just a few blocks away. Upon arrival
Veteran requested a ride to pretrial. Social Worker let Veteran know that she
could provide a ride, but would then not have time to show him units on the
list to view today during Veteran's apartment search. Veteran was
understanding of the same.

Social Worker provided Veteran with two Denver Apartment listings one at
Garden Court Apartments and another rented by Denver Realty Group at 1225
Colorado Blvd. Veteran indicated he would look into these on his own as well
as some units of interest with Denver Realty Group. Veteran indicated that
his trial is coming up at the beginning of August and he was looking forward
to "this being all over". Veteran shared a long story relating to
charges
against him. Veteran indicated that a campus therapist had alerted police
that Veteran had a gun, and when they searched his car they also found
cocaine. Veteran indicated that "they had no right to search my car",
Veteran
also discussed the ways in which this was a breach of confidentiality as he
was never threatening himself or others. Veteran indicated that he had made a
complaint to DORA. Veteran indicated he had a lawyer and would have a jury
trial decide whether or not he was at fault. Veteran indicated confidence
that he would not have to return to jail but no assurance.

In addition, Veteran indicated that he had received his voucher 2 months ago,
but did not know the exact date. Social Worker was curious about this as
Veteran was unaware that his voucher would eventually expire. Social Worker
agreed to contact Veteran's housing authority to find out this information,

and Veteran will reference the voucher he has in his apartment.

During transportation, Veteran requested an alternative route as he is not
allowed to be near the Auraria Campus and Social Worker had taken that exit.
Veteran indicated this area was restricted for him and Social Worker turned
around. Moments later, Veteran was contacted by the court whom indicated that

he had entered a restricted area. Social Worker explained how this had
happened, and Veteran was told he would only receive a warning for this.
Social Worker to avoid this area in future appointments. Veteran was dropped off

at Lindsey Flannigan Court House.

A: Veteran displayed restricted affect, but spoke openly about his beliefs and
concerns. Veteran indicated talked about how black people are treated
differently in this country and his belief that he is being treated unfairly by
the court. Veteran indicated feeling stress and worry, and talked about his hope

to get a unit and be able to leave all of this behind him. Social Worker
discussed with Veteran the importance of knowing if he will go to jail before
signing a lease, and how this would be complicated by his voucher expiration
date. Veteran was understanding of the same. Veteran was in behavioral control
throughout the appointment. Veteran discussed social support offered by his
family, but how it is difficult for him to live with others as well. Veteran
denied any immediate safety concerns at this time, and was open to working with
this Social Worker while his primary case manager is out on leave.

P: Veteran was scheduled for follow up on 07/17/2019 at 10:00am

/es/ KIMBERLY HILLING
Social Worker, LCSW
Signed: 07/02/2019 16:56

Receipt Acknowledged By:
07/03/2019 09:23     /es/ JESSICA M CURTIS
                SOCIAL WORKER MENTAL HEALTH
07/03/2019 08:56     /es/ JENNIFER A DALY
                Social Worker

| | |
|---|---|
| Date/Time: | 26 Jun 2019 @ 1557 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | HILLING,KIMBERLY |
| Co-signed By: | HILLING,KIMBERLY |
| Date/Time Signed: | 26 Jun 2019 @ 1606 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JUN 26, 2019@15:57    ENTRY DATE: JUN 26, 2019@15:57:45
   AUTHOR: HILLING,KIMBERLY    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Social Worker is currently covering for Veteran's assigned HUD-VASH case
manager, Jessica Curtis.

Social Worker contacted Veteran on his listed cell phone number to schedule an apartment search. Veteran answered and was happy to hear from Social Worker. Social Worker scheduled an apartment search with Veteran for Monday July 1, 2019

at 9:00am.

Veteran indicated that due to his house arrest the court may be calling to confirm his appointment. Veteran requested that Social Worker confirm the appointment. Social Worker agreed to do the same. Veteran also mentioned that he

had some apartments on a list that he would like to see through Cornerstone. Social Worker encouraged Veteran to explore all options.

/es/ KIMBERLY HILLING
Social Worker, LCSW
Signed: 06/26/2019 16:06

| | |
|---|---|
| Date/Time: | 13 Jun 2019 @ 1320 |
| Note Title: | FOLLOW UP LETTER |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 13 Jun 2019 @ 1323 |

**Note**

 LOCAL TITLE: FOLLOW UP LETTER
STANDARD TITLE: LETTERS
DATE OF NOTE: JUN 13, 2019@13:20   ENTRY DATE: JUN 13, 2019@13:20:34
   AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED


Rocky Mountain Regional VA Medical Center
1700 N. Wheeling St.
Aurora, CO  80045
(303) 399-8020 and press 2.  Toll Free: (888) 336-8262 and press 2.

JUN 13, 2019

     CHADWICK HEATH JORDAN
     8853 COLORADO BLVD APT A 101
     THORNTON, COLORADO  80229


Dear Mr. JORDAN:

I hope this letter finds you doing well!  I have been trying to reach you
however have not been able to speak with you directly.  I would like for us to
schedule an appointment to conduct a housing search.  Please contact me at your
earliest convenience to schedule an appointment.  I can be reached at 303-513-
8334.

I look forward to hearing from you!

Best Regards,

Jessica M. Curtis, LMSW

| | |
|---|---|
| Date/Time: | 06 Jun 2019 @ 1637 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 06 Jun 2019 @ 1637 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 06, 2019@16:37    ENTRY DATE: JUN 06, 2019@16:37:17
    AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call/Failed Attempt

Writer called veteran on this day 6/6/2019 for the purpose of scheduling date
and time to conduct housing search.  Writer was unable to speak with veteran
directly as this writer received an automated message stating, "the number
you
are trying to call is not reachable."

Writer will continue to call veteran in an effort to reestablish therapeutic
contact, inquire on wellbeing and schedule an appointment to conduct a housing
search.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 06/06/2019 16:37

Receipt Acknowledged By:

JORDAN, CHADWICK HEATH   **CONFIDENTIAL**

06/07/2019 07:11      /es/ John Valvano, LCSW, CACIII
              SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 30 May 2019 @ 1517 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 30 May 2019 @ 1520 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 30, 2019@15:17    ENTRY DATE: MAY 30, 2019@15:18:09
   AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call/Failed Attempt

Writer called veteran on this day for the purpose of scheduling date and time to

conduct housing search.  Writer was unable to speak with veteran directly as
this writer received an automated message stating, "the number you are
trying to
call is not reachable."

Writer will continue to call veteran in an effort to reestablish therapeutic
contact, inquire on wellbeing and schedule an appointment to conduct a housing
search.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 05/30/2019 15:20

Receipt Acknowledged By:
05/31/2019 08:19      /es/ John Valvano, LCSW, CACIII
              SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 21 May 2019 @ 1657 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 21 May 2019 @ 1700 |

MEDICAL CONFIDENTIAL

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 21, 2019@16:57    ENTRY DATE: MAY 21, 2019@16:58:13
    AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call/Failed Attempt

Writer called veteran on this day for the purpose of verifying scheduled case
management visit.  Veteran did not answer this writer's call, writer
received an
automated message stating, "the person you are callings is not accepting
calls
at this time."

Writer will continue to reach out to veteran via telephone in an effort to
reestablish therapeutic contact.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 05/21/2019 17:00

Receipt Acknowledged By:
05/31/2019 08:18    /es/ John Valvano, LCSW, CACIII
            SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 17 May 2019 @ 1314 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHESTER,GALINA N |
| Co-signed By: | CHESTER,GALINA N |
| Date/Time Signed: | 17 May 2019 @ 1315 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 17, 2019@13:14    ENTRY DATE: MAY 17, 2019@13:14:44
    AUTHOR: CHESTER,GALINA N    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

This writer placed a call to the Veteran for follow-up/scheduling purposes in
regards to the Denver Mental Health Consult dated on 5/13/19.

**CONFIDENTIAL**

Veteran reported that he remains interested in engaging with the MHC. Veteran denied any urgent mental health needs at the present moment. This writer educated the Veteran on the scheduling process, and the Veteran was understanding and agreeable for this writer to transfer him to the MHC front desk to schedule an appointment at the conclusion of this call. Veteran denied having any other issues/questions/concerns at this time.

Risk Assessment:
When asked directly, the Veteran denied any current suicidal/homicidal ideations.

Plan: This writer transferred the Veteran to the MHC front desk staff for scheduling.

Education: Scheduling

Duration of Call: 5 minutes

/es/ GALINA N CHESTER
LCSW
Signed: 05/17/2019 13:15

| | |
|---|---|
| Date/Time: | 13 May 2019 @ 0829 |
| Note Title: | MH TELEPHONE CONTACT (B) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHESTER,GALINA N |
| Co-signed By: | CHESTER,GALINA N |
| Date/Time Signed: | 13 May 2019 @ 0836 |

Note

 LOCAL TITLE: MH TELEPHONE CONTACT (B)
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 13, 2019@08:29   ENTRY DATE: MAY 13, 2019@08:29:26
   AUTHOR: CHESTER,GALINA N   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

This writer spoke directly to the Veteran in order to follow-up on his interest in engaging in mental health services (please see HAS ADMINISTRATIVE NOTE dated on 5/10/19 for further information).

Have you had an appointment with ECHCS Mental health provider in the last two years? Veteran denied.

Veteran's stated need for mental health treatment is: Non-urgent

Veteran's stated need for mental health treatment today: Therapy

Summary of contact, including response to Veteran's concerns and questions:

Veteran reported that he is interested in engaging in individual therapy in order to address issues surrounding boundaries as well as avoidance. Veteran noted that he has a difficult time trusting others.

(Due to the Veteran's mental health diagnoses, Veteran would best benefit from
engaging in the MHC). This writer educated the Veteran on the MHC, and the Veteran voiced understanding and agreement for this writer to place a consult for the MHC. Veteran denied having any other issues/concerns at this time.

Risk Assessment: When asked directly, the Veteran denied any current suicidal and/or homicidal ideations.

Assessment/Clinical Formulation:
Veteran is a thirty-six year old male seeking individual therapy.

Plan: This writer to place MHC consult.

Education: Provided Veteran with the VA crisis hotline telephone number: 1-800-273-8255

Duration of call: 10 minutes

/es/ GALINA N CHESTER
LCSW
Signed: 05/13/2019 08:36

| | |
|---|---|
| Date/Time: | 10 May 2019 @ 1051 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CHESTER,GALINA N |
| Co-signed By: | CHESTER,GALINA N |
| Date/Time Signed: | 10 May 2019 @ 1053 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAY 10, 2019@10:51   ENTRY DATE: MAY 10, 2019@10:51:48
   AUTHOR: CHESTER,GALINA N   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

This writer placed a call to the Veteran on this date for follow-up purposes.
Please see HAS ADMINISTRATIVE NOTE dated on 5/10/19 for further information.
Veteran was unable to be reached, so a HIPAA compliant voice message was left with
return contact information. This writer will continue to outreach the Veteran.

/es/ GALINA N CHESTER

**CONFIDENTIAL**

LCSW
Signed: 05/10/2019 10:53

| | |
|---|---|
| Date/Time: | 10 May 2019 @ 0953 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ROMERO,GEORGE ARTHUR |
| Co-signed By: | ROMERO,GEORGE ARTHUR |
| Date/Time Signed: | 10 May 2019 @ 0956 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: MAY 10, 2019@09:53    ENTRY DATE: MAY 10, 2019@09:53:56
   AUTHOR: ROMERO,GEORGE ARTHU  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

HAS Clinic Administration Note
Consult Requests:
PT REQ THERAPY AND PSYCHIATRY SERVICES AT RMR VAMC.


/es/ GEORGE ARTHUR ROMERO
MENTAL HEALTH
Signed: 05/10/2019 09:56

Receipt Acknowledged By:
05/13/2019 08:41    /es/ GALINA N CHESTER
                LCSW
05/14/2019 10:00    /es/ Mark Stalnaker, Ph.D.
            Staff Psychologist
          for CARL R SACHS
05/10/2019 10:24    /es/ Alyssa R. Schnaus, LCSW
            Social Worker
05/10/2019 12:53    /es/ Mark Stalnaker, Ph.D.
            Staff Psychologist

| | |
|---|---|
| Date/Time: | 08 May 2019 @ 1634 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 08 May 2019 @ 1644 |

Note

**CONFIDENTIAL**

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 08, 2019@16:34   ENTRY DATE: MAY 08, 2019@16:34:50
    AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call
Duration: 11 minutes

Writer received a call from veteran on this day informing this writer he had
spoken to the judge and he is indeed allowed to proceed with housing. Veteran
was in good spirits and stated he was happy to hear the news.  Veteran and
writer spoke of his upcoming trial, stated there was a hearing in June and then
his case will go to trial in August. When asked about the case veteran stated
that he could possibly go to jail however will remain optimistic that things
will lean in his favor.

Writer and veteran spoke of veteran's housing preferences and he does not want
to live outside of Denver.  At this point veteran does not have any barriers
such as criminal record or evictions.

Writer and veteran are scheduled for a housing search the week of 5/13/2019.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 05/08/2019 16:44

| | |
|---|---|
| Date/Time: | 07 May 2019 @ 1649 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 07 May 2019 @ 1650 |

Note

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 07, 2019@16:49   ENTRY DATE: MAY 07, 2019@16:49:20
    AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call/Failed Attempt

**CONFIDENTIAL**

Writer called veteran on this day for the purpose of confirming todays scheduled

appointment.  Veteran did not answer this writer's call however the undersigned
was able to leave a message requesting a return call at his earliest convenience.


/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 05/07/2019 16:50

| | |
|---|---|
| Date/Time: | 26 Apr 2019 @ 0946 |
| Note Title: | PRIMARY CARE PROVIDER (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHNELL,BENJAMIN |
| Co-signed By: | SCHNELL,BENJAMIN |
| Date/Time Signed: | 26 Apr 2019 @ 1009 |

Note

 LOCAL TITLE: PRIMARY CARE PROVIDER (T)
STANDARD TITLE: PRIMARY CARE OUTPATIENT NOTE
DATE OF NOTE: APR 26, 2019@09:46    ENTRY DATE: APR 26, 2019@09:46:16
    AUTHOR: SCHNELL,BENJAMIN    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

ASSESSMENT and PLAN:

1. Acne - RF topicals x 3

2. internal derangement L knee - WHO to cboc PT

3. low vision - call TriWest for appt

4. MH conditons - cont working w MH

5. RTC 6mo sooner or call w problems


CHIEF COMPLAINT:
Mr. JORDAN is a 36 year old MALE here for re-establish PC, requests med RFs, eye

exam and c/o acute on chronic left knee pain

HPI/ROS:

 ENTRY DATE: MAR 16, 2016@08:32:19
    AUTHOR: RICHLIE,DANIEL G    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

33 yo with a hx of Etoh dep- past DUI, polysubst dep, ? bipolar dis vs dep/
PTSD, chronic LBP- improved with PT, exercises, R knee/ foot pain synd who
notes curr meds include:
Meloxicam
TENS unit prn

================================

The following problem list is considered to be the "Past Medical
History" for
the purposes of this note. It was reviewed at the time of this visit.
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

No Medications Found

No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
()The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, and what happens if medication is not taken
 as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.

Family/Social History: () Not applicable to today's visit.

EXAM:

  VS:  Temp: 96.4 F [35.8 C] (04/26/2019 09:39)
      BP:  122/86 (04/26/2019 09:39)
      Pulse:96 (04/26/2019 09:39)
      Resp: 16 (04/26/2019 09:39)
       BMI: BODY MASS INDEX - 29.1 (APR 26, 2019@09:39:23)
      Pain: 10 (04/26/2019 09:39)
     Weight: 202.3 lb [92.0 kg] (04/26/2019 09:39)
    Pulse Ox: 96 (04/26/2019 09:39)

     General Appearance: aaox3, appears fit/well, dry cough d/t cold

        Lungs: nl resp effort
       Abdomen:
      Extremities: no effusion, painful arc L knee, silt
        Gait: nl fwb

Data/Labs:

The following laboratory data was reviewed and is pertinent to
the care provided:

  HgbA1c:
     A1C HGB (DVAMC) - NONE FOUND

  Lipids:
     CHOLESTEROL - NONE FOUND
     HDL - NONE FOUND
     LDL CHOL (RBL) - NONE FOUND
     TRIGLYCERIDE - NONE FOUND

  SMA-7:
     SODIUM - NONE FOUND
     POTASSIUM - NONE FOUND
     CHLORIDE - NONE FOUND
     CO2 - NONE FOUND
     CREATININE SERUM - NONE FOUND
     GLUCOSE - NONE FOUND

  CBC:
    WBC - NONE FOUND
    HGB - NONE FOUND
    HCT - NONE FOUND
    MCV - NONE FOUND
    PLT - NONE FOUND

  LFTs:
    SGOT - NONE FOUND

MEDICAL CONFIDENTIAL

**CONFIDENTIAL**

SGPT - NONE FOUND

Other:
TSH - NONE FOUND

PSA - NONE FOUND

25-OH VIT D2 - NONE FOUND
25-OH VIT D3 - NONE FOUND
TOTAL 25-OH VIT D - NONE FOUND
1,25-DIHYDROXYVIT D3 - NONE FOUND
No data available for 25-OH vitamin D2; 25-OH vitamin D3;
Total 25-OH vitamin D; VIT D,1,25-DIHYDROXY (LC081091)QQQ;
ZZ-VIT.D 25-Hydroxy (LC081950); VITAMIN D TOTAL

OCCULT BLOOD FIT X1 SCREEN - NONE FOUND

(Please see top of note for assessment and plan.)

(x) Patient/Caregiver indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan. Patient/Caregiver
doesn't
have any further questions today.

() Approximately   min of this 30 min appt was spent counseling/coordinating
care for the medical problems outlined above.
=====================

#HCM: Clinical Reminders addressed to the extent that appointment time allowed.
Also, see PACT PRE-VISIT TELEPHONE CONTACT & RN CLINICAL REMINDERS
REVIEW/UPDATE.

 Pneumococcal PPSV23 (Pneumovax):
  Moderate or severe acute illnesses (with or without fever)
--------------

 Flu Injection 2018-2019 Season:
  Patient declined the influenza vaccine d/t acute URI

/es/ BENJAMIN SCHNELL DO
Staff Primary Care Physician
Signed: 04/26/2019 10:09

| Date/Time: | 25 Apr 2019 @ 1656 |
|---|---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |

| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 25 Apr 2019 @ 1704 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 25, 2019@16:56    ENTRY DATE: APR 25, 2019@16:56:37
   AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call
Duration: 5 minutes

Writer reached out to Jeff Chavez, veteran's pretrial services point of
contact
on 4/23/2019 to have a continued discussion regarding veteran's house arrest
and
inquire on whether veteran would be allowed to continue to participate in the
HUD VASH program.  Mr. Chavez did not answer this writer's call however the

undersigned was able to leave a message requesting a return call at his earliest

convenience.

This writer called veteran on 4/24/2019 to inquire on veteran's wellbeing
and to
inform him this writer had spoken with Jeff Chavez on 4/10/2019 and was informed

that he (Mr. Chavez) was uncertain if veteran could meet with this writer as he
was only authorized to go to the VA for medical and mental health appointments.
Writer explained to veteran the undersigned called Mr. Chavez on 4/23/2010 and
left him a message requesting a return call.  Veteran thanked this writer for
following up with pretrial services and was also grateful for this writer
calling veteran explaining the above.

As of 4/25/2019 writer has not heard back from pretrial services.  This writer
is out of the office on 4/26 on tour.  Writer will call pretrial services on
4/29/2019 and notify veteran of the outcome of call.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 04/25/2019 17:04

Receipt Acknowledged By:
04/25/2019 17:53      /es/ John Valvano, LCSW, CACIII
                SOCIAL WORKER MENTAL HEALTH

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 19 Apr 2019 @ 1001 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHNELL,BENJAMIN |
| Co-signed By: | SCHNELL,BENJAMIN |
| Date/Time Signed: | 19 Apr 2019 @ 1002 |

Note

LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: APR 19, 2019@10:01     ENTRY DATE: APR 19, 2019@10:01:15
    AUTHOR: SCHNELL,BENJAMIN     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 04/19/19 09:30

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call.  Will await
contact from Mr. JORDAN.
This patient has never been seen by this writer.

MSAs:  veteran has not been seen by PC since 2016 -- reschedule as an INTAKE not

a 30m f/u visit

/es/ BENJAMIN SCHNELL DO
Staff Primary Care Physician
Signed: 04/19/2019 10:02

Receipt Acknowledged By:
04/23/2019 13:00     /es/ LaMone Noles
                MEDICAL SUPPORT ASSISTANT
04/22/2019 06:56     /es/ JAMES G SWITZER
                ADVANCED MSA

| | |
|---|---|
| Date/Time: | 18 Apr 2019 @ 1433 |
| Note Title: | PACT PRE-VISIT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MAYNE,ROBERT G |
| Co-signed By: | MAYNE,ROBERT G |
| Date/Time Signed: | 18 Apr 2019 @ 1440 |

Note

LOCAL TITLE: PACT PRE-VISIT TELEPHONE CONTACT

STANDARD TITLE: PACT NOTE
DATE OF NOTE: APR 18, 2019@14:33    ENTRY DATE: APR 18, 2019@14:34:38
    AUTHOR: MAYNE,ROBERT G    EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

Unable to reach veteran to confirm scheduled appointment left message

Date/Time of appointment: 4/19/19 @0930

Provided directions to clinic: Yes

Patient's top priority for appointment: unknown

Does patient have labs ordered? No
    If yes, please remind veteran to complete labs prior to visit.


Please bring your medications as well as any questions or concerns.

Asked to arrive 15 minutes prior to appointment and provided contact information



/es/ Robert G Mayne LPN
Staff Nurse
Signed: 04/18/2019 14:40

| | |
|---|---|
| Date/Time: | 10 Apr 2019 @ 1012 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 10 Apr 2019 @ 1047 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 10, 2019@10:12    ENTRY DATE: APR 10, 2019@10:12:57
    AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Contact
Duration: 10 minutes

Writer called veteran to confirm today's scheduled appointment.  Veteran did

not answer this writers call however the undersigned was able to leave a

message requesting a return call at his earliest convenience.  Several minutes later veteran returns this writer's call.  Veteran reported he was doing well
however was frustrated with pretrial personnel as they were saying that veteran is not allowed to leave the house to secure permanent housing. Veteran was vague regarding the details of this and asked this writer to contact Jeffery Chavez and inquire on this. (an ROI is on file)  Writer was agreeable to this. Writer assured veteran the undersigned would contact Mr. Chavez and inquire on details regarding house arrest stipulations and would then contact the veteran. Veteran was agreeable to this.

After the call ended this writer called Mr. Chavez at 720-913-8904 however automated message stated he was out of the office on Wednesdays.  Writer was able to leave a message requesting a return call at his earliest convenience.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 04/10/2019 10:47

| | |
|---|---|
| Date/Time: | 03 Apr 2019 @ 1342 |
| Note Title: | MH VASH INDIVIDUAL VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 04 Apr 2019 @ 0933 |

Note

 LOCAL TITLE: MH VASH INDIVIDUAL VISIT
STANDARD TITLE: MENTAL HEALTH OUTPATIENT E & M NOTE
DATE OF NOTE: APR 03, 2019@13:42    ENTRY DATE: APR 03, 2019@13:43:07
   AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Case Management
Procedure: 30 minutes

Veteran presented as scheduled on this day for the purpose of introductions and to complete SSVF application to Rocky Mountain Human Services (RMHS). Veteran reported he was doing well and thanked this writer for meeting with him.  SSVF application was completed and writer will submit the application to Alicia Padilla of RMHS via secured email. Veteran stated he has a voucher provided by Denver Housing Authority.  Veteran does not have any housing preferences at this

time.

During today's meeting veteran spoke of his pending legal issues and stated

**CONFIDENTIAL**

he
was on house arrest and had an ankle monitor on.  He stated he was informed by
the courts he is able to leave the house for all VA related appointments to
include meeting with HUD VASH staff. Veteran asked this writer to contact
Lyndsey Dixon, pretrial attorned and veteran was agreeable to signing an ROI.

PLAN:  Writer to submit SSVF application to RMHS.  Writer and veteran are
scheduled to meet on 4/10/2019 to conduct housing search.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 04/04/2019 09:33

Receipt Acknowledged By:
04/08/2019 12:16      /es/ John Valvano, LCSW, CACIII
                 SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 29 Mar 2019 @ 1147 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | LOYD,JOAN M |
| Co-signed By: | LOYD,JOAN M |
| Date/Time Signed: | 29 Mar 2019 @ 1148 |

Note

 LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: MAR 29, 2019@11:47    ENTRY DATE: MAR 29, 2019@11:47:19
    AUTHOR: LOYD,JOAN M        EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

HAS Clinic Administration Note
General information to be passed on to PACT/BHIP:
PT CALLED TO RESCHEDULE HIS APPT TODAY 032919 FOR THIS AFTERNOON
PT'S NEW APPT IS 041919 @0930

/es/ JOAN M LOYD
MSA
Signed: 03/29/2019 11:48

| | |
|---|---|
| Date/Time: | 27 Mar 2019 @ 1644 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 27 Mar 2019 @ 1648 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAR 27, 2019@16:44   ENTRY DATE: MAR 27, 2019@16:45:04
    AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Call
Duration: 3 minutes

Writer received a return call from veteran on this day 3/26/2019.  Writer
introduced self as veteran's assigned HUD VASH case manager.  Veteran
reported
he was doing well and stated he was able to meet with this writer along with
John Valvano on 4/3/2019 for introductions and to complete SSVF application.

Veteran is agreeable to meeting with HUD VASH staff at the CRRC.

PLAN:  Writer to meet with veteran on 4/3/2019 to discuss housing and to
complete SSVF application to RMHS.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 03/27/2019 16:48

Receipt Acknowledged By:
03/27/2019 18:33     /es/ John Valvano, LCSW, CACIII
                SOCIAL WORKER MENTAL HEALTH

| | |
|---|---|
| Date/Time: | 26 Mar 2019 @ 1226 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 26 Mar 2019 @ 1228 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAR 26, 2019@12:26   ENTRY DATE: MAR 26, 2019@12:26:13
    AUTHOR: CURTIS,JESSICA M   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness

Procedure: Telephone Call/Failed Attempt

Writer called veteran on this day for the purpose of scheduling initial case management visit.  Writer's call went directly to voicemail however the undersigned was able to leave a message requesting a return call at his earliest

convenience.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 03/26/2019 12:28

| | |
|---|---|
| Date/Time: | 21 Mar 2019 @ 1234 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CURTIS,JESSICA M |
| Co-signed By: | CURTIS,JESSICA M |
| Date/Time Signed: | 21 Mar 2019 @ 1237 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAR 21, 2019@12:34    ENTRY DATE: MAR 21, 2019@12:34:51
   AUTHOR: CURTIS,JESSICA M    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Z59.0 Homelessness
Procedure: Telephone Contact/Failed Attempt

Writer called veteran at 720-276-5377 on this day for the purpose of scheduling case management appointment.  Writer received an automated message stating, "the
number you are trying to call is not reachable."  Writer was unable to leave a
message at this time.  Writer will continue to call veteran weekly to set up appointment for a housing search.

/es/ JESSICA M CURTIS
SOCIAL WORKER MENTAL HEALTH
Signed: 03/21/2019 12:37

Receipt Acknowledged By:
03/21/2019 15:21      /es/ Cailee J Cartner, LCSW
                HUD-VASH Social Worker
03/25/2019 08:16      /es/ John Valvano, LCSW, CACIII
                SOCIAL WORKER MENTAL HEALTH

JORDAN, CHADWICK HEATH                    **CONFIDENTIAL**                    Page 551 of 667

| Date/Time: | 15 Mar 2019 @ 1200 |
|---|---|
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 15 Mar 2019 @ 1818 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: MAR 15, 2019@12:00    ENTRY DATE: MAR 15, 2019@18:11:14
    AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of Call: 0 minutes
Treatment Provided: Telephone Contact

D: Writer receives a brief voicemail from veteran (he states his new # is 720-
276-5377) who requests writer provide an "update" to Ms. Lindsey Dixey
(720-913-
8914), who sounds to be a probation officer, that he is engaged in
apartment/housing hunting.

Writer attempts to follow-up with veteran for additional information and
clarification of veteran's situation before speaking with an unknown
individual.

Writer attempts contact with veteran; writer receives veteran's voicemail
and
requests he return writer's call. Writer encourages veteran to check-in with
VA
homeless staff as well.

A: No ability to assess safety in the course of this attempted telephone
contact.

P: Veteran to return writer's call. Veteran is in possession of
writer's contact
information for further needs related to VJO program. Alerting veteran's
(former?) VASH CM for awareness.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 03/15/2019 18:18

Receipt Acknowledged By:
03/18/2019 07:41     /es/ Cailee J Cartner, LCSW
                HUD-VASH Social Worker

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 27 Feb 2019 @ 1115 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 27 Feb 2019 @ 1128 |

Note

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: FEB 27, 2019@11:15    ENTRY DATE: FEB 27, 2019@11:25:34
    AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED


Diagnosis: Homelessness (z59.0)
Duration of call: 9 min.
Treatment Provided: Telephone Contact and Case Management

D: Writer received notice from Felipa at DHA (ROI on file) relaying that veteran

came in to DHA to complete annual recertification packet. Felipa relayed veteran

needs to come back in to sign statement saying he wishes to remain in program
and no longer be discharged.

Writer called veteran to inform him of the above. Veteran relayed he will go
back in to DHA to sign statement. Veteran asked writer for personal numer, which

she denied, and again provided work cell phone number.

A: No clinical indications of any danger to self or others were
reported during this phone call.

P: continue to support veteran in rehousing as needed

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 02/27/2019 11:28

| | |
|---|---|
| Date/Time: | 26 Feb 2019 @ 1430 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |

**CONFIDENTIAL**

Date/Time Signed:   26 Feb 2019 @ 1438

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: FEB 26, 2019@14:30   ENTRY DATE: FEB 26, 2019@14:35:36
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED


Diagnosis: Homelessness (z59.0)
Duration of call: 7 min.
Treatment Provided: Telephone Contact and Case Management

D: Writer called veteran to update him on info received from Felipa at DHA.
Informed veteran that to be reissued a voucher from DHA he would have to
complete a recertification packet by 2-28, otherwise he would have to go back
through walk-in clinic and restart process. Veteran unsure if he will be able to

complete paperwork with DHA by 2-28, but will try. He has info for housing walk
in clinic. Veteran did inquire multiple times if he could return to writer's

caseload. Writer relayed that he would be with the housing team to get back in
to housing and then likely with the Stabilization team to regain stability and
housing independence before returning to Community Integration. Veteran plans to

call writer with updates if he goes to DHA by 2-28.

A: No clinical indications of any danger to self or others were
reported during this phone call.

P: veteran to complete DHA recert by 2-28 or come to walk in clinic

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 02/26/2019 14:38


Receipt Acknowledged By:
02/26/2019 16:51    /es/ Hannah B Lambert, LCSW
              Supervisor, HUD-VASH

| | |
|---|---|
| Date/Time: | 25 Feb 2019 @ 1229 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 25 Feb 2019 @ 1233 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: FEB 25, 2019@12:29    ENTRY DATE: FEB 25, 2019@12:29:37
     AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED


Diagnosis: Homelessness (z59.0)
Duration of call: 7 min.
Treatment Provided: Telephone Contact and Case Management

D: Writer received notice from VJO that veteran has been released from
incarceration and inquired if writer could contact him at 720-276-5377.

Writer called veteran at number above. Veteran relayed he is staying with his
mom until he can find housing. We reviewed that DHA is discharging him from
program on 2-28. Informed veteran that she sent email to Felipa at DHA (ROI on
file) inquiring if veteran would be able to receive new voucher. Writer will
update veteran once response received from DHA. Veteran agreeable and denied
immediate needs,

A: No clinical indications of any danger to self or others were
reported during this phone call.

P: will update veteran on news from DHA

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 02/25/2019 12:33

| | |
|---|---|
| Date/Time: | 11 Jan 2019 @ 0800 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 11 Jan 2019 @ 1511 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 11, 2019@08:00    ENTRY DATE: JAN 11, 2019@15:10:17
     AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Time Spent: 5 minutes

Location of Visit: via secure email
hx note - no veteran contact

D: Writer received email from Felipa at DHA confirming that veteran would be
discharged from HUDVASH effective 2-28-2019. Veteran will be discharged from
HUDVASH and HOMES effective 2-28.

P: continue to support veteran in navigating VASH and PHA, as needed

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 01/11/2019 15:11

| | |
|---|---|
| Date/Time: | 10 Jan 2019 @ 1424 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 10 Jan 2019 @ 1426 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 10, 2019@14:24    ENTRY DATE: JAN 10, 2019@14:24:24
    AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Collateral Contact Note:

Time Spent: 10 minutes
Location of Visit: via phone
hx note - no veteran contact

D: Writer spoke to veteran's mother Gwen (ROI on file) (303-507-7494)
regarding
veteran signing notice to vacate. Gwen thanked writer for this information and
she plans to move veteran's belongings out within the next 30 days. Veteran
signed notice for 30 days from now, effective 2/11/19. Encouraged Gwen to
continue to pay veteran's rent portion for February as planned.

P: Gwen denied other needs at this time

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 01/10/2019 14:26

| | |
|---|---|
| Date/Time: | 10 Jan 2019 @ 1423 |

| | |
|---|---|
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 10 Jan 2019 @ 1424 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 10, 2019@14:23   ENTRY DATE: JAN 10, 2019@14:23:29
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

Collateral Contact Note:

Time Spent: 5 minutes
Location of Visit: via secure email
hx note - no veteran contact

D: Writer provided Margaret Phillips (Grace Property Management) (ROI on file)
with veteran's signed notice to vacate and terminate lease.

P: encouraged Grace PM to reach out with further needs

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 01/10/2019 14:24

| | |
|---|---|
| Date/Time: | 10 Jan 2019 @ 1422 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 10 Jan 2019 @ 1423 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 10, 2019@14:22   ENTRY DATE: JAN 10, 2019@14:22:20
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

 *** VASH COLLATERAL CONTACT Has ADDENDA ***

Collateral Contact Note:

Time Spent: 5 minutes
Location of Visit: via secure email
hx note - no veteran contact

D: Writer spoke to Felipa at DHA (ROI on file) regarding veteran's desire to end
his lease and relinquish voucher at this time. Provided Felipa with signed copy
of his notice to vacate.

P: Felipa denied needing other items

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 01/10/2019 14:23

01/10/2019 ADDENDUM                STATUS: COMPLETED
Notice to vacate effective for 30 days from today, 2-11-19.

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 01/10/2019 14:26

| | |
|---|---|
| Date/Time: | 10 Jan 2019 @ 0915 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 10 Jan 2019 @ 1446 |

**Note**

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JAN 10, 2019@09:15    ENTRY DATE: JAN 10, 2019@11:58:04
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of visit: 45 mins
Travel time: n/a
Treatment Provided: Case Management/Outreach

D: Writer meets with veteran through the Veterans Justice Outreach (VJO) program

at the downtown Denver detention facility where he has been in custody since
August 2018 on several charges. He states that his "trial begins
tomorrow" and
brings with him a collection of papers related to legal statues- he assumed his

legal team would be meeting with him when he was called from his cell, but is equally pleased to speak with writer.

The veteran spends large portion of today's visit summarizing his legal issues.
He explains that in large part they are due to racism or bias on the part of the

University of Colorado and, in his view, the charges as presented are unconstitutional. He is pleased to have retained the assistance of a civil attorney (in addition to his defender for his criminal charges) who he hopes will be able to argue his case from his perspective.

Writer explains his primary purpose this morning in providing him the opportunity to sign a mutual rescission of lease of his VASH unit so that he will not become indebted to the public housing authority with continued incarceration. He agrees that entering a mutual rescission of lease is favorable

to him as it will prevent issues with Denver Housing Authority policies. He completes and signs a form supplied by Grace Management indicating his desire to

vacate his VASH unit located at 2246 Clarkson St, Apt A on the date of 2/11/19 (more than 30 days from today's date, as required). (Writer later returns the
form to his VASH case manager.) He understands a family member will collect his personal items before then; he also states his expectation that his mother will remit February's rent as she has for the last several months on his behalf.

"Then I'm all good."

The veteran verbalizes his understanding he may present to the VA Homeless Walk-In clinic when released from custody to be re-screened for housing assistance programs. He expresses appreciation for today's visit.

A: Legal Problems/Circumstances. Veteran presented as engaged and behaviorally appropriate with VJO staff; no endorsement of imminent SI/HI, safety concerns, or current crisis. Veteran is receptive to receiving VA information and relevant

services, as indicated. Pleasant, cooperative, and fully forward-directed in today's meeting. No evidence of thought disorder or AVH.

P: Staff will continue to offer VJO assistance, support, and resources to the Veteran as able. Alerting VASH CM for awareness only.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 01/10/2019 14:46

Receipt Acknowledged By:
01/10/2019 16:59      /es/ Cailee J Cartner, LCSW
                    HUD-VASH Social Worker

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 07 Jan 2019 @ 1649 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 07 Jan 2019 @ 1652 |

Note

LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 07, 2019@16:49    ENTRY DATE: JAN 07, 2019@16:49:08
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Time Spent: 5 minutes
Location of Visit: via secure email
hx note - no veteran contact

D: Writer put in to contact with veteran's properrty manager Margaret
Phillips
(at Grace Property management at 303-255-1990 ext. 42)(ROI on file for
landlord/property management). Ms. Phillips relayed veteran is on month-to-month

lease, therefore can sign a notice (provided to writer) and submit 30 day notice

to move out. Veteran would not need to proceed with mutual rescission.

Writer provided form to Paul Deutsch, VJO, who is able to make contact with
veteran while he is incarcerated to explain situation with his apartment and DHA

policy and to provide the option of him signing notice to move and therefore
remaining in good standing with VASH/HUD and returning to walk in clinic upon
his release from incarceration. Management has relayed veteran could then return

to HUDVASH with more supports.

P: will collaborate with VJO to support veteran in housing needs

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 01/07/2019 16:52

| | |
|---|---|
| Date/Time: | 27 Dec 2018 @ 1645 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |

**CONFIDENTIAL**

Date/Time Signed:   28 Dec 2018 @ 0743

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 27, 2018@16:45   ENTRY DATE: DEC 28, 2018@07:41:35
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:             STATUS: COMPLETED

Collateral Contact Note:

Time Spent: 2 minutes
Location of Visit: via phone
hx note - no veteran contact

D: Writer contacted Erin at Grace Property management at 303-255-1990 ext. 10
(ROI on file for landlord/property management). Left brief VM requesting call
back.

When call returned will confirm this property management took over for Atlas
Property management and inquire about mutual rescission for veteran.

P: will await return call; if no call by early next week, will call again

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 12/28/2018 07:43

| | |
|---|---|
| Date/Time: | 27 Dec 2018 @ 1545 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 28 Dec 2018 @ 0741 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 27, 2018@15:45   ENTRY DATE: DEC 28, 2018@07:37:24
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:             STATUS: COMPLETED

Collateral Contact Note:

Time Spent: 14 minutes
Location of Visit: via phone

hx note - no veteran contact

D: Writer called veteran's mother, Gwen Jordan (303-507-7494; ROI on file)
to
discuss veteran's current housing and his incarceration relating to his
housing.
Ms. Jordan relayed that she continues to pay her son's rent and recently
received paperwork from the housing authority for recertification. Ms. Jordan
was also informed that the building is now being managed by Grace Properties
(Erin at 303-255-1990 ext. 10). Writer updated Ms. Jordan about possibility of
housing authority pulling veteran's voucher due to his incarceration being
over
120 days, as per their policy. Relayed that if voucher pulled, veteran would
likely be evicted from apartment due to that portion of his rent no longer being

paid. Discussed mutual rescission vs. eviction. Writer relayed she would call
Grace Property to inquire about mutual rescission.

P: will call Grace Properties; keep veteran's mother/emergency contact
updated
of status

/es/ Cailee J Cartner, LCSW
HUD-VASH Social Worker
Signed: 12/28/2018 07:41

| | |
|---|---|
| Date/Time: | 23 Oct 2018 @ 1621 |
| Note Title: | FOLLOW UP LETTER |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 23 Oct 2018 @ 1625 |

Note

 LOCAL TITLE: FOLLOW UP LETTER
STANDARD TITLE: LETTERS
DATE OF NOTE: OCT 23, 2018@16:21    ENTRY DATE: OCT 23, 2018@16:21:22
    AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Denver VAMC
1055 Clermont Street
Denver, CO 80220
(303) 399-8020 and press 2.  Toll Free: (888) 336-8262 and press 2.

OCT 23, 2018

CHADWICK HEATH JORDAN
2246 CLARKSON ST APT A
DENVER, COLORADO  80205


Dear Mr. JORDAN:

I wanted to send a letter to follow-up on our recent missed appointment. I did
receive a message from your mother saying you did not have a good phone at this
time. I want to schedule a visit with you at the old VA (1055 Clermont St.,
Denver, CO 80220) at the coffee shop on the first floor of the hospital. Please
use the entrance located on 9th Street, as all other entrances are staff access
only. I would like to schedule this visit for Friday, November 16th at 10:30 am.

Please call me, if able, to reschedule this appointment if this day and time do
not work for you. I can be reached at (720)576-5683.

Thank you,

| | |
|---:|:---|
| Date/Time: | 11 Oct 2018 @ 0930 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 23 Oct 2018 @ 1620 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 11, 2018@09:30   ENTRY DATE: OCT 23, 2018@16:19:36
    AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Time Spent: 1 minute
Location of Visit: via phone
hx note - no veteran contact

D: Writer received voicemail from veteran's mother relaying that veteran
does
not currently have a phone and veteran will call writer next week to reschedule
missed appt.

P: will await call from veteran; will send letter with new appt. time if no call

**CONFIDENTIAL**

/es/ CAILEE J CARTNER, MSW, LSW
HUD-VASH Case Manager
Signed: 10/23/2018 16:20

| | |
|---|---|
| Date/Time: | 04 Oct 2018 @ 1619 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 04 Oct 2018 @ 1620 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 04, 2018@16:19   ENTRY DATE: OCT 04, 2018@16:19:12
    AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED


Diagnosis: Housing and other economic needs (z59.9)
Duration of call: hx note - no veteran contact

D: Writer attempted to call veteran at both numbers she has listed on file, but
was unable to reach veteran or leave a VM. Writer attempting to let veteran know

that writer will be on AL tomorrow (10-5) and had previously scheduled a visit
via letter to occur at the VA, but needs to reschedule this due to the
scheduling conflict. Veteran had not confirmed visit. Will tag coverage person
on note for informational purposes in case veteran calls writer to inquire of
whereabouts.

P: will reschedule visit

/es/ CAILEE J CARTNER, MSW, LSW
HUD-VASH Case Manager
Signed: 10/04/2018 16:20

Receipt Acknowledged By:
10/05/2018 13:20    /es/ KARI S MOORE, LCSW
                HUD VASH SOCIAL WORKER

| | |
|---|---|
| Date/Time: | 07 Sep 2018 @ 1300 |
| Note Title: | FOLLOW UP LETTER |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |

| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 07 Sep 2018 @ 1455 |

**Note**

 LOCAL TITLE: FOLLOW UP LETTER
STANDARD TITLE: LETTERS
DATE OF NOTE: SEP 07, 2018@13:00   ENTRY DATE: SEP 07, 2018@14:52:04
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED


Rocky Mountain Regional VA Medical Center
1700 N. Wheeling St.
Aurora, CO  80045
(303) 399-8020 and press 2.  Toll Free: (888) 336-8262 and press 2.

SEP 07, 2018

      CHADWICK HEATH JORDAN
      2246 CLARKSON ST APT A
      DENVER, COLORADO  80205


Dear Mr. JORDAN:

I hope this letter finds you well. I am writing as I attempted to meet with you
for our scheduled home visit on 9-7-2018 at 1300. I would like to request your
presence at a HUD-VASH visit on Friday, October 5th at 10 am. This visit will
take place at the Denver VA coffee shop (1st floor at 9th street entrance; 1055
Clermont St., Denver, CO 80226). Please call to reschedule this appointment, if
you are unable to attend.


Take Care,

| Date/Time: | 07 Sep 2018 @ 1300 |
| Note Title: | MH NO SHOW |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 07 Sep 2018 @ 1450 |

**Note**

LOCAL TITLE: MH NO SHOW
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: SEP 07, 2018@13:00    ENTRY DATE: SEP 07, 2018@14:49:04
    AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED


Diagnosis: Housing and other economic needs (z59.9)
Duration of call: hx note - no veteran contact

D: Writer attempted to meet with veteran on this date for scheduled home visit.
Veteran was not present at apartment and did not answer either phone that writer

has on file. Unable to leave a voicemail on either phone; most recent phone #
given is now out of service.

P: will send no show letter with new appt. time


/es/ CAILEE J CARTNER, MSW, LSW
HUD-VASH Case Manager
Signed: 09/07/2018 14:50

| Date/Time: | 21 Aug 2018 @ 1313 |
| --- | --- |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BERTONE-KELLOGG,KATHLEEN |
| Co-signed By: | BERTONE-KELLOGG,KATHLEEN |
| Date/Time Signed: | 21 Aug 2018 @ 1321 |

Note

LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: AUG 21, 2018@13:13    ENTRY DATE: AUG 21, 2018@13:13:37
    AUTHOR: BERTONE-KELLOGG,KAT  EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled INTAKE PCP appointment on: 08/21/18
13:00

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call.  Will await contact from Mr.
JORDAN.  This patient has never been seen by this writer.

Informational view alert to MH/VASH provider.

/es/ KATHLEEN BERTONE-KELLOGG
NP
Signed: 08/21/2018 13:21

Receipt Acknowledged By:
08/21/2018 13:47    /es/ CAILEE J CARTNER, MSW, LSW
                    HUD-VASH Case Manager

| | |
|---|---|
| Date/Time: | 03 Aug 2018 @ 1300 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 03 Aug 2018 @ 1411 |

Note

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: AUG 03, 2018@13:00   ENTRY DATE: AUG 03, 2018@14:03:35
    AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
 URGENCY:                 STATUS: COMPLETED

Diagnosis: Housing and other economic needs (z59.9)
Duration of Visit: 30 min.
Travel Time: 15 min. w/ veteran
Location of Visit: veteran apartment, VAMC
Treatment Provided: case management and transportation assistance

D: Writer met with veteran at his apartment for scheduled visit. Writer and
veteran met outside as veteran relayed he was about to go out to look at new
apartments. Veteran believes his lease has moved to a month-to-month lease as he

was never given a one year lease. Veteran searching in the Downtown Denver area
for a new one bedroom unit. He is aware he needs to give his apartment property
notice prior to moving. Veteran also agreeable to alert housing authority to his

desire to move so he can receive a moving voucher.

Veteran spoke at length about his recent incarceration and legal involvement.
Veteran feels strongly that he was wronged by a previous mental health provider.

Writer provided supportive listening and supported he desire to advocate for
himself through legal action.

After visit, writer assisted veteran in going to Denver VAMC. Veteran spoke
about his upbringing, family, and future goals.

Veteran aware we will meet every 3 months as appropriate for his lower level of
case management needs and engagement in the HUDVASH community integration phase.

Writer agreed to veteran in one month from now to provide additional support for

his housing stability and desire to move.

A: Veteran appropriately dressed and with adequate attention to hygiene. Veteran

speech clear and thoughts linear and logical. Veteran did not endorse SI, HI,
risky behaviors at this time. A&O x4. No clinical indications of any danger
to
self or others were observed or reported during this visit.

P: home visit 9-7-18 at 1300

/es/ CAILEE J CARTNER, MSW, LSW
HUD VASH CASE MANAGER
Signed: 08/03/2018 14:11

| | |
|---|---|
| Date/Time: | 02 Aug 2018 @ 1639 |
| Note Title: | MH SAME DAY ACCESS |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | JOSEPH,ANN MARY |
| Co-signed By: | JOSEPH,ANN MARY |
| Date/Time Signed: | 02 Aug 2018 @ 1701 |

Note

 LOCAL TITLE: MH SAME DAY ACCESS
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE
DATE OF NOTE: AUG 02, 2018@16:39     ENTRY DATE: AUG 02, 2018@16:39:55
     AUTHOR: JOSEPH,ANN MARY     EXP COSIGNER:
     URGENCY:                    STATUS: COMPLETED

MENTAL HEALTH SAME DAY ACCESS NOTE

Type of interaction: Face to Face/Triage

Have you had an appointment with a ECHCS Mental Health Care
provider in the last 2 years? No

** Please note: If a Veteran has NOT BEEN seen by an ECHCS provider
 within the past 2 years, this MH Same Day triage MUST be completed by an
 LIP within 24 hours of the initial request.**

Veteran's stated need for mental health treatment is Non-urgent

How can I help you today? (Veteran's stated need for mental health
treatment today.): 36 yo male presents as a walk in for "legal" as
primary
complaint. States that he was seen by a psychologist in February 2018 at the UC
Denver campus. He has seen her 4 times in total. When the psychologist asked him

about his weekend, he reportedly disclosed he went to a gun show and purchased a

"gun novelty item." Of note, he disclosed he is a felon with an
attempted
assault on a peace officer and attempted possession of a controlled substance on

his record. At the end of his session, he alleged that psychologist called the
Auraria Campus Police and Denver Police. He was subsequently "surveyed"
for a
week and "pulled over by the police." Patient believes the psychologist
breached
their doctor patient contract. Since the episode, he feels he has issues
trusting other people and opening up to other psychologists, etc.

Veteran is established in care and/or today's identified need is not urgent;

based on clinical assessment, no SUICIDE RISK SCREEN is required at this time.

Assessment/Clinical Formulation:
36 yo male with remote history of psychosis, was once treated with Risperdal in
review of his CPRS records. Unclear really what the patient was looking for on
today's session. Seemingly wanting to vent about his lack of trust in MH
professionals and wanting to explore this in individual psychotherapy. When
attempted to clarify this with patient, again, he was vague about his
presentation today and goal for triage.

Plan (Please include recommendations for further evaluation and treatment, and
action taken):

1. Educated patient about the duty to warn policy ALL mental health
professionals obey and follow and the limitations of the doctor patient
relationship. Also explained to patient, without hearing the psychologist's
side
of the story, it is unclear why she may have (if she) called the police and why
the sequelae of events unfolded thereafter.

Despite very odd triage, patient was not overtly psychotic. He tracked
information and was linear and engaged in coversation, though odd, in a rational

manner.

Recommend Veteran for futher evaluation and treatment in the following
area/program: Patient can follow up as a walk in. Gave him clinic hours and what

the clinic can offer and not offer him. Patient gave a new number on how to
reach him if staff thought he would be a good candidate. 720-273-9741. Will

discuss case with Dr. Dreier.

/es/ ANN MARY JOSEPH
ATTENDING PSYCHIATRIST
Signed: 08/02/2018 17:01

Receipt Acknowledged By:
08/03/2018 08:23    /es/ AMY SHOLLER DREIER, Ph.D
              LICENSED PSYCHOLOGIST
08/10/2018 16:39     /es/ LISA C SMITH, MD
              Medical Director, Outpatient  MH

| | |
|---|---|
| Date/Time: | 02 Aug 2018 @ 1618 |
| Note Title: | MH CLINICAL PHARMACY NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CLARK,JEFFREY |
| Co-signed By: | CLARK,JEFFREY |
| Date/Time Signed: | 02 Aug 2018 @ 1620 |

**Note**

 LOCAL TITLE: MH CLINICAL PHARMACY NOTE
STANDARD TITLE: PHARMACY NOTE
DATE OF NOTE: AUG 02, 2018@16:18    ENTRY DATE: AUG 02, 2018@16:18:42
   AUTHOR: CLARK,JEFFREY    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Chart and paperwork reviewed. Denies SI/HI or urgent needs. Triaged to RAFT MD
Anne Joseph for evaluation. Veteran was not seen in PES.

/es/ Jeffrey K. Clark, PharmD, BCPP
Neurologic/Psychiatric Pharmacy Specialist
Signed: 08/02/2018 16:20

| | |
|---|---|
| Date/Time: | 31 Jul 2018 @ 1454 |
| Note Title: | OBMT PROGRESS NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | WELZENBACH,MATTHEW C |
| Co-signed By: | WELZENBACH,MATTHEW C |
| Date/Time Signed: | 31 Jul 2018 @ 1544 |

**Note**

 LOCAL TITLE: OBMT PROGRESS NOTE (T)
STANDARD TITLE: INTERNAL MEDICINE OUTPATIENT NOTE
DATE OF NOTE: JUL 31, 2018@14:54    ENTRY DATE: JUL 31, 2018@14:55:01

AUTHOR: WELZENBACH,MATTHEW   EXP COSIGNER:
URGENCY:                STATUS: COMPLETED

ASSESSMENT and PLAN:
36 yo M presents today with multiple complaints.

#Weight gain: Patient initially complained of gynecomastia, but it appears that
he is mostly concerned about gaining abd weight. Review of chart shows he's
up
about 25 lbs from his norm a couple of years ago. Likely not a result of his
risperidone, which he has been off for years. Reassured patient this was the
case and instead focused on lifestyle modifications.
- Placed dietician consult order

#ACL tear: Reviewing old ortho note, appears to have had a midsubstance ACL
tear, but not clinically significant to the point of requiring intervention.
Patient reports having PT previously, but not currently.
- Placed referral to PT
- Provided with 3 months handicapped parking permit. Must talk to PCP if he
wants longer

#Blurry vision: Patient endorses wearing glasses, but feels vision has worsened.
- Placed referral for optometry

#Headaches: Before leaving, patient requested stronger pain medication for
headaches. Advised to use both APAP and NSAIDs as needed and f/u with PCP.

RTC: Has PCP f/u 8/24

CHIEF COMPLAINT: Gynecomastia, leg pain, blurry vision

HPI/ROS:
Patient presents today for ED f/u. Initially came to the ED on 7/25 for
medication refill. He was able to get a nurse appt yesterday to follow up on
that visit, although he stated that he wanted to keep this OBMT appt as well.

He does say he is concerned about some gynecomastia. He had issues with it
previously, and says it was related to risperidone. He stopped that a long time
ago, and thinks his nipples are back to what they were before.

Also requests a parking application placard. He tore his ACL in February He
didn't have surgery on it but did have it evaluated by ortho here. He is
also
requesting PT for this issue as well. He can easily walk on his left foot, but
sometimes uses a brace, crutches, and a cane.

Lastly asking for an eye appt for blurry vision.

The following problem list is considered to be the "Past Medical
History" for
the purposes of this note:
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

```
                                 Issue Date
                        Status     Last Fill
      Active Outpatient Medications      Refills    Expiration
======================================================================
1)   BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE     Issu:07-01-18
     Qty: 60 for 90 days  Sig: APPLY SMALL  Refills: 0  Last:07-03-18
     AMOUNT AFFECTED AREA TWICE A DAY AS              Expr:09-29-18
     NEEDED FOR ACNE
2)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:  ACTIVE     Issu:07-01-18
     60 for 90 days  Sig: APPLY THIN FILM   Refills: 0  Last:07-03-18
     TO AFFECTED AREA ONCE A DAY AS NEEDED        Expr:09-29-18
3)   MELOXICAM 15MG TAB  Qty: 30 for 30 days  ACTIVE    Issu:07-25-18
     Sig: TAKE ONE TABLET BY MOUTH ONCE A   Refills: 0  Last:07-26-18
     DAY AS NEEDED FOR PAIN. TAKE WITH FOOD      Expr:08-24-18
     OR MILK.
4)   TRAMADOL HCL 50MG TAB  Qty: 15 for 3    ACTIVE     Issu:07-25-18
     days  Sig: TAKE ONE TABLET BY MOUTH   Refills: 0  Last:07-27-18
     EVERY 4 HOURS AS NEEDED FOR PAIN           Expr:08-24-18
5)   TRETINOIN 0.1% CREAM  Qty: 40 for 90    ACTIVE     Issu:07-01-18
     days  Sig: APPLY SMALL AMOUNT TO      Refills: 0  Last:07-03-18
     AFFECTED AREA ONCE A DAY AS NEEDED FOR      Expr:09-29-18
     ACNE
```
No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
(x)The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

Medication education and counseling for new medications added today was provided to the Patient/Caregiver. This included why the medication was prescribed, how they should take it and for how long, what to expect from it, and what happens if medication is not taken as prescribed.  Patient/Caregiver indicates readiness to learn, verbalizes understanding and agreement.


EXAM:

  VS:   Temp: 97.2 F [36.2 C] (07/25/2018 10:28)
       BP:   113/77 (07/25/2018 10:28)
       Pulse:59 (07/25/2018 10:28)
       Resp: 18 (07/25/2018 10:28)
        BMI: BODY MASS INDEX - 26.2 (DEC 27, 2017@14:23:22)
        Pain: 9 (07/25/2018 10:28)
       Weight: 182.5 lb [83.0 kg] (12/27/2017 14:23)

General Appearance: Comfortable appearing, no acute distress
HEENT: Moist oral mucosa
Neck: Supple, no adenopathy
Cardiac: RRR, no extra heart sounds or murmurs
Lungs: CTA b/l, symmetric breath sounds, no distress
Abdomen: Nontender, nondistended, +bs
Extremities: No peripheral edema, no laxity in left knee
Gait: Normal

Data/Labs:

The following laboratory patient data objects were reviewed and are pertinent to the care provided:

  HgbA1c:
        No A1C HEMOGLOBIN (DVAMC) in the last 6M

  Lipids:
         No CHOLESTEROL in the last 1Y
         No HDL CHOLESTEROL in the last 1Y
        No LDL CHOLESTEROL (calc.) in the last 1Y
        No LDL CHOLESTEROL (direct) in the last 1Y
         No TRIGLYCERIDE in the last 1Y

  SMA-7:
         SODIUM - NONE FOUND
        POTASSIUM - NONE FOUND
        CHLORIDE - NONE FOUND
        CO2 - NONE FOUND
        CREATININE SERUM - NONE FOUND
        No GLUCOSE in the last 6M

  CBC: No WBC in the last 6M
        No HGB in the last 6M

No HCT in the last 6M
No MCV in the last 6M
No PLATELETS in the last 6M

LFTs: SGOT - NONE FOUND
     SGPT - NONE FOUND

TSH - NONE FOUND

No ZZ-OCCULT BLOOD-HS #1 in the last 6M
No ZZ-OCCULT BLOOD-HS #2 in the last 6M
No ZZ-OCCULT BLOOD-HS #3 in the last 6M

No PSA in the last 1068D

No ZZ-VIT.D 25-Hydroxy (LC081950) in the last 2Y
No VIT D,1,25-DIHYDROXY (LC081091)QQQ in the last 2Y

(Please see top of note for assessment and plan.)

This patient was discussed with Dr. Allan Prochazka,
attending physician, who agrees with the management outlined above
and believes it is medically appropriate.

(x) Patient/Caregiver indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan. Patient/Caregiver
doesn't
have any further questions today.

() Approximately   min of this 30 min appt was spent counseling/coordinating
care for the me
dical problems outlined above.

/es/ MATTHEW C WELZENBACH
Resident
Signed: 07/31/2018 15:44

| | |
|---|---|
| Date/Time: | 31 Jul 2018 @ 0818 |
| Note Title: | TELEPHONE CONTACT NO ENCOUNTER REQUIRED |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | NOWLIN,CANDACE |
| Co-signed By: | NOWLIN,CANDACE |
| Date/Time Signed: | 31 Jul 2018 @ 0826 |

Note

LOCAL TITLE: TELEPHONE CONTACT NO ENCOUNTER REQUIRED
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 31, 2018@08:18:18  ENTRY DATE: JUL 31, 2018@08:26:49

AUTHOR: NOWLIN,CANDACE     EXP COSIGNER:
URGENCY:                STATUS: COMPLETED

PCMM Provider Info:
LOCAL - DENVER VA MEDICAL CENTER (554)
PACT: DENVER FIRM B MD PACT 05 *WH* (Focus: Womens Health)
Primary Care Provider:    Schnell,Benjamin || PHONE:3458
Care Manager:        Wahl,Barbara || PHONE:2116
Clinical Associate:
Administrative Associate:  Schaaf,Paul P
PACT Clinical Pharmacist:  Svensk,Tonja M || PHONE:6917
Surrogate Care Manager:    Irving,Brooke M || PHONE:3156
Clinical POC:        Care Manager || Wahl,Barbara || PHONE:2116
Administrative POC:       Administrative Associate || Schaaf,Paul P

MH: DENVER MENTAL HEALTH HUD-VASH
 (mhtc) Social Worker || Cartner,Cailee J

**PATIENT called in for JORDAN,CHADWICK HEATH (243399084) Phone: (720)639-4372.

The following identifiers were used to verify this patient:  DOB. SSN.

Contact Phone Number: (720)639-4372

Type of call:  ECH INFORMATION.

Caller Area: 19-**DENVER VAMC

Caller Response: *OTHER

Chief Complaint: Not applicable to call.

Class Code: Counseling, unspecified.

Comments:
Mr. Jordan called for time and directions to appointment today. Writer provided
. No other needs at this time. No new or worsening symptoms discussed during
call.

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 07/31/2018 @ 8:18:18 AM
Ending at: 07/31/2018 @ 8:26:18 AM
Length: 8 minutes.

Author: NOWLIN,CANDACE


/es/ CANDACE NOWLIN MSN RN-BC CPEN
VISN 19 Tele nurse Program RN
Signed: 07/31/2018 08:26

JORDAN, CHADWICK HEATH **CONFIDENTIAL** Page 575 of 667

| | |
|---|---|
| Date/Time: | 30 Jul 2018 @ 1559 |
| Note Title: | TELEPHONE CONTACT NO ENCOUNTER REQUIRED |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MONTOYA,JULIE A |
| Co-signed By: | MONTOYA,JULIE A |
| Date/Time Signed: | 30 Jul 2018 @ 1600 |

**Note**

 LOCAL TITLE: TELEPHONE CONTACT NO ENCOUNTER REQUIRED
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 30, 2018@15:59:03  ENTRY DATE: JUL 30, 2018@16:00:47
   AUTHOR: MONTOYA,JULIE A     EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

PCMM Provider Info:
LOCAL - DENVER VA MEDICAL CENTER (554)
 PACT: DENVER FIRM B MD PACT 05 *WH* (Focus: Womens Health)
 Primary Care Provider:    Schnell,Benjamin || PHONE:3458
 Care Manager:       Wahl,Barbara || PHONE:2116
 Clinical Associate:
 Administrative Associate:  Schaaf,Paul P
 PACT Clinical Pharmacist: Svensk,Tonja M || PHONE:6917
 Surrogate Care Manager:   Irving,Brooke M || PHONE:3156
 Clinical POC:        Care Manager || Wahl,Barbara || PHONE:2116
 Administrative POC:    Administrative Associate || Schaaf,Paul P

 MH: DENVER MENTAL HEALTH HUD-VASH
 (mhtc) Social Worker || Cartner,Cailee J

**PATIENT called in for JORDAN,CHADWICK HEATH (243399084) Phone: (720)639-4372.

The following identifiers were used to verify this patient:  DOB.

Contact Phone Number: (720)639-4372

Type of call:  ECH MEDICATION ISSUES.

Caller Area: 19-**DENVER VAMC

Caller Response: *OTHER

Chief Complaint: Not applicable to call.

Class Code: Counseling, unspecified.

Nurse Notes:
pt caled and stated, " Can you read me my medication list."

Pt current medication list was read to pt.

Pt verbalized understanding.

Patient/Caller agrees with plan.

Patient/caller verbalizes understanding of information given.

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 7/30/2018 @ 3:59:03 PM
Ending at: 7/30/2018 @ 4:00:40 PM
Length: 1 minutes.

Author: MONTOYA,JULIE A


/es/ Julie A. Montoya, RN
HAS: RN Call Center SoCo
Signed: 07/30/2018 16:00

| | |
|---|---|
| Date/Time: | 30 Jul 2018 @ 0915 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 30 Jul 2018 @ 1111 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 30, 2018@09:15    ENTRY DATE: JUL 30, 2018@11:09:52
    AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Housing and other economic needs (z59.9)
Duration of call: 5 min.
Treatment Provided: Telephone Contact and Case Management

D: Writer called veteran to reschedule missed home visit (see note by writer 7-
23-18). Veteran agreeable to meet 8-3. Veteran denied other needs at this time.

A: No clinical indications of any danger to self or others were
reported during this phone call. Veteran's voice did sound slurred and he
repeated himself multiple times throughout short phone conversation.

P: home visit 8-3-18 at 1300

/es/ CAILEE J CARTNER, MSW, LSW
HUD VASH CASE MANAGER
Signed: 07/30/2018 11:11

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 25 Jul 2018 @ 1116 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHMIDT,TYLER J |
| Co-signed By: | SCHMIDT,TYLER J |
| Date/Time Signed: | 25 Jul 2018 @ 1118 |

**Note**

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: JUL 25, 2018@11:16   ENTRY DATE: JUL 25, 2018@11:16:17
    AUTHOR: SCHMIDT,TYLER J    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

CHIEF COMPLAINT: med refill
 I have reviewed the RN Triage Note for this visit and have reconciled
 any discrepancies.
 HPI/ROS:

36 y/o p/f med refills, denies acute concerns

A/P: lbp; meds refilled/pcp fu next week


 PROBLEM LIST:
 Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
 10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
 11. Foot Pain (ICD-9-CM 719.47)
 12. SUBJECTIVE TINNITUS
 13. Pseudofolliculitis barbae
 14. Major depressive disorder
 15. Anxiety disorder

Allergies: Patient has answered NKA


Active and Recently Expired Outpatient Medications (including Supplies):

**CONFIDENTIAL**

```
                           Issue Date
                  Status    Last Fill
   Active Outpatient Medications      Refills    Expiration
========================================================================
=
1)  BENZOYL PEROXIDE 5% (WATER BASED) GEL    ACTIVE
Issu:07-01-18
       Qty: 60 for 90 days  Sig: APPLY SMALL  Refills: 0
Last:07-03-18
       AMOUNT AFFECTED AREA TWICE A DAY AS
Expr:09-29-18
       NEEDED FOR ACNE
2)  CLINDAMYCIN PHOSPHATE 1% TOP SOLN  Qty:   ACTIVE
Issu:07-01-18
       60 for 90 days  Sig: APPLY THIN FILM   Refills: 0
Last:07-03-18
       TO AFFECTED AREA ONCE A DAY AS NEEDED
Expr:09-29-18
3)  TRETINOIN 0.1% CREAM  Qty: 40 for 90     ACTIVE
Issu:07-01-18
       days  Sig: APPLY SMALL AMOUNT TO     Refills: 0
Last:07-03-18
       AFFECTED AREA ONCE A DAY AS NEEDED FOR
Expr:09-29-18
       ACNE


                           Issue Date
                  Status    Last Fill
   Pending Outpatient Medications      Refills    Expiration
========================================================================
=
1)  MELOXICAM 15MG TAB  Qty: 30  Sig: TAKE   PENDING
    ONE TABLET BY MOUTH ONCE A DAY AS     Refills: 0
    NEEDED FOR PAIN. TAKE WITH FOOD OR
    MILK.
2)  TRAMADOL HCL 50MG TAB  Qty: 15  Sig:    PENDING
    TAKE ONE TABLET BY MOUTH EVERY 4 HOURS  Refills: 0
    AS NEEDED FOR PAIN
```

5 Total Medications No Active Remote Medications for this patient

MEDICATION RECONCILIATION:

[ x ] The medication list above was reviewed with the patient at
today's visit. I have indicated discrepancies under each
medication that is not being taken as prescribed. Medication
orders, including any additions or discontinuations, have been
updated as appropriate, and the patient now has an accurate
medication list.

[ ] Limited Medication Reconciliation was performed at this visit
as short term medications were prescribed at this visit.

**CONFIDENTIAL**

[ ] Medication Reconciliation was not performed at this visit as
no medications were changed, prescribed or administered at
this visit.

[ ] Medication Reconciliation was not performed at this visit as
patient and/or caregiver is not able to confirm medications
he/she is taking.

VITAL SIGNS - See progress note titled ER NURSE TRIAGE NOTE for Pulse
Oximetry
Vitals Enter at: Jul 25, 2018@10:28
BP: 113/77
P: 59
PN: 9
R: 18
T: 97.2

EXAM:

VSS
GEN: nt/nad
MS: mae
SKIN: w/d/i


DATA:

LAB RESULTS TODAY - NONE FOUND


CONDITION ON DISCHARGE: [ x ]good   [ ]fair   [ ]poor

PATIENT EDUCATION AT DISCHARGE:

 ( x ) Discharge instructions discussed with patient and/or caregiver.
    Patient/Caregiver indicates readiness to learn, verbalizes
understanding,
    agreement and satisfaction with the treatment plan.
Patient/Caregiver
    doesn't have any further questions today.

 ( x ) Mosby's discharge instructions and patient information was
    provided to the patient

INSTRUCTIONS FOR FOLLOW UP CARE:
 [ x ] See primary care provider
 [ ] No PCP assigned
 [ ] Return to ER if worse
 [ ] Other:
 DISPOSITION FROM EMERGENCY DEPARTMENT

/es/ Tyler J Schmidt,MS,ENP-BC
Emergency Nurse Practitioner
Signed: 07/25/2018 11:18

| | |
|---|---|
| Date/Time: | 25 Jul 2018 @ 1027 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | WILSON,MICHAELA J |
| Co-signed By: | WILSON,MICHAELA J |
| Date/Time Signed: | 25 Jul 2018 @ 1030 |

**Note**

LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: JUL 25, 2018@10:27    ENTRY DATE: JUL 25, 2018@10:27:30
   AUTHOR: WILSON,MICHAELA J    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Current Phone Number: 720 273 9741
Age:  36  Sex:  MALE


Patient identification is confirmed by an accurate secured armband:
  Yes


 Patient denies travel or physical contact with others who have traveled
 in the past 30 days.

VITAL SIGNS:
   Temperature: 97.2 F (36.2 C)
   Route: Temporal
   Pulse:        59
   Respiration:    18
   Blood Pressure:  113/77

   Pulse Oximetry:  93% on  Room Air
   Pain:        9
Time of arrival:  07/25/18 10:14
Method of arrival:  Public Transportation or Bus

On arrival the patient was: Ambulatory

Current Medications:

JORDAN, CHADWICK HEATH                **CONFIDENTIAL**                Page 581 of 667

```
 Active Outpatient Medications              STATUS
==================================================================
BENZOYL PEROXIDE 5% (WATER BASED) GEL          ACTIVE
     APPLY SMALL AMOUNT AFFECTED AREA TWICE A DAY AS NEEDED FOR
     ACNE

TRETINOIN 0.1% CREAM                    ACTIVE
     APPLY SMALL AMOUNT TO AFFECTED AREA ONCE A DAY AS NEEDED
     FOR ACNE

CLINDAMYCIN PHOSPHATE 1% TOP SOLN             ACTIVE
     APPLY THIN FILM TO AFFECTED AREA ONCE A DAY AS NEEDED
```

 Did the patient take all of their prescibed medications today?
 Yes
Allergies:
 Allergies are listed in CPRS as: Patient has answered NKA
     Allergies verified with Patient.
 When asked about allergic reactions, patient/Significant Other reports:
     No new allergies

Mentation:
 Alert and oriented to person, place, and time.


Mental Health:
 Acute emotional/behavioral difficulties or history of
 emotional/behavioral difficulties?
   Patient denies.

 Mental Health and Suicide Risk Screening:
  1. In the past 2 weeks, have you been feeling down, depressed, or
  hopeless?

   No.
  2. During that time, have you had thoughts of hurting yourself in some
  way?
   No.
  3. In the past 2 weeks, have you had thoughts of killing yourself, or
  planning your own death?
   No.
   Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
 S/O:pt is requesting referral for PT for L ACL tear from a few  months
 ago, had appt at 0900 in firm B but missed it, VSS, resps  with ease.
 ambulating independently

 Triage Level: ESI 5
 Patient to be seen:  Emergency Department

/es/ Michaela Wilson, RN
Staff Nurse
Signed: 07/25/2018 10:30

| | |
|---|---|
| **Date/Time:** | 25 Jul 2018 @ 0930 |
| **Note Title:** | PACT RN NOTE |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | WAHL,BARBARA |
| **Co-signed By:** | WAHL,BARBARA |
| **Date/Time Signed:** | 25 Jul 2018 @ 1655 |

**Note**

 LOCAL TITLE: PACT RN NOTE
STANDARD TITLE: PRIMARY CARE NURSING NOTE
DATE OF NOTE: JUL 25, 2018@09:30   ENTRY DATE: JUL 25, 2018@16:03:49
    AUTHOR: WAHL,BARBARA       EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** PACT RN NOTE Has ADDENDA ***

REGISTERED NURSE CLINIC NOTE
- Pt came to Firm B to meet with this RN (see 7-25 Telephone contact and
addendums): Pt stated that he has several issues that he'd like to try to
take
care of today.
  - He wants to get re-established with a PCP so he can maintain his
health care here - he was previously a pt of Dr. Richlie but hasn't seen him
in
over 2 yrs.
  - He also has had dental work here in the past and would like to continue that

service.
  - All of his meds need to be renewed.
  - He would like to restart PT for his L knee/ACL problem.
  - He has to renew his Parking Permit for persons with disabilities.
- This RN met briefly with GAP Provider, NP Little: NP not able to see pt since
he is not yet an established pt on Firm B.
- Info to pt; discussed options of going to ER and/or OBMT and rescheduling with

Dr. Schnell. Pt decided to reschedule with Dr. Schnell (MSA set appt for 8-24
with Dr. Schnell), schedule with OBMT for dental and PT consults and Parking
Permit (MSA set appt for 7-31), and go to ER now for meds.
- This RN will f/up prn.

/es/ Barbara Wahl, RN

**CONFIDENTIAL**

Ambulatory Care
Signed: 07/25/2018 16:55

07/25/2018 ADDENDUM          STATUS: COMPLETED
Pt came back to Firm B after ER visit:
- Pt stated that he was able to get a couple of his meds renewed but was told
that the rest would be done by PCP/OBMT. Pt asked if he could get appt with a
PCP at RMR sooner than his 8-24 appt on Firm B.
- MSA checked with Firm A and C - the soonest new appt is on 8-21; pt decided to

take that appt and would keep the 7-31 OBMT appt. MSA set PCP appt. Pt agreed to

phone this RN prn until established with new PCP.

/es/ Barbara Wahl, RN
Ambulatory Care
Signed: 07/25/2018 17:05

| | |
|---|---|
| Date/Time: | 25 Jul 2018 @ 0901 |
| Note Title: | TELEPHONE CONTACT NO ENCOUNTER REQUIRED |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | GETZEL,KAREN T |
| Co-signed By: | GETZEL,KAREN T |
| Date/Time Signed: | 25 Jul 2018 @ 0906 |

Note

 LOCAL TITLE: TELEPHONE CONTACT NO ENCOUNTER REQUIRED
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 25, 2018@09:01:22  ENTRY DATE: JUL 25, 2018@09:06:32
    AUTHOR: GETZEL,KAREN T    EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

   *** TELEPHONE CONTACT NO ENCOUNTER REQUIRED Has ADDENDA ***

PCMM Provider Info:
LOCAL - DENVER VA MEDICAL CENTER (554)
PACT: PENDING: DENVER FIRM B MD PACT 05 *WH* (Focus: Womens Health)
Primary Care Provider:    Schnell,Benjamin || PHONE:3458
Care Manager:       Wahl,Barbara || PHONE:2116
Clinical Associate:
Administrative Associate:  Schaaf,Paul P
PACT Clinical Pharmacist:  Svensk,Tonja M || PHONE:2768
Surrogate Care Manager:   Irving,Brooke M || PHONE:3156
Clinical POC:       Care Manager || Wahl,Barbara || PHONE:2116
Administrative POC:      Administrative Associate || Schaaf,Paul P

   MH: DENVER MENTAL HEALTH HUD-VASH
   (mhtc) Social Worker || Cartner,Cailee J

**PATIENT called in for JORDAN,CHADWICK HEATH (243399084) Phone: 720 273 9741.

The following identifiers were used to verify this patient:  DOB. SSN.

Contact Phone Number: 720 273 9741

Type of call:  ECH INFORMATION TO PROVIDER.

Caller Area: 19-**DENVER VAMC

Caller Response: *OTHER

Chief Complaint: Not applicable to call.

Class Code: Counseling, unspecified.

Comments:
Veteran Chadwick Jordan states he will be 15-30 minutes late for his
appointment with Dr B Schnell at 09:00. He is on his way.
His call back number is listed above.

This nurse transferred his call to leave a message with Firm B reception.

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 07/25/2018 @ 9:01:22 AM
Ending at: 07/25/2018 @ 9:05:57 AM
Length: 4 minutes.

Author: GETZEL,KAREN T


/es/ Karen Getzel BSN, RN
Call Center Triage Nurse
Signed: 07/25/2018 09:06

Receipt Acknowledged By:
07/29/2018 13:19      /es/ BENJAMIN SCHNELL DO
                    Staff Primary Care Physician
08/27/2018 19:18      /es/ Barbara Wahl, RN
                    Ambulatory Care

07/25/2018 ADDENDUM            STATUS: COMPLETED
- Brief office visit with PCP: Reviewed situation; PCP not able to see pt due to

full schedule including 2 more intakes today.
- Phone call to pt: Explained to pt that PCP would not be able to see him today,

but this RN could meet with him. Pt stated that he just arrived at VA and would
like to meet with this RN. Pt to come to Firm B now.

/es/ Barbara Wahl, RN

**CONFIDENTIAL**

Ambulatory Care
Signed: 07/25/2018 16:03

| | |
|---|---|
| Date/Time: | 23 Jul 2018 @ 1000 |
| Note Title: | MH NO SHOW |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 23 Jul 2018 @ 1058 |

Note

LOCAL TITLE: MH NO SHOW
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: JUL 23, 2018@10:00   ENTRY DATE: JUL 23, 2018@10:57:19
   AUTHOR: CARTNER,CAILEE J   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED


Mr. JORDAN did not show for a scheduled appointment on: 07/23/18 10:00

D: Writer arrived to veteran's apartment for scheduled visit. Veteran did
not
answer door or phone. Writer left brief message requesting call back. Also
waited at apartment for 15 minutes before leaving.

P: will await return call from veteran and schedule next appt.

/es/ CAILEE J CARTNER, MSW, LSW
HUD VASH CASE MANAGER
Signed: 07/23/2018 10:58

| | |
|---|---|
| Date/Time: | 13 Jul 2018 @ 1449 |
| Note Title: | HAS ADMINISTRATIVE NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | RAMIREZ CASTREJON,AUTUMN C |
| Co-signed By: | RAMIREZ CASTREJON,AUTUMN C |
| Date/Time Signed: | 13 Jul 2018 @ 1454 |

Note

LOCAL TITLE: HAS ADMINISTRATIVE NOTE (T)
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JUL 13, 2018@14:49   ENTRY DATE: JUL 13, 2018@14:49:52
   AUTHOR: RAMIREZ CASTREJON,A   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

HAS Clinic Administration Note
RTC:
Service & Phone number and/or extension:     Eye clinic 303-393-5237
Unable to contact PT:
1st Attempt: Message left on Voicemail, Letter Sent, Additional Comments:
  CALLED VETERAN TO SCHEDULE FOLLOW UP FOR RETINA CLINIC
  PID=10/24/2018. UNABLE TO CONTACT LEFT MESSAGE TO CALL
  CLINIC TO SCHEDULE
  CAN DC 7/27/2018

/es/ AUTUMN C RAMIREZ CASTREJON
msa
Signed: 07/13/2018 14:54

| | |
|---|---|
| Date/Time: | 10 Jul 2018 @ 1339 |
| Note Title: | MH TREATMENT COORDINATOR ASSIGNMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 10 Jul 2018 @ 1340 |

Note

 LOCAL TITLE: MH TREATMENT COORDINATOR ASSIGNMENT
STANDARD TITLE: MENTAL HEALTH COMMUNICATION NOTE
DATE OF NOTE: JUL 10, 2018@13:39    ENTRY DATE: JUL 10, 2018@13:39:55
    AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

This note documents the Reassignment of the Veterans' Mental Health
Treatment Coordinator (MHTC) on Jul 10,2018.
The Veteran's new Mental Health Treatment Coordinator is:
 MHTC NAME: Cailee Cartner, LSW

 MHTC Contact Information:
720-576-5683

This Veteran's existing MHTC was reassigned due to: change in HUDVASH
social workers

The assignment of the MHTC and education on the note of the MHTC in the
Veteran's mental health care was discussed with the Veteran who verbally
concurred with the change in assignment.  The MHTC's contact information
was provided to the Veteran in writing.

If the undersigned of this note is not the veteran's new MHTC, please list
the dates that the Veteran and/or the Veteran's Family has had and/or is
scheduled to have contact with the newly assigned MHTC: Date(s) of

**CONFIDENTIAL**

contact:

The Veteran's CPRS chart (i.e. PCMM) and MH Treatment Plan have been
updated to reflect the new MHTC Assignment.  The Veteran's new MHTC along
with the previous MHTC if applicable, are included as additional signers
on this note.

/es/ CAILEE J CARTNER, MSW, LSW
HUD VASH CASE MANAGER
Signed: 07/10/2018 13:40

Receipt Acknowledged By:
07/10/2018 17:55      /es/ CHRISTOPHER A MADSEN

07/10/2018 15:38      /es/ Joy Weyna-King
          MH PCMM COORDINATOR

| | |
|---|---|
| Date/Time: | 10 Jul 2018 @ 1330 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | CARTNER,CAILEE J |
| Co-signed By: | CARTNER,CAILEE J |
| Date/Time Signed: | 10 Jul 2018 @ 1339 |

**Note**

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 10, 2018@13:30    ENTRY DATE: JUL 10, 2018@13:36:40
   AUTHOR: CARTNER,CAILEE J    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Housing and other economic needs (z59.0)
Duration of call: 9 min.
Treatment Provided: Telephone Contact and Case Management

D: Writer spoke to veteran via listed number. Veteran relays he was released
from incarceration approx. 2 weeks ago and is on house arrest at his mom's
house
until 7-16-18. Veteran inquired about legal clinic and writer gave him number
for Colorado Legal Services. Veteran also wants to move as he reports his
belongings were stolen while he was incarcerated and doesn't feel like it is
a
good environment for him. Veteran has new apartment in mind. Encouraged him to
inquire with landlord if they need a 30 or 60 day notice. Also gave him phone
number and email address for new contact at Denver Housing Authority (DHA).
Veteran plans to call DHA to inquire about a move orientation and a new packet.
Veteran agreeable to the above. We set up home visit for 7-23. No other needs

**CONFIDENTIAL**

identified.

A: No clinical indications of any danger to self or others were
reported during this phone call.

P: home visit 7-23-18 at 10 am

/es/ CAILEE J CARTNER, MSW, LSW
HUD VASH CASE MANAGER
Signed: 07/10/2018 13:39

| | |
|---|---|
| Date/Time: | 05 Jul 2018 @ 0822 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 05 Jul 2018 @ 0838 |

Note

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JUL 05, 2018@08:22    ENTRY DATE: JUL 05, 2018@08:23:43
    AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
  URGENCY:                 STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of Call: 7 minutes
Treatment Provided: Telephone Contact
Plan: Continue VJO assistance as able

D: Writer receives call from veteran (303-286-1997) who has been "out for a

week" from Denver jail and is now back in his VASH apartment- "on house
arrest,
with an ankle bracelet." He states he has an upcoming hearing on 7/16 and
remains very interested in vet court- "I already talked to my lawyer about
it."

The veteran reports that his television, X-box, and several other electronics
are missing from his VASH apartment; he plans to file a police report.
Otherwise, with his rent paid during his incarceration by his mother, he has no
issues with his property management. He understands that writer has shifted VA
roles within previous months and will no longer be his VASH case manager- he
records contact information for Ms. Cartner, his new VASH CM, and plans to
follow up with her to schedule a home visit. He expresses some interest in
moving to apartments in downtown Denver in the future, but plans to address his
legal issues first.

**CONFIDENTIAL**

The veteran understands can continue to collaborate with Veterans Justice Outreach staff, including writer and Mr. Viton, for support as indicated. He denies any additional needs at this time.

A: No safety concerns noted during the course of this telephone contact. Veteran

sounds to be sober, cognition intact.

P: Veteran to continue receiving VASH case manangement through Ms. Cartner; he is in possession of her contact information. Alerting her for awareness.

/es/ Paul A. Deutsch, LCSW
Veterans Justice Outreach Social Worker
Signed: 07/05/2018 08:38

Receipt Acknowledged By:
07/06/2018 07:40      /es/ CAILEE J CARTNER, MSW, LSW
                          HUD VASH CASE MANAGER
07/05/2018 14:19      /es/ NATHAN L VITON
                          Social Worker

| | |
|---|---|
| Date/Time: | 27 Jun 2018 @ 1347 |
| Note Title: | PHARM. RENEWAL REQUEST - TELEPHONE CONTACT (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VALDEZ,CRYSTAL |
| Co-signed By: | VALDEZ,CRYSTAL |
| Date/Time Signed: | 27 Jun 2018 @ 1350 |

Note

 LOCAL TITLE: PHARM. RENEWAL REQUEST - TELEPHONE CONTACT (T)
STANDARD TITLE: PHARMACY TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 27, 2018@13:47    ENTRY DATE: JUN 27, 2018@13:47:52
    AUTHOR: VALDEZ,CRYSTAL      EXP COSIGNER: PERRY,KAREN L
  URGENCY:                 STATUS: COMPLETED

S:
CHADWICK HEATH JORDAN (720 273 9741) called pharmacy
service in the call center for medication renewal. Patient is requesting
renewal for the following medications that are expired or without
further refills:

 TRETINOIN 0.1% CREAM  5845007C  EXPIRED  20 02/16/2017 02/16/2016
12/19/2016  1 RICHLIE,DANIEL G  99.54   APPLY SMALL AMOUNT TO AFFECTED AREA
AT BEDTIME LIMITED TO ONE TUBE PER 45 DAYS DUE TO BACKORDER

 CLINDAMYCIN PHOSPHATE 1% TOP SOLN  5935391C  EXPIRED  60 02/16/2017
02/16/2016 12/19/2016  1 RICHLIE,DANIEL G  16.638   APPLY THIN FILM TO

AFFECTED AREA EVERY MORNING . REPLACES LOTION.

  BENZOYL PEROXIDE 5% WASH  5844571B  EXPIRED  150  01/06/2016  01/05/2015
09/14/2015  2  RICHLIE,DANIEL G  3.915    WASH SMALL AMOUNT AFFECTED AREA TWICE
A DAY TO WASH FACE TWICE A DAY.

O:
Future Appointments:
07/25/2018 09:00  DEN PACT FIRM B P05

A/P:  Renewal request sent to provider. Mail.

/es/ Crystal Valdez, Pharmacy Technician
Pharmacy Tech
Signed: 06/27/2018 13:50

/es/ Karen L Perry, CPhT
Clinical Pharmacy Technician
Cosigned: 06/28/2018 08:50

Receipt Acknowledged By:
07/01/2018 20:10    /es/ BENJAMIN SCHNELL DO
                Staff Primary Care Physician
07/17/2018 18:30    /es/ Barbara Wahl, RN
                Ambulatory Care

| | |
|---|---|
| Date/Time: | 25 Jun 2018 @ 1559 |
| Note Title: | MH TREATMENT COORDINATOR ASSIGNMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 25 Jun 2018 @ 1600 |

Note

 LOCAL TITLE: MH TREATMENT COORDINATOR ASSIGNMENT
STANDARD TITLE: MENTAL HEALTH COMMUNICATION NOTE
DATE OF NOTE: JUN 25, 2018@15:59    ENTRY DATE: JUN 25, 2018@15:59:47
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

This note documents the Reassignment of the Veterans' Mental Health
Treatment Coordinator (MHTC) on .
The Veteran's new Mental Health Treatment Coordinator is:
  MHTC NAME: Chris Madsen, LCSW

**CONFIDENTIAL**

MHTC Contact Information:
720-498-0270

This Veteran's existing MHTC was reassigned due to: Updating current
provider

The assignment of the MHTC and education on the note of the MHTC in the
Veteran's mental health care was discussed with the Veteran who verbally
concurred with the change in assignment.  The MHTC's contact information
was provided to the  in writing.

If the undersigned of this note is not the veteran's new MHTC, please list
the dates that the Veteran and/or the Veteran's Family has had and/or is
scheduled to have contact with the newly assigned MHTC: Date(s) of
contact:

The Veteran's CPRS chart (i.e. PCMM) and MH Treatment Plan have been
updated to reflect the new MHTC Assignment.  The Veteran's new MHTC along
with the previous MHTC if applicable, are included as additional signers
on this note.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 06/25/2018 16:00

Receipt Acknowledged By:
06/27/2018 07:58      /es/ CHRISTOPHER A MADSEN

06/26/2018 08:52      /es/ Joy Weyna-King
                MH PCMM COORDINATOR

| | |
|---|---|
| Date/Time: | 07 Jun 2018 @ 1342 |
| Note Title: | VETERAN JUSTICE OUTREACH NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | VITON,NATHAN L |
| Co-signed By: | VITON,NATHAN L |
| Date/Time Signed: | 07 Jun 2018 @ 1346 |

**Note**

 LOCAL TITLE: VETERAN JUSTICE OUTREACH NOTE
STANDARD TITLE: MENTAL HEALTH OUTREACH NOTE
DATE OF NOTE: JUN 07, 2018@13:42    ENTRY DATE: JUN 07, 2018@13:42:32
   AUTHOR: VITON,NATHAN L    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: z65.3 Justice Involved
Duration of call: n/a min.
Treatment Provided: Telephone Contact

Plan: Continue to offer VJO assistance as able

Veteran called staff from the Denver jail and asked this staff to reach out to
his attorney. Staff contacted his attorney a Luke Levulis through the Denver
Public Defenders office (Luke.Levulis@coloradodefenders.us). He reported that he

is aware the Veteran is a Veteran, is interested in a possible treatment
diversion to RRTP and/or outpatient care and will look into the new Denver Vet
Court which can take charges like this Veterans. Next court date is later this
month, Veterans attorney will contact staff for more information at the next
step. Staff will continue to offer VJO assistance to the Veteran as able.

/es/ NATHAN L VITON
Social Worker
Signed: 06/07/2018 13:46

Receipt Acknowledged By:
06/07/2018 13:56    /es/ Paul A. Deutsch, LCSW
                 HUD-VASH Case Manager

| | |
|---|---|
| Date/Time: | 25 May 2018 @ 1200 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 25 May 2018 @ 1904 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAY 25, 2018@12:00    ENTRY DATE: MAY 25, 2018@18:57:33
   AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Treatment Provided: Case Management
Plan: Continue HUD/VASH case management

D: While present at the veteran's apartment building performing a home visit

with another veteran, writer travels past the veteran's front door and notes
a
red sticker from the Denver Police Department with the word "evidence"
visible
on remaining tape placed across the veteran's door jamb. His unit appears
secure, still locked, and without visible issues.

Veteran remains incarcerated in Denver detention center; evidently the Denver

police department has revoked visitor access, to include VJOs, until further
notice. The veteran's mother has paid the veteran's portion of April
and May's
rent to defer any issues with manangement. Writer will inquire as to whether she

intends to do so again for June.

P: Writer will continue to support, as able, veteran's VASH housing pending
his
release (next court date scheduled for 6/11/18). Veteran and his family remain
in possession of writer's contact information for any needs.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 05/25/2018 19:04

| | |
|---|---|
| Date/Time: | 26 Apr 2018 @ 0840 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 26 Apr 2018 @ 0859 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 26, 2018@08:40    ENTRY DATE: APR 26, 2018@08:58:46
   AUTHOR: DEUTSCH,PAUL A      EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

   *** MH HOMELESS TELEPHONE CONTACT Has ADDENDA ***

Diagnosis: Lack of Housing
Duration of Call: 8 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer receives a call from veteran who remains at the Denver downtown
detention center pending his next court appearance on 5/9/18. He explains the
circumstances of his detainment and describes it as a "learning
experience":
after purchasing a firearm at a gun show, and then speaking with a non-VA
psychologist, he reports that "5 police officers wanted to search my place,
as
if I was planning a mass murder." He states this was NOT his intention and,

although he made references to Communism and money, "I didn't threaten
anybody

or anything" and had no cause or intention to harm anyone. He notes he did not
authorize a search of his VASH residence "and then they had me under surveillance for the next week."

"I just need to be more careful about how I talk in the future." He states he is
"holding up fine, I have a positive attitude" and expects to be released upon
his hearing on 5/9/18 as there is "no cause" for him to continue being detained.
"And my lawyer thinks my psychologist breached the confidentiality agreement."

The veteran states that his mother paid his VASH portion of rent for March/April

and will do so for May as well. "We talked to the landlord this morning, they're
fine with that." The veteran provides writer with permission to coordinate with
his mother and share information, as needed- "I gave her power of attorney anyway."

Writer advises veteran that he will alert a VA Veterans Justice Outreach social work to today's conversation- "that would be helpful." The veteran understands
writer will be performing military service the week of his release (5/7 - 5/14) with coverage available, if needed. He is concerned mainly with his VASH apartment and, understanding that if he is able to return to it on or around 5/9/18 (well below a period of 120 days of non-tenancy), expresses much relief that there will be no residual issues related the VASH program. He terminates today's call normally after expressing appreciation for this morning's

conversation.

A: No safety concerns noted during the course of this telephone contact. Veteran

sounds to be sober, cognition intact, no endorsement of SI/HI.

P: Alerting VJO and requesting follow-up to discuss means of providing support to VASH veteran while in jail, as helpful. Veteran and his family remain in possession of writer's contact information for any needs. Alerting VASH supervisor for awareness only.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 04/26/2018 08:59

Receipt Acknowledged By:
04/26/2018 12:51     /es/ Hannah B Lambert, LCSW
                    Supervisor, HUD-VASH
04/27/2018 09:41     /es/ NATHAN L VITON

Social Worker

05/15/2018 ADDENDUM                 STATUS: COMPLETED
Updated information per Denver Sheriff public website: veteran's court date now
moved to 6/11/18.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 05/15/2018 11:56

| | |
|---|---|
| Date/Time: | 17 Apr 2018 @ 0829 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 17 Apr 2018 @ 0839 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: APR 17, 2018@08:29    ENTRY DATE: APR 17, 2018@08:29:20
   AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Treatment Provided: Case Management
Plan: Continue HUD/VASH case management

D: Writer checks for updates as to veteran's incarceration, as related to
maintaining his VASH apartment, and learns that he remains at the Denver
downtown detention center pending a court date on 5/9/18 (as listed in public
Denver Sheriff Dept website).

By her last report, the veteran's mother remitted the veteran's portion of his
April VASH tenant payment to management of his apartment to avoid issues with
rent for this month.

A: No ability to assess safety in the course of this case management.

P: Alerting VJO and requesting follow-up to discuss means of providing support
to VASH veteran while in jail, as helpful. Veteran and his family remain in
possession of writer's contact information for any needs.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 04/17/2018 08:39

**CONFIDENTIAL**

Receipt Acknowledged By:
04/18/2018 08:49      /es/ NATHAN L VITON
                     Social Worker

| | |
|---|---|
| Date/Time: | 05 Apr 2018 @ 0818 |
| Note Title: | VASH COLLATERAL CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 05 Apr 2018 @ 0827 |

**Note**

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: APR 05, 2018@08:18   ENTRY DATE: APR 05, 2018@08:18:10
   AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer is contacted by veteran's mother who states he remains
incarcerated at
Denver County jail (downtown detention facility), but "he'll be out
this
weekend- I'm working on it." Caller states she is anxious regarding the

veteran's VASH apartment and offers that states she will pay the
veteran's
approximately $200 rent portion for April (and March, if need be) to prevent
additional issues with property management. "He wanted me to tell you
that."

A: No ability to assess safety during this telephone contact.

P: Veteran's mother states she will provide an update to writer on 3/9,
following the weekend.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 04/05/2018 08:27

| | |
|---|---|
| Date/Time: | 26 Mar 2018 @ 0819 |
| Note Title: | VASH COLLATERAL CONTACT |

JORDAN, CHADWICK HEATH                  **CONFIDENTIAL**                  Page 597 of 667

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 26 Mar 2018 @ 1145 |

Note

 LOCAL TITLE: VASH COLLATERAL CONTACT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAR 26, 2018@08:19   ENTRY DATE: MAR 26, 2018@08:19:47
    AUTHOR: DEUTSCH,PAUL A      EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer receives a voicemail from a number the veteran has used in the past
from a female (303-286-1997, home) who requests a return call (at 303-507-7494,
cell) to discuss "the status of the veteran's lease". Writer
returns the call
and learns it is the veteran's mother in Colorado- "he's stayed
with me before"
who explains she has learned that the veteran is now in Denver County jail
(downtown detention facility) and is not expected to be released until 4/4/18 at

earliest- "and I'm worried about what will happen to his
apartment."

Writer provides active listening and explains that without a signed release of
information, he cannot provide any information pertaining to the veteran.
"He
asked me to call you." The veteran's mother states that has obtained
power of
attorney for him; writer acknowledges this and suggests that after the veteran
is released he may complete the VA's ROI paperwork which could allow
continuing
collaboration and support. "He has a calling card, I can have him call
you."

Writer subsequently performs an inmate search of the Denver Sheriff Department,
(#2018-313571) learning veteran is indeed confined for multiple charges; the
suggested release date of 4/4 is unverified. It is unclear whether this episode
pertains to the disturbing the peace charge the veteran noted during a VASH home

visit on 2/2/18.

A: No immediate safety concerns noted during the course of this telephone
contact.

**CONFIDENTIAL**

P: Writer will await contact from veteran on or around 4/4 if released from downtown Denver detention facility. Alerting Veterans Justice Outreach social worker for continuing collaboration, as indicated.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 03/26/2018 11:45

Receipt Acknowledged By:
03/26/2018 12:19    /es/ NATHAN L VITON
               Social Worker

| | |
|---|---|
| Date/Time: | 23 Mar 2018 @ 1537 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 23 Mar 2018 @ 1537 |

**Note**

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAR 23, 2018@15:37    ENTRY DATE: MAR 23, 2018@15:37:12
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 0 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer attempts contact with veteran; writer receives veteran's
voicemail.

Writer encourages veteran to return call to establish next home visit and share
any needs he may have, especially related to his recent efforts to move to a new

apartment.

A: No ability to assess safety in the course of this attempted telephone
contact.

P: Veteran to return writer's call. Veteran is in possession of
writer's contact
information for any needs.

/es/ Paul A. Deutsch, LCSW

**CONFIDENTIAL**

HUD-VASH Case Manager
Signed: 03/23/2018 15:37

| | |
|---|---|
| **Date/Time:** | 03 Mar 2018 @ 2044 |
| **Note Title:** | ER WALK-IN NOTE (T) |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | GILLESPIE,MELISSA B |
| **Co-signed By:** | GILLESPIE,MELISSA B |
| **Date/Time Signed:** | 03 Mar 2018 @ 2211 |

Note

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: MAR 03, 2018@20:44   ENTRY DATE: MAR 03, 2018@20:44:27
   AUTHOR: GILLESPIE,MELISSA B  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

CHIEF COMPLAINT: med fill
 I have reviewed the RN Triage Note for this visit and have reconciled
 any discrepancies.
 HPI/ROS:
35 yo M presents c/o here to pick up his medications.
seen yesterday, but did not wait for meds.

 PROBLEM LIST:
 Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
 10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
 11. Foot Pain (ICD-9-CM 719.47)
 12. SUBJECTIVE TINNITUS
 13. Pseudofolliculitis barbae
 14. Major depressive disorder
 15. Anxiety disorder

 Allergies: Patient has answered NKA

 Active and Recently Expired Outpatient Medications (including Supplies):

```
                              Issue Date
                    Status      Last Fill
      Active Outpatient Medications         Refills    Expiration
      ===================================================================
      =
      1)   MELOXICAM 15MG TAB  Qty: 30 for 30 days   ACTIVE
      Issu:03-02-18
            Sig: TAKE ONE TABLET BY MOUTH ONCE A    Refills: 0
      Last:03-03-18
            DAY AS NEEDED FOR PAIN. TAKE WITH FOOD
      Expr:04-01-18
            OR MILK.
      2)   METOCLOPRAMIDE HCL 10MG TAB  Qty: 20 for  ACTIVE
      Issu:03-20-17
            5 days  Sig: TAKE ONE TABLET BY MOUTH   Refills: 0
      Last:07-26-17
            FOUR TIMES A DAY AS NEEDED FOR NAUSEA
      Expr:03-21-18
            AND VOMITING
      3)   TRAMADOL HCL 50MG TAB  Qty: 10 for 2     ACTIVE
      Issu:03-02-18
            days  Sig: TAKE ONE TABLET BY MOUTH     Refills: 0
      Last:03-03-18
            EVERY 4 HOURS AS NEEDED FOR PAIN
      Expr:04-01-18 No Active Remote Medications for this patient
```

MEDICATION RECONCILIATION:
  [ x] The medication list above was reviewed with the patient at today's
      visit. I have indicated discrepancies under each medication that is
      not being taken as prescribed. Medication orders, including any
      additions or discontinuations, have been updated as appropriate,
      and the patient now has an accurate medication list.

    VITAL SIGNS - See progress note titled ER NURSE TRIAGE NOTE for Pulse Oximetry
Vitals Enter at: Mar 03, 2018@18:48
BP: 124/80
P: 79
PN: 10
R: 17
T: 97

EXAM:
Alert, well nourished, no distress, GCS 15, moves all extremities, speech clear,

breathing comfortably, speaking in full sentences, skin warm and dry, facial movements are grossly symmetrical, no gross neurologic deficits. No evidence of any intoxicants on board.

DATA:

na

Assessement/Plan:
here to pick up medications, was evaluated yesterday but left without his meds

CONDITION ON DISCHARGE: [ x ]good   [  ]fair   [  ]poor

PATIENT EDUCATION AT DISCHARGE:

  ( x) Discharge instructions discussed with patient and/or caregiver.
     Patient/Caregiver indicates readiness to learn, verbalizes understanding,
     agreement and satisfaction with the treatment plan. Patient/Caregiver
     doesn't have any further questions today.

  ( ) Mosby's discharge instructions and patient information was
     provided to the patient

INSTRUCTIONS FOR FOLLOW UP CARE:
[ x ] See primary care provider
[ ] No PCP assigned
[ ] Return to ER if worse
[ ] Other:
DISPOSITION FROM EMERGENCY DEPARTMENT

/es/ MELISSA B GILLESPIE
Emergency Department Staff Physician
Signed: 03/03/2018 22:11

| | |
|---|---|
| Date/Time: | 03 Mar 2018 @ 1846 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | GRIFFITHS,DANIEL P |
| Co-signed By: | GRIFFITHS,DANIEL P |
| Date/Time Signed: | 03 Mar 2018 @ 1850 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: MAR 03, 2018@18:46    ENTRY DATE: MAR 03, 2018@18:46:10
   AUTHOR: GRIFFITHS,DANIEL P   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Current Phone Number: 720 273 9741

Age: 35  Sex: MALE

Patient identification is confirmed by an accurate secured armband:
  Yes

 Patient denies travel or physical contact with others who have traveled
 in the past 30 days.

VITAL SIGNS:
   Temperature: 97 F (36.1 C)
   Route: Temporal
   Pulse:        79
   Respiration:    17
   Blood Pressure:  124/80

   Pulse Oximetry:  93% on  Room Air
   Pain:        10
Time of arrival:  03/03/18 18:42
Method of arrival:  Private car

On arrival the patient was: Ambulatory

Current Medications:


  Active Outpatient Medications            STATUS
======================================================================
METOCLOPRAMIDE HCL 10MG TAB              ACTIVE
     TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR
     NAUSEA AND VOMITING

MELOXICAM 15MG TAB                    ACTIVE
     TAKE ONE TABLET BY MOUTH ONCE A DAY AS NEEDED FOR PAIN.
     TAKE WITH FOOD OR MILK.

TRAMADOL HCL 50MG TAB                 ACTIVE
     TAKE ONE TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR PAIN

 Did the patient take all of their prescibed medications today?
 No
Allergies:
 Allergies are listed in CPRS as: Patient has answered NKA
    Allergies verified with Patient.
 When asked about allergic reactions, patient/Significant Other reports:
    No new allergies

Mentation:
 Alert and oriented to person, place, and time.

Mental Health:
 Acute emotional/behavioral difficulties or history of
 emotional/behavioral difficulties?
   Yes - issues reported are:
     PTSD

 Mental Health and Suicide Risk Screening:
   1. In the past 2 weeks, have you been feeling down, depressed, or
   hopeless?

    No.
   2. During that time, have you had thoughts of hurting yourself in some
   way?
    No.
   3. In the past 2 weeks, have you had thoughts of killing yourself, or
   planning your own death?
    No.
   Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
 S/O: Pt seen in this er yesterday for pain in left ankle and left knee
 after slipping on wet floor. Had XR. Was prescribed meds, states did not  pick
 up meds. States also concerned having to use a crutch and  concerned if
 needs MRI.

 Triage Level: ESI 5
 Patient to be seen:  Emergency Department

 /es/ DANIEL P GRIFFITHS

 Signed: 03/03/2018 18:50

| | |
|---|---|
| Date/Time: | 02 Mar 2018 @ 1120 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BONNETT,CARL J |
| Co-signed By: | BONNETT,CARL J |
| Date/Time Signed: | 02 Mar 2018 @ 1142 |

Note

 LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: MAR 02, 2018@11:20   ENTRY DATE: MAR 02, 2018@11:20:45
   AUTHOR: BONNETT,CARL J     EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

**CONFIDENTIAL**

Triage:
  S/O:pt c/o left ankle and left knee pain s/p slip on wet floor on
  sunday. rates apain 10/10


CHIEF COMPLAINT: L ankle pain
  I have reviewed the RN Triage Note for this visit and have reconciled
  any discrepancies.

HISTORY OF PRESENT ILLNESS:
I reviewed the RN Triage note and agree with the findings on the nurse's
history. Please refer to the Triage note for details. I would add the following
additional information...

1)left knee pain; hx of ACL tear
2)Last Sunday slipped and fell; pain at left knee
3)no other injuries
4)c/o mild numbness distal to the knee



REVIEW OF SYSTEMS:
GEN: No fever or chills, no abnormal constitutional symptoms
HEENT: No sore throat, ear pain, rhinorrhea, neck pain, difficulty swallowing or

opening the mouth
PULMONARY: No cough, difficulty breathing
CARDIAC: No chest pain
GI: No nausea, vomiting, diarrhea, or abnormal symptoms
GU: no lesions, no dysuria, hematuria, or abnormal discharge
SKIN: No abnormal rash
NEURO: No focal numbness or weakness, no subjective complaints
MUSCKULOSKELETAL: see HPI
Psych: No active issues.

All other ROS noncontributory other than as described in the HPI.

PAST MEDICAL HISTORY: I reviewed the problem list and past medical history for
this patient on the electronic medical record.
     Pertinent Changes: NONE

SOCIAL HISTORY:

The following are what the patient reports today; this does not represent a
review of previous social
history to cross check his/her report...

     HX OF ETOH ABUSE:        Yes [ ]  No [ ]
     CURRENTLY DRINKS ETOH  Yes [ ]  No [ ]
     SMOKER              Yes [ ]  No [ ]  Hx of [ ]
     ILLICIT DRUGS?        Yes [ ]  No [ x ] Hx of [ ]
     BRANCH OF MILITARY:

FAMILY HISTORY: non-contributory

PROBLEM LIST:
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

```
                              Issue Date
                    Status      Last Fill
   Active Outpatient Medications        Refills    Expiration
=====================================================================
=
1)   METOCLOPRAMIDE HCL 10MG TAB  Qty: 20 for  ACTIVE
Issu:03-20-17
     5 days  Sig: TAKE ONE TABLET BY MOUTH   Refills: 0
Last:07-26-17
     FOUR TIMES A DAY AS NEEDED FOR NAUSEA
Expr:03-21-18
     AND VOMITING No Active Remote Medications for this patient
```

MEDICATION RECONCILIATION:
  [ ] The medication list above was reviewed with the patient at today's
      visit. I have indicated discrepancies under each medication that is
      not being taken as prescribed. Medication orders, including any
      additions or discontinuations, have been updated as appropriate,

and the patient now has an accurate medication list.

[ ] Medication Reconciliation was not performed at this visit as no
   medications were changed, prescribed or administered at this
visit.

[ ] Medication Reconciliation was not performed at this visit as
patient
   and/or caregiver is not able to confirm medications he/she is
taking.


VITAL SIGNS - See progress note titled ER NURSE TRIAGE NOTE for Pulse
Oximetry
Vitals Enter at: Mar 02, 2018@10:15
BP: 121/82
P: 80
PN: 10
R: 16
T: 97.6

EXAM:
GEN: WDWN in no acute distress, Alert, speaking in clear sentences
HEENT: NC/AT, PERRL, EOMI, CN II-XII grossly intact B/L
NECK: No lymphadenopathy, NL ROM
CV: RRR without MRG, +2 radial pulse bilaterally
LUNGS: CTAB, no accessory muscle use
ABD: + bs, soft, NT, ND, no palpable masses or pulsations, no peritoneal signs
EXT:
Left knee no effusion no redness; +focal medial colateral lig TTP; o/w lgi
stable; +@ DP; motor 5/5; sub decr light touch diffusely

SKIN: No gross lesions, +warm/dry
BACK: No CVA TTP
NEURO: MAE, No gross focal deficits, NL speech/gait
PSYCH: Appropriate, no evidence of intoxication


DATA:

left asnkle and knee xray WNL

ASSESSMENT:

1)left knee medial collateral ligament sprain; no non toxic appearing no
distress;
2)
3)

PLAN:

1)meloxicam
2)tramadol #10
3)Will f/u with physical therapy as previously arranged

Patient was advised to return to the ER for any worsening of their condition
or any new concerns. I explained the discharge instructions to the Veteran and
the Veteran demonstrated appropriate understanding of the instructions and
return precautions.

CONDITION ON DISCHARGE: [ x ]good   [ ]fair   [ ]poor

PATIENT EDUCATION AT DISCHARGE:

 (x ) Discharge instructions discussed with patient and/or caregiver.
     Patient/Caregiver indicates readiness to learn, verbalizes understanding,
     agreement and satisfaction with the treatment plan. Patient/Caregiver
     doesn't have any further questions today.

INSTRUCTIONS FOR FOLLOW UP CARE:
[ ] See primary care provider
[ ] No PCP assigned
[x ] Return to ER if worse
[ ] OBMT recheck
[x ] Other: as above
[ ] Follow up with Ortho
[ ] Follow up with Neurology
[ ] Sent straight to Eye Clinic
[ ] Escorted to the Mental Health Clinic

DISPOSITION FROM EMERGENCY DEPARTMENT
[x ] Discharged
[ ] Inpatient Admission
[ ] Observation Admission

/es/ CARL J BONNETT
Emergency Room Staff Physician
Signed: 03/02/2018 11:42

| | |
|---|---|
| Date/Time: | 02 Mar 2018 @ 1014 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SHRAGAL,ANTHONY P |
| Co-signed By: | SHRAGAL,ANTHONY P |
| Date/Time Signed: | 02 Mar 2018 @ 1016 |

Note

**CONFIDENTIAL**

LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: MAR 02, 2018@10:14   ENTRY DATE: MAR 02, 2018@10:14:19
   AUTHOR: SHRAGAL,ANTHONY P   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Current Phone Number: 720 273 9741
Age:  35  Sex:  MALE


Patient identification is confirmed by an accurate secured armband:
   Yes


Patient denies travel or physical contact with others who have traveled
in the past 30 days.

VITAL SIGNS:
   Temperature: 97.6 F (36.4 C)
   Route: Temporal
   Pulse:        80
   Respiration:    16
   Blood Pressure:  121/82

   Pulse Oximetry:  94% on  Room Air
   Pain:        10
Time of arrival:  03/02/18 10:05
Method of arrival:  Private car

On arrival the patient was: Ambulatory

Current Medications:



   Active Outpatient Medications              STATUS
========================================================================
METOCLOPRAMIDE HCL 10MG TAB                ACTIVE
      TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR
      NAUSEA AND VOMITING

Did the patient take all of their prescibed medications today?
 No
Allergies:
 Allergies are listed in CPRS as: Patient has answered NKA
      Allergies verified with Patient.
 When asked about allergic reactions, patient/Significant Other reports:
      No new allergies

Mentation:

Alert and oriented to person, place, and time.


Mental Health:
 Acute emotional/behavioral difficulties or history of
 emotional/behavioral difficulties?
   Yes - issues reported are:
     Depression, PTSD, Anxiety

 Mental Health and Suicide Risk Screening:
  1. In the past 2 weeks, have you been feeling down, depressed, or
  hopeless?

   No.
  2. During that time, have you had thoughts of hurting yourself in some
  way?
   No.
  3. In the past 2 weeks, have you had thoughts of killing yourself, or
  planning your own death?
   No.
  Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
 S/O:pt c/o left ankle and left knee pain s/p slip on wet floor on
 sunday. rates apain 10/10

 Triage Level: ESI 4
 Patient to be seen:  Emergency Department

/es/ ANTHONY P SHRAGAL

Signed: 03/02/2018 10:16

| | |
|---|---|
| Date/Time: | 21 Feb 2018 @ 1600 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 22 Feb 2018 @ 1119 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: FEB 21, 2018@16:00    ENTRY DATE: FEB 21, 2018@17:08:30
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

**CONFIDENTIAL**

Diagnosis: Lack of Housing
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer advises veteran that staff at the Denver Housing Authority have
completed and returned paperwork needed by his prospective Welton Park Apartments

as part of his application to that building. Ms. Alyce Deckler of DHA requests
that the veteran be sure to provide 30 days of advance notice to both his current

landlord and DHA of his intent to move; after this occurs he will be scheduled
for
a "move orientation" in which he will receive required paperwork from
the housing
authority to advance in the process.

Writer relays this information to the veteran who verbalizes his understanding.
"I will probably just move when my lease expires in May." Writer
reminds veteran
that his initial lease signing appears to have occurred on 3/17/16, in March
rather than May. "Oh yeah." He agrees to keep writer apprised of
developments in
his application process as he is seeking approval at a prospective new location
before supplying notice of his intent to leave his existing VASH apartment.
"But I
can't talk more right now"- the veteran sounds to be at work and agrees
to follow-
up with writer shortly.

A: No safety concerns noted during the course of this telephone contact. Veteran

sounds to be sober, cognition intact.

P: Veteran to follow-up with writer by phone at his convenience outside of his
work hours.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 02/22/2018 11:19

| Date/Time: | 20 Feb 2018 @ 1550 |
|---:|:---|
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 20 Feb 2018 @ 1709 |

Note

LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: FEB 20, 2018@15:50    ENTRY DATE: FEB 20, 2018@15:50:26
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                    STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer contacts veteran after receiving a fax from the veteran's
prospective
Welton Park apartments management; it is a form which the veteran has signed
requesting a public housing authority verify his income. The veteran shares his
desire for it to be relayed to the Denver Housing Authority (writer later faxes
it to Ms. Alyce Deckler with DHA).

The veteran adds that a recent court appearance last week resulted in "a
charge
being dropped" with the also veteran electing to pay a fine to avoid jail
time.
"It all worked out." Writer agrees to keep veteran apprised of any
further needs
of DHA staff; he will also alert writer as to any needs in connection to his
desired March move to Welton Park apartments.

A: No safety concerns noted during the course of this telephone contact. Veteran

sounds to be sober, cognition intact.

P: Writer and veteran to follow-up by phone prior to 2/28. Veteran is aware he
may contact writer with any needs in the interim.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 02/20/2018 17:09

| | |
|---|---|
| Date/Time: | 15 Feb 2018 @ 1259 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 15 Feb 2018 @ 1312 |

Note

LOCAL TITLE: MH INFORMATIONAL NOTE

**CONFIDENTIAL**

STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: FEB 15, 2018@12:59    ENTRY DATE: FEB 15, 2018@12:59:53
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 0 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer receives a text message from veteran stating that he anticipates
moving to the Welton Park apartments and writer may expect to hear from
management.

Writer attempts contact with veteran; writer receives veteran's voicemail.
Writer requests a reschedule of tomorrow's home visit and encourages veteran
to
return call to establish another visit time.

A: No ability to assess safety in the course of this attempted telephone
contact.

P: Veteran to return writer's call. Veteran is in possession of
writer's contact
information for any needs.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 02/15/2018 13:12

| | |
|---|---|
| Date/Time: | 02 Feb 2018 @ 1705 |
| Note Title: | MH HOMELESS TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 02 Feb 2018 @ 1722 |

Note

 LOCAL TITLE: MH HOMELESS TELEPHONE CONTACT
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: FEB 02, 2018@17:05    ENTRY DATE: FEB 02, 2018@17:06:02
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 5 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer is contacted by veteran who would like to schedule next VASH home visit;
writer and veteran do so for 2/16 at 0845.

In the course of discussion, the veteran references a "disturbing the peace

charge" for which he is meeting with an attorney next week. He states that "worst
case scenario" he could be sentenced for several months to a year. He explains
that the charge follows an episode in which he was mugged and his car was stolen;

thereafter a neighbor called emergency responders after seeing the veteran
bloodied- the veteran did not desire for that to happen and subsequently an
altercation of some sort sounds to have transpired with the neighbor. "There is an
option to take a plea deal"- the veteran has mixed feelings at to his legal

options.

Writer encourages the veteran to speak with a Veteran Justice Outreach social work
and supplies the contact information for Mr. Nathan Viton, LCSW, to discuss the
upcoming legal process and learn of any pertinent resources. "I'll call him on
Monday."

The veteran denies any additional needs/concerns- "other than that stuff, I'm
doing pretty good."

A: No safety concerns noted during the course of this telephone contact. Veteran

sounds to be sober, cognition intact.

P: Next home visit scheduled for 2/16 at 0845. Veteran is aware he may contact
writer with any needs in the interim. Alerting Mr. Viton for advance awareness
only.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 02/02/2018 17:22

Receipt Acknowledged By:
02/06/2018 14:40     /es/ NATHAN L VITON
                 Social Worker

| Date/Time: | 01 Feb 2018 @ 1113 |
|---|---|
| Note Title: | ORTHO SCREENING CONSULT REPORT |

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MORELLI,SUSAN M |
| Co-signed By: | MORELLI,SUSAN M |
| Date/Time Signed: | 04 Feb 2018 @ 1249 |

Note

 LOCAL TITLE: ORTHO SCREENING CONSULT REPORT
STANDARD TITLE: ORTHOPEDIC SURGERY CONSULT
DATE OF NOTE: FEB 01, 2018@11:13   ENTRY DATE: FEB 01, 2018@11:13:47
   AUTHOR: MORELLI,SUSAN M    EXP COSIGNER:
 URGENCY:            STATUS: COMPLETED

CC: left knee pain

HPI:
35 yo M with presents for evaluation of Left knee pain. He reports he was
holding someone down and another person hit his left knee from the side. He
believes the injury happened in December. He was seen in the ER with a benign
exam. He does not have pain today but wishes to be checked. Report of an MRI at
OSH with evidence of a Left ACL tear. He does not have any giving way,
instability, locking or pain. He reports he has been resting his knee, he takes
ibuprofen prn.

MEDICATIONS
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

  Active Outpatient Medications              Status
=====================================================================
1)   IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH EVERY 8   ACTIVE

**CONFIDENTIAL**

HOURS AS NEEDED WITH FOOD OR MILK FOR
PAIN/INFLAMMATION
2)   METOCLOPRAMIDE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
     FOUR TIMES A DAY AS NEEDED FOR NAUSEA AND VOMITING


EXAM:
General Appearance: comfortable appearing M in NAD

Extremities: 2+ pulses without edema; no swelling, erythema, ecchymosis or
ttp. L knee without any joint laxity on ant/post drawer testing. Neg McMurrays.
Gait: normal
Neurovascularly intact.


IMAGING: KP 12/20/2017 Left knee rupture of the midsubstance anterior cruciate
ligament. Knee joint effusion.


A/P: 35 YM with knee injury and MRI showing midsubstance anterior cruciate
ligament. He is without knee instability or pain at this time. He does not have
a complete or partial rupture of the anterior cruciate ligament requiring
surgical intervention. The patient is happy with this news. No f/u is indicated.


/es/ SUSAN M MORELLI, PA-C
Staff Orthopedic Physician Assistant
Signed: 02/04/2018 12:49

| | |
|---|---|
| Date/Time: | 19 Jan 2018 @ 0845 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 19 Jan 2018 @ 1310 |

Note


 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: JAN 19, 2018@08:45    ENTRY DATE: JAN 19, 2018@09:18:27
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

MH VASH Community Visit:
Length of visit: 10 min
Travel time to and back: 25 min
Location of visit: Community Visit

Diagnosis: Lack of Housing

D: Writer meets with veteran at his VASH unit for this morning's scheduled appointment (via letter). Although appearing somewhat somnolent, the veteran is pleasant and invites writer to take a seat. The veteran states will be leaving for work shortly this morning; writer assures the veteran he intends to use the veteran's time efficiently. The veteran concurs: "the key part being not taking too much of my time".

The veteran's apartment appears relatively neat; a very small pile of clothes is on the veteran's floor though it is otherwise quite orderly. No safety hazards are evident. The veteran denies any housing-related or other concerns this morning. "But I might move." The veteran has imagined relocating to another apartment in downtown Denver though it is not clear that he has taken steps to do so. His one year leasing date in his current unit will be 3/18/18.

Writer provides the veteran with a printed listing of upcoming VA appointments. He reports that he was unaware of yesterday's Firm B appointment which was a no-show (though a CPRS note on 1/17/18 indicates the veteran was contacted beforehand as a reminder by VA providers). He denies any medical needs at this time.

Writer again inquires as to whether the veteran has any support needs or concerns, he does not endorse either. "If you're good, you're good." Writer encourages the veteran to request assistance of this clinician if/when issues present; he verbalizes his understanding that he may. Writer exits the veteran's apartment after he denies further needs this morning.

A: Veteran presents in a euthymic mood if slightly guarded and terse manner this morning. Veteran is cooperative and appropriately behaved. Thoughts are logical, focused, and forward-directed without unusual content. Veteran is appropriately dressed and groomed. Veteran appears sober. No clinical indications of imminent danger to self or others were noted.

P: Veteran agrees to follow-up with writer in Feb to schedule next VASH home visit. Veteran is aware he may contact writer with any needs in the interim.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 01/19/2018 13:10

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 18 Jan 2018 @ 0743 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SCHNELL,BENJAMIN |
| Co-signed By: | SCHNELL,BENJAMIN |
| Date/Time Signed: | 18 Jan 2018 @ 0744 |

Note

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: JAN 18, 2018@07:43    ENTRY DATE: JAN 18, 2018@07:44:03
   AUTHOR: SCHNELL,BENJAMIN    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 01/18/18 07:00

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call.  Will await
contact from Mr. JORDAN.

/es/ BENJAMIN SCHNELL DO
Staff Primary Care Physician
Signed: 01/18/2018 07:44

Receipt Acknowledged By:
01/18/2018 07:48      /es/ LaMone Noles
                MEDICAL SUPPORT ASSISTANT
01/19/2018 08:13      /es/ CARLY PURCHASE RN, BSN
                REGISTERED NURSE

| | |
|---|---|
| Date/Time: | 17 Jan 2018 @ 1107 |
| Note Title: | PACT PRE-VISIT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | LEE,PAMELA L |
| Co-signed By: | LEE,PAMELA L |
| Date/Time Signed: | 17 Jan 2018 @ 1109 |

Note

 LOCAL TITLE: PACT PRE-VISIT TELEPHONE CONTACT
STANDARD TITLE: PACT NOTE
DATE OF NOTE: JAN 17, 2018@11:07    ENTRY DATE: JAN 17, 2018@11:07:42
   AUTHOR: LEE,PAMELA L    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Patient able to make scheduled appointment.

Date/Time of appointment: 1/18/2018@0700

Provided directions to clinic: Yes

Patient's top priority for appointment: routine follow up

Does patient have labs ordered? No
    If yes, please remind veteran to complete labs prior to visit.

Do you see a Non-VA Provider? No
    If yes, please encourage veteran to bring any relevent reports.

Please bring your medications as well as any questions or concerns.

HTN: reminded to bring in home BP log

DM:  reminded to bring in BG logs and glucometer

Reminded to bring in paperwork to be addressed

Asked to arrive 15 minutes prior to appointment and provided contact information

Clinical reminders: veteran disconnected call before able to ask reminders.

/es/ PAMELA L LEE
LPN
Signed: 01/17/2018 11:09

| | |
|---|---|
| Date/Time: | 09 Jan 2018 @ 1111 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 09 Jan 2018 @ 1118 |

**Note**

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JAN 09, 2018@11:11    ENTRY DATE: JAN 09, 2018@11:11:43
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 0 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer attempts contact with veteran; writer receives veteran's voicemail.
Writer encourages veteran to return call to establish next home visit and share any needs he may have. Writer also mails to veteran the following letter:

"9 Jan 2018

Mr. Chadwick Jordan
2246 Clarkson St, Unit A
Denver, CO 80205

Dear Chadwick,

I hope you are well. I have had some difficulty reaching you by phone and would like to meet with you for a home visit to fulfill the requirements of the HUD-VASH program. As you are aware monthly visits are required as a participant of the VASH program to ensure veterans are supported in retaining their housing.

I will plan on visiting your home next on Friday, 19 Jan at 8:45 am. Let me know

beforehand, please, if this will work or if you would prefer a different day/time.

All the best until then- take good care and please let me know if you need anything before then.

Sincerely,

Paul Deutsch, LCSW
Denver VA Medical Center
1055 Clermont Street
Denver, CO 80220
303-656-3728 (VA cell)
303-399-8020 ext. 4428"

A: No ability to assess safety in the course of this attempted telephone contact.

P: Next home visit scheduled for 1/19/18 at 0845; veteran requested to confirm this appointment.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 01/09/2018 11:18

| | |
|---|---|
| Date/Time: | 27 Dec 2017 @ 1701 |
| Note Title: | OBMT PROGRESS NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | LENIO,STEVEN R |

| Co-signed By: | LENIO,STEVEN R |
|---|---|
| Date/Time Signed: | 27 Dec 2017 @ 1711 |

Note

 LOCAL TITLE: OBMT PROGRESS NOTE (T)
STANDARD TITLE: INTERNAL MEDICINE OUTPATIENT NOTE
DATE OF NOTE: DEC 27, 2017@17:01   ENTRY DATE: DEC 27, 2017@17:01:13
   AUTHOR: LENIO,STEVEN R     EXP COSIGNER:
   URGENCY:                  STATUS: COMPLETED

ASSESSMENT and PLAN:
35 yo M with significnat hx of anxiety, depression, EtOH, and cannabis abuse
presents for evaluation of L knee pain for which he has presented to the VA ED
twice in the last month. Completely benign exam with absence of pain during my
interview despite telling intake nurse his pain was 10/10. Report of an MRI at
OSH with evidence of a L ACL tear.

#L knee pain; report of MRI with L ACL tear
Pt not in significant pain during my H+P -- can continue ibuprofen prescribed at

prior ED visit. If ACL is actually torn should be seen by ortho.
- Pt instructed to drop off disc with MRI to radiology at VA
- Ortho consult placed; they should schedule with him pending that read as no
clear evidence any pathology in L knee on exam
- PT consult placed

RTC: referall placed to ortho

CHIEF COMPLAINT: L knee pain

HPI/ROS:
35 yo M with significnat hx of anxiety, depression, EtOH, and cannabis abuse
presents for evaluation of L knee pain for which he has presented to the VA ED
twice in the last month. Pt is a poor historian, smelling strongly of marijuana,

and frequently lost his train of thought. On 12/8 he was drunk at a bar when he
got into a fight with another patron and while on top of said patron, was
tackled from behind and his L knee was hit from behind. He presented to the ED
afterward with a benign exam and XR and sent out with a knee brace and told he
sprained it. His symptoms reportedly persisted such that he presented again to
the ED on 12/22 with reports of increasing pain but again a normal exam and no
acute intervention. Today he reports having an MRI done at an OSH that revealed
a L ACL tear, but he did not bring the disc with him. He reported 10/10 pain to
our intake nurse but reported minimal pain during the interview. Denies any
numbness/tingling or weakness in his LLE. No other acute complaints.

The following problem list is considered to be the "Past Medical
History" for
the purposes of this note:

Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

```
   Active Outpatient Medications              Status
===================================================================
1)  IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH EVERY 8   ACTIVE
      HOURS AS NEEDED WITH FOOD OR MILK FOR
      PAIN/INFLAMMATION
2)  METOCLOPRAMIDE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
      FOUR TIMES A DAY AS NEEDED FOR NAUSEA AND VOMITING
```
No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
(x)The medication list above was reviewed with the patient at today's
 visit.  I have indicated discrepancies under each medication that is
 not being taken as prescribed.  Medication orders, including any
 additions or discontinuations, have been updated as appropriate,
 and the patient now has an accurate medication list.

 Medication education and counseling for new medications added today
 was provided to the Patient/Caregiver. This included why the
 medication was prescribed, how they should take it and for how long,
 what to expect from it, and what happens if medication is not taken
 as prescribed.  Patient/Caregiver indicates readiness to learn,
 verbalizes understanding and agreement.

EXAM:

  VS:  Temp: 99 F [37.2 C] (12/27/2017 14:23)
       BP:  101/66 (12/27/2017 14:23)
       Pulse:69 (12/27/2017 14:23)
       Resp: 16 (12/27/2017 14:23)

**CONFIDENTIAL**

BMI: BODY MASS INDEX - 26.2 (DEC 27, 2017@14:23:22)
Pain: 10 (12/27/2017 14:23)
Weight: 182.5 lb [83.0 kg] (12/27/2017 14:23)

General Appearance: comfortable appearing M in NAD, smells of marijuana
Oral: no erythema, exudate, or ulcers
Neck: no JVD
Cardiac: RRR, no m/g/r
Lungs: CTAB
Abdomen: soft, nontender, nondistended, +BS
Extremities: 2+ pulses without edema; no swelling, erythema, or
ttp of L knee without any joint laxity
Gait: normal

Data/Labs:

The following laboratory patient data objects were reviewed and
are pertinent to the care provided:

HgbA1c:
No A1C HEMOGLOBIN (DVAMC) in the last 6M

Lipids:
No CHOLESTEROL in the last 1Y
No HDL CHOLESTEROL in the last 1Y
No LDL CHOLESTEROL (calc.) in the last 1Y
No LDL CHOLESTEROL (direct) in the last 1Y
No TRIGLYCERIDE in the last 1Y

SMA-7:
SODIUM - NONE FOUND
POTASSIUM - NONE FOUND
CHLORIDE - NONE FOUND
CO2 - NONE FOUND
CREATININE SERUM - NONE FOUND
No GLUCOSE in the last 6M

CBC: No WBC in the last 6M
No HGB in the last 6M
No HCT in the last 6M
No MCV in the last 6M
No PLATELETS in the last 6M

LFTs: SGOT - NONE FOUND
SGPT - NONE FOUND

TSH - NONE FOUND

No ZZ-OCCULT BLOOD-HS #1 in the last 6M
No ZZ-OCCULT BLOOD-HS #2 in the last 6M
No ZZ-OCCULT BLOOD-HS #3 in the last 6M

**CONFIDENTIAL**

No PSA in the last 1068D

No ZZ-VIT.D 25-Hydroxy (LC081950) in the last 2Y
No VIT D,1,25-DIHYDROXY (LC081091)QQQ in the last 2Y

(Please see top of note for assessment and plan.)

This patient was discussed with Dr. Sawyer
attending physician, who agrees with the management outlined above
and believes it is medically appropriate.

(x) Patient/Caregiver indicates readiness to learn, verbalizes understanding,
agreement and satisfaction with the treatment plan. Patient/Caregiver
doesn't
have any further questions today.

() Approximately   min of this 30 min appt was spent counseling/coordinating
care for the medical problems outlined above.

/es/ STEVEN R LENIO
Medical Resident
Signed: 12/27/2017 17:11

| | |
|---|---|
| Date/Time: | 22 Dec 2017 @ 1615 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | WILLIAMS,DAVID A |
| Co-signed By: | WILLIAMS,DAVID A |
| Date/Time Signed: | 22 Dec 2017 @ 1616 |

Note

 LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: DEC 22, 2017@16:15    ENTRY DATE: DEC 22, 2017@16:15:57
   AUTHOR: WILLIAMS,DAVID A    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 12/22/17 14:30

Mr. JORDAN's chart was reviewed.

No clinical rationale to place outreach call.  Will await
contact from Mr. JORDAN.
This patient has never been seen by this writer.

/es/ DAVID A WILLIAMS AMB
Ambulatory Care Attending Physician
Signed: 12/22/2017 16:16

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 22 Dec 2017 @ 0853 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | SHRAGAL,ANTHONY P |
| Co-signed By: | SHRAGAL,ANTHONY P |
| Date/Time Signed: | 22 Dec 2017 @ 0856 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: DEC 22, 2017@08:53    ENTRY DATE: DEC 22, 2017@08:54:02
   AUTHOR: SHRAGAL,ANTHONY P  EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

Current Phone Number: 720 273 9741
Age: 35  Sex: MALE


Patient identification is confirmed by an accurate secured armband:
  Yes


 Patient denies travel or physical contact with others who have traveled
 in the past 30 days.

VITAL SIGNS:
   Temperature: 98.4 F (36.9 C)
   Route: Temporal
   Pulse:       65
   Respiration:   16
   Blood Pressure:  116/83

   Pulse Oximetry:  95% on  Room Air
   Pain:        10
Time of arrival:  12/22/17 08:48
Method of arrival:  Private car

On arrival the patient was: Ambulatory

Current Medications:



   Active Outpatient Medications            STATUS
========================================================================
METOCLOPRAMIDE HCL 10MG TAB                 ACTIVE
     TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR

NAUSEA AND VOMITING

IBUPROFEN 600MG TAB                    ACTIVE
    TAKE ONE TABLET BY MOUTH EVERY 8 HOURS AS NEEDED WITH FOOD
    OR MILK FOR PAIN/INFLAMMATION

 Did the patient take all of their prescibed medications today?
 No
Allergies:
  Allergies are listed in CPRS as: Patient has answered NKA
     Allergies verified with Patient.
  When asked about allergic reactions, patient/Significant Other reports:
     No new allergies

Mentation:
  Alert and oriented to person, place, and time.


Mental Health:
  Acute emotional/behavioral difficulties or history of
  emotional/behavioral difficulties?
   Yes - issues reported are:
     Depression, PTSD, Anxiety

 Mental Health and Suicide Risk Screening:
  1. In the past 2 weeks, have you been feeling down, depressed, or
  hopeless?

   No.
  2. During that time, have you had thoughts of hurting yourself in some
  way?
   No.
  3. In the past 2 weeks, have you had thoughts of killing yourself, or
  planning your own death?
   No.
   Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
  S/O:pt c/o increasing pain to left knee. pt rates pain 10/10. denies
  new injury or trauma. pt had xrays on 12/8 for same.

  Triage Level: ESI 5
  Patient to be seen:  Emergency Department

/es/ ANTHONY P SHRAGAL


Signed: 12/22/2017 08:56

| Date/Time: | 19 Dec 2017 @ 0847 |
|---|---|
| Note Title: | MH INFORMATIONAL NOTE |

**CONFIDENTIAL**

| | |
|---|---|
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 19 Dec 2017 @ 1554 |

Note

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 19, 2017@08:47   ENTRY DATE: DEC 19, 2017@08:47:21
    AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Duration of Call: 0 minutes
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer attempts contact with veteran; writer receives veteran's
voicemail.

Writer encourages veteran to return call to establish next home visit and share
any needs he may have.

A: No ability to assess safety in the course of this attempted telephone
contact.

P: Veteran to return writer's call. Veteran is in possession of
writer's contact
information for any needs.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 12/19/2017 15:54

| | |
|---|---|
| Date/Time: | 08 Dec 2017 @ 1520 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | GILLESPIE,MELISSA B |
| Co-signed By: | GILLESPIE,MELISSA B |
| Date/Time Signed: | 08 Dec 2017 @ 1932 |

Note

 LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: DEC 08, 2017@15:20   ENTRY DATE: DEC 08, 2017@15:20:26

AUTHOR: GILLESPIE,MELISSA B  EXP COSIGNER:
URGENCY:                    STATUS: COMPLETED

CHIEF COMPLAINT: left knee pain

I have reviewed the RN Triage Note for this visit and have reconciled any
discrepancies.

HPI/ROS:
35 yo M presents c/o hit in the back of knee last night.
Able to walk with slight limp.
No swelling, obvious bruising , no numbness or tingling in calf, foot.

ros
as per hpi
no fever, no chills, no fatigue
no eye pain or eye discharg
no uri sx, no sore throat
no chest pain,no edema
no cough,no sob
no abd pain, no vomiting,no diarrhea
no dysuria, no hematuria, no penile dc
no myalgias,pos joint pain
no polyuria, no polydipsia
no easy bruising or bleeding
no headaches, no seizures
no rash, no itching
no active substance abuse, no si,no hi

pmh
problem list reviewed in  EMR below

all
nka

meds
list reviewed

PROBLEM LIST:
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Homeless single person (SNOMED CT 160700001)
4. PTSD
5. Depressive disorder (SNOMED CT 35489007)
6. Low back pain (SNOMED CT 279039007)
7. Health Maintenance (ICD-9-CM V65.9)
8. POLYSUBSTANCE DEP
9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)

**CONFIDENTIAL**

12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications                Status
==================================================================
1)  METOCLOPRAMIDE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
    FOUR TIMES A DAY AS NEEDED FOR NAUSEA AND VOMITING
No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
 [ x ] The medication list above was reviewed with the patient at today's
    visit. I have indicated discrepancies under each medication that is
    not being taken as prescribed. Medication orders, including any
    additions or discontinuations, have been updated as appropriate,
    and the patient now has an accurate medication list.

VITAL SIGNS - See progress note titled ER NURSE TRIAGE NOTE for Pulse Oximetry
Vitals Enter at: Dec 08, 2017@13:45
BP: 147/75
P: 88
PN: 10
R: 18
T: 97.8

EXAM:
Alert, well nourished, no distress, GCS 15, moves all extremities, speech clear,

breathing comfortably, speaking in full sentences, skin warm and dry, facial
movements are grossly symmetrical, no gross neurologic deficits. No evidence of
any intoxicants on board.
left knee- no swelling, no ecchymoses, from, ttp at lateral collateral lig
neg laxity

DATA:
left knee
 Report:
    A.P. & lateral and sunrise views of the left knee performed
    weight bearing:

    Comparison:  No prior comparison on the PACS imaging system

    Alignment in the Knee Joint:  Normal       Alignment in the
    Sunrise View:  Normal, with no subluxation of the patella

Joint Space Loss:  Knee Joint Medial Compartment:  None
Knee Joint Lateral Compartment:  None      Patellofemoral Joint:
None

Osteophytosis:  None    Loose Bodies:  None    Bone Lesions:
None

Chondrocalcinosis:  None noted in the region of the menisci
Osteochondral Defects:  None

Joint Effusion:  No effusion noted in the prepatellar bursa in
the lateral view

Impression:


Normal left knee
Primary Diagnostic Code: NORMAL

Primary Interpreting Staff:
Alan R Brautigam, MD, Radiologist (Verifier)
/ARB



Assessment/Plan:
imp
left knee contusion, sprain

plan
knee brace
pcp

CONDITION ON DISCHARGE: [x ]good   [ ]fair   [ ]poor

PATIENT EDUCATION AT DISCHARGE:

(x ) Discharge instructions discussed with patient and/or caregiver.
    Patient/Caregiver indicates readiness to learn, verbalizes understanding,
    agreement and satisfaction with the treatment plan. Patient/Caregiver
    doesn't have any further questions today.

( ) Mosby's discharge instructions and patient information was
    provided to the patient

INSTRUCTIONS FOR FOLLOW UP CARE:
[ x ] See primary care provider
[ ] No PCP assigned
[ ] Return to ER if worse
[ ] Other:

DISPOSITION FROM EMERGENCY DEPARTMENT

[x ] Discharged
[ ] Inpatient Admission
[ ] Observation Admission

/es/ MELISSA B GILLESPIE
Emergency Department Staff Physician
Signed: 12/08/2017 19:32

Receipt Acknowledged By:
12/14/2017 16:46     /es/ BENJAMIN SCHNELL DO
             Staff Primary Care Physician

| | |
|---|---|
| Date/Time: | 08 Dec 2017 @ 1345 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | WILSON,MICHAELA J |
| Co-signed By: | WILSON,MICHAELA J |
| Date/Time Signed: | 08 Dec 2017 @ 1347 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: DEC 08, 2017@13:45    ENTRY DATE: DEC 08, 2017@13:45:20
   AUTHOR: WILSON,MICHAELA J    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Current Phone Number: 720 273 9741
Age:  35  Sex:  MALE

Patient identification is confirmed by an accurate secured armband:
  Yes

 Patient denies travel or physical contact with others who have traveled
 in the past 30 days.

VITAL SIGNS:
   Temperature: 97.8 F (36.6 C)
   Route: Temporal
   Pulse:      88
   Respiration:    18
   Blood Pressure:  147/75

   Pulse Oximetry:  94% on  Room Air
   Pain:        10
Time of arrival:  12/08/17 13:39
Method of arrival:  Private car

On arrival the patient was: Ambulatory

Current Medications:

  Active Outpatient Medications        STATUS
=======================================================================
METOCLOPRAMIDE HCL 10MG TAB          ACTIVE
     TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR
     NAUSEA AND VOMITING

 Did the patient take all of their prescibed medications today?
 Yes
Allergies:
 Allergies are listed in CPRS as: Patient has answered NKA
   Allergies verified with Patient.
 When asked about allergic reactions, patient/Significant Other reports:
   No new allergies

Mentation:
 Alert and oriented to person, place, and time.

Mental Health:
 Acute emotional/behavioral difficulties or history of
 emotional/behavioral difficulties?
  Yes - issues reported are:
    Depression

 Mental Health and Suicide Risk Screening:
  1. In the past 2 weeks, have you been feeling down, depressed, or
  hopeless?

   No.
  2. During that time, have you had thoughts of hurting yourself in some
  way?
   No.
  3. In the past 2 weeks, have you had thoughts of killing yourself, or
  planning your own death?
   No.
  Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
 S/O:pain to L knee after getting hit in the knee from behind last
 night, c/o 10/10 pain to L knee, VSS, resps with ease, slow limp  in
 triage.

 Triage Level: ESI 4
 Patient to be seen:  Emergency Department

/es/ Michaela Wilson, RN
Staff Nurse
Signed: 12/08/2017 13:47

| | |
|---|---|
| **Date/Time:** | 20 Oct 2017 @ 0815 |
| **Note Title:** | MH VASH COMMUNITY VISIT |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | DEUTSCH,PAUL A |
| **Co-signed By:** | DEUTSCH,PAUL A |
| **Date/Time Signed:** | 20 Oct 2017 @ 1525 |

**Note**

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: OCT 20, 2017@08:15    ENTRY DATE: OCT 20, 2017@14:19:52
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

MH VASH Community Visit:
Length of visit: 10 min
Travel time to and back: 30 min
Location of visit: Community Visit
Diagnosis: Lack of Housing

D: Writer meets with veteran at his VASH apartment for this morning's scheduled
home visit. The veteran is present and takes several moments to lightly clean
his apartment before opening the door for writer. The veteran's apartment
appears relatively neat without evident safety hazards. The veteran no longer
has his dog, Khaleesi, who remains with his father in Colorado Springs.

The veteran offers that he is well and does not endorse any issues at this time.

He intends to travel to his work downtown shortly and appears behind schedule in

getting ready. Writer keeps today's visit brief to allow the veteran ample time
in continuing to ready himself for the day.

The veteran is advised that writer will be out of the office beginning next week

through 11/27 to perform military Reserve service; the veteran is assured that
VASH coverage information will be left in writer's voicemail should any
unexpected issues arise. The veteran verbalizes his understanding and denies any

further needs today.

A: Veteran presents in a euthymic mood at baseline with congruent affect. Thoughts are logical, focused, and forward-directed without unusual content. Veteran is appropriately dressed and groomed. Veteran appears sober. No clinical

indications of imminent danger to self or others were noted.

P: Writer and veteran to follow-up in late Nov/early December to schedule next home visit. Veteran is aware he may contact writer/VASH team coverage for any needs in the interim.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 10/20/2017 15:25

| | |
|---|---|
| Date/Time: | 05 Oct 2017 @ 1558 |
| Note Title: | MH TREATMENT COORDINATOR ASSIGNMENT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 05 Oct 2017 @ 1559 |

Note

LOCAL TITLE: MH TREATMENT COORDINATOR ASSIGNMENT
STANDARD TITLE: MENTAL HEALTH COMMUNICATION NOTE
DATE OF NOTE: OCT 05, 2017@15:58   ENTRY DATE: OCT 05, 2017@15:58:30
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

This note documents the Reassignment of the Veterans' Mental Health Treatment Coordinator (MHTC) on Oct 5,2017.
The Veteran's new Mental Health Treatment Coordinator is:
 MHTC NAME: Paul Deutsch, LCSW

 MHTC Contact Information:
303-656-3728

This Veteran's existing MHTC was reassigned due to: Updating current provider

The assignment of the MHTC and education on the note of the MHTC in the Veteran's mental health care was discussed with the Veteran who verbally concurred with the change in assignment.  The MHTC's contact information was provided to the Veteran in writing.

If the undersigned of this note is not the veteran's new MHTC, please list the dates that the Veteran and/or the Veteran's Family has had and/or is scheduled to have contact with the newly assigned MHTC: Date(s) of contact:

The Veteran's CPRS chart (i.e. PCMM) and MH Treatment Plan have been
updated to reflect the new MHTC Assignment.  The Veteran's new MHTC along
with the previous MHTC if applicable, are included as additional signers
on this note.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 10/05/2017 15:59

Receipt Acknowledged By:
10/11/2017 13:46     /es/ Joy Weyna-King
              MH PCMM COORDINATOR

| | |
|---|---|
| Date/Time: | 29 Sep 2017 @ 0815 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 29 Sep 2017 @ 0914 |

Note

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: SEP 29, 2017@08:15    ENTRY DATE: SEP 29, 2017@08:53:33
    AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

MH VASH Community Visit:
Length of visit: 30 min
Travel time to and back: 20 min
Location of visit: Community Visit
Diagnosis: Lack of Housing

D: Prior to this appointment, the veteran requests adjusting it to 0815 so he
may arrive at work at his scheduled start time of 0900; writer agrees to this
request. Writer meets with the veteran at his residence for this morning's
scheduled VASH home visit. The veteran is readying himself to begin work. His
apartment unit appears relatively neat and orderly with no evident safety
hazards. It is also a calmer environment without the veteran's dog,
Khaleesi,
who he states got pregnant and is now on his father's large outdoor property
in
Colorado Springs. "I actually prefer it without her, and she's happier
in the
bigger space."

The veteran denies any housing-related or other issues. He notes that he is now

in a relationship with a woman and "we are thinking about moving in together"
when his lease ends in March. He is not yet resolved whether he will attempt to continue utilizing his VASH voucher or simply rent an apartment with her without

it downtown. The veteran agrees to keep writer apprised of his housing intentions. He notes also that he is interested in using his VA home loan and is

curious about home ownership. Writer provides the veteran with the number of Denver Housing Authority staff so he may discuss home ownership programs in addition to the Earned Income Disregard program before it is entirely phased out.

The veteran notes his health is "good" and he intends to make a dental

appointment shortly. He adds that his VBA claim, initiated in 2013, continues and he is "waiting" for its disposition. Writer provides the veteran with
contact information for the Volunteers of America Veteran Services Center so he may follow-up on its status with a VBA representative during his weekly visit to

the VoA VSC.

The veteran reports that his work at a restaurant continues to go well. He is offered transportation to his job this morning, but he prefers to ride his bike instead. He denies any additional needs at this time and proceeds to work following writer's departure.

A: Veteran presents in a euthymic mood with congruent affect, somewhat calmer and more relaxed than previous visits. Thoughts are logical, focused, and forward-directed without unusual content. Veteran is appropriately dressed and groomed. Veteran appears sober. No clinical indications of imminent danger to self or others were noted.

P: Next home visit scheduled for 10/20 at 0815. Veteran is aware he may contact writer with any needs in the interim.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 09/29/2017 09:14

| | |
|---|---|
| Date/Time: | 09 Sep 2017 @ 1051 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | GAMINDE-HAVILAND,CYNTHIA |
| Co-signed By: | GAMINDE-HAVILAND,CYNTHIA |
| Date/Time Signed: | 09 Sep 2017 @ 1054 |

Note

**CONFIDENTIAL**

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: SEP 09, 2017@10:51    ENTRY DATE: SEP 09, 2017@10:51:20
   AUTHOR: GAMINDE-HAVILAND,CY  EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

CHIEF COMPLAINT: drugged

I have reviewed the RN Triage Note for this visit and have reconciled any
discrepancies.

HPI/ROS: 35 year old male presents to er because he thinks he was drugged a
couple of days ago.  Upon further talking with the pt he admits to not seeing
anything, feeling fine and thinks he was ruminating because of his ptsd.
no si no hi, no other complaints.
in chart mh trying to get ahold of him, printed both notes, gave to pt, he
states he will call them on Monday.
physical deferred

PROBLEM LIST:
Computerized Problem List is the source for the following:

 1. Alcohol abuse (SNOMED CT 15167005)
 2. Cannabis abuse (SNOMED CT 37344009)
 3. Homeless single person (SNOMED CT 160700001)
 4. PTSD
 5. Depressive disorder (SNOMED CT 35489007)
 6. Low back pain (SNOMED CT 279039007)
 7. Health Maintenance (ICD-9-CM V65.9)
 8. POLYSUBSTANCE DEP
 9. Mood disorder (SNOMED CT 46206005)
10. Psychotic Disorder NOS * (ICD-9-CM 298.9)
11. Foot Pain (ICD-9-CM 719.47)
12. SUBJECTIVE TINNITUS
13. Pseudofolliculitis barbae
14. Major depressive disorder
15. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications              Status
========================================================================
1)  HYDROPHILIC (EQV AQUAPHOR) TOP OINT APPLY SMALL     ACTIVE
    AMOUNT OF HYDROPHOR TOP OINT TO AFFECTED AREA AS
    DIRECTED TO SCABBED DRY AREAS

2) IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH FOUR     ACTIVE
   TIMES A DAY AS NEEDED WITH FOOD OR MILK FOR
   PAIN/INFLAMMATION
3) LIDOCAINE 5% OINT APPLY SMALL AMOUNT TO AFFECTED AREA  ACTIVE
   FOUR TIMES A DAY TO PAINFUL AREAS
4) METOCLOPRAMIDE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
   FOUR TIMES A DAY AS NEEDED FOR NAUSEA AND VOMITING

No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
 [ ] The medication list above was reviewed with the patient at today's
     visit. I have indicated discrepancies under each medication that is
     not being taken as prescribed. Medication orders, including any
     additions or discontinuations, have been updated as appropriate,
     and the patient now has an accurate medication list.

 [ ] Medication Reconciliation was not performed at this visit as no
     medications were changed, prescribed or administered at this visit.

 [ ] Medication Reconciliation was not performed at this visit as patient
     and/or caregiver is not able to confirm medications he/she is taking.


VITAL SIGNS - See progress note titled ER NURSE TRIAGE NOTE for Pulse Oximetry
Vitals Enter at: Sep 09, 2017@09:46
BP: 147/94
P: 57
PN: 10
R: 18
T: 98.3


EXAM:



DATA:

LAB RESULTS TODAY - NONE FOUND

Assessement/Plan:


CONDITION ON DISCHARGE: [ ]good   [ ]fair   [ ]poor

PATIENT EDUCATION AT DISCHARGE:

 ( ) Discharge instructions discussed with patient and/or caregiver.
     Patient/Caregiver indicates readiness to learn, verbalizes understanding,
     agreement and satisfaction with the treatment plan. Patient/Caregiver
     doesn't have any further questions today.

 ( ) Mosby's discharge instructions and patient information was

provided to the patient

INSTRUCTIONS FOR FOLLOW UP CARE:
  [ ] See primary care provider
  [ ] No PCP assigned
  [ ] Return to ER if worse
  [ ] Other:

 DISPOSITION FROM EMERGENCY DEPARTMENT
  [ ] Discharged
  [ ] Inpatient Admission
  [ ] Observation Admission

/es/ CYNTHIA GAMINDE-HAVILAND
Emergency Room Staff Physician
Signed: 09/09/2017 10:54

| | |
|---|---|
| Date/Time: | 09 Sep 2017 @ 0945 |
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | COSALAN,CHRISTINE M |
| Co-signed By: | COSALAN,CHRISTINE M |
| Date/Time Signed: | 09 Sep 2017 @ 0952 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: SEP 09, 2017@09:45    ENTRY DATE: SEP 09, 2017@09:45:39
     AUTHOR: COSALAN,CHRISTINE M  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Current Phone Number: 720 273 9741
Age: 35  Sex:  MALE

Patient identification is confirmed by an accurate secured armband:
   Yes

 Patient denies travel or physical contact with others who have traveled
 in the past 30 days.

VITAL SIGNS:
   Temperature: 98.3 F (36.8 C)
   Route: Temporal
   Pulse:     57
   Respiration:    18
   Blood Pressure:  147/94

**CONFIDENTIAL**

Pulse Oximetry: 94% on Room Air
Pain:          10
Time of arrival: 09/09/17 09:40
Method of arrival: Private car

On arrival the patient was: Ambulatory

Current Medications:


 Active Outpatient Medications              STATUS
=====================================================================
METOCLOPRAMIDE HCL 10MG TAB                ACTIVE
      TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR
      NAUSEA AND VOMITING

HYDROPHILIC (EQV AQUAPHOR) TOP OINT        ACTIVE
      APPLY SMALL AMOUNT OF HYDROPHOR TOP OINT TO AFFECTED AREA
      AS DIRECTED TO SCABBED DRY AREAS

LIDOCAINE 5% OINT                         ACTIVE
      APPLY SMALL AMOUNT TO AFFECTED AREA FOUR TIMES A DAY TO
      PAINFUL AREAS

IBUPROFEN 600MG TAB                       ACTIVE
      TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED WITH
      FOOD OR MILK FOR PAIN/INFLAMMATION

 Did the patient take all of their prescibed medications today?
 Yes
Allergies:
 Allergies are listed in CPRS as: Patient has answered NKA
    Allergies verified with Patient.
 When asked about allergic reactions, patient/Significant Other reports:
    No new allergies

Mentation:
 Alert and oriented to person, place, and time.


Mental Health:
 Acute emotional/behavioral difficulties or history of
 emotional/behavioral difficulties?
  Yes - issues reported are:
    Depression, PTSD

Mental Health and Suicide Risk Screening:
  1. In the past 2 weeks, have you been feeling down, depressed, or
  hopeless?

No.
2. During that time, have you had thoughts of hurting yourself in some way?
No.
3. In the past 2 weeks, have you had thoughts of killing yourself, or planning your own death?
No.
Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
S/O:" I think someone slipped something in my drink".  Pt states incident may have happened 2 nights ago.  Denies any ill effects  from alleged incident("I feel good"), but states " people were acting sketchy".
When asked what the ED could help him with today, answered "Maybe  nothing, but
I just want to know.  I fear for my safety".  Also  c/o chronic back pain that is getting worse.  Denies new trauma.

Triage Level: ESI 4
Patient to be seen:  Emergency Department

/es/ christine m cosalan rn
RN
Signed: 09/09/2017 09:52

| | |
|---|---|
| Date/Time: | 05 Sep 2017 @ 1650 |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 05 Sep 2017 @ 1658 |

Note

LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 05, 2017@16:50     ENTRY DATE: SEP 05, 2017@16:50:48
    AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

  *** MH INFORMATIONAL NOTE Has ADDENDA ***

Diagnosis: Lack of housing
Duration of visit: 0 min
Treatment Provided: Case Management
Plan: Continue HUD/VASH case management

D: Writer mails to veteran the following letter:

"5 September 2017

Mr. Chadwick Jordan
2246 Clarkson St, Unit A
Denver, CO 80205

Dear Chadwick,

I hope you are well. I have had some difficulty reaching you by phone and would like to meet with you for a home visit to fulfill the requirements of the HUD-VASH program. As you are aware monthly visits are required as a tenant of the VASH program to ensure veterans are supported in retaining their housing. I have

not heard from you since visiting your apartment on 25 Aug and leaving you a note as you did not seem to be home.

I will plan on visiting your home next on Friday, 29 September at 9:00 am.  Let me know beforehand, please, if this will work or if you would prefer a different

day/time.

Take good care and all the best until then.

Sincerely,

Paul Deutsch, LCSW
Denver VA Medical Center
1055 Clermont Street
Denver, CO 80220
303-656-3728 (VA cell)
303-399-8020 ext. 4428"

P: Per letter, next home visit scheduled for 9/29 at 0900. Writer requests veteran's confirmation beforehand.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 09/05/2017 16:58

09/18/2017 ADDENDUM              STATUS: COMPLETED
Writer receives a voicemail from veteran left on 9/9/17 while writer is on annual leave. Veteran states he will be present for scheduled home visit on 9/29

and does not endorse any additional needs.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 09/18/2017 13:52

**CONFIDENTIAL**

| | |
|---|---|
| Date/Time: | 02 Sep 2017 @ 1700 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | GAMINDE-HAVILAND,CYNTHIA |
| Co-signed By: | GAMINDE-HAVILAND,CYNTHIA |
| Date/Time Signed: | 02 Sep 2017 @ 1703 |

**Note**

LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: SEP 02, 2017@17:00    ENTRY DATE: SEP 02, 2017@17:00:15
   AUTHOR: GAMINDE-HAVILAND,CY  EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

CHIEF COMPLAINT: hand pain

I have reviewed the RN Triage Note for this visit and have reconciled any
discrepancies.

FAST TRACK ER EVALUATION

This Veteran was briefly seen and evaluated in the ER on a FAST TRACK basis for
left wrist pain
The veteran is alert, ambulating normally, mentating clearly and in absolutely
no distress whatsoever.

The Veteran has a very discreet problem today and does not feel
that he/she needs an extended evaluation.

HPI:35 year old male altercation with left hand pain
base of 2nd and 3rd digits


ROS is otherwise unremarkable; patient has no other complaints.


FOCUSED EXAM RELATED TO THE CURRENT PROBLEM:
medial/radial/ulnar nerves intact
nl cap refill
no crepitance or deformities noted
skin intact
compartments soft

Verifier E-Sig:

  Report:
    WRIST 2 VIEWS,LEFT

    Clinical History: Wrist pain

Comparison: No priors available

Findings:

PA, lateral, and oblique views of the left wrist were submitted.

There are no fractures or dislocations. No significant
degenerative changes.


Impression:


   Normal left wrist radiographs
ASSESSMENT:hand/wrist contusion
splint, motrin, tylenol

PLAN:


1) The Veteran is doing well on discharge from the ER
2) Given explicit follow up and return instructions
3) Advised to come back to the ER for any worsening of their condition, any new
symptoms, any concerns, or if they decide that a more extensive evaluation is
needed.
4) Advised to discuss the concern with PCP on next visit.
5) Modified Medication Reconciliation was performed at today's visit.
(Medication list was reviewed.) Any medication change or
 addition at this clinic visit was short term and temporary.
6) Patient was discharged from the ER

/es/ CYNTHIA GAMINDE-HAVILAND
Emergency Room Staff Physician
Signed: 09/02/2017 17:03

| Date/Time: | 02 Sep 2017 @ 1531 |
|---|---|
| Note Title: | ER NURSE TRIAGE NOTE (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MURPHY,ASHLEY |
| Co-signed By: | MURPHY,ASHLEY |
| Date/Time Signed: | 02 Sep 2017 @ 1533 |

Note

 LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: SEP 02, 2017@15:31    ENTRY DATE: SEP 02, 2017@15:31:23

   AUTHOR: MURPHY,ASHLEY        EXP COSIGNER:
  URGENCY:                  STATUS: COMPLETED

Current Phone Number: 720 273 9741
Age:  35  Sex:  MALE


Patient identification is confirmed by an accurate secured armband:
  Yes


 Patient denies travel or physical contact with others who have traveled
 in the past 30 days.

VITAL SIGNS:
   Temperature: 97.8 F (36.6 C)
   Route: Temporal
   Pulse:        70
   Respiration:   16
   Blood pressure:  125/78

   Pulse Oximetry:  93% on  Room Air
   Pain:          10
Time of arrival:  09/02/17 15:21
Method of arrival:  Private car

On arrival the patient was: Ambulatory

Current Medications:



  Active Outpatient Medications              STATUS
=======================================================================
METOCLOPRAMIDE HCL 10MG TAB               ACTIVE
    TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR
    NAUSEA AND VOMITING

HYDROPHILIC (EQV AQUAPHOR) TOP OINT          ACTIVE
    APPLY SMALL AMOUNT OF HYDROPHOR TOP OINT TO AFFECTED AREA
    AS DIRECTED TO SCABBED DRY AREAS

LIDOCAINE 5% OINT                     ACTIVE
    APPLY SMALL AMOUNT TO AFFECTED AREA FOUR TIMES A DAY TO
    PAINFUL AREAS

IBUPROFEN 600MG TAB                   ACTIVE
    TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED WITH
    FOOD OR MILK FOR PAIN/INFLAMMATION

 Did the patient take all of their prescibed medications today?
 Yes

JORDAN, CHADWICK HEATH                      **CONFIDENTIAL**                      Page 645 of 667

Allergies:
 Allergies are listed in CPRS as: Patient has answered NKA
   Allergies verified with Patient.
 When asked about allergic reactions, patient/Significant Other reports:
   No new allergies

Mentation:
 Alert and oriented to person, place, and time.

Mental Health:
 Acute emotional/behavioral difficulties or history of
 emotional/behavioral difficulties?
   Patient denies.

 Mental Health and Suicide Risk Screening:
 1. In the past 2 weeks, have you been feeling down, depressed, or
 hopeless?

   No.
 2. During that time, have you had thoughts of hurting yourself in some
 way?
   No.
 3. In the past 2 weeks, have you had thoughts of killing yourself, or
 planning your own death?
   No.
 Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
 S/O: Pt presents to the ED sp altercation with c/o left wrsit pain. No
 ecchymosis or edema noted. + movement and sensation. Radial pulses
 equally strong.

 Triage Level: ESI 4
 Patient to be seen:  Emergency Department

/es/ ASHLEY MURPHY
REGISTERED NURSE
Signed: 09/02/2017 15:33

| | |
|---|---|
| Date/Time: | 25 Aug 2017 @ 0900 |
| Note Title: | MH NO SHOW |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 25 Aug 2017 @ 1342 |

Note

LOCAL TITLE: MH NO SHOW
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: AUG 25, 2017@09:00     ENTRY DATE: AUG 25, 2017@13:06:35
    AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
    URGENCY:             STATUS: COMPLETED


Mr. JORDAN did not show for a scheduled appointment on: 08/25/17 09:00

Date last seen in clinic: AUG 16, 2017
Action/Outreach:
  Patient on High Risk for Suicide Flag: No
Other: Message left for veteran requesting check-in with case manager

D: Writer attempts to meet with veteran for this morning's scheduled VASH home
visit; there is no answer to several rounds of knocking. The veteran's dog
sounds to be home, however, and barks in response to knocking. Writer leaves a
discrete note for veteran within his door jamb requesting he contact writer upon

his return to re-schedule today's home visit.

P: Veteran to contact writer to reschedule today's VASH home visit. Veteran is
in possession of writer's contact information and aware he may be reached with
any needs.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 08/25/2017 13:42

| | |
|---|---|
| Date/Time: | 24 Aug 2017 @ 0831 |
| Note Title: | DID NOT ARRIVE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | MARTINEZ,BETTY M |
| Co-signed By: | MARTINEZ,BETTY M |
| Date/Time Signed: | 24 Aug 2017 @ 1052 |

Note

LOCAL TITLE: DID NOT ARRIVE
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: AUG 24, 2017@08:31     ENTRY DATE: AUG 24, 2017@08:31:27
    AUTHOR: MARTINEZ,BETTY M     EXP COSIGNER:
    URGENCY:             STATUS: COMPLETED

Mr. JORDAN did not arrive for a scheduled appointment on: 08/24/17 08:00

Mr. JORDAN's chart was reviewed.

This patient has never been seen by this writer.

Action:  Will await contact from Mr. JORDAN.

/es/ BETTY M MARTINEZ
Primary Care Staff Physician
Signed: 08/24/2017 10:52

| | |
|---|---|
| Date/Time: | 23 Aug 2017 @ 1234 |
| Note Title: | PACT PRE-VISIT TELEPHONE CONTACT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DOMINEY,GERALDINE |
| Co-signed By: | DOMINEY,GERALDINE |
| Date/Time Signed: | 23 Aug 2017 @ 1248 |

Note

 LOCAL TITLE: PACT PRE-VISIT TELEPHONE CONTACT
STANDARD TITLE: PACT NOTE
DATE OF NOTE: AUG 23, 2017@12:34    ENTRY DATE: AUG 23, 2017@12:34:53
    AUTHOR: DOMINEY,GERALDINE    EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Date/Time of appointment: AUG 24,2017 0800

Provided directions to clinic: YES

Patient's top priority for appointment: FOLLOW-UP ON HAND ABRASION

Does patient have labs ordered? NOT AT THIS TIME
    If yes, please remind veteran to complete labs prior to visit.

COULD NOT KEEP THE VETERAN INGAGED ON THE PHONE

/es/ GERALDINE DOMINEY
LPN
Signed: 08/23/2017 12:48

| | |
|---|---|
| Date/Time: | 16 Aug 2017 @ 1157 |
| Note Title: | IMMUNIZATIONS (D) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,BERNIE J |
| Co-signed By: | ORTIZ,BERNIE J |
| Date/Time Signed: | 16 Aug 2017 @ 1158 |

**CONFIDENTIAL**

## Note

 LOCAL TITLE: IMMUNIZATIONS (D)
STANDARD TITLE: IMMUNIZATION NOTE
DATE OF NOTE: AUG 16, 2017@11:57   ENTRY DATE: AUG 16, 2017@11:57:20
    AUTHOR: ORTIZ,BERNIE J   EXP COSIGNER:
  URGENCY:          STATUS: COMPLETED


Other Immunizations:
Given today:
Tetanus, Diphtheria Toxoids and Acellular Pertussis Vaccine, given today
IM Left Deltoid
  Injection/Manufacturer/Lot #: U5533AA 18JAN19

No adverse reactions noted.

/es/ BERNIE J ORTIZ

Signed: 08/16/2017 11:58

| | |
|---|---|
| Date/Time: | 16 Aug 2017 @ 1155 |
| Note Title: | ER INTERMEDIATE CARE TECHNICIAN |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | ORTIZ,BERNIE J |
| Co-signed By: | ORTIZ,BERNIE J |
| Date/Time Signed: | 16 Aug 2017 @ 1157 |

## Note

 LOCAL TITLE: ER INTERMEDIATE CARE TECHNICIAN
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: AUG 16, 2017@11:55   ENTRY DATE: AUG 16, 2017@11:55:19
    AUTHOR: ORTIZ,BERNIE J   EXP COSIGNER:
  URGENCY:          STATUS: COMPLETED

Per doctor's orders:  Applied a dressing using xerofoam and kerlex to the
left
hand wound.

Tdap administered to the left deltoid; see immunizations note.

Pt given dressing supplies and instructed on home care.  Pt verbalizes
understanding of instructions and does not have any concerns at this time.

/es/ BERNIE J ORTIZ

Signed: 08/16/2017 11:57

| | |
|---|---|
| Date/Time: | 16 Aug 2017 @ 1148 |
| Note Title: | ER NURSE'S NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | NEWBERRY,DUSTIN K |
| Co-signed By: | NEWBERRY,DUSTIN K |
| Date/Time Signed: | 16 Aug 2017 @ 1155 |

Note

 LOCAL TITLE: ER NURSE'S NOTE
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: AUG 16, 2017@11:48    ENTRY DATE: AUG 16, 2017@11:48:19
   AUTHOR: NEWBERRY,DUSTIN K    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

1145: Bernie ICT at bedside applying vaseline dressings to areas of interest.

1155: Tetanus IM administered by Bernie ICT.
Verbalized understanding of d/c instructions.
Ambulatory with steady gait upon departure.

/es/ DUSTIN K NEWBERRY
Registered Nurse
Signed: 08/16/2017 11:55

| | |
|---|---|
| Date/Time: | 16 Aug 2017 @ 1135 |
| Note Title: | ER WALK-IN NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BLIEDEN,MICHAEL |
| Co-signed By: | BLIEDEN,MICHAEL |
| Date/Time Signed: | 16 Aug 2017 @ 1154 |

Note

 LOCAL TITLE: ER WALK-IN NOTE (T)
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: AUG 16, 2017@11:35    ENTRY DATE: AUG 16, 2017@11:35:57
   AUTHOR: BLIEDEN,MICHAEL    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

CHIEF COMPLAINT: neck and back pain

I have reviewed the RN Triage Note for this visit and have reconciled any

discrepancies.

HPI/ROS:COUPLE days ago, apparently attacked, got scrapes on knees and l hand
scabbed knees, no cellulitis  rec moisturizing lotion
cement burn, round, about 2cm l palm, no cellulitis  rec xeroform dressing
some r trapezius pain, no spinal pain, rec ibuprofen and topical lidocaine
ue neuro exam wnl
no head hit
nl gait and affect
tdap

PROBLEM LIST:
Computerized Problem List is the source for the following:

1. Alcohol abuse (SNOMED CT 15167005)
2. Cannabis abuse (SNOMED CT 37344009)
3. Chronic Back Pain (ICD-9-CM 724.5)
4. Homeless single person (SNOMED CT 160700001)
5. PTSD
6. Depressive disorder (SNOMED CT 35489007)
7. Low back pain (SNOMED CT 279039007)
8. Health Maintenance (ICD-9-CM V65.9)
9. POLYSUBSTANCE DEP
10. Mood disorder (SNOMED CT 46206005)
11. Psychotic Disorder NOS * (ICD-9-CM 298.9)
12. Foot Pain (ICD-9-CM 719.47)
13. Toothache * (ICD-9-CM 525.9)
14. Impacted cerumen * (ICD-9-CM 380.4)
15. Housing problems (SNOMED CT 81877007)
16. OTHER GENERAL MEDICAL EXAMINATION FOR ADMINISTRATIVE PURPOSES
17. SUBJECTIVE TINNITUS
18. Pseudofolliculitis barbae
19. Homeless single person
20. Major depressive disorder
21. Anxiety disorder

Allergies: Patient has answered NKA

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications                    Status
================================================================
1)   MELOXICAM 7.5MG TAB TAKE ONE TABLET BY MOUTH DAILY    ACTIVE
       FOR PAIN. TAKE WITH FOOD OR MILK.
2)   METOCLOPRAMIDE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
       FOUR TIMES A DAY AS NEEDED FOR NAUSEA AND VOMITING

   Inactive Outpatient Medications                    Status

==================================================================

1) OXYCODONE HCL 5MG/APAP 325MG TAB TAKE 1 TABLET BY     EXPIRED
   MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN. NOT TO
   EXCEED 3000MG ACETAMINOPHEN FROM ALL SOURCES PER
   DAY.

3 Total Medications
No Active Remote Medications for this patient

MEDICATION RECONCILIATION:
 [ x ] The medication list above was reviewed with the patient at today's
   visit. I have indicated discrepancies under each medication that is
   not being taken as prescribed. Medication orders, including any
   additions or discontinuations, have been updated as appropriate,
   and the patient now has an accurate medication list.

 [ ] Medication Reconciliation was not performed at this visit as no
   medications were changed, prescribed or administered at this visit.

 [ ] Medication Reconciliation was not performed at this visit as patient
   and/or caregiver is not able to confirm medications he/she is taking.

VITAL SIGNS - See progress note titled ER NURSE TRIAGE NOTE for Pulse Oximetry
Vitals Enter at: Aug 16, 2017@11:04
BP: 121/77
P: 85
PN: 10
R: 16
T: 98

CONDITION ON DISCHARGE: [ ]good   [ x ]fair  [ ]poor

PATIENT EDUCATION AT DISCHARGE:

 (x ) Discharge instructions discussed with patient and/or caregiver.
   Patient/Caregiver indicates readiness to learn, verbalizes understanding,
   agreement and satisfaction with the treatment plan. Patient/Caregiver
   doesn't have any further questions today.

 ( ) Mosby's discharge instructions and patient information was
   provided to the patient

INSTRUCTIONS FOR FOLLOW UP CARE:
 [ x ] See primary care provider
 [ ] No PCP assigned
 [ x] Return to ER if worse
 [ ] Other:

DISPOSITION FROM EMERGENCY DEPARTMENT
 [ x ] Discharged

**CONFIDENTIAL**

[ ] Inpatient Admission
[ ] Observation Admission

/es/ Michael Blieden, MD
Ambulatory Care Physician
Signed: 08/16/2017 11:54

| | |
|---|---|
| **Date/Time:** | 16 Aug 2017 @ 1102 |
| **Note Title:** | ER NURSE TRIAGE NOTE (D) |
| **Location:** | Rocky Mountain Regional VA Medical Center |
| **Signed By:** | HAMILTON,M RACHELLE |
| **Co-signed By:** | HAMILTON,M RACHELLE |
| **Date/Time Signed:** | 16 Aug 2017 @ 1107 |

Note

LOCAL TITLE: ER NURSE TRIAGE NOTE (D)
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: AUG 16, 2017@11:02    ENTRY DATE: AUG 16, 2017@11:02:49
   AUTHOR: HAMILTON,M RACHELLE  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Current Phone Number: 720 273 9741
Age:  35  Sex:  MALE

Patient identification is confirmed by an accurate secured armband:
  Yes

Patient denies travel or physical contact with others who have traveled
in the past 30 days.

VITAL SIGNS:
   Temperature: 98 F (36.7 C)
   Route: Temporal
   Pulse:       85
   Respiration:   16
   Blood Pressure:  121/77

   Pulse Oximetry:  93% on  Room Air
   Pain:       10
Time of arrival:  08/16/17 10:58
Method of arrival:  Private car

On arrival the patient was: Ambulatory

Current Medications:

**CONFIDENTIAL**

Active Outpatient Medications                STATUS
====================================================================
MELOXICAM 7.5MG TAB                          ACTIVE
    TAKE ONE TABLET BY MOUTH DAILY FOR PAIN. TAKE WITH FOOD OR
    MILK.

METOCLOPRAMIDE HCL 10MG TAB                  ACTIVE
    TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR
    NAUSEA AND VOMITING

Did the patient take all of their prescibed medications today?
Yes
Allergies:
  Allergies are listed in CPRS as: Patient has answered NKA
    Allergies verified with Patient.
  When asked about allergic reactions, patient/Significant Other reports:
    No new allergies

Mentation:
  Alert and oriented to person, place, and time.

Mental Health:
  Acute emotional/behavioral difficulties or history of
  emotional/behavioral difficulties?
    Patient denies.

Mental Health and Suicide Risk Screening:
  1. In the past 2 weeks, have you been feeling down, depressed, or
  hopeless?

    No.
  2. During that time, have you had thoughts of hurting yourself in some
  way?
    No.
  3. In the past 2 weeks, have you had thoughts of killing yourself, or
  planning your own death?
    No.
  Negative screen - answered "No" to questions 2 and 3.
Homeless: No

Triage:
  S/O: Pt here with chronic low back and neck pain that has worsened
  "since I was jumped in an alley on Friday night." Pt also has
scrapes
  to both knees and palm of left hand. Pt concerned left  hand could be
  infected, knees have excessive scabbing.

  Triage Level: ESI 4
  Patient to be seen:  Emergency Department

**CONFIDENTIAL**

/es/ M RACHELLE HAMILTON
Staff Nurse
Signed: 08/16/2017 11:07

| | |
|---|---|
| Date/Time: | 28 Jul 2017 @ 0900 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 31 Jul 2017 @ 1739 |

**Note**

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: JUL 28, 2017@09:00    ENTRY DATE: JUL 31, 2017@08:24:54
   AUTHOR: DEUTSCH,PAUL A    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

MH VASH Community Visit:
Length of visit: 30 min
Travel time to and back: 30 min
Location of visit: Community Visit
Diagnosis: Lack of Housing

D: Writer meets with veteran at his residence for this morning's VASH home
visit. The veteran's apartment is vastly more clean than previous visits; it
is
well-vacuumed, free of clutter, and clean and well-organized, including the
kitchen. The veteran's young dog, Khaleesi, is also present and the veteran

restrains her repeatedly for her barking and great amount of energy. He notes he

continues to train her so she will not attempt to dominate her guests.

The veteran is pleased to be working two jobs now: one at Snarf's sandwiches
on
14th/Grant as well as the VA's work-study program. Writer provides the
veteran
with encouragement to alert the VA to his new income per their requirement of
receiving notice of changes in income within 10 days. The veteran expresses his
understanding and intent to do so. He is advised on the presence of the Earned
Income Disregard program and states his great interest in speaking with staff
about it so as to not have his tenant rent payment adjusted upward.

The veteran continues to enjoy his accounting courses towards his degree which
expects to complete within the next 1.5 - 2 years- "and then I might go for
my

Master's." He also shares eagerly his interest in politics as he watches Fox
News this morning, nothing that several of his family members are active in
politics in North Carolina. He suggests that his checkered past legal record may

be a barrier to it; he is encouraged to follow his passion and long-term goals
regardless.

Writer alerts the veteran as to the necessity of a transfer of case management
as soon as next visit due to writer having accepted another position at the VA.
The veteran voices his understanding and agreement. He does not endorse any
housing-related or other issues at this time and expresses appreciation for
today's home visit.

A: Veteran presents in a euthymic mood at baseline with congruent affect.
Thoughts are logical, focused, and forward-directed without unusual content.
Veteran is appropriately dressed and groomed. Veteran appears sober. No clinical

indications of imminent danger to self or others were noted.

P: Next home visit scheduled for 8/25 at 0900. Veteran is aware he may contact
writer with any needs in the interim.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 07/31/2017 17:39

| | |
|---|---|
| Date/Time: | 30 Jun 2017 @ 0900 |
| Note Title: | MH VASH COMMUNITY VISIT |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 30 Jun 2017 @ 1759 |

Note

 LOCAL TITLE: MH VASH COMMUNITY VISIT
STANDARD TITLE: MENTAL HEALTH MGT OF A SPECIFIC PROBLEM NOTE
DATE OF NOTE: JUN 30, 2017@09:00    ENTRY DATE: JUN 30, 2017@17:48:47
     AUTHOR: DEUTSCH,PAUL A     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

MH VASH Community Visit:
Length of visit: 20 min
Travel time to and back: 30 min
Location of visit: Community Visit
Diagnosis: Lack of Housing

D: Writer meets with veteran at his VASH apartment for this morning's

scheduled
visit. The veteran's apartment appears at baseline: some items on the floor and
dishes in the sink, but improved over last home visit and without evident safety

hazards. A noticeable smell of marijuana is evident; writer reminds veteran that

it is not allowed by VASH rules and that if he desires to smoke it, a harm
reduction approach is preferred. He expresses his understanding.

The veteran is pleased to report that he has an interview on 7/3 for what sounds

to be an internship or full-time job. He remains interested in supplementing his

income and recently explored a work-study program at the VA.

The veteran reports that his previous ESR management company has been purchased
by "Argo" management whom he prefers. He notes that he will be remitting rent
online, with no fees, to his new management company.

The veteran's dog is present in his living room through today's visit,
with much
energy, and squirms as the veteran restrains her through today's meeting. He

offers that he takes her to the park frequently and now has a muzzle for her.

The veteran is advised of writer's upcoming positional change which will
necessitate him receiving a new case manager this summer. He expresses his
understanding. He reports he has obtained a new phone but seems reluctant to
share provide writer with his number. Writer advises veteran that he will mail
letters to veteran in the absence of a working phone. Veteran is reminded of the

requirement for continuous home visit per VASH guidelines.

The veteran records the date of next home visit in his day planner and denies a
need for any additional support or interventions at this time.

A: Veteran presents in a euthymic mood at with congruent affect. Thoughts are
logical, mildly tangential, and forward-directed without unusual content. Eye
contact is strong and continuous. Veteran is appropriately dressed and groomed.
Veteran appears without signs of overt intoxication. No clinical indications of
imminent danger to self or others were noted.

P: Next home visit scheduled for 7/28 at 0900. Veteran is aware he may contact
writer with any needs in the interim.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 06/30/2017 17:59

| Date/Time: | 22 Jun 2017 @ 0928 |
| --- | --- |
| Note Title: | MH INFORMATIONAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | DEUTSCH,PAUL A |
| Co-signed By: | DEUTSCH,PAUL A |
| Date/Time Signed: | 22 Jun 2017 @ 0930 |

**Note**

 LOCAL TITLE: MH INFORMATIONAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: JUN 22, 2017@09:28   ENTRY DATE: JUN 22, 2017@09:28:07
   AUTHOR: DEUTSCH,PAUL A      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Diagnosis: Lack of Housing
Treatment Provided: Telephone Contact
Plan: Continue HUD/VASH case management

D: Writer mails to veteran the following letter:

"22 June 2017

Mr. Chadwick Jordan
2246 Clarkson St, Unit A
Denver, CO 80205

Dear Chadwick,

I hope you are well. I have had some difficulty reaching you by phone and would
like to meet with you for a home visit to fulfill the requirements of the HUD-
VASH program. As you are aware monthly visits are required as a tenant of the
VASH program to ensure veterans are supported in retaining their housing.

I will plan on visiting your home next on Friday, 30 June at 9 am. Let me know
beforehand, please, if this will work or if you would prefer a different
day/time.

All the best until then- take good care and please let me know if you need
anything before then.

Sincerely,

Paul Deutsch, LCSW
Denver VA Medical Center
1055 Clermont Street
Denver, CO 80220
303-656-3728 (VA cell)
303-399-8020 ext. 4428

**CONFIDENTIAL**

P: Next home visit scheduled for 6/30 at 0900. Veteran is in possession of writer's contact information for any needs.

/es/ Paul A. Deutsch, LCSW
HUD-VASH Case Manager
Signed: 06/22/2017 09:30

| | |
|---|---|
| Date/Time: | 19 Jun 2017 @ 1245 |
| Note Title: | DENTAL NOTE |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | NOYES,JENNIFER |
| Co-signed By: | NOYES,JENNIFER |
| Date/Time Signed: | 19 Jun 2017 @ 1254 |

Note

 LOCAL TITLE: DENTAL NOTE
STANDARD TITLE: DENTISTRY NOTE
DATE OF NOTE: JUN 19, 2017@12:45     ENTRY DATE: JUN 19, 2017@12:54:38
    AUTHOR: NOYES,JENNIFER     EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Patient Name: JORDAN,CHADWICK HEATH, DOB: 06/05/1982, Age: 35
 Visit:  06/19/2017 09:45.
 Primary PCE Diagnosis:  Z01.20 (Encounter for Dental Examination and Cleaning without Abnormal Findings).
 Dental Category:  16-OPC, Class V.   Treatment Status:  Active.

Completed Care:
 (D9999) ADJUNCTIVE PROCEDURE.  DX: (Z01.20).

Modified Medication Reconciliation was performed at today's visit. (Medication list above was reviewed.) Any medication change or addition at this clinic visit was short term and temporary.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Pt walked into clinic today c/o pain lower right where #32 was extracted one week ago. Pt indicates it initially felt ok but then yestertday started to hurt again. Pt requesting pain meds.

RMH.

Active Problems:
Alcohol abuse (SCT 15167005)
Cannabis abuse (SCT 37344009)
Chronic Back Pain (ICD-9-CM 724.5)
Homeless single person (SCT 160700001)
PTSD (ICD-9-CM 309.81)

Depressive disorder (SCT 35489007)
Low back pain (SCT 279039007)
Health Maintenance (ICD-9-CM V65.9)
POLYSUBSTANCE DEP (ICD-9-CM 304.80)
Mood disorder (SCT 46206005)
Psychotic Disorder NOS (ICD-9-CM 298.9)
Foot Pain (ICD-9-CM 719.47)
Toothache (ICD-9-CM 525.9)
Impacted cerumen (ICD-9-CM 380.4)
Housing problems (ICD-9-CM V60.9)
OTHER GENERAL MEDICAL EXAMINATION FOR ADMINISTRATIVE PURPOSES (ICD-9-CM V70.3)
SUBJECTIVE TINNITUS (ICD-9-CM 388.31)
Pseudofolliculitis barbae (SCT 399205006)
Homeless single person (SCT 160700001)
Major depressive disorder (SCT 370143000)
Anxiety disorder (SCT 197480006)

Active Allergies:
No Known Allergies

IOE: slightly red and irritated soft tissue around extraction site #32.
Consistent with one week post extraction. Clot does not fill the site at
this time but I did not see exposed bone. No swelling noted. No exudate.
Pt does not have limited opening. No fever or chills.  Pt appears to be
keeping site fairly clean.

Irrigated extraction site today with sterile saline.  Gave pt monoject
syringe to keep area clean. Gave home care instructions.
Dx: slow healing/early signs of dry socket.

Rx: Percocet 5/325 mg (Oxycodone/APAP) Tab
Disp: 16 Tabs
Sig: Take 1 tab q6h prn dental pain. Not to exceed 3000 mg APAP/day from
all sources.
No Refills.
Pick up at window.

Pt advised to contact clinic if symptoms are not improving or worsening
for f/u with oral surgeon.
Pt verbalized understanding.

/es/ Jennifer M Noyes, DDS
Staff Dentist
Signed: 06/19/2017 12:54

| | |
|---|---|
| Date/Time: | 13 Jun 2017 @ 1524 |
| Note Title: | ORAL SURGERY DENTAL PROGRESS NOTE (T) |
| Location: | Rocky Mountain Regional VA Medical Center |
| Signed By: | BORRIS,THOMAS J |

| Co-signed By: | BORRIS,THOMAS J |
|---|---|
| Date/Time Signed: | 13 Jun 2017 @ 1529 |

Note

 LOCAL TITLE: ORAL SURGERY DENTAL PROGRESS NOTE (T)
STANDARD TITLE: ORAL SURGERY NOTE
DATE OF NOTE: JUN 13, 2017@15:24   ENTRY DATE: JUN 13, 2017@15:29:56
   AUTHOR: BORRIS,THOMAS J   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Patient Name: JORDAN,CHADWICK HEATH, DOB: 06/05/1982, Age: 35
 Visit:  S: Jun 13, 2017@14:30 DEN ORAL SURGERY.
 Primary PCE Diagnosis: K02.7 (DENTAL ROOT CARIES).
 Dental Category:  16-OPC, Class V.   Treatment Status:  Active.

Completed Care:
 (D7210) SURG REM ERUPTED TOOTH. Tooth: 32.  DX: (K02.7).

ORAL SURGERY DENTAL PROGRESS NOTE

A.  MEDICATION RECONCILIATION

                         06/13/2017 15:25
Active/Pending/Expired Meds

Allergies: NKA,
Adverse Reactions: _____ ,

Active and Recently Expired Outpatient Medications (including Supplies):

   Active Outpatient Medications              Status
========================================================================
1)   MELOXICAM 7.5MG TAB TAKE ONE TABLET BY MOUTH DAILY    ACTIVE
     FOR PAIN. TAKE WITH FOOD OR MILK.
2)   METOCLOPRAMIDE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
     FOUR TIMES A DAY AS NEEDED FOR NAUSEA AND VOMITING

   Pending Outpatient Medications              Status
========================================================================
1)   OXYCODONE HCL 5MG/APAP 325MG TAB TAKE 1 TABLET BY     PENDING
     MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN. NOT TO
     EXCEED 3000MG ACETAMINOPHEN FROM ALL SOURCES PER
     DAY.

   Inactive Outpatient Medications              Status
========================================================================
1)   ACETAMINOPHEN 500MG TAB TAKE 2 TABLETS BY MOUTH FOUR   EXPIRED

   TIMES A DAY AS NEEDED FOR PAIN. NOT TO EXCEED
   3000MG ACETAMINOPHEN FROM ALL SOURCES PER DAY.

2) BENZONATATE 100MG CAP TAKE TWO CAPSULES BY MOUTH     EXPIRED
   EVERY 8 HOURS AS NEEDED FOR COUGH

3) CARBAMIDE PEROXIDE 6.5% OTIC SOLN INSTILL 6 DROPS IN   EXPIRED
   RIGHT EAR TWICE A DAY

4) CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY THIN FILM TO   EXPIRED
   AFFECTED AREA EVERY MORNING . REPLACES LOTION.

5) CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH  EXPIRED
   AT BEDTIME AS NEEDED FOR MUSCLE RELAXATION

6) CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH  EXPIRED
   AT BEDTIME FOR MUSCLE RELAXATION

7) HYDROCODONE 5/ACETAMINOPHEN 325 TAB-CII TAKE 1 TABLET  EXPIRED
   BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN. NOT TO
   EXCEED 3000MG ACETAMINOPHEN FROM ALL SOURCES PER
   DAY.

8) LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH ONCE A    EXPIRED
   DAY AS NEEDED FOR ALLERGY SYMPTOMS

9) MELOXICAM 15MG TAB TAKE ONE TABLET BY MOUTH ONCE A     EXPIRED
   DAY AS NEEDED FOR PAIN. TAKE WITH FOOD OR MILK.

10) MINOCYCLINE HCL 100MG CAP TAKE ONE CAPSULE BY MOUTH    EXPIRED
   DAILY FOR SHAVING IRRIATION PREVENTION. REPLACES
   DOXYCYCLINE HYCLATE. SPACE APART FROM VITAMINS,
   CALCIUM/MAGNESIUM/IRON PRODUCTS BY 2 HOURS. CAUTION
   SUN SENSITIVITY TAKE DAILY OR EVERY OTHER DAY AS
   NEEDED TO CONTROLS SYMPTOMS

11) NAPROXEN 250MG TAB TAKE ONE TABLET BY MOUTH TWICE A    EXPIRED
   DAY WITH FOOD OR MILK FOR PAIN/INFLAMMATION

12) OXYMETAZOLINE HCL 0.05% NASAL SPRAY SPRAY 2 SPRAYS IN  EXPIRED
   EACH NOSTRIL TWICE A DAY FOR 3 DAYS

13) SODIUM CHLORIDE 0.65% SOLN NASAL SPRAY SPRAY 2 SPRAYS  EXPIRED
   IN EACH NOSTRIL EVERY 4 HOURS AS NEEDED

14) SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY     EXPIRED
   MOUTH AS NEEDED FOR MIGRAINE, MAY REPEAT DOSE IN 2
   HOURS, IF NO RELIEF. NO MORE THAN 200MG PER DAY.

15) TRETINOIN 0.1% CREAM APPLY SMALL AMOUNT TO AFFECTED    EXPIRED
   AREA AT BEDTIME LIMITED TO ONE TUBE PER 45 DAYS DUE
   TO BACKORDER

18 Total Medications

Remote Active Medications

No Active Remote Medications for this patient
Modified Medication Reconciliation was performed at today's visit.
(Medication list above was reviewed.) Any medication change or
addition at this clinic visit was short term and temporary.

B. ORAL SURGERY "TIME OUT" VERIFICATION

  - Signed consent in medical record:  YES

- Patient identified by correct name & Social Security number:  YES

- Surgical/Procedure site identified:  YES

- Verification of X-rays completed   YES

- TIME OUT completed:  YES

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
The Veteran presents for the extraction of fractured carious tooth #32. No changes to his health hx.  Reviewed the risks vs benefits of the procedure and consent was obtained.

Vitals:  128/81;  74

Topical +3.4cc 2% lidocaine w 1:100k epi injected for local anesthesia.
#32 buccal incision and flap reflected, bone removed and tooth removed with elevators. The site was curetted and rinsed.  Postop instructions given and reviewed.  Rx Percocet 5/325 (16) 1 po q6hrs. THe Veteran was D/C'd in good condition F/U PRN

/es/ THOMAS J BORRIS, DDS
ORAL AND MAXILLOFACIAL SURGERY
Signed: 06/13/2017 15:29



## *Self Reported Medical Events*

| Source: Self-Entered |
|---|
| No information was available that matched your selection. |



# *Self Reported Family Health History*

| Source: | Self-Entered |
|---|---|
| No information was available that matched your selection. | |



## *Self Reported Military Health History*

| Source:   Self-Entered |
| --- |
| No information was available that matched your selection. |



**CONFIDENTIAL**

## *Self Reported My Goals: Current Goals*

| | |
|---|---|
| Source: | Self-Entered |
| Sorted By: | Priority, then by Goal Start Date (Descending) |

Remember to share your self-entered information with your VA health care team.

This section contains all of your My Goals: Current Goals information regardless of the date range selected when you requested your VA Blue Button.

ALL CURRENT GOALS - SUMMARY LIST (BY PRIORITY)

   None Entered



**CONFIDENTIAL**

# *Self Reported My Goals: Completed Goals*

| | |
|---|---|
| Source: | Self-Entered |
| Sorted By: | Date Goal Completed (Descending) |

Remember to share your self-entered information with your VA health care team.

This section contains your My Goals: Completed Goals information included in the date range selected when you requested your VA Blue Button.

COMPLETED GOALS - SUMMARY LIST (BY DATE GOAL COMPLETED)

   None Entered

## END OF MY HEALTHEVET PERSONAL INFORMATION REPORT

