☐ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court
☐ Denver Probate Court ☐ County Court ☒ District Court
_Denver_ County, Colorado
Court Address: 901 19th Street
Denver CO 80294

Plaintiff(s)/Petitioner(s)
CHADWICK JORDAN

v.

Defendant(s)/Respondent(s)
LISA FORBES, and
DAVID STEWARD

Attorney or Party Without Attorney (Name and Address):
P.O. Box 1108, 490 W. Colfax
Denver, CO 80201
Phone Number:          E-mail:
FAX Number:          Atty. Reg. #:

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 04 2022

JEFFREY P. COLWELL
CLERK
~~COURT USE ONLY~~

Case Number:
19-cv-002660-RM-SKC

Division          Courtroom

**MOTION TO LEAVE TO FILE AN AMENDED COMPLAINT**

For the following reasons: (cite any applicable law)
Rule 15(a), Fed. R. Civ. P.; Walker v. United Parcel Service Inc., 240 F.3d 1268, 1278 (10th Cir. 2001);
Gillihan v. Shillinger, 872 F.2d 935, 941 (10th Cir. 1989); Forman v. Davis, 371 U.S. 178, 182;
83 S.Ct. 227 (1962); Usiak v. National Broadcasting Co. Inc., 724 F.Supp.1415 (S.D.N.Y 1989);
Williams v. Cargill Inc., 159 F.Supp.2d 984, 997-98 (S.D Ohio 2001); Rule 15, Fed. R. Civ. P.;
Rule 12(c), Rule 59, Rule 15.1, Fed. R. Civ. P.

I request the Court to:
Grant leave to amend the complaint (see Pgs. 2-4) to reflect LISA FORBES
factual matter to willful and wanton conduct of DAVID STEWARD, fraud, abuse of Process, Authr-
ity KRISTEN KHAMUTER is not a defendant. The Claim is torturous, and the defendants
are in the Individual Capacity Univ. Cases 2020-03929, 2020-03481, 2020-03554 are harmed.

Dated: 1/29/2022

☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

P.O. Box 1108, 490 W. Colfax
Address

Denver, CO 80201
City, State and Zip Code

Telephone Number (Home)          (Work)

**CERTIFICATE OF MAILING**

I certify that on 1/29/2022 (date) the original of this Motion was filed with the Court; and a true and accurate
copy of this **MOTION TO LEAVE TO FILE AN AMENDED COMPLAINT** was served on the other party(ies) by placing it in the United
States mail, postage pre-paid and addressed to the following: Clerk of Courts

Jeffrey P. Colwell
901 19th Street
Denver, CO 80294

☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

JDF 76   5/02   MOTION TO

The requested relief, are amended to reflect this is a tort claim and the defendants are in their individual capacity.

9. The plaintiff in his amended complaint included: University of Colorado Student conduct cases 2015039201, 2016034501, and 2016085401, that are time barred.

10. Since the filing of the amended complaint the plaintiff has determined University of Col. Conduct Cases 2015039201, 2016034501 and 2016085401 are time barred. In the proposed amended complaint, paragraphs, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, E, of the relief requested, are amended to reflect these Univ. conduct cases are time barred.

11. The plaintiff request leave to amend his claim to reflect, 1-10, as stated above.

12. This Court should grant leave freely to amend a complaint. Foman v. Davis, 371, 178, 182, 83 S. Ct. 227 (1962); Williams v. Cargill, Inc., 159 F. Supp. 2d 984, 997-98 (S.D. Ohio 2001)

4

Plaintiff, Chadwick Jordan, pursuant to Rule 15(a), Fed.R.Civ.P., requests leave to file an amended complaint to add factual matter, and delete legal conclusions not sufficient to state a fact; showing a party acted willfully and Wantonly. Also, to delete a party and time barred factual matter. The plaintiff will also add factual matter stipulating his claim is tortious and the party's acted in their individual capacity.

1.  The plaintiff in his amended complaint recited legal conclusions not sufficient to state a fact, making it plausible Lisa Forbes acted willfully and wantonly; or purposefully pursued a course of action that would probably harm the plaintiff.

2.  Since the filing of the amended complaint the plaintiff has determined that factual matter has to be added to show Lisa Forbes conduct was willfull and wanton. In the proposed amended complaint under. Claim three; Lisa Forbes; Paragraphs 14, 15, 16, 17, E The requested relief is to amend to reflect the ladder.

3.  The plaintiff in his amended complaint stated David Steward violated at least 10 procedural due process violations, without giving authority.

2

4. Since the filing of the amended complaint the plaintiff has determined the proper authority, and he has a fundamental right to impartiality. In the proposed amended complaint Claim two; David Steward; paragraphs, 10, 11, 12, 13, E. The requested relief is to amend to reflect the ladder.

5. The plaintiff in his amended complaint named Kristen Kushmider as a defendant.

6. Since the filing of the amended complaint the plaintiff has determined Kristen Kushmider is not a defendant. In the proposed amended complaint Claim one; Kristen Kushmider; paragraphs, 1, 2, 3, 4, 5, 6, 7, 8, 9, E, B. The requested relief is to amend to reflect the ladder.

7. The plaintiff in his amended complaint in err did not clearly stipulate the defendants were acting in their individual capacity and the claim is of tortious nature.

8. Since the filing of the amended complaint the plaintiff has determined the claim does not clearly state the defendants are in their individual capacity and that the claims are tort. In the proposed amended complaint, paragraphs, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, E.

3

Chelveia Inglin #0706
**Denver Sheriff Department**
**P.O. Box 1108**
**Denver, CO 80201**

**Legal Mail**

Clerk of Courts
901 19th street
Denver CO 80294

US POSTAGE $ 000.53°
ZIP 80204
02 4W
0000345735 FEB 02 2022
PITNEY BOWES