IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 19-cv-02660-RM-SKC | Date: October 12, 2023 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

| *Parties:* | *Counsel:* |
|---|---|
| CHADWICK JORDAN, | Pro se |
|   Plaintiff, | |
| v. | |
| DAVID STEWARD, | Lauren Peach |
|   Defendant. | |

## COURTROOM MINUTES

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 11:03 a.m.**
Court calls case.  Appearances of counsel.

Parties agree that discovery is completed and a dispositive motion deadline is needed.

**ORDERED:** *[139] Motion to Amend Scheduling Order* is **GRANTED IN PART.**  The dispositive motion deadline is **November 13, 2023.**  The Court will set a date for a final pretrial conference at a later date.

The Court grants Mr. Jordan's request for blank subpoenas.  The Clerk is ORDERED to mail Mr. Jordan 10 blank subpoenas for trial.

Discussion regarding the Court's most recent order at ECF doc. 154.

Further discussion regarding Mr. Jordan filing a motion to compel discovery.

The Court will mail a courtesy copy of the proposed final pretrial order form to Mr. Jordan.

HEARING CONCLUDED.    **Court in recess: 00:32 a.m.**  Total time in court: 00:29

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.