IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02660-RM-JPO

CHADWICK JORDAN,

    Plaintiff,

v.

DAVID STEWARD,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 179) by Senior Judge Raymond P. Moore entered on February 21, 2024, it is

ORDERED that summary judgment is entered in favor of Defendant, David Steward, and against Plaintiff, Chadwick Jordan.   It is further

ORDERED that this case is closed.

Dated this 21st day of February, 2024.

                                                    FOR THE COURT:
                                                    JEFFREY P. COLWELL

                                                    By:   s/C. Pearson, Deputy Clerk